UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIALOGO, LLC and<br>DIRECT MERCHANTS S.A., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LILLIAN SANTIAGO BAUZÁ,<br>EL DIALOGO, LLC, and<br>FRANCISCO JAVIER SOLÉ,<br><br>Defendants. | CIVIL ACTION NO. 05-30076-MAP |

**PLAINTIFFS' EMERGENCY MOTION FOR SHORT ORDER OF NOTICE
and FOR TEMPORARY RESTRAINING ORDER**

Plaintiffs Dialogo, LLC ("the Company") and Direct Merchants S. A., Inc. ("DMSA") (collectively, "Plaintiffs") hereby respectfully move for the immediate issuance of a short order of notice of hearing, at the earliest possible time, on their request for a temporary restraining order, under Prayers 1, 3, 5, 6 and 7 of the Complaint, against Defendants Lillian Santiago Bauza ("Santiago Bauza"), El Dialogo, LLC ("Newco"), and Francisco Javier Sole ("Sole").

Plaintiffs further hereby respectfully move for the entry of a temporary restraining order under the same Prayers against the same Defendants.

As grounds, Plaintiffs state:

1. The business in which they have been involved with Defendants Santiago Bauza and Sole is being misappropriated and irreparably harmed by those Defendants as well as by Newco, which is an alter ego of Defendant Santiago Bauza created on March 15, 2005 for that express purpose. (See Affidavit of Gerry Pike, paragraphs 33-38.)

2. The business in question -- a Spanish-English bilingual newspaper published in print and on-line for the Western Massachusetts community, including the Latino community -- issues a new product (newspaper) bi-weekly. It is named and styled "**El Dialogo**."

3. Plaintiffs have recently learned (although Defendants have not disclosed and in fact have attempted to conceal it from Plaintiffs) that Defendants have issued false versions of "**El Dialogo**" on March 1, 2005 and March 15, 2005. (Affidavit of Gerry Pike, paragraphs 32-36 and Exhibits 13, 14.).

4. Since these false versions of "**El Dialogo**" have been issued biweekly, and that is the history of the publication schedule, it is imminent (and might occur as soon as April 1, 2005) that Defendants will issue a further false version of "**El Dialogo**."

5. The Company (and DMSA, its majority owner) has substantial goodwill in the asset and the name "**El Dialogo**." Defendants' unlawful misappropriation and misuse of "**El Dialogo**" is likely to cause confusion to readers, and damage the goodwill of Plaintiff the Company (and Plaintiff DMSA, its majority owner), threatening its very existence. (Affidavit of Gerry Pike, paragraphs 40-41.).

6. Defendants, as part of their wholesale misappropriation, are also diverting to Newco the Plaintiffs' relationships with key customers, vendors, and employees. Those relationships will likely be impossible to re-establish if Defendants' misconduct continues. (Affidavit of Gerry Pike, paragraph 38).

7. Moreover, the misconduct of Defendants is in direct violation of their express contracts, agreements and obligations to Plaintiffs. (Affidavit of Gerry Pike, paragraphs 12-15 and Exhibits 4, 5 (Santiago Bauza) and paragraph 22 and Exhibit 7 (Sole)). Their misconduct is not only clear and extreme, it is also based upon fraud: for example, Santiago Bauza lied to

Plaintiffs in writing on February 17, 2005 that she was "clos[ing] the business [of "**El Diagolo**"] effective immediately." (Affidavit of Gerry Pike, paragraph 27 and Exhibit 10). Instead, she and the other Defendants have taken the business name, assets and property as their own and are wrongfully issuing a false "**El Dialogo**" twice a month. Plaintiffs are thus highly likely to recover on the merits of their claims against Defendants.

8. Absent immediate relief, Defendants will continue their misappropriation and misuse, causing irreparable harm to Plaintiffs.

WHEREFORE, Plaintiffs Dialogo, LLC and DMSA respectfully pray:

1. for the immediate issuance of a short order of notice of hearing, at the earliest possible time, on their request for a temporary restraining order, under Prayers 1, 3, 5, 6 and 7 of the Complaint, against Defendants Lillian Santiago Bauza ("Santiago Bauza"), El Dialogo, LLC ("Newco"), and Francisco Javier Sole ("Sole");

2. for the entry of a temporary restraining order under the same Prayers against the same Defendants; and

3.   for such other relief as is just.

                          DIALOGO, LLC and
                          DIRECT MERCHANTS S.A., INC.

                          By its attorneys,

Dated: March 30, 2004

                          */s/ George P. Field*
                          George P. Field (BBO No. 164520)
                          Seth W. Brewster (BBO No. 551248)
                          Attorneys for Plaintiffs
                          VERRILL DANA, LLP
                          One Boston Place
                          Suite 2330
                          Boston, MA 02108
                          (617) 367-0929
                          gfield@verrilldana.com
                          sbrewster@verrilldana.com