UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIALOGO, LLC and<br>DIRECT MERCHANTS S.A., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LILLIAN SANTIAGO BAUZÁ,<br>EL DIALOGO, LLC, and FRANCISCO<br>JAVIER SOLÉ,<br><br>Defendants. | CIVIL ACTION NO.<br>05-30076-MAP |

**AFFIDAVIT OF GABRIELA ROMERO**

I, Gabriela Romero, do hereby on oath depose and state as follows:

1. My name is Gabriela Romero. I am over 18 years old and competent to testify in this action. I make this affidavit of my own personal knowledge, except where noted that my statements are based upon information and belief. Where so noted, I believe the statements to be true.

2. I presently live at 136 St. Kolbe Drive, Holyoke, Massachusetts 01040.

3. On May 17, 2004, I quit my job as the manager of a dental office in Waltham, MA to take a job as a graphic designer for a Spanish language newspaper, Diálogo Bilingue, being operated by Lillian Santiago Bauzá. Ms. Santiago Bauzá had offered me a salary of $30,000 per year. I took the job because it paid more than my old one and because graphic

design is my chosen field.

4. Shortly after I began working for Lillian Santiago Bauzá, she told me that she had changed the terms of my engagement without consulting me. Lillian told me she was quarreling with her partner, Manuel Frau, and when Mr. Frau left the salesperson left with him. She told me that, as a result, the newspaper Diálogo Bilingue was failing and the monthly revenue was way below expectation and that she could only pay me $1,000 per month, plus 10% of the revenues from the paper, which was a fraction of what she had previously promised. Because I had already quit my other job and moved to Holyoke, I was forced to accept these terms, but I insisted on being an independent contractor so that I could make additional money by doing projects for other people.

5. Lillian Santiago Bauzá did not live up to those terms either. She did not pay me for the services that I performed for her during the month of June. Later in the month, Lillian told me that a new publication, El Diálogo, would be published by a company formed by her and a company operated by Gerry Pike. I now understand that company to be Direct Merchants S.A., Inc. ("DMSA"), a New Jersey corporation owned by Beatriz Ilene Mallory Renovales Carcador Aponte Reyes Lucchetti ("Beatriz Mallory"). I understand that the name of the joint venture between Ms. Santiago Bauzá and DMSA was Diálogo, LLC ("the Company").

6. Lillian Santiago Bauzá soon began asking me to assume responsibilities for writing and editing articles, and sales, even though I was hired to do graphic design.

7. Lillian Santiago Bauzá told me not to communicate with DMSA, or its managing director Gerry Pike. She became angry if I ever tried to communicate directly with Gerry.

8. The first issue of El Diálogo was circulated on July 1, 2004. On July 30, 2005, I received a check for $1,000 from DMSA to pay for the services I provided in connection with the two July issues.

9. In September, 2004, Lillian Santiago Bauzá switched from a local printing vendor to Eagle Press located in Vermont, which required me to buy a new software package that included Adobe Illustrator and Adobe Photoshop to produce the paper in a format that could be delivered to and used by Eagle Press' printing system. I personally paid approximately $1,000 to purchase a license for the Adobe software program and to have it installed. To purchase this software, I needed to borrow the money from Citizen's Bank. The software was installed on my computer (not Ms. Santiago Bauzá's or the Company's), and the license is in my own name.

10. In August, 2004, on behalf of the Company, Lillian retained an editor, Ana Morales, to write and edit articles for El Diálogo, a function that I had previously performed. On behalf of the Company, Ana Morales created the website for El Diálogo, HYPERLINK "http://www.eldialogo.com" www.eldialogo.com, which was launched on or about October 15.

11. In September, 2004, after I had told Lillian that I could no longer work for only $1,000 per month, she offered to double my pay to $2,000 per month, plus she said she

would pay off the balance of the loan that I had taken to purchase the Adobe software. In response to her promises, I stayed and performed the graphic design for the September issues. I never agreed to transfer ownership of the Adobe software to Ms. Santiago Bauzá or anyone else, and Ms. Santiago Bauzá has not paid off the loan balance. As of March 21, 2005, the balance was approximately $502.66.

12. Sales was another function I had been performing for the newspaper. Prior to October, 2004, I noticed that Ms. Santiago Bauzá was using the name "Diálogo" or "Diálogo, LLC", on the contracts with businesses to whom I was selling advertising space. However, in October, 2004, I noticed that Lillian started using the name "El Diálogo" on such contracts. I told Lillian that I did not think this was proper, that "Diálogo, LLC" should be used on the contracts because that was the legal name of the Company. She ignored my concerns and continued to use "El Diálogo" on the new contracts.

13. In January, 2005, Lillian hired Javier Solé as the sales director for the Company.

14. Shortly after Mr. Solé joined the Company, I noticed that Lillian's behavior began to change. She started having secret meetings with Mr. Solé, the landlord, John Aubin, and others. She fired the person that had been keeping the books for the Company and started moving and hiding computer files. She gave me my paychecks late, if at all.

15. As of February 15, 2005, I had not received a check for other projects that I had completed at Lillian's request and for which she had promised to pay me ( design of advertisements). To induce me to do more work for her ( Balise's Tax Break Ad), Lillian

sent a letter to me on Company letterhead promising payment.

16. In early February, 2005, Lillian Santiago Bauzá took my Adobe software discs and manuals home with her. I told Lillian to return them to me because they are my property, that the license is in my name, not hers or the Company's, and that it violated the license for her to use that software. She had refused my requests for several days. Eventually, she returned a couple of manuals, and one disc, but on information and belief, she still has the two other discs. She also removed software called Quark Express 5, which was the property of DMSA, and which she never returned.

17. On February 16, 2005, Lillian Santiago Bauzá told me that she was moving the offices and taking the newspaper with her because she was terminating her partnership with DMSA. I was concerned that Ms. Santiago Bauzá was stealing the business of the Company from DMSA and that Gerry Pike was not aware of Ms. Santiago Bauzá's recent actions. When I informed the editor Ana Morales, she said that Ms. Santiago Bauzá owed her money for past issues and that she would have to work on the newspaper to get paid for her past work.

18. On February 23, 2005, I went back to the Company's new office. Ms. Santiago Bauzá had moved the business of the newspaper out of the old office to a new suite on the first floor of the same building ( 4 Open Square Way, Suite 120, Holyoke, MA). A new Apple G4 Macintosh computer was in the office as well as all new furniture. I asked Lillian how she acquired this new property and she told me that John Aubin, the landlord,

had bought it for her. I believe that she had taken all the Company's business records, sales records, and assets with her to this new office.

19. During this February 23, 2005, conversation, Lillian Santiago Bauzá asked me to work on the March 1, 2005 issue of El Diálogo and to work for this new business. I insisted that she must return my Adobe software and manuals. She only returned a portion and she still has two discs. I stated that I was very concerned about the situation the newspaper was in, I did not approve of her stealing the business from Diálogo, LLC (and its majority owner DMSA). I mentioned to her that I did not want to be involved in that problem. I told her that I was going to start doing work but that I needed to be sure that everything was legal and clear before I sent the paper to press. Ms. Santiago Bauzá told me that she had sent a letter to Mr. Pike and that he was aware of the move. I did not believe her because Mr. Pike never came to Massachusetts.

20. On February 28, 2005, at 10:00 AM I received a call from Ms. Santiago Bauzá. At this moment we discussed the status of the newspaper and I asked her about Mr. Pike, I told her that I was not going to deliver the paper to the press if Mr. Gerry Pike did not know about the moving. She got very upset. Shortly after that telephone conversation I sent an e-mail to Ms. Santiago Bauzá requesting payment for the overdue invoices and notifying her that I was resigning. She responded that I had stolen property of the business. A copy of these e-mails are attached as Exhibit 1.

21. In early March, 2005, I sent an e-mail to Gerry Pike, the managing director of

DMSA, and was surprised to learn that Mr. Pike did not know anything about Ms. Bauzá's activities, including the office move and the supposed termination of Diágolo, LLC.

22.   In early March, 2005, Lillian Santiago Bauzá told my father that she was a powerful city council woman and that because I did not return the software and other digital files for her new business, she would get back at me and have me charged with a crime.

23.   To date, the Company owes me $2,170.00 for the services I performed to produce the February issues of El Diálogo, and several advertisements and media kits.

Signed and sworn to under the penalty of perjury, this ___30th___ day of March, 2005.

_____
Gabriela Romero


COMMONWEALTH OF MASSACHUSETTS
Hampden, ss.                                         March __30__, 2005

Personally appeared the above-named Gabriela Romero and made oath that the foregoing statements made by her are true and are based upon her personal knowledge, and where made on information and belief, that she believes the same to be true and correct.

_____
Notary Public
My Commission Expires:



DONNALEE FIELDS
Notary Public
Commonwealth of Massachusetts
My Commission Expires 11/03/11

From: "Lillian Santiago" <lsantiago@eldialogo.com>
Subject: **Re: Dear Ms. Santiago**
Date: February 28, 2005 1:41:14 PM PST
To: "Aura Romero" <gabyromero@eldialogo.com>

Gabriela I am not paying until you turn all software and newspaper set up.
I am not paying a penny, What your are doing is dishonest and bullie and I
am not going to respond to it. If the newspaper don't go out so be it.
God will tell, thank you for your professional behavior.

Lillian Santiago-Bauzá
4 Open Square Way
Suite 120
Holyoke, MA 01040


----- Original Message -----
From: "Aura Romero" <gabyromero@eldialogo.com>
To: "Lillian Santiago" <lsantiago@eldialogo.com>
Sent: Monday, February 28, 2005 5:10 PM
Subject: Re: Dear Ms. Santiago


Dear Ms. Santiago; all the outstanding invoice you see in your Account
Statements are invoices for final products, this products have already
been tuned in to you in the past and most of the invoices have been due
for more than 30 days.

I am waiting for an immediate answer about the balance due. I don not
have any other job to turn in to you.

Gabriela Romero

On Feb 28, 2005, at 12:22 PM, Lillian Santiago wrote:

> I am sorry too. I would call my lawyer to see what are my obtions. I
> cannot pay you without the final product.
>
> Lillian Santiago-Bauzá
> 4 Open Square Way
> Suite 120
> Holyoke, MA 01040
> ----- Original Message -----
> From: "Aura Romero" <gabyromero@eldialogo.com>
> To: "Lillian Santiago" <lsantiago@eldialogo.com>
> Sent: Monday, February 28, 2005 4:08 PM
> Subject: Dear Ms. Santiago

Dear Ms Lilian Santiago:

This past week we have had several business meetings to discuss my working conditions at El Dialogo. Despite all this meetings it seams to me that we do not have yet a clear agreement on this matter.

Also is my understanding, from a telephone conversation we had on Feb. 28 at 10:30 a.m, that El Dialogo Newspaper is not entirely satisfied with my service.

Because of these situations I am resigning to my position as a contracted- freelance Art Director for El Dialogo Newspaper. I understand that we are in the middle of a deadline but I strongly feel we should not do further work to avoid more misunderstandings.

I will submit to you a CD with all the files that have been done until Feb. 28, for the editions March 1.

Attached you will find a copy of last invoices and an accounts statement of the balances due. Please submit payment to: Gabriela Romero, 136 Saint Kolbe Dr., Holyoke, MA. 01040. You shall be receiving
the cd with the newspaper original files of March 1 by mail right after I received full payment for the balance due.

I am very sorry for all the inconvenience, I hope thing had worked out better.

Gracias por todo,
Gabriela Romero

---
-----
----

El Diálogo Newspaper
Gabriela Romero
Art Director
252 Open Square Way
Studio 405
Holyoke, MA 01040