UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIALOGO, LLC and<br>DIRECT MERCHANTS S.A., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LILLIAN SANTIAGO BAUZÁ,<br>EL DIALOGO, LLC, and<br>FRANCISCO JAVIER SOLÉ,<br><br>Defendants. | CIVIL ACTION NO.<br><br>05-30076-MAP |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS
DIALOGO, LLC and DIRECT MERCHANTS S.A., INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs state that Dialogo, LLC is a Maine limited liability company, that Direct Merchants S.A., Inc. is a New Jersey corporation and that these entities have no parent companies or any publicly-held corporation that owns 10% or more of their stock and/or membership interests.

DIALOGO, LLC and
DIRECT MERCHANTS S.A., INC.

By its attorneys,

Dated: March 30, 2004

George P. Field (BBO No. 164520)
Seth W. Brewster (BBO No. 551248)
Attorneys for Plaintiffs
VERRILL DANA, LLP
One Boston Place
Suite 2330
Boston, MA 02108
(617) 367-0929
gfield@verrilldana.com
sbrewster@verrilldana.com

P:\sbrewster\Dialogo\Corporate Disclosure Statement.doc