UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIALOGO, LLC and <br> DIRECT MERCHANTS S.A., INC., <br><br> Plaintiffs, <br><br> v. <br><br> LILLIAN SANTIAGO BAUZÁ, <br> EL DIALOGO, LLC, and FRANCISCO <br> JAVIER SOLÉ, <br><br> Defendants. | CIVIL ACTION NO. <br><br> 05-30076-MAP |

**AFFIDAVIT OF BEATRIZ ILENE MALLORY RENOVALES CARCADOR APONTE REYES LUCCHETTI ("BEATRIZ MALLORY")**

I, Beatríz Mallory, do hereby on oath depose and state as follows:

1. My name is Beatríz Ilene Mallory Renovales Carcador Aponte Reyes Lucchetti ("Beatríz Mallory"). I am over 18 years old and competent to testify in this action. I am the owner of Direct Merchants S.A., Inc. ("DMSA"), which is a New Jersey corporation with the principal place of business in Newfoundland, Pennsylvania.

2. The information set forth in this affidavit is based upon my personal knowledge upon the books and records of DMSA which is a regularly-conducted business and which maintains its records as a regular practice of its business, or the public records of the Commonwealth of Massachusetts.

3. I own DMSA, which was incorporated August 20, 1993.

4. The purpose of DMSA is to provide the essential strategic thinking and the actionable analysis required to create compelling value propositions that can spark our clients' growth. DMSA's capabilities include:

- Initiating partnerships, joint ventures, mergers & acquisitions to facilitate strategic initiatives.

- Leveraging infrastructure resources to support new business development.

- Identifying core revenue streams and value propositions ripe for expansion or adaptation.

- Innovative legal strategies for growth and acquisition.

- Strategic consulting to define growth objectives; plan & execute market entry.

- Targeting emerging and specialty markets for new revenue opportunities.

- Repositioning companies and their products for relevance in new markets.

5. I have authorized Gerry Pike to be the Managing Director of DMSA, and I authorized DMSA to enter into a joint venture with Lillian Santiago Bauzá to create the company named Dialogo, LLC. The purpose of the joint venture was to develop a Spanish language and bilingual print and media business.

Dated: March 31, 2005

_____
Beatríz Ilene Mallory Renovales Carcador Aponte Reyes Lucchetti

2

COMMONWEALTH OF PENNSYLVANIA
Wayne, ss.

March ⟨⟩, 2005

    Personally appeared the above-named Beatriz Ilene Mallory Renovales Carcador Aponte Reyes Lucchetti and made oath that the foregoing statements are true.

                      Before me,

                    _____
                    Notary Public/Attorney at Law
                    Print Name: Bridget A. Cavage
                    My Commission Expires:

P:\sbrewster\Dialogo\Affidavit Beatriz Mallory.doc

```
Notarial Seal
Bridget A. Cavage, Notary Public
Dreher Twp., Wayne County
My Commission Expires Oct. 3, 2005
```
Member, Pennsylvania Association of Notaries

3