UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
DIALOGO LLC, and                      )
DIRECT MERCHANTS, S.A., INC.          )
              Plaintiffs              )
v                                     )   CIVIL ACTION NO. 05-30076MAP
                                      )
LILLIAN SANTIAGO BAUZA,               )
EL DIALOGO, LLC, and                  )
FRANCISCO JAVIER SOLE                 )
                                      )
              Defendants              )
                                      )
```

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendant, Lillian Santiago Bauza, *El and Dialogo, LLC*, in the above-entitled matter.

By /s/ Keith A. Minoff
Keith A. Minoff, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 551536

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 4/6/05

396646

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIALOGO LLC, and<br>DIRECT MERCHANTS, S.A., INC.<br>  Plaintiffs<br><br>v<br><br>LILLIAN SANTIAGO BAUZA,<br>EL DIALOGO, LLC, and<br>FRANCISCO JAVIER SOLE<br><br>  Defendants | CIVIL ACTION NO. 05-30076MAP |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendants, Lillian Santiago Bauza, and El Dialogo, LLC, in the above-entitled matter.

By /s/ Nancy F. Pelletier
Nancy F. Pelletier., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 544402

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 4/6/05

396646