UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIÁLOGO, LLC and<br>DIRECT MERCHANTS S.A., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LILLIAN SANTIAGO BAUZÁ,<br>EL DIÁLOGO, LLC, and<br>FRANCISCO JAVIER SOLÉ,<br><br>Defendants. | Civil Action No. 05-30076-MAP |

**SUPPLEMENTAL AFFIDAVIT OF GERRY PIKE**

I, Gerry Pike, do hereby on oath depose and say:

1)  I make this affidavit to supplement my earlier affidavit herein, in one respect only, to bring the record up to date as of April 5, 2005 by authenticating a document.

2)  Attached hereto is a copy of the false "El Dialogo" of April 1, 2005, as found on April 5, 2005 on the Internet website established and registered by Dialogo, LLC.

Signed under the penalties of perjury, this sixth day of April 2005.

_____
Gerry Pike



# El Diálogo
## THE BILINGUAL NEWSPAPER

April 1, 2005 • Free / Gratis

**El Diálogo CLASSIFIEDS**
Offering the following sections
- Real Estate
- Job Search
- General Sales

www.eldialogo.com

Volume 2
Number 5

2 EDITORIAL
  EDITORIAL

3 NOTICIAS
  NEWS

5 PORTADA
  COVER

7 DIALOGANDO
  DESDE PUERTO RICO
  DIALOGUING
  FROM PUERTO RICO

8 DIALOGANDO
  Y COCINANDO
  COOKING AND
  DIALOGUING

9 ARTE Y
  ENTRETENIMIENTO
  ARTS &
  ENTERTAINMENT

10 SALUD
   HEALTH

12 DIALOGO DEL
   CONSUMIDOR
   CONSUMER'S
   DIALOGUE

13 DEPORTES
   SPORTS

14 CLASIFICADOS
   CLASSIFIEDS



# Enraged nature...

# Naturaleza rabiosa...



Cuando las culturas chocan

When cultures clash

P.9



La ruta al éxito contributivo

The road to tax success

P.12



¡Chapuzón de primavera!

Springtime Splish-Splash

P.13

WWW.ELDIALOGO.COM

2 • **El Diálogo** • April 1, 2005                                                                                   EDITORIAL • EDITORIAL

## Cartas al editor • Letters to the editor

# Sewer rates: Information gradually comes to light

As was brought up in a letter in the March 10-16 edition of The Sun, AMWA/AMSA, an organization that supports both public and private operation of municipal water and sewer systems, if a city can't save at least 10% by switching to private operation, then doing so is not economical.

On March 11, 2005, the Springfield Republican reported that Mayor Sullivan stated that if the city chooses a publicly run system, "rate-payers would pay 6 percent more than if Aquarion is hired." This is nowhere near the 10% difference recommended by the AMWA/AMSA report, for switching to private operation.

One subject that comes up repeatedly is the lack of belief in the capabilities of the City of Holyoke. The Holyoke Wastewater Treatment Plant received awards in the 1990s, and mentions for its advanced system, and up until 2000 had a very good record as far as violations. This is not the work of a city that is incapable of sewer system operation!

It is the rate-payers, and their renters, who are going to be paying, whatever way this goes. Perhaps the decision-makers (some of whom don't even pay sewer bills!) could take a fresh look at what they themselves are saying.

Concerned Holyoke residents can contact the Mayor and City Councilors, and come to the April 5 City Council meeting at 7:30 pm, to let our City Government know about the concerns shared by so many residents on this subject.

Respectfully,
Shemaya Laurel
Holyoke

# Sistema de alcantarillado: Información sale a flote

Como fue mencionado en una carta en la edición de marzo 10-16 de The Sun, AMWA/AMSA, una organización que apoya la operación pública y privada de los sistemas municipales del agua y de alcantarillado, si una ciudad no puede ahorrar por lo menos 10% cambiando a la operación privada, entonces hacerlo no es económico.

El 11 de marzo de 2005, The Republican de Springfield divulgó que el Alcalde Sullivan indicó que si la ciudad elige un sistema de funcionamiento público, "los contribuyentes pagarían 6 por ciento más que si se emplea Aquarion".

Esto no está de ninguna forma cerca de la diferencia de 10% recomendada por el informe de AMWA/AMSA.

Un tema que sigue trayéndose a colación es la carencia de fé en las capacidades de la ciudad de Holyoke. La planta de tratamiento de aguas residuales de Holyoke recibió premios en los años 90, así como menciones a su sistema avanzado, y hasta el 2000 tenía un expediente impecable de violaciones. ¡Éste no es el trabajo de una ciudad que sea incapaz de la operación del sistema de alcantarillado!

Son los contribuyentes los que van a pagar, de cualquier manera que vaya este asunto. Quizás los responsables (¡algunos que incluso no pagan cuentas de alcantarillado!) podrían hechar un nuevo vistazo a lo que ellos mismos están diciendo.

Los residentes de Holyoke a quienes les preocupe este tema pueden entrar en contacto con el Alcalde y los Consejales de la Ciudad, asistiendo a la sesión del Consejo el 5 de abril a las 7:30 pm. Así pueden dejar saber a nuestro gobierno sobre las preocupaciones compartidas por tantos residentes sobre este tema.

Respetuosamente,
Shemaya Laurel
Holyoke

## El Diálogo

**Lillian Santiago-Bauzá**
*Publisher*

**Francisco J. Sole**
*Sales Director*

**Ana Morales**
*Editor in Chief*

**Javier Arango**
*Graphic Designer*

**Contributors**
Cathleen Robinson

4 Open Square Way
Studio 120
Holyoke, MA 01040

(413) 536-5560
fax (413) 533-9467

editor@eldialogo.com
sales@eldialogo.com
art@eldialogo.com

www.ElDialogo.com

## Romney weak-kneed on fairness

Let's call Gov. Mitt Romney's decision to back away from fighting corporate tax loopholes what it is: a lack of commitment to fairness. Through most of his term, he's been good about going after companies who avoid paying their fair share, but his decision now to back down makes it clear that he's more interested in higher office than taking a principled stand against those who shirk their responsibilities to the Commonwealth.

Instead of trying to impress his Republican friends in Washington, Gov. Romney must renew his commitment to the job for which we all hired him three years ago. He must stand up to his corporate friends, on behalf of every responsible Massachusetts citizen, and make them pay their fair share.

Monica Calderon
Neighbor to Neighbor
Holyoke

## Le tiemblan las rodillas a Romney

Llamemos a la decisión del Gobernador Mitt Romney de retirarse de la lucha contra la evasión de impuestos corporativos lo que es: una falta de compromiso con la imparcialidad. Durante la mayoría de su término, fue muy bueno en ir tras las compañías que evitan pagar su parte, pero su reciente decisión de no hacer nada deja claro que él está más interesado en un puesto político que tomar una posición de principios en contra de los que evaden sus responsabilidades para con el Estado.

En vez de intentar impresionar a sus amigos republicanos en Washington, Romney debe renovar su compromiso con el trabajo para el cual nosotros lo elegimos hace tres años. El debe pararse frente a sus amigos corporativos, a nombre de cada ciudadano responsable de Massachusetts, y hacer que paguen su parte.

Mónica Calderón
Vecino a Vecino
Holyoke



**Open Square**

*a cost-effective and aesthetically rich place to do business*

AVAILABLE NOW!
Office Space • Retail • Art Studios • Live Work Loft

s⁰

## Business:
# Hispanic restaurant market grows faster than any other group

CHICAGO, IL (HPRW) - The U.S. Hispanic population spends more than $55 billion annually on food and beverages. With Latino-themed restaurants growing 3.5 times faster than any other group, and with the majority of mainstream restaurants also incorporating Latin fusions, manufacturers of food and beverage products have an opportunity to enter or expand product lines in this growing multi-billion dollar industry.



Latino restaurants are growing 3.5 times faster than any other group. In the photo, Vice President Dick Cheney during a visit to a Mexican restaurant. (Photo: AP)

## Negocios:
# Restaurantes latinos crecen más rápido que cualquier otro grupo

CHICAGO, IL (HPRW) - La población hispana de los Estados Unidos gasta más de $55 mil millones anuales en comidas y bebidas. Con los restaurantes al estilo latino creciendo a un ritmo 3.5 veces más rápido que cualquier otro grupo y con la mayoría de los restaurantes tradicionales también incorporando productos latinos, los fabricantes de comidas y bebidas tienen una oportunidad de presentar o de expandir sus líneas de productos en esta creciente industria de miles de millones de dólares.

Los restaurantes latinos crecen 3.5 veces más rápido que cualquier otro grupo. En la foto, el Vice Presidente Dick Cheney durante una visita a un restaurante mejicano. (Foto: AP)



JOHN D. FRANCE, M.D.
NO BLADE LASIK
1-866-SEE-NELC
www.northeastlaser.net
NorthEast Laser Center
LADARVision CustomCornea with INTRALASE
THE ESSENTIAL COMPONENT OF BETTER VISION
BEST 2003   BEST 2004
For Details Call 413-781-6352



RED SOX BEISBOL en español  NESN
AUDIO MENU / SAP OPCIÓN
Sintonice los juegos de Red Sox en NESN en Español seleccionando la opción SAP en su televisor.
comcast Canal 51

# Events: Sensational fusion of cultures

**Lillian Santiago-Bauza**

A resounding success. That's how we can describe Islands Together: Irish & Salsa, the culture-fusing event celebrated March 17 at Open Square.

That evening, over 400 guests showed up to dance, have fun and share each other's cultures in a unique, merry ambiance. People of all ages danced to Latino and Irish music and ate delicious food.

Among those present were Helen Norris, Ward 3 City Councillor, and Mark Lubold, Ward 6 City Councillor. Tony DiBenedetto, owner of Amadeus Restaurant, provided the excellent food that everyone enjoyed during the event.

Holyoke Community College was the Gold Sponsor of the event. President William Messner and his management staff were pleased with the event's outcome. Messner spoke to the public on the importance of the fusion of cultures for the city and for the educational institution that he represents. In addition, he committed to support the event in years to come.

Cambridge College, Silver Sponsor, was represented by Pat Crushfield, Director of Springfield Regional Center. Crushfield emphasized the importance of this type of event and announced the free seminars for small business development, which begin April 5 at Open Square Cafe.

Other sponsors included WFCR Public Radio, WEIB-106.3, Smooth FM, William's Distributors, Open Square and the St. Patrick Parade Committee. They were all very pleased with the attendance.

The $5 admission fee was donated to Solutions CDC which will use the money to continue their arduous mission of helping small businessess and fostering economic development in Holyoke.

If you you missed it, here are a few photos of what happened that night. We are now planning Irish and Salsa 2006... We hope to see you there!


From left to right: Lillian Santiago, Matt Craven, Williams Distributing Corp., Hector Bauzá and William Messner, President HCC.


Members of the St. Patrick Parade Committee.


Pat Crushfield (far right) and Cambridge College staff.

# Eventos: Rotundo éxito para "Islands Together, Irish & Salsa"

**Lillian Santiago-Bauzá**

Todo un éxito. Asi se puede describir el evento Irish and Salsa, el cual se celebró el pasado 17 de marzo en las facilidades de Open Square.

Sobre 400 personas llegaron allí esa noche para bailar, disfrutar y compartir culturas. Grandes y chicos, en su mayoria profesionales latinos e irlandeses, disfrutaron de la buena música latino-irlandesa, comida y premios.

Entre los presentes figuraron Helen Norris, Consejal del Barrio 3, y Mark Lubold, Consejal del Barrio 6. Tony DiBenedetto, dueño de Amadeus Restaurant, como siempre muy atento, proveyó la rica comida que todos disfrutaron durante el evento.

Holyoke Community College fue el Gold Sponsor del evento. El Presidente William Messner y su equipo se mostraron muy complacidos. Messner habló al público sobre la importancia que tiene la fusión de culturas para la ciudad y para la institución educativa que representa. Además se comprometió a apoyar el evento en los próximos años.

Cambridge College, Silver Sponsor, estuvo representado por la directora del Colegio de Springfield, Pat Crushfield. Crusfield enfatizó la importancia de este tipo de evento y anunció los seminarios gratis para el desarrollo de pequeñas empresas, que comienzan el 5 de abril en el Café de Open Square.

Entre otros auspiciadores estuvieron WFCR Public Radio, WEIB-106.3, Smooth FM, William's Distributors, Open Square y el St. Patrick Parade Committee. Todos estaban muy complacidos con la asistencia.

La taquilla de $5 fue donada a Solutions CD Cque usará el dinero para continuar su ardua misión de ayudar a los pequeños empresarios y contribuir al desarrollo económico de Holyoke.

Si te lo perdiste, aquí te mostramos varias fotos de lo que allí sucedió. Ya estamos preparándonos para el próximo evento ... ¡Asi que te esperamos!


Over 400 guests attended Irish and Salsa. In the photo, people dancing and having fun.


From left to right: Gladys Lebron-Martinez, School Committee Member, Ward One, Lillian Santiago, City Council Ward One, Publisher of El Diálogo, Pat Crushfield, Director of Cambridge College Springfield Regional Center.


John Aubin, Owner Architect of Open Square (left) and William Messner, President of Holyoke Community College (right).

COVER • PORTADA

April 1, 2005 • **El Diálogo** • 5

# Enraged Nature

On March 28, a powerful 8.7-magnitude earthquake whipped the west coast of Indonesia, causing destruction among Indian Ocean countries. The number of deaths left by the earthquake ascends to the thousands.

Natural catastrophes increase every year. Earthquakes, tidal waves, tornados, floods and volcanos cause devastation to the Planet. Is nature guilty or is man's hand responsible? Journalist **Pilar Ferrer** investigates

**Nature: innocent or an assassin?**

An invasion of natural catastrophes seems to attack the Planet. Are man's hand, industrialization and developments guilty? Do climatic changes favor catastrophes? Is Earth's axis changing in a spiral towards the destruction of ecosystems?

**Vertiginous increase**

The UN assures that deaths caused by natural disasters in the 1990's were twice as many as those of the 1970's, a vertiginous increase that many scientists and ecologists attribute to man's hand.

Factors such as city-planning, industrialization, climatic changes, and global warming by toxic gases, the so-called Greenhouse Effect, would contribute to this increase of earthquakes, tornados, tidal waves, floods, abrupt climatic changes and volcanic eruptions.

Others, nevertheless, justify developments and blame nature directly. The debate is permanent.

**Disaster chronicle**

On January 18, 2004, the first disaster was registered: an unusual cold wave in Mexico caused 72 deaths. Torrential rains in Brazil hammered the population on February 14, with 160 deaths and 117,000 victims.

Later on, different earthquakes destroyed the Indonesian province of Papúa, the north of Pakistan and the northwest of Morocco.

The cyclone "Gafilo" devastated Madagascar sinking the ferry "Samson" with 143 occupants on board, 50 died, while the typhoon "Nida" caused 20 deaths in the Philippines.

In the Dominican Republic 410 people died in May dragged by the underflow of the Soleil river. On July 1st, torrential rains in Nicaragua took away 23 lives and left almost 5,000 people homeless. Numerous hurricanes and tornados also affected the coasts of Cuba and Florida, while 20 people died in the Bahamas after cyclone "Frances." Between September 7 and 9, hurricane "Iván" left behind 114 deaths in the Caribbean and the south of the United States. That same day, serious floods in the south of China caused 184 deaths and 64 vanished.

Days later, a series of earthquakes whipped the north of Japan with 23 deaths and over 500 wounded.

Uncontrollable rains were also registered during the months of November and December in Vietnam, China and the Philippines, thousands disappeared.

**Alarm systems**

Can these natural catastrophes be avoided? Jordi Font, an expert from the Institute of Sciences of the Sea in Barcelona, says:

"Some, yes, but in other circumstances, like the giant wave of the south of Asia that moved so fast, it's impossible."

The great debate really is if nature is guilty of these ever more frequent catastrophes or is man behind nature's aggressive behavior?

The only certain fact is that global warming, the devastation of forests, the Greenhouse Effect and the depletion of the ozone layer are causing the increase of natural disasters.

Perhaps detection systems are necessary, but nothing, absolutely nothing, can stop the infuriated mother nature when it devastates whatever comes to sight. Before nature, humans are weak, vulnerable, a helpless being between life and death.

# Naturaleza Rabiosa

**Pilar Ferrer**

El 28 de marzo, un poderoso sismo de 8.7 grados de magnitud azotó la costa oeste de Indonesia, causando destrucción en los países del Océano Indico. La cifra de muertos dejada por el terremoto asciende a los miles.

En el 2004 se registraron 14 desastres naturales, los cuales comenzaron con la inusitada ola de frío en México que provocó 72 muertos en tan sólo dos meses, y culminó con las incontroladas lluvias que se registraron en Vietnam, China y Filipinas, con miles de víctimas y desaparecidos.



The city center of Gunung Sitoli on Nias Island lies in ruins after the powerful earthquake of March 28. The massive earthquake late Monday killed thousands and sparked fears of another tsunami in the region. (Photo: AP)

La ciudad de Gunung Sitoli en la Isla Nias yace en ruinas luego de terremoto del 28 de marzo. El masivo terremoto mató a miles y causó miedos de otro tsunami en la región. (Foto: AP)

Las catástrofes naturales aumentan cada año y son más agresivas. Seísmos, maremotos, tornados, inundaciones y volcanes asolan el Planeta. ¿Es culpable la propia Naturaleza o la mano del hombre?

**Aumento vertiginoso**

La ONU asegura que los muertos por desastres naturales en la década de los 90 duplicaron a las de los 70, en un aumento vertiginoso que muchos científicos y ecologistas atribuyen a la mano del hombre.

Factores como la industrialización, las tropelías urbanísticas, el cambio climático y el calentamiento del Planeta por los gases tóxicos, el llamado Efecto Invernadero, contribuirían en su opinión a este incremento de seísmos, tornados, maremotos, inundaciones, bruscos cambios climáticos y erupciones volcánicas.

**Alarmas**

¿Pueden evitarse estas catástrofes naturales? En opinión de Jordi Font, experto del Institut de Ciencias del Mar del Consejo Superior de Investigaciones Científicas en Barcelona, "Algunas sí, pero en otras circunstancias, como la ola gigante del sur de Asia que es enormemente rápida, es imposible".

En definitiva, el gran debate es si la Naturaleza es culpable de estas catástrofes cada vez más frecuentes o, si por el contrario, la mano del hombre se esconde tras su incidencia agresiva.

Tal vez, como señalan algunos expertos, los sistemas de detección de alarma son necesarios pero nada, absolutamente nada, puede detener esta Naturaleza enfurecida, cuando arrasa todo cuanto encuentra a su paso. Ante ella, el hombre es débil, vulnerable, una indefensa pieza entre la vida y la muerte.

---



**International Language Institute of Massachusetts**

Presents ...

# A Taste of Spanish

*A short course designed for people with little or no background in Spanish*

Eight Wednesdays, May 4 – June 22
12 noon – 1:30 pm
$ 250

Class will take place at: El Dialogo
4 Open Square Way
Holyoke, MA

To register, call 413-586-7569 x 109
Or e-mail: heather@languageshoolusa.org
International Language Institute of Massachusetts
25 New South Street
Northampton, MA 01060

6 • El Diálogo • April 1, 2005



FROM PUERTO RICO • DESDE PUERTO RICO                                April 1, 2005 • **El Diálogo** • 7

# New case opens way for death penalty in Puerto Rico

# Amenaza de pena de muerte en Puerto Rico

(AP) – A jury convicted Hernando Medina Villegas, 25, and Lorenzo Catalan Roman, 24, of murdering Gilberto Rodriguez Cabrera, an armored truck security guard of Ranger American Armored Services. The crime, which took place in 2002, now opens the way for the death penalty to be applied in a Puerto Rico case for the first time in nearly 80 years.

Federal prosecutors said they have jurisdiction over the case because it interfered with interstate commerce. Puerto Rico's last execution was in 1927, when farmworker Pascual Ramos was hanged for beheading his boss with a machete.



The US has applied to have Hernando Medina Villegas, 25, and Lorenzo Catalan Roman, 24, killed by lethal injection. (Photo: AP)

EU solicitó que Hernando Medina Villegas, 25, y Lorenzo Catalan Roman, 24, fueran ejecutados por inyección letal. (Foto: AP)

(AP) – Un jurado condenó a Hernando Medina Villegas, de 25, y a Lorenzo Catalán Roman de 24, por asesinar a Gilberto Rodriguez Cabrera, guardia de seguridad armado de la compañia Ranger American Armored Services. El crimen, que ocurrió en 2002, ahora abre camino para que la pena de muerte sea aplicada en un caso de Puerto Rico por primera vez en casi 80 años.

Los querellantes federales dijeron que tienen jurisdicción sobre el caso porque se interfirió con comercio de un estado a otro. La última ejecución en Puerto Rico sucedió en 1927, cuando colgaron al agricultor Pascual Ramos por decapitar a su jefe con un machete.

## Cancer strikes twice

In a goodbye letter made public at a press conference last month, folk singer-songwriter Tony Croatto revealed that he has lung and brain cancer. In his letter, the founding member of nova trova ensemble Haciendo Punto En Otro Son declared:

"If [God's] intention is to take me slowly and make me fade into his arms, I consent with deep happiness." Haciendo Punto en Otro Son will offer a concert on April 2nd at the Tito Puente Amphitheater in San Juan. Proceeds are meant to help Croatto both emotionally and financially.

Another Puerto Rican star who has been diagnosed with cancer is actress Adamari López. According to AP sources, López, who found the mass during a breast self-exam, has a 1.4 cm breast carcinoma that forced her to put her career aside. Pet scan analysis shows no evidence of metastasis.

Boyfriend Luis Fonsi postponed the recording of his next album to be with López during her medical appointments.



Actress Adamari López was diagnosed with breast cancer. (Photo: AP)

La actriz Adamari López ha sido diagnosticada con cáncer del seno. (Foto: AP)



According to several people, PR's crime problem would end if death penalty is allowed.

Según varias personas, el problema de la criminalidad en PR terminaría si se aplica la pena de muerte. (Photo: AP)

## El cáncer da dos veces

En una carta de despedida que se hizo pública en una rueda de prensa el mes pasado, el cantautor Tony Croatto reveló que tiene cáncer del pulmón y del cerebro. En su carta, el miembro fundador del conjunto de nueva trova Haciendo Punto En Otro Son declaró que si la intención [de Dios] es tomarlo lentamente y hacerlo desaparecer en sus brazos, él acepta con felicidad profunda. Haciendo Punto En Otro Son ofrecerá un concierto el 2 de abril en el Anfiteatro Tito Puente de San Juan. Los ingresos serán para ayudar a Croatto emocional y financieramente.

Otra estrella de Puerto Rico que ha sido diagnosticada con cáncer es la actriz Adamari López. Según fuentes de AP, López, que encontró una masa en su seno durante un auto-examen, tiene un carcinoma de 1.4 centímetros que la forzó a poner su carrera a un lado. El análisis "pet scan" no mostró evidencia de metástasis. Su novio Luis Fonsi pospuso la grabación de su siguiente álbum para estar con López durante sus citas médicas.

## Mayor job slash

Puerto Rico's government is the largest employer with 250,000 workers, or one quarter of the work force.

Gov. Anibal Acevedo Vilá unveiled proposals to eliminate more than 23,000 government jobs, vowing to pull Puerto Rico out of a cycle of budget deficits and debt. His budget represents an unprecedented $370 million reduction in spending.

The governor proposed retiring workers and not renewing contracts upon expiration.

Puerto Rico is facing an uncertain economic future. It lost an economic powerhouse when the Roosevelt Roads naval base closed in March 2004. The closure followed the U.S. Navy's withdrawal from its Vieques bombing range in May 2003.



Did you know?
The town of Hatillo is the largest milk producer in the world per square mile.

¡Muuuu-cha leche!
¿Sabias que el pueblo de Hatillo es el mayor productor de leche en el mundo por milla cuadrada?

## Grandes recortes de empleo

El gobierno de Puerto Rico es el patrón más grande de la isla, con 250,000 trabajadores, o un cuarto de la fuerza laboral.

El Gobernador Aníbal Acevedo Vilá reveló su propuesta para eliminar más de 23,000 trabajos del gobierno, comprometiéndose a sacar a Puerto Rico de un ciclo de déficits presupuestarios y deudas. El gobernador propuso ofrecer retiros tempranos y no renovar ciertos contratos cuando estos expiren.

Su presupuesto representa una reducción sin precedente $370 millones en gastos

Puerto Rico hace frente a un futuro económico incierto. Perdió una gran fuente económica cuando la base naval Roosevelt Roads cerró en marzo de 2004. La clausura siguió el retiro de la Marina de Vieques en mayo de 2003.

# Different names, same taste

(HPRW)- A delicious strawberry malt from Mexico, a creamy guava *champola* from Puerto Rico, a refreshing *maracuyá batido* from Colombia, a *guanábana licuado* from Venezuela, or a fruit *ponche* from the Caribbean - no matter what we call them, all these beverages have something in common: they're made with juicy and tasty fruit, in a blender.

Making these drinks is fun and attractive to children due to their sweet and creamy taste, so similar to traditional shakes. They also appeal to health-conscious adults who want a quick snack. Experiment with this easy-to-make recipe, courtesy of Tampico Juices. *Salud!*

## Marvelous Mango
4-5 servings

**Ingredients**
2 cups mango juice, chilled
1 ripe banana, peeled and sliced
1/2 cup frozen, fresh or canned pineapple chunks
1/2 cup frozen or fresh mango
1 cup ice (for a creamier smoothie, use two scoops vanilla ice cream).

**Preparation**
Place all ingredients in the blender or food processor; cover. Blend for 2 minutes at low speed; continue to blend at medium speed until smooth.



# Diferentes nombres, igual sabor

(HPRW)- Independientemente de cómo podamos llamarle, una deliciosa malteada de fresa de México, una cremosa champola de guayaba de Puerto Rico, un refrescante batido de maracuyá de Colombia, un licuado de guanábana de Venezuela o un ponche de frutas del Caribe, todas tienen algo en común: son preparadas con jugosas y sabrosas frutas en una licuadora.

La preparación de estas bebidas es divertida para los niños -por su sabor dulce-, y para los adultos que desean cuidar más su salud y desean una merienda rápida.

A la hora de crear su licuado favorito, las bebidas de fruta Tampico™ son el ingrediente indispensable para lograr la suavidad y el sabor real a fruta.

Experimenta con esta receta fácil cortesía de la Cocina de Tampico. ¡Salud!

*Smoothies have brought back to light the nutritional value of fruit, to the point that they have become consumer favorites.* (Photo: AP)

*Los smoothies han revivido el valor nutritivo de nuestras frutas al punto que se han convertido en favoritos.* (Foto: AP)

## Mangó Maravilla
4-5 raciones

**Ingredientes**
2 tazas de jugo de mangó bien frío
1 guineo maduro en rebanadas
1/2 taza de trozos de piña fresca o congelada
1/2 taza de trozos de mangó fresco o congelado
1 taza de hielo (usa dos bolas de helado de vainilla para un licuado más cremoso)

**Preparación**
Coloca todos los ingredientes en una licuadora; tapa. Licua por dos minutos a baja velocidad.



$1.00 off
Any burrito

**Bueno Y Sano**
Boltwood Walk • Amherst  413-253-4000

## El Horóscopo de Doña Ana

**ARIES**
It's a great week for making major family decisions. Avoid fussing with a lover about a minor concern.

**ARIES**
Es una buena semana para tomar decisiones familiares. Evita quejarte con tu pareja sobre una preocupación pequeña.

**TAURUS**
It's a great time for buying and selling. Money matters take a turn for the better.

**TAURO**
Es un buen momento para comprar y vender. Los asuntos de dinero toman un buen giro.

**GEMINI**
Any work of an artistic nature is favored. Make sure to take time out in the evening for leisure.

**GÉMINIS**
Cualquier trabajo de naturaleza artística es favorecido. Asegúrate que tomas tiempo de ocio durante la noches.

**CANCER**
Avoid forcing your family to conform to your plans this week. Be ready to capitalize on new opportunities, financial gains are likely.

**CÁNCER**
Evita forzar a tu familia a que se ajusten a tus planes esta semana. Está listo para capitalizar en oportunidades nuevas, ganancias financieras son probables.

**LEO**
Behind the scenes developments favor you financially. Evenings will be filled with romance and fun, but avoid any excesses.

**LEO**
Desarrollos trasbastidores te favorecerán. Las noches estarán llenas de romance y diversión, pero evita los excesos.

**VIRGO**
You may receive a job opportunity that will let you work from home for the next couple of weeks. Avoid being hasty in signing any papers.

**VIRGO**
Puedes recibir una oportunidad de trabajo que te dejará trabajar desde la casa por las próximas dos semanas. Evita apresurarte al firmar cualquier documento.

**LIBRA**
It's one of those weeks when you should read the fine print on any contracts. Business is highlighted this week; the unemployed will receive valuable leads.

**LIBRA**
Es una de esas semanas cuando debes leer las letras pequeñas del contrato. Los negocios resaltan esta semana; los desempleados recibirán posibilidades valiosas.

**SCORPIO**
There is someone who will hurt or upset your feelings, try not to make a big deal out of it. It's time to rethink spiritual matters.

**ESCORPIO**
Alguien te herirá los sentimientos, trata de no hacer caso. Es hora de que re-evalúes tus asuntos espirituales.

**SAGITTARIUS**
Be sure to follow through on any commitments made. Emphasize educational pursuits.

**SAGITARIO**
Asegúrate de mantener los compromisos ya hechos. Enfatiza las metas de educación.

**CAPRICORN**
This is a week for creative work and for getting your ideas across to others. Make sure to state things clearly when instructions or intentions could easily be misunderstood.

**CAPRICORNIO**
Es una semana para trabajo creativo y para que transmitas tus ideas a otros. Asegúrate de que dices todo claro si se trata de instrucciones o intenciones que se pueden mal interpretar.

**AQUARIUS**
An outing this week may turn out to be more costly than you had expected. At work, there will be satisfaction in the completion of a project.

**ACUARIO**
Una salida resultará más cara de lo esperado. En el trabajo, habrá satisfacción al completar un proyecto.

**PISCES**
A nice gift or thoughtful words from a loved one will start the week off well. You'll be especially shrewd where business matters are concerned.

**PISCIS**
Un buen regalo o palabras profundas de un ser amado darán un buen comienzo a la semana. Estarás especialmente sutil en asuntos de negocios.

(Fuente/Source: AP)

# El Diálogo PICKS

### TV • TELEVISION



**Dora's a big sister!** On March 21st, Dora the Explorer welcomed a new baby to the family and became a big sister for the first time. Dora the Explorer (weekdays 9 am and 11:30 am, Nick Jr.; weekends, CBS), is a series starring Dora, a seven-year-old Latina heroine whose adventures take place in an imaginative, tropical world.

**¡Dora, hermana mayor!** El 21 de marzo, Dora the Explorer dio la bienvenida a un bebé en la familia, convirtiéndose en hermana mayor por primera vez. Dora the Explorer (L-V, 9 am y 11:30 am, Nick Jr.; Sab. y Dom., CBS) es una serie protagonizada por Dora, una latina de 7 años cuyas aventuras toman lugar en un mundo imaginario y tropical.

### ONLINE



**Chanz TV.** A library of over 31 shows with new episodes added monthly, Chanz TV is a live example of how far the Internet has come. Our favorite is **Boston Latino**, a 30 min. compilation show featuring thought provoking topics with a Latino view point. Visit http://www.chanz.tv/bostonlatino.htm

**Chanz TV.** Una colección de más de 31 programas con episodios nuevos añadidos mensualmente, Chanz TV es Internet a toda máquina. Nuestro favorito es **Boston Latino**, una compilación de 30 min. con temas profundos y un punto de vista latino. Visita http://www.chanz.tv/bostonlatino.htm

### MUSIC • MUSICA



**Unforgettable.** March 31st marked a decade since the sad departure of superstar Selena. Evoke Selena with Unforgettable, a greatest-hits CD showcasing the Mexican diva's all-around repertoire that goes from mariachi to pop.

**Unforgettable.** El 31 de marzo marcó una década desde la triste partida de la superestrella Selena. Evócala con Unforgettable, un CD de éxitos luciendo el versátil repertorio de la diva mejicana, el cual va desde el mariachi hasta el pop.

### BOOKS • LIBROS

**¡Adelante Mujer!** Expert in Latina issues Yasmin Davidds launches the Spanish version of "The Latinas' Seven Principles" ("¡Adelante Mujer! Los siete pasos al éxito para la mujer latina"), the first self-help multimedia system that teaches Latinas to love themselves and to find the strength to make crucial life decisions. Available at: http://www.yasmindavidds.com

**¡Adelante Mujer!** La experta en asuntos de latinas Yasmin Davidds lanza "¡Adelante Mujer! Los siete pasos al éxito para la mujer latina", el primer sistema multimedio de auto-ayuda que le enseña a las latinas a amarse a sí mismas y a encontrar el valor para tomar decisiones cruciales en la vida. Disponible en: http://www.yasmindavidds.com

### FILMS • PELICULAS



**A Day Without a Mexican.** What would happen if every one of California's 12 million Hispanics disappeared? In Sergio Arau's comedy, "A Day Without a Mexican," the answer is chaos. Arau, a native of Mexico, says the idea of the film was "to make the invisible visible." On video.

**A Day Without a Mexican.** ¿Qué pasaría si los 12 millones de Hispanos de California desaparecieran? En la comedia de Sergio Arau, la contestación es caos. Arau, natural de Méjico, dice que la idea es "hacer visibles a los invisibles". En video.

## When cultures clash

**Review by Cathleen C. Robinson**

Many children of recent Hispanic immigrants to the United States find themselves caught between two cultures: that of the English-speaking school they attend, and that of the home where Spanish is spoken and their parents are determined to hold onto the values of their native lands.

Two short novels appropriate for young adults show a profound understanding of how these kids, who struggle to fit in their schools and at the same time don't want to offend their parents, feel.

**How Tía Lola Came to Stay** is funny, uplifting and wise. It features ten-year old Miguel Guzmán, who has moved to Vermont. He misses his artist father back in New York, squabbles with his younger sister Juanita, harbors within a fierce desire that his divorcing parents reconcile, and more than anything, wants to make the town baseball team.

**In Viaje a la Tierra del Abuelo** (Journey to Grandfather's Land; not yet translated into English), 16 year-old Salvadoran Sergio attends a very large high school in Los Angeles. Although he values his education, he falls behind in his studies as he spends the nights helping his parents in their job of cleaning offices.

Through Sergio's eyes, we see the sacrifices and sufferings the desperate poor endure in their search for a better life for their families. And we see the prejudices and misconceptions they suffer here in the US.

**How Tía Lola Came to (Visit) Stay**
Julia Álvarez, Dell Yearling Books, 2001, 147 pages

**Viaje a la Tierra del Abuelo**
Mario Bencastro
Piñata Books, 2004, 137 pages



How Tía Lola Came to Stay is funny, uplifting and wise.

Cuando Tía Lola Vino (de Visita) a Quedarse es graciosa, inspiradora y sabia.

## Cuando las culturas chocan

**Reseña por Cathleen C. Robinson**

Muchos jóvenes de familias hispanas recién llegados a los E.U. están atrapados entre el mundo de la escuela donde predominan el inglés y valores muy distintos a los de la casa donde se habla español y sus padres se dedican a que no pierdan la cultura de su país natal.

Dos novelas cortas, apropiadas para jóvenes entre las edades de 11 a 15 años, muestran una profunda comprensión de lo que sienten estos hijos que luchan para acomodarse en la escuela y para no ofender a sus padres.

**Cuando Tía Lola Vino (de Visita) a Quedarse**, tiene como protagonista a Miguel Guzmán, de 10 años. Vive en Vermont, echa mucho de menos a su padre artista que vive en Nueva York, guarda adentro el gran deseo de que sus padres se reconcilien, y más que nada, quiere lograr un puesto en el equipo de béisbol de su pueblo.

En **Viaje a la Tierra del Abuelo**, el salvadoreño Sergio, de 16 años, asiste a una escuela supergrande en Los Ángeles. A pesar de que quiere ser buen estudiante, no encuentra tiempo de hacer las tareas porque pasa la noche ayudando a sus padres en su trabajo de limpiar oficinas.

Por los ojos de Sergio vemos los sacrificios y sufrimientos que aguantan los pobres desesperados que buscan mejor vida para sus familias. Y vemos los prejuicios y malentendidos que sufren aquí.

**Cuando Tía Lola Vino (de Visita) a Quedarse**
Julia Álvarez, traducido por Liliana Valenzuela. Dell Yearling Books, 2001, 147 páginas

**Viaje a la Tierra del Abuelo**
Mario Bencastro. Piñata Books, 2004, 137 páginas. Viaje se encuentra sólo en español



# Decoding autism

**Melissa Verne**

April is Autism Awareness Month. Autism is a complex brain disorder that remains largely a mystery to doctors and researchers. The following facts will help you better understand autism so awareness goes beyond April and lasts all year long.

• Autism often inhibits a person's ability to communicate, respond to surroundings or form relationships with others.

• Autism affects people of all racial, ethnic and socioeconomic backgrounds and occurs in as many as one in every 166 births. Some studies place the prevalence of autism spectrum disorders even higher.

• First identified more than 50 years ago, autism is typically diagnosed by the age of two or three and is four times more prevalent in boys that in girls.

• Autism is considered a spectrum disorder because symptoms and severity vary from individual to individual. No two cases are the same. More than one million people in America are living with an autism spectrum disorder.

• Most people with the condition require lifelong supervision and care – the most severely affected may never be able to tell their parents or siblings they love them.

• The causes of autism are not known and the disorder cannot be biologically diagnosed. Doctors have no blood test or diagnostic scan to rely on for accurate diagnosis. Currently, diagnosis is made solely on the basis of the observation of behavior.

• The overwhelming majority of children and adults with autism have no functional language and require intensive care and educational treatments that are often unaffordable and not covered by medical insurance.

• Despite the strikingly high prevalence of autism and an international interest in the disorder, autism research remains one of the lowest funded areas of medical research by both public and private sources.

• Approximately one in five Americans has a relative with autism spectrum disorder or a close friend with autism in their family.

• According to the U.S. Department of Education, approximately 12,200 students with autism spectrum disorders attended U.S. schools during the 1992-93 year and approximately 78,700 during the 2000-2001 school year, an increase more than 500% in students with autism spectrum disorders nationwide.



After a long day of work, Sheryl Fondren watches her son, Ben, 8, during what she calls a "rebound," the period before bedtime when Ben's extended release medicine begins to wear off. Before Ben was diagnosed with a high functioning form of autism, some pediatricians thought he had attention deficit hyperactivity disorder while teachers chalked his behavior up to immaturity. (Photo: AP)

Luego de un largo dia de trabajo, Sheryl Fondren observa a su hijo Ben, de 8 años, durante un episodio de "rebote", el período antes de acostarse cuando la medicina de Ben deja de hacer efecto. Antes de que Ben fuera diagnosticado con una forma de alto funcionamiento de autismo, algunos pediatras pensaban que él tenía déficit de atención e hiperactividad, mientras que sus maestros adjudicaban su comportamiento a immadurez. (Foto: AP)

## BMC HealthNet Plan. Reciba más.

Si usted califica bajo los criterios de MassHealth, podrá obtener más beneficios con el plan de salud BMC HealthNet Plan. Obtenga todos los beneficios de MassHealth y todos estos beneficios adicionales para usted y su familia.

• Gratis, sillas de automóvil para infantes y niños
• Gratis, cascos de bicicleta para niños
• Programas especiales para la gente con diabetes, asma o la presión arterial elevada
• Asistencia especial si va a dar a luz

Llame para obtener información acerca de cómo inscribirse en el plan de salud que le ofrece más beneficios.

HealthNet Plan
1-800-792-4355
www.bmchp.org

# Armando el rompe-cabezas del autismo

**Melissa Verne**

Abril es Mes de la Concienciación sobre Autismo. El autismo es un desorden complejo del cerebro que sigue siendo en gran parte un misterio para doctores e investigadores. Los siguientes datos te ayudarán a entender mejor el autismo para que la concienciación vaya más allá de abril y dure todo el año.

• El autismo inhibe a menudo la capacidad de una persona de comunicarse, de responder a los alrededores o de formar relaciones con otros.

• El autismo afecta a gente de todas las razas, etnicidades y trasfondos socioeconómicos. Ocurre en 1 de cada 166 nacimientos. Algunos estudios sugieren que los desórdenes de espectro de autismo podrían tener una prevalencia mayor.

• Identificado por primera vez hace más de 50 años, el autismo es diagnosticado típicamente a la edad de dos o tres años y es cuatro veces más frecuente en varones que en niñas.

• El autismo se considera un desorden de espectro porque los síntomas y la severidad varían de individuo a individuo. No hay dos casos iguales. Más de un millón de personas en América viven con un desorden de espectro de autismo.

• La mayoría de la gente con la condición requiere la supervisión y el cuidado de por vida - los más seriamente afectados quizás nunca podrán decir a sus padres o hermanos que los aman.

• Las causas del autismo no se saben y el desorden no puede ser biológicamente diagnosticado. Los doctores no tienen ningún análisis de sangre o prueba para establecer un diagnóstico exacto. Actualmente, el diagnóstico se hace solamente a base de la observación del comportamiento.

• La mayoría abrumadora de niños y adultos con autismo no tienen lenguaje funcional y requieren cuidado intensivo. Los tratamientos educativos son a menudo muy caros y no son cubiertos por los seguros médicos.

• A pesar del alto predominio del autismo y un interés internacional en el desorden, la investigación sobre el autismo sigue siendo una de las áreas menos financiadas de la investigación médica por fuentes públicas y privadas.

• Aproximadamente uno en cinco americanos tiene un pariente con un desorden de espectro de autismo o un amigo cercano con autismo en su familia.

• Según el departamento de educación de E.U., aproximadamente 12,200 estudiantes con desórdenes de espectro de autismo fueron a las escuelas durante el año 1992-93 y aproximadamente 78,700 durante el año escolar 2000 2001, un aumento de sobre 500% en estudiantes con desórdenes de espectro de autismo en toda la nación.

# Sweet nutrition tips

(HPRW) - The 2005 Dietary Guidelines place stronger emphasis on reducing calorie consumption, increasing physical activity, and consuming less sugar- and starch-containing foods and beverages. No calorie and non-nutritive sweeteners were cited in the report as recommendations that can help Americans embrace these healthier guidelines. To this effect, the sweetener Splenda recommends that you:

• Practice Portion Control.
• Participate in regular

*Continued on page 12*

April 1, 2005 • **El Diálogo** • 1



ATENDEMOS NIÑOS Y ADULTOS. LE PODEMOS VER A USTED O A SU HIJO/HIJA HOY POR CUIDADOS DE EMERGENCIA, DE NO EMERGENCIA O USTED PUEDE LLAMAR Y HACER UNA CITA.

### Holyoke and Chicopee Health Centers

LE OFRECEMOS SERVICIOS MÉDICOS SIN IMPORTAR SU CAPACIDAD DE PAGO. LLAME AL 420-2129, PARA PEDIR INFORMACIÓN SOBRE CUIDADOS MÉDICOS Y DENTALES A BAJO COSTO O GRATIS

HOLYOKE AND CHICOPEE HEALTH CENTERS CAN TREAT YOU EVEN IF YOU CANNOT PAY. CALL 420-2129 TO LEARN ABOUT LOW COST OR FREE MEDICAL AND DENTAL CARE

Holyoke Health Center
230 Maple Street
Holyoke
Tlf./Phone: 420-2200

Chicopee Health Center
203 Exchange Street
Chicopee
Tlf./Phone: 420-2222

# Personal finance special
## *The road to tax success*

(AP) - Whether it's a shoebox crammed full of receipts or carefully organized folders ready for an accountant's perusal, everyone approaches tax season differently.

A first step to preparing for tax season is simple and critical. Get organized, said Jackie Perlman, an H&R Block tax analyst in Kansas City, Mo.

Next, decide between the do-it-yourself route or a professional, Perlman said.

For people with complex returns or those unwilling to tackle the chore themselves, a few simple guidelines can lead to a good accountant, Perlman said.

First, get recommendations from friends, Perlman said. Interview the accountant about their experience. Ask the types of returns they typically do.

Another step in preparing a plan is a review of the changes in tax codes, and a stop by the IRS Web site at www.irs.gov can answer many questions, IRS spokeswoman Nancy Mathis said.

Once armed with a sound plan, taxpayers should also consider how they will file. The IRS emphasizes going electronic.

Electronic filing increases the speed and accuracy of the return. Whereas electronic returns are ready for processing, tax filings sent through the mail are typed into an IRS database, Mathis said.

"The error rate on paper returns is about 20 percent," Mathis said.

Mathis suggests selecting the direct deposit option when receiving a refund. Combining e-file and direct deposit dramatically speeds the system.

While many taxpayers select accountants, others rely on software packages such as Intuit's TurboTax or H&R Block's Tax Cut. Anyone considering an online tax service should check a site's security. Look for logos indicating approval by companies such as VeriSign or TRUSTe, Gulbransen said.

It's not unusual for someone with a laptop computer to visit a coffee shop or use a public computer in a library to do their taxes, Gulbransen said. It's easy to step away from a table and leave sensitive personal information on a screen that's easy for anyone to see, she said.





Many have decided to file their taxes electronically to speed up the tax filing process. In the photo, Francine Hazell, left, reviews her tax returns with Jackson Hewitt representative Robyn Zandomenego. (Photo: AP)

Muchos han decidido llenar sus planillas electrónicamente para acelerar el proceso. En la foto, Francine Hazell, izquierda, revisa sus impuestos con Robyn Zandomenego, representante de Jackson Hewitt. (Foto: AP)

# Especial de finanzas personales
## *La ruta al éxito contributivo*

Ya sea una caja de zapatos abarrotada de recibos o de carpetas cuidadosamente organizadas listas para la lectura de un contable, cada cual llega a la temporada de impuestos de una forma diferente.

Un primer paso a la preparación para esta época es simple y crítico. Organízate, dijo Jackie Perlman, analista de H&R Block en la ciudad de Kansas.

Después, decide entre la ruta del "hágalo usted mismo" o un profesional, Perlman dijo.

Para la gente con planillas complejas o esas personas poco dispuestas a abordar la tarea ellos mismos, algunas pautas simples pueden conducir a un buen contable, Perlman dijo.

Primero, consigue recomendaciones de amigos, Perlman dijo. Entrevista al contable sobre su experiencia. Pide los tipos de planillas que hace típicamente.

Otro paso en la preparación de un plan es la revisión de los cambios en los códigos de impuestos, y una visita al sitio del Web del IRS en www.irs.gov puede contestar muchas preguntas, dijo Nancy Mathis, portavoz del IRS.

Una vez armados con un plan, los contribuyentes deben también considerar cómo someterán sus planillas. El IRS ahora enfatiza el método electrónico.

Hacerlo electrónicamente (e-file) aumenta la velocidad y la exactitud del proceso.

Mientras que las formas electrónicas están listas para procesar, las planillas enviadas por correo se mecanografían en una base de datos del IRS, Mathis dijo.

"La tasa de error en las planillas de papel es cerca de 20 por ciento", Mathis dijo.

Mathis sugiere seleccionar la opción de depósito directo al recibir un reembolso.

Combinando el método de e-file con depósito directo apresura dramáticamente el sistema.

Mientras que muchos contribuyentes seleccionan sus contables, otros confían en programas tales como TurboTax de Intuit o H&R Block.

Cualquier persona que considere un servicio en línea debe comprobar la seguridad del sitio. Busca las insignias que indican la aprobación de las compañías tales como VeriSign o TRUSTe Gulbransen dijo.

No es inusual para alguien con una computadora portátil visitar un café o utilizar una computadora pública en una biblioteca para hacer sus impuestos, Gulbransen dijo.

"Es fácil pararse de una mesa y dejar información personal en una pantalla que es fácil para que cualquier persona la vea", dijo.

---
## SALUD • HEALTH

# Nutrition tips — Dulces consejos de nutrición

*From page 10*

physical activity.

• Substitute sugar with Splenda No Calorie Sweetener in foods and beverages.

• Eat more fiber-rich fruits, vegetables, and whole grains.

• Drink plenty of water. Aim for 6 – 8 glasses of fluids daily.

(HPRW) - Las Guías Alimentarias 2005 destacan la importancia de reducir el consumo de calorías, aumentar la actividad física y consumir comidas y bebidas con menos azúcar y almidón. El informe mencionó los edulcorantes sin calorías y no nutritivos como opciones que pueden ayudar al consumidor a adoptar estas guías más saludables.

El endulcorante Splenda ofrece estos consejos sobre cómo incorporar hábitos más saludables para la primavera.

• Controla tus porciones. Come para quedar satisfecho, no lleno.

• Practica una rutina de actividad física la mayoría de los días. Sal a caminar al mediodía con tus compañeros de trabajo, baila con amigos o participa en actividades físicas grupales si necesitas más motivación.

• Lee siempre las etiquetas de modo de evitar azúcar oculta comúnmente presente en el aderezo para ensaladas, salsa de pasta, pan y galletas.

• Sustituye el azúcar con edulcorante sin calorías, como Splenda, en tus comidas y bebidas.

• Come frutas, verduras y granos enteros con alto contenido en fibra.

• Bebe de 6 a 8 vasos de agua por día. Cambia los refrescos por agua pura.

# Martínez, Beltrán mark Mets' revival

(AP) - To lay back is no longer an option for the New York Mets. Below the Yankees' shadow, the other Big Apple team became a zero on the left side.

With Pedro Martinez and Carlos Beltrán on board, the Mets set out in 2005 to leave behind failures and return to above-folds.

Add general manager Omar Minaya, who does not hesitate when it comes to changing payrolls, these New Yorkers start with moderate optimism.

"It's not the first time that we look good on paper," says catcher Mike Piazza. "That does not guarantee anything."

The Mets was the team that made more noise, and who did better during off-season when they recruited the two most highly appraised free agents of the market.

Of course, the acquisitions of right-handed Martinez (53 million for 4 years) and center field Beltrán (119 million for 7 years) did not come cheap, copying the Yankees' formula.

Minaya's patience and persuasion skills had much to do with it. His Spanish, common language of Minaya, his Dominican compatriot Martinez and Puerto Rican Beltrán, was a plus.

But the team's bullpen can be their heel of Aquilles. Beyond their closing pitcher Braden Looper (29 saves), the Mets question their short and mid relievers, with Mike DeJean, Scott Strickland, and the Dominican Felix Heredia among them.

Beyond pitching, the Mets' offense has been its worse enemy appearing in the league's lowest positions as far as runs scored during the last 3 years.

To improve in that department is key. The arrival of Beltrán (38 homeruns and 42 stolen bases) must inject a good dose of stamina to the team.

With an outstanding investment, the Mets have no excuses and a common objective: to star the National League's Eastern division.



**Pedro Martínez**



**Carlos Beltrán**

# Martínez y Beltrán marcan el paso de los nuevos Mets

(AP) - Dormirse en sus laureles dejó de ser opción para los Mets de Nueva York. A la sombra de los Yanquis, el otro equipo de la Gran Manzana había pasado a ser un cero a la izquierda.

Con Pedro Martínez y Carlos Beltrán a bordo, los Mets se proponen en el 2005 salir de un pasado de estrepitosos fracasos y volver a los primeros planos.

Añádele un gerente general Omar Minaya, que no se anda con vueltas para retocar la nómina, los neoyorquinos arrancan con la moral en alto, pero blindados con un optimismo moderado.

"No es la primera vez que en los papeles lucimos bien", dice el receptor Mike Piazza. "Eso no te garantiza nada".

Los Mets fueron el equipo que más ruido hizo, y que mejor le fue durante el receso al atrapar a los dos agentes libres más cotizados del mercado.

Claro está, las adquisiciones del derecho Martínez (53 millones por cuatro años) y el guardabosques central Beltrán (119 millones por siete años) no salieron nada baratas, copiando la fórmula de los Yanquis.

Para ello tuvo mucho que ver la paciencia y destreza de Minaya para convencerlos. Tampoco estuvo de más el español, el idioma común de Minaya, su compatriota dominicano Martínez y el puertorriqueño Beltrán

Pero el bullpen puede resultar el talón de Aquiles. Más allá de su cerrador Braden Looper (29 rescates), los Mets tienen interrogantes sobre la conformación sobre su relevo corto y medio, con Mike DeJean, Scott Strickland, y el dominicano Félix Heredia entre sus componentes.

Más allá del pitcheo, el ataque de los Mets ha sido su peor enemigo figurando en los puestos bajos de la liga en cuanto a producción de carreras en las mayores los últimos tres años.

Mejorar en ese departamento es clave y con la llegada de Beltrán (38 jonrones y 42 robos) debe inyectarles una buena dosis de estamina.

Con una inversión superlativa, los Mets no tienen excusas y un objetivo único: protagonistas en la división Este de la Nacional.

# Springtime splish-splash!

**Ana Morales**

Who said sports is just for athletes? Springtime is swimming time and everyone in the family can enjoy the fun and health benefits of this water sport. Now through May 18, Holyoke Parks and Recreation celebrates Family Swim Nights at Holyoke High School. Family Swim Nights take place every Wednesday from 6-8 pm. Admission is free for Holyoke residents. Non-resident adults and children under 12 enter for $3 and $1, respectively. Lifeguards will be provided. So what are you waiting for? Dig out your swim suit and have a Springtime splish-splash!

**Family Swim Nights
Holyoke High School
500 Beech St., Holyoke.
Every Wednesday, 6-8 pm
Through May 18, 413-322-5620**



# ¡Chapuzón de primavera!

**Ana Morales**

¿Quién dijo que los deportes son sólo para atletas? La primavera es tiempo de natación y todos en la familia pueden gozar de la diversión y los beneficios de salud que este deporte acuático puede brindar. Desde ahora hasta el 18 de mayo, Parques y Recreación de Holyoke celebra las Noches de Natación Familiar en la High School de Holyoke. Las Noches de Natación Familiar ocurren cada miércoles de 6-8 pm. La admisión es gratis para los residentes de Holyoke. Adultos y niños menores de 12 años que no son residentes entran por $3 y $1, respectivamente. Habrá salvavidas. ¿Qué esperas? ¡Quítale el polvo a tu traje de baño y date un buen chapuzón de primavera!

Swimming is a sport that provides the same results as walking and running, without adding stress to knees, ankles, legs and the back. Now through May 18, you can enjoy swimming with your family at Holyoke High School Pool. (Photo: AP)

La natación es un deporte que provee los mismos resultados que caminar o correr, sin añadir estrés a las rodillas, tobillos, piernas y espalda. Comenzando ahora hasta el 18 de mayo, puedes disfrutar de este deporte con tu familia en la Piscina del Holyoke High. (Foto: AP)

**Noches de Natación Familiar
Holyoke High School
500 Beech St., Holyoke.
Todos los miércoles, 6-8 pm
Hasta el 18 de mayo, 413-322-5620**

## EMPLEOS    JOB SEARCH



### Springfield Technical Community College
LIBERAL ARTS. BUSINESS. TECHNOLOGY. HEALTH

Springfield Technical Community College in Springfield, Massachusetts is a comprehensive community college with degree and program offerings in a wide variety of career and transfer programs. Situated in Western Massachusetts, the college services approximately 9,000 students per year in credit offerings, and an additional 4,000 students in workforce training and non-credit offerings through its Center for Business and Technology. The college is seeking qualified applicants for faculty and staff positions as follows:

#### Administrative Staff:
- Dean, School of Arts, Humanities and Social Sciences

#### Full-time Faculty with benefits:
- Biology
- Physics
- Mathematics
- English
- Engineering (Mechanical and Electrical)
- Sociology
- Psychology
- Environmental Technology (Water Management)

#### Half-time Faculty with benefits:
- Landscape Technology
- Medical Assistant
- Fine Arts

For salary and specific information on qualifications, salary, etc. please go to www.stcc.edu, click on the "Select a Quick Link" down arrow, scroll down and click on "Employment Opportunities."

### Academic Outreach Counselor/Title III

The Outreach Counselor will have responsibility for working with urban and minority students based on entering academic assessment and student career goals. Some evening and weekend hours are required.

Qualifications include: Master's degree in Education, Counseling or related discipline required.

Demonstrated experience in proactive advising and career counseling and instruction of culturally and ethnically diverse populations required. Experience as postsecondary faculty or student services staff and implementation of federal grant-funded programs preferred. Bilingual in Spanish preferred.

Salary Range: $40,414 through $45,000 annual salary with benefits. Title III funding with continued employment contingent upon grant funding.

Apply to:
Office of Human Resources
Springfield Technical Community College
One Armory Square, STE 1
P.O. Box 9000
Springfield, MA 01102-9000

By April 8, 2005

**STCC IS AN AFFIRMATIVE ACTION/EQUAL OPPORTUNITY EMPLOYER**
Our commitment to diversity in our workplace seeks applications from women and minorities. It is the policy of Springfield Technical Community College not to discriminate on the basis of race, religion, color, age, gender, sexual orientation, disability, veteran status, or national origin in its education programs, activities, admissions, or employment policies. Employment will depend on meeting requirements set by the Immigration Reform and Control Act of 1986.

## Where to find El Diálogo
## Dónde encontrar El Diálogo

**NORTHAMPTON**
Sylvester's 111 Pleasant St.- Northampton Chamber of Commerce 99 Pleasant St .- International Language Institute, 17 New South St. - Campus Center, Smith College 4100 Elm St. - Forbes Library West St

**SOUTH HADLEY**
South Hadley Library Bardwell St. - Thirsty Mind Village Commons Shops Tailgate Picnic Village Commons Shops - Odyssey Books 29 College St.- Willits Hallowell Center - Mt. Holyoke Campus

**AMHERST**
Amherst College College St. - Black Sheep Deli 79 Main St. - Bueno y Sano 1 Boltwood Walk - Albion Book 8 Main St. - Jones Library 43 Amity St. - La Veracruzana 63 South Pleasant St. - Video To Go 6-10 University Dr. - UMASS Whitmore Center Umass Campus - UMASS Student Union - Hampshire College Admin. West St. (Route 116) - Hampshire College Library West St. (Route 116)

**EASTHAMPTON**
Riverside Industries 1 Cottage St. - Coffee Roasters 47 Union St. - Arts & Industry Bldg. 221 Pine St.

**FLORENCE**
Cooper's Corner 31 Main St. - Casa Latina 140 Pine St.

**GREENFIELD**
CVS 137 Federal St. - Foster's Supermarket Allen & Conway Sts. - Greenfield Community College Colrain Rd.

**SPRINGFIELD**
Dr. Aziz 3300 Main St. - Baystate Medical Center 780 Chestnut St. - Hallway of Louis & Clark 2 Medical Center Dr. - Chestnut Middle School 355 Plainfield St - El Priscilla Grocery, 2960 Main St. - El Mercadito Main St. - Puerto Rico Bakery, 2917 Main St. - Mexico Money Express 2766 Main St. - Carmen's Gift & Jewelry Shop 2684 Main St. - Lillian Flowers 2670 Main St. - Luigi's Christian Bookstore 2595 Main St. - A Cut Above The Rest II 2262 Main St. - Old San Juan Bakery 2460 Main St. - New Sunshine Laundry 2460 Main St. - New North Citizens Council 2345 Main St. - Northgate Liquors 1985 Main St. - Dough Show Restaurant 1985 Main St. - Insurance Company 1691 Main St. - Kennedy Fried Chicken 1675 Main St. - Springfield City Hall 36 Court St. - Mundo Musical 1104 Main St. - Red Rose Restaurant 1074 Main St. - El Criollo Restaurant 544 Main St. - Michael Lauro Insurance 468 Main St. - McDonalds 360 Main St. - Springfield Library 220 State St. - Puerto Rico Cultural Center 38 School St. - Drug Store 121 Spring St. - Lucy's Corporate Services 937 Worthington St. - M.J.'s Pizza 955 Worthington St. - Chiropractic Healthcare Center 689 - Dave's Discount Soda 1330 Carew St. - El Pilon 622 Carew St - WNEC (St. Germain Campus) 1215 Wilbraham Rd.

**HOLYOKE**
Barnes & Noble Ingleside Plaza - Twin Food Store 625 Homestaed Ave. - Db Mart 494 Westfield Rd. - Holyoke Community College 303 Homestead Ave. - HHA--Beaudoin Village 40 Leary Dr. - Career Point 136 Queen Ave. - Tony's Grocery 801 High St. - Sam's Foods 515 High St. - Cuba Supermarket 439 High St. - Old San Juan Bakery 408 High St. - MD Beauty 396 High St. - Providence Prenatal Center 384 High St. - Tutty Market 372 High St. - 99 Cents Plus 369 High St. - Chiropractic Healthcare Center 337 High St. - Victoria Beauty 301 High St. - Holyoke City Hall High St. - La Favorita 176 Higfh St. - Fernandez Family Restaurant 161 High St. - Bodega 24H 152 High St. - Bayamon Restaurant 107 High St. - Corner's Delight 95 High St. - HHA--Lyman Terrace 5 Hamden Court - The Café at Open Square(280) Lyman St. 250 Open Square

CLASSIFIEDS • CLASIFICADOS                                           April 1, 2005 • **El Diálogo** • 1!

# EMPLEOS    JOB SEARCH       BIENES Y RAICES    REAL ESTATE

## AmeriCorps Program Director

Solutions Community Development Corporation is a non-profit, community-based organization. The mission of Solutions CDC is to promote community economic development by strengthening the economic potential of residents. Solutions offers its members a wide, yet focused, range of services to advance its mission, including small business development, employment services, financial counseling, homeownership assistance, and youth entrepreneurship opportunities.

The Massachusetts Service Alliance has contracted Solutions to initiate an AmeriCorps program for 18 young adults who will commit to one year of half-time community service in order to strengthen the capacity of non-profit organizations in Holyoke, Massachusetts.

The Program Director will work closely with Solutions personnel to administer the program, provide membership development, coordinate community service placements, supervise/mentor members and develop/sustain non-profit partner relationships.

### Responsibilities
- Recruitment, assessment, contracting, training, supervision, and counseling of 18 half-time AmeriCorps members
- Promote AmeriCorps member community service placements with non-profit and faith-based organizations in Holyoke.
- Contract partner agencies and coordinate, monitor, and evaluate community service projects
- Develop and oversee management of Community Network Center – an interactive database system and call/referral center for volunteer recruitment, placement, and management as well as for non-profit resource information and referrals
- Liaison to Massachusetts Service Alliance for program reporting, training, collaboration, assessment and evaluation

### Preferred Qualifications
- Commitment to Solutions CDC mission
- Experience mentoring and/or providing services to young adults and in community development
- Demonstrated knowledge of AmeriCorps program
- Willingness to work demanding and flexible schedule, including nights and weekends
- Ability to manage diverse tasks as well as work both independently and as a team
- Strong verbal and written communication skills
- Strong computer skills (Microsoft Office applications – Word, Access and Excel)
- Bilingual (English/Spanish)
- Valid Massachusetts Driver's License

### Terms of Employment
40 hour per week position. $24,960 - $29,120 based on experience + health/dental insurance and benefits.

Send cover letter and résumé to:
Andrew Morehouse, Director
Solutions CDC, 254 Maple Street, Holyoke, MA 01040

Applications will be accepted until position is filled
*Solutions CDC is an Affirmative Action/Equal Opportunity Employer*

---

### CHICOPEE
**Apartamento para alquiler completamente renovado**

1 dormitorio, 1 baño, cocina grande.

Puede llamar al
Sr. José Acevedo 413-364-4399

---

### El Diálogo
### CLASSIFIEDS

El Diálogo is pleased to announce that as of March 2005 we will offer a

## CLASSIFIEDS PAGE
offering the following sections:

**Real Estate • Job Search • General Sales**

Please call 413.536.5560 or email us at
classified@eldialogo.com for information and rates

www.eldialogo.com

---



## Your Real Estate Company
## Su compañía de bienes raices

*Now with a Connecticut license!!*
*Ahora con licencia en Connecticut!!*



Check out our web site • Visite nuestra página de internet
## www.MariaAcunaRealEstate.com
27 Pratt Street, Springfield, MA 01107 • 413.739.5787

