UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIÁLOGO, LLC and <br> DIRECT MERCHANTS S.A., INC., <br><br> Plaintiffs, <br><br> v. <br><br> LILLIAN SANTIAGO BAUZÁ, <br> EL DIÁLOGO, LLC, and <br> FRANCISCO JAVIER SOLÉ, <br><br> Defendants. | Civil Action No. 05-30076-MAP |

**PLAINTIFFS' REPORT AND PROPOSED SCHEDULE**

Plaintiffs Diálogo, LLC and Direct Merchants S.A., Inc. ("Plaintiffs") respectfully submit the following report and proposed schedule, in accordance with the Court's instructions at the hearing held on April 6, 2005.

The parties have not resolved their differences, and Plaintiffs hereby suggest the following schedule for expedited discovery and preparation for a full hearing on Plaintiffs' request for preliminary injunction, to be held at the Court's earliest convenience after May 6, 2005:

| | | |
|---|---|---|
| 1) | Deposition of Lillian Santiago Bauza (3 hours) | April 13, 2005 |
| 2) | Deposition of Gerry Pike (3 hours) | April 14, 2005 |
| 3) | Interrogatories and Document Requests Served | April 19, 2005 |
| 4) | Responses to Interrogatories and Document Requests (and full document production) to be served | April 29, 2005 |

| | | |
|---|---|---|
| 5) | Deposition of Gerry Pike (4 hours) | May 5, 2005 |
| 6) | Deposition of Lillian Santiago Bauza (4 hours) | May 6, 2005 |

Plaintiffs note that Defendants are substantially in agreement with them on this schedule, except that Defendants do not agree to hold initial deposition sessions early (proposed by Plaintiffs to be on April 13 and 14, 2005).

Plaintiffs' view is that the proposed early deposition sessions are important to enable the parties to sharpen and focus the issues, learn what if any additional facts need to be marshaled, and understand in more detail what the claims and defenses of their adversaries are. Plaintiffs particularly need the opportunity to examine Ms. Santiago Bauza on her affidavit filed herein on April 6, 2005, and to understand as soon as possible the grounds for the many assertions made therein concerning the parties' relationships. Leaving that initial examination to the end of discovery would, Plaintiffs believe, make it more difficult to prepare their case.

Plaintiffs respectfully request that the above schedule be ordered, and that the Court also schedule a full hearing on Plaintiffs' request for preliminary injunctive relief as soon as possible after May 6, 2005.

                                                              Respectfully submitted,
                                                              DIÁLOGO, LLC and
                                                              DIRECT MERCHANTS S.A., INC.,
                                                              By their attorneys,

Dated: April 7, 2005                     /s/ George P. Field
                                                              George P. Field (BBO No. 164520)
                                                              Seth W. Brewster (BBO No. 551248)
                                                              Attorneys for Plaintiffs
                                                                Verrill Dana, LLP
                                                               One Boston Place
                                                               Suite 2330
                                                               Boston, MA 02108
                                                               (617) 367-0929
                                                               gfield@verrilldana.com
                                                               sbrewster@verrilldana.com