UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIALOGO LLC, and<br>DIRECT MERCHANTS, S.A., INC.<br>Plaintiffs<br><br>v<br><br>LILLIAN SANTIAGO BAUZA,<br>EL DIALOGO, LLC, and<br>FRANCISCO JAVIER SOLE<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 05-30076MAP |

### DEFENDANTS' STATUS REPORT AND PROPOSED SCHEDULE

The defendants' Lillian Santiago Bauza and El Dialogo, LLC hereby states as follows:

1.  The parties have not made any progress towards a settlement. It appears at this point that the case will need to be litigated.

2.  Defendants' propose the following schedule for the first phase of the litigation:

    a.  Parties shall serve written discovery requests by Tuesday April 19, 2005 and shall serve responses to such requests by Tuesday May 3, 2005.

    b.  Depositions of the party principals, Lillian Santiago Bauza and Gerry Pike shall take place on May 5, 2005 and May 6, 2005 in Springfield, Massachusetts

    c.  Plaintiffs' shall file their application for preliminary injunction and

any supporting papers by Friday May 13, 2005.

d.     The defendants' shall file their opposition to the plaintiffs'

application for preliminary injunction together with any supporting

papers by Friday May 20, 2005.

e.     Hearing on plaintiffs' application for preliminary injunction to be

scheduled during the week of May 23, 2005.


Respectfully Submitted
Defendants,

By _____
Keith A. Minoff, Esq. (BBO# 551536)
Nancy F. Pelletier (BBO# 544402)
ROBINSON DONOVAN, P.C.
1500 Main Street, Suite 1600
Springfield, Ma  01115
Phone: (413)732-2301
Fax:    (413)785-4658


## CERTIFICATE OF SERVICE

I Keith A. Minoff., hereby certify that on this 7th day of April, 2005, I served a copy of the
above upon the parties in the action by mailing, postage prepaid, to counsel, Attorney George P.
Field, Attorney Seth W. Brewster, Verrill Dana, LLP, One Boston Place, Suite 2330, Boston,
MA  02108.


_____
Keith A. Minoff, Esq.