```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


DIALOGO LLC, ET AL,              )
Plaintiffs                       )
                                 )
            v.                   ) C. A. NO. 05-30076-MAP
                                 )
LILLIAN SANTIAGO BAUZA, ET AL,   )
Defendants                       )
```

SCHEDULING ORDER

April 8, 2005

PONSOR, D.J.

Counsel appeared before this court for argument on the plaintiffs' Motion for Temporary Restraining Order on April 6, 2005. Following argument, the motion was denied and the court requested that counsel submit either a proposed joint schedule, or proposed individual schedules, for completion of pretrial proceedings.

Counsel have now submitted their separate proposed schedules; they are consistent with each other, except in one particular. The plaintiffs propose two rounds of depositions of the defendant Bauza and the witness Pike. This is inconsistent with this court's normal arrangement of discovery and unnecessary in the circumstances of this case.

For the foregoing reasons, the court orders as follows:

1. All written discovery will be served by April 29, 2005; responses will be served by May 3, 2005.

2. Depositions of the principals will take place on May 5 and 6, 2005 in Springfield, Massachusetts.

3.   Plaintiffs' Motion for Preliminary Injunction, with supporting material, will be filed by May 13, 2005; defendants' opposition will be filed by May 20, 2005.  A hearing on this motion will take place on May 23, 2005 at 2:00 p.m.

It is So Ordered.

                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              United States District Judge