AO 440 (Rev. 10/93) Summons in a Civil Action

RETURN OF SERVICE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

April 4, 2005

I hereby certify and return that on 4/2/2005 at 09:45 am I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to FRANCISCO JAVIE SOLE at 28 WOODSIDE Circle, SOUTHWICK, MA 01077 <>.Attestation X 1 ($5.00), Conveyance ($3.60), Travel ($7.68), Basic Service Fee ($20.00), Mailing1 ($1.00), ON-CALL DEPUTY ($20.00) Total Charges $57.28

Deputy Sheriff DAVID K. TENNEY

_Deputy Sheriff_

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

April 5, 2005

I hereby certify and return that on 4/4/2005 at 01:35 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to GABRIELA SANTIAGO, SECRETARY, OFFICE MANAGER, person in charge at the time of service for EL DIALOGO, LLC, **LILLIAN SANTIAGO BAUZA**, 4 OPEN SQUARE WAY, HOLYOKE, MA 01040. Attestation X 1 ($5.00), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $36.00

_____
Deputy Sheriff

Deputy Sheriff DAVID K. TENNEY

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
            Date                         Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

Servic
NAME OF

Chec.

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

April 5, 2005

☐ I hereby certify and return that on 4/4/2005 at 01:35 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to LILLIAN SANTIAGO BAUZA at 4 OPEN SQUARE Way, HOLYOKE, MA 01040 <>.Attestation X 1 ($5.00), Conveyance ($2.70), Travel ($5.76), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $44.46

☐ L

☐ F

Deputy Sheriff DAVID K. TENNEY

*Deputy Sheriff* (signature)

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.