UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DIÁLOGO, LLC and <br> DIRECT MERCHANTS S.A., INC., <br><br> Plaintiffs, <br><br> v. <br><br> LILLIAN SANTIAGO BAUZÁ, <br> EL DIÁLOGO, LLC, and <br> FRANCISCO JAVIER SOLÉ, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION 05-cv-30076-MAP |

**CORRECTED JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiffs Diálogo, LLC and Direct Merchants S.A., Inc., and Defendants Lillian Santiago Bauzá and El Diálogo, LLC, hereby jointly move, pursuant to Federal Rules of Civil Procedure 26 and 37, to modify paragraph (2) of this Court's scheduling order dated April 8, 2005, to postpone depositions by four days.

The requested relief is necessary because the parties have agreed to exchange full copies of their documents by overnight mail sent on May 4, 2005, to be received by the respective parties in the morning of May 5, 2005.  The parties will need adequate time to review those documents before conducting the depositions.

WHEREFORE, the undersigned parties respectfully pray:

1)	that paragraph 2 of this Court's April 8, 2005 scheduling order be amended to read:  "(2) The deposition of Defendants' principal shall occur on May 9, 2005, in Springfield and the deposition of Plaintiffs' principal shall occur on May 10, 2005, in Springfield;" and

    2)    for such other relief as is just.

DIÁLOGO, LLC and
DIRECT MERCHANTS S.A., INC.

By their attorneys,

Dated: May 5, 2005    /s/ Seth W. Brewster
George Field (BBO No. 164520)
Seth W. Brewster (BBO No. 551248)
Attorneys for Plaintiffs
Verrill Dana, LLP
One Boston Place
Suite 2330
Boston, MA  02108
(617) 367-0929
gfield@verrilldana.com
sbrewster@verrilldana.com


LILLIAN SANTIAGO BAUZÁ, EL
DIÁLOGO, LLC, S.A., INC.

By their attorneys,

Dated:  May 5, 2005    /s/ Keith A. Minoff
Keith A. Minoff (BBO No. 551536)
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA  01115
(413) 732-2301
kminoff@robinson-donovan.com


**CERTIFICATE OF SERVICE**

    I hereby certify that on May 5, 2005, I electronically filed  the CORRECTED JOINT MOTION TO AMEND SCHEDULING ORDER with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:  Keith A. Minoff, Esq., and I hereby certify that there are no non-registered participants.

    /s/ Seth W. Brewster