UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30076-MAP

DIÁLOGO, LLC and )
DIRECT MERCHANTS S.A., INC., )
    Plaintiffs )
)
v. )
)
LILLIAN SANTIAGO BAUZÁ, )
EL DIÁLOGO, LLC, and )
FRANCISCO JAVIER SOLÉ, )
    Defendants )
)
LILLIAN SANTIAGO BAUZÁ, )
EL DIÁLOGO, LLC, and )
FRANCISCO JAVIER SOLÉ, )
    Plaintiffs in Counterclaim )
)
v. )
)
DIÁLOGO, LLC and )
DIRECT MERCHANTS S.A., INC., )
    Defendants in Counterclaim )

## OPPOSITION OF DEFENDANTS, LILLIAN SANTIAGO BAUZA AND EL DIALOGO, LLC, TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The defendants, Lillian Santiago Bauza and El Dialogo, LLC, hereby submit their Opposition to the plaintiffs' Motion for Preliminary Injunction. In support of their opposition, the defendants respectfully refer this Court to the attached Memorandum of Law in Opposition to the Plaintiffs' Motion for Preliminary Injunction, and the attached affidavits, including the Original and Supplemental Affidavits of Lillian Santiago Bauza and the Affidavits of Eduardo Perez, Affidavit of Manuel Frau and other affidavits and supporting materials, all of which are incorporated herein by reference.

400443

THE DEFENDANTS
LILLIAN SANTIAGO BAUZÁ and
EL DIÁLOGO, LLC

By /s/ Keith A. Minoff
Keith A. Minoff, Esq., and

By /s/ Nancy F. Pelletier
Nancy Frankel Pelletier, Esq., both of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
KAM BBO No.: 551536
NFP BBO No.: 544402

400443