UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIALOGO LLC, ET AL,            )
Plaintiffs                     )
                               )
            v.                 )  C. A. NO. 05-30076-MAP
                               )
LILLIAN SANTIAGO BAUZA, ET AL, )
Defendants                     )

PRETRIAL SCHEDULING ORDER

May 24, 2005

PONSOR, D.J.

Counsel appeared before this court for on May 23, 2005 for argument the plaintiffs' Motion for Preliminary Injunction and the defendants' Motion to Disqualify Counsel. After the court ruled on these motions, it conducted a pretrial scheduling conference. Based on counsel's representations, the court orders as follows:

    1. All automatic discovery will be completed by June 24, 2005.

    2. All interrogatories and requests for production will be served by July 31, 2005.

    3. All depositions will be completed by and all discovery will close on October 31, 2005. This closure date assumes there will be no expert testimony. In the event either side wishes to offer expert testimony, an appropriate motion to amend this order will be filed.

    4. Counsel will appear again before this court for a final pretrial conference on November 3, 2005 at 3:00 p.m. At least five (5) days prior to the conference, counsel will file final pretrial memoranda in accordance with the attached order. <u>Please note:</u> failure to file a final pretrial

memorandum as ordered may result in default or dismissal. Also at the final pretrial conference, the court will take up the question of any motions for summary judgment and the date for trial. Counsel may also wish to consider by that time whether they wish to consent to try the case before Magistrate Judge Neiman.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge