## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
DIÁLOGO, LLC and                        )
DIRECT MERCHANTS S.A., INC.,            )    CIVIL ACTION NO. 05-30076-MAP
                                        )
       Plaintiffs,              )
                                        )
v.                                      )
                                        )
LILLIAN SANTIAGO BAUZÁ,                 )
EL DIÁLOGO, LLC, and                    )
FRANCISCO JAVIER SOLÉ,                  )
                                        )
       Defendants.              )
_____)
                                        )
LILLIAN SANTIAGO BAUZÁ,                 )
EL DIALOGO, LLC, and                    )
FRANCISCO JAVIER SOLÉ,                  )
                                        )
       Counterclaim-Plaintiffs, )
                                        )
v.                                      )
                                        )
DIALOGO, LLC  and                       )
DIRECT MERCHANTS S.A., INC.,            )
                                        )
       Counterclaim-Defendants. )
_____)


## EXHIBITS INTRODUCED AT THE MAY 23, 2005
## PRELIMINARY INJUNCTION HEARING

      Attached to this document is the deposition transcript of Lillian Santiago Bauza dated

May 9, 2005 and Deposition Exhibits 12, 27, 54, 55, 56 and 57 in connection with Ms. Bauza's

deposition.  These documents were introduced at the preliminary injunction hearing on May 23,

2005.

DIÁLOGO, LLC and
DIRECT MERCHANTS S.A., INC.

By their attorneys,


Dated:  May 25, 2005                    /s/ Seth W. Brewster
                                        George Field (BBO No. 164520)
                                        Seth W. Brewster (BBO No. 551248)
                                        Attorneys for Plaintiffs
                                        Verrill Dana, LLP
                                        One Boston Place
                                        Suite 2330
                                        Boston, MA  02108
                                        (617) 367-0929
                                        gfield@verrilldana.com
                                        sbrewster@verrilldana.com


## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2005, I electronically filed Plaintiffs' Exhibits Introduced at the May 23, 2005 Preliminary Injunction Hearing  with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:  Keith A. Minoff, Esq. and Arnold Greenhut, Esq., and hereby certify that there are no non-registered participants.

/s/ Seth W. Brewster


P:\sbrewster\Dialogo\Exhibits Filed at PI Hearing.doc

Santiago.txt

1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF MASSACHUSETTS
 3
 4
 5    * * * * * * * * * * * * * * *
 6    DIALOGO LLC and              *
 7    DIRECT MERCHANTS SA, INC.,   *
 8                   Plaintiffs *
 9    vs.                  * No. 05-30076-MAP
10    LILLIAN SANTIAGO BAUZA,      *
11    EL DIALOGO LLC and           *
12    FRANCISCO JAVIER SOLE,       *
13                   Defendants *
14    * * * * * * * * * * * * * * *
15            ROUGH DRAFT COPY OF
16            VIDEO DEPOSITION OF:
17           LILLIAN SANTIAGO BAUZA
18        BULKLEY, RICHARDSON & GELINAS
19        1500 Main Street, Suite 2600
20          Springfield, Massachusetts
21               May 9, 2005
22
23           Tacy A. Malandrinos
24              Court Reporter
```

2

```
 1    APPEARANCES:
 2    Representing the Plaintiff:
 3    VERRILL DANA LLP
 4    One Portland Square
```

Santiago.txt

5   Portland, Maine 04112-0586

6   BY:  SETH W. BREWSTER, ESQ.

7   (207) 774-4000

8   fax (207) 774-7499

9   sbrewster@verrilldana.com

10

11   Representing Lillian Santiago Bruza:

12   ROBINSON DONOVAN P.C.

13   1500 Main Street, Suite 1600

14   Springfield, MA 01115-5609

15   BY: KEITH A. MINOFF, ESQ.

16   (413) 732-2301

17

18   IN ATTENDANCE:

19   Gerry Pike

20

21

22

23

24

0

3

1                         INDEX

2   WITNESS:              LILLIAN SANTIAGO BAUZA

3   EXAMINATION BY                    PAGE

4   Mr. Brewster

5

6   EXHIBITS                      PAGE

7   Exhibit 1,

8   Exhibit 2,

9   Exhibit 3,

10   Exhibit 4,

Santiago.txt

```
11   Exhibit 5,
12   Exhibit 6,
13   Exhibit 7,
14
15
16
17
18
19
20
21
22
23
24
```

4

```
 1   EXHIBITS
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
```

Santiago.txt

17

18

19

20

21

22

23

24

5

1    EXHIBITS

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Santiago.txt

```
)          23

    ⬚      24
```

6

```
    1    EXHIBITS

    2

    3

    4

    5

    6

    7

    8

    9

    10

    11

    12

)   13

    14

    15

    16

    17

    18

    19

    20

    21

    22

    23

⬚   24
```

7

```
    1              VIDEOGRAPHER:  We are now

    2         recording and on the record.  My name is

)   3         Jonathan Wilson.  I'm a video legal
```

Santiago.txt

4    specialist for Catuogno Court Reporting.

5    Our business address is 1414 Main Street,

6    Springfield, Mass. 01144.

7        Today is May 9, 2005 and the time

8    is 10:12 a.m.  This is the deposition of

9    Lillian Santiago Bauza in the matter of

10    Dialogo LLC and Direct Merchants

11    SA, Inc. Plaintiffs, versus Lillian

12    Santiago Bauza El Dialogo LLC and

13    Francisco Javier Sole, Defendants in the

14    United States District Court for the

15    District of Massachusetts.  Civil Action

16    Number 05-30076-MAP.

17        This deposition is being taken at

18    1500 Main Street, Springfield, Mass. on

19    behalf of the Plaintiff.  The Court

20    reporter is Tacy Malandrinos.  Counsel

21    will state their appearances and the Court

22    reporter will administer the oath.

23        MR. BREWSTER:  Seth Brewster for

24    the Plaintiffs.

8

1        MR. MINOFF:  Attorney Keith Minoff

2    representing the Defendants, Lillian

3    Santiago Bauza and El Dialogo LLC.

4        THE WITNESS:  Lillian Santiago

5    Bauza.

6

7

8    LILLIAN SANTIAGO BAUZA, Deponent, having

9    first been duly sworn, deposes and states as

Santiago.txt

10    follows:

11

12

13         EXAMINATION BY MR. BREWSTER:

14

15         Q.    Miss Santiago, can you please

16    state your full name for the record.

17         A.    Lillian Santiago Bauza.

18         Q.    And where do you live?

19         A.    I live on 123 St. Colby Drive,

20    Holyoke, Massachusetts.

21         Q.    And how long have you lived there?

22         A.    It's going to be two years, one

23    year now in, I'm sorry, in July.

24         Q.    Have you testified in a deposition

                                                   9

1    in the past?

2         A.    Yes.

3         Q.    How many times?

4         A.    One time.

5         Q.    And have you ever testified in

6    Court before?

7         A.    Yes.

8         Q.    How many times?

9         A.    Maybe one or two times.

10         Q.    Are you familiar roughly with the

11    process that is going on here today?

12         A.    Yes.

13         Q.    And that is I will ask you, I'm

14    going to ask you various questions.  And I'm

15    going to assume if you answer the question that

                        Page 7

Santiago.txt

16  you understood what I was asking you.  If you

17  don't, I invite you to speak up and say you

18  don't understand the question.

19          I don't want to make this

20  experience for you an unpleasant one, but I am

21  going to assume that if you answer my questions

22  that you do understand it.

23          Do you understand that instruction?

24      A.      Yes.

                                              10

1       Q.      If you need to take a break,

2   whether to stretch your legs, whether you need

3   to use the restroom or whatever, please tell me

4   so.  Again I don't want to keep you here where

5   it's very uncomfortable or unpleasant for you.

6           Do you understand that?

7       A.      Yes, I do.

8       Q.      Is there any reason that the

9   testimony you give today is not going to be the

10  truth?  Any medical reason or otherwise?

11      A.      No, sir.

12      Q.      Can you please give a brief history

13  of your educational background.

14      A.      Well, I graduated from high school,

15  Gabriela Mistral in Puerto Rico.  Then I took a

16  Bachelors degree which I ended in 1978 from

17  Interamerican University of Puerto Rico.  I did

18  my Masters degree, graduating in 1992 from

19  Cambridge College in Boston, Massachusetts.

20      Q.      Your Bachelors degree was in

21  psychology and public administration?

Page 8

Santiago.txt

22      A.      That's correct.

23      Q.      Your Masters degree was in what?

24      A.      In educational counselling.

11

1       Q.      And that was in 1992, is that

2  right, in Cambridge, Massachusetts?

3       A.      Yes.

4       Q.      Are you married?

5       A.      Yes.

6       Q.      For how long?

7       A.      Two years.

8       Q.      To whom are you married?

9       A.      Hector Bauza.

10      Q.      Do you have children?

11      A.      Of my own.  I have two adult

12  children.

13      Q.      Have you been previously married?

14      A.      Yes.

15      Q.      Can you give a brief history of

16  your employment background before your work for

17  Dialogo LLC?

18      A.      I was working with River Valley at

19  the Holyoke Medical Center as director of the

20  employee assistant program.

21      Q.      For how long?

22      A.      For two years.

23      Q.      And what was the reason for

24  leaving that job?

12

1       A.      To become a full-time manager at

Santiago.txt

2      the newspaper.

3           Q.      What newspaper is that?

4           A.      At Dialogo.

5           Q.      When did you leave that job?

6           A.      July first.  July 2 to be exact.

7           Q.      July 2, 2004?

8           A.      2004 yes.

9           Q.      Before that job what did you do?

10          A.      I was, I worked with the health

11     department at the Town of Amherst in Amherst.

12          Q.      Health department for the Town of

13     Amherst, is that right?

14          A.      Yes.

15          Q.      How long have you done that job?

16          A.      It was very briefly because it was

17     a consulting job that was to put together very

18     briefly, maybe six months.

19          Q.      Before you did that job --

20                  Well, strike that.

21                  What was the reason for leaving

22     that job?

23          A.      I got a better job.

24          Q.      With River Valley?

                                           13

1           A.      With River Valley.

2           Q.      Before the health department in

3      Amherst what did you do?

4           A.      I work with, as the director of the

5      division of out patient substance abuse and

6      mental health for an agency called Daco and that

7      was in Tampa, Florida.

Santiago.txt

8      Q.      What years were you in Tampa,
9   Florida?

10      A.      Four.

11      Q.      From when to when?

12      A.      1999 to 2002.

13      Q.      In 2002 then you moved up to this
14   area, is that correct?

15      A.      That is correct.

16      Q.      Before 1999 did you live in western
17   Massachusetts?

18      A.      Yes.

19      Q.      When did you move to western
20   Massachusetts?

21      A.      I moved --

22      Q.      From Puerto Rico?

23      A.      I didn't move from Puerto Rico.  I
24   moved from Connecticut.  And that was in 1985.

                                                14

1      Q.      In the past you managed two
2   nonprofits?

3      A.      I managed four nonprofits.

4      Q.      What are the names of those
5   nonprofits?

6      A.      I work with the department of,
7   State department of health, public health.  I'm
8   sorry, as the assistant director of the
9   prevention program.  I also work as director of
10   out patient services for gunda(phonetic) mental
11   health, Daco and River Valley.

12      Q.      Before Dialogo Bilingue did you
13   have any other history in publishing a

Santiago.txt

14    newspaper?

15         A.    No.

16         Q.    Dialogo Bilingue was your first

17    background or first endeavor in publishing a

18    newspaper.

19         A.    Yes.

20         Q.    You are currently a City councilor

21    for the City of Holyoke, is that right?

22         A.    Yes.

23         Q.    How long have your been  a City

24    councilor.

                                              15

1          A.    This is my first term.

2          Q.    When were you elected?

3          A.    I was elected in November of 2003.

4          Q.    Is it a two year term?

5          A.    Yes.

6          Q.    And you are up for reelection in

7     November of 2005?

8          A.    That's correct.

9          Q.    Can you tell please describe for

10    me how Dialogo Bilingue came about.

11         A.    Dialogo Bilingue came about on an

12    evening I was doing a presentation.  Back in

13    2003 bilingual education was on the verge of

14    being disappear here in Massachusetts.  I was

15    one of the group of people who was an advocate

16    for Bilingual education since the 1970s.

17              I felt it was important to voice

18    out our concerns of elimination of Bilingual

19    education.  I was doing, I was a key note

Santiago.txt

20  speaker at the library in Holyoke to a group of

21  parents, educators and community members.  And

22  after that the following day when I look at the

23  newspaper I felt that what happened in that

24  meeting was not expressly recorded fairly.

16

1           And I felt that a publication that

2  really talked about the issues that effect the

3  Latino community was important to have.  So

4  that's how Dialogo Bilingue came up.

5      Q.     With respect to the ownership of

6  Dialogo Bilingue, how did you get in contact

7  with Manuel Frau Ramos?

8      A.     I didn't get in contact with Manuel

9  Frau.  Manuel Frau is a friend and back then he

10  always wanted to have a newspaper.  We walked

11  out of that meeting together talking about the

12  possibility of putting together a publication.

13  We didn't talk about a newspaper.  The newspaper

14  we talked about the following day when we

15  realized we were really losing the battle of

16  bilingual education.

17           We sat down and we start talking

18  about the possibility of putting together a

19  newspaper.  And the next step was my husband

20  Hector and Manuel his wife and I sit down and we

21  start thinking about it.

22      Q.     What was the date of that meeting?

23      A.     I do not recall.  It was back in

24  2003, but sometime February, March but I can not

17

Santiago.txt

1  tell you.

2      Q.     I'm going to show you what has

3  been previously marked as Exhibit 1.

4             Exhibit 1 is a Articles of

5  Incorporation Organization for Dialogo Bilingue,

6  Inc.

7             With respect to the lawyer for

8  Dialogo Bilingue was Arnold Greenhut, is that

9  right?

10     A.     That is correct.

11     Q.     Is Mr. Greenhut also your personal

12 lawyer?

13     A.     Yes.  Yes and no.

14     Q.     You used Mr. Greenhut for your

15 personal matters in the past, is that correct

16     A.     If business is personal then, yes,

17 because I don't have any personal matter that

18 I --

19     Q.     With respect to, and with respect

20 to Dialogo LLC Mr. Greenhut represented you with

21 respect to Dialogo LLC?

22     A.     No.

23     Q.     With respect to Dialogo what is

24 marked as Exhibit 1, the purpose of the

                                          18

1  enterprise as set forth here was bilingual

2  multi-cultural newspaper?  Is that correct?

3      A.     Dialogo Bilingue?

4             You said Dialogo LLC.

5             Dialogo Bilingue?

6      Q.     Yes.

                    Page 14

Santiago.txt

7      A.     Yes.  Dialogo Bilingue was formed

8   as a bilingual newspaper, yes.

9      Q.     I'm going to show you what's been

10   marked as Exhibit 2.  The four directors of

11   Dialogo Bilingue were Hector Bauza, you, Manuel

12   Frau and his wife Ingrid, is that correct?

13      A.     Yes.

14      Q.     They were also each twenty-five

15   percent owners of Dialogo Bilingue, is that

16   right?

17      A.     Yes.

18      Q.     And with respect to now each one of

19   those parties currently owns twenty-five percent

20   interest in Dialogo Bilingue?

21      A.     Yes.

22      Q.     There hasn't been any transfer of

23   any ownership with respect to that, is that

24   right?

                                        19


1      A.     It's in the process for a while.

2   It's been in a process.

3      Q.     However as it currently stands with

4   Dialogo Bilingue each of those parties currently

5   holds a twenty-five percent interest in the

6   company, is that right?

7      A.     Yes.

8      Q.     Is Dialogo Bilingue still an active

9   business?

10      A.     Yes.

11      Q.     With respect to the, I refer you to

12   the next to last page of what has been marked as

Page 15

Santiago.txt

13    Exhibit 2, you were the clerk of Dialogo

14    Bilingue, is that right?

15        A.    Yes.

16        Q.    And the responsibilities of the

17    being clerk of the company were what?  What was

18    your understanding of those responsibilities?

19        A.    Officially I can not tell you what

20    the responsibilities of the clerk.

21            I know unofficially I was basically

22    running the newspaper.  I was in the daily

23    running of the newspaper, although I was holding

24    a full-time job.

                                                    20

1        Q.    The clerk was also responsible for

2    having the minutes of the meetings, is that

3    correct?

4        A.    Yes.

5        Q.    And the clerk was also responsible

6    for filing the Articles of Organization with the

7    Commonwealth of Massachusetts, is that right?

8        A.    Yes.

9        Q.    The clerk of the corporation was

10    also responsible for filing the tax returns of

11    the corporation, is that right?

12        A.    Yes.

13        Q.    Including the Federal tax returns

14    for 2003 and 2004, is that right?

15        A.    Yes.

16        Q.    The clerk of the corporation which

17    you also held was responsible for submitting the

18    annual report of the corporation to the

Santiago.txt

19    Commonwealth, is that right?

20        A.    Yes.

21        Q.    I'm going to have you refer to the

22    first page.  That's your signature, is that

23    right?

24        A.    Yes.

21

1        Q.    And that's a true and accurate copy

2    of your signature, is that right?

3        A.    Yes.

4        Q.    In fact, all this document that is

5    Exhibit 2 this is a true and accurate copy of

6    what it purports to be and that is the

7    organizational and other corporate documents of

8    Dialogo Bilingue.

9        A.    Yes.

10        Q.    I'm going to show you what has

11    been marked as Exhibit 3.  Exhibit 3 is a

12    document entitled Bylaws of Dialogo Bilingue.

13    These were the bylaws that the shareholders

14    adopted in September 2003, is that right?

15        A.    Yes.

16        Q.    With respect to the office, 101

17    Cabot Street in Holyoke, was that your personal

18    residence at that time?

19        A.    Yes.

20        Q.    That was your personal residence

21    with your husband Hector?

22        A.    Yes.

23        Q.    And in fact, what has been marked

24    as Exhibit 3 is in fact the bylaws which operate

Santiago.txt

22

1    the organization of Dialogo Bilingue?

2         A.    Yes.

3         Q.    I'm going to show you what's been

4    marked as Exhibit 4.  Exhibit 4 is a document

5    entitled Application for Employer Identification

6    Number for Dialogo Bilingue, Inc.  Do you see

7    that?

8         A.    Yes.

9         Q.    And the signature down at the

10   bottom, Hector Bauza, that's your husband, is

11   that right?

12        A.    Yes.

13        Q.    Is that in fact his signature, is

14   that right?

15        A.    Yes.

16        Q.    And your familiar with his

17   signature, is that right?

18        A.    Yes.

19        Q.    On the next page of this document

20   which has been marked as Exhibit 4, that's your

21   signature on this document, is that right?

22        A.    Yes.

23        Q.    And also those are the signatures

24   of both Hector, Manuel and Ingrid, is that

23

1    right?

2         A.    That's correct.

3         Q.    And you are familiar with those

4    signatures?

Page 18

Santiago.txt

5      A.      Yes.

6      Q.      An the purpose of this document was

7  again to get a Federal employer tax

8  identification so Dialogo Bilingue could do

9  business with various vendors suppliers, is that

10 correct?

11     A.      That's correct.

12     Q.      In fact, many suppliers, vendors

13 needed a Federal employer tax ID number in order

14 to do business with you, is that right?

15     A.      That's correct.

16     Q.      I'm going to show you what has

17 been marked as Exhibit 5 in this case.  This is

18 an email that is dated April 17, 2003.  It's to

19 Manuel Frau Ramos.  Again, that was your partner

20 in the Dialogo Bilingue venture, is that right?

21     A.      That's correct.

22     Q.      And this was essentially his

23 registration of Dialogo Bilingue dot com, is

24 that right?

                                              24

1      A.      That's correct.

2      Q.      And the web name for the company

3  was Dialogo Bilingue dot com, is that right?

4      A.      That's correct.

5      Q.      It was not El Dialogo?

6      A.      No.

7      Q.      Did you talk to Mr. Frau before he

8  went about and did this?

9      A.      Of course.  It was a decision of

10 all of us.

Santiago.txt

11    Q.    And you did that because it was

12  part of the nature of the partnership, is that

13  right?

14    A.    No, not necessarily.  We did it

15  because it was something that was important for

16  the newspaper.  If you want to be competitive

17  you need to be on the web and so forth.

18    Q.    So you need to be on the web and

19  you wanted to have a web address, Dialogo

20  Bilingue dot com, is that right?

21    A.    That's correct.

22    Q.    So based upon the essentially the

23  partnership at that time, it was a decision of

24  the partnership to get the web address Dialogo

25

1  Bilingue dot com?

2    A.    Yes.

3    Q.    And again, the organization of the

4  corporation was not formally done until

5  September of 2003, is that right?

6    A.    That's correct.

7    Q.    Even though the venture itself

8  started approximately March or April of 2003?

9    A.    The actual, if we are talking about

10  two separate dates.  The actual newspaper was

11  out on June of 2003.  The discussion about

12  putting together a newspaper began some February

13  or March, yes.

14    Q.    Miss Santiago, I'm going to show

15  you has been marked as Exhibit 6 in this case.

16  This is the annual report of the corporation

Santiago.txt

17   Dialogo Bilingue.  It's dated March 15, 2004.

18   That's your signature on that document, is that

19   right?

20        A.    Yes.

21        Q.    And you filed that with the

22   Commonwealth of Massachusetts on or about March

23   15 of 2004?

24        A.    Yes.

26

1        Q.    And that was in compliance of your

2   responsibilities as clerk of the corporation of

3   Dialogo Bilingue, is that right?

4        A.    Yes.

5        Q.    And that is as clerk of the

6   corporation it was also part of your

7   responsibilities in the operation of the

8   company, is that right?

9        A.    That's correct.

10        Q.    So if you were in control of the

11   operation of the company, you would file annual

12   reports with the Commonwealth of Massachusetts,

13   for example?

14        A.    That's correct.

15        Q.    And what has been marked as

16   Exhibit 6 is a true and accurate copy of the

17   document that was filed with the Commonwealth of

18   Massachusetts?

19        A.    Yes.

20        Q.    Miss Santiago, I'm going to show

21   you what has been marked as Exhibit 7 in case.

22   Exhibit 7 is the U.S. income tax return for

Santiago.txt
23   Dialogo Bilingue.  It's dated June 7, 2004.
24   That's your signature on this document, is that

27

1   right?
2          A.      Yes.
3          Q.      And what has been marked as Exhibit
4   7 is a true and accurate copy of the tax return
5   filed on behalf of Dialogo Bilingue on or about
6   June 7, 2004?
7          A.      Yes.
8          Q.      At that time you were clerk of the
9   corporation?
10         A.      Yes.
11         Q.      And one of your responsibilities
12  was insuring that the corporate tax returns were
13  filed with the government?
14         A.      Yes.
15         Q.      And at the end of this document
16  reflects the various ownership interests of the
17  four partners as twenty-five percent, is that
18  right?
19         A.      Yes.
20         Q.      And that in fact is an accurate
21  representation as to the ownership of Dialogo
22  Bilingue?
23         A.      Yes.
24         Q.      Are there actually shares of stock

28

1   that were issued to the shareholders?
2          A.      No.
3          Q.      So it's, where other than on these
Page 22

Santiago.txt

4    documents is there any document that reveal the

5    ownership interest?

6         A.    That's it.  What you have is what

7    we have.

8         Q.    So I have all the documents with

9    respect to the corporate organization of Dialogo

10   Bilingue?

11        A.    Yes.  To the best of my knowledge.

12        Q.    With respect to the income of

13   Dialogo Bilingue for the tax year, or actually

14   ending December 31, 2003, this document reflects

15   the total sales of the company as well as the

16   expenses?

17        A.    Yes.

18        Q.    Furthermore as clerk of the

19   corporation you also filed a return with the

20   Commonwealth of Massachusetts for 2003, is that

21   right?

22        A.    Yes.

23        Q.    An excise tax return?

24        A.    Yes.

29

1         Q.    And again representing essentially

2    the income of the corporation as well as the

3    stock ownership to the Commonwealth of

4    Massachusetts?

5         A.    Yes.

6         Q.    Miss Santiago, I'm going to show

7    you what has been marked as Exhibit 8 in this

8    case.  This is a rent agreement between Open

9    Square and Dialogo Bilingue.  It's dated

Santiago.txt

10    December 1, 2003.  Dialogo Bilingue entered into

11    a lease agreement with Mr. Aubin on or about

12    December of 2003?

13         A.    Yes.

14         Q.    That was to lease space at Open

15    Square starting January 1, 2004?

16         A.    That's correct.

17         Q.    What was the purpose of leasing the

18    space at Open Square?

19         A.    Well, it was December 1, 2003.

20         Q.    What was the purpose with respect

21    to the Dialogo Bilingue.  Could it not use the

22    previous space that it had used?

23         A.    The previous space that used was my

24    house, and it was becoming necessary to really

                                              30

1     have a space.  You know, to run the business. It

2     was used for the operation of the business.

3          Q.    Before you entered into this lease

4     agreement did you have any other rental

5     agreements or lease arrangement with Mr. Aubin?

6          A.    No.

7          Q.    This was with respect to December

8     of 2003 was the first time that you had an

9     agreement with Mr. Aubin, is that right?

10         A.    Yes.

11         Q.    What I showed you as Exhibit 8,

12    this is a true and correct copy of the lease

13    between Dialogo Bilingue and the Aubin Property

14    Trust?

15         A.    Yes.

Santiago.txt

16      Q.      With respect to the operation of
17  Dialogo Bilingue, who was in charge of the
18  day-to-day operations of Dialogo Bilingue?
19      A.      That would be myself.
20      Q.      And you were doing that
21  exclusively?
22      A.      No.
23      Q.      You were doing it as well as your
24  job at the River Valley, is that correct?

                                              31

1       A.      That's correct.
2       Q.      Who else was working for Dialogo
3   Bilingue?
4       A.      My husband was working in providing
5   the sales.  Manuel was the editor so he provided
6   the contents of the newspaper.  We all wrote
7   articles.  And Manuel's wife Ingrid worked on
8   the translation, and so the four of us worked
9   together.
10      Q.      And during this time was Hector
11  working full-time at the newspaper?
12      A.      No.
13      Q.      He was doing other things as well,
14  is that right?
15      A.      Yes.
16      Q.      Miss Santiago, I'm going to show
17  you what has been marked as Exhibit 9 in this
18  case.  This is an invoice of Dialogo Bilingue.
19  It's to a customer which has a customer ID of
20  Avon.  It's dated August 3, 2003.
21              This document is essentially the
                        Page 25

Santiago.txt

22    Dialogo Bilingue invoice to one of its

23    customers, is that right?

24        A.    Yes.

                                                32

1         Q.    And in the community you invoiced

2     the business as Dialogo Bilingue, is that right?

3         A.    Yes.

4         Q.    And you were known as Dialogo

5     Bilingue, is that right?

6         A.    Yes.

7         Q.    And is this, what is reflected in

8     Exhibit 9, is this a standard document of the

9     Dialogo Bilingue setting forth the advertising

10    contract with one of its customers?

11        A.    Yes.

12        Q.    And at that time the sales

13    executive for Dialogo Bilingue was Hector, is

14    that right?

15        A.    Yes.

16        Q.    How did -- strike that.

17              Did you invest any money in the

18    beginning in Dialogo Bilingue to get it going?

19        A.    Yes.

20        Q.    How much money?

21        A.    $600 on the first printing of the

22    edition.  The first edition.  And computer.  I

23    brought in computers.  And I also provided

24    office supplies.

                                                33

1         Q.    Approximately what is the value

Page 26

Santiago.txt

2    that you contributed to Dialogo Bilingue to get

3    it going?

4         A.    Counting the computer?

5         Q.    That's correct.

6         A.    I would say $3000.

7         Q.    With respect to Hector, did he make

8    any financial contributions to get the business

9    going?

10        A.    That was considered together.

11        Q.    So both you and Hector contributed

12    in your view $3000 from when Dialogo Bilingue

13    was organized approximately March and April of

14    2003 until approximately July 1, 2004.  Is that

15    fair?

16        A.    It would be more.  If you are

17    talking about the starting budget for the first

18    edition, then we can talk about that.  But if

19    you are talking about throughout, you know, you

20    invest here and there.  It's your business.  You

21    just invest.

22        Q.    That's what I'm trying to

23    understand.  What your total investment in that

24    enterprise was?

34

1         A.    I can't accurately tell you how

2    much.  But more or less maybe five thousand, you

3    know.

4         Q.    With $3000 being the up front cost,

5    is that correct?

6         A.    Uh-huh.

7         Q.    With respect to your other

Page 27

Santiago.txt

8   partners, Manuel and Ingrid, did they invest

9   money in order to get the newspaper Dialogo

10   Bilingue going?

11        A.     Yes.

12        Q.     How much did they invest?

13        A.     I would say the same.

14        Q.     So therefore their investment was

15   the $3000 for start up and approximately $5000

16   overall?

17        A.     Yeah, I could say that.

18        Q.     Is that fair to say?

19        A.     That's fair to say, yes.

20        Q.     Miss Santiago, I'm going to show

21   you what has been marked as Exhibit 10 in this

22   case.  Exhibit 10 were, is a document that was

23   produced to me in production and appears to be a

24   financial statement of Dialogo Bilingue.  It's

                                                    35

1   dated May 31, 2004.

2              With respect to this document who

3   was in charge of the financial accounting for

4   Dialogo Bilingue?

5        A.     I was.

6        Q.     And would you, with respect to

7   that, was this document generated from your

8   computer, is that right?

9        A.     Yes.

10             MR. MINOFF:  Just for the record,

11   there is a number of different documents in

12         here.  Do you want to specify which

13         document you are referring to?

                                    Page 28

Santiago.txt

14          MR. BREWSTER:  Well, with respect
15       to it, again they all appear to be
16       documents that were generated on May 31,
17       2004.  To be sure they appear to have
18       different, they are organized differently.
19          Q.    (By Mr. Brewster)  And again, I
20   guess I'm trying to understand that is with
21   respect to financial accounting of Dialogo
22   Bilingue, you were the person who kept track of
23   the finances, the income and the expenses of
24   Dialogo Bilingue?

36

1          A.    No, sir.  I have an accountant.  We
2    have an accountant.
3          Q.    With respect to, I understand you
4    have an accountant, but with respect to bill
5    paying are those expenses --
6          A.    My accountant.
7          Q.    Does it all?
8          A.    Yes.
9          Q.    So with respect to, are you saying
10   that this document which has been marked as
11   Exhibit 10 was generated by your accountant?
12          A.    Yes.
13          Q.    This document was not generated by
14   you or on your computer's.
15          A.    I have a copy in my computers, but
16   it's generated by my accountant.
17          Q.    With respect to -- strike that.
18          Please explain for me how the bills
19   of the Dialogo Bilingue were paid?

Page 29

Santiago.txt

20    A.    I give the invoices to the

21    accountant.  She registers all the invoices.

22    And she wrote the checks, and then she brings

23    the checks to me and I will sign them.  And we

24    of course we review them.

37

1    Q.    And with respect to accounting for

2    the income of Dialogo Bilingue, please describe

3    for me how the income of Dialogo Bilingue was

4    recorded.

5    A.    I give the newspaper to the

6    accountant with the amounts that need to be

7    billed to the client, and she will prepare the

8    invoice and send it.

9    Q.    So the accountant generated the

10    invoices, sent the invoices to the clients, the

11    customers, the customers would remit their

12    payment to your accountant, who would then --

13    A.    No.  Not to the accountant.  They

14    would make the payments to the business.

15    Q.    So they would make the payment to

16    the business.  Once the payment -- usually

17    payment by check, is that right?

18    A.    Yes.

19    Q.    Once the check was received by the

20    business, how would it then be recorded in the

21    financial accounting system?

22    A.    I bring it to the bank.  I deposit

23    it.  I make a copy of the check and I put it in

24    a bin and she will come up and pick it up and

38

Santiago.txt

1    record everything here.

2        Q.    With respect to your accountant,

3    that's Tracy Learner, is that right?

4        A.    Learned.

5        Q.    Where is her office?

6        A.    She does this out of her house.

7    She doesn't have an office.

8        Q.    Where is that?

9        A.    I don't have it with me, so I can

10   not.

11       Q.    Does she live in Holyoke?

12       A.    She live's in Granby.

13       Q.    Granby?

14       A.    Yes.

15       Q.    And how did you communicate with

16   your accountant?  Through email.  Through mail?

17       A.    Mostly, yeah, email or telephone or

18   she comes and we meet.

19       Q.    Now with respect to email I didn't

20   receiver any emails with Tracy Learned.

21       A.    I don't have anything.

22             MR. MINOFF:  Wait for the question.

23       Q.    (By Mr. Brewster)  You don't have

24   any?

                                              39

1        A.    No.

2        Q.    You don't have any records of those

3    emails?

4        A.    Not at this point, no.

5        Q.    With respect to Dialogo Bilingue,

6    the document that is Exhibit 10 in this case,

                    Page 31

Santiago.txt

```
 7   this reflects a true and accurate picture of the
 8   finances of the Dialogo Bilingue?
 9         A.    It depends.  I'm going to say yes.
10         Q.    You have no reason to believe that
11   this document, Exhibit 10, is not a true, fair
12   and correct representation of the financial
13   status of Dialogo Bilingue as of May 31, 2004?
14         A.    No.
15         Q.    And again, this document was
16   generated by Tracy Learned, and it was given to
17   you to give you an idea of the financial picture
18   of Dialogo Bilingue as of May 31, 2004?
19   Is that right?
20         A.    Yes.
21         Q.    So therefore, I'm going to have you
22   turn to -- well, it may be half way through.
23   There is a document called Profit and Loss May
24   2004.  Do you see that?
```
                                                    40

```
 1               Where it says for May 2004 the net
 2   income of Dialogo Bilingue was $3935.  Do you
 3   see that?
 4         A.    Yes, I see that.
 5         Q.    So therefore, for May 2004 is a
 6   fair representation that the net income of the
 7   business was in fact almost $4000?
 8         A.    If it says there.
 9         Q.    There is no reason to believe this
10   is not fair, is that right?
11         A.    Yes, you are right.
12         Q.    And again, it was Attorney
```
                          Page 32

Santiago.txt

13    Greenhut who was responsible for the

14    organization of Dialogo Bilingue, is that right?

15         A.    Yes.

16         Q.    So he was the one who helped you

17    with the Articles of Incorporation as well as

18    helped you as the clerk of the organization with

19    filing that with the Commonwealth of

20    Massachusetts?

21         A.    I would rephrase that to help us

22    because he meet with us.  With Manuel, with

23    Ingrid, with my husband and I.

24         Q.    At this time Hector's job with the

                                              41

1     paper was both doing sales, is that right?

2          A.    Yes.

3          Q.    As well as distributing the

4     newspaper to various locations around Western

5     Massachusetts?

6          A.    My husband distributing the

7     newspaper?

8          Q.    Yes.

9          A.    Once in a while my husband and

10    Manuel distribute the newspaper, especially at

11    the beginning because we had to do everything.

12         Q.    I'm going to have you turn to the

13    third page of this document which has been

14    marked as Exhibit 10.  You see there are a

15    number of entries from 12/19 2003 all the way

16    down to, I guess on page four, March 25, 2004,

17    where there are various payments to Hector for

18    newspaper distribution?

                    Page 33

Santiago.txt

19      A.      Yes, I see it.

20      Q.      So it's fair to say that even in

21   2004, up until even as late as March of 2004,

22   there are still payments for Hector for

23   newspaper distribution?

24      A.      No.  That's incorrect.

                                                    42

1       Q.      Can you please explain to me what

2    these entries are for?

3       A.      These entries, we utilize a

4    nonprofit group of young children because I felt

5    it's important to keep adolescents involved in

6    this process.  And we pay them $150 each.  There

7    were sometimes five, four adolescents.

8               Well, what we did was I made,

9    sometimes couldn't go to the bank and cash a

10   check, so I could pay the kids cash money.  So I

11   gave the check, I made a mistake and gave the

12   check in Hector's name.  And I have

13   documentation that will count every single one

14   of those payments and the signatures of the

15   youngsters with their social security and all of

16   that.  That's definitely a mistake that the

17   accountant made.

18      Q.      In each case there was a check made

19   out to Hector Bauza, is that right, for

20   newspaper distribution, is that right?

21      A.      Not for newspaper distribution.  To

22   go and cash it to the bank.

23              Again this is a category that

24   Tracy used but Manuel and Ingrid and everybody

                    Page 34

Santiago.txt

43

1    knows that at some point I think you maybe find

2    also Manuel's name around here.

3        Q.      There is one check I did note to

4    Manuel for $63 for distribution.

5            All right.

6        A.      These kids don't have IDs and all

7    of that so --

8        Q.      Miss Santiago, I'm going to show

9    you what has been marked as Exhibit 11.  These

10   again are financial statements of Dialogo

11   Bilingue as of May 27, 2004.

12           Is there any reason why -- strike

13   that.

14           These documents again were prepared

15   by Dialogo Bilingue's accountant Tracy Learned?

16       A.      Yes.

17       Q.      And these documents are true and

18   accurate reflections of the financial picture

19   for Dialogo Bilingue at that time?

20       A.      No.

21       Q.      Can you please explain to me why

22   these documents are not true and correct

23   statements of the financial picture of Dialogo

24   Bilingue at that time?

44

1        A.      We had problems with the way in

2    which the income was recorded in this, in the

3    program in QuickBooks.

4            She didn't know the program, and I

Page 35

Santiago.txt

5    didn't know the program so we made a lot of

6    mistakes in trying to figure out this.  There

7    are some entries here that are duplicates, so it

8    shows if you look on page one, it says fee

9    income events and fee income others.  You see

10   there is two different, that is the same money.

11   So it's basically like a duplicate, $31,000

12   never exist.

13        Q.    With respect to the fee income

14   events and fee income.  What does that mean?

15   why was there an events line and a fee income

16   line?

17        A.    That's what I'm trying to explain.

18   That when we set up, QuickBooks is set up to

19   identify how your, for you to identify what kind

20   of business you are in.

21            They don't have a category for

22   newspapers, so I put it as advertisement.  When

23   you do an entry, say you do your invoicing, we

24   made the mistake of not identifying when the

                                        45


1    payment came in, not identifying that payment.

2    We did not identify the invoice that goes with

3    the payment.  Therefore we made duplicates.  So

4    these are duplicate accounts.

5            So if you go invoice by invoice you

6    will realized the actual state of the newspaper

7    at that time.

8        Q.    Did you talk to Tracy about this?

9        A.    Yes.

10       Q.    when did you talk to her about it?

Page 36

Santiago.txt

11      A.      Just recently we -- I was looking

12   at these details and I was like wait a minute.

13   We are showing profit here that we never had.

14      Q.      Were these documents given to your

15   partners?

16      A.      Yes.  We all discuss it.

17              We never, none of us kind of

18   realized, you know, that we were making that

19   mistake.

20      Q.      With respect to, with respect to

21   none of you realized that the income was

22   essentially doubled?

23      A.      Uh-huh.  To be honest.

24      Q.      So therefore, just so I understand

                                                    46

1    your testimony, you are saying that even though

2    the company was, you are saying was operating a

3    loss, you didn't realize that your financial

4    statement reflected a $14,000 net profit?

5       A.      To be honest with you, I used this

6    as, this is the bank statement so I really went

7    by the bank statement.

8       Q.      So what you are saying is Exhibit

9    10 was an accurate document.  Exhibit 11 is not

10   an accurate document, is that right?

11      A.      Absolutely.

12              MR. BREWSTER:  Off the record for

13          a moment.

14              VIDEOGRAPHER:  The time is now 11

15          a.m. and we are off the record.

16

                    Page 37

Santiago.txt

17          (A break was taken)

18

19          VIDEOGRAPHER:   The time is now

20     11:02 a.m. and we are back on the record.

21     Q.     (By Mr. Brewster)  Miss Santiago,

22     I'm going to show you what has been temporarily

23     marked as Exhibit 12 in this case.   This is a

24     copy of the Dialogo Bilingue newspaper for the

47

1     period of June 1 to June 15, 2004.

2               The document that I have shown you

3     which has been temporarily marked as Exhibit 12,

4     is that a true and accurate copy of that version

5     of the Dialogo Bilingue newspaper, is that

6     right?

7     A.     Yes.

8     Q.     And with respect to that newspaper

9     I'm going to have you refer to the second page

10     of the newspaper or actually the third page of

11     the newspaper.   That reflects the staff of the

12     Dialogo Bilingue at the time, that is

13     approximately June 1, 2004.

14     A.     Contributors, yes.

15     Q.     And at that time the Dialogo

16     Bilingue newspaper, this has been marked as

17     Volume two, number one, is that right?

18     A.     Yes.

19     Q.     So essentially the first volume

20     one, number one was the June 1, 2003 edition, is

21     that correct?

22     A.     Yes.

Page 38

Santiago.txt

23      Q.      So this is the first edition in the

24      second year, is that correct?

                                                    48

1       A.      Yes.

2       Q.      Now I note that there is not a

3       Dialogo Bilingue for June 15 to June 30, is that

4       correct?

5       A.      That's correct.

6       Q.      So therefore what has been

7       temporarily marked as Exhibit 12 was the very

8       last edition of Dialogo Bilingue, is that right?

9       A.      That's correct.

10      Q.      How did you first meet Gerry Pike?

11      A.      I met Gerry Pike at my house on 101

12      Cabot Street.  He came with my husband.

13      A.      When was that?

14      A.      December, sometime in December of

15      2003.

16      Q.      What was the purpose of that visit?

17      A.      He was doing business with my

18      husband so he came.  That was the first time

19      that he approach me to have a participation in

20      the newspaper.

21      Q.      So this was in December of 2003, is

22      that right?

23      A.      Yes.

24      Q.      And he was essentially there doing

                                                    49

1       business with your husband on another venture,

2       is that correct?

3       A.      Yes.

Santiago.txt

4        Q.      That was the Eventos venture, is
5    that correct?
6        A.      I believe so.
7        Q.      You didn't work on Eventos, is that
8    correct?
9        A.      No.
10       Q.      And you weren't sure what was what
11   was going on with Eventos, is that right?
12       A.      That's right.
13       Q.      In December of 2003 tell me what
14   you and Mr. Pike discussed about the newspaper?
15       A.      Well, Mr. Pike basically talked
16   about the newspaper, talk about wanting some
17   participation, minimal participation.
18              It wasn't really much.  He just put
19   some interest on the newspaper and I tell him
20   that I have partners, that I at that point were
21   looking at putting anybody into the business or
22   bringing anybody into the business.  That I
23   would have to discuss it with Manuel.
24       Q.      So at that time Mr. Pike had

                                              50

1    expressed an interest in being part of that
2    venture.  That would be Dialogo Bilingue, is
3    that correct?
4        A.      That's correct.
5        Q.      And you told him at that time
6    because you had three other partners in that
7    particular case that it looked unlikely at that
8    time?
9        A.      Not necessarily.  I told him I
                        Page 40

Santiago.txt

10    needed to discuss it with Manuel who was, you

11    know was very important.  One partner was

12    sitting next to me which was my husband and I.

13    That's something that I could not discuss unless

14    the other two partners was sitting down or, you

15    know, I needed to mention it to them.

16        Q.    When did you talk to Manuel about

17    your conversation with Mr. Pike?

18        A.    Briefly maybe the next day or maybe

19    a couple days after.  I really don't remember

20    exact date.

21        Q.    That's approximately 2003, is that

22    right, December 2003?

23        A.    Yes.

24        Q.    What did Manuel say that about that

                                                        51

1    conversation?

2        A.    Manuel and I decided that no, we

3    decided together that we really wanted to stay,

4    you know, continue the way we were doing it.

5        Q.    When was the next time after

6    December of 2003 that you met with Mr. Pike?

7        A.    Mr. Pike as you mention before had

8    business with my husband so they see themselves

9    very often.  And I believe Mr. Pike asked very

10    frequently about the newspaper to my husband.

11            And when I was having, when Manuel

12    decided that he didn't want no longer to be in

13    the newspaper for financial reasons or whatever,

14    Mr. Pike asked my husband if Lillian wants to

15    sit down with me and have a conversation about

                    Page 41

Santiago.txt

16    the newspaper.

17         Q.    So that was through your husband,

18    is that correct?

19         A.    Yes.

20         Q.    When was the next time that you sat

21    down with --

22         A.    May --

23         Q.    Mr. Pike?

24               MR. MINOFF:  Wait for the question

                                                    52

1          to be asked before you answer.

2          Q.    (By Mr. Brewster)  When was the

3     next time you met with Mr. Pike?

4          A.    Sometime in May.

5          Q.    May of 2004, is that right?

6          A.    Four.

7          Q.    In between December of 2003 and May

8     2004, you didn't meet with Mr. Pike about the

9     newspaper, is that right?

10         A.    No.

11         Q.    And that based on your testimony is

12    that he had expressed interest through Hector,

13    is that correct?

14         A.    Yes.

15         Q.    How did you happen to meet in May

16    of 2004 to talk about the newspaper?

17         A.    My husband Hector and Mr. Pike's

18    wife Beatrice were basically the two people that

19    work together on that other venture.  So they

20    had an important meeting in Connecticut with an

21    account that they were pitching.  I don't recall

                        Page 42

Santiago.txt

22   which account it was.  And Gerry was going to

23   tag along with his wife, and he said that would

24   be a good opportunity for us to meet and discuss

                          53

1   the newspaper.

2        Q.    So Gerry had suggested that you

3   meet in Connecticut to discuss the newspaper?

4        A.    With my husband, yes.

5        Q.    So he had said, just so I

6   understand, he had said through Hector please

7   bring Lillian along because we would like to

8   talk?

9        A.    I don't know what he said to Hector

10   because I can not recall.  But Hector told me we

11   are going to be in this meeting and Gerry is

12   going to be there.  How he said it to Hector I

13   can not tell you.

14        Q.    But it was --

15        A.    But my understanding was that Mr.

16   Pike wanted to meet with me, yes.

17        Q.    And your understanding was based

18   upon what your husband Hector had said?

19        A.    Yes.

20        Q.    Tell me where was that meeting?

21        A.    It was in a hotel where they were

22   staying.

23        Q.    Do you remember where?

24        A.    It was in the hotel in Connecticut.

                          54

1        Q.    In Hartford?

Santiago.txt

2      A.    No.  North Haven.

3      Q.    Can you tell me what was talked

4  about in that meeting?

5      A.    It was talked about the newspaper.

6      Q.    And in particular, what was

7  mentioned about the newspaper?

8      A.    Mr. Pike asked me, you know, what

9  was my intention with the newspaper, if I was

10  going to continue the newspaper what were we

11  going to do, what was the situation, and I

12  explained the situation.

13      Q.    What was the situation at that

14  time?

15      A.    That I was breaking my relationship

16  with Manuel and I would have to decide whether I

17  would continue the newspaper by myself or would

18  I totally close the newspaper.

19      Q.    So at that time, that's May of

20  2004, you either were going to go it alone or

21  close it down?

22      A.    Yes.

23      Q.    Is that right?

24            That's what you told Mr. Pike?

                                              55

1      A.    Yeah, that's what I explain to him.

2  That was the situation I was in.

3      Q.    In response what did Mr. Pike say?

4      A.    Mr. Pike said that the newspaper

5  had a lot of potential, that he was willing to

6  invest.

7      Q.    What was he willing to invest.

Page 44

Santiago.txt

8       A.       He said that he was willing to

9    invest money for the newspaper to continue.

10      Q.       To go on?

11      A.       to go on.

12      Q.       With respect to -- strike that.

13               Why was your relationship breaking

14   up with Manuel?

15      A.       There were many reasons.  One was

16   that the newspaper really wasn't generating any

17   money.  None of us were getting paid.  You know,

18   just Manuel had responsibi ity.  He has a home.

19   He has a family.

20               And the other area was that I

21   really wanted to bring on board Gabriela Romero

22   which I felt was graphic design that will help

23   us bring the newspaper to the next level, look

24   more newspaper and he was in disagreement with

                                                   56

1    that.  He didn't want to bring anyone else on

2    board.

3       Q.       So a combination of, at that stage

4    is it your testimony that the newspaper wasn't

5    generating money as well as you wanted to bring

6    additional staff on in order to take the

7    newspaper up another level, is that right?

8       A.       Uh-huh.

9       Q.       So what happened between you and

10   Manuel with respect to the newspaper?

11      A.       Nothing really happened between.

12   He decided to resign.  That was it.

13      Q.       But at this stage he still owns

                     Page 45

Santiago.txt

14    fifty percent or he and Ingrid still own fifty

15    percent of the newspaper, is that right?

16        A.    Yes.

17        Q.    So what did you and Mr. Pike

18    discuss vis-a-vis his investment in the

19    newspaper? What kind of investment was he

20    willing to make?

21        A.    Monetary.

22        Q.    What else happened in this meeting

23    in the hotel in Connecticut in May of 2004?

24    Have we discussed fully that conversation?

                                                57

1         A.    Well, he mentioned he said very

2    firmly that he was willing to invest money into

3    the newspaper. He asked me for a report of the

4    stage, you know, the status of the newspaper

5    financially and otherwise. And he promised me

6    $2000 a month to run the newspaper and he

7    promised to pay Gabriela $1000 a month.

8              I should say not $1000 a month.

9    We talk about between 375 per week, and then

10    later on I negotiated $1000 for her.

11        Q.    At the time the revenues of the

12    newspaper were not handling these expenses, is

13    that right?

14        A.    Not at all.

15        Q.    What else was discussed in that

16    meeting?

17        A.    That was basically it.

18        Q.    Is there anything else that Mr.

19    Pike said to you in that meeting that you

                        Page 46

Santiago.txt

20    haven't testified about?

21         A.    No.

22         Q.    Any representations that he had

23    made in that meeting that you haven't testified

24    about?

                                              58

1          A.    No.

2          Q.    Did he testify how much money he

3     would put in?

4          A.    We vaguely discussed the amount of

5     money.  He asked me how much money I would need,

6     and I said I cannot tell you that until I can

7     put it in writing and look at what the expenses

8     are and all of that and then I can send you.

9          Q.    So therefore there was no number

10    that was mentioned in that meeting about the

11    amount of money he would invest, is that

12    correct?

13         A.    No.  He said he would start by

14    investing in software which is $1000.  He said

15    that he will pay me a $2000 salary, and he said

16    that he would pay Gabriela the salary.  So that

17    was the extent at that moment.

18         Q.    In exchange for his investment, did

19    you discuss that DMSA would have majority equity

20    control of the business?

21         A.    Yes.

22         Q.    So one of the items that you talked

23    about in that May 2004 meeting was that DMSA

24    would have control with respect to majority

                                              59

Santiago.txt

1    control of the corporation, is that right?

2         A.      It would have fifty-one percent of

3    participation.

4         Q.      And you would have the remaining

5    forty-nine percent, is that right?

6         A.      Yes.

7         Q.      Is there anything else that was

8    discussed in that meeting of May 2004?

9         A.      With regard to the business?

10        Q.      That's correct.

11        A.      No.  I don't recall.

12        Q.      After that meeting what happened

13   next with respect to Mr. Pike and the so called

14   investment of DMSA?

15        A.      I proceeded to look at my options

16   with what exactly Manuel wanted to do.  He

17   definitely didn't want any participation.  And

18   so I started to work on creating, you know, my

19   new newspaper.  And I sent Mr. Pike a memo with,

20   you know, what the expenses and especially the

21   distribution and cost of printing and all of

22   that.  And later on he send me, he faxed me the

23   agreement, the venture agreement and the rest of

24   the papers.

                                          60

1         Q.      So the thinking was that you were

2    going to create a new newspaper.  Dialogo

3    Bilingue was no longer?

4         A.      No.  That was not the thinking.

5         Q.      Is that what with respect to when

6    you mentioned the word new newspaper, what did

                    Page 48

Santiago.txt

7    you mean by that?

8        A.    That the way it looks different.

9    You know, new look, new way of doing that

10   newspaper.  Not a new identity.  Not a new

11   business.

12       Q.    If it was going to be a

13   continuation of Dialogo Bilingue, why didn't you

14   continue as Dialogo Bilingue?

15       A.    Because I never liked the Dialogo

16   Bilingue name.

17       Q.    Why didn't you continue under the

18   corporate form of Dialogo Bilingue?

19       A.    I don't know.

20       Q.    So with respect to the newspaper,

21   is that as you sit here right now, you don't

22   know why you moved from the corporate form of

23   Dialogo Bilingue, which was a Massachusetts

24   corporation, is that right?

                                              61

1        A.    Yes.

2        Q.    To a corporation Dialogo LLC which

3    was a Maine corporation, is that right?

4        A.    Well, Gerry wanted to do, or Mr.

5    Pike wanted to do the venture.  The venture, he

6    call it Dialogo LLC and it was going to be

7    registered in Maine.  He never talked about

8    investing in Dialogo Bilingue.  He talked about

9    this new venture and that's what he called the.

10   New venture?

11       Q.    So Gerry was not interested in

12   investing in Dialogo Bilingue, is that right?

Page 49

Santiago.txt

13      A.      I cannot say what Gerry was, you

14   know, intention or not intention.  I'm --

15      Q.      I'm asking what your understanding

16   was, is?

17      A.      My understanding was once I

18   received the newspaper was that we were creating

19   a new venture called Dialogo LLC.

20      Q.      And this was -- okay.

21              MR. MINOFF:  Excuse me.  At a

22          convenient time can we take a five minute

23          break?

24              MR. BREWSTER:  Sure.

                                                    62


1               MR. MINOFF:  If this is good or if

2           you want to finish.

3               MR. BREWSTER:  Sure.  Just a couple

4           more documents.

5       Q.      (By Mr. Brewster)  I'm going to

6    show you what has been marked as Exhibit 13.

7    And also why don't I also show you at the same

8    time a document which has been marked Exhibit

9    14.  Exhibit 13 is the letter from you to Mr.

10   Pike.  It appears to be undated, and in the

11   first line it says "please find a revised copy

12   of Dialogo's business plan."  Do you see that?

13      A.      Uh-huh.

14      Q.      This is a true and accurate copy of

15   the letter that you sent to Gerry Pike sometime

16   in early June 2004.

17      A.      Yes.

18      Q.      What you included was, and I'm

                    Page 50

Santiago.txt

19    going to have you refer to what has been marked

20    as Exhibit 14, was the business plan of Dialogo

21    Bilingue, is that right?

22         A.    Yes.

23         Q.    And this is a follow up of your

24    conversation that you had in May with respect to

63

1    Dialogo and the newspaper as well as the new

2    venture, is that right?

3         A.    Yes.

4         Q.    And now it appears that in the

5    first line it says that, "as we discussed last

6    Thursday" that was referring to your face to

7    face meeting with Mr. Pike, is that right?

8         A.    I can assume so, yes.

9         Q.    Now I'm going to have you turn to

10    the second page, Mis Santiago, and the second to

11    last paragraph where you say, "Well, Gerry, to

12    some sum up all of the above, if my current

13    partners decide to sell, that would mean that I

14    must give them according to my records $3000 pay

15    off."

16         A.    That's correct.

17         Q.    And that was essentially cashing

18    them out of the company, is that correct?

19         A.    Yes.

20         Q.    "If he decides not to sell, then I

21    would launch a new newspaper on July 1."

22               Do you see that?

23         A.    Yes.

24         Q.    That means that we were all, that

Page 51

Santiago.txt

64

1    we go all new.  I'm ready, right?

2          A.     Yes.

3          Q.     Now with respect to this, you in

4    fact did launch a new newspaper, is that right?

5          A.     Yes.

6          Q.     And that was Dialogo LLC, is that

7    right?

8          A.     No.  It was Dialogo.

9          Q.     And but it was under a new

10   corporation, is that right?

11         A.     It was a new corporation.

12         Q.     And with respect to Manuel, did you

13   then talk to him about buying him out for $3000?

14         A.     Yes.

15         Q.     Did you put an offer that you would

16   like to buy him out for $3000?

17         A.     Yes. We talked about it.

18         Q.     And what was his response?

19         A.     He didn't want to be in the

20   newspaper.  He gave me a letter before that. I

21   was offering him some money because I kind of

22   felt, that he ended up with nothing really

23   because the newspaper wasn't making any money

24   and so really he ended up with nothing.

65

1          Q.     My question is is that you offered

2    him $3000 for his and Ingrid's share of the

3    corporation, is that right?

4          A.     Yes.

Santiago.txt

5      Q.      Approximately when did you make

6   that offer?

7      A.      Way before.  Before I even talked

8   to Mr. Pike.

9      Q.      So would that be May of 2004?

10     A.      Around that.  Early May.

11     Q.      And his response was what when you

12   offered him $3000?

13     A.      He sent me an email saying that as

14   of June 1 or whatever he is no longer part of

15   the newspaper and that was it.

16     Q.      So he rejected your offer and so

17   therefore you started with something new?

18     A.      Yes.

19     Q.      And with respect to the business

20   plan, did you create this business plan just for

21   Mr. Pike or was that business plan provided for

22   or generated for somebody else?

23     A.      That business plan was created for

24   my own information not.

                                              66

1              So it's a way of really, you know,

2   stating what your business is all about and that

3   was something that I created.  And it was a

4   working document I should say.

5      Q.      When was this document, which has

6   been marked as Exhibit 14, when was it created?

7   Was it created in 2003?  Was it created in 2004?

8      A.      No.  2003.

9      Q.      I'm going have you look at the

10   third page of what has been marked as Exhibit

Page 53

Santiago.txt

11    14.   In the very first paragraph which says

12    under summary, "Dialogo Bilingue is a charter

13    organization registered under the State of

14    Massachusetts laws.  The actual principals are

15    Hector A. Bauza and Dr. Manuel Frau Ramos."

16              Do you see that?

17         A.   Yes.

18         Q.   Why didn't you include yourself as

19    well as Ingrid as principals of the corporation?

20         A.   I never used this document for

21    anything, and at the beginning they talk about

22    they putting their names and so forth.  And

23    later on we all decided to be part of the

24    corporation.  We were kind of -- you know.

                                          67

1     They are married.  We are married.  It didn't

2     make any sense to put all of us on the paper.

3              But this document is, you know, it

4     was a document that I created from the

5     beginning.  Just to give us a guideline and what

6     kind of business we were going to have.

7          Q.   With respect to this document,

8     other than that which we identified which is not

9     particularly accurate, is there anything else in

10    this document that is not accurate that you can

11    tell?

12         A.   I don't know.

13              Well the, personnel and the salary

14    and all of that, that was with the intention of

15    something that we would like to have.

16         Q.   But that was your at that stage

                    Page 54

Santiago.txt

17    your proposed budget to Gerry, is that right?

18    You had marked up this document a little bit in

19    order to present this plan to Gerry after you

20    met with him in May of 2004?

21        A.    This document was done prior to me

22    meeting with, and it was document intended to be

23    part of, you know, what if I want to go to a

24    bank and ask for a loan.  This is what putting a

                                              68

1    newspaper will cost, putting a newspaper

2    together will cost.

3            This is not what it was costing.

4    This is what it would cost if we want to do a

5    newspaper, you know, grow and so forth.

6        Q.    And again you created both Exhibits

7    13 and Exhibit 14, is that right?

8        A.    Yes.

9            MR. BREWSTER:  Why don't we take a

10        brief break.

11            VIDEOGRAPHER:  The time is now

12        11:28 a.m. and we off the record.

13

14            (A break was taken)

15

16            VIDEOGRAPHER:  The time is now

17        11:38 a.m.  We are back on the record.

18        Q.    (By Mr. Brewster)  Miss

19    Santiago --

20        A.    I would like first to clarify on

21    the last question about that meeting that we had

22    in North Haven at the hotel.

                        Page 55

Santiago.txt
23            When we were discussing about

24    financial needs for the newspaper, Mr. Pike said

69

1    that he would invest, set a capital account for

2    the business of the amount of $50,000.

3         Q.    What did he say about that?

4         A.    Just mention that out of that

5    account, he has a person somewhere in New Jersey

6    or New York, Carmen.  I just know her name

7    Carmen.  And that at some point he was going to

8    set me up with Carmen.  So Carmen would take

9    care of all of financial business of the Dialogo

10    LLC, which never happened.  You know, from the

11    beginning I refer to that and back to that and

12    that never happened.

13         Q.    With respect to the $50,000, this

14    so-called $50,000, did you talk to Mr. Minoff

15    just now about that testimony?

16              MR. MINOFF:  Objection to form.

17         Objection.  Don't answer.  It's privileged

18         and you know that.  Anything we talked

19         about is privilege.  There is no argument.

20              MR. BREWSTER:  With respect, she is

21         on the stand and she is not allowed under

22         the rules to talk about her testimony with

23         Counsel including correction of testimony

24         with Counsel.

70

1              MR. MINOFF:  Really?

2              MR. BREWSTER:  Really.

3              MR. MINOFF:  I can't talk to her
                        Page 56

Santiago.txt

4          during breaks during the deposition about

5          the deposition?

6                 MR. BREWSTER:  That's correct.

7          About her testimony.

8                 MR. MINOFF:  You said a rule to

9          that?  I'm not aware of that rule.  That

10          is something I do during breaks in

11          depositions, I talk to my clients about

12          the testimony.  But you are absolutely not

13          going to ask her about anything we

14          discussed during that break or any other

15          time because it's privileged so don't do

16          it again.  You know it's privileged.

17          Q.     (By Mr. Brewster)  Well, with that

18    being said with respect to, with respect to the

19    so-called capital account of $50,000, did he say

20    that he was giving the company $50,000 or did

21    say he was going to start a capital account of

22    $50,000?

23          A.     Start a capital account.

24          Q.     With respect to the $50,000, did he

                                                    71

1    say that the $50,000 was going to come in

2    hard cold cash or did he say it was coming in

3    other forms?

4          A.     Cash.  Otherwise I would never have

5    agreed do that.

6          Q.     And with respect to the $50,000

7    cash investment, you would have expected in May

8    of 2004 for that $50,000 to have been reflected

9    in the venture agreement, is that right?

                          Page 57

Santiago.txt

10      A.      That's correct.

11      Q.      So therefore the venture agreement,

12   which is a critical document with respect to

13   your investment and your relationship with DMSA,

14   you would have expected the venture agreement to

15   reflect that DMSA was investing $50,000, is that

16   right?

17              MR. MINOFF:  Objection to the form

18         of the question.

19              THE WITNESS:  I received all of the

20         documents together.  I didn't receive one

21         document first and one two days later.  I

22         received all of the documents at the same

23         time.  So I read the venture agreement,

24         and I read the operational agreement and

                                              72

1          everything else the same day.  And in the

2          operational agreement it says very clearly

3          that he will put a capital investment of

4          $50,000.  And I signed all of those papers

5          at the same time.

6       Q.      (By Mr. Brewster)  So therefore in

7    either the venture agreement or the operating

8    agreement you had expected that the $50,000 cash

9    was going to be set forth in those documents?

10      A.      It was in those documents.

11      Q.      At this time do you want to

12   correct any other of your testimony that you

13   made with respect to that conversation or

14   anything else that you previously testified to?

15      A.      No.

                    Page 58

Santiago.txt

16      Q.      I'm going to give you what has

17  been marked as Exhibit 15 in this case, which is

18  a series of emails that are from Mr. Frau to

19  you.  They are dated May 31, 2004, May 31, 2004,

20  June 7, 2004, and June 16, 2004.  Is that

21  correct?

22      A.      Uh-huh.

23      Q.      And these are in fact emails, these

24  are in fact emails that Mr. Frau sent you on or

                                          73

1   about this period of time, is that right?

2       A.      Yes.

3       Q.      And those emails are true and

4   accurate copies of the emails that Mr. Frau sent

5   you at that time?

6       A.      Yes.

7       Q.      And all those emails are in

8   Spanish, is that right?

9       A.      Yes.

10      Q.      With the first email can you, and

11  that's the email that's dated May 31, 2004.  Can

12  you please help me in telling me what that email

13  says.

14          MR. MINOFF:  You want her to

15          translate it. Is that what you want her to

16          do?

17      Q.      (By Mr. Brewster)  Just generally.

18  You don't have to translate it word for word.

19      A.      Ingrid says greeting Lillian and

20  Hector.

21          MR. MINOFF:  I'm just guessing but

                    Page 59

Santiago.txt

22    he probably wants you to talk to English

23    probably for the benefit of the Court

24    reporter.

74

1         THE WITNESS:  I can't translate

2    you know if I don't it's extremely

3    difficult.

4         MR. MINOFF:  Do what you have to

5    do.

6         THE WITNESS:  Maybe you ought to

7    hire a professional to do that.

8         Ingrid and I we got to the

9    conclusion that I was a professional

10    association is not working.  Therefore we

11    had decided that it's best that we retire

12    all of the corporation that created

13    Dialogo Bilingue.  Caroline, Ingrid and I

14    retire from the function in the newspaper

15    in our the next edition which is June 16,

16    2004.  And in the June 1 to June 15

17    edition we will announce publicly of our

18    departure from the editorial.

19         In order to sell our share to you

20    we are going to have to need some more

21    time and determine the accumulated value

22    of our investment and to consider the

23    actual value of the newspaper.

24         Please send us the accountant

75

1    phone number, email of the accountant so

Page 60

Santiago.txt

2        she could provide us with that

3        information.

4        Q.      (By Mr. Brewster)  Now at that time

5   that is May 1, 2004 you had previously offered

6   him $3000 for his?

7        A.      That's May 31.

8        Q.      But before that time, May 31, 2004,

9   you had offered him and Ingrid $3000 for his

10  share of stock?

11       A.      That's correct.

12       Q.      I'm going to have you turn to the

13  second email.  That is again a May 31 email at

14  6:51.  Can you tell me what that says.

15       A.      It says thank you Lillian for the

16  information, because I sent him some

17  information.  The information that he requested,

18  the accountant telephone and so he is giving me,

19  he says thank you for sending that information.

20            He is asking me -- no.  No.  He is

21  saying thank you for the information that I sent

22  him.  I sent him some information about all the

23  accounting and all of that.  Then he still ask

24  me for the accountant information which I, you

                                                76

1   know, because we like to communicate with her

2   directly.

3            Ingrid and I want to, Ingrid and I

4   would like to see the accountant report to

5   understand better our, the economical situation

6   of the newspaper.  On Thursday you offered to

7   buy the newspaper in which we have invested, to

Santiago.txt

8     provide us with what we have invested.  That's

9     basically referring to the $3000 that I -- to me

10    it was clear that you have the money.  You know,

11    I don't understand.  Let me see how I translate

12    it.

13              Okay.  On Thursday you offered us

14    to buy us to pay us the investment we made to

15    the newspaper.  It seemed like you had the money

16    so you can continue with your plan.  Once we see

17    the report from the accountant we will make a

18    decision.

19              Basically that's in a nut shell

20    that's what it says.

21       Q.    So therefore on Thursday, and that

22    was Thursday May 27, you gave the offer for

23    $3000, is that right?

24       A.    Well, I do not know if it was, he

                                              77

1     is not referring to Thursday.  It Monday,

2     Thursday.  Yes.

3        Q.    All right.  With respect to, I'm

4     going to have you then go to the next one which

5     is an email from Manuel to you and Hector.  It's

6     dated June 7, 2004 3:50 p.m.

7              Can you tell please tell me what

8     that says.

9        A.    On Thursday May 27 you offered buy

10    us the investment that we had made in the

11    corporation of Dialogo Bilingue.

12             we both, saying we both express

13    that our association was not, our professional

Santiago.txt

14    association was not working.  Well, you asked me

15    to answer on the 28th and I told them that I was

16    going to think about it. On Monday 31 Ingrid and

17    I sent you an email letting you know that we

18    were in accordance with the fact that, that we

19    were in agreement with the fact that you would

20    buy the actual value of our investment in the

21    corporation.

22            We understand by the conversation

23    of May 27 that you guys have urgency of

24    resolving this situation.  As the first

                                                78

1    installment, as the first step.  I'm sorry.  As

2    the first step to the process we announce that

3    our function at the newspaper will end in June

4    16.

5            The next step will be to be in

6    agreement to the value of our investment.  And

7    the necessary legal steps.  In order for us to

8    determine the actual value of our investment we

9    need all the financial papers of the corporation

10    prepared by the accountant.  We also ask you for

11    her name, email and phone number.

12            Yesterday was Sunday June 6 and we

13    have not, we don't have the information.

14    Because this information is not, we don't have

15    this information this prolong the decision of,

16    prolong the decision of abandoning the functions

17    of the newspaper.

18            That's basically it.

19        Q.    In that email dated June 7, 2004

                    Page 63

Santiago.txt

20  did Manuel tell you that because the process was

21  being extended they could not yet resign their

22  position from the newspaper?

23      A.    Yes.

24      Q.    So therefore as of June 7 they did

79

1  not resign from the newspaper, is that right?

2      A.    As of today.  Well, they resign.

3  To me they resign the moment they said we no

4  longer want to be part of the newspaper in the

5  first.

6      Q.    But in that June 7 email he told

7  you that they weren't resigning from the

8  newspaper because the process had not yet been

9  complete?

10     A.    No.  They are not saying that they

11  will not resign.  They are just asking for the

12  information.

13     Q.    With respect to the accountant.  We

14  are talking about Tracy Learned?

15     A.    Yes.

16     Q.    She was the same accountant for

17  Dialogo Bilingue as she was for Dialogo LLC, is

18  that right?

19     A.    Yes.

20     Q.    In the last email, that is the

21  email that's dated June 16, 2004.  It says, it's

22  a very short email.  Doris.  Who is that?

23     A.    Doris was the person that wrote in

24  our newspaper, was a writer in our newspaper.

80

Santiago.txt

1  And basically she, the process was that

2  everybody that writes in the newspaper submit

3  the articles directly to Manuel.  And he just

4  informing her that I was in charge, to send the

5  articles to me, not to him because I was charge.

6      Q.     With respect to Manuel after that

7  June 7 email, what happened next with respect to

8  him?

9      A.     I sent him the information.  He

10 decided to get Counsel and we did what we needed

11 to do.

12     Q.     With respect to Counsel, what does

13 that mean, you did what you needed to do?

14     A.     Well, he sent a letter to my

15 attorney stating that he, that he felt that the

16 value of his investment was $10,000, and so I

17 didn't have $10,000 to pay him.  The newspaper

18 was not generating $10,000.  The newspaper

19 wasn't generating anything.

20     Q.     When you say your attorney, that's

21 Arnold Greenhut, is that right?

22     A.     Yes.

23     Q.     So he sent a letter to Attorney

24 Greenhut, or his counsel sent a letter to Mr.

                                            81

1  Greenhut saying in essence that he wanted

2  $10,000 for his investment, is that right?

3      A.     Yes.

4      Q.     And you said there is no way you

5  were going to give him $10,000 because Dialogo

6  Bilingue is not making any money any more, is

                 Page 65

Santiago.txt

7    that right?

8         A.      Never made any money.

9         Q.      But in terms of as a going forward

10   venture, Dialogo Bilingue was not going to make

11   money in the future?

12        A.      Can you explain?

13        Q.      Well, with respect to as of June

14   10, June 12 of 2004, that the corporation

15   Dialogo Bilingue was not going to have

16   significant revenue going forward?

17        A.      It has the potential but I was in

18   the process of changing, yes, of getting into

19   another venture.

20        Q.      Dialogo LLC?

21        A.      Absolutely.

22        Q.      So Dialogo LLC was the operation

23   that was going to generate revenue, not Dialogo

24   Bilingue?

                                              82

1         A.      If Mr. Pike would comply with the

2    $50,000 that he promised, yes.

3         Q.      Is that your understanding of the

4    way the operating agreement and the venture

5    agreement work?

6         A.      Yes.

7                 MR. MINOFF:   Objection to the form

8         of the question.

9         Q.      (By Mr. Brewster)  Is that Mr. Pike

10   was obligated to invest $50,000 cash into the

11   business, and if he didn't then the business

12   never existed?

Santiago.txt

13          MR. MINOFF:  Objection to the form.

14      Q.    (By Mr. Brewster)  Is that your

15  understanding?

16      A.    My understanding was that Mr. Pike

17  was going to invest $50,000 cash capital account

18  into the business in order for the business to

19  continue.

20      Q.    Well, before July 1, 2004 there

21  was never a newspaper called El Dialogo, right?

22      A.    Because there was a newspaper

23  called Dialogo Bilingue.

24      Q.    However Dialogo Bilingue was being

                                                83

1   discontinued?

2       A.    The name was discontinued.  Not the

3   publication.

4       Q.    And the corporation was

5   discontinued?

6       A.    The corporation was discontinued.

7       Q.    Because you started with a new

8   corporation?

9       A.    Because I started a new venture.

10      Q.    I'm going to show you what has

11  been marked as Exhibit 16.  These are three

12  pages, an invoice from Dialogo Bilingue.  It's

13  dated June 10, 2004.  It has been issued to

14  Maria Acuna Real Estate, is that right?

15      A.    Yes.

16      Q.    And this is a customer of Dialogo

17  Bilingue, is that right?

18      A.    Yes.

Page 67

Santiago.txt

19     Q.    And this is an invoice for an ad

20  that ran in the June 1, 2004 edition, is that

21  right?

22     A.    Yes.

23     Q.    And it was invoiced on June 10,

24  2004?

84

1     A.    Yes.

2     Q.    And on the third page that is

3  essentially a copy of the ad, is that right?

4     A.    Yes.

5     Q.    The return address says 383 Dwight

6  Street.  What is that address?

7     A.    That is Open Square.

8     Q.    383 Dwight street is Open Square?

9     A.    It's Open Square.  Open Square is a

10  block up to -- It's Lyman Street on one side and

11  Dwight Street on the other side and the

12  registered address with the City is 383 Dwight

13  Street.  They recently, a year and so Mr. Aubin

14  registered for Open Square and he had been

15  making those Open Square way.

16     Q.    With respect to what has been

17  marked as Exhibit 16, on or about June 22, 2004

18  the real estate company remitted their payment

19  of $275, is that right?

20     A.    Yes.

21     Q.    And that was deposited in the bank

22  account for Dialogo Bilingue?

23     A.    Yes.

24     Q.    But Tracy Learned was responsible

Page 68

Santiago.txt

85

1    for that, is that right?

2         A.    I did the deposits.  I was the one

3    that did the deposits.

4         Q.    Miss Santiago, I'm going to show

5    you what has been marked as Exhibit 17 in this

6    case.  Exhibit 17 is two different emails.  I'm

7    going to have you first turn to the second page

8    of what is marked as Exhibit 17.

9               That starts at the top as Lillian

10   Santiago at Comcast dot net.  Do you see that?

11        A.    Uh-huh.

12        Q.    That was your email address on or

13   about June 9?

14        A.    Yes.  That is my home email.

15        Q.    With respect to the second page of

16   what has been marked as Exhibit 17.  You wrote

17   that, is that right?

18        A.    Yes.

19        Q.    It starts off "Gerry, how are you

20   doing.  I am sorry to come across too assertive,

21   however I need to come to some understanding

22   with you before we enter this new adventure in

23   both our professional and business lives."

24               Do you see that?

86

1         A.    Yes.

2         Q.    What did you mean by that?

3         A.    What did I mean by that?

4         Q.    Yes.

Page 69

Santiago.txt

5       A.      I meant our relationship in the
6    business, professional and business.  We don't
7    have a personal relationship.
8       Q.      Essentially I'm going down to the
9    next line.  "I really need a tangible contract
10   that we can start building from."
11              Do you see that?
12      A.      Yes.
13      Q.      That means that you needed the
14   venture agreement and the operating agreement,
15   is that right?
16      A.      Yes.
17      Q.      And you wanted for him to send that
18   to you as soon as possible, is that right?
19      A.      Yes.
20      Q.      And that's because at that time you
21   realized that Dialogo Bilingue was, that you
22   were not going to be able to resolve your
23   differences with Manuel, is that right?
24      A.      No.

                                         87

1               In order for me to start a new
2    venture I needed something in paper.
3    Everything was verbal up to that point.
4       Q.      You really wanted an agreement that
5    you could start building the business on, is
6    that right?
7       A.      Yes.
8       Q.      I refer you to the last paragraph
9    of this email, which is the second page of
10   Exhibit 17.  where it says "I am moving on with

Santiago.txt

11    the plan I presented to you.  I am working very

12    hard to have a new Dialogo by July 1."

13                Is that right?

14        A.    Yes.

15        Q.    And that meant to essentially

16    launch El Dialogo, is that right?

17        A.    Yes.

18        Q.    And essentially what you wanted to

19    do was again get the legal documents upon which

20    this new venture could be built?

21        A.    Yes.

22        Q.    Also with the rest of it, you were

23    just laying out for Mr. Pike what was going on

24    with the business and what the business needed

                                                        88

1    at that time?

2        A.    Yes.

3        Q.    I am going to refer you to the

4    first page of what has been marked as Exhibit

5    17.  This is Mr. Pike's response to you.  It's

6    dated June 9, 2004.  You got this email on or

7    about June 9, 2004?

8        A.    Yes.

9        Q.    And this essentially is his

10    response that you got at this time with respect

11    to your concerns that you had stated on your

12    earlier email, is that right?

13        A.    Yes.

14        Q.    And with respect to what Mr. Pike

15    says here when he says, "it has been but seven

16    days since our May 27, 2004 Connecticut

Page 71

Santiago.txt

17    meeting." Do you see that?

18        A.    Yes.

19        Q.    So therefore the meeting you had

20    with him in New Haven or North Haven was May 27,

21    2004, is that right?

22        A.    Yes.  That's what it says there.

23        Q.    Again as he referenced in that

24    paragraph is that the previous email that you

89

1    had sent him was the June 8 email, is that

2    right?

3        A.    Yes.

4        Q.    And with respect to what he says in

5    those bullet points on Exhibit 17, are those

6    bullet points things that he had actually done

7    by that time?

8        A.    No.  We talked about, you know,

9    become partners.  I really did not understand

10    the line of strategy to exit with Manuel because

11    he was never involved with that.  Yes, he work

12    on, he provided us the software after I called

13    several times.

14            At that time I did not have, I

15    didn't know that he had leased a Dell desk top

16    for Anna.  I received the computer maybe a month

17    after, you know, when agreements were done.

18            Yes, we talked, we had already

19    discussed a proposal agreement for Gabriela's

20    salary.  And we put forward the proposition to

21    you must be salary and accept he had already

22    talked about me receiving money and I believe I

Page 72

Santiago.txt

23    said that before.

24           We had agreed to continue with the

                                              90

1    accountant.  And the business plan, yes.

2         Q.     That is accurate, that we have

3    reviewed and discussed with you your business

4    plan document as soon as we received it?

5         A.     No.  That is accurate.  We did not

6    discuss the business plan.  That's what I was

7    looking for.  I wanted him to call me and we

8    could sit down and have this kind of discussion

9    and or come over.  It was very difficult to

10   reach Mr. Pike.

11        Q.     With respect to very difficult to

12   reach him, by telephone?

13        A.     Yes.  By telephone and sometimes by

14   email.  It was difficult to be able to connect

15   with him.

16        Q.     With respect to your ability to

17   reach Mr. Pike, would you call him or email him.

18        A.     Both.

19        Q.     With respect to his email at least.

20   your June 8 email was responded to on June 9.

21   Is that fair?

22        A.     I don't know because mine doesn't

23   have the number.

24        Q.     Again we go back to the very first

                                              91

1    paragraph.  It says if you look on the first

2    paragraph seven business days since our May 27

3    '04 Connecticut meeting and your email of June 8

                    Page 73

Santiago.txt

4    so therefore --

5         A.    Okay.  Yes.

6         Q.    Was there any other email that you

7    sent him between May 27 and June 8 that didn't

8    get responded to?

9         A.    I'm pretty sure there was plenty of

10   emails that I sent to Mr. Pike that I don't have

11   with me.  Because you erase emails and things

12   happen, so I'm pretty sure that I -- and it was

13   very difficult to reach him.

14               And if you look at my email I'm

15   basically asking him, you know, and the way I

16   started assertive, but the reality is the

17   newspaper needs to come every fifteen days.  You

18   have some time line and responsibility and I

19   needed for him to let me know what he wanted to

20   do.

21        Q.    With respect to the documents that

22   were produced in this case, were you the person

23   who gathered up the documents of Dialogo

24   Bilingue, Dialogo and El Dialogo?

                                              92

1         A.    Yes.

2         Q.    So you were the ones who with a

3    copy of our document request were the ones who

4    went and gathered those documents from your

5    files, from your computers, is that correct?

6         A.    Yes.

7         Q.    Was anyone else responsible for

8    doing that or was that just you?

9         A.    It was me.

                    Page 74

Santiago.txt

10      Q.      So it was just you.

11              So therefore with respect to your

12  gathering the documents to respond to our

13  document request, you are the one who gathered

14  up all the documents, print them off of the

15  computer or from electronic files or wherever

16  else.  Is that fair?

17      A.      No.  I brought all the originals to

18  my attorney.

19      Q.      Sure.  What about email documents?

20              With respect to email documents

21  that are on your computers.  Did you print those

22  out.

23      A.      The ones that I had available at

24  that time, you know, I provided everything that

                                            93

1   I had available I provided.

2       Q.      With respect to your computer you

3   printed out all the documents that were

4   responsive to the request?

5       A.      Yes.

6       Q.      Because I will say to you that

7   there are, I have gone through your document

8   production and there are no email documents

9   between May 27, 2004 and your email of June 8,

10  2004 that I can find that was produced from your

11  files.  And I'm just trying to get every scrap

12  of document that ever existed in order to track

13  this down.  Okay?

14      A.      I understand.

15      Q.      Do you have a document -- strike

Santiago.txt

16   that.

17        Q.    Do you have a policy about keeping

18   emails or periodically deleting documents off

19   your computer?

20        A.    I keep for the most part documents.

21   Emails are something that, you know, you delete.

22   It's a normal thing to do.  I provided with the

23   documents that I had.  I can't provide you of

24   what I don't have.

94

1        Q.    With respect to the last paragraph

2   on the first page of what has been marked as

3   Exhibit 17 where it says Mr. Pike says to you,

4   "Re: Carmen.  Carmen is not just great.  She is

5   essential.  More than two thirds of all new

6   businesses fail.  We must carefully manage money

7   to be successful  It is just that simple."

8            "Carmen makes no Dialogo decisions.

9   She is merely a conduit for payments as with

10  your decision to purchase the software for

11  Gabriela."  Do you see that?

12       A.    Yes.

13       Q.    Do you understand that Mr. Pike's

14  view with respect to having Carmen control the

15  financial wherewithal of Dialogo LLC?

16       A.    Yes, that was the understanding.

17       Q.    That was the understanding before

18  you entered into the venture agreement and the

19  operating agreement?

20       A.    That's correct.

21       Q.    And Carmen was going to play a

Santiago.txt

22    central role in the expenditures of Dialogo LLC?

23         A.    That's correct.

24         Q.    I'm going to show you what has

95

1    been marked as Exhibit 18 in this case.  This is

2    an email that's dated June 9, 2004 from Mr. Pike

3    to you.  You got this document on or about June

4    9, 2004?

5         A.    Ninth.  Yes.

6         Q.    And as he states in this email, he

7    says "per our conversation please find attached

8    the following documents.  Re: the formation of

9    Dialogo LLC."  Do you see that?

10         A.    Yes.

11         Q.    And attached to this email of June

12    9, 2004 was the venture agreement, the operating

13    agreement and member agreement and then two

14    consents of directors, is that right?

15         A.    Yes.

16         Q.    Then the document that you had

17    received showed that Gerry had already signed

18    the venture agreement, the operating agreement

19    as well as the consents, is that right?

20         A.    I do not remember if --

21         Q.    You don't remember whether he had

22    signed it or not?

23         A.    He sent it by Email so they were

24    not signed.  I printed them.

96

1         Q.    So you printed them out at that

Page 77

Santiago.txt

2    time.  And it appears that you received this at

3    approximately 3:00 in the afternoon?

4         A.    Is that what it says.

5         Q.    I am showing you what has been

6    marked as Exhibit 19 in this case.

7              Exhibit 19 is a true and accurate

8    copy of the venture agreement that you received

9    on or about June 9, 2004?

10        A.    Yes.

11        Q.    And I refer you to the second page

12   of that document.  That's your signature?

13        A.    Yes.

14        Q.    So you signed the venture agreement

15   on June 9, 2004 and sent it back to Mr. Pike, is

16   that right?

17        A.    Yes.

18        Q.    And it appears that you sent it

19   back approximately 5:28 in the evening?

20        A.    Yes.

21        Q.    And now when you received the

22   venture agreement did this document accurately

23   reflect your understanding and discussions with

24   Mr. Pike about what the venture was all about?

97

1         A.    Yes.

2         Q.    And also accurately reflected what

3    your obligations were and what DMSA obligations?

4         A.    Yes.

5         Q.    First it accurately reflected that

6    DMSA was going to have a fifty-one percent

7    ownership in the venture and you would have

Page 78

Santiago.txt

8   forty-nine percent, is that right?

9         A.    Not in this document.

10        Q.    I'm going to refer you to that

11   first paragraph, paragraph one.

12        A.    Yes.

13        Q.    And it also accurately reflected

14   that the LLC, that is Dialogo LLC, would be

15   managed by a Board of Directors consisting of

16   two representative from DMSA and one that you

17   would designate, is that right?

18        A.    Yes.

19        Q.    And that you would carry the title

20   of publisher?

21        A.    Yes.

22        Q.    And now you as we go down it say

23   "LSB acknowledges all expenditures must be done

24   with the concurrence of DMSA."  Do you see that?

                                          98

1         A.    Yes.

2         Q.    In this document you are LSB, is

3    that right?

4         A.    Yes.

5         Q.    The next line.  "DMSA shall

6    contribute the initial capital to launch the LLC

7    in an amount that DMSA deems appropriate."

8         A.    Yes.

9         Q.    And that doesn't say that they are

10   going to contribute $50,000, does it?

11        A.    In the other document it says this.

12        Q.    But with respect to the venture

13   agreement, the venture agreement says that they

                     Page 79

Santiago.txt

14    will contribute the initial capital in an amount

15    that DMSA deems to be appropriate?

16         A.    I received this document together.

17    I know what he have said and I know what all the

18    documents said.  And in the other document that

19    I sign as well it states the fact that he has

20    fifty-one percent and I have forty-nine percent

21    and that he will, I contribute zero which I

22    objected  in my conversation with him, and he

23    had the capital of $50,000 and that's what I

24    read.

99

1          Q.    With respect to the venture

2    agreement, Miss Santiago, where it says that, it

3    says that "the capital would include travel,

4    promotional costs, legal fees, accounting fees,

5    billing fees and labor of management and staff

6    at DMSA."  Do you see that?

7          A.    Yes.

8          Q.    Did you also understand through

9    this agreement that the capital that DMSA would

10   invest included all of these expenses?

11         A.    Yes.

12         Q.    I'm going to refer you to down to

13   the second paragraph of the venture agreement,

14   where it says that "both DMSA and LSB agree

15   they shall jointly through the LLC pursue the

16   business"?

17         A.    Yes.

18         Q.    In this paragraph you agree that

19   DMSA would engage in other ventures, is that

Page 80

Santiago.txt

20    right?

21        A.    Yes.

22        Q.    However it says "LSB shall employ

23    diligent efforts to originate new media and

24    advertising contacts and clients for the LLC,

100

1    and neither LSB nor its principals shall provide

2    such services directly or indirectly for itself

3    or any other entity or person to the extent it

4    relates to the business."

5            Do you see that?

6        A.    Yes.

7        Q.    So you agreed that your conduct

8    would be dedicated exclusively to the venture,

9    is that right?

10        A.    Yes.

11        Q.    And at that time, that is June 9,

12    2004, that was your understanding that you were

13    going to devote your exclusive efforts to the

14    venture, is that right?

15        A.    That's correct.

16        Q.    You wouldn't be working on any

17    other venture, is that right?

18        A.    Yes.

19        Q.    You wouldn't be working on Dialogo

20    Bilingue?

21        A.    I wasn't working on Dialogo

22    Bilingue.

23        Q.    But you would not?

24        A.    I would not.

101

Santiago.txt

1      Q.      And you wouldn't work on another

2   venture called El Dialogo LLC?

3      A.      That wasn't in my mind back then.

4      Q.      So back then all your efforts were

5   going to be dedicated to Dialogo LLC, the main

6   corporation?

7      A.      That's correct.

8           MR. BREWSTER:  Why don't we take

9           break right now only because we are

10          running out of tape.

11          VIDEOGRAPHER:  The time is now

12          12:20 p.m.  This is the end of cassette

13          number one and we are off the record.

14

15          (A break was taken)

16

17          VIDEOGRAPHER:  The time is now

18          12:23 p.m.  this is the beginning of

19          cassette number two in the deposition of

20          Lillian Santiago Bauza.  We are back on

21          the record.

22      Q.      (By Mr. Brewster)  Miss Santiago,

23   I'm going to again refer you back to Exhibit 19,

24   in particular in the second paragraph of the

                                              102

1   first page where it says, "LSB further

2   acknowledges and agrees that neither DMSA nor

3   its principals shall have any obligation to

4   assign existing or originate new business,

5   advertising contracts, marketing contracts or

6   any other contracts for the benefit of the LLC.

                    Page 82

Santiago.txt

7      Or to assign existing or originate new

8      advertising opportunities or clients for the

9      benefit of the LLC. And that DMSA and its

10     principals may retain and originate new media

11     opportunities, advertising contracts and clients

12     for its own benefit whether directly or

13     indirectly."

14                 Do you see that?

15         A.      Yes.

16         Q.      And that accurately reflected your

17     understanding that DMSA was not obligated to

18     give its advertising contracts or marketing

19     contracts to the benefit of the LLC, is that

20     right?

21         A.      Yes.

22         Q.      Now with respect to, why didn't you

23     negotiate that same exclusion for yourself?

24         A.      Exclusion in which sense. Can you

                                                    103

1      explain to me.

2          Q.      Sure.

3                  With respect to Dialogo Bilingue,

4      the advertising contracts, the sales contracts,

5      the contact that you had vis-a-vis Dialogo

6      Bilingue, why didn't you say in this document

7      that those documents belong, those contracts

8      belong to me?

9                  MR. MINOFF:  Objection to the form.

10                 THE WITNESS:  This document was

11             created by Mr. Pike and his lawyers.  I

12             have no say in this contract whether I
                         Page 83

Santiago.txt

13     accepted it or not.

14            I was of the understanding and I'm

15     still am under the understanding that I

16     had a business.  It was business.  I had

17     a tangible business.  I had advertisers.

18     I have business that were fulfilling.  I

19     didn't feel that I had to establish that.

20     The only thing that I object at that

21     point was that I was bringing zero to the

22     venture, because I was bringing a business

23     to the venture.  I was bringing a business

24     to the venture.

104

1     Q.    (By Mr. Brewster)  So therefore

2  your contribution was the business, is that

3  right?

4     A.    Yes.  That was my business.

5     Q.    And the business you were putting

6  into the venture?

7     A.    And the business, yes.

8     Q.    Because you had to dedicate your

9  entire work life to Dialogo LLC, is that right?

10     A.    That's what it requested from me

11  here.

12     Q.    And you were going to do that?

13     A.    Well, Mr. Pike request me to be in

14  front of the business totally, full-time.

15  That's what I did.

16     Q.    Which is with respect for you to do

17  this business, Dialogo LLC, that required that

18  all of the contacts, advertising list, customer

Page 84

Santiago.txt

19     list that you had with respect to Dialogo

20     Bilingue was part of your contribution?

21         A.     Yes.

22         Q.     Miss Santiago, I'm going to show

23     you what also has been marked as Exhibit 20 in

24     this case.  Exhibit 20 is the operating

                                                    105

1      agreement.  It's Dated June 2004.  I'm going to

2      have you turn to the end of this document.  You

3      have the signature page.  One before that.

4      That's your signature?

5          A.     Yes.

6          Q.     And you signed this document on

7      June 9, 2004?

8          A.     Yes.

9          Q.     And you signed it and you faxed

10     back the signature page to Mr. Pike, is that

11     right?

12         A.     Yes.

13         Q.     And this document as well as the

14     venture agreement reflected your understanding

15     of how Dialogo LLC was going to be run, is that

16     right?

17         A.     Yes.

18         Q.     Including contributions of capital

19     as well as any other nature of the business, is

20     that right?

21         A.     Yes.

22         Q.     In fact, I'm going to refer you to

23     if you look down at the Bates stamp number in

24     the bottom right-hand corner.  It's 2034.

Page 85

Santiago.txt

106

1          Section 17.8 which states, "this

2    agreement constituted the entire agreement among

3    the parties here to pertaining to the subject

4    matter hereof and supersedes all prior

5    agreements and understandings pertaining there

6    to"?

7          A.    Yes.

8          Q.    So therefore anything Mr. Pike had

9    /said to you before was to be superseded by this

10   document.  Did you understand that?

11         A.    Yes.

12         Q.    With respect to Dialogo LLC, did

13   you deal with anyone other than Mr. Pike up to

14   this time and that's June 9, 2004?

15         A.    Say that again.

16         Q.    With respect to Dialogo LLC, did

17   you deal with any other person other than Gerry

18   Pike with respect to this venture?

19         MR. MINOFF:   From DMSA as opposed

20      to her own people?

21         MR. BREWSTER:   That's correct.

22         Q.    (By Mr. Brewster)  With respect to

23   DMSA, did you have conversations with Carmen

24   about the business points of this deal?

107

1          A.    No.

2          Q.    Did you have, did you have any

3    conversations with anyone other than Gerry Pike

4    about the business portions of this deal?

Page 86

Santiago.txt

```
 5        A.      Only with him, yes.

 6        Q.      Did you ever consult your attorney

 7   Arnold Greenhut with respect to this?

 8              MR. MINOFF:  Just warning her

 9        anything she may have said to Attorney

10        Greenhut or he may have said to her is

11        privileged.

12              THE WITNESS:  Not at the moment of

13        signing this agreement, no.

14        Q.      (By Mr. Brewster)  So therefore as

15   of June 9, 2004 Arnold Greenhut was your

16   attorney, is that right?

17        A.      Not on the Dialogo LLC.

18        Q.      But he was your attorney vis-a-vis

19   Dialogo Bilingue, is that right?

20        A.      Yes.

21        Q.      And he was your attorney with

22   respect to other matters other than Dialogo

23   Bilingue?

24        A.      No.
```

                                                    108

```
 1        Q.      Okay.  Just Dialogo Bilingue?

 2        A.      Yes.

 3        Q.      And you didn't review this document

 4   with Mr. Greenhut?

 5        A.      Unfortunately, no.

 6        Q.      Did you ever talk to any other

 7   lawyer with respect to this document?

 8        A.      No.

 9        Q.      Did you talk to any lawyer

10   representing Mr. Pike?
```

Page 87

Santiago.txt

11      A.      No.

12      Q.      You never talked to Mark Gugens or

13  anyone from Verrill Dana.

14      A.      No.

15      Q.      And again, it was only Mr. Pike

16  with whom you discussed the operating agreement

17  and venture agreement?

18      A.      Yes.

19      Q.      I'm going to have you turn to

20  Bates stamp page 2014.

21      A.      2014.  Yes.

22      Q.      Now do you see that section

23  entitled Section 4.1 capital contributions?

24      A.      Yes.

109

1       Q.      Where it says "each member has

2   contributed or is deemed to have contributed to

3   the capital of the company the amount set forth

4   opposite the member's name on Schedule A

5   attached hereto."  Do you see that?

6       A.      Yes.

7       Q.      "The agreed value of the capital

8   contributions made or deemed to have been made

9   by each member shall be set forth on Schedule

10  A."  Do you see that?

11      A.      Yes.

12      Q.      So therefore as of June 9, 2004

13  either those capital contributions were already

14  made or were deemed to be made, is that correct?

15      A.      Yes.

16      Q.      And that was your understanding of

Page 88

Santiago.txt

17   of June 9?

18        A.      Yes.

19        Q.      And therefore on Schedule A, which

20   is the vary last page of this document, which

21   states that "DMSA's capital contribution was

22   $50,000."  Is that right?

23        A.      Yes.

24        Q.      And yours was one dollar, is that

110

1    right?

2         A.      Yes.

3         Q.      And you agreed that that capital

4    contribution had either been made or had deemed

5    to have been made, is that right?

6         A.      My understanding was that it was

7    going to be made.

8         Q.      However section 4.1 of the

9    agreement does not say some future date, does it?

10        A.      I understand that.  But you are

11   asking me what did I understand.  I understand

12   based on my conversations with Mr. Pike and

13   based on the merits of this agreement, and the

14   conversations that we had, when we were about to

15   sign this agreement we were talking over the

16   phone as I was printing this, is that he was

17   going to invest $50,000 in this business.

18   Otherwise I didn't have no reason why to get in

19   business with Mr. Pike.

20        Q.      With respect to section 4.1 of the

21   agreement it states that the contributions had

22   already been made or was deemed to have been

Page 89

Santiago.txt

23   made.  Isn't that true?

24        A.    Deemed to be made.  Not already

111

1    have been made.

2         Q.    Well, it does say each member has

3    already contributed, isn't that right?

4         A.    I understand what you say, sir.

5         Q.    Now with respect to the conduct of

6    the LLC, that is Dialogo LLC, it was being run

7    by a board of directors, is that right, who had

8    the ultimate authority?

9         A.    According to the papers, yes.

10        Q.    And so therefore the board of

11   directors would decide various critical

12   decisions of the business, is that correct?

13        A.    According to the papers, yes.

14        Q.    Well, when you say according to the

15   papers, isn't that what governs the conduct of

16   the parties?

17        A.    I understand, but it didn't happen

18   that way.

19        Q.    My question is is that with respect

20   to the legal obligations of the parties is

21   governed by both the venture agreement and the

22   operating agreement, isn't it?

23             MR. MINOFF:  Objection to form.

24        Q.    (By Mr. Brewster)  Your

112

1    understanding is your legal obligations are

2    governed by the operating agreement, is that

3    right?

Page 90

Santiago.txt

4       A.      Yes.

5       Q.      And in order for the, and I am

6   referring you to Bates stamp number 2020 of the

7   document that's been marked as Exhibit 20,

8   sections, that section 6.8.  Actions requiring

9   unanimous approval of the board.  If the

10  board -- strike that.

11          If the business were to discontinue

12  doing business, it's your understanding that the

13  board of directors would have to make that

14  decision, is that right?

15      A.      Yes.

16      Q.      If the business were to sell its

17  assets or declare bankruptcy, that's a decision

18  that must be made by the board of directors, is

19  that right?

20      A.      Yes.

21      Q.      I'm going to show you what has

22  been marked as Exhibit 21 in this case.  This is

23  an email that's dated June 15, 2004.  It's from

24  you to Mr. Frau on the subject that says Dialogo

                                            113

1   Bilingue.

2           This is an email that you sent to

3   Mr. Frau on or about June 15 of 2004?

4       A.      Yes.

5       Q.      In the very first line you say, "I

6   had decided do close Dialogo Bilingue

7   corporation," is that right?

8       A.      Yes.

9       Q.      And then you say that you were
                    Page 91

Santiago.txt

10    paying every bill of Dialogo Bilingue to make
11    sure that no one gets stuck with the bills.
12        A.    That's correct.
13        Q.    And at this point you are not going
14    to buy his share, is that right?
15        A.    I could not.
16        Q.    Was this your last communication
17    with Mr. Frau?
18        A.    Yes.  I believe so.  I do not know
19    for sure, but I believe that this was.
20        Q.    And with respect to this document
21    this is the truth, that Dialogo Bilingue was
22    being closed down, is that right?
23        A.    Yes, the corporation.
24        Q.    The corporation.  It was not going

114

1    to conduct business any more?
2        A.    Yes.
3        Q.    Now you didn't go about the process
4    of a dissolution of the corporation, did you?
5        A.    We discuss it, the four of us in
6    our conversation from the beginning, and it's in
7    the process.  It's in the process.
8        Q.    I'm going to show you what has
9    been marked as Exhibit 22 in this case.
10    This is a document that was produced to us in
11    the document production.  It's dated June 10,
12    2004.  It is the registration of El Dialogo, dot
13    com, is that right?
14        A.    Yes.
15        Q.    And this is something that you did

Santiago.txt

16    as of June 10, 2004, is that right?

17         A.    Yes.

18         Q.    And you registered the domain name

19    of El Dialogo dot com?

20         A.    Yes.

21         Q.    That's because the previous

22    registration of Dialogo Bilingue dot com was no

23    longer useful, was that right?

24         A.    Yes.

                                            115


1          Q.    At this time you realized that the

2     newspaper was going to be named El Dialogo and

3     you wanted to have a web site for the domain

4     name of El Dialogo dot com.      .

5          A.    At that point I decided I wanted to

6     change the name to El Dialogo, and I felt we

7     needed a new web site.

8          Q.    And you did this on June 10, 2004,

9     is that right?

10         A.    Yes.

11         Q.    And that was a day after you had

12    entered into the venture agreement and the

13    operating agreement, is that right?

14         A.    Yes.

15         Q.    And therefore at that time you were

16    operating exclusively on behalf of Dialogo LLC,

17    is that right?

18         A.    According to the papers, yes.

19         Q.    So therefore when you had secured

20    the domain name of El Dialogo dot com, you had

21    done that on behalf of Dialogo LLC, is that

Santiago.txt

22    right?

23          A.     Not necessarily.

24          Q.     Turn to the second page of what has

116

1     been marked as Exhibit 22 where you see it says

2     account holder, El Dialogo LLC.  Do you see

3     that?

4          A.     Yes.

5          Q.     And now at that time the

6     corporation that you formed in March of 2005, El

7     Dialogo, LLC had not been formed, is that right?

8          A.     No.

9          Q.     In fact, that wasn't even in your

10    consciousness at that time, is that right?

11         A.     Yes.

12         Q.     So therefore as of June 10, 2004

13    when you had registered the domain name El

14    Dialogo dot com, that was on behalf of Dialogo

15    LLC, the main corporation, isn't that right.

16               MR. MINOFF:  Objection to the form.

17               MR. BREWSTER:  You can answer.

18               THE WITNESS:  No.  I did it on

19         behalf of Dialogo LLC, no.

20         Q.     (By Mr. Brewster)  Then since the

21    account holder says El Dialogo LLC, on whose

22    behalf were you getting the El Dialogo dot com

23    domain name?

24         A.     Under mine.  I paid under my own

117

1     personal card.  It was mine.

Page 94

Santiago.txt

2      Q.      So therefore with respect to that,

3   the day after you had entered into an agreement

4   with the company, that you were going to act

5   exclusively on behalf of the company, you then

6   secured the companys domain name.  Is that your

7   testimony?

8              MR. MINOFF:  Objection to the form

9         of the question.  You can answer.

10             THE WITNESS:  The newspaper name.

11        The newspaper's name.  I didn't register a

12        domain.  Dialogo LLC.  I registered the

13        newspaper name, El Dialogo, which I

14        considered is my name.  It's the name that

15        I formed.  It's a name that I work with.

16     Q.    (By Mr. Brewster)  With respect to

17  that, where in the venture agreement or the

18  operating agreement did it say that you were

19  owned the name El Dialogo and was allowing

20  Dialogo LLC simply to use that name?

21             MR. MINOFF:  Objection to the form

22        of the question.

23             THE WITNESS:  Nowhere.

24             But it doesn't say the contrary

                                              118

1         either.

2      Q.    (By Mr. Brewster)  With respect to

3   both the venture agreement and the operating

4   agreement there is nowhere in there that

5   indicate you are merely leasing the name El

6   Dialogo to the company, is that right?

7      A.    No.

Page 95

Santiago.txt

8       Q.      In fact, the very first time El
9   Dialogo was ever used was the July 4, 2004
10  edition, is that correct?
11      A.      Yes.
12      Q.      In fact, there wasn't an edition of
13  June 15 published of Dialogo Bilingue, is that
14  right?
15      A.      No.
16      Q.      Because at that stage you were
17  converting over to the new newspaper, is that
18  right?
19      A.      Yes.
20      Q.      I'm going to show you what has
21  been marked as Exhibit 23 in this case.  Exhibit
22  23 is an email that's dated June 17, 2004 from
23  Mr. Pike to you and it imbeds an earlier email
24  that you sent to him.  Do you see that?

                                            119

1       A.      Yes.
2       Q.      Now the purpose of the underline
3   email, Miss Santiago, was to give Mr. Pike an
4   update of Dialogo, is that correct?
5       A.      Yes.
6       Q.      And therefore on or about June 17,
7   2004 you wrote that message that's imbedded in
8   Exhibit 23?
9       A.      Yes.
10      Q.      And it says "just an update of what
11  I've been doing in the last two weeks."
12              Do you see that?
13      A.      Yes.

Santiago.txt

14        Q.        And Exhibit 23 is a fair and

15    accurate representation of what you wrote on or

16    about that time?

17        A.        Yes.

18        Q.        And one of the things that you

19    wanted to inform him is "I have informed Manuel

20    that I was going to close Dialogo Bilingue."  Is

21    that right?

22        A.        Yes.

23        Q.        That was true?

24        A.        Yes.  I said it in Spanish.

120

1         Q.        Also that you need, that you opened

2     an account, a new bank account for Dialogo LLC,

3     is that right?

4         A.        Yes.

5         Q.        So you weren't going to use the old

6     bank account for Dialogo Bilingue, is that

7     right?

8         A.        No.

9         Q.        You came up with a new media kit

10    which I think you attached to Exhibit 23, is

11    that right?

12        A.        Yes.

13        Q.        And it came with various

14    advertising rates that you were going to send

15    out to possible clients, is that right?

16        A.        Yes.

17        Q.        Then you said, "all new

18    businesses."  Strike that.

19             "All new business are under Dialogo

Page 97

Santiago.txt

20    LLC contract."  Do you see that?

21         A.    Yes.

22         Q.    What did you mean by that?

23         A.    Well, we have a form that we  give

24    to the prospect.  It's a form of information.

121

1     And the information of the client, what kind of

2     advertising they want.  And we take all the

3     information in that form and that form reads

4     Dialogo LLC.

5          Q.    And so with respect to all the

6     clients of the newspaper, they were clients of

7     Dialogo LLC?

8          A.    Well, not necessarily.  Those were

9     the clients that Dialogo Bilingue had, and they

10    were deciding to continue business with the

11    newspaper under Dialogo LLC.

12         Q.    So therefore those were clients

13    that were pursuant to a Dialogo LLC contract?

14         A.    They were clients that were known

15    to Dialogo Bilingue and they decided to come

16    into El Dialogo, into El Dialogo.

17         Q.    It says Dialogo LLC, doesn't it?

18         A.    Yes.

19         Q.    And at that stage El Dialogo was

20    the name of the newspaper of the corporate

21    entity known as Dialogo LLC, is that right?

22         A.    Yes.

23         Q.    And with respect to Exhibit 23,

24    Gerry Pike has given you his brief response of

122

Santiago.txt

1   your update, is that right?

2       A.    Yes.

3       Q.    And what was your understanding of

4   your role with Dialogo LLC?

5       A.    We can talk about my understanding

6   of how I ran El Dialogo which was a newspaper.

7   Was I had a forty-nine percent participation in

8   Dialogo LLC.  I were to do all in my capacity to

9   make the venture work, and I was in front of the

10  editorial and was the publisher or the

11  newspaper.  So my responsibility was to run the

12  day-to-day business of the newspaper.

13      Q.    So you were in charge of the

14  operation and the day-to-day operation of the

15  business, is that right?

16      A.    Yes.  Every editorial content,

17  everything that has to do with the newspaper.

18      Q.    With respect to the operation, the

19  employees and the editorial content?

20      A.    The consultant.  We never had

21  employees.

22      Q.    But with respect to your job was

23  essentially to be in charge of all three of

24  those, is that right?

                                              123

1       A.    Yes.

2       Q.    In fact, you were to have in your

3   view exclusive control over the operation of the

4   business, editorial issues and its consultants?

5       A.    Yes.

6       Q.    I'm going to show you what has
                        Page 99

Santiago.txt

7    been marked as Exhibit 24 in this case.  Exhibit

8    24 is a letter from Attorney Sean Cleary.  It's

9    dated June 17, 2004.  It was sent by facsimile

10   and regular mail to both you and your husband,

11   is that right?

12        A.    Yes.

13        Q.    And you received it on or about

14   June 17, 2004?

15        A.    Yes.

16        Q.    And what is then presented to you

17   is Exhibit 24 is a fair and accurate

18   representation of the letter that you received

19   on or about June 17?

20        A.    Yes.

21        Q.    And Mr. Frau and his wife had hired

22   an attorney, is that right?

23        A.    Yes.

24        Q.    Had you dealt with Mr. Cleary

                                        124

1    before?

2         A.    No.

3         Q.    This is the first time that you

4    ever dealt with Mr. Cleary, is that right?

5         A.    Yes.

6         Q.    With respect to the formation of

7    the business, Mr. Frau, did he have a lawyer?

8         A.    No.  We all have same lawyer.

9         Q.    Mr. Greenhut.

10        A.    Yes.

11        Q.    And what he is saying to you, this

12   is after you had sent the email that you had

                    Page 100

Santiago.txt

13    decided to close the business, Mr. Cleary is

14    saying that there is a problem with Dialogo

15    Bilingue.  Is that fair?

16         A.    Yes.

17         Q.    And he is essentially saying that

18    we are fifty percent shareholders of Dialogo

19    Bilingue, is that right?

20         A.    Yes.

21         Q.    And that you have responsibility

22    either to buy us out or to proceed by the

23    corporate form, is that right?

24         A.    Yes.

125

1         Q.    When you received this letter of

2    June 17, 2004, what did you do?

3         A.    I did nothing.  I was already under

4    counsel and my attorney --

5         Q.    Mr. Greenhut?

6         A.    Mr. Greenhut.  And they were asking

7    for $10,000 that the company didn't have, it

8    just did not have.

9              They could easily have bought me

10    out also.  They could have easily continued the

11    newspaper theirselves.  They chose not to.

12         Q.    So therefore when you got this

13    letter you went to Mr. Greenhut, or you sent

14    this letter to Mr. Greenhut and you talked to

15    him about it, is that right.

16         A.    No.  No.  No.  This letter came to

17    Mr. Greenhut.

18         Q.    Well --

Page 101

Santiago.txt

19      A.      Came to Mr. Greenhut.  It came to

20  us.  I already had Mr. Greenhut.

21      Q.      I can only go, Miss Santiago, by

22  what it said on the letter, and it says it was

23  faxed to you.

24      A.      I know it was faxed to me, but it

                                                126

1   was also faxed to --

2       Q.      Okay.  And what happened after you

3   received this letter?

4       A.      The lawyers communicated with each

5   other.

6       Q.      Mr. Greenhut communicated with Mr.

7   Cleary, is that right?

8       A.      Yes.

9       Q.      With respect to, with respect to

10  the communication Mr. Greenhut was representing

11  you and your husband with respect to this

12  matter, is that right?

13      A.      Yes.

14      Q.      He wasn't representing the Fraus,

15  is that right?

16      A.      No.

17      Q.      Tell me what the current status is

18  after this June 17, 2004 correspondence.  Where

19  is this matter now?

20      A.      It is in the process of them

21  signing -- what do you calling that.

22              MR. MINOFF:  I can't help you.

23              THE WITNESS:  I don't know.

24  Because I don't know.

                    Page 102

Santiago.txt

127

1       Q.      (By Mr. Brewster)  Who would know?
2   Mr. Greenhut?
3       A.      Mr. Greenhut.
4       Q.      Okay.  Is that therefore as of this
5   date, that is May of 2005, there is no agreement
6   with Mr. And Mrs. Frau, is that right?
7       A.      No agreement in which sense?
8       Q.      With respect to the re-purchase of
9   their shares, dissolution of the corporation?
10      A.      Dissolution of the corporation.
11  They did want the dissolution of the
12  corporation.  They said it in the email in
13  Spanish.  I sent them all the information they
14  need to have and they are in the process of
15  signing the dissolution.
16      Q.      You are saying that those papers
17  have been put in front of them to?
18      A.      I cannot answer that, because I
19  don't know that information.
20      Q.      Have there been any claims made
21  against Dialogo Bilingue?
22      A.      No.
23      Q.      Has Dialogo Bilingue been sued by
24  any of its creditors.

128

1       A.      No.  Not to my understanding, no.
2       Q.      Has anyone brought any claim
3   against Dialogo Bilingue for anything?
4       A.      Not that I'm aware of.

Page 103

Santiago.txt

5    Q.    Who is Caroline Frau?

6    A.    That's their daughter.

7    Q.    So she was involved as well, is

8    that right?

9    A.    Very minimal.  Once in a while she

10   will do a drawing or something.  Her involvement

11   was very minimal.

12   Q.    Miss Santiago, I have put in front

13   of you documents which have been marked Exhibits

14   25 and 26.  25 is a letter dated April 26, 2005

15   from a Jeff Casis of River Valley Counselling

16   Center.  Exhibit 26 is a W-2 from River Valley

17   Counselling to you for 2004.

18          Is there any other claim with

19   respect to benefits or salary that you are

20   making vis-a-vis River Valley Counselling?

21   A.    Can you explain that again?

22   Q.    With respect to, you have said in

23   your papers that you left River Valley because

24   Mr. Pike asked you to?

129

1    A.    Yes.

2    Q.    Is that true?

3    A.    Yes.  That's what we discussed in

4    our first meeting.

5    Q.    With respect to that, does Exhibit

6    25 set forth the salary accurately, the salary

7    in your employment with River Valley at that

8    time.

9    A.    No.  There was a little bit more

10   than that.  There was some discrepancy, but yes,

Page 104

Santiago.txt

11    it is accurate.

12        Q.    But what you are saying with

13    respect to Exhibit 25, is that you are saying

14    Exhibit 25 is not a fair record of what you were

15    making at River Valley at that time?

16        A.    No.  No, it's fair.

17        Q.    Is it accurate?

18        A.    My understanding is I was making

19    $48,000 a year as my understanding.

20        Q.    And your employment for 19 --

21    strike that.

22            Your employment for the year 2004

23    was from January 1, 2004 until July 2, 2004, is

24    that correct?

                                        130

1        A.    That's correct.

2        Q.    So it was slightly more than a six

3    month period of time, is that right?

4        A.    Slightly.

5        Q.    And you were being paid an annual

6    salary as presented here of fifty -- strike

7    that.

8            $45,011.  Is that right?

9        A.    Yes.

10        Q.    With respect to Exhibit 26, is

11    Exhibit 26 the document that you file with the

12    Federal government in filing your tax returns

13    for 2004?

14        A.    Yes.

15            MR. BREWSTER:  Off the record

16        briefly.

                    Page 105

Santiago.txt
```
17              VIDEOGRAPHER:  The time is now
18        12:59 p.m. and we are off the record.
19
20              (A break was taken)
21
22              VIDEOGRAPHER: The time is 12:59
23        p.m. and we are back on the record.
24        Q.    (By Mr. Brewster)  Miss Santiago,
```

                                                        131

```
 1   I'm going to show you what has been marked as
 2   Exhibit 27 in this case.  This is a copy of the
 3   newspaper El Dialogo for July 1, 2004?
 4        A.    Yes.
 5        Q.    Is that right?
 6        A.    Yes.
 7        Q.    And this is a document that was
 8   distributed on or about July 1, 2004?
 9        A.    Yes.
10        Q.    This was the very first edition of
11   the newspaper entitled El Dialogo, is that
12   right?
13        A.    Yes.
14        Q.    In fact the newspaper says in the
15   top left that is was volume one, number one.  Is
16   that right?
17        A.    Yes.
18        Q.    So therefore you had discontinued
19   the numbering of Dialogo Bilingue and started a
20   new numbering system for El Dialogo, is that
21   right?
22        A.    Yes.
```

Santiago.txt

23        Q.      With respect to the people that

24    worked for the newspaper at that time, those

                                                    132

1    people are accurately set forth on I believe the

2    second or third page of Exhibit 27?

3        A.      Yes.

4                MR. BREWSTER:  And why don't we

5        take a break.

6                VIDEOGRAPHER:  The time is now 1:00

7        p.m. and we are off the record.

8

9                (A lunch break was taken)

10

11               VIDEOGRAPHER:  The time is now 1:42

12        p.m. and we are back on the record.

13        Q.      (By Mr. Brewster)  Miss Santiago,

14    I'm going to show you what has been marked as

15    Exhibit 28 in this case.  Exhibit 28 is an email

16    that is dated July 26, 2004.  It's from you to

17    Mr. Pike.  It has an earlier email in which you

18    were providing an El Dialogo update.  Do you

19    see?

20        A.      Uh-huh.  Yes. Sorry.

21        Q.      And with respect to this, as of

22    July 22, 2004 you had provided and sort of

23    updated the current status of Dialogo LLC

24    including the first two editions of the paper,

                                                    133

1    is that right?

2        A.      Yes.

3        Q.      With respect to these new

                    Page 107

Santiago.txt

4    contracts these were new contracts again that

5    were contracts of Dialogo LLC, is that right?

6         A.    Yes.  New accounts.  Maybe the

7    phrase is wrong, contracts.

8         Q.    When you say new accounts, you mean

9    new customers, is that right?

10        A.    New customers.  Maybe one ad.  It

11   doesn't go more than one ad or two ads.  It

12   doesn't go more than that.

13        Q.    But these are new clients who were

14   advertising?

15        A.    Who were, yes, at that particular

16   moment.

17        Q.    And what I have shown you is

18   Exhibit 28.  This is a fair and accurate

19   representation of the email exchange that you

20   and Mr. Pike had in July, of July, specifically

21   July 26 and July 22, 2004?

22        A.    Yes.

23        Q.    At this time in July of 2004, what

24   were the issues with respect to the launch of

134

1    the new newspaper El Dialogo?

2         A.    The issues meaning what?

3         Q.    Well, what were the business

4    issues?

5         A.    Money.

6         Q.    When you say money, is that the

7    lack of money?

8         A.    Lack of money.

9         Q.    I'm going to show you what has
                      Page 108

Santiago.txt

10    been marked as Exhibit 29.  Exhibit 29 is the

11    first page is an email.  It is from you to Mr.

12    Pike.  It's dated August 2, 2004.  And this

13    includes with it a financial summary of the

14    business as of August 2, 2004?

15          A.    Yes.

16          Q.    And with respect to this particular

17    email you have said in the opening paragraph,

18    that's the first page of Exhibit 29, that "to be

19    honest this venture has a tremendous potential,

20    but we need to come to a better understanding

21    of the financial situation.  In light of that I

22    have attached a simple but honest financial

23    statement of El Dialogo reality for the next

24    four and a half months."

                                              135

1          Do you see that?

2          A.    Yes.

3          Q.    What did you mean when you said we

4    have to come to a better understanding of the

5    financial situation?

6          A.    Better understanding is that Mr.

7    Pike was not contributing to the payables of the

8    venture.  We were having more expenses than we

9    had revenues.  Meaning the printing, the

10    telephone, all of the normal, you know, payables

11    in a business such as.  That's what I meant.  He

12    wasn't responsive to the needs of the venture

13    and what he promised.

14          Q.    With respect to this email, where

15    does it say that he wasn't paying the payables?

Page 109

Santiago.txt

16          MR. MINOFF:  Objection to the form

17      of the question.  You can answer i.

18          THE WITNESS:  It doesn't say it

19      there.

20      Q.    (By Mr. Brewster)  Okay.  It

21  doesn't.

22          And with respect to this particular

23  document which is Exhibit 29, you merely stated

24  that you needed to come to a better

136

1  understanding?

2      A.    Yes.

3      Q.    What did you mean to get across to

4  Mr. Pike?

5      A.    We had telephone conversations that

6  unfortunately were not recorded.  So these

7  emails respond to telephone conversations that

8  no one but him and I know about it.  In the

9  telephone conversation I ask him about the money

10  and I ask him to please help me with the

11  payables, and I even offered to him to send all

12  of the payables to this woman, Carmen so she

13  will pay the payables and that I could send the

14  revenues, that I could send them to her, so that

15  which in good faith.

16          This is August 2 and we were having

17  problems, financial problems.  He never

18  responded.

19      Q.    With respect to, so I understand,

20  there is no email in July or August which says

21  you are having financial problems, is there?

Page 110

Santiago.txt

22    A.    Yes, there is emails in July I
23    think.  We have financial problems from the
24    beginning.

137

1    Q.    But what I'm asking is is that
2    emails that say that we are having financial
3    problems and I need you to put money into the
4    enterprise?
5    A.    I don't know.  I don't know.  If
6    you have a document that you can show me.
7    Q.    I'm actually asking you for that
8    document because I have no document that says
9    that.
10          MR. MINOFF:  For what time frame?
11          MR. BREWSTER:  For the entire
12    time frame.  But in particular I don't
13    have any documents, emails that says you
14    are not living up to your obligations
15    under the contract, and that you need to
16    live up to your obligations of the
17    contract.
18          MR. MINOFF:  So what is your
19    question?
20    Q.    (By Mr. Brewster)  My question is
21    this.  I'm asking her to refer me to any emails
22    that are putting Mr. Pike and DMSA on notice
23    that they are in breach of their obligations
24    under the operating agreement and the venture

138

1    agreement.

Page 111

Santiago.txt

2          MR. MINOFF:  Using that terminology

3      breach?

4          Q.    (By Mr. Brewster)  No.  Any email,

5      written communication that comes from you that

6      goes to Mr. Pike that says Mr. Pike is not

7      pursuing his obligations pursuant to the venture

8      agreement or the operating agreement?

9          A.    I don't have it.  Everything I had

10     you have.  I provided to you.

11         Q.    And I will represent to you that I

12     have no such documents that say that.  Therefore

13     as you sit here right now my question is can you

14     identify any particular written communication

15     that you had with Mr. Pike reflecting that he

16     was not performing his financial obligations to

17     the company.

18         A.    Requesting that he -- any email

19     from me asking him to -- and what it this?

20         Q.    Saying that he is not living up to

21     his obligations.

22         A.    And what is this?

23         Q.    This says that this venture has a

24     tremendous potential but we need to come to a

                                                  139

1      better understanding of the financial situation.

2          A.    That's what it says.

3          Q.    That's correct.

4                Does that say that Mr. Pike is in

5      breach of his obligations under the agreement?

6          A.    He was in breach of the

7      obligations.

                         Page 112

Santiago.txt

8        Q.        Where does it say that in the

9    email?

10                 MR. MINOFF:  It says what it says.

11                 THE WITNESS:  It says what it

12        says. He is in breach of the agreement.

13        Q.        (By Mr. Brewster)  With respect to

14    the newspaper you state that "we must sell

15    $11,000 a month in order to break even."

16                 Do you see that?  It's on the very

17    first page?

18        A.        Yes.

19        Q.        What were the sales approximately

20    at that time?

21        A.        On the last page here you have a

22    detail of the sales by month and who documents

23    beginning August 15.  So --

24        Q.        With respect to the last page --

                                        140

1        A.        So it was five -- not even six

2    thousand per month.

3        Q.        So the sales were maybe $6000 a

4    month?

5        A.        Maybe.  Sometimes less.

6        Q.        I show you what has been marked as

7    Exhibit 30 in this case.  Exhibit 30 is an email

8    from Mr. Pike to you.  It's dated August 11,

9    2004 and this has an imbedded email that you

10    wrote to Mr. Pike, is that right?

11        A.        Yes.

12        Q.        And you wrote this approximately

13    August 11, 2004, is that right?

                      Page 113

Santiago.txt

14        A.      Yes.

15        Q.      And this is again just an update to

16    Mr. Pike about what is going on at Dialogo LLC,

17    is that right?

18        A.      Yes.

19        Q.      And with respect to this particular

20    update can you refer me to anywhere in Exhibit

21    30 which is indicating that Mr. Pike was not

22    living up to his obligations under the operating

23    agreement or the venture agreement?

24        A.      No.  It doesn't say anything there.

141

1         Q.      It doesn't say anything, does it?

2                 And what has been marked as Exhibit

3     30 is a fair representation of the email

4     exchange on or about August 2, 2004?

5         A.      Yes.

6         Q.      I'm going to show you what has

7     been marked as Exhibit 31.  Exhibit 31 is an

8     email exchange between you and Mr. Pike as of

9     August 13, 2004.  And again, this is a

10    continuation of your previous email exchange, is

11    that right?

12        A.      Yes.

13        Q.      And with respect to this, that you

14    were on your way to Florida to talk to a

15    potential partner or investor in the business,

16    is that right?

17        A.      No.

18        Q.      What was the purpose of you going

19    to Florida?

Page 114

Santiago.txt

20      A.      To learn more about the business,

21   to -- It's like I'm a therapist so I go to

22   training to learn more about the business.  And

23   I understood it was my responsibility to

24   continue learning about the business and to see

142

1   how it runs.  But nothing to partner or anything

2   like that, you know.  I didn't have that in

3   mind.

4      Q.      Okay.  So therefore the purpose of

5   going to Florida was to learn more about the

6   publishing business, is that right?

7      A.      Yes.  To learn how they work with

8   the sales, what are the percentage, how to, you

9   know, to learn more about the business.

10      Q.      With respect to Exhibit 31, there

11   is nowhere in there that indicates that you are

12   saying to Mr. Pike that he was not satisfying

13   his obligations under the venture agreement or

14   operating agreement, is that right?

15      A.      No.  It says what it says.

16      Q.      Showing you what has been marked

17   as Exhibit 32.

18              Now at this time in approximately

19   August of 2004 what is your business

20   relationship with Mr. Pike?

21      A.      Can you repeat that?

22      Q.      In August of 2004 what is your

23   business relationship with Mr. Pike?  Is it a

24   good relationship?  Is it a bad relationship?

143

Santiago.txt

1    Is it going well?  Is it not going well?

2         A.    It was a tense relationship.

3         Q.    It was tense in August of 2004?

4         A.    Yes.

5         Q.    Why was it tense?

6         A.    Because he wasn't responding to my

7    needs. He wasn't communicating.  I would call

8    him. I would have conversation with him and he

9    would ignore my questions.  His input was very

10   minimal, and it was a tense relationship.

11        Q.    When you say his input was very

12   minimal, his input to into editorial comments?

13        A.    No.  The understanding was Mr. Pike

14   doesn't know anything about newspaper editing or

15   anything like that.  That's very clear.

16              My understanding of it was was he

17   was going to be an investor and he was going to

18   give me $50,000 so I can put this newspaper on

19   the map.  That's all.  And by August it was very

20   clear that was not his intention.

21        Q.    With respect to again any written

22   documentation, is there any written

23   documentation that went from you to Mr. Pike

24   reflecting his obligation to invest $50,000 into

                                             144

1    the business?

2         A.    I was understanding from that

3    operation agreement that that was his intention.

4         Q.    But what I'm saying is after the

5    operating agreement was entered into, was there

6    any email letter that goes from you to Mr. Pike

                 Page 116

Santiago.txt

7    reflects that he is in breach or he is not

8    living up to his obligation to invest $50,000?

9         A.    We have plenty of conversations

10   over the phone.

11             MR. MINOFF:  Can she look through

12             perhaps to refresh her recollection some

13             of the correspondence that's been produced

14             to you because just for the record, I know

15             we are on video but for the paper record,

16             all she has in front of her is the

17             Exhibits.

18        Q.    (By Mr. Brewster)  I'm going to

19   just ask you as you sit here right now, do you

20   have can you name any letter or email that goes

21   from you to Mr. Pike after June 9 of 2004

22   stating that he has not satisfied his obligation

23   to invest $50,000 in the business?

24        A.    I sent him emails about the fact

                                                    145

1    that he was not responding to the financial

2    obligation.  I don't have copies of those

3    emails, some of them but I did plenty of time.

4    And when he came here, I talked to him directly

5    about that, yes.

6         Q.    This is what I'm trying to get at.

7              I'm really trying to get at those

8    documents that reflect his failure to invest the

9    $50,000 in the business and that you, by letter

10   or email, holding him to that obligation?

11        A.    By letter or email?

12             MR. MINOFF:  Can I show her this?

Santiago.txt

13        Or can I show her the stack of emails and

14        letters that we produced to you in this

15        case going between Mr. Pike --

16            MR. BREWSTER:  No.  I'm asking

17        her --

18            MR. MINOFF:  You want to know if

19        she remembers without looking?

20            MR. BREWSTER:  That's correct.

21            MR. MINOFF:  I think she has

22        answered that.

23            MR. BREWSTER:  I'm not sure she

24        has.

                                                  146

1            THE WITNESS:  Yes, I had.

2        Q.    (By Mr. Brewster)  With respect --

3    Let me ask you the question one more time.

4    It's very specific.

5            It goes to one, Mr. Pike's

6    investment of $50,000.  You stated that you

7    believe that he was obligated to invest $50,000

8    in capital up front in the business.  And I'm

9    asking you whether as you sit here, can you

10   recall any email or letter that reflects that

11   Mr. Pike --

12       A.    No, I cannot recall.

13       Q.    -- Mr. Pike has failed to invest

14   his $50,000?

15       A.    I cannot recall.

16       Q.    With respect to Exhibit 32,

17   Exhibit 32 is an email from Mr. Pike to you.

18   It's dated August 17, 2004.  And this email

                        Page 118

Santiago.txt

19  reflects -- first your imbedded email says that

20  you need an ID number for Dialogo LLC.  Is that

21  right?

22      A.    ᐧYes.

23      Q.    And you actually say, "we can't use

24  the ID number for the last corporation of

147

1  Dialogo Bilingue."  Is that right?

2       A.    Yes.

3       Q.    So therefore these accounts were

4  essentially accounts of the new business, is

5  that right?

6       A.    Yes.

7       Q.    And with respect to this, you

8  didn't mention anywhere in this email of August

9  17 of Mr. Pike's failure to invest the money in

10  the business, did you?

11      A.    Say that again.

12      Q.    On August 17 in this particular

13  email you did not state that he had failed to

14  invest any money in the business in this

15  particular communication, did you?

16      A.    No.

17      Q.    At this time is Dialogo LLC

18  failing to pay its bills?  That's August of

19  2004?

20      A.    It's paying bills late.

21      Q.    But they are paying their bills, is

22  that right?

23      A.    They are paying the bills.

24      Q.    So the obligations as of August

Page 119

Santiago.txt

148

1    2004, Dialogo LLC is meeting its obligation, is

2    that right?

3         A.    No.

4         Q.    You stated that they were paying

5    their bills?

6         A.    Well, the obligation is to pay

7    bills within thirty days of purchase or no.  And

8    I'm saying no.  We were paying sixty days,

9    ninety days.

10        Q.    Did any creditors at this

11   particular time bring claims against the company

12   for failure to pay the bills?

13        A.    No.

14        Q.    I'm going to show you what has

15   been marked Exhibit 33 which is an email dated

16   October 14, 2004 to you from Gerry Pike.  This

17   is an accurate copy of the email that you sent

18   to him as of October 14, 2004, is that right?

19        A.    Yes.

20        Q.    And the purpose of this email is to

21   give Mr. Pike an updated of the business, is

22   that right?

23        A.    Yes.

24        Q.    Now in this email is you are

149

1    recommending that you go into the Hartford

2    market as well, is that right?

3         A.    Yes.

4         Q.    Why did you want to go into the

Page 120

Santiago.txt

5   Hartford market?

6       A.      To expand the market and perhaps

7   to expand the sale revenues.

8       Q.      So you had talked to Gabriela and

9   Anna about distributing into the Hartford

10  market, and the costs of that expansion?

11      A.      Yes.

12      Q.      And now also at this time Anna

13  Morales was building the web site for El

14  Dialogo, is that right?

15      A.      Yes.

16      Q.      And the expenses of building the

17  web sites were paid for by the business, is that

18  right?

19      A.      Yes.

20      Q.      And that included DMSA covering

21  those expenses, is that right?

22      A.      Yes.

23      Q.      And so therefore with respect to

24  getting El Dialogo on the web, DMSA did pay

                                                150

1   those expenses, right?

2       A.      Yes.  The $800, yes.

3       Q.      With respect to as of October 14 in

4   this particular email, did you include anything

5   in this email about telling Mr. Pike that he had

6   failed to satisfy his obligations under the

7   operating agreement?

8       A.      No, not in here, no.

9       Q.      Miss Santiago, I'm going to show

10  you what has been marked as Exhibit 34, which is

                        Page 121

Santiago.txt

11    an email from Mr. Pike to you. It's dated

12    October 26, 2004 and this is again an email from

13    you to him in which you say you needed a tax ID

14    number, is that right?

15         A.    Yes.

16         Q.    And you said that if he doesn't

17    take care of it you will take care of it, is

18    that right?

19         A.    Yes.

20         Q.    And with respect to -- and he

21    responded saying Carmen is in charge of that, is

22    that right?

23         A.    Yes.

24         Q.    Did Carmen get you a tax ID number?

                                                    151

1          A.    No.

2          Q.    She never got a tax number for

3     Dialogo LLC?

4          A.    At this time I'm calling Carmen

5     since July because the first response from Mr.

6     Pike was call Carmen. I did. The next month

7     call Carmen. I did. So I been doing that. And

8     that's why I had him on the phone. I said I

9     need an ID number now. He did a three way

10    communication and that's when the ID number was

11    provided.

12         Q.    Approximately when was that three

13    way call, October?

14         A.    Late October after this email.

15    This email is October 26 so I would say after

16    that.

                    Page 122

Santiago.txt

17        Q.       And again with respect to Exhibit

18   34, you didn't tell Mr. Pike in Exhibit 34 that

19   he had failed to satisfy his obligations under

20   the operating agreement, did you?

21        A.       No.

22        Q.       I'm going to show you what has

23   been marked as Exhibit 35 in this case.   Exhibit

24   35 is starts off with an email from you.   Strike

                                                      152

1    that.

2                  It's an email from Mr. Pike to you.

3    It's dated November 2, 2004, and it contains

4    various emails imbedded into it, is that right?

5         A.       Yes.

6         Q.       And now this Exhibit which has been

7    marked as Exhibit 35 is an accurate reflection

8    of the email exchange that you had with Mr. Pike

9    on or about November, early November 2004?

10        A.       Yes.

11        Q.       And it starts, I refer you to the

12   second page of Exhibit 35 where it says, "Gerry,

13   I was just informed by Carmen that you will no

14   longer pay for our salaries.  I am appalled at

15   this decision without notifying me about it.  I

16   really feel you have not been out front with

17   me."

18                 Do you see that?

19        A.       Yes.

20        Q.       Before you sent this email did you

21   have any conversation with Mr. Pike?

22        A.       No, he didn't call me.

                          Page 123

Santiago.txt

23        Q.      He then responded to your email on

24    November 1, 2004.  Do you see that?

                                                    153

1         A.      Yes.

2         Q.      Where he says "hi, Lillian."  This

3    is the bottom of Exhibit 35 first page and then

4    it goes on to the top of the second page of

5    Exhibit 35.  "I am disappointed by your email."

6                 Do you see that?

7         A.      Yes, right here.

8         Q.      And he said, "you have concluded

9    wrongly that the decision has been made."

10                Do you see that?

11        A.      Yes.

12        Q.      Now he said he wanted to talk to

13   you about that, is that right?

14        A.      Yes.

15        Q.      And what was your understanding  of

16   what Mr. Pike's position was with respect to the

17   payment of salaries?

18        A.      That he stopped payment.

19        Q.      And that he would never pay for

20   another salary?

21        A.      He never did.

22        Q.      So you are saying with respect to

23   as of November 1, you are saying that he never

24   made another payment to El Dialogo?

                                                    154

1         A.      Not salary.

2         Q.      With respect to your initial

3    discussions with Mr. Pike, did you tell him that

                         Page 124

Santiago.txt

4    you expected that the newspaper would be in the

5    black by November 1, 2004?

6        A.    No, I didn't say that.  I said if

7    we work with, you know, with the planning, if we

8    hire a sales person and if we take care of the

9    things that need to take care, that I don't see

10   they reason why the newspaper would not be in

11   the black by October or November.

12       Q.    So you gave your best professional

13   judgment that it would be in the black by

14   November, is that right?

15               MR. MINOFF:  Objection to the form.

16               THE WITNESS:  No.

17        Nobody can predict how sales, no matter

18        how professional you are about the

19        business.  You can't predict a business.

20        You can make projections.  You can work

21        very hard to try to make those sales, but

22        you can not predict.

23       Q.    (By Mr. Brewster)  As of October

24   31, 2004, is it your testimony that Dialogo LLC

                                              155


1    was in the red?

2        A.    Yes.

3        Q.    And that its net income was

4    negative net income.  It was a loss, is that

5    right?

6        A.    Yes.

7        Q.    And with respect to the loss that

8    Dialogo LLC was suffering at that time, who was

9    financing that loss?

                        Page 125

Santiago.txt

10      A.      What do you mean who was financing?

11      Q.      Well, if in fact Dialogo LLC is

12   paying its bills, and they are losing money,

13   someone is going to have to put in money to make

14   up the loss.

15              MR. MINOFF:  Objection to form.

16          She said they weren't paying the bills on

17          time. Don't mischaracterize her testimony.

18          Ask a different question.

19              MR. BREWSTER:  You can answer the

20          question.

21              THE WITNESS:  Ask me a question.

22      Q.      (By Mr. Brewster)  With respect

23   to -- well, I will rephrase it this way.

24              Is the loss that the business is

                                             156

1   suffering as of October 31, 2004 being financed

2   by late paying its creditors?

3       A.      After November 1, by November 1, I

4   was not, I haven't been paid.  I haven't been

5   paying my salary so that means I'm working in

6   this newspaper with no salary.  I'm paying,

7   making the bills, ninety days, some of them

8   ninety days.  And the only people I was able to

9   pay on time was the priority, which is the

10   printer, Gabriela, because she is the mother of

11   a child, Anna, because without an editor you

12   don't have a newspaper.  So that was what I was

13   paying at that point.  So the business was not

14   providing for anything else.

15      Q.      And you are saying after November

                        Page 126

Santiago.txt

16  1, 2004?

17      A.    During all that period I was paying

18  ninety days.  It's all in the records.  It's all

19  in the records.

20      Q.    Well, with respect to Exhibit 35,

21  after Mr. Pike responded to you on November 1,

22  2004 you then wrote "I guess we are both

23  disappointed.  Attached please find copy of the

24  payables due for your decision.  We need to

                                        157

1   discuss cuts in our expenses, i.e. office space,

2   server, accountant and others.  I can give you

3   give you a more accurate cut budget once we go

4   through a more detailed process."

5            Do you see that?

6       A.    Yes.

7       Q.    In this particular email you didn't

8   say to Mr. Pike that he was in breach of his

9   obligation to invest $50,000 to the business,

10  did you?

11      A.    You are absolutely right.  I had a

12  long conversation with him with regard to this,

13  a long conversation was almost an hour and a

14  half.

15      Q.    But with respect to this document,

16  you did not say you need to invest your $50,000

17  so I can make these payables, right?

18      A.    No.

19      Q.    There is no written record that you

20  are saying I need you to satisfy your obligation

21  to invest $50,000 so I can meet my payables, is

                    Page 127

Santiago.txt

22    that right?

23        A.    No.

24        Q.    So essentially what you are saying

158

1    to him is you are going to need to make some

2    decisions on where we are going to cut, is that

3    right?

4        A.    Yes.

5        Q.    Instead of saying you need to

6    invest your money --

7        A.    I did say it.  I didn't write it,

8    but I said it.

9        Q.    With respect to the writing, the

10   writing here says we are going to need to

11   jointly cut some of the expenses, is that right?

12       A.    Yes.

13       Q.    And you had an hour and a half

14   conversation with him about this?

15       A.    Yes.

16       Q.    Tell me about that conversation.

17       A.    We talked about his decision of not

18   paying salary without letting me know ahead of

19   time, especially when there is a person that was

20   working and putting together this newspaper with

21   no notification I didn't have any time to put

22   together.  I had to go and talk to the bank and

23   ask the bank if they can pay for her salary or

24   her fees.  And he ignore all of that.

159

1                We had a conversation.  He keep on

Page 128

Santiago.txt

2    going, no, I didn't make a decision.  I didn't

3    make a decision.  You can't make any sense of

4    his response here in the email.  By all means he

5    said he didn't make a decision, but he did

6    because after November 1 there were no more

7    checks.

8        Q.    With respect to your conversation

9    with Mr. Pike, was that before November 2 or

10   after November 2?

11       A.    After he sent this email.

12       Q.    After he sent the email which is

13   set forth in Exhibit 35, is that right?

14       A.    Yes.

15       Q.    And after he provided that response

16   that is set forth in the top part of Exhibit 35,

17   that starts off with "hi Lillian.  I just

18   received your email," is that right?

19       A.    Yes.

20       Q.    And then at the bottom he says, "to

21   that end I will read through your attachments

22   and give you a call at 6 p.m. to discuss."

23            And is that the telephone

24   conversation you are talking about?

                                              160

1        A.    Yes.

2        Q.    And this was an hour and a half

3    telephone conversation?

4        A.    It was long.  It was long.

5        Q.    What did you say to him in that

6    conversation and what did he say to you?

7        A.    Basically I told him that I could

Page 129

Santiago.txt

8    not make continued this newspaper unless he puts

9    the money that he promise to invest in the

10   newspaper that he said that he was going to

11   provide.

12          I explain to him our payables. I

13   mention it there. I explain it to him over the

14   phone. I sent it to him and then I went through

15   it with him. And again I keep on advising him

16   that we can not continue this way. It's just

17   humanly impossible. I was not the, it was

18   not -- we were profitable. We are not -- we

19   were paying bills late.

20      Q.    So as of November 2 you were

21   telling him the business was not profitable, we

22   were paying bills late and that you couldn't

23   continue doing business that way?

24      A.    That's right.

                                        161

1       Q.    How did he respond to that?

2       A.    To my surprise very nonchalant

3    about it. Very like, at one point I even offer

4    him, you know, if he wants he can buy me out.

5    He said what do I need a newspaper for. He was

6    completely dismissive to me.

7       Q.    And from that conversation is that

8    was there any resolution of this issue?

9       A.    No.

10      Q.    So you came away from that

11   conversation on November 2, 2004 completely

12   dissatisfied?

13      A.    That's right.

                    Page 130

Santiago.txt

14        Q.      And then what was your plan after

15    that conversation to satisfy your obligation to

16    pay bills?

17        A.      My plan?

18        Q.      Yes.

19        A.      Just continue working very hard and

20    try to get new businesses.

21        Q.      And at this time the business is

22    continuing to lose money, is that right?

23        A.      Yes.

24        Q.      Now at a certain point you decided

162

1    that you needed to hire a new sales director, is

2    that right?

3        A.      Yes.

4        Q.      When did that decision come about?

5        A.      Well, that's not something that

6    came suddenly.  If you look at my emails and my

7    correspondence to Mr. Pike from the beginning I

8    I have asked for sale personnel and the need for

9    recruiting a sales personnel.  In January my

10    husband introduce me to Mr. Franciso Sole, and I

11    immediately wrote, once I saw his resume, I sent

12    a resume to Gerry because I understood that I

13    could not hire this person unless Mr. Pike pay

14    the money that he said he was going to pay.

15        Q.      So therefore you needed to get Mr.

16    Pike's assent to hiring a new sales director and

17    your thought was any money he was going to pay

18    was in order to pay that person's salary, is

19    that right?

Page 131

Santiago.txt

20      A.      Excuse me?

21      Q.      You needed Mr. Pike's assent to

22  hire a new employee, is that right?  You needed

23  Mr. Pike's agreement before you were going to

24  hire a new employee?

                                        163

1       A.      A new consultant, yes.

2       Q.      So your understanding of Mr. Sole

3   was as a new consultant or employee?

4       A.      Consultant.

5       Q.      At a certain point in December you

6   met and had dinner with Mr. Pike, didn't you?

7       A.      Yes.

8       Q.      And this was sometime immediately

9   before or maybe a week or so before Christmas,

10  is that right?

11      A.      Yes.  My husband was present also.

12      Q.      I'm sorry?

13      A.      My husband was at that dinner also.

14      Q.      Where was that dinner?

15      A.      Yankee Pedlar.

16      Q.      Yankee Pedlar.  Okay.  That's in

17  Amherst?

18      A.      No.  That's in Holyoke.

19  Northampton Street.

20      Q.      And it was you and Hector and Mr.

21  Pike, is that right?

22      A.      Yes.

23      Q.      Now at that dinner you gave Mr.

24  Pike a copy of financial statements of Dialogo

                                        164

Page 132

Santiago.txt

1    LLC?

2          A.     Yes.

3          Q.     Which reflected the financial

4    statement and financial condition of the company

5    from --

6          A.     I should --

7                 MR. MINOFF:  Let him finish the

8          question.

9                 THE WITNESS:  No.  No.  It was not

10         at the dinner that I gave him the papers.

11         I gave him before at the office.

12         Q.     (By Mr. Brewster)  Okay.

13   Immediately before dinner you gave him a copy of

14   the financial statements?

15         A.     Yes.

16         Q.     So maybe an hour or so before

17   dinner?

18         A.      Approximately.

19         Q.     And these were the financial

20   statements of the business from July 1, 2004 to

21   December 13, 2004, is that right?

22         A.     Yes.

23         Q.     And how were those documents

24   prepared?

                                              165

1          A.      It was prepared by the bookkeeper.

2    The same person.  Tracy Learned.

3          Q.     And you had asked her to print out

4    a copy of the general ledger and P and L, profit

5    and loss statement of the business up to

6    December 13, is that right?

                      Page 133

Santiago.txt

7        A.      Yes.

8        Q.      Did you review those documents

9    before you gave it to Mr. Pike?

10       A.      Briefly.  I just agree briefly.

11       Q.      Was it your understanding that

12   those documents were accurate?

13       A.      To the best of my knowledge, yes.

14       Q.      You didn't have any reason to

15   believe that they weren't accurate, did you?

16       A.      Afterward I found they were not

17   accurate.

18       Q.      After you gave the documents to Mr.

19   Pike?

20       A.      Yes.

21       Q.      How did you discover the documents

22   were not accurate?

23       A.      Because when I was looking at the

24   revenue I said I haven't made, you know, I'm

                                                166

1    very clear of what I have made and what the

2    revenue is in the company, especially because I

3    do the Excel separate.  And I account for every

4    single ad that comes in.  So I run my Excel.

5    And when I compare my Excel to that, I say wait

6    a minute.  These are duplicates.  So that's when

7    I realize when I go back to Dialogo Bilingue and

8    all that that this is wrong, the way is wrong.

9        Q.      When did you discover that the

10   financial statements of Dialogo LLC and Dialogo

11   Bilingue were inaccurate?

12       A.      Sometime in January.  This past

                    Page 134

Santiago.txt

13    January.

14        Q.      January 2005?

15        A.      Uh-huh.

16        Q.      When you discovered that how did

17    you discover that they were inaccurate?

18        A.      Because I was comparing with my

19    Excel.

20        Q.      That was the first time you

21    discovered in January of 2005, is that right?

22        A.      That was the first time I notice

23    that I said there is something definitely wrong

24    here.

                                                    167

1         Q.      When you discovered that they were

2     not accurate, what did you do?

3         A.      Well, I talk to Tracy and she is

4     trying to correct that.  I also spoke to the

5     person who does the taxes.  He is an accountant.

6     He is a CPA, and he told me, Lillian, this is

7     not right and he is the president of the bank so

8     he knows.

9         Q.      Who is the person who does the

10    taxes?

11        A.      That's William Rosario.

12        Q.      So you talked to both Tracy Learned

13    and you talked to William Rosario about the

14    errors in the financial statements.  Did you

15    talk to anyone else?

16        A.      No.  No need to talk to anybody

17    else I guess.

18        Q.      Did you talk to Hector at all?

                            Page 135

Santiago.txt

19      A.      No, I don't talk to Hector about

20  those things.

21      Q.      You didn't talk to Mr. Pike about

22  them, did you?

23      A.      No.

24      Q.      You never called him and said, you

168

1   know, the financial statements that I gave you

2   back in December are inaccurate?

3       A.      No, but I did send him copy of

4   Excel, and I told him I sent all the copies of

5   Excel which I believe you brought it up over

6   here.  And he has a copy on a monthly basis of

7   revenue.  If you compare that Excel, if you

8   compare this --

9               MR. MINOFF:  Tell us what Exhibit.

10              THE WITNESS:  Exhibit 29.

11          If you compare, this is when I noticed

12          because I was doing a detail of the

13          sales.  If you compare these with the

14          newspaper and you look at the QuickBooks

15          then you realize that it is duplication.

16          So I'm guilty of not knowing that

17          program.  So I began to fix it, and he

18          had plenty of information that I sent him

19          on a monthly basis about the business.

20      Q.      (By Mr. Brewster)  With respect to

21  the financial operations of the business, with

22  respect to, it's your testimony that you had

23  exclusive control over the business, is that

24  right?

Santiago.txt

169

1      A.      Yes.

2      Q.      And including exclusive control

3  over the financial reporting part of the

4  business, is that right?

5      A.      Yes.

6      Q.      And exclusive control over the

7  finances of the business, is that right?

8      A.      Yes.

9      Q.      And exclusive control of the

10  dissemination of information about the financial

11  condition of the business?

12      A.      Yes.

13      Q.      And with respect to, I'm going to

14  show you what has been marked as Exhibit 36 in

15  this case.  Exhibit 36 is this is a copy of

16  those financial statements that you gave -- I'm

17  going to ask you not to write on the Exhibit.

18      A.      I'm sorry.

19      Q.      Is that, with respect to Exhibit

20  36, we can explain it.  I'm just going to ask

21  you not to write on it because --

22          MR. MINOFF:  Do you want to switch

23      with this one?  It's still clean.

24      Q.      (By Mr. Brewster)  With respect to

170

1  Exhibit 36, this is a the document that you gave

2  to Mr. Pike in December of 2004, is that right?

3      A.      Yes.

4      Q.      And this is the document that was

Page 137

Santiago.txt

5    prepared by Tracy Learned, is that right?

6        A.    Yes.

7        Q.    And this is the document which you

8    testified previously that you believe that is an

9    error, is that right?

10       A.    It's an error, yes, on the top

11   where it says income, ad revenue and ad graphic

12   design income.

13       Q.    And with respect to Mr. Pike, you

14   never contacted him to say that this document

15   Exhibit 36 was inaccurate?

16       A.    Oh, we discussed it in the office

17   when I give it to him.  We discussed this

18   document in the office when I give it to him.

19       Q.    You gave it to him and said it's

20   incorrect?

21       A.    In the office, and he said oh,

22   Lillian, you can go to the bank now and get the

23   money for the business.  And I said what do you

24   mean.  We are not making any money.  No bank is

                                            171

1    going to give me any money.

2             And I said that is wrong, so I will

3    get you a clear report.  But that is wrong.

4    Just go by this attachment, and he had this

5    attachment too.

6        Q.    So when you presented this document

7    to him in December of 2004 you told him it was

8    inaccurate?

9        A.    Yes, because he pointed out.

10       Q.    So therefore I refer you to what

                    Page 138

Santiago.txt

11  has been Bates stamped 1924, the monthly P and L

12  statement, you told him that was also

13  inaccurate?

14      A.      Which one are you?

15      Q.      This is 1924.

16      A.      No.  We discuss this.  This we

17  discuss, profit and loss, July 1 through

18  December 13.

19      Q.      Okay.  But again, Exhibit 36 is the

20  document you did give to Mr. Pike?

21      A.      Yes.

22          MR. MINOFF:  When we have a moment

23      I would like to take a short break.

24          MR. BREWSTER:  Sure.

                                        172

1      Q.      (By Mr. Brewster)  Miss Santiago,

2  I'm going to show you what has been marked as

3  Exhibit 37 in the case.  Exhibit 37 is a Dialogo

4  LLC profit and loss statement for July through

5  December 2004.  It was printed off on January

6  24, 2005.  Do you see that?

7      A.      Yes.

8      Q.      And again this was prepared by the

9  accountant, is that right?

10      A.      Yes.

11      Q.      And this also reflects an erroneous

12  revenue?

13      A.      That's correct.

14      Q.      And what you are saying is that

15  there is a duplication between the ad revenue

16  and the graphic design income, is that right?

Santiago.txt

17    A.    That's correct.

18    Q.    What is the right number?

19    A.    The right number is the twenty-six

20  I believe.  I could be wrong too but.

21          MR. BREWSTER:  Why won't we take a

22    short break.

23          VIDEOGRAPHER:  The time is now 2:31

24    p.m. and we are off the record.

                                            173


1

2          (A break was taken)

3

4          VIDEOGRAPHER:  Back on the record.

5    The time is now 2:38 p.m. and we are back

6    on the record.

7    Q.    (By Mr. Brewster)  Miss Santiago,

8  I'm showing a document to you which has been

9  marked Exhibit 38.  This is again financial

10  statements of Dialogo LLC.  They are printed off

11  on January 24, 2005.  They are the financials of

12  the company from July through December 2004.

13          With respect to this document again

14  this document reflects the same errors that was

15  reflected in Exhibit 37 as well as Exhibit 36,

16  is that right?

17    A.    The profit loss detail it seems

18  like it.

19    Q.    If you look to page eight of the

20  document which reflects a net income of the

21  business of $36,000 on page eight?

22    A.    From July to December.

Page 140

Santiago.txt
23          MR. MINOFF:  Is there a question
24      about that?

174

1           MR. BREWSTER:  Yes.
2       Q.   (By Mr. Brewster)  And my question
3    is is that net income is inaccurate, is that
4    your testimony?
5       A.    To be honest, I do not know.
6       Q.    So as you sit here right now, you
7    are not sure whether or not the business did
8    have a $36,000 net income as of July through
9    December of 2004?
10      A.    It's seem accurate.
11      A.    It seems.
12      Q.    It seems accurate?
13      A.    It seems but.
14      Q.    So again, just so I can get it, is
15   that for that time period that six month time
16   period from July 1, 2004 to December 31, 2004,
17   the company showed a $36,000 net income?
18      A.    According to this paper, yes.
19      Q.    Well, again, is that you were
20   essentially the president or CEO of the company,
21   is that right?
22      A.    I was not president or CEO of the
23   company.
24      Q.    But you were essentially in

175

1    control --
2       A.    I was the managing person there.
3       Q.    And as you sit here right now, you
                        Page 141

Santiago.txt

4    don't have any specific knowledge that that

5    $36,000 net income is incorrect?

6        A.    To the best of my knowledge.

7        Q.    This doesn't look like a company

8    that's losing money?

9              MR. MINOFF:  Is that a question?

10             THE WITNESS:  I can guarantee.

11             MR. MINOFF:  Was the company

12        losing money.  Is that the question?

13       Q.    (By Mr. Brewster)  This doesn't

14   seem like a company that's losing money.

15             MR. MINOFF:  That's not a question.

16        You can ask a question.

17       Q.    (By Mr. Brewster)  For that time

18   period, that is July 1, 2004 to December 31,

19   2004, the company did not lose money, did it?

20       A.    Yes, it did.

21       Q.    How do you reconcile Exhibit 38

22   with the statement that it did lose money?

23       A.    Because I ran this company and I'm

24   telling you it's losing money.  It's in the red

                                              176

1    right now and it owes invoices.

2        Q.    Again Exhibit 38 shows that the

3    net income, the profit of the business, for that

4    particular time period was $36,000, and yet you

5    are testifying to me that it lost money.

6              I'm trying to reconcile those two

7    statements.

8              MR. MINOFF:  Objection to the

9        form.  It does not say profits on the

                    Page 142

Santiago.txt

10      document, on the line that you are

11      referring to.  It says net income.  If we

12      are still talking about the bottom line on

13      page eight.

14              MR. BREWSTER:  That's correct.

15              THE WITNESS:  There is no payables

16      subtracted from these amounts, so if you

17      take all the payables.

18      Q.      (By Mr. Brewster)  Well, let's

19  take a look at this.

20              We got on page one and page two,

21  and page three, we have got the income of the

22  business, is that right?

23      A.      Yes.

24      Q.      And starting on page four there are

                                                177

1   some of the expenses of the business.  As we see

2   bad debt, bank service charges, distribution

3   charges, donations.  On page five commissions,

4   electric, office supplies.  Those are the

5   expenses of the business.

6               As we keep on going on page seven

7   to printing and production, professional fees,

8   salary, telephone and fax.

9               Then yielding a net income of

10  $36,000.

11      A.      And I probably explain to you that

12  they are duplicates.  There were no matching

13  from the ad revenue when the check come in,

14  there were no matching in the program, in the

15  program there for duplicate the income.  And I

                    Page 143

Santiago.txt

16    am not expert on QuickBooks.  I'm not going to

17    get into that, because   already explain to you

18    what we find out.  You have all the

19    documentation to figure out the income of the

20    this company.

21         Q.     And when did you find that out?

22         A.     I for the first time I realize that

23    it was when I was getting ready all the

24    documentation to start doing the taxes.  In

                                                   178

1     January.

2              That's when I realize.  And when I

3     look at, I spoke to Mr. William Rosario and he

4     said you are absolutely right.  There is

5     something wrong here.

6          Q.     You testified earlier that you told

7     Gerry Pike in December about it?

8          A.     That's right.

9          Q.     How could you first find out in

10    January but tell Mr. Pike in December?

11         A.     I told Mr. Pike because when he

12    show me this document in Exhibit 36, he look at

13    the document and he said Lillian, you can go to

14    the bank and get a loan with this document.  We

15    have 21,000.  I said that is not accurate.  To

16    my knowledge we are were not putting payables

17    into this.  That was my brief response to him.

18             We discuss this document.  Then I

19    said please refer to the other documents the

20    breakdown that I do in a monthly basis because

21    that is more accurate.  And these breakdown I

                     Page 144

Santiago.txt

22    sent to Mr. Pike on a monthly basis.

23              And if you compare this breakdown

24    to every single addition you can see every

179

1    single advertisement here, you see it in the

2    newspaper.  That is the bottom line.

3        Q.    With respect to the financial

4    accounting of the business, was your expectation

5    that Mr. Pike was to compare the financial

6    documents that he received with the newspaper in

7    order to figure out whether they were revenues

8    or not?

9        A.    No.  I sent him a monthly detail of

10    payables and receivables by Excel, and I sent

11    him also the newspaper.

12        Q.    I'm going to show you what has

13    been marked as Exhibit 39 in this case.  Exhibit

14    39 is a blank advertising order of El Dialogo.

15    This is essentially a blank order form that was

16    given to the customers to fill out, is that

17    correct?

18        A.    Yes.

19        Q.    To place their order for

20    advertising in the publication, is that right?

21        A.    Yes.

22        Q.    And who created this document, this

23    form document?

24        A.    I did.

180

1        Q.    And when did you create this form

Page 145

Santiago.txt

2   document?

3          A.      Sometime after my trip Florida

4   where they help me understanding, you know, that

5   I should have the order, you know, an order just

6   to make sure that I can give the copy to the

7   art.  Right after that trip I created this.

8          Q.      And that trip to Florida was in?

9          A.      To the newspaper.

10         Q.      To be sure.

11                 Was that August of 2004?

12         A.      I believe it was in August, but

13  I'm not sure.  We discussed it before.

14         Q.      Did you -- after that trip you

15  created this document.  Where did you use the

16  form with respect to the back part of the form?

17  Is that some form that you got from the other

18  newspaper?

19         A.      Yes.

20         Q.      And you created this document on

21  your computer at work, is that right?

22         A.      Yes.

23         Q.      Did you revise this document at all

24  or was this just a standard form document that

                                                    181

1   you did once and that was the advertising order

2   form, is that right?

3          A.      We revised it and I sent it to Mr.

4   Pike for his revision as well.

5          Q.      And so this is part of the

6   so-called media kit, is that right, this

7   advertising order form?

Santiago.txt

8     A.    Yes.

9     Q.    And because as you go through this

10    document which has been marked as Exhibit 39 you

11    can see, for example, some of the criteria

12    outlining advertising in the newspaper as well

13    at credit application?

14    A.    This credit application, I don't

15    know.

16    Q.    With respect to the Exhibit 39, you

17    identified so call credit application, you don't

18    know where that came were?

19    A.    I identified the advertising order.

20    Q.    And now I'm going to refer you to

21    the second page of Exhibit 39, paragraph

22    thirteen.  And again, this is a document that

23    you drafted, is that right?

24    A.    Yes.  With the help of that other

182

1     newspaper.

2     Q.    And under political advertising you

3     clearly referenced the name of your newspaper,

4     Dialogo LLC, is that right?

5     A.    Yes.

6     Q.    When you refer to the newspaper up

7     here you are referring to Dialogo LLC, is that

8     right?

9     A.    Yes.

10    Q.    And again, as set forth here the

11    entity we are talking about here is Dialogo LLC?

12    MR. MINOFF:  Talking where?  Where

13    is that?

Page 147

Santiago.txt

14          MR. BREWSTER:  Paragraph thirteen

15      on the second page of Exhibit 39.

16          THE WITNESS:  Yes.

17      Q.   (By Mr. Brewster)  I'm going to

18  show you what has been marked as Exhibit 40 in

19  this case.  Exhibit 40 is a completed

20  advertising order form.  It's dated September

21  20, 2004 and it's by Pioneer Valley Oil.  Do you

22  see that?

23          MR. MINOFF:  Does it say 2004?

24          THE WITNESS:  It says 9/20, but it

                                          183

1   doesn't say 2004.

2       Q.   (By Mr. Brewster)  With respect to

3   it it can't possibly be 2005, can it, Miss

4   Santiago?

5       A.   No.

6       Q.   It couldn't either be 2003, could

7   it?

8       A.   No.

9       Q.   Because El Dialogo didn't exist in

10  2003?

11      A.   Uh-huh.

12      Q.   So it really has to be September

13  20, 2004, right?

14      A.   Yes.

15      Q.   And with respect to this, I'm going

16  to have you turn it over, and again this is a

17  document that you drafted when you got back from

18  from Florida, is that right?

19      A.   Yes.

Santiago.txt

20      Q.      And now in this last paragraph, and

21  again this is September of 2004, there is a

22  reference down here to El Dialogo LLC.

23          Do you see that?

24      A.      Yes.

                                                184

1       Q.      And now in September of 2004 an

2   entity called El Dialogo LLC did not exist, is

3   that right?

4       A.      No.

5       Q.      Nor is there even a whisper of a

6   chance that El Dialogo LLC is existing, is that

7   right?

8       A.      That's correct.

9       Q.      It's not even a figment of you

10  imagination yet, is right?

11      A.      No.

12      Q.      So when you refer to El Dialogo LLC

13  on that document you are really referring to the

14  Maine corporation or limited liability company

15  or Dialogo LLC, right?

16      A.      Yes.

17      Q.      With respect to that, how did what

18  was marked as Exhibit 39, which refers to El

19  Dialogo change to El Dialogo LLC?

20      A.      I do not know.

21      Q.      Did you give this to Mr. Greenhut

22  or anyone to look at?

23      A.      No one.

24      Q.      So Mr. Greenhut never dealt with

                                                185

Page 149

Santiago.txt

1    this document, is that right?

2         A.    No.

3         Q.    This is something you came up with?

4         A.    Gabriela and I and both Gabrielas.

5    There were two Gabrielas working with me at that

6    time.

7         Q.    But with respect to this, that's

8    just a mistake.  It should say Dialogo LLC, is

9    that right?

10        A.    I don't know how that even got

11   there.

12        Q.    Miss Santiago, I'm going to show

13   you what has been marked as Exhibit 41 in the

14   case.  Exhibit 41 is an email from you to Gerry

15   Pike dated December 15, 2004.  And it has a few

16   imbedded emails in it, and this is discussing a

17   contract with Mr. Sole, is that right?

18        A.    Yes.  A draft, yes.

19        Q.    Okay.  So at approximately the

20   middle of December you have seen Mr. Sole

21   resume, is that right?

22        A.    No.  January.

23        Q.    Well, again I'm trying --

24        A.    You are right.  I apologize.

                                        186

1         Q.    With respect to the middle of

2    December you are already drafting a contract for

3    Mr. Sole, so obviously you had seen his resume

4    by that time, is that right?

5         A.    Yes.

6         Q.    And you are trying to figure out
                    Page 150

Santiago.txt

7    how to bring him on to the newspaper, is that

8    right?

9         A.    Yes.

10        Q.    And so therefore before this date,

11   that is December 15, 2004, what conversations

12   had you had with Mr. Pike about hiring Mr. Sole?

13        A.    Not really much conversation.  I

14   just send forward the resume to him so he can

15   review it, and I believe I asked him if he can

16   give him a call or if he can come to interview

17   him.

18        Q.    And did Mr. Pike have a chance to

19   interview Mr. Sole?

20        A.    Yes.

21        Q.    When was that?

22        A.    I believe it was in December when

23   he came I mean.

24        Q.    Before the date of this email or

                                              187


1    after?

2         A.    I do not know.

3         Q.    And now what has been set forth as

4    Exhibit 41 is a true and accurate copy of your

5    email exchange with Mr. Pike in the middle of

6    December 2004, is that right?

7         A.    Yes.

8         Q.    And attached to it is a draft

9    contract for Mr. Sole.  Who drafted that

10   contract?

11        A.    I did.

12        Q.    Did you have the help of anyone to

Santiago.txt

13    draft that?

14        A.    No.  Not this one, no.

15        Q.    Did you use a form that you use to

16    draft this contract?

17        A.        Yeah, I used a form.  I looked

18    into all the contracts and yes.

19        Q.        And you had put this forward for

20    Mr. Pike to review, is that right?

21        A.        Yes.

22        Q.        And then Mr. Pike responded on

23    December 15 saying he modified the commission

24    structure, is that right?

                                                    188

1        A.        Well, he modified the entire

2    contract.

3        Q.        How did he modify the entire

4    contract?

5        A.        He changed it.  I believe he

6    changed the contract.  He sent another document.

7        Q.        With this particular version I am

8    referring to the first page of what has been

9    marked as Exhibit 41 which id "take a look at

10    the modification to the commission structure

11    highlighted in yellow.  I will call you to

12    discuss."

13              Do you see that?

14        A.        Yes.

15        Q.        And Mr. Pike did call you to

16    discuss that?

17        A.        To discuss, yes.

18        Q.        And so therefore the commission

Santiago.txt

19    structure he changed it to make, give more

20    incentives to Mr. Sole to perform, is that

21    right?

22          A.      You can say that, yes.

23          Q.      And then you responded saying

24    "Hector and I felt it was too high a number you

                                                         189

1    suggested.  We compromised."  And then you made

2    further changes to the commission structure, is

3    that right?

4          A.      No, I didn't.

5          Q.      Okay.  When you say you didn't,

6    when you said "Hector and I felt it was too high

7    a number you suggested.  We compromised."

8                What does that mean?

9          A.      Well, Mr. Pike then call me and

10    explain what his rational was about the

11    commission structure and, you know, we left it

12    like that as he proposed it.

13          Q.      With respect to the agreement, you

14    proposed that this agreement be an agreement

15    between Dialogo LLC and Mr. Sole, is that right?

16          A.      Yes.

17          Q.      And -- strike that.

18                I'm going to show you what has

19    been marked as Exhibit 42 in this case.  Exhibit

20    42 is an email from Mr. Pike to you.  The top

21    one is dated December 23, 2004 and it does have

22    some imbedded emails on it.

23                Is what has been mark as Exhibit 42

24    a true and correct copy of the email exchange

Santiago.txt

190

1    that you had with Mr. Pike on December 23, 2004?

2        A.    Yes.

3        Q.    And with respect to this, again the

4    subject of this is Mr. Sole employment contract,

5    is that right?

6        A.    That's correct.

7        Q.    And now with respect to Mr. Sole

8    employment, how much did you anticipate that it

9    would cost the newspaper to employ Mr. Sole

10    approximately?

11        A.    Not less than $3000 a month.

12        Q.    $3000 a month.

13             Which for, it's your testimony

14    that the newspaper at this time was losing

15    money, is that right?

16        A.    Yes.

17        Q.    So that's a significant increase in

18    the expenditures of the company, is that fair?

19        A.    Yes.

20        Q.    And which is going to require

21    additional money, is that right?

22        A.    Yes.

23        Q.    In this email exchange with respect

24    to Mr. Sole, did you remind Mr. Pike about his

191

1    obligations to insert $50,000 into the business

2    as capital?

3        A.    Yes.  We talked about it in our

4    dinner at the Yankee Pedlar.  It is not here in

Page 154

Santiago.txt
5    this document.

6        Q.    It's not in the email exchange

7    that's going back and forth, is that right?

8        A.    Not in this document, no.

9        Q.    And with respect to it, you said to

10    Gerry that you prefer that he use his own draft

11    contract as well as his own confidentiality

12    agreement, is that right?

13        A.    No.  He came out with that.

14        Q.    I'm going to refer you to the

15    second paragraph of Exhibit 42.  It says,

16    "Gerry, I prefer that you use the draft contract

17    and confidentiality agreement of your choice.

18    Then send to me for final review and approval."

19        A.    That's correct.

20        Q.    So therefore even though you

21    drafted a version, it was your preference that

22    Mr. Pike use his own choosing draft

23    confidentiality agreement and employment

24    agreement?

192

1        A.    Mr. Pike already had decided that

2    he was going to use the one that his lawyers

3    drafted.

4        Q.    So and Mr. Pike is the one who

5    dealt with the draft of those agreements, is

6    that right?

7        A.    Yes, with those drafts of those

8    agreements.  His lawyers according to him.

9        Q.    And you never talked to the lawyers

10    about that, did you?

Page 155

Santiago.txt

11      A.      No.  I never had access to his

12   lawyers.

13      Q.      I'm going to show you what has been

14   marked as Exhibit 43.  Exhibit 43 is an email

15   from Mr. Pike to you dated January 5, 2005.  The

16   subject line is contract, and it has an imbedded

17   email from you to Mr. Pike.  Do you see that?

18      A.      Yes.

19      Q.      Exhibit 43, is that a true and

20   correct copy of your email exchange on or about

21   January 5, 2004?

22      A.      Yes.

23      Q.      And now on the bottom part of

24   Exhibit 43 reflects essentially your concerns

                                              193

1    about the financial management of the business?

2    Is that fair?

3       A.      Yes.

4       Q.      In fact, you said in the very first

5    paragraph, you know "the value on recruiting Mr.

6    Sole and the need this newspaper has to contract

7    someone that knows about sales.  I need the

8    contract today and I'm going to contract this

9    man and I'm going to bill you for the $3000 I

10   need to do so."

11      A.      Yes.

12      Q.      So at this time, that is January 5,

13   2005 you were prepared to enter into an

14   agreement with Sole and the business in order to

15   bring him on as the head of sales?

16      A.      If Mr. Pike agree with the $3000.

                        Page 156

Santiago.txt

17　The newspaper can not afford Mr. Sole.  Mr. Pike

18　knew that.  I knew that.

19　　　Q.　　And therefore with only Mr. Pike's

20　on behalf of DMSA's approval of that contract

21　could the business, that is Dialogo LLC, hire

22　Mr. Sole?

23　　　A.　　That's absolutely right.

24　　　Q.　　And in the second paragraph of your

194

1　email to him you said, "I cannot continue

2　holding El Dialogo the way I had.  I entered

3　into this partnership with the hope of bringing

4　this newspaper further."

5　　　　　What did you mean by this

6　particular paragraph?

7　　　A.　　That the only reason --

8　　　　　MR. MINOFF:  The first sentence or

9　　　the second?

10　　　　　MR. BREWSTER:  The entire paragraph

11　　　that's referenced.

12　　　　　MR. MINOFF:  I'm going to object

13　　　because it says eleven different things.

14　　　If you want to be more specific that's

15　　　fine.

16　　　Q.　　(By Mr. Brewster)  I'm trying to

17　understand is that -- well, let's just go for

18　the first sentence.

19　　　　　"I can not continue holding El

20　Dialogo the way I had."

21　　　　　What does that mean?

22　　　A.　　It means paying bills late and not

Page 157

Santiago.txt

23   really having the cash flow to run the business

24   appropriately.

                                              195


1        Q.       When you say cash flow, you are

2   talking about Dialogo Bilingue when you say "I

3   can not continue holding El Dialogo the way I

4   had"?

5        A.       It says Bilingue any where?  It's

6   says el Dialogo.  We are talking about Dialogo

7   LLC now, aren't we?

8        Q.       Yes.

9                 In the third paragraph you say "I

10   acknowledge your investment and I will pay back

11   if it comes to that, but I can not have a

12   partner that I cannot talk to."

13        A.       That's right.

14        Q.       What did you mean by that?

15        A.       That he was unreachable.  I tried

16   to explain to him that the company is not, the

17   newspaper is not bringing the revenues.  We need

18   to make a decision, either you put the full

19   investment into this venture or we decide to

20   close it down.

21                 Over and over again.  This is not

22   the first email that I sent.  This is the week

23   after we start our venture I start having

24   problems with the listening skills of Mr. Pike.

                                              196


1        Q.       With respect to the listening --

2        A.       With respect to really the

3   seriousness of the business.  It was failing.

                    Page 158

Santiago.txt

 4   And I was doing everything in my power to keep

 5   it alive.  I was paying bills late.

 6               And in order for me to contract

 7   Mr. --  that was sort of like you want to call

 8   it, my way of putting the bottom line on this.

 9   That I can't continue.  It was almost

10   impossible.

11        Q.    And this is along the lines of the

12   email that you sent in November, November 2,

13   2004?  Is that fair to say?

14        A.    That's fair to say.

15        Q.    And in the third paragraph you say,

16   "I acknowledge your investment."

17        A.    Well, he paid Gabriela from July to

18   October 30 and he paid mine.  You know, that's

19   an investment.  But he didn't invest what he was

20   suppose to invest, what he said.  He said

21   $50,000.  That's what he said.  The contract

22   says the same thing.

23        Q.    With respect to when you say "I

24   acknowledge your investment," that is is the

                                                 197

 1   money he had invested to date in the company, is

 2   that right?

 3        A.    Yes.

 4        Q.    With respect to this particular

 5   document and I say Exhibit 43, you didn't say in

 6   this document that he had not satisfied his

 7   obligations under the operating agreement, did

 8   you?

 9        A.    No, I didn't.

                    Page 159

Santiago.txt

10      Q.      With respect to the final

11    paragraph where it says "if you do not want to

12    invest any further I can understand, however our

13    venture needs to come to a closure and needs to

14    change."

15             Do you see that?  What did you mean

16    by that?

17      A.      It means exactly that.  It means it

18    needs to come to a closure and it needs to

19    change.

20      Q.      As of January 5, 2005 what

21    happened?  Did it come to a closure or did it

22    change?

23      A.      Neither.  It changed eventually.  I

24    mean, I don't have any money.  There was no

                                                  198

1    money.

2      Q.      Well, you did in fact hire Mr.

3    Sole, is that right?

4      A.      I didn't hire Mr. Sole.  Mr. Pike

5    hired Mr. Sole.

6      Q.      The company Dialogo LLC hired Mr.

7    Sole?

8      A.      Yes.

9      Q.      So Dialogo LLC and Mr. Sole came to

10    an agreement about his employment with the

11    company, is that right?

12      A.      They came to some discussion.  I

13    wasn't part of the discussion.

14      Q.      You are saying you weren't part of

15    any discussion?

                    Page 160

Santiago.txt

16    A.    No.  They had a lot of

17  conversations over the phone and they exchanged

18  emails and so forth and I wasn't part of that.

19          MR. BREWSTER:  All right.  Let's

20      take a brief break.

21          VIDEOGRAPHER: The time is now 3:10

22      p.m.  This is the end of cassette number

23      two and we are off the record.

24

                                    199

1          (A break was taken)

2

3          VIDEOGRAPHER:  Back on the record.

4      The time is now 3:15 p.m.  This is the

5      beginning of cassette number three in the

6      deposition of Lillian Santiago Bauza.  We

7      are back on the record.

8      Q.    (By Mr. Brewster)  Miss Santiago,

9  I want to show you what has been marked as

10  Exhibit 44 in this case.  Exhibit 44 is a copy

11  of an employment agreement between Dialogo LLC

12  and Mr. Sole.  Were you the person who sent this

13  letter out?

14      A.    What letter?

15      Q.    Well, it's an employment

16  agreement.  I refer you to the second page of

17  Exhibit 44.  It says Lillian Santiago Bauza,

18  publisher Dialogo LLC.  Do you see that?  The

19  second page?

20      A.    No.  This was sent my Mr. Pike.

21      Q.    And was this document returned to

Page 161

Santiago.txt

22    you or was it return to Mr. Pike?

23          A.      Mr. Pike.

24          Q.      And you are familiar with Mr.

                                                    200

1    Sole's signature?

2          A.      Yes.

3          Q.      And that is Mr. Sole's signature?

4                  Did you witness him sign this

5    contract or did you see a copy of it?

6          A.      No.  He sent it from his house I

7    believe.

8          Q.      Before Mr. Pike sent this contract

9    to Mr. Sole, did you have an opportunity to

10   review it?

11         A.      When we were in the back and forth

12   with the drafting, yes.  He sent it directly to

13   him.

14         Q.      And you ultimately approved this

15   final version, is that right?

16         A.      What was to be approved?  He

17   already made the decision that is what he wanted

18   it.

19         Q.      With respect to that at the

20   company, Dialogo LLC, you had exclusive control

21   of the business as well as the hiring, is that

22   right?

23         A.      Yes.

24         Q.      So therefore the hiring of Mr. Sole

                                                    201

1    was in your area, is that right?

Page 162

Santiago.txt

2        A.      No.

3        Q.      You are saying in this particular

4   case Mr. Sole was done exclusively by Mr. Pike?

5        A.      Yes.

6        Q.      But he was an employee of Dialogo

7   LLC, is that right?

8        A.      He was not an employee.  He was a

9   consultant.  In the discussions back and forth

10  was that he would be a consultant.  That is the

11  reason he is no longer with us, you know.

12       Q.      With respect to, I'm going to

13  refer you to the last page.  It's a letter dated

14  January 11, 2005.  It's a letter from Mr. Sole

15  to you.  Do you see that?

16       A.      Yes.

17       Q.      Did your receive that on or about

18  January 11 or 12?

19       A.      He sent it directly to Mr. Pike if

20  you see the fax.  He wrote it to me but he faxed

21  it to Mr. Pike.

22       Q.      And had you previously discussed

23  that he would start work on January 17, 2005?

24       A.      They discussed that, yes.

                                            202

1        Q.      With respect to Exhibit 44, this

2   is a true and correct copy of the contract with

3   Mr. Sole?

4        A.      It seems like it, yes.

5        Q.      I show you what's been marked as

6   Exhibit 45.  Exhibit 45 is an email from Mr.

7   Pike to Mr. Sole and you.  It's dated January

                      Page 163

Santiago.txt

8    14, 2005.  Do you see that?

9         A.     Yes.

10        Q.     And at that time you had the email

11   address of L. Santiago at El Dialogo dot com.

12        A.     Yes.

13        Q.     So you saw this email on or about

14   January 14, 2005?

15        A.     Yes.

16        Q.     And this included -- strike that.

17               This document referred to his

18   accepting the El Dialogo letter and also

19   forwarded on a confidentiality agreement and

20   non-compete, is that correct?

21        A.     I saw this.  I didn't see the

22   non-compete here.

23        Q.     Well with respect to what has been

24   marked as Exhibit 45, in the third line it says

                                           203

1    "per our previous conversation please find

2    attached the CA/NC agreement for your

3    signature."  Do you see that?

4         A.     Yes.

5         Q.     And it appears that there is an

6    attachment to this document, at PDF document.

7    Do you see that?

8         A.     Yes.

9         Q.     Did you take a look at that

10   agreement at the time?

11        A.     Yes, the email?

12        Q.     The email, but as well as the

13   attached non-compete?

Santiago.txt

14    A.    Yes.

15    Q.    I'm going to show you what has

16  been marked as Exhibit 46.  Exhibit 46 is a

17  confidentiality and Non-compete agreement

18  between Dialogo and Sole.  Do you see that?

19    A.    Yes.

20    Q.    And with respect to this document

21  you looked at this document on or about January

22  14.  Is that right?

23    A.    Yes.

24    Q.    And did Mr. Sole sign this

204

1  agreement?

2    A.    He was in disagreement with the

3  non-compete so he decided that he wasn't going

4  to sign, and that's when they started the back

5  and forth over the phone.

6    Q.    So I understand your testimony,

7  it's your testimony that he never signed this

8  documents?

9    A.    He signed a document.  I don't

10  recall him signing this document.

11    Q.    Well, that's what I am referring

12  to, Exhibit 46.  I know he signed Exhibit

13  Exhibit 44.  We have his signature on it.

14          What I'm asking you about is

15  Exhibit 46 and whether he signed Exhibit 46?

16    A.    I don't recall.  I said I don't

17  recall him signing this.

18    Q.    So you don't recall whether he

19  signed this or not?

Santiago.txt

20      A.      No.

21      Q.      And so you never witnessed him

22 signing this document, right?

23      A.      I wasn't part of those

24 conversations.  He started disagreeing with the

205

1 words employee because he felt he was not an

2 employee.

3       Q.      And that was essentially a

4 conversation that was between Mr. Sole and Mr.

5 Pike, is that right?

6       A.      Yes.

7       Q.      I'm going to show you what has

8 been marked Exhibit 47 in the case.  Exhibit 47

9 is an email from Mr. Pike to you and Mr. Sole.

10 It's dated February 2, 2005.  And it has an

11 imbedded email in it.  Do you see that?

12      A.      Yes.

13      Q.      Do you see this email on or about

14 February 2 of 2005?

15      A.      Yes.

16      Q.      And the first email had -- strike

17 that.

18              The imbedded email was Mr. Sole's

19 issues concerning his employment with the

20 company, is that right?

21      A.      Yes.

22      Q.      And he believed that he wasn't a

23 full-time employee?

24      A.      Yes.  He believed he wasn't.

206

Santiago.txt

1      Q.      Did you have a separate discussion
2   with Mr. Sole with respect to his employment as
3   well as this confidentiality and non-compete
4   agreement?
5      A.      No.
6      Q.      That discussion was exclusively
7   between Mr. Pike and Mr. Sole?
8      A.      Yes.
9      Q.      When you saw this email on or about
10  February 2 from Mr. Sole to Mr. Pike, were you
11  surprised by it?
12     A.      That's when I told him about the
13  employment status, and that's when he decided to
14  write directly to Gerry.  As you can see this
15  email is directly to him.
16     Q.      Now with respect to Mr. Pike's
17  response to Mr. Sole, you saw that on or around
18  February 2, 2005?
19     A.      Uh-huh.
20     Q.      And he said "I'm confused by the
21  confusion.  The word employment is throughout
22  the documents that you signed."  Do you see
23  that?
24     A.      Uh-huh.  Yes.  I see.

                                              207

1      Q.      Now with respect to at the time
2   were there signed versions of the documents in
3   the company's files?
4      A.      Say that again.
5      Q.      At that time, meaning February 2,
6   2005, were there signed versions of the
                    Page 167

Santiago.txt

7    employment agreement as well as the non-compete

8    agreement in the company's files at that time?

9        A.    No.

10       Q.    There were no signed versions?

11       A.    I didn't have that signed

12   agreement.  I didn't have it.  He faxed it

13   directly to him.  They begun the argument back

14   and forth.  I was letting Mr. Pike handle this

15   one.

16       Q.    With respect to Mr. Sole's

17   employment started with the company on January

18   17, is that right?

19       A.    That's correct.

20       Q.    Did he do any advertising for the

21   January 15 edition?

22       A.    Advertising, no.

23       Q.    So because he hadn't come on as an

24   employee or a contract labor for the company

                                              208

1    yet, is that right?

2        A.    My understanding is that he was

3    going to be a contract for us, and that he was

4    going to help us improve sales and improve the

5    image of the newspaper and so forth.  Basically

6    to put the newspaper on the map.  That was my

7    general understanding.

8        Q.    But with respect to his employment,

9    is that his employment started with the company

10   on January 17.

11       A.    His contract start.  I don't want

12   to call it employment because it was not

                       Page 168

Santiago.txt

13    employment.

14         Q.    His contract started on January 17,

15    is that right?

16         A.    Yes.

17         Q.    Is that right?

18         A.    Yes.

19         Q.    And therefore since his contract

20    started on January 17, he didn't receive any

21    commissions from the sales of the January 15

22    edition of the newspaper?

23         A.    Yes, I did.  I paid him $525.

24         Q.    For the January 15 edition?

                                             209

1         A.    Yes.  On February 15 I pay him a

2    month's worth of commission.

3         Q.    Going forward?

4         A.    Yes.  That was using, you know,

5    what Mr. Pike had decided to, you know, that he

6    wanted to do, but he wasn't calling, Francisco

7    wasn't doing anything.  I'm start right there

8    with the body.  No money to pay him.  So I

9    decided do pay him commission.

10         Q.    And you paid that commission check

11    approximately when?

12         A.    February.  You have it somewhere in

13    your documents.

14         Q.    I'm going to show you what has

15    been marked as Exhibit 48.  Exhibit 48 is an

16    email that is from Mr. Pike to you.  It's dated

17    February 3, 2005, and there is an imbedded email

18    from you to Mr. Pike previously.  Do you see

                     Page 169

Santiago.txt

19    that.

20          Does Exhibit 48 accurately reflect

21    your email exchange with Mr. Pike as of February

22    3, 2004?

23          A.     Yes.

24          Q.     And essentially the imbedded email

210

1    at the bottom, you wrote from your home email

2    address, is that right?

3          A.     Yes.

4          Q.     And that is you were stating your

5    position, which is was no one else that worked

6    for the newspaper is an employee, is that right?

7          A.     That's correct.

8          Q.     And now in the first line of the

9    third paragraph you stated, "Gerry, the

10   newspaper is on an incredible moment grow"?

11         A.     Yes.

12         Q.     What did you mean?

13         A.     Well, I mean that with a person

14   like Francisco we would definitely, you know,

15   was looking positive.  That's basically what I

16   was trying.

17         Q.     You are trying to get the concept

18   that here is an asset to the company, that if we

19   use this asset correctly we can get this

20   newspaper going in the right direction, is that

21   right?

22         A.     You can say that yes.

23         Q.     Is that a fair way to say that?

24         A.     Yes.  Based on what I said here.

Santiago.txt

211

1    Q.    And this is as of February 3, 2005?

2    A.    Yes.

3    Q.    And you continued "since Francisco

4  arrived we had implemented many systems that are

5  going to help us get the accounts that we need."

6    A.    Yes.

7    Q.    That part was true.

8    A.    Yes.  We were working very hard in

9  doing a new marketing plan and yes, we work very

10  hard.

11    Q.    In this paragraph in the third

12  sentence you stated, "he is very clear in the

13  confidentiality and non-compete agreement he

14  signed."  Do you see that?

15    A.    Yes.

16    Q.    And so therefore as of February 3,

17  2005 he had signed that agreement?

18    A.    I was referring to these agreement.

19  This is the agreement that -- I didn't even have

20  a copy of this.  You have a copy of this and I

21  don't even have copy of this signed agreement.

22  That's what I was talking about.

23    Q.    With respect to --

24    A.    I don't even have copy of the

212

1  unsigned non-agreement.

2    Q.    So therefore when you are referring

3  to in this document the confidentiality and

4  non-compete agreement, you are actually

Page 171

Santiago.txt

5    referring to the employment agreement?

6         A.    Yes, to what I have in front of me.

7    This.  That I never got a copy.

8         Q.    Isn't it much easier to say

9    employment agreement rather than a

10   confidentiality and non-compete agreement?

11        A.    It might.  I can't change what I

12   said.

13        Q.    No.  I understand.  This is pretty

14   clear that you said he is very clear in the

15   confidentiality and non-compete agreement that

16   he signed.

17              And that as we previously talked

18   about, you were copied on the email of

19   February --  strike that.  January 14 in which

20   you had received a copy by email of the PDF of

21   that document, right?

22        A.    Yes.

23        Q.    And again that document was

24   entitled confidentiality and non-compete

                                              213

1    agreement?

2         A.    Yes.  He sent all of the documents

3    together.

4         Q.    And, with respect to the next

5    paragraph where it says, "I do not feel this man

6    is here to make us lose money or go to another

7    newspaper and take the accounts especially when

8    this place is so small and people do not forgive

9    or forget."

10              Do you see that?

Page 172

Santiago.txt

11      A.      Yes.

12      Q.      What did you mean by that?

13      A.      Well, I think that Mr. Pike was

14  keep on bringing, you know, that he could take

15  the accounts or go, what about if he go with

16  another newspaper and bring all these accounts

17  and this and that.  And I just didn't feel that

18  way.

19              And I feel that Mr. Sole didn't

20  never strike me as being a dishonest person or

21  person that will, and besides we serve a very

22  different community.  I just didn't see it that

23  way.  Did not see it that way.

24      Q.      So you didn't feel that he was

                                                    214

1   going to go to another newspaper and take those

2   accounts with him, is that right?

3       A.      I don't have any reason to believe

4   that.

5       Q.      That's right.  Is that based upon

6   what you knew about Francisco Javier Sole was

7   that he was an honest person?

8       A.      That's how he impressed me.

9       Q.      And he would not take the

10  businesses nor the accounts nor the confidential

11  information of the newspaper?

12      A.      That's correct.

13      Q.      So therefore with respect to that,

14  he had an obligation in your mind with respect

15  to the confidentiality and non-competition with

16  the newspaper, is that right?

                    Page 173

Santiago.txt

17    A.    No.  He didn't want to sign the

18  non-compete.  That was the issue.  Mr. Pike did

19  not want to go forward if he did not sign he

20  non-compete.  And Sole didn't want to go forward

21  because he felt that he had a bad experience

22  before with another employer, and he didn't want

23  to sign that.  And I'm just asking Gerry not to

24  make a big deal out of that.  That's what I

215

1  know.  This is what I am talking about.  I said

2  I don't see why you feel that way.

3    Q.    With respect to this as you said in

4  the last paragraph, "I do not want this to

5  become an issue and want to continue in this

6  positive trend"?

7    A.    Yes.

8    Q.    So it was essentially as you see

9  things in February 3, 2005 the company was on a

10  positive trend?

11    A.    The relationship between Sole and

12  Dialogo LLC I said it as a positive step.  The

13  company was in a lot of trouble, and I was

14  desperately asking Gerry to help me at least

15  with this.  He had failed with all the rest.

16    Q.    Let's take a look at that only

17  because in a few paragraphs earlier you said the

18  newspaper is in an incredible moment to grow.

19    A.    That's right.

20    Q.    That's the newspaper as a whole and

21  the business as a whole.  That's what you are

22  referring to?

Page 174

Santiago.txt

23      A.      In bringing Mr. Sole in.  In

24    bringing Mr. Sole in it was a great opportunity

216

1    for us to grow.

2        Q.      I show you what has been marked as

3    Exhibit 49 in the case.  Exhibit 49 is an email

4    from Mr. Pike to you dated February 3, 2005.

5    Again this is continues the dialogue, the Is

6    email conversation that you had with Mr. Pike

7    about Mr. Sole's employment with the company, is

8    that right?

9        A.      Yes.

10        Q.      And about the necessity of working

11    out any differences or issues with respect to

12    his employment, is that right?

13        A.      Yes.

14        Q.      And this document, Exhibit 49, is a

15    true and correct copy of your email exchange

16    with Mr. Pike as of February 3, 2005?

17        A.      Yes.

18        Q.      And again with respect to this

19    documents, as of February 2 or 3 of 2005 you are

20    not telling Mr. Pike that he has no longer, has

21    not satisfied his obligations under the

22    operating agreement, is that right?

23        A.      Yes.

24        Q.      I'm going to show you what has been

217

1    marked as Exhibit 50 in the case.  Exhibit 50 is

2    an email from Mr. Pike to Mr. Sole and you.

3    It's dated February 8, 2005.  This is a document

Page 175

Santiago.txt

4    that you saw on or around that time, is that

5    right?

6         A.    Yes.

7         Q.    And again, this is further along

8    the lines of Mr. Pike and Mr. Sole's discussion

9    working out any employment issues that exist

10   there, is that right?

11        A.    Yes.

12        Q.    With respect to this Mr. Pike has

13   written numerous emails about Mr. Sole's

14   employment, is that fair to say?

15        A.    Based on what you have showed me.

16              I don't know if they correspond

17   directly.  You know, I think they had

18   corresponded directly and I wasn't involved.

19        Q.    But there were a number of emails

20   that you were copies on, isn't that right,

21   including this one?

22        A.    Yes, including this one.

23        Q.    I'm going to show you what has

24   been marked as Exhibit 51 in this case.  Exhibit

                                              218

1    51 is an email from Mr. Pike to Mr. Sole and

2    you.  It's dated February 11, 2005 Re status.

3    Do you see that?

4         A.    Yes.

5         Q.    And you saw this email on or around

6    February 11, 2005?

7         A.    Yes.

8         Q.    With respect to this email, Exhibit

9    51, there was a compromise reached with respect

                       Page 176

Santiago.txt

10    to the Sole situation, is that right?

11         A.    Yes.  You can call it that.

12         Q.    In the first line it says,

13    "following through on our conversation we have a

14    solution that meets both of our requirements

15    without compromise."  Do you see that?

16         A.    Yes.  Of course.

17         Q.    So therefore with this email did

18    you understand that the Sole employment issue

19    had been resolved?

20         A.    No.

21         Q.    Why didn't you have that

22    understanding?

23         A.    Because he received this.  He came

24    to me and say he will stay in the company until

                                            219

1    February 28 because of me, basically as a favor

2    I guess, and that he would not.  And I think

3    that he call Mr. Pike and he inform him.  Mr.

4    Sole never agreed to this.

5         Q.    You say that the proposal that's

6    set forth in here, that Mr. Sole never agreed to

7    anything here, is that right?

8         A.    That's right.

9         Q.    And is that this is Mr. Pike simply

10    putting forward a solution in which it was

11    something that was in his mind but was not in

12    Mr. Sole's?

13         A.    Yes.

14         Q.    Did Mr. Sole talk to you about

15    these negotiations or these discussions with Mr.

Page 177

Santiago.txt

16    Pike?

17        A.    Well, he told me when he received

18    this, I received it at the same time and he came

19    to me and said this is not the understanding

20    that I had.  And I couldn't fight for Mr. Sole.

21    I didn't have the money to pay him so it was

22    totally up to Mr. Pike.

23        Q.    So after this February 11 email it

24    was clear that Mr. Sole was going to quit the

                                                    220

1    company, is that right?

2        A.    Yes.

3        Q.    And that he was only going to work

4    until February 28.  And then he would be done,

5    is that right?

6        A.    Yes.

7        Q.    And you knew that as of February

8    12?

9        A.    No.  I knew about the time that he

10    call.  He call first Mr. Pike and inform him

11    first over the phone.  And then briefly told me,

12    you know he told me.  Basically I just couldn't

13    do anything.

14        Q.    Well, I'm trying to understand when

15    you were aware that Mr. Sole was going to resign

16    as of February 28, and it was just a couple days

17    after this?

18        A.    To be honest with you I do not

19    recall.  I do not know.  There were so many

20    things happening.  He wasn't, Mr. Pike wasn't

21    responding because he wasn't responding.  Mr.

                        Page 178

Santiago.txt

22    Sole was asking me.  I basically did not know

23    what to respond.  The only thing I knew was that

24    I didn't have the financial means to keep Mr.

221

1    Sole.

2        Q.    But that essentially in this time

3    period is that in mid February you were made

4    aware that he as a favor to you was going to

5    work until the end of the month, but he was

6    going to be done at the end of the month?

7        A.    Not as a favor to me.  He had

8    responsibility with people that he already have

9    contact.  He had contacts.  He was a

10   professional person, you know.  He did what he

11   needed to do.  He call Mr. Pike and tell him

12   thank you but not thank you, and he went on.

13   You know, not as a favor to anybody.  We owe him

14   money that Mr. Pike never paid.

15       Q.    But with respect to this, he gave

16   you two weeks notice that he was going to be

17   leaving?

18       A.    Yes. And he did to Mr. Pike as

19   well.

20       Q.    I'm going to show you what's been

21   marked as Exhibit 52.  Exhibit 52 is a document

22   that's dated January 1, 2004 through January 27,

23   2005 and it says Direct Merchants SA at the top.

24   Do you see that?

222

1        A.    Yes.

Page 179

Santiago.txt

2          Q.     And this is a document that was

3    prepared by Dialogo LLC?

4          A.     No.

5          Q.     This is a document prepared by

6    whom?

7          A.     By Direct Merchants.

8          Q.     So this is a document that was sent

9    to you, is that right?

10         A.     Yes.

11         Q.     When was it sent to you?

12         A.     Sometime around January or I

13   believe before that basically requested for the

14   taxes.

15         Q.     With respect, in these items on

16   Exhibit 52 reflect DMSA expenditures vis-a-vis

17   Dialogo LLC?

18         A.     This is Direct Merchants expenses.

19         Q.     That is correct.

20         A.     Towards Dialogo LLC.

21         Q.     Yes.

22         A.     Yes.

23         Q.     And as reflected in here there are

24   payments to Anna Morales, to Gabriela, to you,

                                            223

1    to Open Square, is that right?

2          A.     Yes.

3          Q.     As well as the accountant, is that

4    right?

5          A.     Yes.

6          Q.     Now you previously testified that

7    you didn't receive any salary check from DMSA

                        Page 180

Santiago.txt

8  after November 1?

9      A.    No, I didn't receive any salary.

10  That's why say salary.  I receive $1000 in

11  December out of the blue, which I took it as a

12  bonus or something.  I don't know.  I just

13  receive it.  It is right here, 12/21.

14      Q.    Sure.  12/21 you received a $1000

15  check which would have been the payment for the

16  first, the December 1 to December 15?

17      A.    No.  That was not any payment

18  attached.  I just received that check.  No

19  explanation whatsoever about the check.

20      Q.    Well, you had received previously

21  other checks from DMSA, is that right?

22      A.    Yes.

23      Q.    And with respect to the other

24  checks, those were salary checks, is that right?

                                        224

1      A.    Yes.  For my responsibilities and

2  duties within the newspaper, yes.

3      Q.    And those checks appear to be

4  either in, I guess it looks like two thousand,

5  maybe $1000 denominations?

6      A.    No.  It was 2000 up to October.

7      Q.    And however as of December 31,

8  2004 it was your understanding that this was a

9  bonus check?

10      A.    December?

11      Q.    Yes.

12      A.    In December I really didn't know

13  how to get that check.  I was kind of surprised

Page 181

Santiago.txt

14    by it.  So I didn't -- because I didn't send an

15    invoice for that check, so out of the blue they

16    sent me $1000.

17         Q.     So out of the blue you got $1000

18    just before Christmas?

19         A.     Yes.

20         Q.     And you cashed the check?

21         A.     Yes.  I used it to pay some

22    expenses in the office.

23         Q.     And again during this period of

24    time, I mean December, January, February of 2004

                                                225

1     2005, Tracy the accountant is still in charge of

2     the books of the company, is that right?

3          A.     Yes.

4          Q.     You are working with her in order

5     to give her the appropriate information to keep

6     the books, is that right?

7          A.     Yes.

8          Q.     As well as pay the bills, as well

9     as to account for the revenues?

10         A.     Yes.

11         Q.     I want to show you what has been

12    marked as Exhibit 53 in this case.

13    Exhibit 53 is a document entitled Direct

14    Merchants SA, Inc. Expenditures Paid for Dialogo

15    LLC from February 27, 2004 through April 6,

16    2005.  Do you do that?

17         A.     Yes.

18         Q.     With respect to this particular

19    document, are there any particular expenses here

Santiago.txt
20    that you take issue with that they are not

21    expenses that Direct Merchants had expended for

22    or on behalf of Dialogo LLC?

23        A.    Yes.

24        Q.    Which ones?

                                              226


1         A.    I cannot write on.

2         Q.    You can testify as to them?

3               MR. MINOFF:  Do you want to look at

4     the last one to compare.

5               THE WITNESS:  I have it here.

6     Yes.  The copying office service 3/10 2004.

7     That was not for Dialogo LLC.  That was Eventos

8     HispanicAmerica share of paying for division

9     that was done because back then I had Dialogo

10    Bilingue and Dialogo Bilingue paid for that half

11    share of that, so that should not be there.

12        Q.    I'm sorry.  With respect to that

13    is that you are saying that Dialogo LLC paid and

14    expense of Dialogo Bilingue?

15        A.    No.  No.  No.  That's not what I

16    said.

17              I said that Dialogo Bilingue paid

18    for the division in the office.  We paid for

19    that.  Dialogo Bilingue did.  It's corporation.

20    This entry that is here was paid on behalf of

21    Eventos HispanicAmerica which was the venture

22    that Mr. Pike had with, and you have papers of

23    that.  You have information about that.

24              That back in March I didn't even

                                              227

Santiago.txt

1  know Mr. Pike back then.  My husband did but not

2  me.

3      Q.    As of March you never met him?

4      A.    Oh, my husband talked about him and

5  this and that.  I don't think I had met him yet.

6      Q.    As of March of 2004?

7      A.    I don't know when I met Mr. Pike,

8  but I think that personally I didn't know him.

9      Q.    Right.  And I'm just saying that

10  you had not yet met him as of March of 2004?

11      A.    Let's put it this way.  We were not

12  in business together as of March 10.

13      Q.    Again I'm asking if you ever met

14  him and the answer is you can't recall?

15      A.    I don't recall when I met Mr. Pike.

16          On April 6, 2004 we were not in

17  business yet and I don't know how, I don't even

18  know Mrs. Romero.  I met Mrs. Romero in May, so

19  I don't know.  This sign and production.  I'm

20  kind of confused about that one.

21          I do not know who George Scribner,

22  contractor.  One Stop Technology.  That was the

23  server purchased for Eventos HispanicAmerica.

24          I don't know who George Scribner

                                        228

1  is.  There is another $3000 there.

2          I don't know why we are paying JJ

3  Accounting payable management fees.  $600.  I

4  have question for that.

5          DMSA never bought a Mac computer

6  for Dialogo LLC.  The computer that we had

                Page 184

Santiago.txt

7   belonged to Mrs. Romero.

8              IT work.  I don't know what is

9   that.  JJ Accounting again, you know, two fees

10  of $300 a piece.  I don't know what that is all

11  about.

12              Again JJ Accounting.  JJ

13  Accounting.  JJ Accounting.  Payable management

14  fees.  I don't know what that means with DDB

15  world wide.  DMSA staff labor.  DMSA wasn't

16  doing anything for Dialogo LLC.

17              Mr. Gerry Pike expenses. I didn't

18  even charge my expenses.  I pay everything out

19  of my pocket.

20              JJ Accounting again.  The legal

21  fees for Verrill Dana.  I don't understand.

22              JJ Accounting again.  Legal fee

23  again.  Romero.  I don't know why he paid $2000

24  and then the legal fee and the Federal Express.

                                         229


1       Q.     I'm going to show you what has

2   been marked as Exhibit 54.  Exhibit 54 is a copy

3   of a newspaper El Dialogo for the period of

4   February 15, 2005.  Is that right?

5       A.     Yes.

6       Q.     And this was the last version of

7   the newspaper that was published by Dialogo LLC,

8   is that right?

9       A.     Yes.

10      Q.     Because I'm now going to show you

11  what has been marked as Exhibit 55, El Dialogo

12  for March 1, 2005.  That was published by the
                     Page 185

Santiago.txt

13    new entity, El Dialogo LLC, is that right?

14         A.    Yes.

15         Q.    And Exhibit 56 is El Dialogo, the

16    newspaper for March 15, 2004.  And again that

17    was published by the new company, El Dialogo

18    LLC, the Massachusetts limited liability.

19         A.    Yes.

20         Q.    As was Exhibit 57, which is El

21    Dialogo, a copy of the newspaper dated April 1,

22    2005.  Is that right?

23         A.    Yes.

24         Q.    And again that was also published

                                            230

1    by the new entity, El Dialogo LLC, the

2    Massachusetts limited liability company?

3         A.    Yes.

4         Q.    With respect to the logo, there is

5    no difference between 54, 55, 56 and 57, is that

6    true?

7         A.    Yes.

8         Q.    They are virtually identical, is

9    that right?

10         A.    Yes.

11         Q.    With respect to, now again the

12    first time that the El Dialogo was ever used was

13    on July 1, 2004, is that right?

14         A.    Yes.

15         Q.    And that was under the terms of the

16    operating agreement and the venture agreement,

17    is that right?

18         A.    Yes.

Santiago.txt

19      Q.      With respect to, in Exhibit 54 with

20   the list of employees of the company as of the

21   version of the El Dialogo February 15, 2005,

22   that's an accurate list of the employees of the

23   company at that time, is that right?

24      A.      Yes.

231

1       Q.      And that indicates that you were

2    the publisher and that Hector was the sales

3    director, is that right?

4       A.      Yes.

5       Q.      And that Francisco Sole was the

6    sales and advertising manager?

7       A.      Yes.

8       Q.      And Gabriela was the art director?

9       A.      Yes.

10      Q.      Now with respect to the launching

11   of El Dialogo on July 1, 2004, there was a

12   statement in the July 1, 2004 newspaper talking

13   about the launch of this new publication, is

14   that right?

15      A.      Yes.

16      Q.      And that was a statement that was

17   written by Gabriela at that time?

18      A.      No.

19      Q.      I'm going to show you what has

20   been previously marked as Exhibit 27.  It's on

21   the second page where the article entitled El

22   Dialogo The Bilingual Newspaper For Our

23   Community.

24      A.      I wrote this.

Page 187

Santiago.txt

232

1    Q.    So just so I understand on page two
2    of what has been marked as Exhibit 27, it's your
3    testimony that you wrote that piece.  Is that
4    right?
5    A.    Yes.
6    Q.    Therefore the by-line that say by
7    Gabriela Romero was incorrect?
8    A.    Yes.
9    Q.    Now I am now turning to what has
10   been marked as Exhibit 55.  Now Exhibit 55, I'm
11   going to have you look at the list of employees
12   or consultants to the company and tell me
13   whether that is accurate?
14          MR. MINOFF:  As of March 1?
15          MR. BREWSTER:  As of March 1.
16          THE WITNESS:  It's not accurate
17          because Mr. Francisco Sole was no longer
18          with us.  That was a mistake.
19   Q.    (By Mr. Brewster)  So you are
20   saying that as of March 1, 2005 Sole was no
21   longer with the company, is that right?
22   A.    Yes.
23   Q.    With respect to that version as you
24   can compare what has previously been marked as

233

1    Exhibit 54, Gabriela's name has been removed
2    from that, is that right?
3    A.    Yes.
4    Q.    But Mr. Sole's name had not been?

Santiago.txt

5          How did that happen?

6          A.      I had a conversation with Anna.  I

7     call her immediately and I said you forget to

8     delete Mr. Sole out of Dialogo.  He is no longer

9     with us.  You can see in the next edition we

10    corrected that immediately.

11         Q.      Now Gabriela had essentially

12    suddenly resigned on the 28th of February, isn't

13    that right?

14         A.      Yes.

15         Q.      So immediately before this

16    publication came out, is that right?

17    Immediately before the March 1 publication came

18    out?

19         A.      Yes.  This publication came out the

20    7th.

21         Q.      And however there had been time

22    enough to remove her from that list, is that

23    right?

24         A.      Yes.  Because another graphic

                                              234

1     artist was doing the design and he is going to

2     put his name there.  He is going to get credit

3     for what he is doing.  He is going to remove

4     her.

5          Q.      But she had not given two weeks

6     notice like Mr. Sole, is that right?

7          A.      No.

8          Q.      And again, I'm going to show you

9     what has been previously marked as Exhibit 56.

10    Again that's also inaccurate because Mr. Sole

                         Page 189

Santiago.txt

11    was no longer with the company in that version,

12    is that right.

13         A.    That's correct.

14         Q.    And the same applies to the April 1

15    edition, is that right?

16         A.    Yes.

17         Q.    When was the last time you

18    communicated with Mr. Sole.

19         A.    I communicate with Mr. Sole often

20    because he work for Open Square now, so he is

21    doing property management and contract or

22    whatever with Mr. John Aubin.  And he is working

23    with my husband in advertising in the

24    advertising agency.

235

1         Q.    So you have been in constant

2    communication with Mr. Sole since February 28?

3         A.    Not constant, but yes, I talk to

4    him.

5         Q.    You see him on a regular basis?

6         A.    Yes.

7         Q.    And his job is with your husband is

8    advertising and sales?

9         A.    No.

10         Q.    What?

11         A.    My husband doesn't need anybody to

12    sell for him.

13              No.  It's mainly consulting.  He

14    works with my husband in presentations and so

15    forth, so he is basically consulting.  He is not

16    an employee.  He is not -- it's just consulting.

Page 190

Santiago.txt

17       Q.      With respect to Exhibit 55 of the

18    publication.  Exhibit 55 is simply a

19    continuation of El Dialogo, is that right?

20             What had been previously

21    published.

22       A.      El Dialogo newspaper?

23       Q.      Yes.

24       A.      Yes.

236

1        Q.      So therefore by while Exhibit 54

2     the February 15 edition, had volume two number

3     two, exhibit 55 had volume two number three, is

4     that right?

5        A.      Yes.

6        Q.      So this was not a new enterprise?

7        A.      It was new to me.

8        Q.      Well, with respect to, it is the

9     same old newspaper, just in a different company,

10    is that right?

11       A.      Yes.

12       Q.      And that's, the same applies for

13    Exhibit 56 and Exhibit 57.  It's just a

14    continuation of the newspaper, again volume two,

15    number four, volume two, number five?

16       A.      Yes.

17       Q.      I'm going to show you what has

18    been marked as Exhibit 58.  Exhibit 58 is the

19    letter dated February 17, 2005 from you to Mr.

20    Pike.  That's your signature on this letter, is

21    that right?

22       A.      Yes.

Page 191

Santiago.txt

23        Q.      And this is a letter that you

24   drafted on or around February 17, 2005?

237

1         A.      Yes.

2         Q.      And this was the so called

3    termination letter, the letter in which you were

4    communicating that you were closing down Dialogo

5    LLC?

6         A.      Yes.

7         Q.      And now with respect to this, had

8    you had any conversations with Mr. Pike about

9    you closing down the business?

10        A.      I believe that you even saw an

11   email that I said we either have to come to

12   closure or change the business.

13              I informed him and we had a long

14   conversation that took place in my house where I

15   said to him very clearly either he buy me out or

16   I was going to walk out of this.  I said it very

17   clearly to him.  I gave him options and his

18   response was, what do I need a newspaper for?

19        Q.      What was the date of that

20   conversation?

21        A.      It was around beginning of

22   February.

23        Q.      Beginning of February?

24              This was with respect to the

238

1    discussions with Mr. Sole?

2         A.      It was about everything.

3         Q.      And you told him in a telephone

Page 192

Santiago.txt

4   conversation that you were going to close down

5   the business?

6       A.      I said to him that either he buys

7   me or we need to look for another.  I gave him

8   plenty of time to respond.

9       Q.      With respect to your offer, what

10  were you offering to sell your shares out at?

11      A.      I wasn't.

12      Q.      You weren't offering to sell?

13      A.      There is nothing to sell.  What it

14  there to sell?

15      Q.      Your testimony has been either you

16  buy me out or I'm walking from the business.  So

17  if he were to buy you out?

18      A.      He needed to come to that

19  consensus. We needed to sit down and talk.  He

20  chose to ignore me.

21      Q.      With respect to ignore you, what

22  did you want him to do?

23      A.      He needed to come and sit down and

24  talk to me and be square about the money.  We

                                            239

1   had a business together.  My understanding of

2   partnership is when you have a business together

3   you sit down and you discuss the business, if

4   the business is going down or is profitable or

5   whatever the responsibility of each partner.  I

6   think that I fulfill that responsibility during

7   the seven months I was in business with Mr.

8   Pike.

9       Q.      With respect to your responsibility

                        Page 193

Santiago.txt

10    and you obligations to Mr. Pike and to the

11    business.

12         A.    And to the business.

13         Q.    With respect to the, is it your

14    understanding that you were entitled to shut

15    down the business unilaterally?

16         A.    Yes.

17         Q.    Where did you get that

18    understanding?  There is not a legal document

19    that reflects that understanding, is that right?

20         A.    I understand that.

21         Q.    With respect to, in fact the

22    operating agreement does not allow you to

23    unilaterally shut down the business, does it?

24    That's correct, is that right?

240

1         A.    I believe so, sir.

2         Q.    Nor does the venture agreement

3    allow you to unilaterally shut down the

4    business, is that correct?

5         A.    I believe so.

6         Q.    In fact, it only requires the board

7    of directors to unanimously approve the

8    dissolution of the business, is that right?

9         A.    I believe so.

10         Q.    So with respect to the -- strike

11    that.

12              With respect to Exhibit 58 where

13    you state "since our last meeting and telephone

14    conversation I have re-considered my position in

15    Dialogo LLC."

Page 194

Santiago.txt

16          What was the date of your last

17  meeting and telephone conversation?

18          A.      The beginning of February.  Our

19  last conversation was the beginning of February.

20  Our last meeting was sometime in January I

21  believe.

22          Q.      And so therefore in that period of

23  time where you were going to stay with the

24  business now you had re-considered and decided

                                                    241


1   you were going to leave the business, is that

2   true?

3           A.      Yes.

4           Q.      So therefore in your last meeting

5   and telephone conversation with Mr. Pike you had

6   agreed that you were going to stay with the

7   business, but now you had re-considered?

8           A.      No.

9           Q.      Why don't you explain that?

10          A.      Because we, the conversation never

11  got there.  I keep on asking him to help me

12  maintain the business, to comply with what he

13  promised he was going to do and he keep on

14  ignoring me.

15          Q.      As of this date, February 17, 2005,

16  is there again any email, any document or letter

17  that reflects your view that Mr. Pike had not

18  satisfied his obligations under the operating

19  agreement or the venture agreement to invest

20  $50,000?

21          A.      I think I have said it.  There are

                        Page 195

Santiago.txt

22  many emails there that he is not complying, the

23  money is not coming in, it is becoming very

24  difficult, the payables are not getting paid,

242

1   that I can not hire anybody to do consulting for

2   the business until he puts this capital in.  So

3   I think it is very well written in many emails

4   about that.

5       Q.    Just so I understand, the emails

6   that we have seen so far today, it's your

7   testimony that those email reflect your position

8   with respect to Mr. Pike's failure to invest the

9   necessary money?

10      A.    Not only the emails but the

11  conversations that I had.

12      Q.    I'm talking about the written

13  documents, the written conversations?

14      A.    Yes.

15      Q.    So the emails that I showed you

16  today reflect your understanding and your

17  communications, written communications with Mr.

18  Pike about his failure to satisfy his

19  obligations under the operating agreement and

20  the venture agreement?

21          MR. MINOFF:  Does your question

22          include Exhibit 58.  I'm not sure it's an

23          email.  are you including --

24          MR. BREWSTER:  Up to this point.

243

1       Up to.

Page 196

Santiago.txt

2       THE WITNESS:  There was all the

3       emails that I produce to you that you have

4       bring on board so.

5       Q.     (By Mr. Brewster)  Well, I

6  represent to you that I have shown you virtually

7  every single email that went between you that

8  would have any indication along those lines.

9  And I'm just looking for the documents that

10  reflect your view.

11              And so therefore that's all I'm

12  looking for.  I'm only showing to you -- is

13  there any email or letter that was sent that had

14  been destroyed or does not exist.

15       A.     There have been emails sent that I

16  don't have copies of it.

17       Q.     But Mr. Pike would have copies of

18  that?

19       A.     I don't know what Mr. Pike keep or

20  not keeps.

21       Q.     But obviously if he keeps a record

22  of all the emails that have been sent to him,

23  then there would be a copy of such documents

24  that exist, right?

                                              244

1              MR. MINOFF:  Objection to form.  We

2       don't know what he keeps.

3              THE WITNESS:  We don't know what

4       he keeps.

5       Q.     (By Mr. Brewster)  With respect to

6  what has been marked as Exhibit 58, when you

7  sent Exhibit 58 you didn't call Mr. Pike?

                        Page 197

Santiago.txt

8      A.      No.

9      Q.      You decided you weren't going to

10  have any conversation with him.  You were just

11  going to terminate the relationship with him

12  based on this letter, is that right?

13      A.      Yes.

14      Q.      In fact turn I'm going to have you

15  turn to the second page of Exhibit 58.  This

16  exhibit was sent by certified mail on February

17  25, 2005, is that right?

18      A.      Yes.

19      Q.      And did you send it?

20      A.      Yes, I did personally.

21      Q.      Is that your handwriting on this

22  document?

23      A.      Yes.

24      Q.      So you sent it from your home

                                                    245

1  address to Mr. Pike and you sent it by certified

2  mail?

3      A.      Yes.

4      Q.      You didn't fax it to him?

5      A.      No.

6      Q.      You didn't email it to him?

7      A.      No.

8      Q.      You didn't call him on the

9  telephone?

10      A.      No.

11      Q.      Why?

12      A.      Because there was nothing else to

13  talk to Mr. Pike about.

Santiago.txt

14       Q.       You are unilaterally closing down

15    the business and there is nothing to talk about?

16       A.       I made every effort to make that

17    venture work.  You can call it at this point

18    whatever you want to call it, but I made every

19    effort to make that work.  At that point this is

20    all I can do.

21       Q.       When was it that you decided that

22    you were going to terminate the business?

23       A.       Sometime after the around the

24    second week of February with the situation with

                                                       246

1     Sole.  When Sole decided he was going to resign.

2        Q.       So sometime after February 11?

3        A.       Yes.

4        Q.       And so sometime between February 11

5     and February 17 you made the decision that you

6     were going to terminate, unilaterally terminate

7     the business?

8        A.       Yes.

9        Q.       I'm going to show you what has

10    been marked as Exhibit 59 which is a copy of the

11    lease between El Dialogo and Open Square

12    property.  It's dated February 18, 2005.

13    Do you see that?

14       A.       Yes.

15       Q.       And this is a true and correct

16    copy of the lease that you entered into on

17    behalf of El Dialogo with Open Square Properties

18    to lease the new space in Open Square?

19       A.       Yes.

Santiago.txt

20      Q.      And this was your process of moving

21  out of the space that you had with Dialogo LLC

22  in Open Square and into new space in Open

23  Square, is that right?

24      A.      Yes.

247

1       Q.      When did you make the decision

2   that you were going to move out of the old space

3   and in the new space?

4       A.      I already tell you around the 11th.

5       Q.      Did you have conversation with Mr.

6   Aubin at that time?

7       A.      No.

8       A.      I didn't discussion.  Mr. Aubin is

9   the landlord.  I don't need to discuss with him

10  my business.  He is the landlord.

11      Q.      Who did you discuss your decision

12  to terminate the business of Dialogo LLC and

13  move and create a new business, El Dialogo LLC?

14      A.      With my lawyer.

15      Q.      Your lawyer, Mr. Greenhut?

16      A.      Mr. Greenhut.

17      Q.      What date did you move into the

18  new space?

19      A.      I would say maybe the 28th or March

20  1 I was already in there.

21      Q.      It was at the end of the month, is

22  that right?

23      A.      Yes.

24      Q.      And with respect to that, the lease

248

Santiago.txt

1    terms were $250 a month, is that right?

2         A.     Yes.

3         Q.     And how large is this space?

4         A.     It's a small space.  It really is

5    not that big.  It says --

6                MR. MINOFF:  Six hundred square

7         feet.

8                THE WITNESS:  Six hundred.

9         Q.     (By Mr. Brewster)  How large was

10   your other space?

11        A.     That space wasn't mine.  That space

12   is my husband.

13        Q.     My question is is how much space

14   did you have in your other space at Open Square?

15        A.     I had, well, the office I think was

16   twelve hundred square feet, but I only had like

17   an alley of the extent of the office.

18        Q.     So therefore this space is

19   approximately half the size of the other space?

20        A.     Yes.

21        Q.     And the rent on the old space was

22   roughly $1250 or $1230 per month?

23        A.     $615.

24        Q.     $615 for --

                                        249

1         A.     For my part.

2         Q.     For your part?

3                And it was another $615 for

4    Eventos?

5         A.     I don't know what they pay.

6         Q.     I'm going to show you what has
                        Page 201

Santiago.txt

7   been marked as Exhibit 60 in this case.  Exhibit

8   60 is an email from Mr. Pike to Mr. Sole and

9   you.  It's dated Sunday, February 20, 2005.

10  Do you see that?

11      A.    Yes.

12      Q.    Did you see this email as of

13  February 20, 2005?

14      A.    Yes.

15      Q.    So as of this email, that is

16  February 20, you knew that Mr. Pike had been

17  hospitalized and had health issues at the time?

18      A.    That's what he says there, yes.

19      Q.    And he was pretty much out of

20  commission during this period of time, is that

21  right?

22      A.    I don't know.

23      Q.    But you saw this email about

24  February 20, is that right?

                                                250

1       A.    Yes.

2       Q.    And at that time you still hadn't

3   sent the letter to him, is that right?

4       A.    The reason I didn't send the letter

5   to his is I didn't know Mr. Pike's address.  I

6   didn't know Mr. Pike's address.  I had to call

7   Carmen to get her address.  I didn't know where

8   to send him.  Most of our information come back

9   and forth from, you know, via email, and it took

10  me a few days to get his address. That was the

11  reason.

12      Q.    Why didn't you send it by email?
                    Page 202

Santiago.txt

13      A.      Because I didn't want to do that.

14  I wanted to sign it.  I wanted to send it.

15      Q.      Why didn't you send it as a PDF to

16  an email?  You have that capability?

17      A.      I have the capability but I chose

18  this way.

19      Q.      To sent it certified mail when he

20  was in the hospital?

21              MR. MINOFF:  Objection to form.

22              THE WITNESS:  I didn't know he was

23      in the hospital.

24      Q.      (By Mr. Brewster)  You were aware

                                          251

1  that he was having health issues at the time?

2      A.      He sent this email?

3      Q.      And you saw it?

4      A.      Yes, I saw it.

5              MR. BREWSTER:  Why don't we take a

6      brief break.

7              VIDEOGRAPHER: The time is now 4:20

8      p.m. and we are off the record.

9

10             (A break was taken)

11

12             VIDEOGRAPHER: The time is now 4:28

13     p.m. and we are back on the record.

14     Q.      (By Mr. Brewster)  Miss Santiago,

15  I'm going to show you what has been marked as

16  Exhibit 61 in this case.  Exhibit 61 is an email

17  from Gabriela Romero to you with a copy to Mr.

18  Sole and Anna Morales.  It's dated February 25,

                    Page 203

Santiago.txt

19  2005, and it's entitled Administrative

20  Reorganization.

21           With respect to this general topic

22  of administrative reorganization, what was going

23  on in the company at this time?

24       A.      Really not much.  I had informed

252

1   Gabriela and she agreed with me that that was

2   the way to go.  And I informed Anna and also

3   felt okay about it.  I didn't talk that much

4   with Mr. Sole because he was almost, you know,

5   out of the picture and he was just basically

6   doing his closing stuff which was to leave.  as

7   you can see the Gabriela responded to my email.

8       Q.      Is it your testimony that Gabriela

9   approved of this corporate reorganization and

10  that the assets of Dialogo LLC being transferred

11  over to El Dialogo LLC?

12      A.      I didn't transfer assets of Dialogo

13  LLC.

14           Say that again.

15      Q.      With respect to the move of the of

16  the corporation, when you talk about

17  administrative reorganization, does this also

18  include the moving of the offices from one place

19  to another?

20      A.      No.  This was strictly the way we

21  need to work internally.

22      Q.      And at this stage, and that is as

23  of February 25, 2005 Mr. Sole was still going to

24  be the advertising sales director?

Santiago.txt

253

1      A.    No.

2      Q.    Why was he copied on this

3    administrative --

4      A.    Because he was still part of the

5    office.  He was in the office.  That's it, but

6    he was not part of it.  Miss Romero knows that.

7    Anna knows that.

8      Q.    I show you what has been marked as

9    Exhibit 62.  Exhibit 62 is an email from

10   Gabriela Romero to you dated February 28, 2005.

11   And it also had attached some account statements

12   which I will mark as Exhibit 63.

13            You received that email?

14     A.    Yes.

15     Q.    On or about February 28?

16     A.    Yes.

17     Q.    Can you please explain for me the

18   situation between Gabriela and you as of

19   February 28, 2005?

20     A.    She sent me these emails stating

21   what you read in the newspaper.  She was

22   resigning and it took me by surprise, number

23   one, because we had had some issues and it was

24   based on performance.  She was not performing.

254

1    She was making a lot of mistakes in the

2    newspaper and so forth.

3            So I call her attention, and that

4    was something that was happening in the last

Page 205

Santiago.txt

5  four months.  It was not something that had just

6  happened.  She rushed through things and things

7  come with a lot of errors.  And she is a graphic

8  artist.

9           With regard to payment, I pay this

10  since Mr. Pike stopped paying her.  I had paid

11  her every 30th of the month, every first of the

12  month.  You know.  She work on the second

13  edition and I pay her.  I never, never not pay

14  Miss Romero.  And I was paying.

15           She wanted it to purchase more

16  software.  And she didn't have any credit, and

17  she said, I was going to purchase the software

18  and she said no, I need to put it under my name

19  because otherwise Macintosh would not allow you

20  to put it in my computer.  And I went along with

21  it.

22           I was paying.  I was paying. As you

23  can see I was paying the loan that she made to

24  get her software.  She has the software.  I

255

1  don't know where she comes she doesn't have the

2  software.  She has all the software.  I don't

3  own a Mac.  I don't own a Mac.  I don't own

4  anything on Mac.  I don't know, I never tried a

5  Mac.

6           What I did is when she did this, I

7  was forced to get another graphic artist.  So

8  Anna helped me with that, trying to find another

9  person.  And he does the newspaper in his home.

10           So I was extremely surprised that

Page 206

Santiago.txt

11    at the affidavit of Miss Romero.  I don't know

12    where that comes from.  And she was pretty much

13    part of my transition into my new company.  She

14    was pretty much up to the 28th she was part of

15    that.  In fact she insisted that I did it.

16         Q.    She insisted that you transition

17    into a new company, El Dialogo?

18         A.    Yes.

19         Q.    What was the reason why she was

20    insisting?

21         A.    Because she never like Mr. Pike.

22    She felt very strongly that Mr. Pike was abusing

23    me and abusing, you know, by not paying.  Mr.

24    Pike stop payment to her in November.  She

                                             256

1     didn't receive any payments for the month of

2     October.

3          Q.    What was the reason why she didn't

4     like Mr. Pike?

5          A.    Basically the first meeting with

6     Mr. Pike was very difficult for her and for me.

7               Mr. Pike was very demeaning, sort

8     of like making remarks about her accent.  We are

9     Latino women.  We speak with accent.  She had a

10    stronger accent than I do.  And he criticized

11    the English in the newspaper and all of that,

12    and she took it very personal.

13              I don't because I know English is

14    your language.  I'm not going to, you know, if

15    you give me some advice, but she resented that

16    from him.  And she never, when I tell her Gerry

                    Page 207

Santiago.txt

17    is coming to meet with me, she will leave.  Oh,

18    I have things to do outside.  And she will

19    leave.  That was the kind of the relationship

20    that she had with him.

21        Q.    How many times did she meet with

22    Gerry Pike, do you know?

23        A.    Only the first time with me.

24        Q.    Only once.  And approximately when

                                                    257

1    was that?

2        A.    That was at the beginning of the

3    venture.

4        Q.    June of 2004?

5        A.    Not June.  July.  The newspaper was

6    already out.

7        Q.    Okay.  The newspaper was already

8    out.

9              So July of 2004 she met with him

10    and she didn't meet with him any other time

11    after that?

12        A.    Not that I know of.

13        Q.    And how long was that meeting?

14        A.    That meeting took an hour or two

15    hours.  Mr. Pike talking.

16        Q.    So that hour in July of 2004 she

17    drew the conclusion, based on your

18    understanding, that she didn't like Mr. Pike and

19    didn't want anything to do with him?

20        A.    Well, I had an open policy, an open

21    business.  I had nothing to hide.  So I even

22    give her this agreement to read.  And she said

Page 208

Santiago.txt

23    to me you shouldn't be signing that.  I don't

24    think this is right.  You should consult a

258

1    lawyer.

2         Q.      Just so I understand.  when you are

3    talking about, you are talking about the venture

4    agreement?

5         A.      Yes.

6         Q.      And the operating agreement?

7         A.      Yes.

8         Q.      So with respect to the venture

9    agreement and the operating agreement you say

10   Gabriela saw those documents?

11        A.      Yes.

12        Q.      And she had advised you that you

13   should talk to a lawyer?

14        A.      Yes.

15        Q.      And this is the period of time,

16   again June 9, from approximately 3:00 in the

17   afternoon to 5:30 in the afternoon when they

18   were executed and returned, she saw them,

19   advising you you should consult with a lawyer,

20   is that right?

21        A.      Yes.

22        Q.      And did you take her advice?

23        A.      No.  Obviously.

24        Q.      And what was her view -- strike

259

1    that.

2                 On what basis did she review the

3    operating agreement and the venture agreement?

Page 209

Santiago.txt

```
 4        A.      On what basis of what?  I don't
 5   understand.
 6        Q.      Did you receive those documents by
 7   email and go to Gabriela and say what do you
 8   think of these?
 9        A.      No.  I print it and I was sitting
10   reading it and I discuss with her what I was
11   going to do and she looked at them.
12        Q.      So she took a look at them and
13   definitely advised you to consult an attorney?
14        A.      Yes.
15        Q.      At that time she had not even met
16   Mr. Pike, right?
17        A.      That's correct.
18        Q.      So therefore what has been marked
19   as Exhibit 62 came as a shock to you, is that
20   right?
21        A.      Yes.
22        Q.      And this happened all in one day
23   where she essentially tendered her resignation,
24   is that right?
```

260

```
 1        A.      Yes.
 2        Q.      Up to this time had you been
 3   contemplating terminating her employment?
 4        A.      No.
 5        Q.      Well, you had mentioned the quality
 6   of her work was lacking.  Based upon the lack of
 7   qualify in her work were you contemplating
 8   terminating her employment?
 9        A.      No.  You know, we sit down and
```

Page 210

Santiago.txt

10  discuss it.  She took responsibility and, you

11  know, but there was major errors including the

12  front page.  She misspelled.  She has the

13  tendency of reversing the words.

14          And she is my graphic designer.

15  Anna and I were working very hard to try to help

16  her.  I never expected.  I wasn't going to fire

17  her or discontinue.  I think she is a good

18  graphic designer.  I think she has problems, you

19  know, in some areas but --

20      Q.    Well, with respect to what has been

21  marked as Exhibit 63.  These are the invoices

22  that she sent to you on February 28, is that

23  right?

24      A.    Yes.

                                        261

1      Q.    Did you pay her for this work?

2      A.    The day that she sent me this I was

3  almost writing the check because I just received

4  Holyoke Health Center payment.  These are art

5  that she does for the client.  And it was our

6  understanding that until the client paid for the

7  art that she designed then I was going to pay

8  her.

9          That same day that money got there,

10  and no, I did not pay for that.

11      Q.    So you didn't pay these invoices?

12      A.    Nope.

13      Q.    And the reason was you hadn't

14  received payment yet from the vendor?

15      A.    That's correct.

                    Page 211

Santiago.txt

16    Q.    With respect to the last few pages

17  of Exhibit 63, there are some checks from

18  Dialogo LLC to Citizens Bank in the amount of

19  $87.10.

20        A.    Uh-huh.

21        Q.    And that's your signature on these

22  checks?

23        A.    Yes.

24        Q.    As these are checks to --

                                                262

1         A.    For the software that she had paid.

2         Q.    With respect to.

3               Now were there other payments other

4   than these three payments?

5         A.    No.  She resign as of February 28.

6   In fact, I paid ahead of time.  As you can see,

7   I sent January 28 and February payment, I sent

8   them both at the same time.  You know, I was

9   paying two months ahead of time just to make

10  sure that, you know.

11        Q.    Did you make any other payments,

12  for example, in November or October?

13        A.    It started in December.

14        Q.    Or September?

15        A.    It started in December.

16  The loan began from December.

17        Q.    Has that loan been paid off?

18        A.    No.  That's her responsibility.

19        Q.    It's her responsibility.

20        A.    Who?

21        Q.    You are saying it's Gabriela's

                    Page 212

Santiago.txt

22   responsibility?

23         A.    Yes.

24         Q.    And that's because she bought the

263

1    software, is that right.

2          A.    She has the software.  It's hers.

3          Q.    After the email that is set forth

4    in Exhibit 62, did you have any further

5    communications with Gabriela?

6          A.    No.

7          Q.    This was it?

8          A.    Yes.

9          Q.    Have you talked with her since this

10   date?

11         A.    No.

12         Q.    You haven't emailed her?

13         A.    Never.

14         Q.    I am going to show you what has

15   been marked as Exhibit 64 in this case.  Exhibit

16   64 is a letter dated February 28, 2005 from Mr.

17   Sole to you?

18               That's Mr. Sole's signature?

19         A.    Yes.

20         Q.    Did he give you this letter on

21   February 28, 2005?

22         A.    No.  He gave it to me before.  I do

23   not recall the day.  No.  I'm sorry.  I

24   apologize for that.

264

1               He sent it to me personally.  He

Page 213

Santiago.txt

2    called Mr. Pike.  He let us know that he was

3    wasn't going to be working and then he gave me

4    the letter, yes.

5         Q.    My question is did he give you the

6    letter on February 28, 2005?

7         A.    Yes.  It's dated the 28th.

8         Q.    And that's when it was handed to

9    you?

10        A.    Yes.

11        Q.    And it was handed to you

12   personally?

13        A.    Yes.

14        Q.    And that was his last day of work?

15        A.    Yes.

16        Q.    For what purpose -- strike that.

17              He previously informed you

18   approximately two weeks earlier that he was

19   leaving, is that right?

20        A.    Yes.

21        Q.    Did you have any role in drafting

22   this letter?

23        A.    No.

24        Q.    Did Mr. Sole consult with an

                                              265

1    attorney before drafting this letter?

2         A.    I don't know.

3         Q.    Did you talk to Mr. Sole about this

4    letter?

5         A.    No.

6               Before he handed it to me?

7         Q.    Yes.

Page 214

Santiago.txt

8          A.      No.  I saw the letter and I

9    understood the letter but, no.

10         Q.      With respect to the reasons, he

11   didn't in this letter he didn't state it was

12   because of this confidentiality non-compete

13   agreement that he was not going to work for El

14   Dialogo LLC, is that right?

15         A.      He doesn't say it here.

16         Q.      So the reason you understood that

17   he was no longer going to work for the

18   enterprise was because he couldn't agree to the

19   terms of that document, is that right?

20         A.      That's right.

21         Q.      However that reason is nowhere

22   found in this letter, am I correct?

23                Now he states that the company owes

24   me $3000.  The company, that's Dialogo, LLC, is

                                              266

1    that right?

2          A.      Uh-huh.

3          Q.      And that's Dialogo LLC owes him

4    that money from February 17 -- strike that.

5                From January 17, 2005 to February

6    28, 2005 is that right?

7          A.      Yes.

8          Q.      When he states that he has tried

9    to collect his fees from Mr. Pike, why was he

10   trying to collect his fees from Mr. Pike?

11         A.      He call Mr. Pike almost every day

12   because the agreement was with Mr. Pike.  It was

13   never with me.  It is very clear that I said if

                        Page 215

Santiago.txt

14    Mr. Pike doesn't pay and agree to pay your

15    salary on to Dialogo LLC becomes profitable I

16    cannot retain you.  The agreement was with DMSA,

17    not with me.

18         Q.    It's your testimony that the

19    agreement that Mr. Sole had was between DMSA and

20    Mr. Sole?

21         A.    Yes.  Mr. Pike and Mr. Sole.

22         Q.    But my question is that you are

23    saying it was an agreement between DMSA and Mr.

24    Sole, and that DMSA had the obligation to pay

                                              267

1    his salary?

2         A.    I'm not saying obligation.  They

3    were going back and forth.  They establish a

4    salary.  They establish a condition.  They

5    establish the contract.  The contract was

6    written by DMSA lawyers.  It wasn't written by

7    me.

8         Q.    But with respect to the obligation,

9    the obligation was an obligation of Dialogo LLC,

10    is that right?

11        A.    Yes.

12        Q.    So therefore it Dialogo LLC has the

13    obligation to pay the salary, isn't that right?

14        A.    Yes.

15        Q.    So therefore with respect to who

16    was obligated on the contract to pay, that was

17    Dialogo LLC, is that right?

18        A.    Yes.  And Mr. Pike.

19        Q.    And his performance -- strike that.

                     Page 216

Santiago.txt

20          The performance of his duties was

21   for the company Dialogo LLC.  It wasn't for

22   DMSA, is that right?

23          A.    Yes.

24          Q.    And meaning DMSA was not hiring him

                                                    268

1    to do this work.  It was the paper that was

2    hiring him to do this work?

3          A.    Yes.

4          Q.    And with respect to when he states

5    here "the company owes me $3000 and after

6    repeated attempts to collect my fees from Mr.

7    Gerry Pike he seems unwilling to pay me."

8                Do you know what he is referring

9    to there?

10          A.    No.  I can say to you that he

11   called Mr. Pike several times to collect and he

12   wasn't too successful.

13          Q.    Now Mr. Sole was also aware that

14   with respect to the company that Dialogo LLC was

15   being closed down, is that right, and El Dialogo

16   LLC was being started?

17                MR. MINOFF:  Objection to the form

18   of the question.

19                THE WITNESS:  He didn't know that

20   El Dialogo LLC was started.  I didn't consult

21   that with anyone.  I just did that on my own.  I

22   didn't consult that with him.  Why should I?  He

23   was leaving.

24          Q.    (By Mr. Brewster)  I thought you

                                                    269

Page 217

Santiago.txt

1    just testified that you had stated that Gabriela

2    Romero had suggested that you do this?

3        A.    The seven months that I was there.

4        Q.    Yes.  And so therefore she was

5    aware that, based on your testimony, that you

6    were moving out of Dialogo LLC and into El

7    Dialogo LLC?

8        A.    Yes.

9        Q.    And therefore my question is

10   whether Mr. Sole also knew that you were moving

11   out of Dialogo LLC and into el Dialogo LLC?

12       A.    He knew I was going to move.  I

13   didn't talk details with him.

14       Q.    He knew you were going to move?

15       A.    That I was going to move.

16       Q.    And that you were moving into new

17   space and starting under a new corporate form.

18       A.    That I was moving into the new

19   space.  I don't know how much he knew about the

20   new corporate thing.

21       Q.    I want to show you what's been

22   marked as Exhibit 65.  I want to show you what's

23   been marked as Exhibit 66.

24            Now Exhibit 65 and Exhibit 66 are

                                               270

1    documents with respect to the creation of the

2    new entity, El Dialogo LLC, is that right?

3        A.    Yes.

4        Q.    With respects to Exhibit 65, that's

5    your signature on the second page, is that

6    right? ·

                        Page 218

Santiago.txt

7       A.      Yes.

8       Q.      And that indicates that you are

9   creating an entity, El Dialogo LLC, and it's

10  address is 4 Open Square, suite 120 in Holyoke?

11      A.      Yes.

12      Q.      Now with respect to this business

13  you signed this document on March 30, 2005?

14      A.      Yes.

15      Q.      And Mr. Greenhut helped you with

16  respect to the preparation of this document?

17      A.      Yes.

18      Q.      Before you wrote the letter dated

19  February 17, 2005 to Mr. Pike, did you consult

20  with Mr. Greenhut?

21      A.      Yes.  I went to my lawyer, yes.

22      Q.      So after before you sent that or

23  before you drafted it you went to Mr. Greenhut

24  to consult with him with respect to that?

                                            271


1       A.      Yes.

2       Q.      Did you show him the operating

3   agreement and the venture agreement?

4       A.      He had seen that seven months

5   prior.  He had seen it.

6       Q.      So he previously examined the

7   operating agreement and the venture agreement?

8       A.      Yes.

9       Q.      And he previously seen it when you

10  had consulted with him?

11      A.      Yes.

12      Q.      And you had consulted with him

Santiago.txt

13  before you entered and signed the document, is

14  that right?

15      A.    No.

16      Q.    After you signed the documents?

17      A.    Yes.

18      Q.    And you showed it to him for the

19  purposes of this is the new entity that I'm in,

20  is that right?

21      A.    I was also feeling very

22  uncomfortable with --

23          MR. MINOFF:  Objection.  We are

24      getting into the attorney client

                                              272

1       privilege.

2       Q.    (By Mr. Brewster)  Now with respect

3   to Exhibit 66.  This is the operating agreement

4   of El Dialogo LLC, is that right?

5           I'm going to have you look at the

6   last page of this document.  That's your

7   signature?

8       A.    Yes.

9       Q.    With respect to these two

10  documents you indicate her as Lillian Santiago

11  and not Lillian Santiago Bauza.  Is there a

12  reason for that?

13      A.    No.  There was no reason.  I

14  usually don't use Bauza.

15          If you know about culture, we in

16  Puerto Rico don't use, I don't make an addendum

17  of my husband's last name.  We women don't use

18  the last name of our husband.  I have a father.

Page 220

Santiago.txt

19    I use always use Santiago.  That's a cultural

20    thing.  So when I sign, you know, I usually, I

21    can use Santiago.  I can use Bauza.  There is no

22    particular reason for this.

23        Q.    Again the operating agreement and

24    venture agreement were signed as Lillian

273

1    Santiago Bauza?

2        A.    Yes.

3        Q.    With respect to this, you are the

4    only member of El Dialogo LLC?

5        A.    Yes.

6        Q.    Hector Bauza is not a member, is

7    that right?

8        A.    No.

9        Q.    And again, you worked with Mr.

10    Greenhut with respect to this operating

11    agreement, is that right?

12        A.    Yes.

13        Q.    And you executed it on March 3,

14    2005?

15        A.    That's what it says, yes.

16        Q.    I'm going to show you what has

17    been marked as Exhibit 67.  Exhibit 67 is the

18    check book register of El Dialogo LLC, is that

19    right?

20        A.    Yes.

21        Q.    And this is again the check book

22    register of the new entity, is that right?

23        A.    Yes.

24        Q.    And this reflects a check to Mr.

Page 221

Santiago.txt

274

1    Sole of $2000 on March 11, is that right?

2         A.    Yes.

3         Q.    And this is for the payment of, for

4    his work for Dialogo LLC, is that right?

5         A.    Yes.

6         Q.    Why was El Dialogo LLC paying for

7    Mr. Sole's work for Dialogo LLC?

8         A.    Because he was there.  He was

9    asking for the money.  Mr. Pike was not

10   responding to him.  I felt responsible for

11   paying this man.  I took a loan to open my --

12   and I pay him.  I felt responsibility.

13             Mr. Pike didn't want to pay him.

14   He has two children and he has a home, so it was

15   the least I could do for him.

16        Q.    So this was written on the checking

17   account of El Dialogo LLC, is that right?

18        A.    That's correct.  It was my money.

19        Q.    And you said that you took a loan

20   in order to pay the salary.  From whom did you

21   take a loan?

22        A.    I took a loan from a friend.

23        Q.    Denise Selgado?

24        A.    Yes.

275

1         Q.    And who is Denise Selgado?

2         A.    She is a friend.  She came to me

3    and offered the money.

4         Q.    Has she invested in the business

Page 222

Santiago.txt

5  before?

6       A.    No, not at all.

7       Q.    Has she had any connection to the

8  business in the past?

9       A.    No.

10      Q.    Was she a vendor?

11      A.    Her mother distributed the

12  newspaper early on and stuff like that.  But she

13  is the director of a nonprofit organization.

14  She has no intention of being part of El

15  Dialogo.

16      Q.    She loaned you $5000?

17      A.    That's correct.

18      Q.    On what terms did she lend you

19  $5000?

20      A.    She is my friend.

21      Q.    Did she loan it to you  personally

22  or did she loan it to El Dialogo LLC?

23      A.    She loaned it to me personally in

24  order for me to be able to start my new

                                           276

1  business.

2       Q.    With respect to the $5000, did you

3  then make a $5000 loan to El Dialogo LLC?

4       A.    No.

5       Q.    You just invested it as capital?

6       A.    Yes.

7       Q.    So therefore on March 11 you paid

8  Mr. Sole $2000?

9       A.    Yes.

10      Q.    How did you give him that money?

Page 223

Santiago.txt

11      A.      Wrote a check.

12      Q.      Wrote a check and handed him the

13  check?

14      A.      Yes.  He came to pick it up.

15      Q.      He came to pick it up?

16      A.      Uh-huh.

17      Q.      He, as we previously discussed,

18  works near by, is that right?

19      A.      He works in the same building.

20      Q.      I show you what has been marked as

21  Exhibit 68.  Exhibit 68 is a treasurer's check

22  to El Dialogo LLC dated March 11, 2005.  And it

23  says the memo line is Denise Selgado.

24              Did she give you money cash in

                                                277

1  order to buy the treasurer's check or how did

2  that happen?

3      A.      No.  We went together to the bank

4  and she had did the treasurer check.

5      Q.      From United?

6      A.      From United, yes.

7      Q.      So this was a withdrawal from her

8  account to El Dialogo LLC.  She wrote right to

9  the business?

10      A.      Right.

11      Q.      Do you have any agreement with

12  Denise Selgado with respect to El Dialogo LLC,

13  any rights that she has.  Loan agreement?

14      A.      No.

15      Q.      There is no document documenting

16  this $5000?

Santiago.txt

17      A.      This and my word that she is going

18   to get it back.

19      Q.      I'm going to show you what has

20   been marked as Exhibit 69.  Exhibit 69 is a

21   invoice dated March 11, 2005 from Mr. Sole to El

22   Dialogo at 4 Open Square, in which it says

23   marketing services $2000.

24              We previously talked about the

                                                    278

1   check to Mr. Sole that was given to him on March

2   11.  Is this the Sole -- strike that.

3               Is this the invoice that he

4   presented to you at that time?

5      A.      Yes.

6      Q.      Does this represent his services of

7   Dialogo LLC or El Dialogo LLC?

8      A.      He never work for El Dialogo LLC.

9   This represent January 16 or 17 to February 28.

10  It was $3000, but he, you know, this is all I

11  could pay him.

12      Q.      Are you --

13              MR. MINOFF:  I think she may have

14          misspoke just now.  You said he never

15          worked for Dialogo LLC or El Dialogo LLC?

16              THE WITNESS:  El Dialogo LLC.  He

17          never work for my new company.

18      Q.      (By Mr. Brewster)  I'm going to

19  show you what's been marked as Exhibit 70 in the

20  case.  Exhibit 70 is a document from the

21  Commonwealth of Massachusetts.  It states El

22  Dialogo in the right-hand corner.  This contains

                        Page 225

Santiago.txt

23    the application for registration of a trade

24    mark.

279

1              I'm going to have you turn to the

2     second page of this document.  That's your

3     signature on this document, is that right?

4          A.    Yes.

5          Q.    And this was your application that

6     you submitted to the Commonwealth of

7     Massachusetts with respect to the registration

8     of the trade mark El Dialogo?

9          A.    Yes.

10          Q.    And you submitted that to the

11    Commonwealth of Massachusetts or about March 11,

12    2005?

13          A.    Yes.

14          Q.    Did you do this with the assistance

15    of your Counsel, Mr. Greenhut?

16          A.    No, not really.

17          Q.    You were aware that one of the

18    things that you needed to do was register the

19    trade mark El Dialogo, is that right?

20          A.    Yes.

21          Q.    When did you become aware that you

22    should register the trade mark El Dialogo?

23          A.    I always feel that I wanted to

24    register the El Dialogo because it's the name

280

1     that I put together.  I research it.  I research

2     several states and I decided that it's time to

3     do it.

Page 226

Santiago.txt

4      Q.      So you did been researching that

5  and you thought it was a good idea to submit an

6  application for to register the trade mark El

7  Dialogo?

8      A.      That's correct.

9      Q.      And with respect to that, I'm going

10 to have you turn to the second page of what's

11 been marked as Exhibit 70.  The applicant was

12 the company, is that right, El Dialogo?

13     A.      Yes.

14     Q.      So therefor the right to the trade

15 mark were not yours, it was the company, El

16 Dialogo LLC?

17     A.      Well, that's what I wrote there.

18 El Dialogo.  But it was with the intention of me

19 doing it.

20     Q.      But you executed this as president

21 of the applicant, isn't that right?

22     A.      Yes.

23     Q.      So you were executing this on

24 behalf of your corporate capacity as president

                                        281

1  of the new enterprise, El Dialogo LLC?

2      A.      Yes.

3      Q.      And you executed this in Mr.

4  Greenhut's office, is that right?

5      A.      No.

6      Q.      You didn't?

7      A.      No.    You are getting into the

8  Internet and you down load the form and fill out

9  and do it.  I'm City Council I know a little bit

                    Page 227

Santiago.txt

10    of --

11         Q.      And with respect to that, Mr. Soto,

12    who is Mr. Soto?

13         A.      He is a person who works there at

14    the Secretary of State office here in

15    Springfield.

16         Q.      Where is that address?

17         A.      That's here in Dwight Street.

18         Q.      The Secretary of State's office?

19         A.      Yes.   The branch of Springfield.

20    They have a, right on the corner of Lyman and

21    Dwight.

22         Q.      So he is, Mr. Soto is an employee

23    of the Commonwealth of Massachusetts here in

24    Springfield?

                                              282

1          A.      Yes.

2          Q.      With respect to there application

3     I'm going to have you refer to the second page

4     of Exhibit 70, paragraph nine, where it says

5     "date of first use of mark by applicant or

6     predecessor.   If first use of mark was in

7     Massachusetts use the same date in both A and

8     B."

9                  There you indicated that the first

10    use of this mark, El Dialogo, was July 1, 2004?

11         A.      Yes.

12         Q.      And you wrote that?

13         A.      Yes.

14         Q.      Now in paragraph ten the

15    application asks you "if either of the above

                     Page 228

Santiago.txt

16    first uses was by a predecessor of the

17    applicant, state which use or uses were by a

18    predecessor and identify that predecessor."

19              Do you see that?

20    A.    Yes.

21    Q.    And you didn't identify any

22    predecessor, did you?

23    A.    No.

24    Q.    The first use of this mark was by

                                                     283

1     Dialogo LLC, isn't that right?

2     A.    Yes.  And done by me, yes.

3     Q.    But it was under the corporate

4     umbrella of Dialogo LLC?

5     A.      That's debatable.  That's my name.

6     That's the name that I brought.  That's my name.

7     That's what I named the newspaper.  The

8     organization is Dialogo LLC, but the name of the

9     newspaper is El Dialogo and that's my name.  I

10    created that name back in 2003.

11              Manuel wanted Dialogo Bilingue, but

12    I always wanted El Dialogo.  And that was my

13    name that I put there.

14    Q.    With respect to that Dialogo --

15    strike that.

16              Well, if that were the case, you

17    didn't indicate that the first use of this mark

18    was by you, did you?

19    A.    You are absolutely correct, I

20    didn't.

21    Q.    You didn't say that Lillian
                    Page 229

Santiago.txt

22    Santiago Bauza was the first on to use that

23    mark?

24         A.    I didn't say it.

                                        284

1              MR. MINOFF:  How are we doing?

2              MR. BREWSTER: Pretty good.  I just

3         want to take a couple of minutes because I

4         have run out of exhibit stickers.

5              VIDEOGRAPHER:  The time is now 5:07

6         p.m. and we are off the record.

7

8              (A break was taken)

9

10             VIDEOGRAPHER:  Back on record.

11        The time is now 5:10 p.m. and we are back

12             on the record.

13        Q.    (By Mr. Brewster)  Miss Santiago,

14   I'm going to now show you what I have marked as

15   Exhibit 71 which is an invoice Verizon and it's

16   dated March 16, 2005.  Do you see that?

17        A.    Yes.

18        Q.    And now this invoice was issued to

19   Dialogo Bilingue.  Do you see that?

20        A.    Yes.

21        Q.    However there are seemingly new

22   charges on this as of March 16, 2005?

23        A.    Yes.

24        Q.    And was this in fact an obligation

                                        285

1    of Dialogo LLC or El Dialogo?

                    Page 230

```
                                    Santiago.txt
  2        A.      Dialogo LLC.

  3        Q.      So therefore this is an obligation

  4   of Dialogo LLC even though it says Dialogo

  5   Bilingue?

  6        A.      Yes.  The company never wanted to

  7   change the name once you get locked with a name.

  8   I have talked to them several times from the

  9   beginning.  I want to change the number, the

 10   telephone number so that's the only reason it's

 11   there.  But I provided them with the ID number

 12   and all of that.  They refuse.  They don't

 13   understand the difference between the name.

 14        Q.      So therefore at this time it is El

 15   Dialogo LLC that is paying this obligation to

 16   Verizon, is that right?

 17        A.      Yes.

 18        Q.      With the same number, is that

 19   right?

 20        A.      No.

 21        Q.      It's a different phone number.

 22        A.      Yes.  Yes, the same number.

 23        Q.      The same phone number?

 24        A.      Yes.

                                                      286


  1        Q.      So therefore with respect to the

  2   phone number of the newspaper now, is the same

  3   phone number whether it was Dialogo Bilingue,

  4   Dialogo LLC or El Dialogo LLC, is that right?

  5        A.      You got it right.  Dialogo

  6   bilingue, Dialogo LLC and El Dialogo has been

  7   the same.
```

Santiago.txt

8      Q.    The same telephone number?

9      A.    Yes.

10     Q.    Now you created a new bank account

11   for El Dialogo LLC, is that right?

12     A.    Yes.

13     Q.    When did you do that?

14     A.    Sometime in March.

15     Q.    And with respect to the bank

16   account of Dialogo LLC, in your letter to Mr.

17   Pike that's dated February 17, 2005 you stated

18   that you were going to send the bank statements

19   and other records of the business on to him.

20     A.    That's right.  Things that need to

21   be paid and still revenue that is coming in, and

22   I'm just making sure everything is paid once I

23   will send over.

24     Q.    But so far, and that's as of May 9,

                                           287

1    2005, you haven't sent those documents along, is

2    that right?

3      A.    No.

4            MR. MINOFF:  Which documents were

5    those?  I'm sorry?

6            THE WITNESS:  The check, check

7    Book and the for Dialogo LLC.

8      Q.    With respect to -- strike that.

9            I'm going to show you what has been

10   marked as Exhibit 72.

11     Q.    Exhibit 72 is a document entitled

12   El Dialogo as of April 13, 2005.  It was printed

13   on April 13, 2005, and it appears to be the

                  Page 232

Santiago.txt

14    financial statements of Dialogo LLC from July 1,

15    2004 to April 13, 2005, is that right?

16        A.    Yes.

17        Q.    Did you have your accountant print

18    this off her system?

19        A.    Yes.

20        Q.    And is this document a true and

21    accurate reflection of the financial condition

22    of Dialogo LLC as of April 13, 2005?

23        A.    Yes, to the best of my knowledge I

24    believe so.

288

1         Q.    As you look at this document right

2    now, that's Exhibit 72, you can't see anything

3    that's inaccurate about it?

4         A.    No.  I really can not say that

5    this is accurate.

6         Q.    Well, with respect to this

7    particular document, is the only person that can

8    tell me whether it is accurate or not is your

9    accountant?

10        A.    Yes.

11        Q.    And did she prepare this document

12    in the context of this litigation?

13        A.    No.

14        Q.    Again it's dated April 13, 2005.

15    By that date you had shut the company down, is

16    that right?

17        A.    Yes.

18        Q.    There was no more revenue of the

19    company coming in, is that right?

Page 233

Santiago.txt

20     A.     Yes.  There was revenue coming.
21  And I was depositing it.
22     Q.     Depositing various checks, but no
23  more sales that are ongoing, is that right?
24     A.     No.

289

1      Q.     With respect to more recent
2   advertising that's being done, that's
3   advertising that's being done by El Dialogo LLC,
4   is that right?
5      A.     I don't understand the question,
6   sir.
7      Q.     With respect to the most recent ads
8   that ran in the March 1, March 15, April 1,
9   editions of El Dialogo, those were ads that were
10  generated by the company El Dialogo LLC?
11     A.     Yes.
12     Q.     So the revenues went into the bank
13  account of El Dialogo LLC, is that right?
14     A.     Yes.
15     Q.     With respect to -- strike that.
16            Did you publish the paper on May
17  1?
18     A.     Yes.
19     Q.     Did you distribute the paper on May
20  1?
21     A.     Yes.
22     Q.     That's yes?
23     A.     Not on May 1.  But we distributed
24  the paper.

290

Page 234

Santiago.txt

1      Q.     And so both, you both published and
2    distributed the paper on April 15 as well as May
3    1?
4      A.     Yes.
5      Q.     I'm going to show you what's been
6    marked as Exhibit 73.  Exhibit 73 is ads in the
7    most recent versions of El Dialogo for El
8    Dialogo LLC, is that right?
9      A.     Yes.
10     Q.     And is that an accurate reflection
11   of the revenues in the versions or issues of
12   March 1, March 15, April 1, and April 15?
13     A.     Yes.
14     Q.     And with respect to these, this
15   revenue, these funds were or will be deposited
16   in the El Dialogo LLC bank account, is that
17   right?
18     A.     Yes.
19            MR. BREWSTER:  Why don't we take a
20       brief break.
21            VIDEOGRAPHER:  The time is now 5:20
22       p.m.  and we are off the record.
23
24            (A break was taken)
                                                      291

1
2            VIDEOGRAPHER:  The time is now
3       5:21 p.m.  We are back on the record to
4       end tape number three.  We are off the
5       record at 5:21 p.m.
6                      Page 235

Santiago.txt

```
 7          (Break was taken)

 8

 9          VIDEOGRAPHER:  The time is now

10     5:24 p.m.  This is the beginning of

11     cassette number four in the deposition of

12     Lillian Santiago Bauza.  We are back on

13     the record.

14     Q.    (By Mr. Brewster)  Miss Santiago,

15  with respect to the debt of the company, so I

16  understand is that El Dialogo LLC now has a debt

17  to Miss Selgado, is that right, in the amount of

18  $5,000?

19     A.    No.  I am going to pay that to her.

20     Q.    But what I'm saying is is that in

21  order to start the new enterprise, El Dialogo

22  LLC, you assumed a $5000 debt in order to make

23  the enterprise go, is that right?

24     A.    Yes.
```

292

```
 1     Q.    So therefore the enterprise, the

 2  new company, now owes Miss Selgado $5000?

 3     A.    No.  Lillian Santiago owes Miss

 4  Selgado.

 5     Q.    However you personally have gone

 6  into debt in order to make this transition, is

 7  that right?

 8     A.    Yes.

 9     Q.    With respect to Dialogo LLC, you

10  understood the operating agreement also allowed

11  Dialogo LLC to go into debt, is that right?

12     A.    Excuse me?
```
                        Page 236

Santiago.txt

13     Q.     The operating agreement of Dialogo

14   LLC also allowed the company to go into debt?

15            MR. MINOFF:  Object to the form of

16       the question.  The document speaks for

17       itself.  Whatever it says.

18            THE WITNESS:  I don't understand.

19     Q.     (By Mr. Brewster)  With respect to

20   the loan or debt of the new company, is that

21   this company you say is running in the red, is

22   that right?

23     A.     Yes.

24     Q.     And you say Dialogo Bilingue ran in

                                            293

1    the red, is that right?

2      A.     Yes.

3      Q.     And Dialogo LLC ran in the red?

4      A.     Yes.

5      Q.     And your testimony is that El

6    Dialogo LLC is also going to run in the red, is

7    that right?

8      A.     Yes.

9      Q.     Nevertheless you have taken a

10   $5000 loan, but you will pay it back, is that

11   right?

12     A.     Yes.

13     Q.     And why is it that you weren't

14   prepared to take such a loan when you were at

15   Dialogo LLC?

16            MR. MINOFF:  Objection to the form

17       of the question.  You can answer.

18            MR. BREWSTER:  You can answer the

                    Page 237

Santiago.txt

19    question.
20         THE WITNESS:  Because Mr. Pike
21    back in May of 2004 call me in and said
22    that he was going to invest $50,000 in
23    that newspaper.  Because of that I gave
24    him fifty-one percent of the company that

294

1    I already had.
2         Yes, we started new.  Dialogo
3    Bilingue was set aside.  We started new.
4    But he said that to me.  And in good faith
5    I worked very hard for seven month to
6    make it work.
7         Q.    (By Mr. Brewster)  With respect to
8    the debt, you did not ask Denise Selgado to
9    invest $50,000 in El Dialogo LLC?
10        A.    This is not an investment.  Denise
11   is a friend.  She's a very dear friend.  She
12   came to me and she said how can I help.  She
13   gave me the money.  I have a friendship that I
14   needs to maintain therefore I will pay the
15   money.  I will do whatever it needs to do.  I
16   will work longer or whatever I need to do, I
17   will pay.  That's my investment to the new El
18   Dialogo.
19        Q.    I'm going to show you what's been
20   marked as Exhibit 74 and Exhibit 75.  This is
21   Exhibit 74 and this is Exhibit 75.  These are
22   the bank statements of Dialogo Bilingue, is that
23   right?
24        A.    Yes.
                    Page 238

Santiago.txt

295

1      Q.      And they go from June 2003 to the
2   present time, is that right?
3      A.      Yes.
4      Q.      And Dialogo Bilingue still has a
5   checking account, is that right?
6      A.      No.
7      Q.      It no longer has any bank account?
8      A.      No.
9      Q.      When was that discontinued?
10      A.      Last year sometime.
11      Q.      And with respect to the revenues
12   of that business, were revenues of the Dialogo
13   Bilingue deposited in the Dialogo Bilingue bank
14   account, is that right?
15      A.      Yes.
16      Q.      And as far as you know Exhibits 74
17   and 75 are accurate representations of the
18   account activities in those accounts?
19      A.      Yes.
20      Q.      I'm going to show you what's been
21   marked as Exhibit 76.  Exhibit 76 is the bank
22   account statements of Dialogo LLC from June 30,
23   2004 to March 31, 2005.  As far as you know,
24   these documents, this document which has been

296

1   marked as Exhibit 76 is an accurate
2   representation of what's in the banking account
3   of Dialogo LLC?
4      A.      Yes.

Page 239

Santiago.txt

5    Q.    I show you what's been marked as

6  Exhibit 77.  Exhibit 77 appears to be a print

7  off from an on-line banking web site.  Is this a

8  statement from the bank account of Dialogo LLC?

9    A.    Yes.

10    Q.    Is it?

11    A.    Yes.

12    Q.    And that goes from the January 4,

13  2005 to April 21, 2005?

14    A.    Yes.

15    Q.    As far as you that reflects

16  accurate activity in that account from that

17  period of time?

18    A.    Yes.

19    Q.    And I am going to show you what

20  has been marked as Exhibit 78.  Exhibit 78

21  appears to be transaction history of a bank

22  accounts of El Dialogo LLC from March 9, 2005 to

23  April 29, 2005.  Is this a fair representation

24  of the activity in that account for this period

297

1  of time?

2    A.    Yes.

3    Q.    And with respect to the, you

4  started the account, I am referring you to the

5  second page, on March 9, 2005 with a deposit of

6  $1400?

7    A.    Yes.

8    Q.    With respect to the operating

9  account and venture agreement that you had with

10  Dialogo LLC, you had those documents in your

Page 240

Santiago.txt

11      file the whole time, is that right?

12          A.    Yes.

13          Q.    So and you had also previously as

14      you testified shown them to your attorney,

15      Attorney Greenhut, is that right?

16          A.    Yes.

17          Q.    And you actually had consulted with

18      Attorney Greenhut before you wrote the letter

19      dated February 17?

20          A.    Yes.

21          Q.    So therefore with respect to any

22      way that you needed to get in touch with Mr.

23      Pike or DMSA, you could have consulted the

24      operating agreement, is that right?

                                                    298

1           A.    His address is not in the operating

2       agreement.

3           Q.    Did you review the operating

4       agreement to ensure that you could not get in

5       touch with him under the operating agreement?

6           A.    No, I didn't.

7               MR. BREWSTER:   I don't think I have

8           any more questions.

9               MR. MINOFF:   And I don't have any.

10          So that means we are done.

11              VIDEOGRAPHER:   The time is now 5:34

12          p.m. and the deposition is concluded.

13          This is the end of cassette number four

14          and we are off the record.

15

16              (Deposition concluded)

                    Page 241

Santiago.txt

17
18
19
20
21
22
23
24

299

1      I, TACY A. MALANDRINOS, a Notary Public in
2    and for the Commonwealth of Massachusetts, do
3    hereby certify that LILLIAN SANTIAGO BAUZA
4    appeared before me and satisfactorily identified
5    herself on May 9, 2005 at the offices of
6    BULKLEY, RICHARDSON & GELINAS, 1500 Main Street,
7    Suite 2600, Springfield, Massachusetts, and was
8    by me duly sworn to testify to the truth and
9    nothing but the truth as to her knowledge
10   touching and concerning the matters in
11   controversy in this cause; that she was
12   thereupon examined upon her oath and said
13   examination reduced to writing by me; and that
14   the statement is a true record of the testimony
15   given by the witness, to the best of my
16   knowledge and ability.
17      I further certify that I am not a relative
18   or employee of counsel/attorney for any of the
19   parties, nor a relative or employee of such
20   parties, nor am I financially interested in the
21   outcome of the action.
22   WITNESS MY HAND this 11th day of May, 2005.

Page 242

```
                              Santiago.txt
 23   Tacy A. Malandrinos      My Commission expires:

 24   Notary Public           June 9, 2006
                                                      300

  1   Today's Date: May 11, 2005

  2   To:  Keith A. Minoff, Esq.

  3   Copied to: Seth W. Brewster, Esq.

  4   From: Tacy Malandrinos

  5   Deposition of:  LILLIAN SANTIAGO BAUZA

  6   Taken:  May 9, 2005

  7   Action:  DIALOGO LLC et al

  8            v.

  9            LILLIAN SANTIAGO BAUZA, et al

 10   ===============================================

 11        Enclosed is a copy of the deposition of

 12   LILLIAN SANTIAGO BAUZA.  Pursuant to the Rules

 13   of Civil Procedure, Ms. Santiago has thirty days

 14   to sign the deposition from today's date.

 15        Please have Ms. Santiago sign the

 16   enclosed signature page.  If there are any

 17   errors, please have her mark the page, line and

 18   error on the enclosed correction sheet.  She

 19   should not mark the transcript itself.  The

 20   certification and addendum should be forwarded

 21   to all interested parties.

 22        Thank you for your cooperation in this

 23   matter.

 24
                                                      301

  1           COMMONWEALTH OF MASSACHUSETTS

  2         FOR THE DISTRICT OF MASSACHUSETTS

  3                 No. 05-30076-MAP
                      Page 243
```

Santiago.txt

)
4

5    * * * * * * * * * * * * * * * * *

6    DIALOGO LLC and                    *

7    DIRECT MERCHANTS SA, INC.,         *

8                      Plaintiffs       *

9    V.                                 *

10   LILLIAN SANTIAGO BAUZA,            *

11   EL DIALOGO LLC and                 *

12   FRANCISCO JAVIER SOLE,             *

13                    Defendants        *

14   * * * * * * * * * * * * * * * * *

15

16

17        I, LILLIAN SANTIAGO BAUZA, do hereby

18   certify, under the pains and penalties of

)
19   perjury, that the foregoing testimony is true

20   and accurate, to the best of my knowledge and

21   belief.

22        WITNESS MY HAND, this   day of       , 2005.

23              _____

24              LILLIAN SANTIAGO BAUZA

▯
                                              302

1                CORRECTION SHEET

2    DEPONENT: Lillian Santiago Bruza

3    CASE: Dialogo LLC et al V. Lillian Santiago

4         Bruza et al

5    DATE TAKEN: May 9. 2005

6    ***************************************************

7    PAGE  / LINE /  CHANGE OR CORRECTION AND REASON

8    ***************************************************

)
9    _____/_____/_____

Santiago.txt

10 _____/_____/_____

11 _____/_____/_____

12 _____/_____/_____

13 _____/_____/_____

14 _____/_____/_____

15 _____/_____/_____

16 _____/_____/_____

17 _____/_____/_____

18 _____/_____/_____

19 _____/_____/_____

20 _____/_____/_____

21 _____/_____/_____

22 _____/_____/_____

23 _____/_____/_____

24 _____/_____/_____

303

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

Santiago.txt

)

16

17

18

19

20

21

22

23

24

304

1

2

3

4

5

) 6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

) 21

Santiago.txt

)

22

23

24

꘎

)

)

**EXHIBIT 12**


**EXHIBITS INTRODUCED AT
MAY 23, 2004
PRELIMINARY INJUNCTION HEARING**



**Bilingüe**

*Encuentro Boricua 2004*

Volume 2 Number 1 | June 1-15, 2004 | Free/Gratis

# Congratulations! You Made It!
# ¡Felicidades! ¡Lo Lograron!

**3** Nuestra Cámara de Comercio

**4** Boricuas 'Invisible' Within the Broader Latino World

**4** Battling Domestic Violence: Will You Help?

**5** Las Diferentes Batallas de Isaac Ben Ezra

**6** Carlos Colón: From Holyoke to UMass

2   Editorial
5   Ask the Sarge
7   Bienes Raíces
8   Poesía
9   Cocinando Criollo en U.S.A.
10   Horóscopo
10   Eventos Comunitarios
13   
12   
11   
13   Deportes
14   Salud



*BCP Graduation 2004*

*Photo by Carol...*

EXHIBIT
12

## CelebracionesyCambios

En esta época del año hay mucho que celebrar. Hace cerca de un año atrás, el 2 de junio de 2003, sale a la calle el primer número de Diálogo bilingüe. Desde ese momento, Diálogo bilingue se convirtio en una alternativa confiable de noticias de y para la comunidad puertorriqueña y latina.

Durante este pasado año, hemos sido testigos del surgimiento de organizaciones que agrupan la clase empresarial latina en nuestra área de cobertura. El establecimiento del Hispanic Chamber of Commerce of Western Massachussets y el Latino Chamber of Comerse son ejemplos de esto.

No menos importante es ser testigo de la ya tradicional graduación estudiantil del Bilingual Collegiate Program (BCP) de la Universidad de Massachussets – Amherst, este año celebrando su 30 aniversario. Este programa, al cual le dedicamos nuestra portada, ha servido, aún con recursos limitados y poco apoyo institucional, a la comunidad puertorriqueña y latina desde su creación, siempre "haciendo de tripas, corazones." A la clase graduanda del 2004, ¡Felicidades!

Comenzando con los próximos números, el periódico entrará a una nueva etapa de desarrollo que incluirá cambios notables en el montaje y contenido del mismo. Agradecemos de todo corazón las muestras de apoyo que recibimos durante el pasado año, tanto al periódico como a cada uno de nosotros individualmente. Reiteramos nuestro compromiso con la comunidad puertorriqueña. Fue un placer y un honor servirles.

Sinceramente,
Manuel

## CelebrationsandChanges

At this time of year, there is much to celebrate. It was almost a year ago, June 2, 2003, when the first number of Diálogo bilingüe made its appearance. Since that moment, Diálogo bilingüe became a trustworthy news alternative for and about the Puerto Rican and Latino community.

During this past year we witnessed the launching of organizations that support the Latino business sector in our area. The establishment of the Hispanic Chamber of Commerce of Western Massachusetts, and of the Latino Chamber of Commerce are examples of this.

No less important is being witness to the traditional student graduation of the Bilingual Collegiate Program (BCP) of the University of Massachusetts – Amherst, celebrating its 30th anniversary this year. This program, to which we dedicate our cover page, has served, even with limited resources and little institutional support, the Puerto Rican and Latino community since its creation, always "haciendo de tripas, corazones." To the graduating class of 2004, Congratulations!

Beginning with the next numbers, the newspaper will enter a new phase of development that will include notable changes in its form and content. We are deeply grateful for the many demonstrations of support we received during this past year, both to the newspaper and to each one of us individually. We reiterate our commitment to the Puerto Rican community. It was a pleasure and an honor to serve you.

Sincerely,
Manuel



**This summer, change life: change mind.**

We will change your mind this summer with new course selections, expanded degree programs and accredited online learning.

**Use this coupon to waive the registration fee for 6 or more credits!***

*Only at UMass Amherst. Only this summer.*

Call 413-545-2414 for a free course catalog, or visit us online at www.umass.edu/summer

*Savings Code: EBT115. May be applied when registering for six or more credits at one time during Summer Session I or II, 2004. Coupon has a singular value of $35.00; multiple coupons may not be applied to one registration. Must be presented at the time of registration and may not be applied retroactively. Not redeemable in cash or credit. Not valid if credit load falls below six. Other limitations apply.



**UMassAmherst Continuing Education**

*Where summer is a state of mind.*

## JOB OPPORTUNITY
## TV AD ACCOUNT EXECUTIVE

**TV Ad Sales WUVN-TV 18,** Hartford's Univision Network Affiliate, is looking for a results-oriented, organized, professional self-starter who can help us bring our message of a fast growing market and our quality product to the Hartford & New Haven business community.

Degree and bi-lingual a plus but not mandatory. Salary commensurate with experience. WUVN is an Equal Opportunity Employer (EOE). Woman and minorities encouraged to respond. Interested candidates should send resume, references and salary history to: Hiring Manager, One Constitution Plaza 7th Floor, Hartford, CT 06103 or fax to (781) 433-2702. You can also e-mail your resume as part of the email body to uar-rig@entravision.com.

 **TELEFUTURA**  ENTRAVISION

## Noticias

# Nuestra Cámara de Comercio
Por Héctor Bauzá de Diálogo bilingüe

El pasado miércoles, 19 de mayo en el Imperial Hall frente a una audiencia de sobre 100 personas incluyendo políticos, hombres y mujeres de negocios y líderes comunitarios, inauguramos la Cámara de Comercio Hispana del Oeste de Massachussets. La experiencia fue increíble, ver el entusiasmo de todos los presentes reforzó nuestras metas e ideales. El Oeste de Massachussets está listo y Holyoke está listo para empezar a trabajar con los comerciantes hispanos. Estamos listos y deseosos de empezar el trato igual de parte de la banca comercial. Estamos unidos para enfrentar los retos que podamos encontrar al tratar de conseguir un permiso para abrir nuestros negocios. Estamos deseosos de trabajar con los políticos del área para mejorar nuestra calidad de vida.

El evento fue un éxito, no solamente por la gran concurrencia, sino también por la organización y la buena comida. Demostramos que juntos podemos. Quiero agradecerle al equipo de trabajo todo su esfuerzo y dedicación. Todo el mundo trabajó duro pero quiero hacer especial reconocimiento a María Ferrer, dueña del Imperial may, a Sandra Santiago, Vicepresidenta de la Cámara, a Eddie Rivera, popularmente conocido como Luigi, dueño de "Luigi Christian Books and Music Store", a Harry Montalvo de Solutions CDC, a Bernard Ramírez de Chaffee-Helliwell Insurance Agency y a Manuel García de Manuel García Flooring Covering. Su compromiso y dedicación hicieron la diferencia. Este gran evento trae otros retos. Los próximos eventos que realicemos van a medirse con la misma vara y la vara está alta.

El 1 de julio de 2004 tendremos el primer evento de las Noches Caribeñas. Durante cinco jueves consecutivos cerraremos partes de la calle High de 6:00PM a 10:00PM y presentaremos un espectáculo con música. Los comerciantes tendrán la oportunidad de vender sus productos. Este evento está diseñado para atraer las familias al Downtown de Holyoke a visitar y a entretenerse de forma sana.

El Paseo Caribeño es nuestra meta más grande y también estamos trabajando hacia el desarrollo de este importante proyecto. Sabemos que tenemos grandes retos por delante pero también sabemos que estamos unidos trabajando para una gran causa: un mejor futuro para todos.



**Diálogo bilingüe**
252 Open Square Way • Suite 405 • Holyoke, Massachusetts 01040
Phone 413-536-5560 • Fax 413-533-9467

Volumen 2 • No. 1
Established in June, 2003

| | |
|---|---|
| **Publishers** | Héctor Bauzá |
| | Ingrid Estrany-Frau |
| | Manuel Frau Ramos |
| | Lillian Santiago-Bauzá |
| **Editor in Chief** | Manuel Frau Ramos |
| | editor@dialogobilingue.com |
| **Managing Director Sales Director** | Héctor Bauzá |
| | sales@dialogobilingue.com |
| **Sales Manager** | Miguel Paz |
| | advertising@dialogobilingue.com |
| **Cartoonist** | Carolyn M. Frau |
| **Language Editor** | Ingrid Estrany-Frau |
| **Contributing Writers** | Rigo Serrano |
| | Sonia Correa-Pope |

**Política Editorial/ Editorial Policy**

*Diálogo bilingüe* acepta colaboraciones tanto en inglés como en español. Nos comprometemos a examinarlas, pero no necesariamente a publicarlas. Nos reservamos el derecho de editar los textos y hacer correcciones por razones de espacio y/o de estilo.

*Diálogo bilingüe* welcomes submissions in either English or Spanish. We consider and review all submissions but reserve the right to not publish them. We reserve the right to edit texts and make corrections for reasons of space and/or style.

# hoy gozamos
## más canales que hablan nuestro idioma

## Canales Selecto
### instalación* GRATIS

Compre cable básico, añada canales Selecto
y reciba la instalación ¡GRATIS!

**Hoy tenemos más**

* Todos los canales de cable más populares en español y en inglés

* Canales de Pay-Per-View con películas y boxeo

* 53 canales de música, incluyendo 8 canales nuevos con salsa, merengue y rock en español

* Acceso a Internet de alta velocidad

Los canales más populares en español con Canales Selecto:



Todos los canales locales con Cable Básico:








# ahora llamamos 1-866-3-PARA-Tí

## Comcast
La conexión que nos une



# Boricuas'Invisible'Within the Broader Latino World

Por Manuel Frau Ramos de Diálogo bilingüe

Almost three hundred Puerto Ricans activists, political leaders, and organizations from all over the United States, mostly from the Northeast region, converged in New York Hostos Community College in the Bronx on May 21-22 to hold an extraordinary and historic meeting, **Encuentro Boricua 2004.**

The uniqueness and magnitude of this gathering, unseen for the last three decades, have been the result of a year-long nationwide dialogue and planning process by its organizers, **The Boricua Initiative** coalition.



*Diosdado López of Holyoke City Council and Natalia Muñoz of The Republican.*

The majority of **The Boricua Initiative** members were part of an informal network of activists and organizations that contributed to the successful campaigns to get the U. S. Navy out of Vieques and the final liberation of the Puerto Rican political prisoners

The goal of **Encuentro Boricua 2004** was to develop a progressive political agenda to advance the social progress of the 4 million Puerto Ricans living in the United States. It was seen by most participants as a mechanism to set up a move designed "to refocus, reinvigorate and bind the Puerto Rican movement nationally." As well stated by Juan Carlos Vilar, National Coordinator of **The Boricua Initiative,** "For the first time in history, there will be more Puerto Ricans living in the US than on the Island this year. More than ever, the potential for economic, cultural and social change of our people hinges on our ability to come together."

Angelo Falcón, senior policy executive for the National Puerto Rican Legal Defense and Educational Fund (PRLDEF) pointed out that **The Boricua Initiative** came about because, due to the nationwide dispersion of the Puerto Rican community, we have become almost 'invisible' within the broader Latino world. He added that although Puerto Ricans have made some economic advances, Boricuas are still struggling with the highest poverty rate - more than 26% - of any Latino group.



*Vladimir Morales of the Amherst School Committee*

Falcón pointed out that "the major problem we identified was that anti Puerto Rican forces had begun to appropriate our language of social justice and self determination in ways that worked against the social progress of Boricuas. We feel the time is right to correct this, assess our progressive values in ways to develop new strategies for social and political changes."

One of the most exciting announcements made at this conference was the launching in the near future of eBoricua Magazine, which is scheduled to make its public debut just before the coming general elections.

*Panel featuring journalist Juan González and Puerto Rican Members of U.S. Congress: Luis Gutiérrez of Chicago, José Serrano and Nydia Velázquez of New York City*

# Battling Domestic Violence: Will You Help?

Lilian Santiago-Bauzá de Diálogo bilingüe

Last Thursday May 19 I attended a fundraiser organized by Hampden Sheriff and District Attorney William Bennett. Present at the speaker table was Mary Johnson, Executive Director of the YWCA, who explained her vision to build a shelter that would accommodate 48 women and their children. Each room would have a bathroom, she said. The first time she saw such a facility was in Jacksonville, Florida. She was so impressed by the facility and the services, that she called State Representative Linda Malconian to help her build the same facility in Springfield. Ms. Johnson pledged the audience for support to improve the lives of women, girls and children. Also present was Thomas Moriarty, Magistrate of Probate. The keynote speaker was Dr. Stephen Jefferson. He spoke about his own personal experience with the cycle of violence, and the abuse he experienced by his alcoholic father. He also talked about how his relationships were impacted by his traumatic childhood. Dr. Jefferson encouraged people to seek help, and to be committed to it.

Everyone spoke about how domestic violence is a community issue, not a private one. A victim and her/his children don't need criticism, judgment or indifference. They need community support at all levels: a family member to listen, a neighbor to the call police, a victim advocate from the courts or social services to help obtain a restraining order, a lawyer to help retain custody of the children, a doctor to provide medical care, a landlord to help prevent homelessness, and a professional to help the victim obtain public benefits to survive. I admired Dr. Stephen Jefferson because it takes courage to acknowledge the scope of domestic violence and to make the commitment to understanding and doing something about it. Do you have the courage to make a difference? The YWCA needs more than ever your support and commitment. They must fundraise two million dollars to build a place that will provide safety with dignity to women and their children.

Domestic violence is a major criminal-justice issue, a public health crisis and a costly drain on economic productivity. The victims and survivors suffer not once but, in fact, repeatedly, in large part because of what appears to be a massive unwillingness in our society to confront this problem openly. A recent report from the American Bar Association Commission on Domestic Violence makes this point well with regards to those who practice law:

"Whether or not lawyers realize it, domestic violence permeates the practice of law in almost every field. Corporate lawyers, bankruptcy lawyers, tort lawyers, real estate property lawyers, criminal lawyers, and family lawyers regularly represent victims or perpetrators of domestic violence. Criminal and civil judges preside over a range of cases involving domestic violence as an underlying or a hotly contested issue. Failure to fully understand domestic violence legal issues threatens the competency of individual lawyers and judges, as well as the legal professional as a whole."

"Uninformed individuals about domestic violence issues may endanger the safety of victims or contribute to a society that has historically condoned the abuser: intimate partner."

Let us all stop, listen, think and begin to make changes.

You can send your contributions to:
YWCA of Western Massachusetts
First Ever Capital Campaign
120 Maple Street
Springfield, MA 01103-2203

# Solutions, CDC
354 Maple Street • Holyoke, MA • (413) 315-6017 ext. 18

Is proud to invite you to its
## Annual Membership Meeting

Come and celebrate with us another year of accomplishments, renew your membership, elect the new Board of Directors, eat and reconnect with friends. Your contribution is only $5.00 !!!!

**Imperial Hall**
**296 High Street, Holyoke**
**June 23, 2004 from 5:30 to 8 PM**

Please RSVP or call Sandra Rivera with your questions at 315-6017 ext.11

    

**Nuestra Gente**

# ASK THE SARGE
By James Sparrow

★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★

## Flag Days

June 14th is Flag Day and the flag is back in style these days and I think that is a good thing. Every other car seems to have one and every other lapel sports a flag pin. Flags mean many things to many people. Not only the national colors but state flags and service flags also. I see many homes flying the Marine Corps flag proudly. I feel sorry for those of us who don't really appreciate the meaning of flags. They have no sense of history and they are denying themselves the wonderful and fulfilling feeling of loyalty and safety that flags give to us that do understand the meaning. Flags are the visible soul of a nation, state or unit.

During the Civil War the term "rally around the flag boys" really could mean the difference between life and death giving inspiration and direction to the troops. The Medal of Honor was awarded to 132 men during the Civil War for actions involving the national colors or a state or unit colors. One was William Carney of the newly formed 54th Massachusetts Colored Infantry. Many of these men where recent immigrants from Ireland and Germany and many of them where either killed or wounded in their endeavor. Most of them picked up the colors after one or two colors bearers already got killed. Cecil Clay of the 58th Pennsylvania infantry led his regiment in a charge carrying the colors and when severely wounded in the right arm, incurring loss of same, he shifted the colors to the left hand, which also became disabled by a gunshot wound. Martin Schubert of the 26th New York infantry relinquished a furlough granted for wounds and reentered the battle of Fredericksburg where he picked up the colors after several bearers had been killed or wounded, and carried them until himself again wounded. Charles Tanner of the 1st Delaware infantry carried off the colors which had fallen within 20 yards of the enemy's lines, the color guard of 9 men having all been killed or wounded; was himself 3 times wounded. Benjamin Levy, a 14 year old drummer boy with the 1st New York infantry, took the gun of a wounded comrade, went into the battle, and when the color bearers were shot down, carried the colors and saved them from capture. Thomas Plunkett of the 21st Massachusetts infantry seized the colors of his regiment, the color bearer having been shot down, and bore them to the front where both his arms were carried off by a shell.

The spirits of these men lie in cemeteries across this nation from sea to shining sea and they would be happy with the popularity of the flag today knowing that their sacrifices were not in vain. But they would be aghast at the debate on whether the flag should be protected by law or not. They would believe that it is the solemn duty of every citizen to protect the flag. Our courts say it's okay to burn the flag. They say it's an expression of free speech but don't try and burn one in front of me unless you want a real good dose of my expression of free speech.

# Las Diferentes Batallas de Isaac BenEzra

Por Manuel Frau Ramos de Diálogo bilingüe

Isaac BenEzra, residente y miembro del Amherst Town Meeting recientemente anunció su candidatura para la única posición abierta existente en el *Governor's Council of Massachusetts* por el Octavo Distrito en las próximas primarias del Partido Demócrata, programadas para el mes de septiembre de este año.



BenEzra, presidente del *Massachusetts Senior Action Council*, una organización de 22 años de fundada con cerca de 2,600 miembros a través del estado, quiere darle más proyectividad al Concilio. Según BenEzra el Concilio, organismo que le hace recomendaciones al gobernador sobre candidatos a jueces en el estado, ha sido una "de las sociedades más secretas del Commonwealth". Sólo aquellas personas interesadas en esta comisión en particular la conocen.

Como Presidente del Concilio, formó una coalición para traer medicinas de Canadá a precios razonables. BenEzra recibió un premio de la Asociación de Enfermeras/os de Massachussets por su ayuda para preservar empleos en el Hospital Cooley Dickinson. Entre otros, ha trabajado como trabajador social y entiende las necesidades reales de la clase trabajadora, de las familias y de los envejecientes. Entiende cómo el ambiente, la transportación, los servicios de salud y otros issues afectan la vida de los ciudadanos.

En estos momentos, la comisión tiene un una gran debilidad, apunta BenEzra: la tendencia a favorecer a aquellos con amigos en altas posiciones políticas. Para BenEzra lo importante es asegurarse de que las selecciones que se hagan sobre los que van a servir en el sistema judicial no se basen nepotismo o padrinazgo político.

Finalmente BenEzra añade que, "Nosotros necesitamos que todo candidato haga pública su carrera política y de activismo social y que en los mismos haya demostrado respetar a los ciudadanos del estado de Massachusetts. Es necesario asegurarse de que a las familias trabajadoras se les trate con justicia."



**MANUEL GARCIA**

**FLOORING COVERING**
Surtido variado, comercial y residencial, en
Alfombras • Linóleos
Losetas en cerámica
Remanentes • Tiles
Pisos laminados en madera
(Hardwood floor)

¡Servicio garantizado, completamente asegurado!
Expertos profesionales le orientarán en su selección y brindarán el mejor servicio. ¡Estimados gratis!

VISITE NUESTRO SALÓN DE EXHIBICIONES EN
775 High Street, Holyoke, MA 01040 • Tel. (413) 214-6765 • Fax (413) 214-6765

## ADVERTISE!!

**square café**

at open square
in the heart of
Holyoke's
canal district
413.538.6214

www.opensquare.com

# nuevos almuerzos
## en square café

**now offering a selection of sandwiches from our new panini grill**

every morning offering
fresh baked goods
coffee & espresso drinks

open monday thru friday 8 am - 1 pm
square café is at 110 Lyman St.
(across from the Wherehouse?)

# Carlos Colón: From Holyoke to UMass / Carlos Colón: De Holyoke a UMass

Courtesy of Sonia Correa-Pope

*Carlos Colón is going to be one the few Puertoricans "Holyokanos" that has the opportunity to enter the University of Massachusetts- Amherst. A city so close to college but out of reach for most Puerto Ricans who make up the majority of the student body at the Holyoke School Public system.*

Carlos Colón va a ser uno de los pocos puertorriqueños "Holyokanos" que tienen la oportunidad de entrar a la Universidad de Massachusetts - Amherst. Una ciudad tan cerca de las universidades pero tan fuera del alcance de la mayoria de los puertorriqueños que componen el estudiantado del Sistema de Escuelas Públicas de Holyoke.

*Carlos, who is a product of the Holyoke Public Schools, enrolled in the Holyoke Community College Upward Bound Program as a high school sophomore. Carlos attended Holyoke High School and on June 5, 2000 graduated not only with a high school diploma but also with an award for Excellent Attendance. He has always been responsible, mature and respectful of others. Before choosing the University of Massachusetts in Amherst, Carlos was accepted at Western New England College and Holyoke Community College, but he wanted UMass as his Alma Mater.*

Carlos, quien es producto de las Escuelas Públicas de Holyoke, se matriculó en el Programa Upward Bound del Holyoke Community College cuando era estudiante de segundo año de escuela superior. Carlos fué a la Escuela Superior de Holyoke y el 5 de junio de 2002 se graduó y no solamente recibió un diploma, sino un premio por su Excelente Asistencia. Siempre ha sido responsable, maduro y respetuoso. Antes de escoger la Universidad de Massachusetts en Amherst, Carlos había sido aceptado en el Western New England College y en Holyoke Community College, pero el quería que UMass fuera su Alma Mater.

*Carlos was an active participant in the Upward Bound Program from 1998-2000. He participated in various activities such as weekly tutoring sessions, the after-school mini-courses for five weeks at Holyoke Community College, and multiple college visits. He also attended the Upward Bound Academic six-week summer program for three years. Carlos had the opportunity to explore what it was like to commute to college every day with our first three-week commuting program and then he learned about residing in college in our second three-week residential component.*



*Aurelio Colon, Sonia Correa-Pope and Carlos Colon*

Carlos participó activamente en el Programa Upward Bound durante 1998-2000. Participó en varias actividades tales como tutorias semanales, los mini-cursos después de la escuela en Holyoke Community College y múltiples visitas a colegios. También, durante tres años, fue parte del Programa de Upward Bound de seis semanas en el verano. Carlos tuvo la oportunidad de explorar lo que significa ir a la universidad todos los dias con nuestro primer programa de tres semanas y más adelante aprendió lo que era residir en la universidad con nuestro segundo componente residencial de tres semanas.

*His peers recognize Carlos as the class poet and singer. After his first year of college, he came back to the program and served as a peer tutor to the younger students. After completing his second year at the university, he again came back to the program and worked as a residential assistant for the summer. He has served as a tutor, mentor and role model to many of our younger students in the Upward Bound Program.*

Sus compañeros reconocen en Carlos el poeta y cantante de la clase. Luego de su primer año universitario, volvió al programa y sirvió de tutor a los estudiantes más jóvenes. Luego de completar su segundo año en la universidad, regresó nuevamente al programa y trabajó como asistente de residencia durante el verano. Ha servido como tutor, mentor y ha sido ejemplo para muchos de nuestros estudiantes jóvenes del Programa Upward Bound.

*This Spring, Carlos graduated from UMass with an English mayor. Dr. Sonia Correa-Pope, Director of the Upward Bound Program at Holyoke Community College, conferred him an award during the graduation ceremonies of the Bilingual Collegiate Program (BCP) at UMass. Carlos became the second student from the Upward Bound Program to have finished a university program in 4 years.*

Carlos se graduó esta primavera de UMass con una concentración en inglés. En la ceremonia de graduación del Bilingual Collegiate Program (BCP) de UMass recibió un premio de parte de la Dra. Sonia Correa-Pope, Directora del Programa Upward Bound del Holyoke Community College. Carlos se convirtió en el segundo estudiante del Upward Bound Program en graduarse de la universidad en 4 años.

# FIRSTFED

## Las Ventajas de las Hipotecas de Firstfed

Pre-aprobación gratis
Sin costos
Sin obligación
Programas sin pronto pago
Todo tipo de credito
Financiamiento de 100% para primeros compradores

Para más información, favor de llamar a Oneida Morales al

## 1-800-331-8181 ext 2688



# SONIA
## PALM AND CARD READINGS

Will help you with all your personal problems:
Love, Marriage, Business and Health
If you are sick, suffering, have bad luck, call Sonia today.
Te puedo resolver todos tus problemas.
Llama hoy mismo

## 413.783.6779

PALM READING FOR PARTIES AND GROUPS
762 Boston Road, Springfield, MA

**Bienes Raíces**

# ¡Hola! Por María Acuña de María Acuña Real Estate, LLC

Ha decidido poner su casa en venta. Ha pintado la casa y las reparaciones se han completado. La casa se ha puesto a la venta con un corredor de bienes raíces y hay un anuncio de venta en su patio. ¿Y ahora, qué?

**¡Las primeras impresiones son importantes!** Una casa desordenada es poco atractiva y puede prevenir que un posible comprador vea la propiedad de una manera positiva. El patio debe estar arreglado, los arbustos recortados y la basura recogida. Los compradores deberán poder moverse *libremente y con seguridad* dentro de la casa. Las escaleras y los pasillos deberán estar limpios. Remueva la basura que se haya acumulado en el garaje, en el ático y en el sótano. Esto permitirá que los compradores vean bien estas áreas y que no crean que "hay algo escondido". Los cuartos oscuros no son atractivos. Abra las ventanas y provea iluminación adecuada para que los posibles compradores puedan ver cuán clara y acogedora es su residencia.

Llega el fin de semana y varios posibles compradores vendrán a ver su propiedad. Limpie bien la cocina y el baño. No esté presente cuando vengan los posibles compradores para que no se sientan que están molestando. Déles una oportunidad de sentirse cómodos y sin prisa. Llévese a sus animales, ya que no todo el mundo se siente cómodo con ellos. Si tiene que estar presente, sea cortés y amistoso. No entable conversación con los posibles compradores. ¿Por qué? Los comentarios que usted haga pueden debilitar su posición a la hora de negociar. Apague los televisores y los equipos estereofónicos para que los compradores no se distraigan y puedan hablar con calma. Como esto no es una venta de artículos usados, no trate de vender los muebles que usted ya no quiera.

No trate de negociar en estos momentos. Todas las preguntas, ofertas y negociaciones deben ser atendidas por su corredor de bienes raíces. Usted está en una posición vulnerable y posiblemente pueda poner en peligro el trato.

# ¡Hola! By María Acuña of Maria Acuña Real Estate, LLC

You've decided to put your house up for sale. All repairs have been made and a fresh coat of paint where needed. The house is listed with a real estate agent and the sign is up in front of the yard. Now what?

**First impressions are important!** A cluttered house is unattractive and can prevent a prospective buyer from seeing the house at its best. The outside should be mowed with the bushes trimmed and trash picked up. Buyers should be able to move *freely and safely* throughout the house. Stairways and hallways should be kept cleared. Junk that had piled up in the garage, attic or basement should be removed. This allows buyers to see the full value of these areas and remove any doubt that "something is being hidden." Dark, dreary rooms are not appealing to homebuyers. Open curtains and provide lighting so prospects can see how bright and cheerful the house is.

The weekend is here and several showings are scheduled. Make your kitchen and bathroom sparkle. Leave the house during the showings so that buyers won't feel as if they are intruding. Give them a chance to be comfortable and not hurry through the house. Arrangements should be made for pets since all people are not comfortable with them. If you are present, be courteous and friendly. Do not engage in conversation with potential buyers. Why? Comments you make now could weaken your position in negotiating later on. Turning odd television and stereos keeps buyers from being distracted and lets them talk calmly without having to yell over any noise. Since this isn't a garage sale, don't try to sell furnishings that you don't want to take with you.

Do not attempt to negotiate at this time. All questions, offers and negotiations should be handled by your real estate agent. You are in a vulnerable position and could possibly jeopardize the deal.

Your Realtor,
Maria Acuna


**Elias Acuña**
(413) 783-7025


**Maria Acuña**


**Anna Santana**
(413) 747-6092


**Ramona Helton**
(413)750-0701


**Maritza Martinez**
(413) 748-6148


**Norma Cartagena**
(413) 695-3930




**Junior Garcia**
(978) 390-2727

**Maria Ortiz**
(413) 210-3130

## Your Real Estate Company

## Su Compañía de Bienes Raices


**Stephanie Ouellette**
(413) 734-4327

**Arturo Pellerano Castro**

(dominicano, 1853 –1916)

## A ti...(Criolla)

Yo quisiera, mi vida, ser burro,
ser burro de carga,
y llevarte, en mi lomo, a la fuente,
en busca del agua,
con que riega tu madre el conuco,
con que tú, mi trigueña, te bañas.
Yo quisiera, mi vida, ser burro,
ser burro de carga,
y llevar al mercado tus frutos,
y traer, para ti, dentro del árgana,
el vestido que ciña tu cuerpo,
el pañuelo que cubra tu espalda,
el rosario de cuentas de vidrio
con Cristo de plata,
que cual rojo collar de cerezas
rodee tu garganta...
Yo quisiera, mi vida, ser burro,
ser burro de carga.
Desde el día que en el cierro del monte,
cogida la falda
el arroyo al cruzar, me dijiste
sonriendo: ¿me pasas?...
y tus brazos ciñeron mi cuello,
y al pasarte sentí muchas ganas,
de que fuera muy ancho el arroyo,
de que fueran muy hondas sus aguas...
desde el día que te cuento, trigueña,
¡yo quisiera ser burro de carga!...
Y llevarte en mi lomo a la fuente,
y contigo cruzar la cañada,
y sentirme arrear por ti misma,
cuando, a vuelta del pueblo, te traiga,
el vestido que ciña tu cuerpo,
el pañuelo que cubra tu espalda,
el rosario de cuentas de vidrio
con Cristo de plata,
que cual rojo collar de cerezas
rodee tu garganta...
¡Yo quisiera, mi vida, ser burro,
ser burro de carga!

**Fabio Fiallo**

(dominicano, 1866-1942)

## Quien fuera tu espejo

¡Cuán feliz es el sol! En las mañanas
por verte su carrera precipita,
a tus balcones llega, y en cada alcoba
penetra por tu abierta celosía.

Al blanco lecho en que reposas, sube,
a tu hermosura del calor y vida,
tórnase ritmo en tus azules venas,
y epigrama de luz en tus pupilas.

Mas, yo, no envidio al sol, sino al espejo
en donde ufana tu beldad se mira,
que te ama, alegre, cuando estás delante,
y al punto que te vas de ti se olvida.

**Fabio Fiallo**

(dominicano, 1866-1942)

## El silencio de unos ojos

Qué me dicen tus dulces ojos negros,
tan cargados de sombras, ¡oh, adorada!
que en la noche me basta su recuerdo
para llenar mi corazón de lágrimas.

Qué me dicen tus dulces ojos negros,
en su silencio lleno de palabras
tan leves, que el oído nunca advierte
cuando se adentran en mi oscura entraña...

Tal dos aves que buscan su refugio
en un agrio peñón de oculta playa,
y en su áspero nidal, en vez de cánticos
alzan al cielo súplicas calladas.

## Astro muerto

La luna, anoche, como en otro tiempo,
como una nueva amada me encontró;
también anoche, como en otro tiempo,
cantaba el ruiseñor.
Si como en otro tiempo, hasta la luna
hablábame de amor,
¿por qué la luna, anoche, no alumbraba
dentro mi corazón?

**Salomé Ureña de Henríquez**

(dominicana, 1850-1897)

## El Ave y el Nido

¿Por qué te asustas, ave sencilla?
¿Por qué tus ojos fijas en mí?
Yo no pretendo, pobre avecilla,
llevar tu nido lejos de aquí.

Aquí, en el hueco de piedra dura,
tranquila y sola te vi al pasar,
y traigo flores de la llanura
para que adornes tu libre hogar.

Pero me miras y te estremeces,
y el ala bates con inquietud,
y te adelantas, resuelta, a veces,
con amorosa solicitud.

Porque no sabes hasta qué grado
yo la inocencia sé respetar,
que es, para el alma tierna, sagrado
de tus amores el libre hogar.

¡Pobre avecilla! Vuelve a tu nido
mientras del prado me alejo yo;
en él mi mano lecho mullido
de hojas y flores te preparó.

Mas si tu tierna prole futura
en duro lecho miro al pasar,
con flores y hojas de la llanura
deja que adorne tu libre hoga

**Domingo Moreno Jiménez**

(dominicano, 1894-1986)

## Melancolía

Dejaré mis niños.
Partiré del pueblo.
Me roerá la angustia que a los peregrinos
acoge en silencio.

El día que parta,
todos a sus puertas saldrán a verme;
encontraré en mi senda alguna anciana
de las que socorría algunas veces...

Cuando unos pinos cruce
fustigaré mi potro;
y aunque el norte no empañe ni una nube,
mi pañuelo de hilo me llevaré a los ojos.

Al verme las perdices
levantarán el vuelo;
llorará en una palma una tórtola triste,
y tal vez si un can sucio me seguirá a lo lejos...

Por unas semanas y aun meses
me instigará una sombra;
luego... mis cantos en la mañana alegre
¿Y después?... el olvido y algunas muertas rosas.

**Manuel del Cabral**

(dominicano, 1907-1999)

## Trópico Picapedrero

Hombres negros pican sobre piedras blancas,
tienen en sus picos enredado el sol.
Suros a la ratos se exprimieran algo...
Lloran sus espaldas gotas de charol.
Hombres de voz blanca, su piel negra lavan,
la lavan con perlas de terco sudor.
Rompen la alcancía salvaje del monte,
y cavan la tierra, pero al hombre no
De las piedras salta, cuando pica el pico,
picadillo fatuo de menudo sol,
que se apaga y vuelve cuando vuelve el pico
como si en las piedras reventara Dios.
Dentro de una gota de sudor se mete
la mañana enorme —pero grande no—
Saltan de los cráneos de las piedras chispas
que los pensamientos de las piedras son.
Y los hombres negros cantan cuando pican
como si ablandara las piedras su voz.
Mas los hombres cavan, y no acaban nunca...
cavan la cantera: la de su dolor.
Contra la inocencia de las piedras blancas
los haitianos pican, bajo un sol de ron.
Los negros que arzan de chispas las piedras
son noches que rompen pedazos de sol.
Hoy buscando el oro de la tierra encuentran
el oro más alto, porque su filón
es aquel del día que pone en los picos
astillas de estrellas, como si estuvieran
sobre la montaña picoteando a Dios.

2 de junio de 2003 – Se publica el primer número de Diálogo bilingüe.

5 de junio de 1878 – Nace el legendario revolucionario mexicano Francisco "Pancho" Villa en San Juan de Río. Bautizado con el nombre de Doroteo Arango Quiñones.

6 de junio de 1823 – Se funda Quebradillas.

9 de junio de 1521 – El conquistador español Hernán Cortés llega finalmente al Gran Templo en Tenochtitlán, corazón del imperio Azteca.

10 de junio de 1942 – Nace Anthony J. Alvarado. Primer puertorriqueños que ocupa la posición de "Chancellor" del sistema de escuelas públicas de la ciudad de New York en el 1983.

11 de junio de 2004 – Día de la Bandera de Puerto Rico.

12 de junio de 1927 – Nace Angela (Angie) Cabrera, líder y político de la ciudad de New York.

13 de junio de 2004 – Puerto Rican National Day Parade en NY. La primera parada se celebró en el 1958, cuando la misma se conocía como the Puerto Rican Day Parade in New York City.

13 de junio de 1859 – Nace en San Juan el educador y escritor Antonio Pedreira Pizarro. Su libro "Insularismo" estudia los factores étnicos que caracterizan la puertorriqueño: el amerindio, el español y el africano.

18 de junio de 2004 – Se funda el pueblo de Florida.

17 de junio de 1833 – Nace en Bayamón el pintor puertorriqueño Francisco Oller Cestero. El famoso cuadro "El Velorio", que se encuentra en el Museo de la Universidad de Puerto Rico, es un ejemplo de su maestría en el arte de combinar los colores. El cuadro es un estudio de diferentes tipos puertorriqueños y representa un velorio de niño o baquiné, que se acostumbraba celebrar, especialmente en el campo. En el baquiné se cantaba, se reía y se repartían golosinas mientras que sus padres se morían de dolor.

17 de junio de 1520 – En Tenochtitlán, capital Azteca, el emperador Moctezuma se enfrenta a una muchedumbre frente a su palacio. Los indios Aztecas estaban molestos por la presencia de los españoles en su ciudad. El emperador fue apedreado y murió el 29 de junio.

17 de junio de 2004 – Día de los Padres.

21 de junio de 1955 – Se establece el Instituto de Cultura Puertorriqueña de Puerto Rico. Su primer Director Ejecutivo fue el Dr. Ricardo E. Alegría, quien guió la agencia hacia dos objetivos fundamentales: estudiar y conservar nuestro patrimonio histórico-cultural; y estimular, fomentar, promover y divulgar las diversas manifestaciones de la cultura puertorriqueña.

21 de junio de 1939 – Nace el líder independentista Rubén Berríos Martínez. Presidente de El Partido Independentista Puertorriqueño desde el 1979.

23 de junio de 1935 – Nace Maurice Ferrer, primer alcalde de la ciudad de Miami (1973-1985) de descendencia puertorriqueña. Durante su administración ocurrieron hechos muy significativos como el éxodo masivo de Mariel, Cuba y los disturbios raciales en Liberty City.

24 de junio de 2004 – Se celebra la "Noche de San Juan", caminando hacia la playa, de espaldas, a la medianoche, para la buena suerte.

24 de junio de 1820 – Se funda el pueblo de Ciales.

25 de junio de 1881 – Nace Miriam M. de Perez Almiroty, primera mujer electa a la legislatura de Puerto Rico.

27 de junio de 1982 – Se establece el Institute for Puerto Rican Policy en la ciudad de New York por Angelo Falcón. En 1999 pasa a ser parte del Puerto Rican Legal Defense and Education Fund.

29 de junio de 1912 – Se funda la Universidad Interamericana de Puerto Rico en la ciudad de San Germán.

30 de junio de 1939 – Nace Izzy "Mr. Salsa" Sanabria. Se conoce como Mr. Salsa porque, casi sin ayuda de nadie, popularizó este término para la música latina de Nueva York durante la década de los 70s.

30 de junio de 1939 – Nace José Figueroa, violinista puertorriqueño, quien tocó como primer violinista en el Radio City Music Hall en 1945.

30 de junio de 1823 – Se funda el pueblo de Hatillo.

# Cocinando Criollo en U.S.A.

  

Por Lillian Santiago-Bauzá

Aunque reconozco que el mangó es una fruta que se cosecha en muchos países, no dejo de identificarme con la fruta como si fuera de nosotros los puertorriqueños. En Puerto Rico la temporada del mangó es abundante y siempre buscamos nuevas formas de prepararlo. Ahora, cuando mezclamos flan de queso con mangó entonces sí que estamos haciendo un "statement", porque nosotros los puertorriqueños sí nos identificamos con el flan. Así que la receta que les traigo es Flan de Queso y Mangó. ¡Que la disfruten!

## Flan de Queso y Mangó

**Ingredientes:**
1 lata de leche condensada
1 taza de leche fresca
4 huevos
8 ozs. de queso crema
1 taza de pulpa de mango molida
2 rebanadas de pan sin corteza
1cdta. de jengibre rallado
4 cdtas. de mantequilla derretida

**Procedimiento:**
Mezcle en la licuadora todos los ingredientes hasta que unan bien. Vierta en un molde redondo de 8" ó 10" ó en moldes individuales con caramelo en el fondo. Hornee a 350 grados en baño de María por una hora o hasta que cuaje.



Even though I recognize that mango is a fruit that grows in many countries, I identify it as truly Puerto Rican. In Puerto Rico the mango harvest is abundant and we are always looking for new recipes that include it. When we combine flan de queso with mango we certainly are making a statement, as all Puerto Ricans identify themselves with flan. So, today's recipe is cheese and Mango Flan. Enjoy!

## Cheese and Mango Flan

**Ingredients:**
1 can condensed milk
1 cup milk
4 eggs
8 ozs. cream cheese
1 cup mango pulp
2 slices white bread
1 teaspoon grated ginger
4 teaspoons melted butter

**Procedure:**
Combine all ingredients in a blender until well blended. Pour mixture into an 8" or 10" round baking pan or in individual molds that have been caramelized. Bake at 350 degrees in a water bath (double boiler) until firm.

Si tienes alguna receta que quieras compartir con nuestros lectores, la puedes enviar a: Diálogo bilingüe, 252 Open Square Way, Suite 405, Holyoke MA 01040.

# Diálogo BILINGÜE

# *OPORTUNIDAD DE EMPLEO*

### *Si tiene iniciativa propia, está constantemente motivado y comprometido a ofrecer servicios de excelente calidad, esta es su oportunidad de ingresar a una carrera próspera y rentable.*

### *Diálogo Bilingüe solicita ejecutivos de venta para formar parte de su equipo de mercadeo. Los solicitantes deben ser bilingües (Inglés- Español) y tener su medio de transporte propio. Interesados enviar su "resume" a:*
### *DIÁLOGO BILINGÜE,*
### *252 Open Square Way - Studio 405, Holyoke, MA 01040Si tiene iniciativa*

## Horóscopo bilingüe

# Horóscopo del 1 al 15 de junio de 2004

**ARIES (21 de marzo – 19 de abril)**
Actuarás con certeza en una situación que nadie se anima a enfrentar. Tu valentía hará que ganes rivales que no podrán disimular su envidia. Gozarás de unos placenteros fines de semana.

*You will act with assurance in a situation that nobody wants to face. Your boldness will win you rivals that will have a hard time disguising their envy. You will enjoy very pleasant week-ends.*

**TAURO (20 de abril – 20 de mayo)**
Tus sentimientos estarán a flor de piel. No te obsesiones con aquello que tú sabes no puede ser. Permite que en tu vida todo fluya con naturalidad. Quien te quiera, que venga a ti por voluntad propia. Busca nuevas formas de entretenerte para que te relajes y te distraigas.

*Your feelings will be evident. Don't obsess about something that you know can't be. Allow things to flow naturally. Whoever loves you must come to you freely. Look for new forms of entertainment.*

**GEMINIS (21 de mayo – 20 de junio)**
Una persona a la que habías ignorado despierta en ti nuevas emociones. Cuídate de no asfixiar a tu pareja demandando o exigiendo atenciones. Supera tus inseguridades. No exijas aquello que tú no das.

*A person that you had ignored awakens new emotions. Be careful not to suffocate your partner demanding attention. Overcome your insecurities. Don't demand what you don't give.*

**CANCER (21 de junio – 22 de julio)**
Problemas familiares afectándote como nunca antes. Toma las cosas con calma ya que por el momento nada puedes hacer para resolverlos.

En el amor las cosas se ponen al rojo vivo y tendrás que hacer cambios para que esa relación no naufrague. Es momento de madurar y ver las cosas desde otra perspectiva.

*Family problems will affect you like never before. Take it easy because there's nothing you can do right now to solve them. In love, things get complicated and you will have to make changes to save the relationship. It is time to mature and to see things from a different perspective.*

**LEO (23 de julio – 22 de agosto)**
Es tiempo de cambiar costumbres tradicionales y de adaptarte a lo nuevo. El dinero te llegará más fácilmente. Un viaje corto te llevará a conocer gente influyente que de una manera indirecta te afectarán favorablemente en tu trabajo o en tu profesión. Continúa venciendo obstáculos.

*It is time to change your traditional ways and to adapt to new things. Money will come easily. A short trip will have you meet influential people that will prove to be favorable for you job and your profession. Continue overcoming obstacles.*

**VIRGO (23 de agosto – 22 de septiembre)**
La suerte te sonríe en el dinero y en el amor. Lo íntimo, lo personal, se exalta. La confianza que deposites en esa persona que tanto te interesa sentará las bases para una relación más estable.

*You will be lucky in money and love. Your personal life becomes important. The trust that you show that person that you are interested in will be the basis for a stable relationship.*

**LIBRA (23 de septiembre – 22 de octubre)**
Te enfrentarás y vencerás la duda o la incertidumbre. Algo que te propongan quedará en la nada si no tomas una decisión definitiva. Ponte en acción,

despierta tu sexto sentido. Déjate guiar por tu intuición y obtendrás la respuesta que tanto deseas. Sé sincero contigo mismo.

*You will conquer your fears and doubts. A proposal will result in nothing if you don't make a quick decision. Take action; awaken your sixth sense. Let yourself be guided by your intuition and you will find the answer you are looking for. Be sincere with yourself.*

**ESCORPION (23 de octubre – 21 de noviembre)**
Abre todos tus sentidos a nuevos comienzos. Tómate todo el tiempo que necesites al momento de tomar decisiones importantes. No te precipites a compromisos de los cuales podrías arrepentirte luego. Ordena, organiza tu vida en todos los aspectos

*Open all your senses to new beginnings. Take all the time you need to make important decisions. Don't make commitments that you might regret later. Organize all areas of your life.*

**SAGITARIO (22 de noviembre – 21 de diciembre)**
No es momento de formalizar relaciones pero sí puedes comenzar a darle forma a esa idea que tienes en mente realizar. Es tiempo de desarrollar más confianza, entendimiento o comunicación en tus relaciones.

*This is not the time to formalize relationships but you might start to give shape to an idea that you want to carry out. It is time to develop more trust and understanding in your personal relationships.*

**CAPRICORNIO (22 de diciembre – 19 de enero)**
Revisa tu estado financiero y ajústate a tu presupuesto real. Tratando de impresionar a otros podrías caer en la ruina económica. Controla tus impulsos y toma en consideración la opinión de alguien que te quiere ver progresar en la vida.

*Review your financial status and stick to a realistic budget. If you try to impress others you may face financial ruin. Control your impulses and take into consideration the opinion of somebody who wishes you well.*

**ACUARIO (20 de enero – 18 de febrero)**
Laborarás hoy junto a personas conflictivas pero saldrás airoso. Recuperas la fe en ti mismo. Las adicciones emocionales, los engaños y las dependencias neuróticas serán superadas. Te enfrentarás a la verdad y ganarás como nunca antes en sabiduría.

*You will work alongside conflictive individuals but you will be successful. You regain your self-esteem. Emotional addictions, lies and neurotic tendencies will be overcome. You will face reality and become wiser.*

**PISCIS (19 de febrero – 20 de marzo)**
Algo maravilloso te sacudirá y te llenará de felicidad. Ábrele las puertas al amor y de seguro recobrarás tus esperanzas y las ilusiones que ya dabas por perdidas. Examínate por dentro y por fuera. Entiende que la mayoría de tus preocupaciones no son más que una gran distorsión de la realidad actual.

*Something wonderful will make you very happy. Open your heart to love and you will regain lost hope. Examine yourself. Understand that many of your worries are nothing else than distortions of reality.*

## Eventos Comunitarios

### HOLYOKE
**FREE CLASS to Get Ready to College**
The JUNTOS Adult Education Collaborative and Holyoke Community College invite you to: College-level writing course. Class starts July 5 and ends August 6, 2004.

This Program is for you if:
- You have a GED or graduated from high school a while back
- You want to enter college to learn more about the world, expand your career opportunities, and contribute to your community
- You want to strengthen your academic skills and prepare to be successful in college.

The Program includes:
- Brush-up of math and college-level reading and writing
- College study skills and computer skills.
- Help with admissions and financial aid
- A supportive learning environment to prepare for success!

For More Information Contact:
a Betty Falcón (ABE Transition to College & Mentor Program) at Holyoke Community College. Phone: 413-552-2118; Fax: 413-552-2113; Email: bfalcon@hcc.mass.edu o Luis Sáez at Community Education Project on 317 Main Street Holyoke. Phone 413-538-5770; Fax: 413-538-5770.

**The Holyoke Creative Arts Center (HCAC)** is offering a summer program of Fine Arts and Home Crafts classes for Pioneer Valley youth and adults from June 22 - August 14, 2004. Classes for young people age 8 - 17 will be offered weekday mornings and afternoons in the Center's air-conditioned facility (each class has a posted age range). HCAC also offers a larger menu of day and evening classes for adults in over twenty different arts disciplines, from oil painting to furniture upholstery. Young people age 12 and up may also enroll in adult classes.

Scholarships are available to income-eligible youth and adults. Registrations are accepted first come, first served. Parents may register young people for some classes by the week, and others for two-week and three-week sessions during the Summer. Classes run when minimum enrollment is reached.

A complete listing of classes along with a printable registration form can be found at the HCAC web site at www.holyokecac.org. For more information on classes and materials lists or to register, call (413) 532-7047.

### SPRINGFIELD
**Parada Puertorriqueña de NY.** La Asociación Nacional de Mujeres Puertorriqueñas de Massachussets anuncia que la delegación que representara el estado en la Parada Nacional partira desde el North Gate Plaza. Internet el edificio de periódico Union News/ Sunday Republican. La Parada se celebrara el domingo 13 de junio de 2004. La hora de partida será a las 7:00 AM (hora americana).

**Oficina del Proyecto de Discriminación en la Vivienda, Inc.**
Housing Discrimination Project, Inc.) les invita a una reunión comunitaria para hablar sobre el problema de discriminación en la vivienda y préstamos injustos.

Si usted esta en peligro de perder su casa porque esta pagando demasiado por los intereses del préstamo aprenda maneras de retener su casa! **Nosotros le podemos ayudar.**

Tendremos un abogado disponible para contestar preguntas acerca de las prácticas discriminatorias de parte de los propietarios, agentes de bienes raíces, instituciones de préstamos, y compañías de seguros

Para mas información y preguntas pueden llamar a Jul e en la Oficina del Proyecto de Discriminación en la Vivienda **(Se habla español e inglés)** Housing Discrimination Project, Inc c 57 Suffolk Street o Holyoke, MA 01040

### NORTHAMPTON
**LatinoNight.** Northampton High School will host the first "Cultural Night" on June 4th, 2004 when we celebrate Latino life. Cultural Night is a time dedicated every year to celebrate the diversity of our school and the different cultures represented in this unique community. This "Cultural Night" is going to be a significant new community-building event in Northampton, MA. Hundreds of people, representing diverse segments of the community, political figures and special guests will be in attendance from all around the Pioneer Valley

Come and enjoy a night of softball games, traditional foods, music performances (ARHS Bomba group/Springfield's Salsa Kids), art exhibits, local and international celebrities, and much more.

In addition to all the festivities, we will be honoring and recognizing several local Latinos / Latinas for their positive contributions and achievements, not only in our community but also around the world.

For more information, volunteer opportunities, sponsorship donations, or to reserve a table at the event, please contact Edgar Cancel at N.H.S. at 413-587-1344 ext 1194 or e-mail him at ecancel@nps.northampton.ma.us

# Mosaico Noticioso

## Más Soldados Boricua spa'l Irak

San Juan, PR. (WWW.DIARIODEPUERTORICO.COM). 18 de mayo de 2004. La compañía 268 de transportación de la reserva del ejército en la isla será movilizada para su desempeño en la guerra contra el terrorismo en Irak, se informó.

El Comando de Movilización del Fuerte Buchanan indicó que unos 70 militares de esa unidad deberán reportarse hoy a esa base para el proceso administrativo inicial y el domingo al Campamento Santiago para comenzar su adiestramiento.

La misión de esta compañía consiste en proveer apoyo de transporte y transportación de suministros y equipo a unidades en el área de operaciones, se explicó en un comunicado emitido a los medios de prensa.

Se estima que el proceso de movilización y entrenamiento tome cerca de un mes. Tras su validación, serían desplegados a uno de los teatros de operaciones de guerra.

Esta es la décima unidad movilizada por Buchanan en la segunda fase del denominado Operativo Libertad Iraki. En la primera fase se movilizó a otras 10 unidades, la mayoría de las cuales ya ha regresado a Puerto Rico.

Mientras, este fin de semana se espera el regreso a la isla de la Compañía 770 de Policía Militar, adscrita a la Guardia Nacional de Puerto Rico, se indicó.

## Nuevo Movimiento Independentista

San Juan, PR. (WWW.DIARIODEPUERTORICO.COM). 17 de mayo de 2004. Quedaron disueltos ayer dos organismos políticos y por voluntad de centenares congregantes en Caguas dieron paso a la fundación del nuevo Movimiento Independentista Nacional Hostosiano (MINH). Con ello el movimiento independentista pone fin al Congreso Nacional Hostosiano (CNH) y el Nuevo Movimiento Independentista (NMIP).

En una asamblea celebrada en el nuevo Centro de Bellas Artes en Caguas, el nuevo organismo resolvió no aspirará a convertirse en un partido político y no intervendrá en la manera en que sus miembros votarán en las elecciones. Asimismo, se determinó desarrollar un programa de educación sobre la "conveniencia de la independencia nacional frente los profundos problemas que la condición colonial existente". Se propone, además, como un organismo que busque la unidad de los grupos independentistas.

Luego de disueltos el NMIP y el CNH, la asamblea discutió los postulados que regirán la organización y eligió el nombre de la misma, entre otros asuntos. Además, se celebró una votación para elegir a 30 personas, de una lista de 42 candidatos, para integrar la Dirección Nacional, grupo que liderará el organismo. Ese grupo, junto con otros 10 delegados, deberá elegir un presidente. No se informó cuando.

En el grupo a elegirse ayer había profesores, arqueólogos, abogados y líderes políticos reconocidos. Entre estos, Julio Muriente, ex presidente del Nuevo Movimiento Independentista; Héctor L. Pesquera, ex presidente del Congreso Nacional Hostosiano; Eduardo Villanueva, ex presidente del Colegio de Abogados; José Rivera Santana, planificador, y José (Lole) Rodríguez Báez, líder sindical.

En la resolución, el abogado Noel Colón Martínez hizo una

relación de los eventos que culminaron con la creación de la nueva entidad y que comenzaron en noviembre del 2001 cuando los dos grupos, ahora desaparecidos, decidieron desarrollar una agenda de trabajo en conjunto.

"Nos encontramos en un Puerto Rico con un deterioro enorme y tenemos que intervenir en el proceso social con igual fuerza que intervenimos en el proceso político. Le vamos a meter mano a las luchas de este pueblo de la misma manera en que lo hacen otras organizaciones de la sociedad civil", afirmó el abogado, que se sentó junto al fundador del Partido Socialista Puertorriqueño, Juan Mari Bras.

## Hispanic Media Crucial for Hispanic Population

Washington, DC. (HISPANIC PR WIRE). April 28, 2004. Numerous Hispanic readership studies conducted by the National Association of Hispanic Publications, Inc. and the recent survey by Hispanic Pew Center confirm what Hispanic publishers have articulated for generations: Hispanic media provides the most accurate and positive image of the Hispanic community in the country.

According to the Pew Hispanic Center, 78 percent of Latinos, regardless of education, income or language preferences, believe that Spanish-language news media are very important to the economic and political development of the Hispanic population. "The Spanish-language media exercise a powerful draw through their coverage of Latin American and of Latino communities in the Unites States," said their report.

"These studies reconfirm decades of our industry's own readership studies that the Hispanic print media holds far greater influence over Latino consumers and will continue to do so for generations. For the most part, Hispanic media is the one that gives the most accurate reflection of Latino leaders and our community," said Tom Oliver, Interim Executive Director of NAHP, Inc.

Despite the rapid-growth of the Latino population, mainstream media still falls behind in Hispanic coverage. Over 50 percent of Latinos consider English-language news coverage poor, especially with news relevant to the Hispanic community, and 44 percent of Latinos believe English-language media damage their community image, said the Pew report.

Most Latinos often maintain Spanish-language or bilingual news resources through generations. According to the most recent survey, at least 68 percent of Latinos get their news in Spanish or both languages, while only 31 percent get all their news in English.

The Hispanic population is the largest minority in the country, making up 13.5 percent of the U.S. population. This rapid-growing community also counts with a large variety of Hispanic media outlets, which is not seen in any other immigrant population. "Some of our member publications date back to the early years of the 20th century such as La Opinion and El Diario/La Prensa. The Hispanic media continues to grow because of high demand, which has grown even more rapidly at the end of the last century and beginning on the 21st century," said Oliver.

This study confirms that Latinos who get their news in Spanish or bilingual outlets have a better knowledge of some public policies. For example, 70 percent of those who get their news in Spanish

and 68 percent of those who get their news in both languages knew about President Bush's recent proposal on immigration, compared to only 53 percent of those who get their news in English.

"Print has often been portrayed secondary to TV and radio in terms of influence. This most recent survey clearly shows that in crucial areas of health care, business, economy and sports, Hispanic print is the major source for the Hispanic community," said Oliver.

## CDF Decries U.S. Senate Corporate Tax Bill

Washington, D.C. (HISPANIC PR WIRE). May 14, 2004. The Children's Defense Fund (CDF) is outraged by the U.S. Senate's passage this week of the Jumpstart Our Business Strength Act (S. 1637). What started as the Congressional repeal of a $5 billion-a-year export subsidy prohibited under international trade agreements became another money-grab by wealthy corporate interests. The pork barrel laden bill was adopted at a budget-busting cost of $170 billion. Among others, the long list of corporate special interests that benefit include horse- and dog-track owners, cruise-ship operators, NASCAR track owners, Oldsmobile dealers, and multi-national corporations -- many of which send their jobs overseas. Oil and gas subsidies alone account for about $5 billion in tax breaks in the bill.

"This bill exemplifies again the misplaced priorities of our national leaders," said Marian Wright Edelman President and Founder of CDF. "For less than the cost of these tax breaks, Congress could have provided Head Start for every eligible child or provided every uninsured child in America with comprehensive health care for the next decade. They have chosen not to. President Franklin Delano Roosevelt famously cautioned 'The test of our progress is not whether we add more to the abundance of those who have much; it is whether we provide enough for those who have too little.' We find ourselves today clearly failing that test."

CDF applauds Senator John McCain (R-AZ) for offering a voice of reason against this legislation during the Senate floor debate. His words should be remembered when the House of Representatives takes up their version of the bill. Senator McCain said, "It is remarkable, with a half trillion [dollar] deficit, and we are enacting new tax credits for -- guess who -- the oil and gas industry in America which, the last time I checked, is doing pretty well. The majority of my colleagues on this side of the aisle just voted against an extension of the unemployment benefits for Americans who remain unemployed and haven't profited by this reemerging and strengthening economy. My God, we won't give them an extension of their unemployment benefits. But if the ethanol people of Archer Daniels Midland need it, by God, we will give it to them ... $170 billion in tax credits but no extension of unemployment benefits for people who have been out of work, it is a remarkable commentary."

CDF finds the actions of the Senate this week both remarkable and sad, and calls on President Bush to reject these irresponsible and immoral tax breaks.

Conéctese a WWW.DIARIODEPUERTORICO.COM para las últimas noticias de Puerto Rico. Este periódico digital actualiza las noticias diariamente, de lunes a viernes.

---

# Citas y Algo Más

**Cita Memorable** "El camino hacia la riqueza depende fundamentalmente de dos palabras: trabajo y ahorro." Bernard Henry Lévy. Filósofo y novelista francés.

**Refranes Populares** "Donde hubo fuego, cenizas quedan."

**"Slang" Boricua** tumbar (robar). A Joel le tumbaron el carro de frente de la casa.

**Curiosidad** Uno de los más grandes oradores de todos los tiempos, Demóstenes (384-322 a. de C.), era un tartamudo que luchó tenazmente para vencer ese defecto, inclusive poniéndose a veces piedras pequeñas en la boca y practicando sus discursos en voz alta.

---

# Hechos y Realidades

La Constitución de Cuba establecía que sólo dos personas nacidas en el extranjero podían aspirar a ser presidente de la república: el dominicano Máximo Gómez y el boricua Juan Ríos Rivera.

*The Constitution of Cuba established that only two people born outside of Cuba could aspire to become President of the Republic: the dominican Máximo Gómez and the boricua Juan Ríos Rivera.*

Santurce, al igual que San Juan, es una isla o isleta. Para entrar a Santurce desde cualquier dirección, hay que cruzar uno de estos puentes: Martín Peña, Constitución, Puente Dos Hermanos, o Puente de Piñones.

*Santurce, like San Juan, is an island or islet. In order to*

*reach Santurce from any direction, you have to cross one of these bridges: Martín Peña, Constitución, Puente Dos Hermanos, or Puente de Piñones.*

En los Bailes de Bomba se usan dos clases de tambores. El tambor más grande y de sonido más profundo tiene un nombre muy curioso, "el burlador".

*Traditional Bomba Dances use two types of drums. The largest drum and the one with the deepest sound is called "el burlador".*

El grupo musical "Puya" fue la primera agrupación de rock en español en aparecer en MTV.

*The musical group "Puya" was the first Spanish rock group to appear on MTV.*

Fuente: ¿Qué le parece... boricua! por Papá Lino



# #1 DISCOUNT SHOPPING

**Open Sundays 12-4 PM**

Only In The Country
## 14 DAYS ONLY

## YOU PAY INVOICE

**INVOICE SALE**

**"PLUS" ALL FACTORY REBATES**

# 0% FINANCING

"THAT'S THE REAL DEAL"

**GRANDs 35 IN STOCK**

**LIBERTYs 20 IN STOCK**

## Pick A Vehicle. Pay Invoice
in the country where you have a choice

## Discount Shopping At It's Best

**CLOSEOUTS**

**RED TAG $19.98 Wkly.**

YOUR CHOICE **$4,888**

99 SATURN SL
98 TOYOTA COROLLA
98 NISSAN ALTIMA
00 OLDS INTRIGUE98
98 DODGE CARAVAN
97 CHEVY BLAZER

**$19.98 WEEKLY**

YOUR CHOICE **$7,888**

03 DODGE NEON
02 FORD ESCORT
01 CHRYSLER 300M
01 CHRYSLER SEBRING LX
01 CHEVY CAVALIER
00 DODGE INTREPID

**$32.55 WEEKLY**

**• SPECIAL • SPECIAL • SPECIAL •**

03 CHRYSLER SEBRING LXI
02 JEEP WRANGLER
01 NISSAN MAXIMA

YOUR CHOICE **$12,888**

**• SPECIAL •**
02 SAAB 9.3 SE
**$13,888**

**• SPECIAL •**
03 Chrysler Sebring Conv.
**$14,888**

**• SPECIAL •**
01 SAAB 9.5 Wagon
**$15,888**

## 04s JEEP CLOSEOUT

★ ROCKY MT EDITION
★ COLUMBIA EDITION
★ SPECIAL EDITION
★ LIMITED EDITION

HARD TO GET YOUR CHOICE **$23,888**

**15 IN STOCK**

Payment based on longest term, best interest rate. Credit score 780 or greater. NEW cars include $1,000 extra rebate from Chrysler.

OPEN
Mon.-Thurs. 9am-8pm
Fri. 9-6
Sat. 9-5

WWW.COUNTRYJEEP.COM

# COUNTRY JEEP

JEEP • (413) 786-6222
959 SPRINGFIELD ST (RTE. 147) • AGAWAM, MA

Hablamos Español

   

**Deportes**



# SPORTS DEPORTES

## Lider Comunitario es Recordado Como un Héroe Nacional

Por Rigo Serrano de Dialogo-Bilingue

"Cuando un amigo se va, queda un espacio vacío . . ." (canción)

Así recordaremos todos a Miguel A. Hernández, líder comunitario, amigo y miembro de la Reserva del Ejército de los Estados Unidos de América (U.S. Army Reserve).

El pasado 10 de mayo, Miguel pasó a "mejor vida" a los 36 años de edad luego de servir durante varios meses en Afganistán. Este joven puertorriqueño, original de Cayey y residente de Holyoke desde 1993, fue honrado y recordado en una corta ceremonia que se llevó a cabo el viernes, 21 de mayo del 2004 en las facilidades de la organización comunitaria Nuestras Raíces, Inc.

Para aquellos que conocieron a Miguel, alias "Gange", no podremos olvidar su especial sonrisa y la manera peculiar de saludar cuando te lo encontrabas por la calle. Aunque Miguel se enfrentó a momentos muy difíciles en su vida, nunca dejó de ser el mismo y nunca le negó su mano a nadie y en especial, a los jóvenes de nuestra comunidad hispana. Yo, personalmente, conocí a Miguel en el año 1997 en la emisora radial WFCR de Amherst, MA durante una presentación en vivo de uno de los programas para jóvenes de la organización Nueva Esperanza. En aquel tiempo, yo llevaba menos de un año de vivir en los Estados Unidos y servía como comentarista deportivo en un pequeño segmento del programa "Tertulia" del compañero Luis Meléndez. En el año 1998 decidí mudarme a la ciudad de Holyoke e inmediatamente comencé una gran amistad con "Miguelo" (como yo lo nombraba) y Daniel Ross, actual Director Ejecutivo de Nuestras Raíces.

Durante varios años, Miguel estuvo a cargo del programa de jóvenes "Protectores de la Tierra" que pertenece a Nuestras Raíces. Además, dió sus primeros pasos en la política pública de la ciudad de Holyoke, cuando estuvo muy activo en campañas para elegir líderes hispanos en posiciones de importancia en la ciudad. En el año 2002 y mientras trabajaba en las oficinas de New England Farm Workers' Council en Hartford, CT, Miguel decide renunciar y firma con la Reserva del Ejército de los Estados Unidos con la intención de poner en orden su vida y servir a esta nación en la guerra contra el terrorismo. Recuerdo que cuando me comentó que pensaba entrar al servicio me tomó por sorpresa. Sin embargo, pude ver en sus ojos que realmente quería hacerlo y que una de sus metas era regresar a su comunidad y continuar su labor con nuestros jóvenes.

Hoy, Miguel ha dejado a tres niños y a una esposa sin el apoyo emocional y el cariño de familia. Sin embargo su legado va mucho más allá que las palabras de uno de sus amigos. Miguel quizás se quedó corto en su afán de regresar a trabajar por su comunidad, pero su labor como líder, amigo y patriota permanecerá en nuestros corazones y en las mentes de aquellos que reconocen que la patria se hace trabajando.

Como dijo en alguna ocasión uno de nuestros máximos líderes puertorriqueños, "La patria es valor y sacrificio. Adiós, Miguel. ¡Nunca te olvidaremos!

## CARIBBEAN NIGHTS
### In the City of Holyoke

The Hispanic Chamber of Commerce of Western Massachusetts invites you to enjoy with your family of five (5) Caribbean Nights in the city of Holyoke. We will have live music and other surprises for your delight.

**Caribbean Nights Schedule**

| Date | Theme | Most Locations are on High Street | Music |
|---|---|---|---|
| July 1st | Christian | In front of Luigi's Christian Book Store & Music. # 103 High Street | Zariz Band, Rafael Montañes, Victor Puchy Colon and their bands |
| July 8th | Tropical | In front of MD Beauty Salon & Supply # 394 High Street | ZUM-ZUM Sombra Groups New Haven Band |
| July 22nd | Bohamian | Veteran's Park Maple Street | TRIOS Festival |
| July 29th | Tropical | In front of Manuel Garcia Floor Covering # 775 High Street | New Haven Band ZUM-ZUM Group La Perfecta Band |
| August 5th | Tropical | In front of City Hall | "Pachanga Latina" |

**SPONSORS**
The City of Holyoke
Hispanic Chamber of Commerce of Western Massachusetts
Solutions Community Development Corporation
Univision - Javier Designs - Chaffee-Helliwell
Tony's Grocery Store



Llámenos hoy mismo y ayudaremos a obtener su...

**Regrese hoy a casa manejando su auto nuevo !!!!**

# 1-800-845-1371

## Salud

### HOLYOKE HEALTH CENTER IS THE MEDICAL HOME FOR A YOUNG UNINSURED COUPLE

Jenny Myers is 21 and uninsured. "I used to go to the ER for my healthcare," she said recently. "But that wasn't the right place for me to find out what was really wrong." What she needed was a medical home where a doctor could take time with her to figure out why she wasn't feeling well. She found her medical home at the Holyoke Health Center.

When Jenny's husband Scott was 18, he woke up one morning with a sore throat. "I didn't have health insurance, and a friend told me about the Holyoke Health Center. I came in and got a throat culture." Now 25, and still uninsured, he has been coming in ever since. He is the reason Jenny stopped going to the emergency room.

Scott and Jenny found a medical home at the Holyoke Health Center. Scott comes in on an as-needed basis. "When I have a sore throat or something hurts," he explained. Jenny has a more complex health history and used to visit the emergency room frequently. "I had heard of the health center," she said, "but I was scared to go. I didn't think real doctors worked there." Jenny feels very differently today.

"I had a physical with Dr. Alers at the health center. He is the best doctor I have ever seen," she said. "I have never had a doctor talk to me for an hour before. He really listened. He is reviewing all my old records from past doctors and the ER. Even when I had insurance, no one spent time like he did. I was so glad to find him."

Scott and Jenny encourage their friends and family to visit the health center. "I think we get better treatment here than we would if we had insurance and went to a private doctor."

Holyoke Health Center believes that everyone – rich or poor, insured or not – needs a medical home. For more information

about enrollment and our services, please call Yamira Moreno-Escobar at 420-2129.

**The Holyoke Health Center is located at 230 Maple Street in downtown Holyoke. 413-420-2200. The Chicopee Health Center is located at 203 Exchange Street in downtown Chicopee. 413-420-2222. The health centers offer care in Adult Medicine, Gynecology, Pediatrics, and Dental Care. Same Day Care is available for urgent, non-emergency problems. Fees are based on patient income and insurance coverage. Nobody is denied care based on inability to pay.**



### EL HOLYOKE HEALTH CENTER ES EL CENTRO DE CUIDADO MEDICO PARA UNA PAREJA JOVEN SIN SEGURO MEDICO

Jenny Myers tiene 21 años y no tiene seguro médico. Aunque reconocía que no era lo mejor, ella usaba la Sala de Emergencias del Hospital para su cuidado médico rutinario. Lo que ella necesitaba era un centro de cuidado médico donde un médico pudiera diagnosticar su enfermedad. Ella encontró los servicios adecuados en el Holyoke Health Center.

Cuando Scott, el esposo de Jenny, tenía 18 años, se levantó una mañana con dolor de garganta. Como no tenía seguro médico, un amigo le habló del Holyoke Health Center. Fue allí y le tomaron un cultivo. Ahora tiene 25 años, todavía no tiene seguro médico y continúa yendo al Holyoke Health Center. El es la razón por la cual ya Jenny no va a la Sala de Emergencias.

Scott y Jenny encontraron su centro de cuidado médico en el Holyoke Health Center. Scott va cuando lo necesita. Jenny tiene más problemas médicos y visitaba la Sala de Emergencias con frecuencia. Dice que había oído del centro pero que tenía miedo de ir. Creía que no tenían médicos de verdad. Hoy en día Jenny tiene una opinión muy diferente.

Dice que tuvo un examen físico con el Dr. Alers y que él es el mejor médico que ella ha visto. Dice que nunca ningún doctor había dedicado una hora para hablar con ella. Dice que el Dr. Alers revisó todo su expediente. Aun cuando tenía seguro médico, ella dice que nadie nunca le dedicó tanto tiempo. Jenny está muy contenta de haber encontrado al Dr. Alers.

Scott y Jenny le han recomendado el Holyoke Health Center a sus amigos y familiares, ya que consideran que reciben mejor cuidado médico que el que recibirían si tuvieran seguro y fueran a un médico privado.

El Holyoke Health Center cree que toda persona- pobre o rico, con seguro médico o sin seguro- necesita un centro de cuidado médico. Para más información sobre los servicios, favor de llamar a Yamira Moreno-Escobar al 420-2129.

**El Holyoke Health Center está localizado en 230 Maple Street en Holyoke. 413-420-2200. El Chicopee Health Center está localizado en 203 Exchange Street en Chicopee. 413-420-2222. Los centros ofrecen Medicina para Adultos, Ginecología, Pediatría y Cuidado Dental. Se atienden casos el mismo día si es un problema urgente y no de emergencia. Los costos están basados en el ingreso del paciente y en la cubierta del seguro médico. No se le niega tratamiento a ninguna persona.**



Bueno Y Sano ℠

$1.00 off
Any Burrito

Bueno Y Sano ℠
Boltwood Walk • Amherst
413-253-4000

### CONSEJOS PARA UN VERANO SEGURO

Por la Oficina del Jefe de Bomberos de la Ciudad de Holyoke. Para más información en español sobre estos consejos y/o cualquier otro servicio ofrecido puede comunicarse con Margarita Reyes al 534-2250.

#### ASADORES

**Seguridad en la Parrilla**
- Mantenga los asadores en la parte de atrás de la casa, retirados de la misma.
- Mantenga los niños bajo supervisión cuando esté usando el asador.
- ¡Nunca use gasolina en el asador!

**Asadores de Gas**
- Mantenga todos los asadores que usan gas propano afuera, a tres pies de las entradas del edificio, tales como puertas, ventanas, respiraderos de secadoras y respiraderos de aire.
- Todos los cilindros de gas propano con capacidad de entre 4 y 40 libras deben ser equipados con un aparato para prevenir que se sobre llenen.
- Recomendamos que los cilindros de gas se coloquen a no menos de 10 pies retirados de la casa, especialmente cuando se están usando.
- Los asadores que usan gas propano se deben mantener dentro de la casa o en balcones más arriba del primer piso en un edificio donde viven otras personas.
- El gas propano es más pesado que el aire y tiende a bajar. Un tanque de gas con escape puede ser peligroso para las personas que viven debajo de usted. Posibles fuentes de fuego son productos de fumar, aires acondicionados, compresores, llamas pilotos y carros.
- Asegúrese que todas las conexiones estén ajustadas y seguras.

**Asadores de Carbón**
- Encienda el carbón con líquido de encender carbón.
- Cuando el carbón prenda, no le añada líquido encendedor al fuego – las llamas pueden subir hasta la lata y causar quemaduras muy serias.

### SUMMER SAFETY TIPS

#### BARBECUES

**Barbecue Safety**
- Use all barbecue grills away from the house in the backyard.
- Supervise children whenever any grill is in use.
- Never use gasoline on any grill!

**Gas Grills**
- Keep all LP-gas outside, three feet away from building openings such as doors, windows, dryer vents and air intake vents.
- All LP gas cylinders with a capacity between 4-40 lbs. must be equipped with an overfill protection device.
- We recommend LP-gas canisters be ten feet away from the house, if possible, especially when in use.
- LP-gas grills are not permitted inside or on balconies above the first floor of any building where people live.
- LP-gas is heavier than air and sinks. A leaky grill could pose a hazard to people below. Possible ignition sources include smoking materials, air conditioners, compressors, pilot lights and cars.
- Make sure all connections are tight and secure.

**Charcoal Grills**
- Use only charcoal lighter fluid to start charcoal grills.
- Once the coals have been lighted, never add more lighter fluid to the fire – flames may travel up the stream of lighter fluid resulting in serious burns.

# Good Health Starts Here

We provide healthcare, regardless of insurance status or ability to pay. Contact Yamira Moreno for more information about low cost and free care options: 420-2129.

- Internal Medicine
- Family Practice
- Pediatrics
- Gynecological Care
- Same Day Care
- Dental Care
- Referrals to Specialists

Holyoke Health Center
230 Maple Street
Holyoke, MA 01040
Telephone: 420-2200 for appointments



**Holyoke and Chicopee Health Centers**



# La Buena Salud Empieza Aquí

Proveemos servicios médicos sin importar su habilidad para pagar ó si tiene seguro médico. Favor de ponerse en contacto con Yamira Moreno para más información sobre cómo obtener servicios gratis ó a bajo costo: 420-2129.

- Medicina Interna
- Medicina de Familia
- Pediatría
- Ginecología
- Atención Médica el Mismo Día
- Cuidado Dental
- Referidos a Especialistas

Holyoke Health Center
230 Maple Street
Holyoke, MA 01040
Teléfono: 420-2200 para citas

# baliseautoespanol.com



**Ahora puedes comprar tu auto nuevo o usado en español y desde el lugar que más te convenga**

*baliseautoespanol.com* es la mejor manera de comprar tu auto en tu idioma y desde el lugar que más te convenga.

En *baliseautoespanol.com* puedes obtener el valor actual de tu vehículo. También, si deseas hacer el "trade in" de tu auto, lo puedes hacer fácilmente y sin complicaciones.

Más aún, en *baliseautoespanol.com* puedes lograr tu pre-aprobación de crédito, obtener financiamiento, realizar pagos y completar tu compra "on line". No importa si tu crédito tiene algún problema. En Balise estamos para ayudarte y facilitarte tu compra.

*Visítanos en baliseautoespanol.com, la mejor manera de comprar tu auto en tu propio idioma y desde el lugar que más te convenga.*

**baliseautoespanol.com**

**BALISE**

*En Balise te tratamos como familia*

Diálogo bilingüe ● June 1-15, 2004

**EXHIBIT 27**


**EXHIBITS INTRODUCED AT**
**MAY 23, 2004**
**PRELIMINARY INJUNCTION HEARING**

# El Diálogo

Caribe
la ciudad de Holyo...

Comercio Hispano
Massachusetts
a disfrutar
de música en vivo
las sorpresas.
P.16

Volumen 3 Numero 6

**EDITORIAL**
**EDITORIAL - P.2**

**NACIONALES Y LOCALES:** El futuro del HCC
**NATIONAL AND LOCAL:** The future of the HCC - **P.3**

**NUESTRA COMUNIDAD:** Lego el verano ¿ Que hacemos con los niños?
**OUR COMMUNITY:** Summer... What do we do with the children? - **P. 4**

**NEGOCIOS/ BUSINESS - P. 5**

**EDUCACION:** Abuso de las medidas de suspensión en las escuelas de Springfield - **P. 6**

**HISTORIA/HISTORY:** Ronald Reagan - **P. 8**

**POESÍA / POETRY - P.9**

**DIÁLOGO DE UN SARGENTO A SARGENT'S DIALOG**

**COCINANDO Y DIALOGANDO COOKING AND DIALOGUING**

**BELLEZA /BEAUTY - P.11**

**EVENTOS DE LA COMUNIDAD:** Eventos de la biblioteca pública— Horóscopo
**COMMUNITY EVENTS:** Public library summer events—Horoscope **P.12**

HEALTH CENTER BATTLES DIABETES - P.13

# Abusan de las medidas de suspensión en las escuelas de Springfield



Yanira Bonilla tiene 12 años de edad y asiste al 6to grado de la escuela " M. Marcus Keley", localizada en la ciudad de Springfield. Evelyn Santiago, la madre de Yanira, y Yanira tenian una triste historia que contar: *"...Yanira siempre fue una alumna de buenas calificaciones, A y B, con buena conducta, pero entre el mes de Marzo y Junio Yanira ha sido suspendida cuatro veces de la escuela sin haber una razón mayor..."*

Lo preocupante del caso es que según una nota de prensa publicada el dia 3 de Junio del 2004, por el *Departamento de Educacion de Massachusetts,* en el sitio de Internet Mass.gov, se señala a la ciudad de Springfield, como la ciudad con más suspensiones de alumnos (583 alumnos) durante los años 2002 y 2003, y la ciudad de Holyoke ocupa el quinto lugar (56), entre los cuales un gran número de ellos son de orígen hispano. (P.6)

# La Puertorriqueña María Rosado gana medalla de plata en los campeonatos *Panamericanos de Ciclismo* en Venezuela. (P.17)

### Summer...What do we do with the children?

The Public Library is there to help us find excellent educational activities for our children and the whole family together... (P.4)

### Llegó el Verano... ¿Qué hacemos con los niños?

La biblioteca pública está a la disposición de la comunidad con excelentes actividades educacionales para este verano... (P.4)

### El futuro del HCC

La Clase graduada más grande en la historia de Holyoke Community College se despidió con gran ceremonia el 6 de junio. Desde principio hasta su final, el impacto Latino fue muy obvio. (P.5)

### El futuro del HCC

The largest graduating class in the history of Holyoke Community College celebrated commencement with great ceremony on Saturday June 6. From beginning to end, the Latino impact was quite obvious. (P.5)

EXHIBIT
27

**EDITORIAL**

# El Diálogo, el periódico bilingüe de nuestra comunidad

**El Diálogo**, su periódico bilingüe ha sido creado para todos ustedes, nuestros apreciados lectores. **El Diálogo** se siente con el compromiso de involucrarse con los sucesos, vivencias, actividades y experiencias de la gente de nuestra región.

Somos la voz de la comunidad. Estamos comprometidos a ser una entidad dinámica dentro de la información que surge de los eventos locales y regionales. La meta de nuestro periódico es asumir responsabilidad social, cultural, económica e informativa con nuestro público.

Buscamos generar una reflexión entre los residentes de nuestra comunidad a través de artículos y noticias que acontezcan en el oeste de Massachussets. Relatamos, revelamos y destacamos los sucesos de interés en la región.

Si analizamos la palabra Diálogo, esta se define como: conversación entre dos o más personas sobre un tema en particular o controversia. Eso es precisamente nuestra función como periódico local, originar diálogos entre los diferentes núcleos de nuestra sociedad y participar en la resolución de los conflictos que surgen dentro de ella.

Recuerden amigos, **El Diálogo** es parte de ustedes y estamos aquí para ustedes. Somos el instrumento informativo de nuestro público para nuestro público.

Vengan y acompáñenos en nuestro viaje periodístico.

*by Gabriela Romero*

# El Diálogo, the bilingual newspaper for our community

**El Diálogo**, your bilingual newspaper has been created for all our appreciated readers. **El Diálogo** feels the commitment to be involved in the events and daily activities that our people experience in the region.

Our goal is to assume social, cultural, economic and informative responsibility with our public. In addition, to infuse reflection within the residents of our community through the articles and news develop in the Western Massachusetts region.

If we analyze the word Dialog "Dialogo" is define as: a conversation between two or more people around a theme and or a controversy. This is precisely our intension as a local newspaper, to originate a dialog between different areas of our society and to participate in the resolution of the conflict that develops inside of it.

Please, come and joined us in our journalistic journey.

By Gabriela Romero

## El Diálogo

**Publisher:** Lillian Santiago
**Managing Director:** Lillian Santiago
**Sales Director:** HŽctor Bauz‡
**Art Director:** Gabriela Romero
**Writers:** Doris Mundo, James Sparrow, Gabriela Romero, Lillian Santiago.

---


Elias Acuña
(413) 783-7025


Maria Acuña


Anna Santana
(413) 747-6092


Ramona Helton
(413)750-0701


Maritza Martinez
(413) 748-6148


Norma Cartagena
(413) 695-3930


Maria ACUÑA REAL ESTATE. LLC


Junior Garcia
(978) 390-2727

**Your Real Estate Company**

---

**Su Compañia de Bienes Raices**


Maria Ortiz
(413) 210-3130


Stephanie Ouellette
(413) 734-4327

---

# NEGOCIOS BUSINESS

# Necesarias regulaciones para enfrentar globalización, dice CEPAL

Por LEONARDO ALDRIDGE

SAN JUAN _ La empresa privada y los gobiernos de América Latina y el Caribe deben establecer instituciones para reglamentar la globalización, dijo la Comisión Económica para América Latina (CEPAL).

``El proceso de globalización contemporáneo necesita nuevas instituciones que concilien un manejo más eficiente de la interdependencia global con la adopción de principios claros de solidaridad'', dice el informe ``Desarrollo productivo en economías abiertas'' que discutirá esta semana aquí la CEPAL.

La CEPAL reconoce en su informe que será cuesta arriba estructurar nuevas instituciones regulatorias debido a ``la falta de principios compartidos entre los principales involucrados, la desigual influencia de quienes intervienen en el proceso y la dificultad de crear coaliciones estables''.

Pero unos 300 delegados de 41 estados miembros y siete asociados intentarán lograrlo durante el 30 período de sesiones de la CEPAL que se celebrará del 28 de junio al 2 de julio en un lujoso hotel de esta capital.

La globalización, según la CEPAL, comenzó cuando ``la economía mundial dejó de ser un agregado de economías nacionales vinculadas por flujos de comercio, inversión y financiamiento, para convertirse progresivamente en un conjunto de redes globales de mercados y producción que cruzan fronteras''.

En América Latina y el Caribe la transformación en la década del noventa hacia la globalización fue más perceptible porque, a diferencia de Asia, la región no había abierto previamente su economía al comercio internacional, indica la CEPAL.

En el proceso, los gobiernos de la región quedaron muchas veces relegados, observando desde lo lejos las bonanzas que amasaban las empresas.

``Durante el período de 1990 a 2003, las transacciones internacionales se incrementaron a un ritmo mucho más rápido que el crecimiento de la economía de los países'', dice el informe. El riesgo que corren los países de la región, según el organismo de la ONU, es que se perpetúe la desventaja de América Latina y el Caribe en la globalización.

Una alta y continua concentración del progreso técnico está en los países desarrollados; así como un predominio en el registro de la propiedad intelectual de las actividades más dinámicas del comercio internacional y una influencia hegemónica en la conformación de las grandes transnacionales, advierte la CEPAL.

``La globalización ha dado origen no sólo a una creciente interdependencia, sino también a marcadas desigualdades entre países... Las oportunidades económicas de los países en desarrollo siguen estando determinadas, en gran medida, por la posición que ocupan en la jerarquía internacional'', sostiene el informe.

``Los países en desarrollo han operado en un campo de juego esencialmente desnivelado'', agrega. Según la CEPAL, los estados deben retomar parcialmente el control de la economía que delegaron con las privatizaciones en la década del noventa, aunque yo no será tan fácil: los tratados de libre comercio y el ordenamiento legal vigente han limitado ese poder.

Aun así, los gobiernos deben intervenir en el proceso económico por dos razones fundamentales: el crecimiento a corto y mediano plazo depende de la inversión del estado y, además, porque existe ``un creciente descontento'' de los usuarios de servicios públicos que han sido privatizados. Según estadísticas de CEPAL, para que América Latina crezca a una tasa anual de 3% entre los años 2000 y 2010, se requiere invertir cada año en infraestructura alrededor de 3% del producto bruto interno.

En cuanto al descontento por la privatización, encuestas citadas por la CEPAL muestran que la conformidad de Argentina con los servicios privatizados descendió de 50% en 1998 a 10% en el 2002; de 60% a 25% en México; de 55% a 35% en Brasil; y de 60% a 40% en Chile y Bolivia.

``Lo anterior pone de manifiesto la necesidad de mejorar y fortalecer los mecanismos regulatorios del sector público en relación a las modalidades de asociación pública-privados'', reza el informe.



**hoy gozamos** más canales que hablan nuestro idioma

**Canales Selecto** instalación GRATIS

Compre cable básico, añada canales Selecto y reciba la instalación ¡GRATIS!

**Hoy tenemos más**

- Todos los canales de cable más populares en español y en inglés
- Canales de Pay-Per-View con películas y boxeo
- 53 canales de música, incluyendo 8 canales nuevos con salsa, merengue y rock en español
- Acceso a Internet de alta velocidad

Los canales más populares en español con Canales Selecto:

Todos los canales locales con Cable Básico:

**ahora llamamos 1-866-3-PARA-Tí**

(comcast
La conexión que nos une



## Llego el Verano...
## ¿Ahora que hacemos con los niños?

## Summer...
## what do we do with the children?

One of the most frequent questions parents ask themselves during the summer time is " what do we do with the children during the vacation?". We all want our kids to have fun during the summer vacations but we also want them to learn new things and practice what they have learned during the school year. The good news is that here at the City of Holyoke this is possible. The Public Library is there to help us find excellent educational activities for our children and the whole family together.

"Today's library is not what your remember. It's even better... The library continues to play a central role, not just in education but also as a place where the community can come together, a source of common ground. With the influx of immigrant groups to our city comes about increase opportunities for our Library to once again be the center of learning as it was for earlier generations." Says Maria Pagan, Library Director. The Library's focus has moved from one of custody of books for the enlightened to promotion of literacy for the community.

At your Public library you can find books, magazines, CD's, videos, computers with Internet access, database, tax forms and all sorts of other resources. For this summer the library is offering "Story Times"(3-5 years old), "Toddler Time" ( 2 years old), " Mornings with Curious George and Arthur" with is a story and craft program for children 5 to 8 years old, Magic Shows, Balloon Workshop, Science Magic, Game Club and many other activities. Carolann MacMaster at the children's library tells us: " There is something for every one...Art programs, reading, science, etc."

Also, during the summer the Holyoke Public Library is proud to be a pick up point for the Massachusetts Department of Education and Agriculture, and Children's Welfare; children ages 3 to 17 can come to the library and get there food boucher in the children's department during the hours of 10:00 and 12:00. Lunches will be served at the Lawrence School.

"I take this opportunity to once again, thank you all for your guidence, suport and friendship, and untill next time...read a book or two!" Says Maria Pagan

Go and take advantage of all the great services your public library is offering to you and your community. Have fun and learn.

*By Gabriela Romero*

Una de las preguntas más frecuentes que se hacen los padres durante el verano es "¿Qué hacemos con los niños en las vacaciones?" Todos queremos que nuestros hijos se diviertan en las vacaciones de verano pero también queremos que aprendan y que practiquen todo lo que aprendierón en el transcurso del año escolar. La buena noticia es que esto es posible aquí en la ciudad de Holyoke. La biblioteca pública nos brinda la posibilidad de encontrar excelentes actividades educacionales y recreacionales para nuestros hijos y para toda la familia.

" La biblioteca de hoy no es como la que ustedes recuerdan...es mejor que antes. La biblioteca siempre ha sido un lugar de aprendizaje, autoayuda personal, y de recreación. Hoy, la biblioteca esta en la vanguardia de la época de la información. ¿A dónde mas puede usted encontrar la información mas reciente?La biblioteca continúa desempeñando un papel pricipal en la comunidad, no sólo en la educación sino también como centro comunitario, una fuente de terreno común para todos.Con llegada de los diversos grupos de inmigrantes a nuestra ciudad vienen grandes oportunidades para que la biblioteca siga siendo el centro de el aprendizaje para todas las generaciones." Dice Maria Pagan, Directora de la biblioteca. El foco de acción de la biblioteca se ha trasladado de ser meramente el almacenamiento y cuidado de libros para ser una entidad dinámica en la promoción de la literatura en la comunidad.

En su biblioteca pública usted puede encontrar libros, periódicos, revistas, videos, música, computadoras, y mucho más.Para este verano la biblioteca ofrece: "Story Times"(3-5 años), "Toddler Time" ( 2 años), " Mañanas con el Curioso George y Arthur" con programas de lectura y manualidades (5 - 8 años), espectáculos de mágias, Balloon Workshop, Mágica ciencia, Club de juegos entre otras actividades. Carolann MacMaster en la biblioteca infantil nos dice: " Hay algo para cada quien...progamas de arte, lectura, ciencia, etc..."

"¡Tomo esta oportunidad para darle las gracias a la comunidad de Holyoke por su ayuda, apoyo y amistad, y hasta la próxima vez...lean un libro o dos! Nos dice Maria Pagan.

Visiten la biblioteca pública y aprovechen todos los servicios que estan a la disposición de toda la comunidad.

Por Gabriela Romero
Fotografía de Gabriela Romero

## SOMOS LA RESPUESTA A SUS PROBLEMAS DE CRÉDITO

### TODOS SON BIENVENIDOS!!

*Llámenos hoy mismo y nosotros le ayudaremos a obtener su auto nuevo*

- *Compradores por primera vez*
- *Bancarrota*
- *Pagos atrasados*
- *Mal crédito*

## Regrese hoy a casa manejando su auto nuevo !!!!

# 1-800-845-1371

# Latinos: El Futuro de Holyoke Community College

La Clase graduanda más grande en la historia de Holyoke Community College se despidió con gran ceremonia el 6 de junio. Desde principio hasta su final, el impacto Latino fue muy obvio. En la Procesión desfilaron varios dignatarios del Colegio, del gobierno y de la comunidad. Entre esos desfilaron nuestros colegas Carlos Vega de Nueva Esperanza y Heriberto Flores, Fideicomisario del Colegio. Luego desfilaron los Decanatos de las distintas divisiones académicas y ahi se encontró nuestro orgullo — el Decano Asociado de Ciencias Sociales Orlando Isaza (Interino). Entonces desfilaron los graduandos de la Clase 2004. Fue un gran placer ver tantos Latinos realizando sus sueños al obtener su Título. ¿Pero como se me pueden olvidar los otros dignatarios Latinos en la audiencia? —padres, esposos, parejas, novios, hijos, amigos, maestros y arrimados.

HCC le obsequió un gran reconocimiento a Carlos Vega por su contribución al Colegio en formar una alianza y crear puentes de oportunidad para que nuestros Latinos se matriculen y obtengan su Título en HCC. En total se graduaron 868 estudiantes. De esos, mas de 10% eran Latinos.

La distinguida Jane Edmonds, Directora de Workforce Development en la Administración del Gobernador Mitt Romney, presentó el Discurso de Graduación. Dijo, "Muchas veces el tener logro educacional, tiene contratiempos y no siempre es como navegar una linea recta con un comienzo y un fin fijo." Hizo un recuento que como joven graduanda, aspiraba estudiar Derechos pero su Consejera y maestros le aconsejaron que no podía estudiar Derechos porque los Africo-Americanos solo tenían logro en el campo de música. Ella siguió esos consejos y se matriculó en un colegio concentrándose en la música. ¡Cuánto odio sus estudios de música! Abandono los estudios. Comenzó un trabajo, se caso y se dedico a ser madre y esposa. Después de muchos años comenzó sus estudios y logro su sueño de estudiar Derechos y se abogada.

Entonces la Sra. Edmonds comparo su experiencia a la de un joven en la audiencia-padre soltero de un hijo de doce años e hijas gemelas de tres años. Ese joven se graduaba ese día. Ilustro como ese joven fue el único miembro en su familia, pobre y humilde, que terminó sus estudios secundarios y se matriculó en HCC. Hizo recuento de como ese joven tuvo contratiempos económicos y personales hasta el punto que suspendió sus estudios por falta de cuidado de niños. Dijo que con la intervención del personal de HCC y acceso a programas educativos del gobierno, Brian Rodriguez, se graduaba con Titulo y con los honores Phi Beta Kappa. Concluyo al desearle suerte ya que Brian se encamina a continuar sus estudios como Para-Legal en el Colegio Our Lady of the Elms en Chicopee.

Ese acontecimiento fue tan importante para HCC que distribuyeron un comunicado de prensa recalcando la graduación de Brian. La prensa y varios dignatarios entrevistaron y felicitaron a Brian. Brian dijo " Cuando mis hijas nacieron, me di cuenta que si yo deseaba inspirarlas y motivarlas a graduarse al nivel de colegio o universidad, yo tenia que ser su mejor ejemplo. Fue cuando decidí matricularme en HCC. Si yo logre este sueño con los contratiempos y barreras que enfrente, otras personas pueden tener semejante logro."

"¿ Mi consejo? Si este hijo de tabaqueros consiguió su Título, usted y sus hijos también lo pueden lograr. La educación es su pasaporte a un mejor futuro. ¡Aprovéchela o piérdala! ¿ Y quien se atreve decir que nosotros los Latinos somos un pueblo sin metas, sin sueños, sin ambición, o sin logros? ¿Y quien se atreve decir que nosotros los Latinos no apoyamos a nuestros hijos y queridos a cumplir esa gran meta educacional? Con la mayoría en el Censos y armados con la educación, pongan esto en primera plana: Nuestro dia llego y vamos a cambiar el futuro de Holyoke y todas partes.

Escrito por Doris Mundo

# Latinos: The future of Holyoke Community College

The largest graduating class in the history of Holyoke Community College celebrated commencement with great ceremony on Saturday June 6. From beginning to end, the Latino impact was quite obvious. The procession began with various dignitaries from the College, the government and the community. Among those dignitaries were Carlos Vega of Nueva Esperanza and Heriberto Flores, Trustee of HCC. Academic Department Deans followed. Our own Orlando Isaza (Acting Associate Dean of Social Sciences) was in this group. Graduates of the Class of 2004 followed the Deans. My greatest pleasure was seeing Latinos achieve their goal in attaining an Associates Degree. How can I forget to mention other Latino dignitaries in the audience? —Parents, spouses, partners, boyfriends, girlfriend, children, friends, or others who just invited themselves.

HCC presented five Distinguished Service Awards to individuals whose dedication and outstanding service to HCC improved the quality of life for the Campus. Our very own Carlos Vega received one of these coveted awards for his initiative in creating alliances with Holyoke Community College, which built bridges of opportunities so that Latinos could enter and graduate from the College. In total HCC graduated 889 students. Of those, at least 10% were Latinos.

Jane Edmonds Director of Workforce Development in Governor Mitt Romney's Administration delivered the Commencement Address. In the text of her speech she said, "The pathway to educational success is not a straight line, rather challenges and barriers stand in your way and your path is more like a zigzag. The Mrs. Edmonds recounted that as young high school graduate she aspired to study law but her Guidance Counselor convinced that Blacks were good in music. Mrs. Edmonds enrolled in a Music School and as hated. She dropped out, went to work, married, became a mother and concentrated on her family. After many years

she entered law school, graduated and became a lawyer.

Mrs. Edmonds compared her educational path to that of a young man who graduated that day—father of a twelve-year-old son and three-year old twin daughters. She described how that young man was the first member of his impoverished family to graduate from high school and complete his college education. How that young man faced economic and personal hardships to the point where he dropped out for lack of childcare. Then Ms. Edmonds spoke about how HCC staff intervened with government funded educational programs that allowed Brian Rodriguez graduate with Phi Beta Kappa honors. Lastly, she announced that Brian was awaiting acceptance to Our Lady of the Elms College to become a Para-Legal.

This was such an important accomplishment to HCC that they provided a press release emphasizing Brian's path to graduation. Brian became an instant celebrity. Brian said, "When my daughters were born, I realized that if I wanted to inspire and motivate them to attend college, I needed to set the example. That's when I decided to register at HCC. If I achieved this goal with all the challenges and barriers I confronted, anyone can do it."

*My advice? If this son of a tobacco worker graduated, you and your children can also do it. Education is your passport to a better future so use it or lose it. By the way, who dares to say that we Latinos are a community without goals, without dreams, without ambitions and aspirations, or without achievements? And who dares to say that we Latinos do not support our children and dear ones in achieving that great educational goal? With a majority in Census figures and armed with an education, put this headliner on your front page: Our day has come and we will change the future of Holyoke and other places.*

By Doris Mundo

---

# Aprendiendo Español / Learning Spanish

**Quebranto (kaybrahndo)**
Mysterious body temperature, not high enough to be considered fever, but serious enough to miss school and work. Illness is unknown by the American Medical Association and only understood by doctors in Latin America.

**Patatú: (pahtahtoo)**
Attack of obscure origin that can strike at any time. Could be serious enough to required hospitalization, yet is undetected by medical technology. Victims tend to be males and females over the age of 50 years.

**Sereno (sayrayno)**
Occurs when someone steps outdoors suddenly at night and is sprinkled by a mysterious substance that comes from the moon. It can only be detected by a Hispanic elderly. Symptoms vary.

**Empache (empahchay)**
Digestive disorder which occurs

after the consumption of a large Latin Meal, like in Christmas dinner. It is been proved that Alka-Seltzer is completely uneffective to cure this illness.

**Chichón (cheechone)**
Elevated cranial protrusion usually caused by the fall after PATATÚ.

# Abusan de las medidas de sususpensión en las escuelas de Springfield

En semanas pasadas **El Diálogo** recibió una llamada de una madre de Springfield, su nombre es Evelyn Santiago. Evelyn tiene una hija llamada Yanira Bonilla de 12 años de edad que asiste al 6to grado de la escuela " *M. Marcus Keley*", localizada en la ciudad de Springfield. Desafortunadamente Evelyn y Yanira tenían una triste historia que contar: *"...Yanira siempre fue una alumna de buenas calificaciones, A y B, con buena conducta, pero entre el mes de Marzo y Junio Yanira ha sido suspendida cuatro veces de la escuela sin haber una razón mayor..."* comenta Evelyn Santiago.

La primera vez que Yanira fue suspendida de la escuela la razón de la *Principal* fue que la niña se encontraba hablando en clase, la segunda vez porque la niña interrumpió la clase, la tercera porque la niña fue acusada de golpear a un niño, y la cuarta vez la nota de suspensión dice: " Yanira Bonilla ha sido suspendida por encontrarse en los pasillos de la escuela sin permiso y cuando regresó al salón de clases se negó a realizar su trabajo" Cuando el equipo de El Diálogo se entrevistó con Yanira le pidió que diera su expli-

cación, y Yanira nos dice: "... *cuando me han suspendido por hablar en clases es porque estoy tratando de pedir ayuda a los maestros y ellos no vienen a mi para asistirme; cuando me acusaron de golpear al niño eso no fue verdad, yo no lo golpeé, cuando ellos llamaron al niño a la oficina de la Principal el dijo que el no había dicho eso. La cuarta vez que me suspendieron yo había pedido permiso al maestro para buscar unos papeles que yo había olvidado en mi locker y la Principal no me permitió ir a buscarlos, así que yo no tenía el material para hacer mi trabajo en la clase..."* Yanira también acusa a la *Principal* de haberle dicho: *"... Yanira, tu tienes que ser castigada por las cosas que tu madre nos hace..."*

Lo preocupante del caso es que según una nota de prensa publicada el día 3 de Junio del 2004 por el *Departamento de Educacion de Massachusetts*, en el sitio de Internet Mass.gov, se señala a la ciudad de Springfield, como la ciudad con más suspenciones de alumnos (583 alumnos) durante los años 2002 y 2003, y la ciudad

de Holyoke ocupa el quinto lugar (56), entre los cuales un gran número de ellos son de origen hispano.

Ahora la reflección es la siguiente: ¿Existen verdaderamente razones o son simples castigos que se han otorgado a Yanira?, y si en realidad existen estas razones, ¿son éstas contundentes para suspender a un niño durante 5 días?

El Diálogo no está tratando de juzgar legalmente a esta institución, sino de crear conciencia de justicia e igualdad entre los maestros, los padres y la comunidad . En una escuela se debe impartir educación, a todos sus niveles, tanto académica como de conducta y moral. La escuela no debe ser un lugar de castigo sino un lugar de moral y luces, donde el maestro aplique sus abilidades académicas y disciplinarias para superar problemas relacionados con el desarrollo integral del alumno. Esta no se logra enviando a los niños a sus hoga-



res, esto se logra a través del trabajo en equipo entre la institución educativa, el maestro, los padres y la comunidad en general. Para realizar este trabajo, se requiere de un sistema educativo integral y sano, que tome en cuenta que los jovenes representan el futuro de las sociedades y sobre todo que entienda que el lugar más expedito para la juventud es un salón de clase.

*Escrito por: Gabriela Romero*
*Fotografía: Gabriela Romero*



**This summer, change your life: change your mind.**

We will change your mind this summer with new course selections, expanded degree programs and accredited online learning.

**Use this coupon to waive the registration fee for 6 or more credits!***

*Only at UMass Amherst. Only this summer.*

Call 413-545-2414 for a free course catalog, or visit us online at www.umass.edu/summer

*Savings Code: E8T115. May be applied when registering for six or more credits at one time during Summer Session I or II, 2004. Coupon has a singular value of $35.00; multiple coupons may not be applied to one registration. Must be presented at the time of registration and may not be applied retroactively. Not redeemable in cash or credit. Not valid if credit load falls below six. Other limitations apply.



**UMassAmherst**
Continuing Education
*Where summer is a state of mind.*

**The Office of Mayor Michael J Sullivan**

*Holyoke"s Fireworks Celebration*

Holyoke Mayor Michael J. Sullivan would like to remind the public that the Fireworks Celebration is Friday, July 2nd on the beautiful grounds of Holyoke Community College beginning at 6:00 p.m. The Fireworks are being sponsored by Holyoke Gas & Electric Department and the event is being hosted by Holyoke Community College. Mayor Sullivan encourages people to come early to enjoy music, a variety of food vendors, and some family fun. Bring your lawn chair or a blanket.

Back by popular demand are the children's fire house tug-of-war and the bucket brigade. Holyoke's fireworks display will begin at dusk, approximately 9:00 p.m. Mayor Sullivan would also like to remind residents that Homestead Ave. will be closed to traffic during the fireworks display.

**Bueno Y sano** SM

**$1⁰⁰ off**
*Any burrito*

**Bueno Y sano**
*Boltwood Walk • Amherst*
*413-253-4000*

# #1 Discount Shopping

**Open Sundays 12-4 PM**

## Only In The Country
## 14 DAYS ONLY

## YOU PAY
# INVOICE

# 0%
## FINANCING

## Pick A Vehicle. Pay Invoice
**in the country where you have a choice**

## INVOICE
## SALE

**"PLUS"**
**ALL FACTORY REBATES**

**GRANDs**
## 35
**IN STOCK**

*"THAT'S THE REAL" DEAL*

**LIBERTYs**
## 20
**IN STOCK**

---

## Discount Shopping At It's Best
# CLOSEOUT'S

**RED TAG**
## $19⁹⁸ wkly.

**YOUR CHOICE** $**4,888**

99 SATURN SL
98 TOYOTA COROLLA
98 NISSAN ALTIMA
00 OLDS INTRIGUE98
98 DODGE CARAVAN
97 CHEVY BLAZER

**$19⁹⁸ WEEKLY**

**YOUR CHOICE** $**7,888**

03 DODGE NEON
02 FORD ESCORT
01 CHRYSLER 300M
01 CHRYSLER SEBRING LX
01 CHEVY CAVALIER
00 DODGE INTREPID

**$32⁵⁵ WEEKLY**

• SPECIAL • SPECIAL • SPECIAL •

03 CHRYSLER SEBRING LXI
02 JEEP WRANGLER
01 NISSAN MAXIMA

**YOUR CHOICE** $**12,888**

• SPECIAL •
02 SAAB 9.3 SE
**$13,888**

• SPECIAL •
03 Chrysler Sebring Conv.
**$14,888**

• SPECIAL •
01 SAAB 9.5 Wagon
**$15,888**

## 04s JEEP    CLOSEOUT

★ ROCKY MT EDITION
★ COLUMBIA EDITION
★ SPECIAL EDITION
★ LIMITED EDITION

**YOUR CHOICE**

**HARD TO GET** $**23,888**

## 15 IN STOCK

Payment based on longest term, best interest rate. Credit score 780 or greater. NEW cars include $1,000 extra rebate from Chrysler.

**OPEN**
Mon.-Thurs.
9am-8pm
Fri. 9-6
Sat. 9-5

WWW.COUNTRYJEEP.COM
# COUNTRY JEEP
JEEP • (413) 786-6222
Hablamos Español

# Ronald Reagan

# "Information is the oxygen of the modern age..." *Ronald Reagan, June 1989*

Ronald Wilson Reagan was born in Tampico, Illinois on February 6, 1911. The 40th (1981-1989) President of the United States was first a radio announcer of Chicago Cubs Game. He also had a successful career in Hollywood as a second-rank leading man. In 1940 he played the role of **George** *"The Gripper"* in the film Knute Rockne All American. Other notable Reagan films are *Hellcasts of the Navy, Kings Row* and the campy *Bedtime for Bonzo.*

*Ronald Reagan began his political career as a supporter for Franklin Delano Roosevelt and his New Deal and through the presidency of the Screen Actors Guild (SAG). He gained political status through radio broadcasts and speaking tours sponsored by the General Electric Company.*

In 1962 switches from Democratic to Republican Party and in 1966, he was elected Governor of California. He succeeded in gaining the Republican nomination in 1980 after being defeated in 1968 and 1976 by the Republican Convention. He became President of the United states in the elections of 1980.

**He portrayed himself as being:**
• Anti-communist
• In favor of tax cuts
• In favor of smaller non-military governments
• In favor of removing regulations on corporations
• Supportive of business interests tough on crime

**He credited with:**
• Building up military
• Lowering taxes
• Greatly scaling the "war on drugs"
• Ending the high inflation that damaged the economy under his predecessor, Jimmy Carter.
• Firing air traffic controllers when they illegally struck.

Regan was in many ways the founder of the modern Republican Party. His redefinition of fiscal conservatism as being focused on tax cuts without regard to a balanced budget, his opposition to progressive taxation, his hostility to environmental protection and abortion, the importance of the Moral Majority and its supporters in his governing coalition, and even his fascination with missile defense have all become trademarks of subsequent Republican leaders.

He was the first divorced person to be elected President.

In 1992, four years after leaving office Reagan was diagnosed with Alzheimer's. He informed the nation of his condition himself on November 5, 1994. Despite his illness, on October 11, 2004 he becomes the longest-lived president of the United States.

In February 2004, Regan turned 93 years. On June 5, 2004 pasted way but he left a legacy in the political history of this nation.

# "La información es el oxígeno de la era moderna..." *Ronald Reagan, Junio 1989*

Ronald Wilson Reagan nació en Tampico, Illinois el 6 de Febrero de 1911. El 40° (1981-1989) presidente de los Estados Unidos. Inicialmente fué locutor de rádio para los juegos deportivos de los "Chicago Cubs". También tuvo una carrera exitosa en Hollywood como co-protagonista de películas. En 1940, hizo el papel de George "The Gripper" en la película Knute Rockne All American. Entre otras películas notables en las que Regan partisipó como actor podemos nombrar: Hellcasts of the Navy, Kings Row y Bedtime for Bonzo.

Ronald Reagan comenzó su carrera política como seguidor de Frankling Delano Roosevelt y a travéz de la presidencia de la Asociación para Actores de Cine (SAG). Obtuvo status político y popularidad con sus programas radiales patrocinados por la Comañia "General Electric".

En 1962, se cambio del partido politico Demócrata al partido Republicano, y en 1966 fue elegido Governador de California.

Finalmente en 1980, obtuvo la nominación republicana para la presidencia despues de haber sido derrotado en 1968 y 1976 por la Convensión Republicana. En 1980 fue electo Presidente de Los Estados Unidos.

**Ronald Regan se proyectó a si mismo como:**
• Anti comunista
• En favor de la reducción de impuesto
• En favor de gobiernos no militarizados
• En favor de remover regulaciones que rigen las corporaciones
• Seguidor de los intereses de la empresa privada
• Duro ante el crimen

**Fue acreditado por:**
• Fortalecer la milicia
• Gran disminución de impuestos
• Fortalecer la guerra contra las drogas
• Acabar con la gran inflación que afectaba la economía durante el periodo de Jimmy Carter.
• Pelear contra las huelgas ilegales de las líneas aereas.

Regan fue por muchas razones el pionero y fundador del Partido Republicano Moderno: Su definición por políticas fiscales muy conservadoras, como la reducción de impuestos; su oposición a la taxación progresiva; su hostilidad ante la protección de la naturaleza y el aborto; la importancio que le daba a la moral; hasta su facinación por miscibles, todas estas son huellas que han marcado los lideres republicanos subsiguientes.

Tambien es importante recalcar que fue el primera persona divorciada que fue elegida presidente.

En 1992, cuatro años despues de haber terminado su periodo presidencial, Regan fue diagnosticado con Alzhemer's. El mismo informó a la nación sobre su condición el 5 de Noviembre de 1994. A pesar de su enfermedad, el 11 de Octubre del 2004 se convirtió en el presidente que había vivido por más años.

En febrero del 2004 cumplió 93 años y el 5 de Junio del 2004 falleció pero dejo un importante legado para la historia política de esta gran nación.

**POESÍA**

# CÓMO QUISIERA SER NIÑO

¡Cómo quisiera ser niño
para jugar todo el tiempo
al balero, a las canicas
o con esos lindos carros
que eran hechos de madera!

Subirme a la bicicleta
y andar todo el día en la calle
soñando que era una moto
y jugar las carreritas.

Salirme con el balón
a jugar a la pelota
sentirme un Maradona,
Hugo Sánchez o Pelé.

Sólo pensar en jugar
y unas cuantas travesuras,
jugar a los policías
y ladrones,
escondidas o encantados.

No tener preocupaciones,
jamás tener tensiones

y el mayor problema
era tener unos pesos
para comprar caramelos
o el dulce que me agradara.

Hacerme el enfermo
para no ir a la escuela,
soportar esos caldos
y el jarabe que me daban...

pero en fin ya no se puede;
sólo me queda el recuerdo
de todo lo que hacía
cuando era un gran chiquillo.

Sólo me queda admirar
y ver a esos niños jugar
en el parque, en las calles,
que tienen el alma pura,
pues es el alma de niño
y nunca se debe olvidar.

*Julio Domínguez Zamora*

# Dominicanos recordaron la mística argentina, Eva Perón

SANTO DOMINGO (AP)_ Cerca de cinco mil dominicanos recordaron el fin de semana a la mítica argentina, Eva Perón, al presenciar en el principal teatro de este país una versión local del famoso musical ``Evita''.

La dominicana Miriam Cruz, ex cantante del grupo merenguero Las Chicas del Can, dio vida en escena a María Eva Duarte, quien se convirtió en la primera dama de Argentina cuando su esposo Juan Domingo Perón asumió la presidencia del país en 1946.

A partir de su tarea social, Eva Perón ayudó a lograr una serie de transformaciones en la sociedad argentina, como la aprobación de la ley de voto femenino y la promoción de los derechos de los trabajadores, los ancianos y los niños.

El musical recoge los ocho intensos años de la pareja, desde que se casaron en 1945 hasta que ella murió de cáncer en 1952, a los 33 años.

Bajo la dirección del músico dominicano Amaury Sánchez, ``Evita'' siguió aquí las mismas directrices de sus creadores, los

ingleses Andrew Lloyd Webber en la música y Tim Rice en las letras.

En su versión en español, el musical recreó la historia de esta mujer que se hizo más famosa en el mundo cuando en 1996 el inglés Alan Parker la llevó al cine con las actuaciones de la estadounidense Madonna, el inglés Jonathan Pryce y el español Antonio Banderas.

Uno de los momentos más intensos del montaje es cuando la multitud reclama la presencia de Evita en el balcón de la casa de gobierno, donde se dirige a las masas con un discurso emocional y afectivo, segmento en el que Cruz interpretó el clásico tema ``No llores por mí Argentina''.

Más de cincuenta artistas en escena, entre cantantes, bailarines y músicos, completaron el elenco que para muchos no tuvo nada que envidiar a las producciones de Broadway.

``Una obra excelente, recomendable ciento por ciento'', dijo a The Associated Press el presentador ecuatoriano Roberto Angelelli, de la cadena Telemundo, quien estuvo entre los presentes en la función del sábado.

Según Angelelli, Miriam Cruz ``posee una voz muy dulce, además de que tiene un parecido enorme con la verdadera Evita e inclusive con la misma Madonna''

*Por RAMDON ALMANZAR*

# SIN RETORNO

Desde este universo quebrado
que a la pesadez de mi párpado
otorgó el transcurrir del tiempo,
preveo el final de mi existencia.

Observo en respetuoso silencio
todo lo que fue mi vida pasada
ese deambular, sombras pardas,
interminable carrusel grotesco
girante a lomos de las horas,
montando en minutos efímeros
y galopando sobre los segundos.

Esa vida que ya solo es sueño
perdido en los abismos oscuros
de esta mi soledad perpetua,
y hoy aún admiro ensimismado
los dorados rasgos de mi amada
difuminados entre las brumas.

¿Qué cantos de sirenas mudas

recorrieron los ocultos rincones
de este mi corazón desnudo
haciéndome vibrar y estremecer
hasta la última de mis fibras?

Fue sueño de amor, fue locura,
quizás una pasión desmedida,
en esencia , fuese lo que fuese,
de esa su naturaleza fenecida
quedó constancia en mi mente
y raíces profundas en el alma.

Vida, que por vivir, mueres. Amor
que por amar, matas. Sueño que por
soñar, duermes.

Horas que herís cual estilete,
minutos idos sin ser sentidos,
segundos que nunca fueron,
devolved, liado en paño negro
bordado en flores de nácar,
hilo de plata y cadena de oro,
el sentimiento latiente y puro
del que fue mi bien adorado.

Ya emprendí mi largo viaje,
solo con equipaje de alma,
tan solo ida, no hay retorno.

No estoy en sitio visible,
en ninguna parte imaginable,
navego sin rumbo en la nada,
la brújula se torno enemiga
igual que antes hizo el tiempo,
giro entre la rosa de los vientos
como una mariposa herida,
y por esto que premio espero
de yacer bajo la lápida fría.

*Juan Luis Alba*

# Colombiana participa en video de Vicente Fernández

MEXICO (AP) _ El astro de la música vernácula mexicana Vicente Fernández concluyó recientemente el video ``Se me hizo tarde la vida'', que contará con la participación de la presentadora colombiana María Paola Mejía.

Un comunicado de Sony Music informó el martes que Mejía, quien es corresponsal en esta ciudad de una televisora de su país, interpretará al par romántico del popular intérprete de la música ranchera.

Agregó que el video está próximo a estrenarse en los programas de espectáculos mas importantes de México y los Estados Unidos.

La filmación, que promocionará el primer sencillo del disco número 63 del cantante llamado ``Se me hizo tarde la vida'', se realizó en formato de

cine en locaciones de su rancho ``Los Tres Potrillos'' de Guadalajara.

Agrega que el promocional estelarizado por Fernández y Mejía, plasma una serie de imágenes muy estéticas que mostraran como el amor y la pasión no solo subsisten, sino que se incrementan con el pasar de los años.

Según Sony Music, el intérprete de ``Yo quiero ser'', continuaba con su gira de conciertos por varias ciudades del país y los Estados Unidos.

# EL DIÁLOGO DE UN SARGENTO / THE SARGENT'S DIALOG

Well the count down has begun for the Presidential election and the Sarge is going to vote for John Kerry and let me tell you why, Much to do these past few months about John Kerry's Military Records and par for the course all the pundits had no idea what they were talking about. They don't know where to look in the SRB (service record book) to find out the true nature and character of a man. They all talked pro and con about John Kerry's medals and that's fine but that does not get you to the core of what the SRB can tell you about John Kerry. The Section entitled "Fitness Reports" will tell you about John Kerry. Fitness Reports are periodic evaluations on your performance and conduct. Think of the old time school report cards. In the case of the Fitness Report the lowest grade is unsatisfactory, going up the scale the grading goes like this
1. marginal-barely satisfactory,
2. acceptable-below the majority,
3. excellent-equal to the majority,
4. superior-above the great majority

and 5. exceptional-one of the next top few, extraordinary, and the highest grade is outstanding-one out of 100-exceeds all others. The grading is done by your commanding officer and the topics covered in the grading are professional knowledge, moral courage, loyalty, force, initiative, industry, imagination, judgment, reliability, coompetion, personal behavior, military bearing and self expression both oral and written.

In John Kerry's first fitness report in the Navy he scored in all topics the highest grade, outstanding-one out of 100-exceeds all others. Along with the grading the commanding officer writes an observation report. In this first fitness report John Kerry's commanding officer wrote that Mr. Kerry is a top notch officer in every measurable trait. Intelligent, mature and rich in educational background and experience. "ENS Kerry is one of the finest young officers I have ever met and without question one of the most promising. Polished, tactful and outgoing, this officer is a brilliant conver-

sationalist who can contribute much worthwhile comment to any discussion. In three months aboard, he has clearly made his mark as an outstanding division officer and a skilled administrator. He has done a superb job as public affairs officer, putting many extra hours into that collateral duty and exhibiting uncommon ingenuity and initiative. He utilizes the English language expertly, both orally and in writing. He is an alert and active original thinker with great potential to the Navy. He eagerly accepts and actively seeks out tasks of greater responsibility. He is a polished diplomat at ease in distinguished company and shows great promise for future assignment as an aide or on a foreign diplomatic post. His division's morale is one of the best on the ship due to his dynamic leadership. He is recommended for accelerated promotion". In Mr. Kerry's last fitness report in the Navy he again got all top grades and his commanding officer wrote.

In a combat environment often

requiring independent, decisive action LTJG Kerry was unsurpassed; He constantly reviewed tactics and lessons learned in river operations and applied his experience at every opportunity. On one occasion while in tactical command of a three boat operation his units were taken under fire from ambush. LTJG Kerry rapidly assessed the situation and ordered his units to turn directly into the ambush. This decision resulted in routing the attackers with several enemy KIA. LTJG Kerry emerges as the acknowledged leader in his peer group.. His bearing and appearance are above reproach. He has of his own volition learned the Vietnamese language and is instrumental in the successful Vietnamese training program. All this adds up to one thing, John Kerry is the best man to lead our nation at this time in history.

*By James Sparrow*

---

**El voto no es sólo un deber es también un derecho de los ciudadanos.**

**Ejerce tus derechos.**

# VOTA

**ESTE ES UN MENSAJE DE:**

## El Diálogo

# Kerry acusa a gobierno de Bush de poca atención a los hispanos

Por NEDRA PICKLER

WASHINGTON (AP) _ El candidato presidencial demócrata John Kerry convocó el sábado a los hispanos a votar por él y acusó al presidente George W. Bush de descuidar tanto a los latinos en el país como a los nexos de Estados Unidos con América Latina.

Kerry le dijo a una multitud de más de 400 personas que en caso de ser elegido presidente en las elecciones del 2 de noviembre, su agenda interna incluirá reforzar la ayuda a las familias hispanas en Estados Unidos.

Dijo que uno de cada tres hispanos en el país carece de atención médica básica y que el desempleo entre los hispanos ha crecido 30 por ciento durante la administración de Bush.

En un discurso ante una organización de autoridades latinas, Kerry saludó a su público en español y subrayó que él mismo se casó con una inmigrante. La esposa de Kerry, Teresa Heinz Kerry, creció en Mozambique.

Kerry dijo en su discurso ante la Asociación Nacional de Funcionarios Latinos Electos y Nombrados (NALEO), una agrupación ligada al Partido Demócrata, que en caso de ganar la presidencia, convocará a los mandatarios del Hemisferio Occidental para formar un grupo que defienda la democracia y el imperio de la ley.

Kerry criticó a Bush por no haber intervenido cuando grupos violentos derrocaron a líderes electos en Bolivia y Argentina, y por haber alentado al ex presidente de Haití, Jean-Bertrand Aristide, a huir del país luego de un levantamiento.

Kerry también dijo que a diferencia de lo que hizo Bush en Venezuela, ``nosotros no le daremos la bienvenida a un gobierno nombrado por una junta militar''.

``Los estados demócratas fuertes, con reglas transparentes y un amplio respeto por el imperio de la ley, son esenciales para reducir la pobreza y la desigualdad en la región'', dijo Kerry.

``Como presidente, yo apoyaré fuertemente a las instituciones demócratas, ayudar a la democracia donde tenga problemas y promover la democracia en Cuba'', agregó.

---

# Noches Caribeñas
## en la ciudad de Holyoke

La Cámara de Comercio Hispanos del Oeste de Massachusetts les invita a disfrutar, junto a sus familiares, de cinco (5) Noches Caribeñas en la ciudad de Holyoke. Tendremos música en vivo y otras sorpresas para el deleite de todos.

# El Diálogo
## El periódico bilingüe

## La mejor manera de promocionar sus productos y servicios.

**Para mayor información comuníquese con nosotros:**
**sales@eldialogo.com**

## The Desired Image
We sell name brand clothing for men & women, accessories & much more.

Mondya thrue Saturday 9:00 am to 6:00 pm
Sundays 10:00 am to 6:00 pm
592 Dwight St, Holyoke, Ma • 413-315-6136

# IMPERIAL HALL
### WEDDINGS•BIRTHDAYS
### BANQUETS•PARTIES
396 HIGH STREET
HOLYOKE, MA
413-532-4219

*Auspician*:
- El Diálogo
- Solutions Community Development Corporation.
- Univision, canal 18
- Javier Designs
- Open Square
- echo-Hill
- Tony's Restaurant
- Lugi's Christian Books Store
- Comcast
- City of Holyoke

## BORINQUEN GROCERY
Hot & cold sandwiches • Lottery & Scratch tickets • Spanish & American foods

OPEN EVERY DAY
368 High Street, Holyoke, MA • 413-3156145

# MD
## BEAUTY SALON & SUPPLYS
We have a complete supply of products to add to your beauty

*413-532-4219 ° 396 High St, Holyoke, MA*

### Itinerario de actividades de las Noches Caribeñas
(primera quincena de Julio)

| Fecha | Tema | Localización | Música |
|-------|------|--------------|--------|
| 07/01 | Cristiano | Frente a Luigui's | Orquesta Zariz<br>Rafael Montañez<br>Victor Puchy |
| 07/08 | Tropical | Frente a MD Beauty Salon | Grupo Zum-Zum<br>Grupo Sombra<br>Orquesta New Heaven |



RE/MAX
Teamwork Realty
Each Office Independently Owned and Operated

**Rafael Garcia**
REALTOR®
310 North Main Street
East Longmeadow, Massachusetts 01028
Office: (413) 525-2677
Fax: (413) 525-8833
Mobile: (413) 636-5794
Email: rafaelgarcia28@yahoo.com

## Jasmine Creations
*Everything you need on your special day*

616 Carew St, Springfield, MA • 413-2146534

# El Diálogo
El periódico bilingüe

# Pastelón de amarillos y yautía

Saludos lectores, bienvenidos a la sección de cocinando y dialogando. El verano va bien rápido, y casi no he tenido tiempo para cocinar. La visita de los nietos me mantuvo ocupada además de otras muchas cosas que he tenido que atender. Pero siempre saco tiempo para darles la recetita para que ustedes la disfruten junto a su familia. Hoy les traigo el *Pastelón de amarillos y yautía*. Espero lo disfruten tanto como yo. Recuerden que pueden someter sus recetas a lsantiago@eldialogo.com



### Ingredientes para la masa:

**1 plátano pinto pelado y cortado**

**2 amarillos grandes pelados y cortados**

**3/4 lb. a 1 lb. de yautía pelada y cortada**

**1cda. de aceite de oliva con achiote**

**1cda. de aceite de oliva**

**2 cdtas. de sal**

**1/4 taza de leche o de caldo de pollo**

### Procedimiento para la masa:

En el procesador de alimentos, muela todos los ingredientes, (también puede usar un guayo) La masa debe quedar suave y espesa. Reserve y prepare el relleno a continuación.

### Ingredientes para el relleno:

**1 cda. De aceite de oliva**

**1 cebolla picadita**

**1 pimiento picadito**

**8 ajíes dulces picaditos**

**4 dientes de ajo machacados**

**6 hojas de recao picaditas**

**1 tomate maduro picadito**
**1/4 taza de caldo de carne o de pollo**

**1 lb. de pollo o de carne molida**

**1 taza de guisantes verdes frescos o descongelados**

### Procedimiento para el relleno:

En un sartén caliente el aceite y sofría la cebolla, pimiento, ajíes y el ajo. Sofría por dos minutos y añada el recao y el tomate. Cocine por un minuto mas y agregue la carne. Continué cocinando hasta que la carne cambie de color. Añada el caldo y deje que reduzcan los líquidos. Luego agregue los guisantes verdes y sofría por tres minutos. Retire del fuego. Engrase un molde y cubra el fondo y los lados con la masa de amarillos (guarde un poco de la masa para cubrir el molde) Rellene con la carne y cubra con el resto de la masa. Hornee a 350 grados por 40-45 minutos. La masa cuajara y dorara un poco. El pastelón despegará de los lados.

by: Lillian Santiago-Bauza

## TIPS DE COCINA

## MENUS

El primer plato que se elige al planear un menú es el plato principal, que consta primordialmente de carne, (esto puede variar dependiendo de la cultura, religión o gustos del comensal), y en base a éste, se han de seleccionar los demás platos, cuidando la variedad de éstos. Cuidar de utilizar un ingrediente de cada uno de los grupos de alimentos.

• No se deben de incluir en el mismo menú platillos con el mismo sistema de cocción.

• No se deben repetir consistencias y colores. El menú debe estimular todos los sentidos de diferente manera, por ejemplo, un puré de papa y una natilla de vainilla, tienen el mismo color y consistencia, no sería apetitoso servirlos en el mismo servicio.

• Balancear los sabores. Los sabores suaves van siempre antes que los fuertes, porque de otra manera no se apreciarán los sabores suaves. En caso de elegir dos carnes primero se servirán las blancas y después las rojas, (las aves de caza reciben el tratamiento de carnes rojas).

• Cebolla, tomate, hongos, crema y vino, cuando son utilizados como condimento y no como base de la preparación si pueden repetirse.

## TIPS SOBRE MASAS

• Las masas sin levadura se congelan crudas envueltas en plástico, pero si están cocidas deben congelarse en recipientes herméticos.

• Las masas con levadura se deben congelar cocidas o a medio cocer.

## TIPS SOBRE VINOS Y LICORES

• Las cervezas de tipo Lager deben beberse a una temperatura de 6 a 8 grados centígrados.

• Sus cockteles serán tan buenos como la calidad de las materias primas que use. Un mal pisco hace un mal Pisco Sour.

• Para conseguir mejores resultados al enfriar sus vinos blancos o champaña utilizando una champañera (cubo de metal o cristal), llenarla con una mezcla de agua, hielo y un par de cucharadas de sal.

• Descorche las botellas de vino al menos una hora antes de consumir para que pueda oxigenarse.

# EL DIÁLOGO

Su periódico bilingue
Le invita a participar en nuestro consurso
*"COCINANDO Y DIALOGANDO"*

Para ganar tan sólo tiene que recortar cada una de las recetas que publicamos y en nuestras proximas ediciones estaremos informando cual es la receta que se va a utilizar y la fecha del concurso. Usted tendrá que cocinar esta receta y traerla a nuestros jueces. Participa y gana $$$$

Para más informacion escriba a lsantiago@eldialogo.com

BELLEZA / BEAUTY

# EL COLOR EN TU PIEL

En la actualidad existen gran cantidad de maquillajes con diferentes texturas y consistencias que se adaptan a todas las necesidades. Esto nos permite lograr maquillajes sumamente naturales o sumamente complejos. La elección de la textura del maquillaje de fondo estará en función de la piel y del tipo de maquillaje que desees realizar.

## 1. Tipos de maquillajes

• **Cremas de color**
Son muy buenas para el día, sobre todo en pieles secas y grano fino. Dan un aspecto totalmente natural.

• **Maquillaje de fondo fluido**
Cubre más que las cremas de color. Es un producto extraordinario para utilizar tanto en un maquillaje de día, tarde o noche.

## 2. Escoger el tono adecuado

Elegir el tono adecuado de cualquiera de estos productos es muy importante, ya que el fin es igualar el tono de la piel, mejorar el aspecto y eliminar la palidez. Ten cuidado, un buen color de piel no significa aparecer como si hubieras tomado el sol durante horas, un maquillaje oscuro siempre te envejecerá. El secreto es escoger un tono por encima del tuyo natural y extenderlo perfectamente para iluminar la piel y borrar defectos.

## 3. ¿Cómo debes aplicarlo?

• Lo primero de todo aplicaremos la crema hidratante o ampolla flash.

• Después aplicaremos pequeñas cantidades de producto



sobre la frente, nariz, mejillas, mentón y cuello, tal y como se ve distribuido en el dibujo. No hay que utilizar mucha cantidad de producto, ya que corres el riesgo de que la epidermis quede demasiado cubierta y sea un maquillaje demasiado espeso.

Con la ayuda de una esponja humedecida extiéndelo partiendo de la raíz del cabello y de la zona media del rostro hacia los lados. No arrastres la esponja, da pequeños toques de presión, ya que así el producto queda más fijado en la superficie de la piel. Es muy importante que te fijes en maquillar todas aquellas zonas que se ven más: cara, cuello, escote y orejas.

Procura que no quede acumulado el producto en cejas, raíz del pelo, patillas o cuello. Si esto ocurriera, retira el exceso con un pañuelo de papel o toallita de desmaquillar efectuando ligeras presiones sin frotar.

Si realizas todos estos pasos, el maquillaje de fondo se convertirá en tu perfecta segunda piel.



CORTES DE PELO DE LA TEMPORADA

"LAYERS"

CORTES DE PELO

MODA

VERANO

# EVENTOS DE LA COMUNIDAD / COMMUNITY EVENTS

## Horóscopo

**Aries**
AMOR: Nuevos aires para esta faceta de tu vida, te traerán nuevas personas del pasado, o nuevas ilusiones con las persona amada. Procura cuidarte. SALUD: Procura en tus andanzas nocturnas, no pasar mucho frío o tu cuerpo te pasará factura. TRABAJO: Evita conflictos, ya que aunque tú no busques problemas, los problemas si te buscarán a ti.

**Tauro**
AMOR: Es un momento propicio para tu relación y para expresar libremente tus sentimientos, pero siempre con cautela. SALUD: Los excesos en la comida, están dando nuevas formas no deseadas a tu figura y a tu salud, cuidado con los dulces. TRABAJO: Debes trazar una línea para que nadie la sobrepase e intente hacerte daño, sobre todo en temas laborales

**Géminis**
AMOR: Esta semana estará llena de misterio y de pasión. Un montón de posibilidades se te presentarán aunque no las busques. SALUD: Más deporte no estaría de más. TRABAJO: Cambios son los que caracterizan esta semana, pero no los temas, puesto que entre ellos también habrá gratas sorpresas.

**Cancer**
AMOR: Distancias y frío son las notas predominantes de esta semana gélida como el hielo al no ser que pongas remedio. SALUD: Ni bien ni mal, como siempre sin sobresaltos. TRABAJO: El trabajo se acumula y no hay manera de remediarlo. Mejor tomarlo con filosofía.

**Leo**
AMOR: Es necesario que se centre en sus prioridades y deje de lado compromisos superfluos. Concentre sus energías en la persona amada. SALUD: Sería bueno cuidar la mente tanto como el cuerpo. TRABAJO: El trabajo aumenta y sus ganas menguan en la misma proporción.

**Virgo**
AMOR: Se sentirá muy unido a su pareja, no existe ni el espacio ni el tiempo, sólo vosotros dos. SALUD: Cuidesé de los fríos rigurosos del invierno que no traen más que dolores de cabeza y resfriados. TRABAJO: Encaminado hacia el éxito camina hacie él con una maestría sin igual.

**Libra**
AMOR: Tu alma gemela y complementaria necesita de tu apoyo, debes volcarte en ella y hacer todo lo posible por animarla. SALUD: Cambie su dieta e intente que su organismo se regenere de nuevo. TRABAJO: La táctica seguida anteriormente está dando lugar a conflictos facilmente evitables con un simple cambio de actitud.

**Escorpio**
AMOR: La persona de tu vida hace acto de presencia, pero como no reaciones a tiempo, pasará como la niebla. SALUD: Es el momento de relajarse y huir de las situaciones estresant. TRABAJO: No te desesperes porque tu esfuerzo no sea recompensado, si no es aquí, será en otro sitio.

**Sagitario**
AMOR: ¿A que esperas para dar el paso con esa persona tan especial que te tiene en vilo? Lanzáte ya y no le des más vueltas. SALUD: El tabacó y la bebida no son buenas amistades a la larga. TRABAJO: Escucha al resto de la gente que te rodean porque puede que tengan buenas ideas que aportar.

**Capricornio**
AMOR: Pasarás por un buen momento ya que la persona a la que quieres, estará contigo en todo momento y lugar. SALUD: Cuidado con las fiestas, o mejor dicho, cuidado con las resacas TRABAJO: Necesitarás el apoyo incondicional de los tuyos, para superar estos malos momentos que vives en temas laborales.

**Acuario**
AMOR: Es la hora de afianzar más la relación, si deseas que esto ocurra, adelante y demuestra a esa persona lo mucho que la quieres SALUD: Realice más actividad a lo largo del día y algo de ejercicio tampoco estaría de más. TRABAJO: Está limitado, como si le hubiesen cortado las alas en temas de creatividad. Demuestre al mundo lo que vale.

**Piscis**
AMOR: Los fríos del invierno no le afectan en absoluto, Esta semana, el mundo está en sus manos SALUD: No se ponga nervioso ante situaciones que le superan y cuya resolución no depende en medida alguna de usted. TRABAJO: Si puede cojasé unos días de vacaciones.

---

## HOLYOKE PUBLIC LIBRARY
## SUMMER EVENTS

### 335 Maple Street
### Holyoke, MA 01040
### 413 322 5640

### Monday-Wednesday 8:30 AM to 6:00 PM
### Thursday and Friday 8:30 AM to 5:00 PM

**Story Time**
30 minutes of stories, finger-plays, songs games and craft projects for children 3 to 5 years old. Every Fridays at 10:00 AM

**Toddler Time**
Stories, games, puzzles and craft for 2 years old. Wednesdays 9:00 AM.

**Mornings with Curious George or Arthur**
Story and craft program for children 5 to 8 years. Curious George: Tuesdays at 10:00 AM, and Arthur: Thursdays at 10:00

**Science Magic**
Thursday, July 15th at 1:30 PM

**Magic Workshop**
Thursday, July 29th at 10:30 AM

**Art Program**
Listen to a short story about nature and then create a seed picture. 4 weeks program. For children 9 and up. Wednesdays at 2:00 PM

**Family Bingo**
Tuesdays at 2:00 PM

**Teddy Bear Picnic**
Bring your lunch and favorite stuffed friend. Tuesday, July 13th at 12:00

**Craft Program**
Tuesdays at 4:00 PM

For more information about the programs please visit the Public Library or call at the number shown above.

**Story Time**
30 minutos de cuentos, canciones, juegos y proyectos de manualidades. Para niños de 3 a 5 años. Todos los Viernes a las 10:00 AM

**Toddler Time**
Cuentos, juegos y manualidades para niños de 2 años. Miércoles a las 9:00 AM.

**Mañanas con el curioso George o con Arthur**
Programas de cuentos y manualidades para niños de 5 a 8 años. El curioso George: Martes a las 10:00 AM, y Arthur: Jueves a las 10:00

**Ciencia Mágica**
Jueves, 15 de Julio a la 1:30 PM

**Curso de Mágia**
Jueves, 29 de Julio a las 10:30 AM

**Programa de arte**
Escucha un corto cuento sobre la naturaleza y crea una foto con abichuelas. Programa de 4 semanas. Para niños de 9 años en adelante. Miércoles a las 2:00 PM

**Bingo en familia**
Martes a las 2:00 PM

**Picnic con mi osito de peluche**
Trae tu almuerzo y tu osito de peluche preferido. Martes, 13 de Julio a las 12:00

**Programa de manualidades**
Martes a las 4:00 PM

Para más información visité la Biblioteca Pública o llame por teléfono.

# SONIA
## PALM AND CARD READINGS

You're tired of problems? Need an advice in love, business or health? Call Sonia, the best palm reader in town, and she will point you the only right way to succeed.

### 413.783.6779

PALM READING FOR PARTIES AND GROUPS
762 Boston Road, Springfield, MA

---

# Noches Caribeñas



## en La Ciudad de Holyoke

*La Cámara de Comerciantes Hispanos del Oeste de Massachusetts les invita a disfrutar junto a sus familiares de cinco (5) Noches Caribeñas en la Ciudad de Holyoke. Tendremos música en vivo y otras sorpresas para el deleite de todos.*

ITINERARIO DE ACTIVIDADES DE LAS NOCHES CARIBEÑAS



ECHO HILL OF HOLYOKE

comcast

City of Holyoke MASSACHUSETTS

UNIVISION 18 WUVN-HARTFORD

open square

El Diálogo

July 1, 2004 — El Diálogo — 15

El primer Desfile Puertorriqueño de Nueva York se llevó a cabo el domingo, 12 de abril del 1958 en "El Barrio" en Manhattan. Entre sus fundadores se nombran: José "Chuito" Caballero, Peter Ortíz, Luisa Quintero, Victor López, Luis Amando Feliciano, Vicente Hernández y Angel M. Arroyo, Atanacio Rivera Feliciano, Amalio Maisanave Ríos. Desde Puerto Rico, prominentes personalidades encabezados por el Gobernador Don Luis Muñoz Marín, asistieron al Desfile. Varios Alcaldes de Puerto Rico, dirigidos por el alcalde del Municipio de Corozal, Hon. Leo Cabranes también participaron. Este fue un magnífico evento llevado a cabo en el mismo corazón de la comunidad puertorriqueña de aquellos días. El arrollador éxito del Desfile Puertorriqueño de Nueva York contribuyó al orgullo, el auto-estima y el reconocimiento de nuestra gente a través de toda el área metropolitana de Nueva York.



*La delegación de Springfield, MA también marchó con orgullo*



*Representantes del estado de MA - Junio 13, 2004- NY*

En el 1995 sintieron que ya era tiempo de extender este evento a un escenario nacional para amplificar el alcance y fronteras. Para recordarles aquellos puertorriqueños a través de la Nación su herencia; fomentando, de esta manera, las imágenes positivas de su gente. La participación de delegaciones de treinta y un (31) estados, incluyendo a Alaska y Hawaii en varios desfiles es una prueba del interés nacional a ese nivel.

El Desfile Nacional Puertorriqueño

es la continuación del Desfile Puertorriqueño de Nueva York, evento que celebró por treinta y ocho (38) años consecutivos realzando el orgullo de los puertorriqueños y promoviendo sus contribuciones a los Estados Unidos. El Desfile Nacional Puertorriqueño es una corporación 501 © (3) sin fines de lucro fundada en el 1995, ha sido creado con el propósito de proveerle a los puertorriqueños a través de los Estados Unidos y todas sus posesiones territoriales con un vehículo donde se promueva su gente y su cultura en un escenario nacional. Sus incorporadores fueron: Dr. Ramón S. Vélez, Ralph Morales, María Román y Madelyn Lugo.



El Desfile Nacional Puertorriqueño fue establecido para crear una conciencia nacional y aprecio por la cultura puertorriqueña y su contribución a la cultura y sociedad estadounidense. Además, estimula el estudio, progreso y avance de la cultura y el arte puertorriqueño al entando, promoviendo y participando en varios eventos culturales, que incluyen producciones musicales, obras teatrales y exhibiciones de arte. Esta organización también realiza el desfile de la ciudad de Nueva York así como en otros estados de la Unión Americana. Su misión es realzar el auto-estima de su gente y utilizar su orgullo para promover el desarrollo económico, la educación, mejoramiento y reconocimiento cultural.

Los fondos generados a través de los "Auspiciadores" son los recursos principales de este evento. El Desfile Nacional Puertorriqueño añade una nueva meta en el logro de su misión, la construcción de un centro multicultural en la ciudad de Nueva York. A el Desfile asisten un promedio de dos millones de personas a lo largo de su ruta , haciendo de éste, el evento al aire libre de mayor concurrencia en los Estados Unidos. El Desfile se transmite en las estaciones televisas y radiales hispanas del área Metropolitana de Nueva York y vía satélite, a través del mundo, haciendo de éste un evento internacional. Más de 10,000 personas asisten a una serie de ceremonias, banquetes y eventos culturales.





Este año el desfile se llevó a cabo en desde la calle 44 hasta la 5ta avenida en NY, el día 13 de Junio del 2004. Su lema fue " NUESTRA CULTURA". La posición de Gran Mariscal la ocupó el Señor Richard Carrion, Presidente y CEO del Banco Popular de Puerto Rico. Entres los artistas que apadrinaron el evento podemos nombrar: Giselle Brillante, Victor Manuelle, Ivy Queen, entre otros. Todos los fondos generados van para un fondo de becas.

***Como siempre, fue un éxito!!!***



**DEPORTES / SPORTS**

# Mundial: El Salvador busca fogueos antes de enfrentar a Panamá

## Periodistas celebran asamblea general

SABANA GRANDE (AP) _ La Asociación de Periodistas Deportivos de Puerto Rico celebrará el sábado su asamblea general en la que se elegirán los nuevos delegados de área.

El presidente de los periodistas deportivos, Miguel Joaquín Frau, indicó que la asamblea se iniciará a las 10:00 de la mañana en el Centro Comunal San Isidro, en Sabana Grande.

La actividad será dedicada a Ismael Trabal, Gabriel Castro y Ramón González, tres veteranos periodistas que se distinguieron en la crónica deportiva.

## Marie Rosado gana medalla de plata en ciclismo

SAN JUAN (AP) _ La puertorriqueña Marie Rosado se alzó con una medalla de plata en los Campeonatos Panamericanos de Ciclismo que se celebran en Venezuela, se informó el martes.

Rosado terminó en segundo lugar en la competencia con registro de 37:39.94 para la distancia de 27.6 kilómetros.

La atleta puertorriqueña fue superada por la colombiana Ana Mandriñan, quien se alzó con la presea dorada con registro de 37:06.50.

El presidente de la Federación de Ciclismo, Alexis Cruz, indicó que los puertorriqueños Agustín Font y Eudaldo Asencio finalizaron undécimo y decimosegundo, respectivamente, en el evento.

SAN SALVADOR (AP) _ El Salvador gestiona al menos tres partidos amistosos antes de debutar contra Panamá en la semifinal para el Mundial de Alemania 2006, informó el miércoles la federación nacional de fútbol.

``Se están realizando contactos para tener lo más pronto posible al menos unos tres juegos de carácter internacional'', dijo a The Associated Press el director de selecciones, Armando Contreras.

Contreras reveló que el técnico nacional Juan Ramón Paredes ``ha sugerido la posibilidad de intercambiar (encuentros principalmente) con equipos del Caribe''.

Además, dijo que Guatemala podría ser una opción a nivel regional, debido a que El Salvador le debe una visita, pero aclaró que la decisión está en manos de los federativos.

El Salvador empató 2-2 el domingo como visitante ante Bermuda, sumó 4-3 en el global y clasificó a la semifinal en el Grupo A de la CONCACAF, integrado también por Estados Unidos, Jamaica y Panamá.

En esa ronda, El Salvador debutará contra Panamá el 18 de agosto en esta capital. Visitará a Estados Unidos el 4 ó 5 de septiembre y el 8 del mismo mes recibirá a Jamaica.

Los salvadoreños recibirán a Estados Unidos el 9 ó 10 de octubre; el 13 de octubre irán a Jamaica y cerrarán su participación al enfrentar a Panamá, que jugará como local, el 17 de noviembre.

Contreras dijo que el plantel salvadoreño reanudará el lunes sus prácticas aprovechando el receso del torneo Clausura, el cual concluyó a principios del mes. El próximo campeonato comienza a mediados de agosto.



July 1, 2004          El Diálogo          17

# HOLYOKE HEALTH CENTER BATTLES DIABETES



Holyoke has the highest mortality rate from diabetes in Massachusetts. The Holyoke Health Center has 900 patients who have been diagnosed with Type 2 Diabetes. "It's a disease that can't just be controlled in the doctor's office," said Cathie Korey, M.D., who is the physician in the Diabetes Program. "You need the outside support too. Our program is special in that it works with patients on many levels."

Dr. Korey and the Diabetes Group have created a program that helps patients learn how to take control of their diabetes. "Diabetes is not just about high blood sugar," said Dr. Korey. "It's also high lipids and high blood pressure, which can lead directly to strokes and heart disease."

Those who are at the highest risk include anyone with high blood pressure (at or above 130/80), anyone with a family history of diabetes, and any woman who had diabetes during pregnancy or who had a baby who weighed more than nine pounds at birth. Obesity is a strong risk factor for developing Type 2 diabetes.

Some diabetes symptoms include:
• Frequent urination
• Excessive thirst
• Extreme hunger

• Unusual weight loss
• Increased fatigue
• Irritability
• Blurry vision

For anyone who is concerned that s/he may have diabetes, the Holyoke Health Center recommends that s/he see a physician as soon as possible. Holyoke Health Center patients with diabetes have access to the many additional programs offered by the Diabetes Group, including exercise classes, nutrition classes, and support groups.

Holyoke Health Center believes that ever one – rich or poor, insured or not – needs a medical home. For more information about enrollment and our services, please call YamiraMoreno at 420-2129.
**The Holyoke Health Center is located at 230 Maple Street in downtown Holyoke. 413-420-2200. The Chicopee Health Center is located at 203 Exchange Street in downtown Chicopee. 413-420-2222. The health centers offer care in Adult Medicine, Pediatrics, and Dental Care. Same Day Care is available for urgent, non-emergency problems. Fees are based on patient income and insurance coverage. Nobody is denied care based on inability to pay.**

# Cancer victims claims against IBM dismissed after settlement

### By RACHEL KONRAD

SAN JOSE, Calif. (AP) _ Dozens of IBM Corp. workers and retirees who alleged that exposure to toxic chemicals caused them to develop cancer had their cases dismissed after a settlement, the company announced Wednesday.

The cases hinged on whether workers developed cancer after years of work at IBM's disk drive plant in San Jose. The dismissals of about 50 former and current California workers, signed by IBM and plaintiffs' attorney Richard Alexander, came after a settlement whose terms were not disclosed.

Earlier this year, two of Alexander's plaintiffs who suffered liver disease, breast and brain cancers while working in the San Jose plant lost their cases after a four-month jury trial. At least 100 similar cases against Armonk, N.Y.-based IBM are pending

in New York, Minnesota and elsewhere.IBM confirmed Wednesday that the California cases had been settled and dismissed but would not provide additional information. Alexander and Amanda Hawes, who represented the plaintiffs, did not return phone calls.

In February, a California jury ruled unanimously that two retired workers, Alida Hernandez and James Moore, did not develop systemic chemical poisoning at IBM, despite workplace exposure to trichloroethylene, cadmium, toluene, benzene, arsenic and other toxins. Jurors also ruled that Big Blue did not lie to the workers about the safety of the San Jose factory.

The plaintiffs, who were diagnosed with cancer in the 1990s, were seeking millions of dollars in damages. IBM doctors knew that an alarming number of workers in its semiconductor ``fabs'' were dying from rare cancers in their 30s, 40s and 50s, plaintiffs argued, but executives misled workers and tried to hide a ``corporate mortali-

ty file'' that documented the deaths.

In March, IBM settled a $100 millio[n] lawsuit by Candace Curtis, born wit[h] severe birth defects allegedly caused by her mother's working conditions [at] an IBM plant in Fishkill, N.Y. That case was settled just as jury selection was to start, and terms were not released.

IBM settled another $40 million birt[h] defect lawsuit in 2001 by the parents of a deformed son born blind and wi[th] severe respiratory abnormalities.

The semiconductor industry and tho[u]sands of Americans who have worke[d] in chip plants have been watching th[e] cases anxiously. Although most microchip factories have dramaticall[y] improved safety in dust-free ``clean rooms,'' companies still operate fab[s] in several states and overseas.

Shares in IBM rose 77 cents to clos[e] at $90.79 Wednesday on the New Yo[rk] Stock Exchange.

# Good Health Starts Here

We provide healthcare even if you cannot pay. Contact Yamira Moreno for more information about low cost and free care options: 420-2129

- Adult Medicine
- Women's Health
- Pediatrics
- Same day Care
- Dental Care
- Referrals to Specialists



**Holyoke and Chicopee Health Centers**

# La Buena Salud Empieza Aquí

En Holyoke y Chicopee Health Centers proveemos servicios médicos sin importar su capacidad de pago. Contácte a Yamira Moreno para más información sobre como obtener servicios médicos gratis o de bajo costo: 420-2129

- Medicina para adultos
- Pediatría
- Ginecología
- Atención Médica el mismo día
- Servicios Dentales
- Referidos a Especialistas

Holyoke Health Center
230 Maple Street
Holyoke, MA 01040
Tlf./Phone: 420-22-00

Chicopee Health Center
203 Exchange Street
Tlf./Phone: 420-2222

June 15, 2004

**El Diálogo**

**19**

# baliseautoespanol.com



**Ahora puedes comprar
tu auto nuevo o usado
en español y desde el lugar
que más te convenga**

*baliseautoespanol.com*
es la mejor manera de comprar tu
auto en tu idioma y desde el lugar
que más te convenga.

En *baliseautoespanol.com*
puedes obtener el valor actual de tu
vehículo fácilmente y sin
complicaciones.

Más aún, en
*baliseautoespanol.com* puedes
lograr tu pre-aprobación de crédito,
obtener financiamiento desde la
tranquilidad de tu hogar o desde el
sitio donde te encuentres. No
importa si tu cédito tiene algún
problema. en *Balise* estamos para
ayudarte y facilitarte tu compra.

Visítanos en
**baliseautoespanol.com**, la
mejor manera de comprar tu auto
en tu propio idioma y desde el lugar
que más te convenga. También
tenemos el más extenso inventario
de vehículos de la región. Entra en
**baliseautoespanol.com** y
conseguirás el vehículo que deseas.

*Visítanos en baliseautoespanol.com,
la mejor manera de comprar tu auto
en tu propio idioma y desde el lugar
que más te convenga.*



**20**    El Diálogo    July 1, 2004

**EXHIBIT 54**


**EXHIBITS INTRODUCED AT**
**MAY 23, 2004**
**PRELIMINARY INJUNCTION HEARING**



EXHIBIT
S4

# El Diálogo

Volume 2
Number 2

**2 EDITORIAL**
EDITORIAL

**3 NEGOCIOS**
BUSINESS

**4 PORTADA**
COVER

**6 NOTICIAS**
NEWS

**8 ORGULLO NUESTRO**
OUR PRIDE

**9 DIALOGANDO Y**
**COCINANDO**
COOKING &
DIALOGUING

**10 EVENTOS**
EVENTS

**11 ARTE Y**
**ENTRETENIMIENTO**
ARTS &
ENTERTAINMENT

**12 DIÁLOGO DEL**
**CONSUMIDOR**
CONSUMER'S
DIALOGUE

**13 DEPORTES**
SPORTS

**14 SALUD**
HEALTH

# Dangerous silence.P.4



# Silencio peligroso.P.5





*Black speakers day at February spotlight*

## DIALOGANDO Y COCINANADO
### *COOKING & DIALOGUING*



*Westfield warms up*

**Calor isleño en Westfield**

P.9



2    El Diálogo    February 15, 2005                                                    EDITORIAL

# Hispanos invisibles

## "¡Está bueno ya de ser invisibles ante el Alcalde!"

**E**l otro día leí el artículo del Boston Globe "Racial goals unmet in 12 cities, towns" (2 de enero de 2005), referente al fracaso de seguir la ordenanza Federal que estableció metas para contratar minorías en MA. Holyoke estaba entre las ciudades que no habían llenado las metas establecidas.

Esa misma semana leí una reacción publicada en The Republican ("Holyoke officials deny failure in compliance"; 7 de enero de 2005), donde el Alcalde Michael Sullivan, protagonista junto al superintendente Bill Fuqua, El Presidente del Consejo, Joe Mcgiverin, El Director del Comité de Finanzas Ray Feire, y el Consejal Mark Joyce, del mal pensado proyecto de privatización del servicio de agua, defendía su gestión de mantenerse en línea con la demanda, haciendo hincapié en sus exitosas gestiones en emplear minorías.

Según el Alcalde, es difícil encontrar gente calificada. ¿Será que los latinos de Holyoke están desapareciendo? A los desaparecidos voy a llamarlos "Los Invisibles".

"Los Invisibles", aunque capacitados para posiciones gerenciales, no se enteran de las oportunidades porque se necesita más que una campaña radial para atraer buenos candidatos. Mi empresa anunció las posiciones que teníamos disponibles en los principales diarios... y aparecieron "Los Invisibles".

Por eso los exhorto a que monitoreen las oportunidades y exijan trato igual.

Presten atención, por ejemplo, al asunto de la privatización del agua en Holyoke. Usted dirá: "Eso no me compete. El agua seguirá saliendo por el grifo y después que me bañe, allá ellos que se enreden a los puños". Dejarlos a ellos hacer lo que quieran puede significar que la carga financiera de una mala decisión recaiga bajo los hombros del "Invisible".

Así que está de tí bendar tus ojos o dejar que ellos se los tapen para no verte.

**¡Está bueno ya de ser invisibles ante el Alcalde!**

Ana Morales
Jefa de redacción
editor@eldialogo.com

---

# Invisible Hispanics

## "Our invisibility must end!"

**I** read The Boston Globe article " Racial goals unmet in 12 cities, towns" (January 2, 2005), referring to the failure to follow Federal ruling establishing goals to contract minorities in MA.

I then read a reaction published in The Republican ("Holyoke officials deny failure in compliance"; January 7, 2005), where Michael Sullivan, mayor of Holyoke and protagonist of the poorly planned water service privatization project, defended his initiatives to hire minorities.

According to the Mayor it is difficult to find qualified people. To that I ask: Is Holyoke's Hispanic population disappearing?

I am going to call these vanished Hispanics "The Invisible." "The Invisible," who are qualified for managemerial positions, rarely find out about opportunities because they need more than a radio spot to attract good candidates. "The Invisibles" must seek out opportunities and demand equality during the hiring process.

I invite "The Invisible" to take initiatives. Pay attention, for example, to the water service privatization issue. The burden of a bad decision may fall on your shoulders. It's up to you wear blindfolds or let them wear theirs forever. Our invisibility must end!

Ana Morales
Editor in chief
editor@eldialogo.com

---

## El Diálogo

**Lillian Santiago-Bauzá**
*Publisher*

**Hector Bauzá**
*Sales Director*

**Ana Morales**
*Editor in Chief*

**Francisco Solé**
*Sales and Advertising Manager*

**Gabriela Romero**
*Art Director*

4 Open Square Way
Studio 405
Holyoke, MA 01040

413-536-5560
fax 413-533-9467

editor@eldialogo.com
sales@eldialogo.com
art@eldialogo.com
www.eldialogo.com

---

## Surveillance cameras, Fair enough

*Mr. Franco, in your letter to The Republican, you forgot to analyze that we must choose whether they violate innocent people's privacy rights or those of delinquents. The city will not put cameras in front of our toilets!*

*We need a better economy, more jobs and stronger families... but you don't get that overnight. When you have a leak in your house, you put a bucket until you fix the ceiling. It is our responsibility to help those families who live in high crime areas.*

## Sí a cámaras de vigilancia

Sr. Franco, en su carta a The Republican se le olvidó analizar que esto se trata de escoger si le roban la privacidad al inocente o al delincuente. ¡La ciudad no pondrá cámaras alfrente de nuestros inodoros!

Hace falta una mejor economía, más trabajos y el fortalecimiento de las familias... pero eso no se logra de la noche a la mañana. Cuando uno tiene una gotera en la casa pones un cubo en lo que arreglas el techo. Es nuestra resposabilidad ayudar a que las familias que viven en esas áreas de crimen se sientan seguras.

---



# ECHO HILL
### OF HOLYOKE

Echo Hill of Holyoke townhouse apartments were designed and built to give the convenience and feeling of individual homes. Offering 2 and 3 bedroom apartments. Each town house has its own private patio, basement and 36 out of the 42 units have a two car carport. The ultimate in sound proofing has been achieved by using eight inches of concrete between each unit on all floors. Interstate 91, I-391, and Route 202 and Route 116 are minutes away. These are just a few of the features offered by Echo Hill.

## Available Now. Come see for yourself!
equal opportunity housing

For rental information contact us at echohill@opensquare.com or call Silvia at
413.532.5057 x 204. 10 Open Square Way, Holyoke, Massachusetts 01040
www.opensquare.com

NEGOCIOS • BUSINESS                    El Diálogo    February 15, 2005    **3**

# Latinos cambiando el país

Los latinos de E.U. son una población compleja que representa diversas nacionalidades y niveles de integración en el país.

Rebeca Vargas, directora de los mercados hispanos de Citigroup, dijo que Citigroup desarrolló una estrategia que incluyó servicios bilingües; aceptar formas mexicanas de identificación; comunicaciones que reflejan la cultura financiera hispana; servicio a latinas; y un servicio de remesas del dinero.

Según Jose Raul Perez, director de mercadeo para People en Español, Time Warner vendió 1 millón de copias en Tejas en mayo de 1995 cuando Selena fue asesinada. Usted no ve a Jennifer Lopez ni a Tom Cruise en la portada de la revista. ¿Por qué? "A nadie le importa," dijo Perez. "Nuestros consumidores están interesados en sus estrellas de sus países de origen."

> Compañías en USA han adaptado sus productos para servir a la población Latina. Pero no se trata sólo de traducir. Hay que estar al tanto con las necesidades reales de los Hispanos

Peter Filiaci, representante de mercadeo para Univision, dijo que uno de los retos es "seguir el paso de crecimiento de los hispanos y saber que sus necesidades cambian". Filiaci observó que "no es tan simple como tomar el contenido en inglés y traducirlo a español. Si ése fuera el caso, estaríamos haciendo frente a una competencia mucho más fuerte."

Fuente:
Knowledge@Wharton



JOHN R. FRANCE, M.D.

1-866-SEE-NELC
www.northeastlaser.net

NorthEast Laser Center

LADARVision CustomCornea with INTRALASE

★ BEST ★ 2003

THE ESSENTIAL COMPONENT OF BETTER VISION

★ BEST ★ 2004

For Details Call 413-781-6352

## Latinos changing America

*Hispanics are a complex population that represents different nationalities and varying levels of integration within the country. And while the Hispanic population continues to assimilate, its tendency to hold on to its origins will create a "changing America" that won't be easy to define.*

*Rebeca Vargas, Citigroup's Hispanic marketer, said Citigroup developed a strategy that included from bilingual services to a money remittances service.*

*According to Jose Raul Perez, marketing director for People en Español, Time Warner sold a million copies of People magazine in Texas just days after Selena was killed. That woke Time Warner up.*

*Peter Filiaci, marketer for* Univision, a Spanish-language media firm, said that one of the challenges "is to keep pace with [Hispanics'] changing needs." Filiaci noted that it's not as simple as translating. "If that were the case, we would be facing stiffer competition."

*Source:Knowledge@Wharton*



(Comcast.

¿A VECES NO TIENES LA SENSACION DE QUE NO HAY NADA PARA VER **EN ESPAÑOL?**

Canales Selecto con sólo $19.95 más por mes añadido a cable básico. ¡La instalación es GRATIS! Llama hoy al 1-800-702-7012

Comienza a disfrutar hoy de un paquete muy, pero muy bueno para los que hablamos español.
• CineLatino • CNN en Español • Discovery en Español • Fox Sports en Español • TVE Internacional • MTV en Español • Toon Disney (SAP) • The History Channel en Español
• Cine Mexicano • Casa Club TV • Supercanal Caribe • Y muchos más

● HBO ON DEMAND
Programación original, películas, series y espectáculos de la más alta calidad en la historia de la TV por cable.
• Hasta 12 canales HBO con lo mejor de lo mejor
• La magnífica programación de HBO Latino
• El exclusivo contenido de HBO ON DEMAND sin costo adicional. Con más de 100 horas de programación. The Sopranos, Sex & the City y mucho más

● TV de Alta Definición disponible
Todo el realismo de la más avanzada tecnología para disfrutar del mejor entretenimiento con una imagen pura y perfecta hasta en el mínimo detalle.

● Caja digital
Con varias funciones, como guía de programación en pantalla y Bloqueo de programación para controlar lo que ven los niños.

● ON DEMAND en español gratis
Te permite empezar a ver programas del archivo de Comcast en el momento que quieras: películas, shows, deportes y lo más variado del entretenimiento. Pudiendo parar, avanzar y retroceder a voluntad. Un servicio no disponible en el sistema satelital. ¡Comcast lo tiene!

PORTADA • COVER

# Dangerous silence

Ana Morarles

While our President tries to privatize social security, our Mayor tries to privatize the water system, raising sewer rates 181%. Bush's retirement is safe, and little does he care about the disappearance of social support. Sullivan is not connected to the city sewer system where he lives in West Holyoke. He won't pay the sewer rates hike either. Nor will Jorge Neves, the lobbyist for privatization and Mayoral confidante. He lives in West Holyoke too.

### Meeting of wolves...

Holyoke overflows excess sewerage to the Connecticut River during heavy rainfall. The U.S. Environmental Protection Agency and the Massachusetts Department of Environmental Protection demanded that Holyoke solve the problem immediately. To this end, Mayor Michael Sullivan proposes to privatize the water system, granting a contract to Aquarion, branch of a London-based company.

According to the contract, which extends throughout 20 years, Aquarion will build improvements to process sewage water. In addition, Aquarion would hire 26 local employees to operate the plant. The Department of Public Works (DPW) justifies the privatization based on an analysis by HDR, consultants hired by the Mayor, who project Aquarion would save $7.3 million to the city over 20 years.

### ... Death of lambs

Aside from making the 700-page contract available through www.holyoke.org, the rest of the deliberation happened behind the scenes.

The Mayor refuses to disclose key pieces of information. Ward 3 City Councilor Helen Norris asked how much it would



Holyoke overflows excess waste to the Connecticut River. Mayor Michael Sullivan proposes to privatize the water system, granting a contract to Aquarion, branch of a London-based company. (Photo: Ed Cohen)

cost for Aquarion to make repairs versus the city DPW over 20 years. The DPW, Norris says, has to use the same equipment that Aquarion does.

The Mayor's consultants informed Norris that they are unable to make a detailed line-by-line cost comparison between both options.

Studies show that privatizations are rarely successful. Sewer users in Holyoke, who now pay $1.95 for every 1,000 gallons of water, will see their rates skyrocket 181% to $5.50 per thousand through a series of rate hikes, according to DPW plans. Typical household sewer bills are $165 per year and these will jump to $463 per year. This will impact renters as well.

Sullivan insists on privatization, although he will not sign the contract until the City Council approves the initial sewer rate increase. Once the contract is signed, the residents connected to the city sewer system will be married to 20 years of rate hikes.

Why is the Mayor unwilling to investigate whether there is a lower cost solution to Holyoke's sewer problem? The Mayor's answer is silence.

### Coldly calculated

According to City Ornances, the City Council must approve contracts that run beyond 3 years, but in May of 2003 the Mayor sought special legislation that would cast a green light for him to negotiate without the Council's approval. The Council passed the request 11-3, ignoring that the legislation would strip the Council of powers to approve the contract.

By 2002, 1 year before Sullivan sought special legislation, he, as a member of the Urban Water Council, lobbied for Federal legislation to allow cities to borrow more money from the government and use it to hire private companies. Did Mayor Sullivan ever have an open mind?

When the Council noticed that the Mayor's special

legislation deprived them of authority over privatization, the Council voted 14-1 to restitute their powers. The Mayor refused to sign off and restore the City Council's powers. The Mayor was asked why won't he restore these powers. Answer: silence.

### Stones thrown, hands hidden

Sullivan holds that Inspector General (IG) approved the Special Legislation, but the Inspector General never recommended taking away checks and balances. These checks and balances are needed to protect ratepayers.

### Distrust

On January 14th, and through an email where this publication was copied, former reporter Carolyn Toll Oppenheim asked the Mayor to examine more options. Using a metaphor about remodelling kitchens, Sullivan responded that he does not trust the city for this job and that making things

"by the book" is tedious.

Trust in the economics is what Councillors Pluta, Lubold, Santiago and Norris lack. The group placed an order to compare the costs of a municipal run sewer plant versus Aquarion's privatization proposal. The Mayor ridiculed the order.

### Shut up, do, and you'll have it your way

In spite of his lack of cooperation, Sullivan needs the Council as the Council must approve the rate increase. The Mayor also needs $1.3 million to jump start the project. And he wants authority to borrow $6 million from the state for a low interest loan to finance sewer repairs.

The Council, who once had 9 votes against privatization, passed the $1.3 million transfer to begin the contract 8-7. With the vote displacement, it's possible that the rate increase gets approved.

In Lee, where a similar controversy took place, the consulting firm HDR claimed they would save money if they privatized. They were wrong.

The town of Lee is going to save its ratepayers $4 million by rejecting privatization and using its municipal DPW to run its sewer plant after citizens won voting against privatization.

Mayor Sullivan hired HDR, and these consultants are pushing privatization here in Holyoke. Are they wrong again?

"If the contract [with Aquarion] is so good for the city, why is the city scared to carry out an open and democratic process?", asks Virginia Schulman, who provided legal assistance to Lee's group.

Says Schulman: "Perhaps after [the victory of the citizens of Lee], they learned how to keep the public quiet".

# Silencio peligroso



Planta de tratamiento de aguas negras de la ciudad de Holyoke, MA. Localizada en la calle Berkshire, esta planta se pretende sea privatizada. (Foto: Gabriela Romero)

Ana Morales

Mientras que nuestro Presidente intenta privatizar el Seguro Social, nuestro Alcalde intenta privatizar el sistema de agua, aumentando las tarifas por 181%. El retiro de Bush es seguro, y poco le importa la desaparición de la ayuda social. Sullivan no está conectado con el sistema de alcantarilla de la ciudad donde él vive en Holyoke Oeste. Él no pagará el alza en tarifas. Ni Jorge Neves, el cabildero para la privatización y confidante mayoral. Él vive en Holyoke Oeste también.

## Reunión de lobos...

Holyoke desborda un exceso de desperdicios al Río Connecticut durante la precipitación pesada. La Agencia de Protección Ambiental de E.U. y el Departamento de Protección Ambiental de MA exigieron que Holyoke resolviera el problema.

Con este fin, el Alcalde Michael Sullivan propone privatizar el sistema de agua, concediendo un contrato a Aquarion, rama de una compañía basada en Londres. Según el contrato, que tiene una duración de 20 años, Aquarion construirá mejoras para procesar el agua. Además, Aquarion empleará a 26 empleados locales para operar la planta.

El departamento de Obras Públicas (DPW, por sus siglas en inglés) justifica la privatización basándose en un análisis por HDR, consultores contratados por el Alcalde, que proyectan que Aquarion ahorraría $7.3 millones a la ciudad a través de 20 años.

## ... Muerte de ovejas

Aparte de la divulgación del contrato de 700 páginas a través de www.holyoke.org, el resto de la deliberación ha sido tras bastidores. El Alcalde rechaza divulgar piezas de información cruciales. La Consejal de la Ciudad por el Barrio 3, Helen Norris, preguntó cuánto costaría que Aquarion haga las reparaciones versus el DPW de la ciudad. El DPW, Norris dice, tiene que utilizar el mismo equipo que usa Aquarion. Los consultores del alcalde informaron a Norris que no pueden hacer una comparación detallada de costos, línea por línea, entre ambas opciones.

Los estudios demuestran que raramente las privatizaciones son acertadas. Los usuarios del servicio en Holyoke, que ahora pagan $1.95 cada 1,000 galones de agua, verán sus tarifas subir como cohete por 181% a $5.50 a través de una serie de alzas, según los planes del DPW.

Una factura típica del sistema de alcantarillas a una casa son $165 por año. Estas saltarán a $463 por año, algo que afectará no solo a los dueños de hogar, sino a los que alquilan.

Sullivan insiste en la privatización, aunque él no firmará el contrato hasta que el Consejo de la Ciudad apruebe el aumento inicial de tarifas. Una vez que se firme el contrato, casarán a los residentes conectados con el sistema de alcantarilla de la ciudad con 20 años de alzas.

¿Por qué el Alcalde tiene poca disposición a investigar si hay una solución más económica? La respuesta del Alcalde es silencio.

## Fríamente calculado

Según las Ordenanzas de la Ciudad, el Consejo de la Ciudad debe aprobar los contratos que van más allá de 3 años, pero en mayo de 2003 el Alcalde buscó legislación especial que echaría luz verde para que él negocie sin la aprobación del Consejo.

El Consejo pasó la petición 11-3, ignorando la legislación le quitaría al Consejo su capacidad para aprobar el contrato. Ya para 2002, 1 año antes de que Sullivan buscara la legislación especial, él, como miembro del Consejo de Agua Urbana, cabildeó para que las ciudades pudieran tomar más dinero prestado del gobierno y utilizarlo para contratar compañías privadas. ¿Ha tenido el Alcalde Sullivan una mente abierta?

Cuando el Consejo notó que la legislación especial del Alcalde los privó de autoridad sobre la privatización, el consejo votó 14-1 para restituir sus poderes. El Alcalde rechazó la petición.

Preguntaron al alcalde por qué no restaura los poderes del Consejo. Respuesta: silencio.

## Tiran la piedra, esconden la mano

Sullivan sostiene que el Inspector General (IG) aprobó la legislación especial, pero el Inspector General nunca recomendó quitarles cheques y balances. Estos cheques y balances son necesarios para proteger a los contribuyentes.

## Desconfianza

El 14 de enero, y a través de un email donde esta publicación fue copiada, la ex-reportera Carolyn Toll Oppenheim pidió que el Alcalde examinara más opciones. Usando una metáfora sobre remodelar cocinas, Sullivan respondió que él no confía en la ciudad para este trabajo y que hacer cosas "por el libro" es tedioso.

Desconfianza en la economía es lo que tienen los Consejales Pluta, Lubold, Santiago y Norris. El grupo puso una orden para comparar los costos de una planta municipal versus la oferta de privatización de Aquarion. El alcalde puso en ridículo la orden.

## Calla, haz, con la tuya te saldrás

A pesar de su falta de cooperación, Sullivan necesita al Consejo ya que el Consejo debe aprobar el aumento en tarifas. El Alcalde también necesita $1.3 millones para comenzar el proyecto. Y él quisiera autoridad para pedir $6 millones prestados al estado para financiar reparaciones.

El Consejo, que contaba con 9 votos contra la privatización, pasó la transferencia de $1.3 millones para comenzar el contrato 8-7. Con el desplazamiento de votos, es posible que el aumento de tarifas sea aprobado.

En el pueblo de Lee, donde ocurrió una controversia similar, la firma HDR dijo que la ciudad ahorraría dinero con la privatización. Estaban equivocados.

Lee ahorró a sus contribuyentes $4 millones rechazando la privatización y usando su DPW municipal para dirigir su planta de alcantarilla después de los ciudadanos votar contra la privatización. El Alcalde Sullivan contrató a HDR, los consultores que están empujando la privatización aquí en Holyoke. ¿Se habrán equivocado otra vez?

"Si el contrato [con Aquarion] es tan bueno para la ciudad, por qué la ciudad tiene miedo de llevar a cabo un proceso abierto y democrático?", pregunta Virginia Schulman, de Northampton, miembro del Comité que asistió al grupo de Lee en la examinación de leyes relacionadas al conflicto de interés en los procesos públicos.

Dice Schulman: "Después [de la victoria de los ciudadanos] de Lee, quizás ellos aprendieron cómo mantener al público callado".

# Education
## Strong Spanish, Stronger English

IRVINE, CA (HPRW) - Spanish-speaking parents can help their children prepare for school and provide a foundation for learning English by spending more time reading, talking and interacting in their native language. That is one of the preliminary research findings from HABLA, an educational outreach program in Orange County, California.

HABLA's findings are part of a growing body of evidence that preschool Hispanic children are more likely to become fluent and acquire literacy skills in English if they have a strong foundation in their home language. For parents who come to this country and want their children to learn English, it means they don't have to first learn English themselves.

"Speaking and reading with their children will do much more than English language television can ever do. The Spanish that Hispanic parents teach their children will be the basis for the English the children will learn in school," said Dr. Virginia Mann, founder of the program.

The program supports increased verbal interaction in the homes of economically disadvantaged Latino children between 2 and 4 years old.

"It's like prenatal vitamins," Mann said. "Early interventions are cost-effective. A year of HABLA costs $2,000, while a year of preschool or special education costs three times that."

# Educación
## Habla español, Aprende inglés

IRVINE, CA (HPRW) -Los padres de habla hispana pueden ayudar a que sus hijos se preparen mejor para la escuela, y sentar las bases para el aprendizaje del inglés, dedicando más tiempo a la lectura, la conversación y la interacción en su idioma natal. Este es uno de los resultados de un estudio preliminar realizado por HABLA, programa de apoyo educacional de Orange County, California.

Los hallazgos del estudio de HABLA forman parte de un creciente número de evidencias de que los niños hispanos en edad preescolar son más propensos a adquirir fluidez y habilidades de lectura y escritura en inglés, si cuentan con una base firme en el idioma que se habla en sus hogares respectivos. Para los padres que emigran a este país y quieren que sus hijos aprendan inglés, esto significa que no tienen que aprender inglés ellos primero.

"El español que enseñan los padres hispanos a sus hijos será la base del inglés que estos últimos aprenderán en la escuela," aseguró la Dra. Virginia Mann, fundadora

del programa.

El programa HABLA inculca la interacción verbal en hogares de escasos recursos con niños latinos entre las edades de 2-4 años. Mediante el uso de mentores culturalmente apropiados, enseña métodos divertidos y directos a través de libros y juguetes que se usan en casa. Como resultado, los niños reciben una mejor preparación para triunfar académicamente.

En este momento, cuando la atención educacional está concentrada en los exámenes; y los hispanos constituyen el segmento minoritario mayor y de más rápido crecimiento en los E.U., la disposición para la lectura de los niños de habla hispana es importante para los educadores y familias de toda la nación.

•"Es como las vitaminas prenatales. Las intervenciones a tiempo son efectivas en materia de costos. Un año de trabajo con HABLA cuesta $2,000, mientras que un año de enseñanza preescolar o de educación especial cuesta tres veces más", agregó la Dra. Mann.

# History
## Black speakers tire of February spotlight



*Nell Irvin Painter no longer accepts invitations to events pegged to Black History Month because they typically come from groups that "want to hear the same old thing, very often." (Photo: AP)*

**Erin Texeira**

The only black county commissioner in Dallas, John Wiley Price spoke Monday to mostly black middle school students. If he had been invited the following day, Feb. 1, he would have refused.

Price no longer makes public appearances during Black History Month. Like some other top speakers, Price has grown weary of being in high demand for just a few weeks and then often ignored.

Black History Month has roots in historian Carter G. Woodson's Negro History

Week, which he designated in 1926 as the second week in February to mark the birthdays of Frederick Douglass and Abraham Lincoln. Woodson, who also began the Association for the Study of African American Life and History, said he hoped the week could one day be eliminated -when black history would become fundamental to American history.

Attendance at black museums and historical sites and events, and even the list of events with no historical tie appears to be growing.

"An industry has grown up around (Black History Month) which is really quite fascinating," said Nell Irvin Painter, a Princeton historian.

Painter no longer accepts invitations to events pegged to the month, however, because they typically come from groups that "want to hear the same old thing, very often."

Still, despite their misgivings about Black History Month, Painter and others think it should continue. The reason: They believe black history would become even more marginalized without it.

# Historia
## Negros cansados

Erin Texeira

El único comisionado negro del condado de Dallas, John Wiley Price, habló recientemente a un grupo de estudiantes mayormente negros. Si le hubieran invitado el día siguiente, 1 de febrero, él hubiera rechazado.

Price ya no hace presentaciones durante Black History Month (Mes de la Raza Negra). Al igual que otros portavoces, Price se ha cansado de estar en alta demanda por apenas algunas semanas y después, que nadie le haga caso.

El Mes de la Raza Negra tiene raíces en la Semana de la Historia Negra del historiador Carter G. Woodson, que designó la segunda semana de febrero en 1926 para marcar los natalicios de Frederick Douglass y Abraham Lincoln.

Woodson, que también comenzó la Asociación para el Estudio de la Vida Americana y de la Historia Africana, dijo que esperaba que la semana pudiera algún día ser eliminada - cuando la historia negra llegara a ser fundamental a la historia americana.

La atención hacia museos negros y sitios históricos también prolifera rápidamente durante esta época, e incluso una lista de eventos sin lazo histórico crece.

"Una industria ha crecido alrededor (del Mes de la Raza Negra) lo cual es absolutamente fascinante", dijo Nell Irvin Painter, historiadora de Princeton.

Sin embargo, Painter ya no acepta invitaciones a eventos relacionados al mes, porque vienen típicamente de grupos que "desean oír la misma cosa".

No obstante, a pesar de sus dudas sobre el Mes de la Raza Negra, Painter y otros piensan que debe continuar. La razón: la historia negra se marginaría aún más sin la celebración.

## Politics
# Bush's Social Security Plan

SOCIAL SECURITY REFORM

### The president's individual resolve

In his quest to transform the nation's retirement system, President Bush is heartily proposing a plan that he says will help ease the future flow of red ink — a voluntary individual investment account.

**How the account works**



| EMPLOYERS | WORKERS | Participant can divert up to 4 percent of their federal payroll tax — $1,000 in the first year and $100 more each year thereafter |
|---|---|---|
| **6.2%** Invested as before | **4.0%** Individual accounts | **2.2%** Invested as before |

**Current trust fund**

Now running a surplus, a deficit is expected by 2018 or 2020

**Investment options**

HIGHER-YIELDING MUTUAL FUNDS
Large companies
Small companies
International stocks

CONSERVATIVE BONDS
Corporate
Treasury

Five options would be broadly diversified and can be mixed.

Possible sixth fund increases bonds and decreases stocks as participant gets older

**BENEFIT**

**Financing the transition**

Various estimates put cost to be between $750 billion and $2 trillion, which would most likely be borrowed by the government

**RETIREES**

**Retirement**

No withdrawals before retirement; no borrowing

If retiree falls below poverty level, fixed payments would come from a forced annuity

Others could spend, save or bequeath earnings

**Current U.S. population by age**

| | Account eligibility in 2010 or later |
| | Eligibility in 2009 |
| | No changes in benefits |

5.0 million people
4.5
4.0
3.5
3.0
2.5
2.0
1.5
1.0
0.5
0
Age 5 10 15 20 25 30 35 40 45 50 55 60 65 70 75 80 85 90 95 100

SOURCES: Census Bureau; Social Security Administration, White House                    AP



**Associated Press graphics**



Reparaciones • Ventas • Actualizaciones • Intercambios

**Satisfacción Garantizada**

**RELIABLE COMPUTER**
Dan Deschaine

867 Main Street
Holyoke, MA 01040

Ph. 413.552.0197
Fax. 413.534.8744

## Politics
# Social Security: Not so secure

*Ana Morales*

Bush's budget ascends to $2.57 billion. Experts forecast a 2005 deficit that will reach $427,000 million. That's excluding the expenses of the wars of Iraq and Afghanistan, for which Bush will request an additional $75,000 million. To avoid a budget disaster, Bush proposed reducing national expenses by 0.7%, with exception of Defense and National Security expenses.

Bush will eliminate or reduce 150 national programs, including the privatization of Social Security. Under the proposal, the benefits of Social Security will not change for retirees over 55. But the government's guarantee towards young workers will change.

The President will allow

### Bush will privatize our Social Security

young workers to invest two thirds of their taxes in personal accounts. They will be required to buy investments that guarantee levels above poverty during retirement.

Hispanic retirees highly depend on Social Security because they usually do not invest for retirement in personal accounts. Aditionally, while Whites mostly live on average 16 years of retirement, Hispanics live 19.

According to AP, Democrats think this plan is foolish, saying that it will reduce benefits, while increasing national debt to

almost $2 trillion. Plan supporters say that current Social Security benefits will be offset by the gains generated by the stock-market.

N.Y.'s El Diario La Prensa called the budget cut a gigantic lie and postulated that the privatization of Social Security is product of 2 decades of national wastefulness.

Moreover, the newspaper denies that by 2018 the Social Security will only be able to pay 80% of the obligations to the insured, contradicting Bush's message.

"What worries Bush is how to explain that starting during the 80's until now, the government lent itself approximately $200 billion a year from the Social Security fund, [money] that they never returned".

## Política: Inseguro Social

Ana Morales

El presupuesto de Bush asciende a $2.57 billones. Expertos pronostican un déficit que en 2005 alcanzará $427,000 millones y se quedará en $390,000 millones en el 2006, sin incluir los gastos de las guerras de Irak y Afganistán, para las que Bush pedirá $75,000 millones adicionales.

Para evitar un desastre presupuestario, Bush propuso reducir los gastos nacionales en un 0.7%, con excepción de los gastos de Defensa y Seguridad Nacional.

Bush eliminará o reducirá 150 programas nacionales, incluyendo la privatización del Seguro Social. Bajo su propuesta, los beneficios de Seguro Social no cambiarán para los retirados mayores de 55. Pero la garantía del gobierno hacia trabajadores jóvenes no será la misma.

### Bush va a privatizar nuestro Seguro Social

El Presidente permitirá que los trabajadores jóvenes inviertan dos terceras partes de sus impuestos en cuentas personales. Se les requerirá que compren una inversión que garantice mantener el ingreso sobre el nivel de pobreza durante el retiro.

Los jubilados hispanos son los más que dependen del Seguro Social porque no suelen invertir para el retiro en cuentas personales. Además, mientras los blancos viven en promedio 16 años de jubilación, los hispanos viven 19.

Según AP, los Demócratas denominan este plan como insensato, diciendo que reducirá los beneficios del

gobierno, mientras aumenta la deuda nacional a casi $2 trillones. Los que apoyan el plan dicen que los beneficios que ahora se reciben de Seguro Social serán poco comparado con las ganancias que generarán las cuentas personales a través de la bolsa.

El Diario La Prensa de N.Y. llamó al recorte presupuestario una gigantesca mentira y postuló que la privatización del Seguro Social es producto de 2 décadas de despilfarro nacional. El Diario además niega que para 2018 el Seguro Social sólo pueda pagar 80% de las obligaciones de los asegurados, contradiciendo el mensaje de Bush.

Dice El Diario: "Lo que le preocupa a Bush es cómo explicar que desde los años 80 el gobierno se prestaba aproximadamente $200 mil millones al año, del fondo fiduciario del Seguro Social y que nunca devolvió".

**8** · El Dialogo · February 15, 2005

ORGULLO NUESTRO • OUR PRIDE

# Never too late



*Sandra, native of Corozal, P.R., has helped 6 families to become home owners and has adviced 25 people to invest to buy a house, complete their studies, launch or improve their business. (Photo: Lillian Santiago)*

**Gustavo Acosta**

Sandra Rivera is a financial advisor of low income families for Solutions CDC. During the last 4 years, Sandra, native of Corozal, P.R., has helped 6 families to become home owners and has adviced 25 people to invest to buy a house, complete their studies, launch or improve their business. Her success has to do with her experience.

At age 11, Sandra, her mother and 3 siblings moved to Newark N.J., and later on to Brooklyn. When Sandra, now 28, began middle school, the family lived in a cold basement. "My siblings and I started having problems in school," says Sandra. Her mother decided to return to Newark because "there was a family atmosphere over there."

At 15, Sandra had her first son, and in 1991 she moved to Holyoke. "My mother supported me [to continue] my studies," she says.

Sandra went to Holyoke High, but had to withdraw by mid-10 grade because she worked in factories during afternoons and nights. "it was hard to do both things." The subsequent years show the experience of young people who seek a better future balancing school and work.

In 1992, Sandra worked 8 hours during the afternoons while taking GED classes at CARE Center. She later went to Holyoke Community College for 1 year, while working as pre-school special education teacher assistant at Morgan School.

But when MA began requiring certification, Sandra couldn't continue in this position. When Sandra had her second child, a daughter, she was about to complete her computers certificate from Holyoke's MCDI. However, due to medical complications, Sandra had to stay in bed for 8 months.

After a while, Sandra successfully completed Holyoke Community College's Jump Start program, where she volunteered with Americorps and learned about communi-tarian programs.

"The beginning is hard", she contemplates on her experience. "But to be successful it is necessary to have interest, responsibility and commitment with yourself." Visit Sandra Rivera at Solutions CDC at 254 Maple Street, Holyoke. She's Our Pride.

# Nunca es tarde

**Gustavo Acosta**

Sandra Rivera es consejera financiera de familias de bajos ingresos para *Solutions CDC*. Durante sus 4 años de trabajo, Sandra, natural de Corozal, P.R., ha asistido a 6 familias que hoy son dueñas de hogar, y ha contribuido a que 25 personas inviertan para comprar casa, completar sus estudios, iniciar o mejorar su negocio. Su éxito tiene que ver con su experiencia.

A los 11 años, Sandra se mudó con su mamá y sus 3 hermanos a Newark N.J., y luego a Brooklyn. Cuando Sandra, hoy de 28 años, comenzó la escuela intermedia, vivía en un só tano muy frío. "Mis hermanos y yo empezamos a tener problemas en la escuela", dice Sandra. Su madre decidió regresar a Newark porque "alla había un ambiente de familia".

A los 15 años Sandra tuvo su primer hijo, y en 1991 se trasladó a Holyoke. "Mí mamá me dió apoyo para [continuar] mis estudios", dice.

Sandra regresó a la Holyoke High, pero tuvo que salirse a la mitad del grado 10 porque durante tardes y noches trabajaba en fábricas. "Fue muy duro para mí hacer las dos cosas". Sus siguientes años ilustran la experiencia de jóvenes que buscan un mejor futuro balanceando estudios y trabajo.

En 1992, Sandra trabajó 8 horas en las tardes mientras tomaba clases de GED en CARE Center. Luego, tomó clases en el Holyoke Community College por 1 año, mientras trabajaba como asistente de educación especial pre-escolar en la Escuela Morgan.

Cuando cambiaron las regulaciones y MA requirió certificación, Sandra no pudo continuar en esta posición. Y dió a luz a su segunda hija, estaba por completar su capacitación en computadoras en el MCDI de Holyoke. Debido a complicaciones médicas tuvo que guardar cama por 8 meses.

Al cabo de un tiempo, Sandra completó exitosamente el programa Jump Start en Holyoke Community College, de donde sale a completar 2 años de servicio con el programa Americorp. Ahí aprendió sobre programas comunitarios.

"El comienzo es duro", reflexiona sobre su experiencia. "Pero para tener éxito hay que tener interés, reponsabilidad y compromiso con uno mismo." Visite a Sandra Rivera en *Solutions* CDC, en el 254 de la Maple Street en Holyoke. Ella es Orgullo Nuestro.

# Paraguay inspires award winning novels

**Cathleen C. Robinson**

One of the most tragic chapters in Latin American history was written by Paraguay in the mid-1800's. Driven by the ego of Dictator Francisco Solano López and the spirit of his mistress Eliza Lynch, Paraguay went on a suicidal effort to expand her frontiers, almost loosing her entire male population.

Two award-winning authors have chosen this period and the character of Eliza Lynch for their fictionalized historical novels.

With *News From Paraguay*, Lily Tuck captured the 2004 National Book Award. Anyone wanting to understand Paraguay, from war to geography, will enjoy this novel.

The plot unfolds as the turning of a kaleidoscope.



*Eliza Lynch is the main character of both award-winning novels*

constantly shifting points of view. There are many characters and keeping them straight involves concentration. Tuck's style is simple, sometimes brutal in its matter-of-fact description of military and sexual violence.

In *The Pleasure of Eliza Lynch*, Anne Enright, winner of the Rooney Prize for Irish Literature, tells Eliza's story in the first person present tense. Having left her first husband, she sees staying with her capricious lover as a way out of the disgrace suffered as a fallen woman.

We follow Eliza's career through the eyes of the foreign born Dr. Stewart, the other narrator. While Eliza's voice reflects innocence and excitement in anticipating her future, Stewart's voice is often cynical, sarcastic and desperate.

Enright's prose is rich, lush with description, often poetic, but it does not flinch from the harsh realities that Eliza Lynch lived.

*The News from Paraguay*
*Harper Collins Publishers, 2004*

*The Pleasure of Eliza Lynch*
*Grove Press, 2002*

DIALOGANDO Y COCINANADO • COOKING & DIALOGUING    **El Diálogo** • February 15, 2005    **9**

## Westfield warms up

*Lillian Santiago-Bauzá*

*At Santiago, the Caribbean-Puerto Rican restaurant ran by Don Ismael and Carmen Santiago in Westfield (34 Franklin St., 413-562-0210), it feels like you've come into a tropical island.*

*We recommend the hearty sancocho stew, made with an assortment of root-vegetables and beef and the seafood salad-stuffed crispy green plantains. The barbecue ribs, rice and pigeon peas, roasted pork and fried sweet plantains are savory and authentic. Food presentation: magazine-like.*

*While we ate, Ismael and his sons played and sang Puerto Rican music. That's when you dream of your Island. A night at Santiago is a night to remember.*

## Sanos, dulces higos

(AP) - Considera una sabrosa y azucarada ensalada con higos para dar un acento inesperado a un plato de invierno. Además, las semillas pequeñas y comestibles de los higos son una gran fuente de fibra.

### Ingredientes

*(4 porciones)*

Higos picados en dos (lata de 15-onzas con jarabe ligero)

1/4 taza de aderezo de vinagreta

3 ramas de berro

mandarinas (lata de 6-onzas), drenadas

2 cucharadas de cebollines verdes

1/2 cucharadita de tomillo

1/2 cucharadita de tarragón

1/4 taza de nuez de pino tostada o almendras en lascas

1/4 taza queso feta desmenuzado, opcional

Una pizca de pimienta recientemente rallada

En un tazón mediano vierte los higos cuidadosamente con 2 cucharadas de aderezo de vinagreta; marina por 10 minutos. Coloca a la parilla o en el horno a temperatura alta hasta que estén ligeramente bronceados; pon a un lado.

Mientras tanto, pon el berro, las mandarinas, las 2 cucharadas de aderezo de vinagreta restantes, los cebollines verdes, el tomillo y el tarragón en un tazón de ensalada. Mezcla suavemente. Sirve en platos de ensalada, añade los higos, nueces, queso feta (si desea queso), y pimienta.

## Sweet, healthy figs

*(AP) - Consider a tangy salad sweetened with figs, to give an unexpected accent to a winter meal. Plus, the small, edible seeds in figs deliver a powerful punch of fiber.*

### Ingredients

*(4 servings)*

*15-ounce can figs in light syrup, drained, halved*

*1/4 cup vinaigrette dressing*

*3 bunches watercress, trimmed*

*6-ounce can mandarin oranges, drained*

*2 tablespoons chopped chives*

*1/2 teaspoon fresh thyme*

*1/2 teaspoon fresh tarragon*

*1/4 cup toasted pine nuts or slivered almonds*

*1/4 cup crumbled feta cheese, optional*

*Freshly grated pepper, to taste*

*In a medium bowl gently toss figs with 2 tablespoons vinaigrette dressing; marinate for 10 minutes. Grill under broiler on high heat just until lightly browned; set aside.*

*Meanwhile, put watercress, mandarin oranges, remaining 2 tablespoons vinaigrette dressing, chives, thyme and tarragon in a salad bowl. Toss gently. Arrange on salad plates, top with figs, pine nuts, feta cheese, if desired, and pepper.*

# Calor isleño en Westfield



Don Ismael y Carmen Santiago cocinan en el Santiago Family Restaurant • 34 Franklin St. Westfield • 413-562-0210

*Lillian Santiago-Bauzá*

Cuando uno llega a Santiago, el restaurante caribeño-puertorriqueño localizado en Westfield, se siente como estar en la Isla: buena comida, buena música y te tratan como familia. Más impresionante es lo acogedor y culturalmente decorado que está el lugar. Instrumentos musicales típicos como cuatros, guitarras, y güiros embellecen el espacio.

El dueño, Don Ismael Santiago, nos recibió con simpatía y humildad. Estaba allí toda la familia: Carmen, Alexa, Beatriz, Zenaida, Josué, y Marcos, el consentido de mamá.

Doña Carmen Santiago cocina platos exquisitos con mucho amor.

Comenzamos con un plato de sancocho bien sazonado y especito, hecho con yautía, papas, carne de res, y maíz. Luego nos tentaron con las canastas de mariscos, tostones rellenos de ensalada de mariscos. Ahí casi me desmayo. Y luego, como plato principal nos sirvieron las famosas costillas en salsa barbacoa (receta secreta), arroz con gandules, pernil asado y amarillos fritos. Las costillas estaban como para chuparse los dedos. La carne se salía del hueso y tenían cero grasa.

La presentación: preciosa, como de revista. Los colores de la comida, especialmente los pimientos morrones que decoran el arroz, se ven bellos puestos en platos ovalados.

Seguido, Don Ismael agarra la guitarra, y con sus hijos en la percusión, comienzan a cantar. En ese momento es cuando uno se remonta a soñar en su Isla querida. Una noche en el restaurante Santiago es una noche para recordar. Vístenlo y verán.



**Bueno Y Sano** SM

**$1.00 off Any burrito**

*Bueno Y Sano*
*Boltwood Walk • Amherst: 413-253-4000*

**10** El Diálogo • February 15 , 2005

EVENTOS • EVENTS

# Diviértete perdiendo peso

HOLYOKE, MA – La alta incidencia de sobrepeso y obesidad en la comunidad latina de Holyoke es un problema urgente.

Para ayudar a las mujeres de Holyoke a bajar de peso, El Holyoke Health Center implementará el programa **"Un peso saludable en la mujer"**.

Diseñado y manejado por Maria M. Fessia, R.D.,L.D.N., el programa se iniciará con una caminata en el Mall el jueves 10 de marzo a las 11 am, en la cual participará el Alcalde Sullivan.

El 8 de marzo a las 10 am, se llevará a cabo la actividad **"Motivación: Tu Puedes"**.

Por nueve semanas consecutivas, todos los martes de 9-11 am se alternarán el **"Breakfast Club"** y el **"Lunch Club"**.

El viernes 18 de marzo comienza el **Grupo de Apoyo**, que incluye actividad física y se llevará a cabo todos los viernes de 10–11 am, cada dos semanas.

Todos los jueves de 10–11 am, la coordinadora Diana Soto, y Millie, Instructora de Aeróbicos de la YMCA, dirigirán el **"Club de Ejercicio"**.

Los viernes a las 3 pm se ofrecerán clases de yoga en la Biblioteca de Holyoke.

Una vez al mes, las participantes recibirán una evaluación nutricional con una nutricionista profesional.

En esta labor se unen a Fessia, Soto y Millie, Jeannette Rodríguez, Supervisora de Promotoras de Salud, y Aixa Cosme, Promotora de Salud.

Interesados llamar al 413-420-2200.

# HCC OFFERS NEW SALES PROGRAM

*Holyoke, MA-The Center for Business Development at Holyoke Community College, in partnership with Sandler Sales Institute, announces an innovative professional development sales training program offered this Spring.*

*The eight-week President's Club "Quick Start," begins on March 4, 7-9 a.m.*

*The program is highly interactive, and will include both role plays and group problem solving. Participants will learn a new selling systemincrementally. That system will cover the entire spectrum of selling from cold calling to post-selling techniques. It will also address the attitudes and behaviors that are important to achieving successful results.*

*"The program will give participants the opportunity to learn skills one day, try them out for a week, and come back and discuss their successes the next week," says Keith M. Hensley, HCC dean of workforce development.*

*Sandler Sales Institute is a 35-year-old global provider of sales training. Its client base is composed of international corporations, medium- and small-sized businesses, and individuals. The program leaders are highly experienced in both the teaching and implementation of sales and sales management strategies.*

*For more information, contact the Center at HCC at 413-552-2122.*

# Jazz Concert Will Celebrate Black History Month

*Chicopee, MA – Elms College will celebrate Black History Month with a jazz concert by five nationally known jazz musicians on Thursday, February 24 at 7:30 p.m. on campus in the Great Hall of the O'Leary building.*

*Elms College adjunct faculty member Christopher Bakriges will lead an ensemble in an evening of unique interpretations from American popular jazz, and some original works. Joining Dr. Bakriges will be vibraphonist Jay Hoggard, bassist Kazu Sato, drummer Billy Arnold, and vocalist Sandra Wright.*

*Christopher Bakriges, a pianist and composer, earned his doctorate in ethnomusicology / musicology from York University in Toronto and has studied and performed with many jazz luminaries.*

*Jay Hoggard has been called "the most dazzling new vibraphonist in jazz" and "one of the top-seeded instrumentalists and*

*composers of the jazz world today." He has recorded more than 55 CDs, and has performed throughout the world.*

*William Arnold, drums, has extensive experience playing for the Motown record label with Junior Walker and the All Stars and other R&B groups.*

*Kazu Sato, bass, has traversed the world performing in all musical genres. His distinctive approach to the bass has been heard in contexts ranging from Japanese popular music in Tokyo to New York's creative downtown scene.*

*Sandra Wright, vocalist, was trained as an opera singer, she is the cousin of Blues legend Memphis Slim, and for the past two decades, has sung R&B and jazz at clubs in Nashville and throughout the country.*

*The concert is free and open to the public. For more information call 265-2312.*



## THE FUSION OF TWO CULTURES in a unique event...

**El Diálogo** & Advocate
Present

# ISLANDS TOGETHER
## IRISH & SALSA
### Live music & more...

March 17th • 6:30 PM
Open Square Café

**Donation: $5**

Proceeds from admissions will be donated to Solution CDC

for more information visit: www.eldialogo.com

Sponsors ———————————————————— Sponsors

**GOLD SPONSOR:**
HOLYOKE COMMUNITY COLLEGE
rich in opportunity.

**SILVER SPONSOR:**
Cambridge College

**OTHER SPONSORS:**
Solution


 106.3 Smooth FM
 88.5 WFCR.org

ARTE Y ENTRETENIMIENTO • ARTS & ENTERTAINMENT ___ **El Diálogo** • February 15, 2005    **11**

# Diálogo PICKS



## TV

### Emmys en Español
La Academia Nacional de Televisión llevará a cabo la ceremonia de entrega de los primeros premios Emmys En Español en San Antonio, Texas, el viernes 3 de junio. ¡Pendientes!

### Emmys in Spanish
*The National TV Academy will celebrate the 1st Emmys en Español award ceremony in San Antonio, Texas, Friday, June 3rd. More info later!*

## ONLINE

### LasCulturas.com
Desde tradiciones hasta religión, LasCulturas.com es tu parada cibernética para todo lo latino.

*From traditions to religion, LasCulturas.com is your online one stop resource for everything Latino.*



## MUSIC

### Rock de mi pueblo



El rock y el vallenato encienden el más reciente disco de Carlos Vives. Canciones festivas y percusión fuerte se funden, haciendo de este álbum una pieza de colección.

*Rock and vallaneto fuel Carlos Vives's latest album. Festive tracks and heavy percussions merge making this a must have record.*

## BOOKS

### Gloria's children's book

Inspirado por Noelle, la perra de Estefan, el libro reflejará la historia de cómo Noelle llegó a ocupar un puesto tan importante en la vida de Gloria.

*Inspired by Noelle, Estefan's dog, the book will reflect on how Noelle now has an important role in Gloria's life.*

## FILM

### Nicotina - DVD



La Revista Time dice que Nicotina "corre a velocidad frenética y está inteligentemente interpretada" haciendo a este filme merecedor de ser "el próximo gran éxito de Latinoamérica".

*Time Magazine calls Nicotina a "frantically paced and smartly played" film, deserving "to be the next big hit out of Latin America."*

---



# New WORLD Theater
### Spring 2005 • UMass Amherst

### Meditations From The Goddess *work-in-progress*
*Mental Health, well-being and the search for universal and personal truth are front and center in this high-powered multi-media performance.*
**Written and performed by Rha Goddess**
**February 3, 2005 - 8 pm**
**Northampton Center for the Arts**



### In What Language?
### A Song Cycle of Lives in Transit: Vijay Iyer/Mike Ladd
*A new age, spoken word, hip hop jazz fusion performance "experience" focussing on issues of identity and globalization.*
**March 24, 2005 - 8 pm , FAC Concert Hall**
Co-presented with Magic Triangle Series

### Project 2050 Showcase
*A dazzling showcase by our Project 2050 youth, addressing environmental injustice and global and personal survival.*
**April 7 & 8, 2005 - 8 pm, Bowker Auditorium**

TICKETS ARE: $ 15-general public,
$ 8-seniors/low income patrons;
$5-students. Call the FAC Box Office
545-2511. For info about the shows,
call NWT at 413.545.1972


www.newworldtheater.org

---

# Horóscopo de Doña Ana (AP)

### ARIES. *ARIES*
Atiende a los que te aprecian.

*Be attentive to those to whom you mean a lot.*

### TAURO. *TAURUS*
Un problema en el trabajo puede preocuparte, pero las proyecciones son buenas.

*An on-the-job problem may be a worry, but the prognosis will be good.*

### GEMINIS. *GEMINI*
Será una de las mejores semanas. Relaciones, finanzas, hogar y salud van en armonía.

*This will be one of your better weeks on which relationships, financial interests, home and health matters all seem to be going smoothly.*

### CANCER. *CANCER*
Haz ese proyecto familiar o monetario que has estado contemplando.

*Follow through on a family or money related project that you have been mulling over for some time.*

### LEO . *LEO*
Pondrás más esfuerzo en tu trabajo y pocos o nadie lo agradecerán.

*You may have to put in extra effort at work, with little to no thanks.*

### VIRGO. *VIRGO*
Tu estilo de manejar finanzas será motivo de discusión con un familiar.

*The way you manage your financial affairs is the focus of an argument between you and a family member.*

### LIBRA . *LIBRA*
Mientras menos hables, mejor.

*The less said, the better.*

### ESCORPIO. *SCORPIO*
Complicaciones te hacen buscar un nuevo enfoque para ese problema de pareja..

*Complications show the need for a new approach to a problem with a mate or a close associate.*

### SAGITARIO . *SAGITTARIUS*
Perseguir tu corazón objetivamente pondrá a otros en suspenso y puede fortalecer tus lazos.

*Pursuing your heart's desires in a no-nonsense way keeps others on their toes, and can strengthen important ties.*

### CAPRICORNIO . *CAPRICORN*
Prepárate para lidiar con un repentino cambio con una alianza.

*Be prepared to cope with a sudden and unexpected development regarding a partnership.*

### ACUARIO . *AQUARIUS*
Vigilar tus modales y forma de hablar te evitará problemas.

*Comments may result in a fiery overreaction, so guard your manner and speech.*

### PISCIS . *PISCES*
Da tu mejor esfuerzo para el trabajo y tu salud.

*Give your best efforts to your job and health.*

**12** **El Diálogo** • February 15, 2005    DIÁLOGO DEL CONSUMIDOR • CONSUMER'S DIALOGUE

# Antes de decir que "sí"...

Hemos recibido preguntas interesantes sobre compras de autos. Escogimos dos para esta edición. Como siempre, sus preguntas son bienvenidas.

**Q. ¿Tienen los concesionarios de automóviles que exhibir los precios de los autos usados?**

A. De acuerdo a los reglamentos de automóviles del Abogado Procurador General, concesionarios de automóviles require que el precio sea exhibido en todo artículo ofrecido para la venta. Hay pocas excepciones a este reglamento, pero ninguna aplica a concesionarios de automóviles usados. Así que todo automóvil ofrecido para venta por un concesionario debe de exhibir el precio. Por supuesto, eso no es decir que usted no puede negociar para un precio mejor.

**Q. ¿Puede un concesionario de automóviles cobrarme $98 para preparación de documentos cuando yo compre un automóvil?**

A. La respuesta a su pregunta depende de los servicios que un concesionario le está proporcionando cuando le cobra esta cantidad. La cantidad que el concesionario puede cobrarle por ayudarle a preparar la documentación del título de propiedad está fijada por la ley de Massachusetts a $5. Sin embargo, no hay límite sobre cuánto le puede cobrar por otros servicios, tales como preparar el acuerdo de financiamiento, conseguir que la solicitud de registro sea sellada por su agente de seguros, o ir al Registro de Vehículos Motrizados por usted. La cantidad tiene que ser razonable. También, la cantidad es negociable, así que usted trate de negociar una cuota más baja.

Si usted tiene una querella con un negocio que no ha podido resolver, comuníquese con la oficina de M.O.C.I. o el Abogado Procurador Tom Reilly para aprender de sus derechos o para solicitar mediación.

**Oficina de Información al Consumidor**
**413-787-6437 (se habla español)**
**Oficina del Abogado Procurador de Massachusetts**
**413-784-1240**
**www.ago.state.ma.us**



# Women's cars

(HPRW)- Autos Mujeres al Volante Magazine announced the selection of the Pontiac G6 as the 2005 Women's Car of the Year. Since the beginning the G6 has been embraced by many women including race car driver Milka Duno.

The Chrysler Town and Country was selected as the Minivan of the year for Women. The Toyota Tacoma was selected as the Truck of the Year for Women and the Chevy Equinox was selected as the Sport Utility of the Year for Women.

All these vehicles are, according to magazine editors, user-friendly, affordable with performance and style to be loved by women



Si usted tiene una querella con la compra de un vehículo que no ha podido resolver, comuníquese con la oficina de M.O.C.I.

# Before saying yes...

We received several interesting questions regarding car purchases. We picked two of the most interesting ones. As always, we welcome readers' questions.

**Q. Do used car dealers have to display their prices on the used cars for sale?**

A. The Attorney General's regulations require that a price be posted on every item offered for sale. There are a few exceptions to this regulation, but none apply to used car dealers. So every used car that is offered for sale by a dealer should display the price. Of course, that's not to say that you cannot bargain for a better price than the one that is posted.

**Q. Can a dealer charge me a $98 document preparation fee when I purchase a vehicle?**

A. The answer to your question depends on what services a dealership is providing to you when it charges you this fee. Under Massachusetts law, dealerships cannot charge consumers more than $5 for the preparation of title paperwork. The document preparation fee most dealerships charge consumers, however, includes other services such as preparing financing documents, getting the registration application stamped by the insurance agent, and going to the Registry of Motor Vehicles. There is no specific limit on how much a dealership can charge consumers for these additional services. The fee just has to be reasonable. The fee is negotiable, though, so you may be able to settle on an amount with which you are comfortable.

If you have an unresolved dispute with a business, call M.O.C.I. or A.G. Tom Reilly's Office to learn of your rights or request mediation.

*Mayor's Office of Consumer Information*
*413-787-6437 (se habla español)*
*Massachusetts Attorney General's Office*
*413-784-1240*
*www.ago.state.ma.us*

# Mujeres al volante



(HPRW)- En una comparativa de sobre 10 candidatos, la revista evaluó el mercado automovilístico y el Auto del Año fue el Pontiac G6. Considerado el auto más apropiado para la mujer latina, es un auto práctico que fue diseñado pensado en las necesidades de la mujer. Es cómodo, habitable, rentable y seguro. Su conducción suave y poderosa.

Lo primero que busca una mujer cuando compra un auto además del precio es lo que llamamos "amor a primera vista". Según la ganadora de carrera de autos, Milka Duno, es un auto en el que se puede confiar.

**DEPORTES • SPORTS**

# Iván Rodríguez niega uso de esteroides



El receptor de los Tigres de Detroit Iván Rodríguez negó haber utilizado alguna vez esteroides. (Foto: AP)

SAN JUAN, PR (AP) - El receptor de los Tigres de Detroit, Iván Rodríguez, negó haber utilizado alguna vez en su carrera esteroides, como asegura en un libro próximo a salir a la venta su ex-compañero de los Rangers de Texas, José Canseco.

"Estoy en 'shock'. Está diciendo cosas que no son verdad...", declaró Rodríguez al diario puertorriqueño El Nuevo Día.

Canseco señaló que George W. Bush, que era uno de los dueños y el principal ejecutivo del equipo, tuvo que haber sabido lo que estaba sucediendo. El libro de Canseco debe salir a la venta el 21 de febrero.

# Patriots greeted by throngs of cheering fans

BOSTON, MA (AP) - Thousands of fans lined the streets Tuesday, Feb. 8 to greet the repeat Super Bowl champion New England Patriots in a Boston celebration. Players, coaches and owners rode through the city's Back Bay neighborhood in amphibious duck boats normally used to haul tourists around the city. Owner Robert Kraft held up the Vince Lombardi trophy as the first of a dozen ``duck boats'' emerged onto Boylston Street carrying Kraft, coach Bill Belichick, and their families. The celebration is modeled on last fall's parade for the World Series champion Boston Red Sox.



Fans celebrate as the Super Bowl Champion New England Patriots rolling rally heads down Boylston St. in Boston, Feb 8. Waving in center vehicle is Patriots quarterback Tom Brady. (Photo: AP)

## Iván Rodríguez denies steroid use

*San JUAN, PR (AP) - Iván Rodríguez, Detroit Tigers catcher, denies the use of steroids during his career, as his former Rangers team-mate, Jose Canseco assures in a book to be published soon. "I'm in shock". "He's saying things that are not true...,"*

***Iván Rodriguez, Detroit Tigers catcher, denies the use of steroids***

*declared Rodriguez to the Puerto Rican newspaper El Nuevo Día. Canseco indicated that George W. Bush, one of the owners and main executive of the team, must have known about steroid use in the team. Canseco's book must go on sale Feb. 21.*

# Masivo recibimiento para los Patriots

**Fanáticos celebran mientras que los Campeones del Super Bowl, los Patriots de New England, pasan por Boylston St., Boston, Feb. 8. Saludando desde la caravana se encontraba el quaterback de los Patriots Tom Brady.**

BOSTON (AP) – Miles de fans, grandes y chicos, bordearon las calles de Boston el martes 8 de febrero para saludar a los Campeones del Super Bowl, los Patriots de New England, en un evento en Boston.

Jugadores, entrenadores y propietarios pasearon por el Back Bay de Boston en los botes anfibios (duck boats) que se usan para los recorridos turísticos en la ciudad. El propietario Robert Kraft alzó el trofeo Vince Lombardi mientras que docenas de "duck boats" aparecieron en Boylston St. llevando a Kraft, al entrenador Bill Belichick, y sus familiares.

La celebración siguió el estilo de la parada de otoño para los Red Sox, Campeones de la Serie Mundial. Pero como el Charles River estaba congelado, la ruta de la parada se quedó en las calles y no incluyó un viaje por el rio, como hicieron los Red Sox.

**14**  **El Diálogo** • February 15, 2005                    SALUD • HEALTH

## Alerta roja • Red alert



Vanessa Williams modela un vestido símbolo nacional para las mujeres, y alerta para tomar en serio las enfermedades del corazón. (Foto: AP)

*Vanessa Williams models a red dress, national symbol for women and heart disease awareness. (Photo: AP)*

(HPRW) - Vanessa Williams modela un vestido rojo durante el desfile de modas de la Colección Vestido Rojo 2005, celebrada el viernes, 4 de febrero en N.Y. El desfile celebra el 2do aniversario del Vestido Rojo, símbolo nacional para las mujeres, y alerta para tomar en serio las enfermedades del corazón. Entre los factores de riesgo figuran una historia familiar de enfermedades prematuras del corazón, edad, fumar, presión sanguínea alta, alto colesterol, sobrepeso, falta de ejercicio y diabetes. La co-existencia de factores de riesgo es seria, porque tienden a "asociarse" y empeorar los efectos del otro.

*(HPRW) - Vanessa Williams models a red dress at the 2005 Red Dress Collection fashion show, Friday, Feb. 4, 2005 in N.Y. The show celebrates the 2nd anniversary of the Red Dress, the national symbol for women and heart disease awareness. Heart disease risk factors include a family history of early heart disease and age, smoking, high blood pressure, high cholesterol, overweight, physical inactivity, and diabetes. Risk factors tend to "gang up" and worsen each other's effects.*

## BMC HealthNet Plan.
# Reciba más.

Si usted califica bajo los criterios de MassHealth, podrá obtener más beneficios con el plan de salud BMC HealthNet Plan. Obtenga todos los beneficios de MassHealth y todos estos beneficios adicionales para usted y su familia.

• Gratis, sillas de automóvil para infantes y niños
• Gratis, cascos de bicicleta para niños
• Programas especiales para la gente con diabetes, asma o la presión arterial elevada
• Asistencia especial si va a dar a luz

Llame para obtener información acerca de cómo inscribirse en el plan de salud que le ofrece más beneficios.

BOSTON MEDICAL CENTER
**HealthNet Plan**

**1-800-792-4355**
www.bmchp.org

## Promising herbal drugs



Western medical industry is making room for herbal medicines in commercial drug development. (Photo: AP)

At least 25% of all modern medicines are made from plants used in traditional medicine, according to the World Health Organization.

Among new drug candidates being derived from plants is Niprisan, used in the treatment of sickle-cell anemia, an inherited blood disorder that mostly affects African-American and Hispanics.

Developed by Nigeria's National Institute for Pharmaceutical Research and Development and

LAGOS, NIGERIA (AP) - Over 60% of the population in Africa, Latin America and Asia rely heavily on traditional plant medicines. But new converts increasingly include industrialized countries, where the Western medical industry is making room for traditional medicine.

patented in the U.S. in 1998, Niprisan is due to hit the Nigerian market and is in the final stages of trials at Childrens' Hospital in Philadelphia and the Robert Wood Johnson Hospital in New Brunswick, New Jersey.

Other drug candidates derived from traditional plant medicines show promise in fighting ailments ranging from diabetes to the deadly hemorrhagic fever Ebola, say researchers.

"We expect more drugs to make the same transition from traditional to modern medicine," said Xiaorui Zhang, coordinator of WHO's traditional medicine department.

## Hierbas prometedoras

LAGOS, NIGERIA (AP) - Sobre 60% de la población en África, América Latina y Asia confían en medicinas herbales. Ahora la industria médica de los países industrializados están haciendo sitio para la medicina tradicional.

Al menos 25% de todas las medicinas modernas se hacen de plantas usadas en medicina tradicional, según la Organi-

zación Mundial de la Salud.

Entre los nuevos candidatos para drogas derivadas de plantas está Niprisan, usado en el tratamiento de la anemia falciforme, un desorden hereditario de la sangre que afecta sobre todo a africano-americanos e hispanos.

Desarrollada por el Instituto Nacional de Nigeria para la Investigación y el Desarrollo

Farmacéutico y patentada en los E.U. en 1998, Niprisan debe llegar pronto al mercado nigeriano y está en las etapas finales de investigación en el Children's Hospital de Philadelphia y en el Robert Wood Johnson Hospital in New Brunswick, New Jersey.

"Esperamos que más drogas hagan los mismo", dijo Xiaorui Zhang, coordinadora de OMS en el Departamento de Medicina Tradicional.

El Diálogo • February 15, 2005 15

# Holyoke Health Center

## IT'S BETTER TO KNOW...

Free HIV Counseling and  testing at the Holyoke Health Center • No appointment needed, just walk into their Education and Support Services offices at 255 High Street, right across from City Hall, or call 420-2200 • Everything is confidential.



## ES MEJOR SABERLO...

Consejerias y examen del SIDA totalmente gratis • No necesitas una cita, sólo visita el centro de Servicios de Educación y Apoyo localizada en el 255 High Street, al frente de la alcaldia o llama al 420-2200 • Toda la información que suministres es confidencial.

Holyoke Health Center • 230 Maple Street • Holyoke
Tlf./Phone: 420-2200



**Holyoke Health Center**

# CERO PRONTO INICIAL AHORA... CONDUZCA A CASA HOY!

## Le llenamos su planilla de impuestos GRATIS



### ASI ES COMO FUNCIONA:

1. Traiga su forma W-2 de todos los lugares que trabajo durante el año 2004 y su tarjeta de seguro social a cualquiera de nuestros "dealers" autorizados en la lista de abajo.

2. TAXBACK EXPRESS estimara su elegibilidad y cuanto recibirá en su reembolso de impuesto. Todo lo hacemos en 30 minutos.

3. El "dealer" te permitirá usar tu reembolso (o parte de el) en el pago inicial HOY.

4. ¡Te llevas el auto que quieres AHORA y sales manejando HOY, en un mejor automóvil! sin tener que esperar la llegada del "tax return" por correo.

**Más de 2,500 carros y "trucks" en inventario**

## DISPONIBLE EXCLUSIVAMENTE EN LOS SIGUIENTES DEALERS AUTORIZADOS

### READY CREDIT USED CARS

**SPRINGFIELD**
440 West Columbus Avenue
*Next to Balise Chevrolet*
**781-7152**

**ENFIELD**
One Palomba Drive
*At the corner of Elm Street, inside Saturn of Enfield*
**(860) 745-4466**



**HOLYOKE**
933 Main Street
*On the Lower Road to Holyoke*
**533-3333**



**BALISE MAZDA**
**WEST SPRINGFIELD**
635 Riverdale Street - Route 5
*Exit 13B off I-91/Exit 4 off I-90 Mass Pike*
**732-2167**



**BALISE CHEVROLET**
**SPRINGFIELD**
440 West Columbus Avenue
*Near the Basketball Hall of Fame*
**734-6471**



**SATURN**

**SATURN OF SPRINGFIELD**
603 East Columbus Avenue
*At the corner of Mill Street*
**785-1311**

**SATURN OF HADLEY**
40 Russell Road - Route 9
*Just east of the Coolidge Bridge*
**584-4600**

**SATURN OF ENFIELD**
One Palomba Drive
*At the corner of Elm Street*
**(860) 745-4466**

# TAXBACK EXPRESS

\* Si usted es elegible para un reintegro de impuestos, su cantidad de reembolso estimada (o parte de ello) sera usada como su pago inicial. El distribuidor le escribira un cheque para la parte restante. En algunos casos, mas pago inicial puede ser requerido. Requieren la aprobacion de credito. La clasificacion de impuesto es por TAXMAX.

**EXHIBIT 55**


**EXHIBITS INTRODUCED AT**
**MAY 23, 2004**
**PRELIMINARY INJUNCTION HEARING**

EXHIBIT

55

# El Diálogo



El Diálogo
CLASSIFIEDS
Offering the following sections
**Real Estate**
**Job Search**
**General Sales**
www.eldialogo.com

THE BILINGUAL NEWSPAPER · March 1, 2005 · Free · 74050

**Volume 2
Number 3**

**2 EDITORIAL**
EDITORIAL

**3 NOTICIAS**
NEWS

**5 PORTADA**
COVER

**7 DIALOGANDO
DESDE PUERTO RICO**
DIALOGUING
FROM PUERTO RICO

**8 DIALOGANDO
Y COCINANDO**
COOKING AND
DIALOGUING

**9 ARTE Y
ENTRETENIMIENTO**
ARTS &
ENTERTAINMENT

**10 SALUD**
HEALTH

**12 DIALOGO DEL
CONSUMIDOR**
CONSUMER'S
DIALOGUE

**13 DEPORTES**
SPORTS

**15 CLASIFICADOS**
CLASSIFIEDS

# The fusion of two cultures



ISLANDS TOGETHER
IRISH & SALSA

# La fusión de dos culturas



Reseña: Sabor portugués
en el restaurante Primavera

Nuevas clases de tecnología moderna
en Holyoke Community College

HOLYOKE
COMMUNITY COLLEGE
**rich in opportunity.**



**2 EDITORIAL**     *El Diálogo*     March 1, 2005

# Cartas al editor • *Letters to the editor*

## Antes de subir tarifas...

Estimada Editora:

El 7 de febrero de 2005, el Comité de Finanzas del Consejo de la Ciudad y el Departamento de Obras Públicas llevó a cabo una vista para obtener opinión pública sobre los aumentos de tarifa del sistema de agua y la privatización de la planta de tratamiento de aguas.

Durante esa vista pública, sometí preguntas que pensé eran pertinentes a la discusión. Las comisiones contestaron las preguntas y las respuestas aparecen en negrilla.

¿Cuánto deben los negocios a la ciudad en honorarios delincuentes?

Sobre 90 días, $94.062.24.

¿Cuánto deben los dueños de casa a la ciudad en honorarios delincuentes?

Sobre 90 días, $9.782.68.

¿Cuántos embargos se han puesto en negocios o dueños de casa?

Los embargos preventivos fueron puestos en 780 cuentas residenciales y de negocios en diciembre de 2004 y sumaban $348.002.69.

¿Se han tomado medidas para colectar estos honorarios delincuentes? Cada año el departamento elabora una lista de embargo preventivo de cuentas.

Esta lista se envía a la oficina de Asesores para ser colocada en la cuenta de contribución territorial. Cuando el recibo es pagado, el Colector de Impuestos aplica colecciones primero contra embargos preventivos antes de que se acredite cualquier contribución territorial. Si la propiedad es colocada en título de impuestos por no pagar impuestos y hay embargos preventivos incluidos, el embargo preventivo sigue en título del impuesto y después es dirigido al Tesorero de la Ciudad. Cuando los pagos se hacen a la ciudad, el tesorero aplica colecciones primero contra embargos preventivos antes de que se acredite cualquier impuesto atrasado.

¿La ciudad ha buscado relevo a través de corte?

El Tesorero de la ciudad archiva demandas con el registro del Condado de Hampden cuando una propiedad va a ser excluida debido al no pago de impuestos.

¿La ciudad ha considerado un programa de amnistía para contribuyentes que han descuidado sus responsabilidades por una razón u otra?

La ciudad ha ofrecido periódicamente amnistía para impuestos que incluirían cualquier pago de embargos preventivos debidos.

Pienso que estos pagos atrasados se le deben dar la atención más seria antes de subir cualquier tarifa. No es justo para los ciudadanos que pagan sus cuentas. Y cuando sea apropiado, la ciudad debe hacer programas de pago para esos dueños de casa y negocios que estén intentando ser responsables pero pudieran haber caído en épocas duras. Es mi esperanza sincera que nuestro Representante del Estado y Senador del Estado, al igual que el Alcalde y el Consejo de la Ciudad echen un serio vistazo a estas deudas y hagan todo el esfuerzo para colectar el dinero con un programa de amnistía antes subir las tarifas del agua.

Patricia C. Devine
Candidata al Consejo de la Ciudad

## Before raising sewer rates...

Dear Editor:

On February 7, 2005, the Finance Committee of the City Council and the Department of Public Works Commissioners held a hearing to obtain public opinion on the proposed sewer rate increases as well as the proposed privatization of the waste water treatment plant.

During that public hearing, I submitted questions that I thought were pertinent to the discussion. The commissioners answered these questions at their regular board meeting. Those answers appear in bold print.

How much, if any is owed to the City in delinquent sewer fees from Businesses?

Over 90 days, $94,062.24.

How much, if any is owed to the City in delinquent sewer fees from individual homeowners?

Over 90 days, $9,782.68.

How many liens, if any, have been placed on individual businesses or homeowners for failure to pay their sewer fees?

Liens were placed on 780 residential and business accounts in December 2004 totaling $348,002.69.

What measures have been taken to collect these delinquent sewer fees?

Every year when the actual tax bills goes out the Department prepares a lien list of accounts. This list is sent to the Assessors office to be placed on the property tax bill. When the tax bill is paid, the Tax Collector applied collections first against liens before any actual property taxes are credited. If property get placed in tax title for non payment of taxes and there are sewer liens included, the lien follows into tax title and is then handled by the City Treasurer. When payments are made to the City for tax title properties, the Treasurer applies collections first against liens before any past due taxes are credited.

Has the city ever sought relief through the courts?

The City Treasurer files claims through the Hampden County Registry of Deeds when a property is going to be foreclosed due to non payment of taxes.

Has the city considered an "amnesty" program for these ratepayers who have neglected their responsibilities for one reason or another?

The City has periodically offered amnesty for taxes which would include any payment of any liens owed.

I do think that these overdue payments must be given the most serious attention before raising any sewer rates. It is not fair to those citizens who pay their bills. And where appropriate, the city should make payment schedules for those homeowners and businesses who are trying to be responsible but may have fallen on hard times.

It is my sincere hope that our State Representative and State Senator as well as the Mayor and City Council take a serious look at these delinquencies and make every effort to collect these monies through an amnesty program before raising sewer rates.

Patricia C. Devine
Candidate for City Council at Large

## El Diálogo

**Lillian Santiago-Bauzá**
*Publisher*

**Francisco J. Sole**
*Sales Director*

**Ana Morales**
*Editor in Chief*

**Javier Arango**
*Graphic Designer*

**Contributors**
Cathleen Robinson

252 Open Square Way
Studio 404
Holyoke, MA 01040
(413) 536-5560
fax (413) 533-9467
editor@eldialogo.com
sales@eldialogo.com
art@eldialogo.com
www.ElDialogo.com



**Open Square**

*a cost-effective and aesthetically rich place to do business*

AVAILABLE NOW!
Office Space • Retail • Art Studios • Live-Work Loft

# HCC offers new classes, modern technology

HOLYOKE, MA- Holyoke Community College Community Services now assists students in their learning process with an innovative non-credit course: ADD Survival Skills: Strategies for Adults and College Students. The course will be offered Saturday, March 5, 9 am-1 pm.

HCC is also offering Professional Development Courses for busy K-12 Educators. These six courses utilize CD-based instruction with no classes to attend. The self-paced and user-friendly courses are perfect for the educator with no time to drive to a class. The courses cover from effective strategies for classroom management to working with talented and gifted children.

HCC offers a broad mix of courses in art, business, career development, health and fitness, foreign languages, test preparation and other courses designed to enrich personal and professional development.

For more information about these and other non-credit courses at HCC, contact the Division of Continuing Education at 413-552-2950. To register for these and other courses, call 413-538-5815 or 413-538-5817.

ADD Survival Skills course Holyoke Community College March 5, 9 am – 1 pm Register: 413-538-5815, 413-538-5817 Additional course information: 413-552-2950

## HCC ofrece nuevos cursos de tecnología moderna

Los Servicios a la Comunidad de Holyoke Community College ahora asisten a estudiantes en su proceso de aprendizaje con un innovador curso sin crédito, titulado "Destrezas de Supervivencia contra el ADD: Estrategias para Adultos y Estudiantes de Universidad". El curso será ofrecido el sábado, 5 de marzo, de 9 am-1 pm.

HCC además ofrece Cursos de Desarrollo Profesional para Educadores Ocupados de K-12. Los 6 cursos usan instrucción por CD y no hay que asistir a clases. El curso se completa a tu propio ritmo y es perfecto para el educador que no tiene tiempo para ir a clase. Los cursos cubren desde estrategias de manejo de salón hasta cómo trabajar con un niño talentoso.

HCC ofrece una amplia variedad de cursos en arte, negocios, desarrollo profesional, salud y aptitud, idiomas extranjeros, preparación para pruebas y otros cursos diseñados para enriquecer el desarrollo personal y profesional. Para más información sobre éstos y otros cursos sin crédito en HCC, contactar a la División de Educación Continua al 413-552-2950. Para matricularse en éstos y otros cursos, llamar al 413-538-5815 o 413-538-5817.

Destrezas de Supervivencia contra el ADD
Holyoke Community College
5 de marzo, 9 am – 1 pm
Matrícula: 413-538-5815, 413-538-5817
Más información: 413-552-2950

## JOB POSTING

**Admin. Assistant**
40hrs/wk.

Girls Inc. of Holyoke seeks an experienced and reliable Admin. Asst. to support mult. members of mgt. team.

Responsibilities include managing OCCS slots, database, daily clerical, receptionist and other duties. MS Office, strong writing/math skills, bilingual Spanish/English required. $10/hr, excellent benefits.

**Send resume/3 references to: Zoe Ramos, Girls Inc. of Holyoke P.O. Box 6812 Holyoke 01041**



**JOHN P. FRANGIE, M.D.**

NO BLADE LASIK

1-866-SEE-NELC
www.northeastlaser.net

**NorthEast Laser Center**

LADARVision CustomCornea with INTRALASE

ADVOCATE BEST OF SPRINGFIELD READERS CHOICE 2003

**THE ESSENTIAL COMPONENT OF BETTER VISION**

ADVOCATE BEST OF SPRINGFIELD READERS CHOICE 2004

**For Details Call 413-781-6352**



**Comcast**

¿A VECES NO TIENES LA SENSACIÓN DE QUE NO HAY NADA PARA VER **EN ESPAÑOL**?

**Canales Selecto** con el control sólo $19.95 más por mes y se añade a cable básico.
¡La instalación es **GRATIS**!
Llama hoy al 1-888-702-7012

Comienza a disfrutar hoy de un paquete muy, pero muy bueno para los que hablamos español.
• CineLatino • CNN en Español • Discovery en Español • Fox Sports en Español • TVE Internacional • MTV en Español • Toon Disney (SAP) • The History Channel en Español
• Cine Mexicano • Casa Club TV • Supercanal Caribe • Y muchos más

● **HBO ON DEMAND**
Programación original, películas, series y espectáculos de la más alta calidad en la historia de la TV por cable.
• Hasta 12 canales HBO con lo mejor de lo mejor
• La magnífica programación de HBO Latino
• El exclusivo contenido de HBO ON DEMAND con costo adicional. Con más de 100 horas de series como: The Sopranos, Sex & the City y mucho más.

● **TV de Alta Definición disponible**
Todo el realismo de la más avanzada tecnología para disfrutar del mejor entretenimiento con una imagen pura y perfecta hasta en el mínimo detalle.

● **Caja digital**
Con varias funciones, como guía de programación en pantalla y Bloqueo de programación para controlar lo que ven los niños

● **ON DEMAND en español gratis**
Te permite empezar a ver programas del archivo de Comcast en el momento que quieras: películas, shows, deportes y lo más variado del entretenimiento. Pudiendo parar, avanzar y retroceder a voluntad. Un servicio no disponible en el sistema satelital. ¡Comcast lo tiene!

# Holyoke's Sewage: An Eco-Technology Opportunity

**By Jonathan Bates**

Q: What is an eco-technology?

A: An economical (saves resources, money), or ecological (less polluting, more "green" or living) technology that is used in industry or in our every day lives.

Examples include: low flush toilets, wind power, hybrid cars and compost bins.

Q: Why eco-technology in Holyoke?

A: Currently there is a need to update and repair Holyoke's aging sewer system. There has recently been some very enthusiastic debate in the city as to how this might occur. The Mayor wants to sign a contract with Aquarion to get it done (private option). Others would like the city to continue to take sole responsibility for the sewer system (public option). Could there be a third eco-logical choice?

Q: How can eco-technology be a solution for Holyoke?

A: All of us are living with the most polluting sewers along the

Connecticut River. Giving our sewage problem to a private company will not solve our collective problem in the long term. Dealing with issues piece by piece, grant by grant, through city hall is not a complete solution either.

Our only long-term solution is for all of us to start thinking and taking responsibility for what we flush down the drain every single day.

Embracing eco-technology will help us move in this direction.

Q: What are some sewage related eco-technologies?

A: Some are large scale, others can be used at a medium scale, still more can be applied in the home. At a large-scale, sewage sludge can be composted and turned into a soil amendment, called Biosolids; Waste water can be filtered through constructed wetlands and returned safely to the river. For a midrange eco-technology, some councilors propose injecting air into sewer pipes to help bacteria break down the sludge before it hits the treatment plant. For the home, composting toilets and gray water filtration systems are safe and helpful solutions.

Q: How can we make sure eco-technology is Holyoke's choice?

A: Each of us needs to take civic and personal responsibility to make sure there is an equitable, economic and ecological solution to Holyoke's sewage. Demand that your city councilor, the Major, the Board of Public Works, and the Health Dept. educate themselves and invest in eco-technologies. Let's realize the potential eco-technologies can have in putting Holyoke on the map as a "Green City." Let's make sure creating a healthy city is the top priority for our children's future.

To be healthy people we must take responsibility for what we're eating, to be a healthy city we must take responsibility for what we're flushing.

Jonathan can be reached in Holyoke at Jonathan@ThinkEarth.com

# Eventos universitarios para todos

SPRINGFIELD, MA - El proceso de seleccionar y de solicitar a universidades puede ser una labor compleja y causante de ansiedad para los estudiantes de escuela superior y sus padres. Ese proceso ahora será más fácil, pues ellos tienen la oportunidad de reunirse con representantes de más de 200 universidades y colegios en la Feria Nacional de Colegios.

En la feria, estudiantes y padres tendrán la oportunidad de reunirse personalmente con representantes de admisión de una amplia gama de colegios y de universidades nacionales e

internacionales, públicas y privadas, de dos años y de cuatro años. Los visitantes de la feria aprenderán sobre los requisitos de admisión, ayuda financiera, ofrertas académicas, el ambiente del campus, y toda información pertinente al proceso de selección de universidades.

En el Centro de Asesoramiento de la feria, estudiantes y padres pueden discutir sus necesidades individuales con expertos. Los representantes de admisiones estarán disponibles para contestar preguntas que van desde políticas de admisión al cociente estudi-

ante/facultad. Los estudiantes pueden también coordinar entrevistas con universidades.

Los talleres especiales serán ofrecidos por consejeros del área gratuitamente durante la feria. El domingo 6 de marzo, los talleres incluyen Ayuda Económica (12 del mediodía y 2 pm). Planificación Universitaria (1 pm). e Información de NCAA (3 pm). Un taller sobre Planificación Universitaria se llevará a cabo el lunes, 7 de marzo a las 10 am.

El taller de Planificación Universitaria presentará información sobre la selección de

universidades, procedimientos, plazos de admisión, y opciones de ayuda financiera. El taller sobre Reglas y Regulaciones Atléticas Colegiales Nacionales de la Asociación para los Estudiantes en Divisiones 1-3 se llevará a cabo otra vez a petición de estudiantes y padres.

Además de los talleres de ayuda financiera, hay una cabina especial para información financiera. Otras cabinas, también provistas de personal por los consejeros locales, proporcionarán información sbre requisitos de muchas universidades, y sobre cómo trasla-

darse de una institución de dos años a una de cuatro años.

**Feria Nacional de Colegios**
**Young Building**
**Eastern States Exposition**
**West Springfield**
**6 de marzo,**
**12 del mediodía - 4 pm**
**7 de marzo,**
**9 am-12 del mediodía**
**Entrada libre**
Para más información, llame al 800-836-2222

# College events for everyone

SPRINGFIELD, MA - The process of selecting and applying to the right college can be a complex and anxious undertaking for high school students and their parents. That process will be easier now, as they have an opportunity to meet with representatives of more than 200 colleges and universities at the annual National College Fair.

Visitors at the Fair will learn about admission requirements, financial aid, course offerings, campus environment, and other information pertinent to the college selection process.

"Participating institutions will also include nursing

schools, business schools, trade schools and the military services," said Kimberley LaBlanc, Assistant Director of Admissions at Springfield Technical Community College, who is chairperson of the Springfield National College Fair for 2005.

LaBlanc says the College Fair is a time-saving opportunity for students and parents to gather a lot of information in one day. Students may also be able to set up college interviews.

On Sunday March 6, workshops include Financial Aid (12 noon and 2 pm), College Planning (1 pm), and NCAA information (3 pm). A work-

shop on College Planning will be held on Monday, March 7 at 10 am.

The College Planning workshop will present information and tips on college selection, application procedures, admission deadlines, and financial aid options. The workshop on National Collegiate Athletic Association rules and regulations for students in Divisions 1-3 is being held again at the request of students and parents.

Representatives from the College Board (SAT) program will provide information about standardized testing and how to register for the college entrance examinations.

Everyone attending the Springfield National College Fair may pick up a free copy of the National College Fair Directory, which profiles nearly 1,500 higher educational institutions throughout the country.

**National College Fair**
**Young Building**
**Eastern States Exposition**
**West Springfield**
**March 6, 12 noon - 4 pm**
**March 7, 9 am-12 noon**
**Free admission**
**For more information call**
**800-836-222**

## JOB POSTING

**Admin. Assistant**
40hrs/wk.

Girls Inc. of Holyoke seeks an experienced and reliable Admin. Asst. to support mult. members of mgt. team.

Responsibilities include managing OCCS slots, database, daily clerical, receptionist and other duties. MS Office, strong writing/math skills, bilingual Spanish/English required. $10/hr, excellent benefits.

Send resume/3 references to: Zoe Ramos, Girls Inc. of Holyoke P.O. Box 6812 Holyoke 01041

# Puerto Rico and Ireland
## *The fusion of two cultures*

**Editiorial, El Diálogo**

Historically, and thanks to our human need of labelling everything that surrounds us, races have been defined on the basis of superficial, hard to miss from a distance features. It's an approach that tends to emphasize differences and diminish similarities between people.

But from the biological point of view, the human species is extremely homogenous. Genetic studies affirm that the genes of all human beings, regardless of race, are 99.9% identical. Not even chimpanzees have so many things in common. The genetic variation between this species, the nearest to man, is 2-3 times higher than that between humans.

One fine day, and as a live example of this scientific fact, and perhaps unknowingly, El Diálogo and the weekly publication The Valley Advocate

decided to focus on the elements that unite races.

The result: Irish and Salsa, a very peculiar event that celebrates Irish and Puerto Rican cultures.

In an atmosphere of joy and camaraderie, hundreds showed up on Friday October 22nd of last year to the first Irish and Salsa, which was celebrated in Open Square.

That night, Dicey Reily (celtic rock) and Combo Sabroso (Latin rhythms) performed brilliantly. Everyone danced frenetically to Latino/Irish music when the Irish pipe was played to the Latin beat.

Musically speaking, it's difficult to explain what happened for those not present exactly how Latin rhythms sound when mixed with Irish sounds. If you have heard Ruben Blades' Mundo, winner of the Best Music Album Grammy, you know how Latin rhythms sound like when

influenced by Irish music. This combination is one of most fascinating... the kind that, like foam, soars up to the top of your head.

Imagine. The electrifying sound of trumpets and trombones, together with the most robust and diverse percussion, everything complemented by the sound of the Irish pipe and its hipnotizing melody.

Devoid of barriers and differences, the debut of Irish and Salsa last October was one to remember.

For all those who wish they could stay in Open Square that night until sunrise, and for those who missed it and feel the curiosity of sharing their culture and having fun their own ethnic borders, both newspapers partner once again to launch the second Irish and Salsa.

The event will take place the March 17 at Open Square, (Lyman Street, Holyoke). The event will unite the music and

folklore of two islands, Ireland and Puerto Rico. In addition, they will celebrate Saint Patrick's Day with live music, food and prizes. Simply put, it's a unique and fun.

"Our goal is to unite and promote the integration of two apparently different cultures, that have much in common," says publisher and founder of El Diálogo, Lillian Santiago-Bauzá.

Santiago-Bauzá, who in addition acts as City Councillor for Ward 1, refers to the many similarities between Irish and Puerto Rican cultures.

Geographically, both Ireland and Puerto Rico are islands. When it comes to customs, the Catholic Church predominates. These are two cultures that in addition enjoy the dance... and the bottle. Yes indeed.

An endless number of businesses have inquired about being present during the event, since they value the unique

opportunity to display their services and products to a very special niche. Sponsors include Holyoke Community College, Cambridge College, WFCR Public Radio y WEIB-106.3 Smooth FM., Open Square, and Solutions CDC.

"We have received many requests from business owners who want to sponsor our event", says Francisco Solé, Sales and Marketing Director for El Diálogo, who also adds that sponsorships opportunities are still available for this event.

The Irish-Latino mix is a clever blend. Something like like rice and beans... or like luck with shamrocks.

In a fascinating move whose symbol is the dance between a dwarf and a coquí, Irish and Salsa blurs racial and ethnic lines, showing that racial classifications can deceive. And it's that anyone can be classified within a race, depending what characteristics are emphasized.

# Puerto Rico e Irlanda
## *La fusión de dos culturas*

**Sala de redacción**
**El Diálogo**

Históricamente, y por nuestra necesidad humana de asignar etiquetas a todo lo que nos rodea, las razas se han definido en base a características superficiales, fáciles de ver a la distancia. Es un enfoque que tiende a resaltar las diferencias y a minimizar las similitudes entre las personas.

Sin embargo, desde el punto de vista biológico, la especie humana es extremadamente homogénea. Estudios genéticos lo afirman, ya que los seres humanos son 99.9% idénticos en sus genes. Ni tan siquiera los chimpancés tienen tantas cosas en común. La variación genética entre esta especie, la más cercana al hombre, es 2-3 veces más alta que entre los humanos.

Como un ejemplo vivo de este hecho científico, y quizás hasta sin saberlo, El Diálogo y el semanario The Valley Advocate un buen día decidieron concentrarse en la gran cantidad de elementos que unen a las razas.

El resultado: Irish and Salsa, un evento muy peculiar que celebra las culturas irlandesa y puertorriqueña.

En un ambiente de alegría y camaradería, centenares dijeron presente el viernes 22 de octubre de 2004 en el primer Irish and Salsa, el cual fue celebrado en Open Square.

Aquella noche, Dicey Reily (rock céltico) y el Combo Sabroso (ritmos latinos) se lucieron de una manera grandiosa e hicieron de las suyas. Todos bailaron al son latino/irlandés con mucha energía cuando se tocó gaita irlandesa al ritmo latino.

Musicalmente hablando, es difícil explicar lo que allí sucedió para el que no ha escuchado la mezcla de ritmos latinos con irlandeses. Si has escuchado Mundo, el disco de Rubén Blades que ganó el premio Grammy por el Mejor Album el pasado año, sabes cómo suenan los ritmos latinos cuando se mezclan con música irlandesa. La mezcla de influencias latino-

irlandesas es una de las más fascinantes...de las que te suben a la cabeza como espuma.

Imagínate. El sonido electrizante de trompetas y trombones, unido a la más robusta y diversa percusión, todo complementado por el sonido de la gaita irlandesa y su hipnotizante melodía.

Sin barreras ni diferencias, la noche inaugural de Irish and Salsa el pasado octubre fue una para recordar.

Para todos aquellos que si se hubieran dejado se quedaban en Open Square hasta por la mañana, y para todos los que se lo perdieron y sienten la curiosidad de compartir su cultura y disfrutar más allá de sus propias fronteras étnicas, ambos periódicos vuelven a unirse para lanzar el segundo Irish and Salsa.

El evento tomará lugar el 17 de marzo en Open Square, en la Lyman Street, Holyoke. El evento unirá la música y el folklore de dos islas, Irlanda y Puerto Rico. Además celebrarán

la fiesta de San Patricio (Saint Patrick's) con música en vivo, comida y premios. En palabras simples, se trata de un evento único y divertido.

"Nuestra meta es unirnos para promover la integración de dos culturas aparentemente diferentes, pero que tienen mucho en común", dice la editora y fundadora de El Diálogo, Lillian Santiago-Bauzá.

Santiago-Bauzá, quien además se desempeña como Consejal de la Ciudad para el Barrio 1, se refiere las grandes similitudes entre la cultura irlandesa y la puertorriqueña.

Geográficamente, se trata de dos islas (Irlanda y Puerto Rico). En cuanto a sus costumbres, en ambos lugares la religión tradicional es la Católica. Son dos culturas que además disfrutan del baile... y la botella. Sí señor.

Un sinnúmero de negocios han solicitado estar presente durante el evento, ya que valoran la oportunidad única de presentar sus servicios y pro-

ductos a un nicho muy especial. Entre ellos se encuentran Holyoke Community College, Cambridge College, WFCR Public Radio y WEIB-106.3 Smooth FM., Open Square, y Solutions CDC.

"Hemos recibido muchas solicitudes de parte de dueños de negocios para auspiciar nuestro evento", dice Francisco Solé, jefe de ventas y mercadeo de El Diálogo, quien también añade que todavía quedan oportunidades de auspicio para este evento.

Lo irlandés mezclado con lo latino es una mezcla inteligente. Algo así como el arroz y la habichuela...o como la suerte con tréboles.

En una movida fascinante cuyo símbolo es el baile entre un duende y un coquí, Irish and Salsa trasciende las líneas raciales y étnicas, demostrando que las clasificaciones raciales pueden engañar. Y es que cualquiera puede ser clasificada dentro de una raza, dependiendo qué rasgos se enfaticen.



**Don't miss this opportunity!**

*"The Way to Reach Today's Hispanic Americans"*

## Northeast's ONLY Festival of Hispanic Culture, Business & Entertainment

**All shows 12:00 - 5:00 p.m.**

**Hartford, CT**
April 2 & 3, 2005

**Meadowlands, NJ**
April 16 & 17, 2005

**Boston, MA**
October 22 & 23, 2005

**Westchester, NY**
Nov. 12 & 13, 2005

**For more information, visit www.latinoexpoinfo.com or call (860)563-5028**

- *Showcase your business or non-profit organization's products and services to thousands of people in a matter of hours.*
- *A proven venue for Hispanic and non-Hispanic businesses.*
- *Find employees who are bilingual and educated.*
- *Now in its 5th year in Hartford and 4th year in Westchester.*
- *Health care institutions and related organizations can provide important information and resources.*
- *Banks, insurance companies, real estate and financial planners meet directly with Latinos who have buying power.*
- *Colleges, connect with people from different nationalities and bring more diversity to your campuses.*

*"We've received terrific feedback from all levels of the business for our weekend showing at the Expo. I have to say you were terrific to work with — and helped prepare us well, both by telling us what to expect and suggesting ways in which we could really showcase our offer for Latinos."*

Shannon Cadres, SHAW'S SUPERMARKET

## www.latinoexpoinfo.com

# La isla en bancarrota

Desde la alarmante situación fiscal de la isla, hasta el concierto de Usher, te trae lo más caliente, en arroz y habichuelas.

From the alarming economic situation of the island, to Usher's concert, Dialoguing from Puerto Rico brings you the latest happenings.

**NOTICIAS** – En bancarrota. El déficit del gobierno podría superar los 87 millones de dólares que calculó el designado Secretario de Hacienda, dijo el co-presidente de la Comisión Especial de Reforma Fiscal, Luis Benítez. ``Es correcto que hay sospechas de que pueda seguir saliendo información de que el déficit es mayor'', dijo Benítez, sin entrar en detalles.

**NEWS** – Bankrupt. The government deficit could surpass the 87 million dollars that the designated Secretary of Property calculated, said the Co-president of the Special Commission of the Fiscal Reform, Luis Benítez. `` It's correct that there are suspicions that the deficit is larger than that'', said Benítez, without discussing details.

**ESPECTACULOS** – Actividades para todos los gustos. Si vas a darte la vuelta por la isla durante los próximos meses, no te pierdas el sinnúmero de eventos que tomarán lugar, que incluyen el concierto de Usher, el 4 y 5 de marzo a las 8:30 pm en el Coliseo de Puerto Rico José Miguel Agrelot, y el espectáculo del equipo de baloncesto Capitanes Mixed Show-Game, el 2 de abril a las 8 pm en el Coliseo de Arecibo.

**SHOWS** – Entertainment for everyone. If you go to the island during the upcoming months, don't miss the endless entertainment alternatives that will take place, including Usher's concert, March. 6-7 at 8:30 p.m. at the Coliseo de Puerto Rico José Miguel Agrelot, and the amazing skill showcase of Arecibo's basketball team Capitanes Mixed ShowGame, April 2nd, 8 pm, at the Coliseo de Arecibo.

**POLITICA** – Congresista Young ve mayores posibilidades para propuesta de status. El congresista republicano Don Young aseguró que su fracasada propuesta para atender el status de Puerto Rico en 1998 no correría la misma suerte hoy día en la Legislatura federal porque recibiría más apoyo de sectores conscientes del incremento en la población hispana.



Singer Usher will perform at the island on March 4th and 5th. El cantante Usher se presentará en la isla el 4 y 5 de marzo.

*Una educación pública abierta a la comunidad de Holyoke y sus comunidades vecinas.*

# HOLYOKE COMMUNITY CHARTER SCHOOL
## ¡Abriendo en Septiembre del 2005!

**Estamos aceptando matricula hasta el 11 de Marzo para los grados kindergarten a séptimo (K-7).**

**Reunión de la comunidad en la United Congregational Church en la 395 High Street Lunes, 7 de Marzo del 2005 a las 6:00p.m. ¡ES MUY IMPORTANTE QUE ASISTA A ESTA REUNIÓN!**

Nuestra escuela estará localizada en el 2200 Northampton Street de Holyoke, MA (Al frente de Kmart Plaza al cruzar la calle).

**Nuestra misión es preparar a nuestros estudiantes para la Universidad, implementando:**

• Un programa retador y riguroso de preparatoria universitaria de SABIS®.
• Altas destrezas de matemáticas, inglés y artes de lenguajes.
• Dia escolar extendido.
• Uso obligatorio de uniforme escolar.
• Programas académicos antes y después del día escolar.



**Para informarse llame al 413-533-0111, visite nuestra sitio web www.hccs-sabis.net, o pase por nuestra oficina en el 299 Main Street en Holyoke.**



# Where to eat: Primavera in Ludlow

**By Lillian Santiago**

When you step into Primavera Restaurant (Springtime Restaurant), the rich smells of Portuguese flavors transport you to the beautiful beaches of Costa Prata and owner Joaquim Rocha Nunho and staff make you feel at home. There, at the tastefully decorated dining room, vibrant and diverse people share laughs -and perhaps headaches of the past week- in Portuguese, English and Spanish.

Whether you ask for combinádo Primavera (a Portuguese seafood specialty -my favorite- made with lobster, shrimp, fish, calamari, scallops and clams in the chef's own red sauce) or Bifé á pedra (sirloin steak cooked right in front of you on a hot rock while you have good conversation and sip your favorite Portuguese wine) you will delight yourself on a wonderful dinning experience; perfect for an enchanting night with your significant other.

Primavera is located at 257 East Street, in the center of Ludlow. But don't take my word for it. Take your family and friends and experience it yourself. Go. What are you doing home?

# El Horóscopo de Doña Ana (Fuente/Source: AP)

**ARIES.**
Siblings, if you have any, play an important role for you this week.

**ARIES**
Tus hermanos, si tienesa, desempeñan un papel importante esta semana.

**TAURO.**
You might consider investing more of your money so it works for you.

**TAURUS**
Puede ser que considderes invertir más dinero.

**GEMINIS**
It's time to take more chances and do more of the things that seem important to you.

**GEMINI**
Es hora de tomar más riesgos y de hacer más cosas que sean importantes para ti.

**CANCER.**
It's time to plan for the future and review events of the past to learn from them.

**CANCER**
Planea el futuro y revisa eventos del pasado para aprender de ellos.

**LEO**
Determine where you want to put your energies in the future. Joint resources may need overhauling or at least a review.

**LEO**
Determina dónde deseas poner tus energías en el futuro. Los recursos comunes pueden necesitar reacondicionamiento o por lo menos una revisión.

**VIRGO.**
If you are presently retired or not working, gaining employment will give you peace of mind.

**VIRGO**
Si estás retirado actualmente o no tienes trabajo, ganar un empleo te dará paz de mental.

**LIBRA**
You may fantasize about relocating to some far away place... and you might even go.

**LIBRA**
Puedes fantasear sobre mudarte lejos...y puede que incluso vayas.

**SCORPIO**
Your gut feeling is strongly telling you that you are right, and you very well may be.

**ESCORPIO**
Tu corazonada te dice fuertemente que tienes la razón, y bien puede ser cierto.

**SAGITTARIUS**
You can accomplish more than usual when working in tandem with someone else.

**SAGITARIO**
Puedes lograr más de lo usual al trabajar con alguien más.

**CAPRICORN**
A new pet could come into your life.

**CAPRICORNIO**
Una nueva mascota puede llegar a tu vida

**AQUARIUS**
People around you pick up on your feelings and find you attractive and interesting.

**ACUARIO**
La gente a tu alrededor reacciona a tus sentimientos y te encuentra atractivo e interesante.

**PISCES**
Personal matters may keep you at home more than usual this week. Spending more time with your family will be beneficial to all involved.

**PISCIS**
Los asuntos personales pueden mantenerte en casa más de lo usual esta semana. Pasa más tiempo con tu familia. Será beneficioso para todos.

Case 3:05-cv-30076-MAP    Document 34-15    Filed 05/25/2005    Page 10 of 17

# El Diálogo
## PICKS

### TV • TELEVISION



**Urban Latino TV.** Take a look into the culture and lifestyle of American Latinos through UL, a show that features celebrities and urban latino trends. Available through dish network.

**Urban Latino TV.** Echa un vistazo a la cultura y estilo de los latinos en E.U. en Urban Latino TV, que presenta celebridades y modas de los latinos urbanos. Disponible por satélite.

### ONLINE

**The most downloaded Latina.** At the website www.estelle.tv, the popular Venezuelan model Estelle Reyna showcases her talent in her own travel show titled "Estelle's Paradise."

**La Hispana más visitada.** A través del sitio web www.estelle.tv, la popular modelo venezolana Estelle Reyna nos presenta su talento en su propio programa de viajes llamado "El Paraíso de Estelle".

### MUSIC • MUSICA




**Award winning music.** With Valió la Pena, De Viaje and Pau-latina, Marc Anthony, Sin Bandera and Paulina Rubio headed the list of artists who won Premio Lo Nuestro awards. Order the #1 Latin music stars!

**Discos premiados.** Con sus discos Valió la Pena, De Viaje, y Pau-latina, Marc Anthony, Sin Bandera y Paulina Rubio encabezaron la lista de los artistas que recibieron el prestigioso Premio Lo Nuestro. ¡Ordena ya los favoritos de la música latina!

### BOOKS • LIBROS

**The Latino Journey to Financial Greatness.** This guide offers financial principles to Latinos and identifies cultural barriers that impede making the most out of resources.

**Camino a la Grandeza Financiera.** Esta guía ofrece a los latinos principios financieros e identifica las barreras culturales que impiden aprovechar recursos al máximo. Disponible en amazon.com



**El Camino a la Grandeza Financiera**

Louis Barajas

### FILMS • PELICULAS



**Gabriela.** A love story set in a mental hospital, this film got positive reactions in Hollywood, says the LA Times. Available in DVD at amazon.com

**Gabriela.** La historia de amor que toma lugar en un hospital siquiátrico, ya ha tenido reacciones positivas en Hollywood, según la LA Times. Disponible en DVD en amazon.com

---

## THE FUSION OF TWO CULTURES
### in a unique event...

**El Diálogo** & **VALLEY Advocate**

Present

# ISLANDS TOGETHER
## IRISH & SALSA

### Live music & more...

**March 17th • 6:30 PM**
Open Square Café

Donation: $5

Proceeds from admissions will be donated to Solución CDC

for more information visit: www.eldialogo.com

Sponsors    Sponsors

**GOLD SPONSOR:**
HOLYOKE COMMUNITY COLLEGE
rich in opportunity.

**SILVER SPONSOR:**
Cambridge College

**OTHER SPONSORS:**
open square   106.3 Smooth FM   88.5fm WFCR.org





# Dónde comer: Primavera en Ludlow

**Por Lillian Santiago**

Cuando entras al Primavera Restaurant, los ricos aromas del sabor portugués te transportan a las hermosas playas de Costa Prata y el dueño Joaquim Rocha Nunho y su personal te hacen sentir en casa. Allí, en el sitio adornado con tan buen gusto, un grupo de gente vibrante y diversa ríe - y quizás comparten los dolores de cabeza de la última semana- en portugués, inglés y español.

Si pides el combinado Primavera (una especialidad portuguesa de mariscos -mi favorito- hecha con langosta, camarones, pescado, calamares, conchas y almejas en la salsa roja del Chef) o Bifé á pedra (filete de solomillo cocinado delante de ti en una roca caliente mientras tienes una buena conversación y bebes tu vino portugués preferido) te encantarás de una experiencia maravillosa; perfecta para una noche encantadora con tu otra mitad.

Primavera está localizado en el 257 East Street, en el centro de Ludlow. Pero no tomes mi palabra. Lleva a tu familia y amigos y experiméntalo tu mismo. Vé. ¿Qué haces en casa?

10 SALUD • HEALTH          **El Diálogo**          March 1, 2005

# Las disparidades continúan

WASHINGTON, DC (HPR-W) - La agencia federal Agency for Healthcare Research and Quality (AHRQ), adscrita al Departamento de Salud y Servicios Humanos, presentó recientemente dos informes sobre la calidad y desigualdades que existen en la atención médica en los Estados Unidos. El Informe Nacional sobre la Calidad de los Servicios de Salud 2004 revela evidencias sobre mejoras en la calidad, así como también señala áreas específicas en las que pueden llevarse a cabo importantes avances.

Por su parte, el Informe Nacional de Desigualdades en los Cuidados de Salud 2004 indica que existen disparidades relacionadas con las razas, etnias y estatus socioeconómico en el sistema de atención médica estadounidense.

Los informes evalúan la calidad y las disparidades en cuatro áreas claves de los cuidados de salud: efectividad, seguridad del paciente, puntualidad y centralización del paciente. Además, presentan datos referentes a la calidad y diferencias en el acceso a los servicios para tratamiento de condiciones clínicas como el cáncer, diabetes, enfermedad renal en etapa terminal, enfermedades cardíacas y respiratorias; y de

los cuidados de salud para los ancianos en asilos y en sus respectivos domicilios.

Informe Nacional de Desigualdades reveló que:

– Las personas de raza negra recibieron una atención médica de menor calidad comparada con la de los anglosajones, en casi dos terceras partes de las medidas de calidad establecidas. También su acceso a la atención fue extremadamente más difícil al compararse con la de las personas anglosajonas, en aproximadamente el 40% de las medidas de acceso.

– Los hispanos recibieron una atención de menor calidad comparada con las personas anglosajonas, en aproximadamente la mitad de las medidas de calidad establecidas. También su acceso a la atención médica fue más difícil que el de las personas anglosajonas en aproximadamente el 90% de las medidas de acceso.

– Las personas que viven en un nivel de pobreza recibieron una atención médica de menor calidad en aproximadamente el 60% de las medidas establecidas, y su acceso a los cuidados de salud fue más difícil en cerca del 80% de las medidas de acceso; en comparación con las personas con un alto nivel de ingresos.



# BMC HealthNet Plan.
## Reciba más.

Si usted califica bajo los criterios de MassHealth, podrá obtener más beneficios con el plan de salud BMC HealthNet Plan. Obtenga todos los beneficios de MassHealth y todos estos beneficios adicionales para usted y su familia.

• Gratis, sillas de automóvil para infantes y niños
• Gratis, cascos de bicicleta para niños
• Programas especiales para la gente con diabetes, asma o la presión arterial elevada
• Asistencia especial si va a dar a luz

Llame para obtener información acerca de cómo inscribirse en el plan de salud que le ofrece más beneficios.

BOSTON MEDICAL CENTER
HealthNet Plan

**1-800-792-4355**
www.bmchp.org

# Disparities remain

WASHINGTON, DC (HPRW) - HHS' Agency for Healthcare Research and Quality (AHRQ) recently released its second annual reports on the quality of and disparities in health care in America. The 2004 National Healthcare Quality Report finds both evidence of improving quality as well as specific areas in which major improvements can be made. The 2004 National Healthcare Disparities Report indicates that there are disparities related to race, ethnicity, and socioeconomic status in the American health care system.

The reports measure quality and disparities in four key areas of health care: effectiveness, patient safety, timeliness and patient centeredness. They also present data on the quality of and differences in access to services for clinical condi-

tions, including cancer, diabetes, end-stage renal disease, heart disease, and respiratory diseases; and for nursing home and home health care.

The Disparities Report revealed that:

-- Blacks received poorer quality of care than whites for about two-thirds of quality measures and had worse access to care than whites for about 40% of access measures.

-- Hispanics received lower quality of care than non-Hispanic whites for half of quality measures and had worse access to care than non-Hispanic whites for about 90% of access measures.

--Poor people received lower quality of care for about 60% of quality measures and had worse access to care for about 80% of access measures than those with high incomes.

# Mejor que el guacamole

IRVINE, CA (HPRW) - Los expertos recuerdan a los americanos que tomen medidas para proteger su corazón, incluyendo substituir las "malas" grasas por las "buenas" grasas, aumentando el consumo del ácido graso omega-3 y consumiendo frutas y vegetales.

El aguacate es virtualmente la única fruta que proporciona "buena" grasa monounsaturada, y ha sido ligado a un riesgo reducido

de enfermedad cardíaca. Onza-por-onza, los aguacates son lo mejor en cuanto a grasas monosaturadas, vitamina E, folato, potasio, magnesio, luteína, beta-sitosterol y glutationa, comparados con frutas comúnmente comidas.

Los aguacates se pueden poner en tostadas como substituto de la mantequilla o en un emparedado como substituto de la mayonesa.

# Better than guacamole

IRVINE, CA (HPRW) - Experts are reminding Americans to take essential steps to protect their heart including replacing "bad" fats with "good" fats, increasing omega-3 fatty acid intake and consuming a diet rich in fruits and vegetables.

The avocado is virtually the only fruit that provides "good" monounsaturated fat, which has been linked to a reduced risk of heart disease by lowering LDL (bad) cholesterol and raising HDL (good) choles-

terol. Avocados also contain polyunsaturated fat, which includes omega-3 fatty acids that can protect against heart disease.

Ounce-per-ounce, avocados rank highest in monounsaturated fat, vitamin E, folate, potassium, magnesium, lutein, beta-sitosterol and glutathione, compared to commonly eaten fruits.

Avocados can be spread on toast as a substitute for butter or on a sandwich as a substitute for mayonnaise.



## Nancy's Transportation
**Massachusetts New York**

Door to door transportation service. 7 days a week.

Servicios de transportación puerta a puerta los 7 días de la semana. 8AM-9PM

**413-532-9425**
**866-408-6266**



## El Diálogo
CLASSIFIEDS

Offering the following new sections:

**Real Estate**
**Job Search**
**General Sales**

Call now to place your ad 413.536.5560

WE TREAT ADULTS AND CHILDREN. WE CAN TREAT YOU OR
YOUR CHILDREN TODAY FOR URGENT, NON-EMERGENCY CARE
OR YOU CAN MAKE AN APPOINTMENT."

ATENDEMOS NIÑOS Y ADULTOS. LE PODEMOS VER A USTED
O A SU HIJO/HIJA HOY POR CUIDADOS DE EMERGENCIA, DE
NO EMERGENCIA O USTED PUEDE LLAMAR Y HACER UNA CITA.



adult medicine



## Holyoke and Chicopee Health Centers

LE OFRECEMOS SERVICIOS MÉDICOS SIN IMPORTAR SU CAPACIDAD DE PAGO. LLAME AL 420-2129,
PARA PEDIR INFORMACIÓN SOBRE CUIDADOS MÉDICOS Y DENTALES A BAJO COSTO O GRATIS

HOLYOKE AND CHICOPEE HEALTH CENTERS CAN TREAT YOU EVEN IF YOU CANNOT PAY. CALL 420-2129
TO LEARN ABOUT LOW COST OR FREE MEDICAL AND DENTAL CARE

Holyoke Health Center        Chicopee Health Center
230 Maple Street             203 Exchange Street
Holyoke                      Chicopee
Tlf./Phone: 420-2200         Tlf./Phone: 420-2222



servicios dentales

OUR DENTAL OFFICE IS COMPLETELY RENOVATED
AND OFFERS SERVICES FOR CHILDREN AND ADULTS

OFRECEMOS SERVICIOS DENTALES PARA NIÑOS Y
ADULTOS, EN NUESTRA OFICINA COMPLETAMENTE
RENOVADA.

# Cambridge College, una sólida inversión

Mientras que un número de colegios y universidades del área ofrecen programas nocturnos dirigidos al adulto trabajador, ninguno se concentra en satisfacer enteramente las complejas necesidades del aprendiz adulto en cuanto a programas de clase, financiamiento y aprendizaje de la manera que los programas de Cambridge College lo hacen.

Anualmente, Cambridge College sirve a 4,600 estudiantes graduados y post-graduados en un ambiente único que capitaliza en la experiencia profesional de sus estudiantes adultos. La Escuela de Educación, la Escuela de Consejería y Psicología y la Escuela de Gerencia ofrecen Maestrías en Educación y Gerencia con varias concentraciones y provisiones del licenciatura. Además, ofrecen estudios, licenciatura, oportunidades avanzadas, y seminarios. Todas las clases están basadas en aprendizaje adulto-centrado y clases nocturnas y durante fines de semana para crear programas flexibles.

Aproximadamente 900 estudiantes adultos se matriculan en Cambridge College cada año para comenzar sus experiencias secundarias de educación o, para aquellos que estén transfiriendo créditos, terminar los grados comenzados. Los estudiantes sub-graduados pueden obtener grados de Bachillerato en Artes en Estudios Multidisciplinarios (con concentración en educación) o Psicología o Bachillerato en Ciencias con concentración en Servicios Humanos o Estudios de Gerencia.

El Cambridge College se enorgullece en poner la educación avanzada a disposición de cada uno con sus económicas matrículas, programas flexibles y localizaciones convenientes.

La cuota de matrícula es la más baja entre universidades privadas y universidades independientes en Massachusetts. Los estudiantes se aprovechan de instalaciones de enseñanza múltiples, incluyendo un cam-

pus principal en Cambridge, los centros satélite en Springfield y Lawrence, así como otras instalaciones situadas a través de la costa norte y sur, y el oeste metro de Boston.

La diversidad sin par entre su comunidad estudiantil es otra característica que hace a Cambridge College un campeón. La edad promedio del cuerpo estudiantil es 35, haciendo este colegio un hogar cómodo para los profesionales establecidos en una variedad de campos que estén determinados a avanzar sus carreras y a aumentar su potencial de ganancias, así como otros adultos que desean enriquecer sus vidas personales con la educación continuada.

Fundado en 1971, el Cambridge College ha graduado a más de 19,000 alumnos, que ahora contribuyen a sus comunidades como profesores, consejeros, trabajadores en servicios humanos y empleados del sector privado. Muchos gozan de gran éxito en varios papeles cívicos y profesionales, incluyendo un número de líderes prominentes negocios y de la educación a través de Nueva Inglaterra.

Para aprender sobre los varios programas y las oportunidades que ofrece el Cambridge College, comuníquese con Meaghan Prendergast, representante de admisiones, al 800-829-4723, la extensión 6623, o visita www.cambridgecollege.edu.



## WE MAKE QUALITY EDUCATION AVAILABLE WHEN YOU ARE.

## EVENINGS AND WEEKENDS.

For Cambridge College - Springfield, quality education includes serving your needs—with convenient classes in the evenings, on weekends, and at locations nearby. Faculty members are practitioners in their respective fields. They understand the needs of working adults and acknowledge your experiences in interactive classrooms.

Learn more about our innovative and flexible undergraduate, graduate, and CAGS programs for working adults. Call today to find out how you too can fit higher education into your life.

visit  **www.cambridgecollege.edu/springfield**

or call  **800.829.4723**

Cambridge College

| UNDERGRADUATE | GRADUATE | POST-GRADUATE |
| • Multidisciplinary Studies | • Education* | • CAGS programs in |
| • Human Services | • Counseling Psychology* | educational leadership |
| • Management Studies | • Management | |

*In campus and modules center options available*

*For Working Adults*

CAMBRIDGE COLLEGE, 570 COTTAGE STREET, SPRINGFIELD, MA 01104
800.829.4723   *www.cambridgecollege.edu/springfield*



## New CLASSIFIEDS SECTION

To place and ad call 413.536.5560

El Diálogo
CLASSIFIEDS

# Cambridge College Programs a solid investment

While a number of area colleges and universities offer night programs that cater to the working adult, none are entirely centered on meeting the complex scheduling, learning and financial needs of today's adult learner the way that Cambridge College's programs are.

Cambridge College serves 4,600 graduate and postgraduate students annually in a unique setting that capitalizes on the work experience of its adult students. The college's School of Education, School of Counseling and Psychology and School of Management offer Master of Education and Master of Management degrees with various concentrations and licensure provisions. In addition, they offer post-graduate advanced studies, licensure and seminar opportunities. All rely on adult-centered learning and teaching models and feature night and weekend classes for flexible scheduling.

Approximately 900 undergraduate adult students enroll at Cambridge College each

year in order to begin their secondary education experiences or, for those transferring credits, to complete degrees already begun. Undergraduate students may pursue Bachelor of Arts degrees in Multidisciplinary Studies (with a concentration in Education) or Psychology or Bachelor of Science degrees in Human Services or Management Studies.

Cambridge College prides itself on making advanced education available to everyone with its affordable tuition, flexible scheduling and convenient locations. The college's tuition rate is the lowest among private universities and independent colleges in Massachusetts. Students take advantage of multiple teaching facilities, including a main campus in Cambridge, satellite learning centers in Springfield and Lawrence and other facilities located throughout the north and south shores and metro west Boston.

Unparalleled diversity among its student community is another

characteristic that Cambridge College champions. The average age of the student body is 35, making the college a comfortable home for established professionals in a variety of fields who are committed to advancing their careers and increasing their earnings potential, as well as other adults aiming to enrich their personal lives through continued education.

Founded in 1971, Cambridge College has graduated more than 19,000 alumni, who are contributing to their communities as teachers, counselors, workers in human services and employees of the private sector. Many have gone on to enjoy great success in various civic and professional roles, including a number of prominent business and education leaders throughout New England.

To inquire about the college's various programs and learning opportunities, please contact Meaghan Prendergast, admissions representative, at 800-829-4723, extension 6623, or visit www.cambridgecollege.edu.

Case 3:05-cv-30076-MAP    Document 34-15    Filed 05/25/2005    Page 14 of 17



El campeón Miguel ãotto del título Jr. Welter de la OMB de Puerto Rico, izquierda, y el desafiador DeMarcus Corley de E.U. intercambian golpes durante su combate de campeonato en el coliseo Ruben Rodriguez en Bayamon, Puerto Rico, sábado, 26 de febrero. Cotto conservó su título con un nócaut técnico durante el 5to asalto. WBO Jr. Welterweight champion Miguel Cotto of Puerto Rico, left, and challenger DeMarcus Corley of the U.S. trade blows during their championship bout at the Ruben Rodriguez Coliseum in Bayamon, Puerto Rico, Saturday, Feb. 26, 2005. Cotto retained his title with an 5th round technical knockout. (Photo: AP)

# Puerto Rico's own Cotto holds onto boxing title

Miguel Cotto defended his WBO junior welterweight crown with a fifth-round technical knockout of DeMarcus Corley on Saturday.

The Puerto Rican blew a powerful left-hand hook to Corley's body midway through the fifth that sent the challenger to the canvas. Corley stood up but received another left to the body, kneeling in pain.

Referee Ismael Quiñones immediately stopped the fight at 2:45, although Corley seemed alert and protested the decision.

Corley, a former WBO junior welterweight champion from Washington D.C., had his best chance in the third round, when he landed a right cross to the face early in the round that made Cotto wobbly. But Corley (28-4-1) was slow in his attack and lost the opportunity.

## Boricua retiene título

BAYAMON, PR (AP) - El puertorriqueño Miguel Cotto retuvo el sábado su título junior welter de la Organización Mundial de Boxeo (OMB) con un nócaut técnico en el quinto asalto sobre el ex campeón DeMarcus Corley.

Cotto derribó al estadounidense con un gancho de izquierda al cuerpo a mediados del round. El retador se paró y continuó peleando, pero el boricua atacó nuevamente los planos bajos y Corley colocó una rodilla en el piso a los 2:45 del asalto.

De inmediato, en una controvertible decisión, el referí Ismael Quiñones Falú detuvo el combate, aunque Corley parecía en buenas condiciones para continuar peleando y protestó enérgicamente el veredicto.

## Bonds de pie y va muy bien

SCOTTSDALE, AZ (AP) - Barry Bonds hizo varios intentos en la caja de bateo en el complejo de entrenamiento de los Gigantes de San Francisco el sábado, y enfrentó lanzamientos reales antes de lo que esperaba el equipo.

Bonds, quien se sometió a una operación artroscópica el 31 de enero, dio sus primeros batazos de la pretemporada ante el entrenador de bateadores Joe Lefebvre, quien le lanzó un poco más lento que a la velocidad de prácticas de bateo.

Bonds, siete veces ganador del trofeo al Jugador Más Valioso de la Liga Nacional, decidió ir en contra del plan del equipo que quería que bateara la pelota de encima de un poste y prefería enfrentar lanzamientos reales.

## Bonds in training

SCOTTSDALE, AZ (AP) - Barry Bonds took a few swings in the batting cage at the San Francisco Giants' training complex Saturday, facing live pitching earlier than the club expected.

Bonds, who underwent arthroscopic knee surgery Jan. 31, took his first cuts of spring training against hitting coach Joe Lefebvre. The seven-time National League MVP decided against the club's plan to hit off a tee, preferring to face real pitching.

The 40-year-old Bonds is third on the major league career homers list with 703, trailing only Babe Ruth (714)



and Hank Aaron (755). He won his seventh MVP award last season with 45 homers, 101 RBIs and a major league-record 232 walks.

# Community Briefs

## NEW PROGRAM DIRECTOR AT WFCR FM

WFCR 88.5 FM, Public Radio for Western New England, announced this week that Michael Rathke has been named the station's Director of Programming.

"Michael brings a wealth of skills and knowledge to this position," said General Manager Martin Miller. "His eighteen years of experience as a public radio professional in both news and music formats will be invaluable to the station and its listeners as we negotiate a changing broadcast landscape."

Michael comes to WFCR from WCAL-FM in Minnesota's Twin Cities, where he was Program Director. Prior to his appointment there, he served as Program Director for Northwest Public Radio of Pullman, Washington.

## LOOKING FOR IDEAS

We're inviting you to a key event that will shape a new program to inspire and prepare people to serve Hampshire County in non-profit, business and municipal leadership roles. We're calling this program Leadership Hampshire County.

Our Leadership Summit will take place on Wednesday, March 16, from 6:30 – 9:30 pm in the Carroll Room of the Smith College Campus Center on Rt. 9 in Northampton. The Bank of Western Massachusetts is our sponsor for the evening.

We hope you can attend and lend your talent to the very beginning of this project. Your wisdom and information is critical. We hope you will join us on March 16. RSVP to Suzanne Beck at suzanneb@northamptonuncommon.com or call the Chamber at 584-1900.

# Breves de la comunidad

## NUEVO DIRECTOR DE PROGRAMACIÓN EN WFCR

WFCR 88.5 FM, estación de radio para la difusión pública para Nueva Inglaterra occidental, anunció esta semana que han nombrado a Michael Rathke director de programación de la estación. "Michael trae una cantidad de habilidades y conocimiento a esta posición", dijo el director general Martín Molinero. "Sus dieciocho años de experiencia como profesional de difusión pública en noticias y formatos de música serán inestimables para la estación y sus oyentes a medida que negociamos un

panorama de difusión cambiante". Michael viene a WFCR de WCAL-FM en las Ciudades Gemelas de Minnesota, donde era director de programación. Antes de su posición allí, sirvió como director de programación para la difusión pública del noroeste del Pullman, Washington.

## BUSCANDO IDEAS

Te estamos invitando a un acontecimiento que forma parte de un nuevo programa para inspirar y preparar a la gente a servir al Condado de Hampshire a través de roles sin fines de lucro en negocios y

municipios. Llamamos a este programa Leadership Hampshire County. Nuestra cumbre ocurrirá el miércoles, 16 de marzo desde las 6:30 pm a 9:30 pm en el Carroll Room del Smith College Campus Center en la Ruta 9 en Northampton. El Bank of Western Massachusetts es nuestro patrocinador. Esperamos que puedas asistir y prestar tu talento para comenzar este proyecto. Tu sabiduría e información es crítica. RSVP con Suzanne en la dirección suzanneb@northamptonuncommon o llama al 584-1900.

# El Diálogo
## CLASSIFIEDS

El Diálogo is pleased to announce that as of March 2005 we will offer a

## CLASSIFIEDS PAGE

offering the following sections:

### Real Estate • Job Search • General Sales

Please call 413.536.5560 or email us at classified@eldialogo.com for information and rates

www.eldialogo.com

# Where to find El Diálogo

## NORTHAMPTON

Sylvester's 111 Pleasant St. - Northampton Chamber of Commerce 99 Pleasant St . - International Language Institute, 17 New South St. - Campus Center, Smith College 4100 Elm St. - Forbes Library West St

## SOUTH HADLEY

South Hadley Library Bardwell St. - Thirsty Mind Village Commons Shops Tailgate PicnicVillage Commons Shops - Odyssey Books 29 College St.- Willits Hallowell Center - Mt. Holyoke Campus

## AMHERST

Amherst College College St. - Black Sheep Deli 79 Main St. - Bueno y Sano 1 Boltwood Walk - Albion Book 8 Main St. - Jones Library 43 Amity St. - La Veracruzana 63 South Pleasant St. - Video To Go 6-10 University Dr. - UMASS Whitmore Center Umass Campus -UMASS Student Union - Hampshire College Admin. West St. (Route 116) - Hampshire College Library West St. (Route 116)

## EASTHAMPTON

Riverside Industries 1 Cottage St. - Coffee Roasters 47 Union St. - Arts & Industry Bldg. 221 Pine St.

## FLORENCE

Cooper's Corner 31 Main St. - Casa Latina 140 Pine St.

## GREENFIELD

CVS 137 Federal St. - Foster's Supermarket Allen & Conway Sts. - Greenfield Community College Colrain Rd.

## SPRINGFIELD

Dr. Aziz 3300 Main St. - Baystate Medical Center 780 Chestnut St. - Hallway of Louis & Clark 2 Medical Center Dr. - Chestnut Middle School 355 Plainfield St - El Priscilla Grocery, 2960 Main St. - El Mercadito Main St. - Puerto Rico Bakery, 2917 Main St. - Mexico Money Express 2766 Main St. - Carmen's Gift &

Jewelry Shop 2684 Main St. - Lillians Flowers 2670 Main St. - Luigi's Christian Bookstore 2595 Main St. - A Cut Above The Rest II 2262 Main St. - Old San Juan Bakery 2460 Main St. - New Sunshine Laundry 2460 Main St. - New North Citizens Council 2345 Main St. - Northgate Liquors 1985 Main St. - Dough Show Restaurant 1985 Main St. - Insurance Company 1691 Main St. - Kennedy Fried Chicken 1675 Main St. - Springfield City Hall 36 Court St. - Mundo Musical 1104 Main St. - Red Rose Restaurant 1074 Main St. - El Criollo Restaurant 544 Main St. - Michael Lauro Insurance 468 Main St. - McDonalds 360 Main St. - Springfield Library 220 State St. - Puerto Rico Cultural Center 38 School St. - Drug Store121 Spring St. - Lucy's Corporate Services 937 Worthington St. - M.J.'s Pizza 955 Worthington St. - Chiropractic Healthcare Center 689 Carew St. - Dave's Discount Soda 1330 Carew St. - El Pilon 622 Carew St - WNEC (St. Germain Campus) 1215 Wilbraham Rd.

## HOLYOKE:

Barnes & Noble Ingleside Plaza - Twin Food Store 625 Homestead Ave. - Db Mart 494 Westfield Rd. - Holyoke Community College 303 Homestead Ave. - HHA--Beaudoin Village 40 Leary Dr. - Career Point 136 Queen Ave. - Tony's Grocery 801 High St. - Sam's Foods 515 High St. - Cuba Supermarket 439 High St. - Old San Juan Bakery 408 High St. - MD Beauty 396 High St. - Providence Prenatal Center 384 High St. - Tutty Market 372 High St. - 99 Cents Plus 369 High St. - Chiropractic Healthcare Center 337 High St. - Victoria Beauty 301 High St. - Holyoke City Hall High St. - La Favorita 176 High St. - Fernandez Family Restaurant 161 High St. - Bodega 24H 152 High St. - Bayamon Restaurant 107 High St. -Corner's Delight 95 High St. -HHA--Lyman Terrace 5 Hamden Court - The Café at Open Square(280) Lyman St. 250 Open Square

# REAL ESTATE          # REAL ESTATE

This listing information has been provided by the office of Maria Acuna Real Estate (413) 739-5787

## HOMES

**Nice brick colonial single family home. 7 rooms, 4 bedrooms**, estra large living room with fireplace ceramic and wood floors thru-out. Plus 2 car garage. List price: $159,000

Nicely maintained vinyl sided **single family home. 6 rooms 3-4 bedroom** with exit to deck and great size yard with shed could be the

dinning room instead, large living room with picture window for extra sunshine. Wooden floors thru-out, partially finished abasement with full bath central air. 2 parking. List price:$159,000

Built in 1998 nice **single family home with 6 rooms, 3 bedrooms**, 1 ? Baths, anderson windows and slider ceramic and wooden floors thru-out, full finished basement for extra.ling space. Yard with deck and shaed all located on nice private lot. List price $195,000

Well maintained **two family with 5 rooms, 2 bedrooms**

each unit possible 3 bedrooms, some newer windows wood floors thruout nice front porches newer furnace and hot water tanks. As per owner nice size yard lead certificate. Second floor unit to be vacated. Listed price: $129,00

## COMMERCIAL

**Land-"terreno" great lot great location** between walnut oak tyler commercial zone lets build a business. Land. Acres: .022 one building. Lot size: 9737sqft. List price: 45,000

**Thirty two unit apartment**

**building** in great conditions good size lot with plenty of parking for your tenants. Coin operated washer dryer gives extra income. Lead certificates in most units section 8 and hap rents. Easy access to highway and downtown springfield 2469 main street with 25 units and 2 store fronts also available. Commercial/industrial acres: 0.32 lot size: 14032 sqft. List price $1.700,000

**Office space, retail and commercial Open Square building in holyoke a cost-effective and aesthetically rich place to do business.**

Available now: office space, art studios and storage. Call john at 413-532-5057 x 202 or visit www.opensquare.com

## APARTMENTS & TOWNHOUSES

2 and 3 br townhouses, new appliances, lots of storage room, laundry hookups, and carport. Stating at $755.00 a month. For more information call silvia at 413-532-5057 x 204 or go on line to www.open-square.com/echohill





## Your Real Estate Company

## Su compañía de bienes raices

*Now with a Connecticut license!!*
*Ahora con licensia en Connecticut!!*

Check out our web site • Visite nuestra página de internet

# www.MariaAcunaRealEstate.com

27 Pratt Street, Springfield, MA 01107 • 413.739.5787

**El Diálogo**



# Ofertas fuera de este mundo

*Esta es la oferta más increíble del mundo. ¿Que no me lo cree?*
*Pues vaya creyéndolo, en Balise Ready Credit Used Car te*
*podemos aprobar tu auto facilito. Visítanos, Llámanos o visita*
*nuestra pagina en el Internet y veras que fácil es.*
*Habla con uno de nuestros profesionales de ventas y te*
*orientara de manera cordial y respetuosa.*
*Además tenemos mas de 250 autos y "trucks" para escoger.*

**Favor de llamar para pre-aprobación**
**al numero sin cargo**
**866-446-CREDIT**

**Para aplicar en Internet**
**favor de ir a:**
**readycreditgoespanol.com**

READY CREDIT USED CARS    BALISE

*balise te tratamos como familia*

**440 WEST COLUMBUS AVE. SPRINGFIELD**
**(Al lado de Balise Chevy) 781-7152**

**ONE PALOMBA DRIVE, ENFIELD**
**(Adentro de Saturn en Enfield) 860-745-4466**



**EXHIBIT 56**


**EXHIBITS INTRODUCED AT**
**MAY 23, 2004**
**PRELIMINARY INJUNCTION HEARING**

# El Diálogo

## THE BILINGUAL NEWSPAPER

March 15, 2005 • Free / Gratis

**El Diálogo CLASSIFIEDS**
Offering the following sections
**Real Estate**
**Job Search**
**General Sales**
www.eldialogo.com

Volume 2
Number 4

2 EDITORIAL
EDITORIAL

3 NOTICIAS
NEWS

5 PORTADA
COVER

7 ORGULLO NUESTRO
OUR PRIDE

8 DIALOGANDO
Y COCINANDO
COOKING AND
DIALOGUING

9 ARTE Y
ENTRETENIMIENTO
ARTS &
ENTERTAINMENT

10 DIALOGO DEL
CONSUMIDOR
CONSUMER'S
DIALOGUE

12 SALUD
HEALTH

13 DEPORTES
SPORTS

15 CLASIFICADOS
CLASSIFIEDS



**Blanca Reyes, Ph.D.**
*Holyoke Charter School Principal*



**Ada Iris Rodriguez Fernández & Jacqueline Fernández**
*Fernandez Restaurant*



**Reina Lorenzi,**
*Administrative Assistant*
*Holyoke Charter School*



**Xenia Rusado-Merced,**
*Manager of Community Outreach*
*Holyoke Medical Center*



**Denise Salgado,**
*Director of the Teen Resource Project*







EDITORIAL • EDITORIAL

2 • **El Diálogo** • March 15, 2005

EDITORIAL

# Un dia no es suficiente

El martes 8 de marzo celebramos el Día Internacional de la Mujer. Esa tarde en el supermercado, escuché a una mujer decirle a su amiga: "Esto del dia de la mujer no tiene sentido. ¿Por qué no celebramos el dia del hombre?"

Ella me sacó de órbita, debo confesar. Claro, los compadres educados que nos respetan merecen su dia. Mi lanza va hacia la primera parte de su comentario.

Parece que no sabe que gracias a otras mujeres es que ella puede usar pantalones, obtener una licencia de conducir, y escoger a sus mandatarios mediante el voto.

Definitivamente no sabe que según informes de las Naciones Unidas, casi 25,000 novias son calcinadas cada año en India porque no presentaron suficientes ofrendas en la boda. La familia del novio las "prende en fuego" y después dicen que fue un accidente o se suicidaron para que el novio pueda buscar una novia con más dinero.

En Jordania, Pakistán, Líbano, Siria, Irak y otros países del Golfo Pérsico, las mujeres que han sido violadas son a veces asesinadas por sus propias familias para así mantener el honor.

La Organización Mundial de la Salud dice que alrededor de 100 millones de mujeres y niñas han sido sometidas a mutilación genital para que no puedan disfrutar placer sexual.

La violación se usa como arma de guerra en Chiapas, Méjico; Rwanda, Kuwait, Haití, Colombia, y Yugoslavia.

Y aquí en nuestra comunidad muchas mujeres son sometidas a dificultades innecesarias gracias a algunos hombres de poca educación que las usan como sirvientas, objetos sexuales y máquinas hace-bebés. En nuestra sociedad, el 90% del tiempo la mujer hace lo que cree que tiene que hacer y sólo un 10% del tiempo, con suerte, hace lo que quiere hacer. En Puerto Rico, 1 de cada 15 mujeres es víctima de violencia doméstica.

Esta edición de El Diálogo la dedicamos a la mujer, especialmente a 6 campeonas que se han destacado por su valor a hacer lo que desean. Mujeres: seamos solidarias unas con otras. Podríamos lograr más si nos uniéramos. Y para la mujer del supermercado que piensa que el Dia de la Mujer no tiene sentido, yo le digo que tiene razón: Un dia no es suficiente para celebrar y conmemorar un ser tan especial.

*Ana Morales*
*Jefa de redacción*

EDITORIAL

# One day is not enough

On Tuesday, March 8, we celebrated International Women's Day. That day at the supermarket, I heard a woman say to her friend: "This women's day thing is pure nonsense. Why don't we celebrate men's day?"

She confused me, I must confess. Sure, educated *compadres* that respect us deserve their day. My lance aims to the first part of her comment.

It seems that she doesn't know that thanks to other women she can wear trousers, get a license to drive, and choose her country chief executives through her vote.

She definitively doesn't know that according to the United Nations, almost 25,000 brides are burn to death every year in India because they did not present sufficient offerings for the wedding. The groom's family sets them on fire and later they say that it was an accident or a suicide so that the fiancé can look for another bride with more money.

In Jordan, Pakistan, Lebanon, Syria, Iraq and other countries of the Persian Gulf, women who have been raped sometimes are assassinated by their own families to maintain their family's honor.

The World Health Organization says that around 100 million women and girls have been submitted to genital mutilation so they cannot enjoy sex.

Rape is used as a war weapon in Chiapas, Mexico; Rwanda, Kuwait, Haiti, Colombia, and Yugoslavia.

In Puerto Rico, 1 of every 15 women are victims of domestic violence.

And right here in our community many women are put under unnecessary difficulties thanks to some undereducated men who use them as maids, sexual objects and baby-making machines. In our society, 90% of the time women do what they think they must do and only 10% of the time, with luck, they do what they want to do.

This edition of El Diálogo is dedicated to our women, specially to 6 champions who stand out for doing what they wish.

Women: let's solidarize with each other. We could get much farther if we unite. And for the supermarket woman who thinks that Women's Day is nonsense, I say she's right: A day is not enough to celebrate and commemorate such special being.

*Ana Morales*
*Editor in chief*

# El Diálogo

**Lillian Santiago-Bauzá**
*Publisher*

**Francisco J. Sole**
*Sales Director*

**Ana Morales**
*Editor in Chief*

**Javier Arango Fdez**
*Graphic Designer*

**Contributors**
Cathleen Robinson

252 Open Square Way
Studio 404
Holyoke, MA 01040

(413) 536-5560
fax (413) 533-9467

editor@eldialogo.com
sales@eldialogo.com
art@eldialogo.com

www.ElDialogo.com



# ECHO HILL
## OF HOLYOKE



· Huge 2 and 3 bedroom townhouse
· Available in canal district.
· Hardwood floors, basement, carport, and patio.
· Starting at $730.00 for 2 bedrooms

PLEASE CALL   413-532-5057 X 204
Saint kolbe Drive.  Holyoke, Ma 01040

# Business:
# Springfield's got flava

On February 14th, Puerto Rico born Isabelle Pellot opened Latin Flava, an alcohol-free, kid friendly cafe restaurant in Springfield. There, you can find coffee, desserts, and typical Puerto Rican food. A beautiful interior mural by Springfield's own award-winning artist Awilda Oxios makes the space a cozy and welcoming place where anything from poetry to music and performance arts can happen.

Pellot made this happen on a shoe string, while also raising her children. She took a run down, abandoned shell of a space and turned it into a place where you'll want to be a regular.

**Latin Flava Cafe**
1677 Main Street, Springfield
Corner of Lyman, across the street from the Hippodrome.



**En Latin Flave Cafe puedes encontrar café, postres, y comidas típicas de Puerto Rico.**
(Foto: Lillian Santiago)

**At Latin Flave Cafe you will find coffee, desserts and typical Puerto Rican food.**
(Photo: Lillian Santiago)

# Negocios:
# Springfield tiene "flava"

El 14 de febrero, la puertorriqueña Isabelle Pellot abrió Latin Flava, un café-restaurante localizado en Springfield. El ambiente es uno libre de alcohol, donde los niños son bienvenidos. Allí, puedes encontrar café, postres, y comidas típicas de Puerto Rico. Un hermoso mural ganador de premios por la artista Awilda Oxios de Springfield hace del espacio un lugar acogedor donde cualquier cosa desde poesía a música y hasta espectáculos pueden suceder. Pellot logró su meta con un pequeño presupuesto, a la vez que criaba a sus hijos. Ella tomó un lugar abandonado y lo convirtió en un lugar donde desearás ser "de la casa".

**Latin Flava Cafe**
1677 Main Street, Springfield
Esquina con Lyman, alfrente del Hippodrome.



JOHN P. FRANGIE, M.D.

NO BLADE LASIK

1-866-SEE-NELC
www.northeastlaser.net

NorthEast Laser Center

LADARVision CustomCornea with INTRALASE

ADVOCATE BEST OF SPRINGFIELD READERS POLL 2003

THE ESSENTIAL COMPONENT OF BETTER VISION

ADVOCATE BEST OF SPRINGFIELD READERS POLL 2004

For Details Call 413-781-6352



(Comcast.

¿A VECES NO TIENES LA SENSACION DE QUE NO HAY NADA PARA VER EN ESPAÑOL?

Canales Selecto con sólo $19.95 más por mes a cable básico.

¡La instalación es GRATIS!

Llama hoy al 1-888-702-7012

Comienza a disfrutar hoy de un paquete muy, pero muy bueno para los que hablamos español.
• CineLatino • CNN en Español • Discovery en Español • Fox Sports en Español • TVE Internacional • MTV en Español • Toon Disney (SAP) • The History Channel en Español
• Cine Mexicano • Casa Club TV • Supercanal Caribe • Y muchos más

● HBO ON DEMAND
Programación original, películas, series y espectáculos de la más alta calidad en la historia de la TV por cable.
• Hasta 12 canales HBO con lo mejor de lo mejor
• La magnífica programación de HBO Latino
• El exclusivo contenido de HBO ON DEMAND sin costo adicional. Con más de 100 horas de series como: The Sopranos, Sex & the City y mucho más.

● TV de Alta Definición disponible
Todo el realismo de la más avanzada tecnología para disfrutar del mejor entretenimiento con una imagen pura y perfecta hasta en el mínimo detalle.

● Caja digital
Con varias funciones, como guía de programación en pantalla y Bloqueo de programación para controlar lo que ven los niños.

● ON DEMAND en español gratis
Te permite empezar a ver programas del archivo de Comcast en el momento que quieras: películas, shows, deportes y lo más variado del entretenimiento. Pudiendo parar, avanzar y retroceder a voluntad. Un servicio no disponible en el sistema satelital. ¡Comcast lo tiene!

4 • **El Diálogo** • March 15, 2005

# Events: Citizens fight Social Security privatization

If you want to find out the latest about Social Security privatization, and how to join in the fight to defeat it, on Friday, March 18, a group of citizens will celebrate a **Social Security Summit** at Great Hall, State House, Boston. The rally will feature Peter Diamond, MIT Economics Prof.; Congressman John Tierney; Activist Panel

from AARP-Massachusetts, Mass Senior Action Council, OWL-The Voice of Midlife and Older Women, and others. Event runs 9:30-11:30 am, with registration and coffee at 9 am. WMass bus - $5 for bus and lunch - leaves Springfield/Chicopee (Plantation Inn) 7 am; Palmer (Big Y Plaza) 7:20 am. For more information, contact

Linda Stone, 413-533-9235, lstone@wmeldercare.org.

**Social Security Summit**
**March 18, 9 -11 am, free**
**Great Hall, State House**
**Boston 413-533-9235**

**Against sweatshop labor abuse**

Folk singers and musical storytellers Charlie King and Karen Brandow team up with

storyteller Bob Ross, author of the recently published "Slaves to Fashion: poverty and abuse in the new sweatshops" to bring us "The story of the fight against sweatshop labor in history and song."

The event takes place on Saturday, March 19 at 8 pm at the new cabaret-style seating of the Pioneer Arts Center of Easthampton (P.A.C.E.; 41 Union St., Easthampton). Tickets are $12 at the door and there is a $2 discount for ordering ahead by phone or online through www.pioneer-

arts.org. Call Sonia Fried Oppenheim, 413-527-3700 or email pace@pioneerarts.org

**The story of the fight against sweatshop labor in history and song**
**March 19, 8 pm, $12**
**P.A.C.E.; 41 Union St.**
**Easthampton 413-527-3700**

**Sprintime egghunt!**

For those looking for lighter activities, the Holyoke Parks & Recreation treats Holyoke youngsters under the age of 12 to a *Continued on page 6*

Continued on page 6

# Eventos: Ciudadanos luchan contra privatización del Seguro Social

Si deseas descubrir lo último sobre la privatización del Seguro Social y cómo dar lucha para derrotarla, el viernes, 18 de marzo, un grupo de ciudadanos celebrará la **Cumbre del Seguro Social** en Great Hall, State House, Boston. La reunión tendrá como invitados a Peter Diamond, profesor de economía en MIT; Congresista John Tierney; el Panel de activistas de AARP-Massachusetts, el Mass Senior Action Council, OWL-The Voice of Midlife and Older Women, y otros. El evento tomará lugar de 9:30-11:30 am, con registración y café a las 9 am. Un autobús de WMass - $5 para

autobús y almuerzo - sale de Springfield / Chicopee (Plantation Inn) a las 7 am; Palmer (Big Y Plaza) a las 7:20 am. Para más información, llama a Linda Stone, 413-533-9235, o envía correo a lstone@wmeldercare.org

**Cumbre del Seguro Social**
**18 de marzo,**
**9:30-11:30 am, gratis**
**Great Hall, State House**
**Boston 413-533-9235**

**Contra el abuso en las fábricas**

Los cantantes de música folclórica americana y cuentistas Charlie King y Karen Brandow se unen con el cuentista Bob Ross, autor del recién publica-

do "Esclavos a la moda: pobreza y abuso en las nuevas fábricas" para traernos "el relato de la lucha en contra del abuso en las fábricas en historia y canción".

El evento ocurre el sábado, 19 de marzo a las 8 pm en el nuevo sitio del Pioneer Arts Center of Easthampton al estilo cabaret (41 Union St., Easthampton). Los boletos son $12 en la puerta y hay descuentos de $2 para ordenar por Internet o por teléfono. Llama a Sonia Fried Oppenheim, 413-527-3700 o envía correo a pace@pioneerarts.org

**El relato de la lucha en contra**

**del abuso en las fábricas en historia y canción**
**19 de marzo, 8 pm, $12**
**P.A.C.E.; 41 Union St.**
**Easthampton**
**413-527-3700**

**¡Cacería de huevos de pascua!**

Para aquellos que buscan actividades más livianas, el Holyoke Parks & Recreation invita a todos los niños menores de 12 años a una mañana de búsqueda de huevos, paseos en potros (si lo permite el clima), pinturas para la cara, juegos, y artes en el Holyoke Heritage State Park. Bolsitas con regalos serán distribuidas a todos los niños y premios especiales adi-

cionales serán concedidos a los cazadores de huevos de pascua que recojan los huevos especialmente marcados. El Conejito de Pascua compartirá con los niños y estará disponible para fotos. Además se ofrecerán vueltas en el carrusel por $1. Toda la diversión y festividades ocurrirán el sábado, 26 de marzo, de 9 a 11 am. Esta celebración de primavera está abierta a todos los residentes, y es gratis. ¡Llueva o nieve se prenderá la fiesta!

**Cacería de huevos de pascua**
**26 de marzo, 9 - 11 am, gratis**
**Holyoke Heritage State Park**
**413-322-5620**

# Education: Celebrating 25 years of women in transition programs

HOLYOKE, MA - While there has been progress over the past 25 years, women still face many barriers to higher education. Many continue to juggle work, school, and family responsibilities, often under very stressful conditions. Through New Directions (ND), HCC's program for adult women, HCC continues to assist adult women in making a successful transition to college.

On March 8th, International Women's Day, HCC commemorated 25 years of service to non-traditional students with a free open house reception and celebration.

The program included remarks by HCC President Bill Messner and honored current and past students, including more than 20 HCC employees who began their careers at HCC through ND.

Non-traditional students at HCC have created a unique and inspiring legacy for women aspiring to higher education.

Launched in 1979 as Women in Business, the program provided support and special classes at HCC for what Anne Potter, professor of business at HCC, called, "a bunch of brave women." Renamed Women in Transition in 1984, the program expanded to allow students to choose any major at HCC.

With the addition of programs for displaced and unemployed workers (both male and female) in the 1990s, the name of the program was changed to New Directions/New Careers. Now known simply as New Directions, the program continues to support the many adult women who enroll at HCC each year.

# Educación: Celebrando 25 años de mujeres en transición

HOLYOKE, MA - Si bien es cierto que ha habido progreso durante los pasados 25 años, las mujeres todavía enfrentan muchas barreras para lograr una educación más avanzada. Muchas hacen juegos malabares para balancear trabajo, escuela, y responsabilidades de la familia, a menudo bajo condiciones muy agotadoras. Gracias a Nuevas Direcciones (ND, por sus siglas en inglés), el programa de HCC para mujeres adultas, HCC continúa asistiendo a mujeres adultas en lograr una transición acertada a la universidad.

El pasado 8 de marzo, el Día Internacional de la Mujer, HCC conmemoró 25 años de servicio a los estudiantes no tradicionales con una recepción de casa abierta y una celebración abierta al público.

El programa incluyó una intervención del Presidente Bill Messner y se rindió honor a ex-alumnos, incluyendo a más de 20 empleados de HCC que comen-

zaron sus carreras en HCC con ND.

Los estudiantes no tradicionales en HCC han creado una herencia única e inspirante para las mujeres que aspiraban a una educación avanzada. Lanzado en 1979 como Mujeres en Negocios, el programa proporcionó ayuda y clases especiales para quienes Anne Potter, profesora de negocios en HCC, llamó, "un grupo de mujeres valientes".

En 1984, el nombre del programa se cambió a Mujeres en Transición y se le permitió a las estudiantes elegir cualquier concentración académica en HCC. Con la adición de los programas para los trabajadores desplazados y desempleados (hombres y mujeres) en los años 90, el nombre del programa fue cambiado a Nuevas Direcciones/Nuevas Carreras. Ahora conocido simplemente como Nuevas Direcciones, el programa continúa apoyando a las muchas mujeres que se matriculan en HCC cada año.

COVER • PORTADA

March 15, 2005 • El Diálogo • 5

# Champions

**Ana Morales and Lillian Santiago-Bauzá**

Thanks to the struggles of those women who fought for equality in the past, modern society is more fair today. What no one knew was that with the feminine liberation, women now have to work twice as hard.

They not only have the option of going out to work; they *have* to do it. Today more than ever, many women are both head of households and breadwinners. And when they arrive from work, another job awaits: cleaning the house and taking care of their husbands and children. The problem: men were never educated on how to deal with a "liberated woman."

Researchers of this subject theorize that the increase in domestic violence cases results from men who do not know what to do about the liberation. Something similar to what happened to the slaves who tried to free themselves of their master.

Most women nowadays don't have enough control of their lives. Few can stand up and handle the consequences of their liberation.

A concerning fact is that, little by little, the correlation between power, control and health becomes more evident. These studies suggest that, among women, the greater power and control, the greater their health.

Among risk factors, according to the Women's Health Center of Puerto Rico, are poverty, low hierarchy, psycho-physical demands, stress, lack of political power, lack of social support, and lack of resources.

But perhaps the most difficult barrier is the set of beliefs that have been drilled on women for centuries. Over 90% of the time women do what they think they must do and only 10% of the time they do what they want to do.

This edition of El Diálogo is dedicated to women, specially to 6 champions who stand out for doing what they wish. The motivation to pursue their dreams came from within. In addition, they are lucky of having pleasant experiences and networks of support; of feeling optimism and gratitude, all factors that empower and promote mental health.

**Learn more about them!**

# Campeonas

**Ana Morales y Lillian Santiago-Bauzá**

Gracias a muchas que en el pasado lucharon, es que hoy las mujeres pueden disfrutar de equidad dentro de la sociedad. Lo que no sabíamos es que con la liberación femenina, ahora la mujer trabaja doble.

No sólo tiene la opción de salir a la calle y trabajar, sino que tiene que hacerlo. Hoy más que nunca, son muchas las mujeres que son jefas de hogar. Y cuando llega de su trabajo, le espera otro trabajo: el de limpiar la casa y atender al marido y a los hijos. Es que a los hombres nunca se les educó sobre cómo lidiar con una "mujer liberada".

Incluso, investigadores de asuntos de la mujer teorizan que la violencia doméstica resulta de hombres que no saben qué hacer con la liberación. Algo así como lo que le pasaba a los esclavos que intentaban liberarse de su amo.

Muchas mujeres en nuestra sociedad moderna están fuera de control. Les falta poder para levantarse y manejar las consecuencias de su liberación. Lo preocupante del caso es que poco a poco la correlación entre poder, control y salud se hace más evidente. Estos estudios sugieren que en las mujeres, a mayor poder y control, mayor salud.

Entre los factores de riesgo, según el Centro Salud y Mujer de Puerto Rico, se encuentran la pobreza, poca jerarquía, demandas sico-físicas, estrés, falta de poder político, falta de apoyo social, y falta de recursos.

La barrera más difícil es el conjunto de creencias que se le ha impuesto a la mujer. El 90% del tiempo la mujer hace lo que cree que tiene que hacer y sólo un 10% del tiempo hace lo que quiere hacer.

Esta edición de El Diálogo la dedicamos a la mujer, especialmente a 6 campeonas que se han destacado por su valor a hacer lo que desean. La motivación para lograr su sueño fue propia. Además cuentan con la suerte de tener experiencias agradables, optimismo, redes de apoyo y gratitud, factores que apoderan y promueven la salud mental.

**¡Conócelas!**



**Blanca Reyes, Ph.D.**

---

**Blanca Reyes, Ph.D.**
**Age:** 51
**Enjoys:** Combining her education, experience and childhood upbringing to ensure that socially deprived students have an opportunity to discover their strengths and self-worth.

**Job:** Principal, Holyoke Community Charter School
**Skillset:** Educational leader and a behaviorist who designed a program to address behavior and life outlook issues. Developed the test LA TAZA (English and Spanish) to measure self-worth.

---

**Support network:** Family of 5 sisters, 4 brothers and a strong minded mother with a fourth grade education and great determination.
**Dreams:** Establishing a consulting business and seeing more Latinas and Latinos following their own paths to success.
**Says:** "Choose a career that motivates you to get up in the morning. If you are good at what you like, money will follow."

---

**Blanca Reyes, Ph.D.**
**Edad:** 51
**Disfruta:** Combinar su educación, experiencia y crianza para asegurar que los estudiantes con desventajas sociales tengan la oportunidad de descubrir sus fortalezas y autovalía.
**Trabajo:** Principal, Holyoke Community Charter School
**Destrezas:** Líder en la educación y analista de comportamiento que diseñó un programa para atender asuntos de comportamiento y proyecciones de vida.
**Red de apoyo:** Familia de 5 hermanas, 4 hermanos y una madre con fuerza mental, una educación de 4to grado y mucha determinación.
**Sueña con:** Establecer su negocio de consultoría y ver más latinas y latinos seguir su camino al éxito.
**Dice:** "Busca una carrera que te motive a levantarte en la mañana. Si eres bueno en lo que te gusta, el dinero vendrá".



**Reina Lorenzi**

---

**Reina Lorenzi**
**Age:** 24
**Enjoys:** Fast paced environments, dealing with different people everyday, learning about the educational system, sharing constructive criticism.
**Job:** Administrative Assistant, Holyoke Community Charter School
**Skillset:** Multi-tasker, computer literate, English and Spanish proficient, customer service and office savvy.
**Support network:** Sister stands out for setting up an interview with School Principal Dr. Reyes.
**Dreams:** Getting an executive position at current job or opening a financial services business.
**Says:** "Never give up on your dreams; they do come true. It takes time and hard work but it is possible to do everything your heart desires."

---

**Reina Lorenzi**
**Edad:** 24
**Disfruta:** Ambientes dinámicos de rápido cambio, lidiar con diferentes personas diariamente, aprender sobre el sistema de educación, compartir crítica constructiva.
**Trabajo:** Asistente Administrativa, Holyoke Community Charter School
**Destrezas:** Combinación y ejecución de tareas, literacia en computadoras, proficiencia en inglés y español, servicio al cliente y destrezas de oficina.
**Red de apoyo:** Se destaca su hermana por haber coordinado entrevista con la Principal Dra. Reyes para su trabajo actual.
**Sueña con:** Obtener una posición ejecutiva en el trabajo actual o abrir un negocio de servicios financieros.
**Dice:** "Nunca te rindas en

6 • **El Diálogo** • March 15, 2005

## Champions • Campeonas

perseguir tus sueños; ellos se hacen realidad. Toma tiempo y trabajo pero es posible hacer lo que el corazón desea".



**Ada Iris Rodriguez Fdez** (Izquierda/Left)
**Jacqueline Fernández** (Derecha/Right)

**Ada Iris Rodriguez Fernández**
**Age:** 32
**Enjoys:** Working at Fernandez Restaurant in Holyoke, her family's restaurant.
**Job:** Fernandez Restaurant
**Skillset:** Restaurant management experience, currently majoring in psychology at Holyoke Community College.
**Support network:** Family
**Dreams:** About finishing her degree and becoming a psychologist.
**Says:** "Concentrate on your future; get and education."

**Ada Iris Rodriguez Fernández**
**Edad:** 32
**Disfruta:** Trabajar en Fernández Restaurant, el restaurante de la familia.
**Trabajo:** Fernandez Restaurant
**Destrezas:** Experiencia en manejo de restaurantes, actualmente estudiando sicología en Holyoke Community College.
**Red de apoyo:** La familia.
**Sueña con:** Completar su bachillerato y convertirse en sicóloga.
**Dice:** "Concéntrate en tu futuro; edúcate".

**Jacqueline Fernández**
**Age:** 28
**Enjoys:** Going to school and together with sister Ada Iris, working at Fernandez Restaurant in Holyoke, her family's restaurant.
**Job:** Fernandez Restaurant
**Skillset:** Restaurant management experience, currently working towards Medical Assistant degree at Holyoke Community College.
**Support network:** Family and son Kenny.
**Dreams:** About finishing her degree.
**Says:** "Don't fall into the stereotypes; never underestimate your potential to excel."

**Jacqueline Fernandez**
**Edad:** 28
**Disfruta:** Trabajar en Fernández Restaurant, el restaurante de la familia.
**Destrezas:** Experiencia en manejo de restaurantes, actualmente estudiando para convertirse en asistente clínica en Holyoke Community College.
**Red de apoyo:** La familia y su hijo Kenny.
**Sueña con:** Completar sus estudios.
**Dice:** "No seas como al estereotipo; no subestimes tu potencial para triunfar".



**Xenia Rosado-Merced**

**Xenia Margarita Rosado-Merced**
**Age:** 54
**Enjoys:** Being creative while helping others.
**Job:** Department Manager, Holyoke Medical Center
**Skillset:** Licensed Social Worker by profession with a Masters Degree in Education and Business Management from Cambridge College. Designed "Transcultural Health Care: Community IN-Out Reach Model," a community-based model for patient accessibility.
**Support network:** A number of people, including hus-

**Denise Salgado**

**Denise Salgado**
**Age:** 29
**Enjoys:** Empowering the community and making a change on youth lives.
**Job:** Director, Teen Resource Project.
**Skillset:** Professional community organizer and youth development specialist.
**Dreams:** Becoming executive director of a non-for-profit organization.

band Sylvester Merced.
**Dreams:** About fishing in Florida, enjoying the warm weather and feeling sorry for all the people freezing in New England.
**Says:** "Failure is not an option."

**Xenia Margarita Rosado-Merced**
**Edad:** 54
**Disfruta:** Ser creativa mientras ayuda a los demás.
**Trabajo:** Gerente de Departamento, Holyoke Medical Center
**Destrezas:** Trabajadora social con licencia con Maestría de Cambridge College en Educación y Gerencia.
**Red de apoyo:** Mucha gente, incluyendo a su esposo Sylvester Merced.
**Sueña con:** Pescar en Florida, disfrutar el clima caliente y sentirse mal por toda la gente que se congela del frío en Nueva Inglaterra.
**Dice:** "El fracaso no es una opción".

**Says:** "Hold on to your dreams, work hard...eventually you would get there."

**Denise Salgado**
**Edad:** 29
**Disfruta:** Ayudar a desarrollar poder a la comunidad y hacer cambios en la vida de los jóvenes.
**Trabajo:** Directora, Teen Resource Project.
**Destrezas:** Organizadora comunitaria profesional y especialista en desarrollo de la juventud.
**Red de apoyo:** Su familia de 4. Su madre Maria Berrios es su fuente de orgullo.
**Sueña con:** Convertirse en directora ejecutiva de una organización sin fines de lucro.
**Dice:** "Mantén tus sueños, trabaja duro...eventualmente lo lograrás".

## Events: Citizens

*From page 4*
morning of egg hunts, live pony rides (weather permitting), face painting, games, and crafts at the Holyoke Heritage State Park. Gift bags will be distributed to all of the children and extra special prizes will be awarded to egg hunters who col-

lect the specially marked eggs. The Easter Bunny will be mingling with children and will be available for photos. An added treat for the family will be a spin on the Merry-Go-Round for $1. All the fun and festivities will take place on Saturday, March 26th, from 9 am to 11

am. This Spring celebration is open to all residents, at no charge. Rain or snow the party is on!

**Springtime Egghunt**
**March 26, 9 - 11 am, the Holyoke Heritage State Park Complex 413-322-5620**


**El Diálogo** CLASSIFIEDS

Offering the following new sections:
**Real Estate, Job Search and General Sales**
Call now to place your ad 413.536.5560

ORGULLO NUESTRO • OUR PRIDE

March 15, 2005 • El Diálogo • 7

# Police officer inspires youth to excell

**Gustavo Acosta**

This may sound very familiar: Do good for someone and that person will do the same for someone else. That is the motivation for Edwin Sustache, a Westfield-born and Holyoke-raised Puerto Rican who coaches the Trailblazers, a basketball team for at-risk youth from Holyoke and Springfield.

With his parents from Humacao, Puerto Rico, "Piraña", as his friends call him, grew up in the Churchill neighborhood, and as many other young men growing up poor with no job opportunities, he says he "got in the very same kinds of trouble our kids get in today." Edwin has been volunteering as a coach for 15 years and every time he makes a connection with a young man from the neighborhood he remembers that sports saved him from trouble.

His goal with coaching basketball teams is "to get kids off the street and steer them to college."

And that's exactly what Edwin did. He is a Holyoke Police Officer after graduating from Westfield State College in 1996. His path: Morgan Elementary, Peck Middle School, Holyoke High, Holyoke Community College, four years as a group-home counselor in mental health agencies, four years as a Correction Officer in Connecticut, and then passing the test for police officer. His formula: pride about his heritage and *"mancha de plátano"* (plantain stain; an expression referring to all characteristics of native Puerto Ricans), as he puts it.

His philosophy: Inspire kids to do the same he does for them and his coach did for him.

Edwin reflects on his commitment to Holyoke by saying, "it's home; where my people live. I see myself in the Latino kids."



**Edwin "Piraña" Sustache wants to get kids off the street and steer them to college. (Photo: Lillian Santiago)**

**Edwin "Piraña" Sustache quiere mantener a los jóvenes alejados de los problemas callejeros y orientarlos hacia el colegio y la universidad. (Foto: Lillian Santiago)**

Latinos are growing fast in Holyoke, most of them are young, and for Edwin, we have to prepare ourselves with the attitude of always aiming higher. "It is a constant struggle," he says.

Support the Trailblazers (send donations to Springfield Trailblazers, 27 Hyde Street, Springfield, MA 01107. Call 413-250-5519); they are our kids. Do something good for someone else. That's Edwin's call!

# Policía motiva a jóvenes a tener éxito

**Gustavo Acosta**

Esto les parecerá conocido: Haz bien a alguien y otro hará lo mismo por alguien más. Así piensa y actúa Edwin Sustache, un puertorriqueño nacido en Wesfield de padres de Humacao, P.R. y criado en Holyoke. Ahora es el entrenador de los Trailblazers, un equipo de baloncesto para jóvenes de Holyoke y Springfield.

Piraña, como le conocen sus amigos, nos cuenta que creció en Churchill, Holyoke con las mismas limitaciones de pobreza y desempleo que enfrentan los jóvenes de hoy. Y como ellos, nos dice Edwin que se metió "en el mismo tipo de líos".

Edwin ha estado dirigiendo equipos de baloncesto como voluntario por 15 años, y cada vez que logra conectarse con un jóven del vecindario, Edwin recuerda que el deporte lo mantuvo alejado de problemas. Su meta es mantener a los jóvenes alejados de los problemas callejeros y orientarlos hacia el colegio y la universidad.

Edwin es un oficial de policía de Holyoke que se graduó de Wesfield State College en 1996. Su recorrido: la Escuela Morgan, La Peck Middle School, la Holyoke High, el Holyoke Community College, cuatro años como consejero residente en agencias de salud mental, cuatro años como guardia carcelario en Connecticut, y luego pasó la prueba para ingresar al cuerpo de policías.

Su fórmula para el éxito: orgullo de su herencia Latina y de su "mancha de plátano", nos dice. Su filosofía: Inspirar a los jóvenes a hacer por otros lo que él hace por ellos, y a la vez lo que su entrenador hizo por él. Edwin reconoce su compromiso con Holyoke cuando nos dice que "[Holyoke] es mi casa, donce vive mi gente. Yo me veo a mi mismo en los jóvenes latinos".

La comunidad latina está creciendo rápidamente en Holyoke, y la mayoría son jóvenes. Es por eso que Edwin dice que tenemos que prepararnos con la actitud de querer llegar cada vez más alto. "Es una lucha constante", dice.

Bríndale tu apoyo a los Trailblazers (envía donaciones a Springfield Trailblazers, 27 Hyde Street, Springfield, MA 01107 o llama al 413-250-5519). Ellos son nuestros muchachos. Siempre es bueno hacer algo bueno para alguien más - *right true!*

# Conference focuses on Viequense women

Celebrating International Women's Week, three woman speakers from community organizations in Vieques, Puerto Rico, spoke for the Western Massachusetts community on March 9th in the first series of the New England Demilitarization, Environmental and Economic Conference: The Case Study of Vieques, Puerto Rico. The first series were presented at El Mercado and at Mount Holyoke College.

This first conference series ("Why Viequense Women Keep on Fighting") addressed women's role in the massive social movement and civil disobedience campaign that forced the U.S. Navy to abandon on May 2003 its 60-year base in Vieques. It also addressed

women's participation in the current problems largely left behind by the U.S. Navy such as severe soil, air and water contamination which can cause a health crisis.

After having fought for their island, Viequenses are still in danger of losing their island but this time to displacement due to a boom in speculation and housing costs. Viequenses are still struggling for decontamination, return of lands and greater community control over sustainable economic development.

The Demilitarization, Environmental and Economic Conference: The Case Study of Vieques, Puerto Rico Conference consists of four
Continued on page 8

# Conferencia se enfoca en mujeres viequenses

Celebrando la Semana Internacional de la Mujer, tres conferenciantes de organizaciones comunitarias en Vieques, Puerto Rico, hablaron a la comunidad Occidental de Massachusetts el 9 de marzo en la primera serie de la conferencia Ambiental, Económica y de Desmilitarización de Nueva Inglaterra: El Estudio del Caso de Vieques. Puerto Rico.

Esta primera serie de la conferencia "Por qué las Mujeres de Vieques Siguen Luchando" discutió el papel de las mujeres en el movimiento social masivo y la campaña de desobediencia civil que forzó a la Marina de guerra de E.U. a abandonar en mayo de 2003 su base en Vieques.

También discutió la participación de las mujeres en los problemas actuales dejados detrás por la Marina de guerra de E.U., tales como contaminación severa del suelo, del aire y del agua.



**Viequense women have played an important role in the fight against the U.S. Navy in the island. In the photo, Anti-U.S. Navy protestors break through a fence and rush onto the U.S. Naval Station Camp García in Vieques.**

**Las mujeres viequenses han jugado un rol importante en la lucha contra la Marina de los E.U. en la isla. En la foto, ciudadanos en protesta rompen el cerco y entran a la Base Naval del Campamento García en Vieques, P.R. (Foto: AP)  (Photo: AP)**

# Sunrise Avocado Quiche

(HPRW) - Avocados offer the perfect ingredient to add extra flavor to your day. With this in mind, the Hass Avocado Board has developed the Sunrise Avocado Quiche, which can easily and conveniently be cooking in the oven while the kids are outside hunting for Easter eggs.

The Sunrise Avocado Quiche features the creamy texture of avocados melded with eggs, potatoes and onions, perfectly baked to create a dish of avocado-delight.

**Sunrise Avocado Quiche**
**6-8 servings**

**Ingredients**
2 tablespoon butter
1 large potato, peeled, cut in small chunks
1 large shallot, finely chopped
6 large eggs
1 teaspoon salt
1/2 teaspoon white pepper
1 teaspoon dried oregano

1 cup grated Cheddar-Jack cheese
2 ripe Hass avocados, peeled, seeded, cubed



The Sunrise Hass Avocado Quiche is a delicious way to start the day. (Photo: HPRW)



El Quiche Amanecero de Aguacate es perfecto para la Pascua y otras celebraciones de primavera. (foto: HPRW)

**Preparation**
Preheat oven to 325 degrees, and generously coat a 9-inch round ceramic or glass baking dish with cooking spray.

Over medium heat, melt butter in medium skillet. Cook potato chunks, stirring frequently, for about 3 minutes. Add chopped shallot to pan and continue to cook mixture for another 2 min-

utes. Remove from heat. In large bowl, whisk eggs with seasonings and cheese. Gently stir in cooked potato with shallot, and avocado cubes. Transfer mixture to prepared baking dish.

Bake for 35 minutes, until firm and lightly browned on top and edges. Let cool for at least 5 minutes before slicing into wedges to serve.

**More avocado recipes:**
**www.avocadocentral.com**

# Quiche de aguacate

(HPRW) - Los aguacates ofrecen el ingrediente perfecto para darle sabor adicional a tu día. Teniendo esto en cuenta, el Consejo de Aguacates Hass (Hass Avocado Board) ha creado el Quiche Amanecero de Aguacate, que convenientemente se puede cocinar en el horno mientras los niños están afuera buscando huevos de Pascua.

El Quiche Amanecero de Aguacate ofrece la textura cremosa de los aguacates, combinada con huevos, papas y cebollas, horneados perfectamente para crear un plato con aguacates que deleita.

**Quiche Amanecero de Aguacate**
**6 a 8 porciones**

**Ingredientes**
2 cucharadas de mantequilla
1 papa grande, pelada y cortada en trozos pequeños
1 cebolla finamente picada
6 huevos grandes
1 cucharadas de sal
1/2 cucharada de pimienta blanca
1 cucharada de orégano seco
1 taza de queso Cheddar-Jack

rallado
2 aguacates maduros, sin semilla y cortados en cubitos

**Preparación**
Calienta el horno a 325 grados y cubre con aerosol para cocinar una fuente redonda de cerámica o de vidrio para hornear de 9 pulgadas de diámetro.

A fuego medio, derrite la mantequilla en una sartén mediana. Coce los pedazos de papa, revolviéndolos frecuentemente, durante aproximadamente 3 minutos. Añade la cebolla cortada en pedazos a la sartén y continúa cocinando la mezcla 2 minutos adicionales. Retírala del fuego. En una vasija grande, bate los huevos con los condimentos y el queso. Mézclalos suavemente con la papa cocida con la cebolla y los cubos de aguacate. Pasa la mezcla a la fuente preparada.

Pónla al horno 35 minutos, hasta que esté firme y ligeramente dorado encima y en los bordes. Déjalo enfriar por lo menos 5 minutos antes de cortarlo en triángulos para servir.

**Más recetas con aguacate:**
**www.avocadocentral.com**

## Conference ▬

*From page 7*

series that will take place in colleges and local communities mainly throughout Connecticut, Massachusetts and New York. Each series addresses the role of one

social group in the past and present struggle in Vieques.

The conference series is sponsored by the Voz Latina Media Project, the Committee for the Rescue and Development of Vieques and the Vieques Women's Alliance.



These Marine Corps amphibious vehicles rolled onto the beach on Vieques as part of training that moved to Eglin Air Force Base, Florida. (Photo: AP)

Estos vehículos anfibios de los Marine Corps entraron a las playas de Vieques como parte de un entrenamiento que ahora se hace en el Eglin Air Force Base, Florida. (Foto: AP)

# El Horóscopo de Doña Ana (Fuente/Source: AP)

**ARIES**
Share some of your more creative ideas with someone who can take them one step further, in a practical way.

**ARIES**
Comparte tus ideas más creativas con alguien que pueda llevarlas un paso adelante, de manera práctica.

**TAURUS**
All you want this week is peace and quiet, but it seems like everyone needs to speak or be with you. Find time to sneak off on your own.

**TAURO**
Lo único que quieres esta semana es paz y silencio, pero parece que todos quieren hablar contigo. Busca la oportunidad para escabullirte.

**GEMINI**
This time you may find it eas-

ier to sort out old misunderstandings. Don't take any risks with your money right now; you may regret it.

**GEMINIS**
Ahora será más fácil resolver malentendidos. No tomes riesgos con tu dinero ahora; te arrepentirás.

**CANCER**
With your delightful charm you may get just what you need.

**CANCER**
Con tu agradable carisma, obtendrás lo que necesitas.

**LEO**
Even though you try your best to please everyone, you won't be very successful. Maybe you should try to please yourself.

**LEO**
Aunque trates de complacer a todos, no tendrás éxito. Qui-

zás debas intentar complacerte a ti mismo.

**VIRGO**
The people you care about are very receptive to your ideas right now. That's the kind of support you really need.

**VIRGO**
La gente que te importa están receptivos a tus ideas ahora mismo. Ese es el tipo de apoyo que realmente necesitas.

**LIBRA**
Once harmony is restored, turn your attentions to making plans with a few good friends.

**LIBRA**
Cuando la armonía regrese, enfoca tus atenciones a hacer planes con unos cuantos amigos.

**SCORPIO**
Hopefully something that has been bothering you for the last

several months is now gone for good.

**ESCORPIO**
Con suerte eso que te ha estado molestando por los pasados meses desaparece para siempre.

**SAGITTARIUS**
A friend of yours has a serious problem and is relying on your help to come up with a solution, so think fast.

**SAGITARIO**
Un amigo tiene un problema serio y depende de tu ayuda para una solución. así que piensa rápido.

**CAPRICORN**
It's time to take a serious look at the romance in your life - and ask yourself if your expectations are realistic.

**CAPRICORNIO**
Es hora de que des un vistazo muy serio al romance en tu

vida - y que te preguntes si tus espectativas son reales.

**AQUARIUS**
Your strong ego may get you in hot water with a mate, and those old feelings of whether you've made the right choice or not are going to surface again.

**ACUARIO**
Tu fuerte ego te llevará a aguas calientes con tu pareja, y esos viejos sentimientos sobre si hiciste una buena elección saldrán otra vez.

**PISCES**
If you feel that your friends have been difficult to deal with lately, perhaps you should take a good look at yourself.

**PISCIS**
Si sientes que tus amigos son más difíciles de un tiempo para acá, quizás debas mirarte a ti mismo.

ARTE Y ENTRETENIMIENTO • ARTS & ENTERTAINMENT

March 15, 2005 • **El Diálogo** • 9

# El Diálogo

## P I C K S

### TV • TELEVISION



**George Lopez.** The hit family comedy *con mucho pique* starring popular standup comedian George Lopez, Tuesdays (8:30-9:00 pm, ABC) presents a guy who has made lemonade from lemons at every turn.

**George Lopez.** Este éxito de comedia familiar con mucho pique protagonizado por el popular comediante George Lopez sigue dando de qué hablar. Todos los martes (8:30-9 pm, ABC) vemos como George hace limonada de los limones que le caen del cielo.

### ONLINE

With www.casasnuevasaqui.com you will find new homes for sale, house blueprints and contractors throughout the U.S. You will also learn from how to protect your investment to how to choose the right color for your home.

En www.casasnuevasaqui.com encontrarás casas nuevas a la venta, planos de casas y constructores de viviendas a través de todos los E.U. Además aprenderás desde cómo proteger tu inversión hasta cómo elegir el color apropiado para tu hogar.

### MUSIC • MUSICA



**Lola's Rebirth.** After fawning over former fiance Ben Affleck on 2002's "This is Me ...Then," Jennifer Lopez wisely keeps her love life out of the spotlight on her aptly titled fourth disc, "Rebirth."

**Renacimiento de Lola.** Después de mostrar su locura por su ex-prometido Ben Affleck en "This is Me...Then" (2002), Jennifer Lopez mantiene su vida amorosa fuera de las cámaras en el bien titulado 4to CD, "Rebirth" (Renacimiento).

### BOOKS • LIBROS

**The Da Vinci Code.** A word-of-mouth sensation from the moment it came out, the controversial book remains high on best-seller lists even as it begins its third year since publication.

**El Código de Da Vinci.** Desde su publicación, este libro pasó de boca en boca hasta convertirse en una sensación. Hoy sigue en las listas de best seller y ya va para su tercer año desde su lanzamiento.

### FILMS • PELICULAS



**Rum and Coke.** A romantic comedy that takes place in the Cuban community in New York, this film is a wry look at a businesswoman's struggle to avoid falling in love. It also examines her juggling act between Cuban and American cultures. Available on video.

**Rum and Coke.** Una comedia romántica que toma lugar en la comunidad cubana de Nueva York, este filme es una mirada cínica a la lucha de una mujer de negocios para evitar enamorarse. También examina su acto de malabarismo con su cultura cubana y americana. En video.

# New WORLD Theater



## In What Language?

### A Song Cycle of Lives in Transit:
**Vijay Iyer/Mike Ladd**

### March 24, 2005

8 pm, FAC Concert Hall
Co-presented with Magic Triangle Series

*A new age, spoken word, hip hop jazz fusion performance depicting the interior monologues of various travelers and laborers of color confronting the hyper-globalized setting of an international airport. In What Language? was created in response to an international incident involving Iranian filmmaker Jafar Panahi, who was shackled to a bench, detained for 10 hours during a routine layover at New York's JFK Airport and later deported to Hong Kong in handcuffs.*



### Project 2050 Showcase & Fundraiser*

*A dazzling showcase by our Project 2050 youth, addressing environmental injustice and global and personal survival.*

April 7, 2005 • 7 pm, Bowker Auditorium

*Note new time. Call NWT for details about our special fundraiser event!

TICKETS ARE: $ 15-general public;
$ 8-seniors/low income patrons;
$5-students. Call the FAC Box Office
545-2511. For info about the shows, call
NWT at 413.545.1972


**Ford Foundation**

www.newworldtheater.org

---



*THE FUSION OF TWO CULTURES*
*in a unique event...*

**El Diálogo** & **Advocate**
*Present*

## ISLANDS TOGETHER
### IRISH & SALSA

Live music & more...

March 17th • 6:30 pm
Open Square Café

**Donation: $5**

for more information visit: www.eldialogo.com

| Sponsors | | Sponsors |
| --- | --- | --- |
| GOLD SPONSOR | SILVER SPONSOR | OTHER SPONSORS |
| HOLYOKE COMMUNITY COLLEGE | Cambridge College | |

## Combo Sabroso is here to stay

Combo sabroso ("tasty combo"), the band that plays the salsa part of El Diálogo's Irish and Salsa event this Thursday, March 17, has played to packed houses and nearly at every festival, club, fundraiser and good friend's wedding.

Combo Sabroso is soul cleaning, Latin dance music. Their repertoire includes compositions that range in style from cha cha to danzon, from bolero to salsa, from Latin jazz to plena.

The band features 5 members: From Costa Rica, Manolo Miarena, from Venezuela, Omar Ledezema, and from Ecuador, bassist and singer Alex Alvear. On horns, Combo Sabroso presents trombonist Russell Jewell and saxophonist Matt Langley.



## Combo Sabroso llegó para quedarse

Este jueves, 17 de marzo, no se pierdan el sonido indiscutible de la banda más pegada de Nueva Inglaterra: Combo Sabroso. La agrupación ganadora de premios tendrá a su cargo la parte salsera del evento Irish and Salsa, auspiciado por El Diálogo y el Valley Advocate.

El líder del grupo, Matt Jenson, dice que Combo Sabroso goza de influencias de Eddie Palmieri. De hecho, Jenson estudió con Palmieri iy es amigo del Maestro!

Su fórmula: sólidas descargas y mucha energía para que bailes hasta el amanecer. Su repertorio incluye cha cha, danzón, bolero, salsa, jazz latino, y plena. No te lo pierdas. Porque Combo Sabroso...illegó para quedarse!

**Combo Sabroso at / en**
**ISLANDS TOGETHER, Irish & Salsa**
**17 de marzo, 8 pm**
**March 17, 8 pm**
**252 Open Square, Holyoke**
**mj@acidreggae.com**
**781-316-2487**

# Cheap at-home genetic testing opens deep Pandora's box

SAN FRANCISCO, CA (AP) - Commercials hawking prescription drugs directly to consumers have driven doctors crazy for years. Now comes a new kind of medical marketing that is already troubling some medical professionals: at-home genetic testing.

An increasing number of online startups are marketing tests that can show predisposition to any number of maladies, from breast cancer to blood clotting. They are exploiting the blizzard of genetic discoveries reported almost daily since scientists published the complete map of all human genes five years ago.

The tests are cheap, easy to administer, often just a cotton swab inside the cheek, and the results are available online, cutting out the visit to the doctor's office.

Plus, the companies note, the test results aren't usually jotted down on official medical histories, which keeps sensitive information away from insurance companies.

"We are empowering patients with knowledge," said Ryan Phelan, who recently launched the San Francisco-based testing company DNA Direct.

The company currently offers genetic testing, a la carte with prices ranging from $199 to $380, for a predisposition to cystic fibrosis, blood clotting, iron overload and a heightened risk for lung and liver diseases. Testing positive

can help customers make lifestyle changes to prevent the onset of disease, the company says.

This week, in a small but dramatic move validating the popularity of the online approach, DNA Direct will begin offering two popular breast cancer tests created and conducted by Myriad Genetics, the most visible player in the field of "predictive medicine."

Still, as the popularity of at-home genetic tests soars, so do questions about whether they will be correctly interpreted. Skeptics fret that the online companies don't have the expertise to properly explain the often complicated results.

There are only about 2,000 genetic counselors in the United States, the majority of whom work with pregnant women.

And as the technology gets more powerful -the day when a patient's entire genetic blueprint can inexpensively fit onto a compact disk is within sight- the problem with interpreting results will only worsen.

"As often is the case, science is running ahead of public policy," said Dr. Francis Collins, the head of the National Human Genome Research Institute and leader of the government team that published the human genetic map.



La Dra. Katherine Rauen, director médico de DNA Direct; Elissa Levin, director clínico; y la directora de desarrollo de producto, Jennifer Graham, a la izquierda, hablan en la oficina de DNA Direct en San Francisco. DNA Direct, una compañía recién lanzada en San Francisco, comenzará a ofrecer directamente a los consumidores una prueba polémica que puede predecir la susceptibilidad de una mujer al cáncer del seno. (Foto: AP)

DNA Direct medical director Dr. Katherine Rauen; clinical director Elissa Levin; and director of product development Jennifer Graham, from left, speak at the office of DNA Direct in San Francisco. DNA Direct, a San Francisco startup, will begin offering direct to consumers a controversial test that can predict a woman's susceptibility to breast cancer. (Photo: AP)

# Pruebas genéticas abren la caja de Pandora

SAN FRANCISCO, CA (HPRW) – El mercadeo de medicinas directamente a los consumidores ha vuelto locos a los doctores por años. Ahora viene una nueva clase de comercialización médica que está preocupando a algunos profesionales de la salud: pruebas genéticas en casa.

Un creciente número de lanzamiento de negocios por Internet anuncian pruebas que pueden demostrar predisposición a un sinnúmero de males, desde cáncer del seno hasta desórdenes de coagulación de la sangre.

Están explotando la ola de tantos descubrimientos genéticos divulgados casi diariamente, desde que los científicos publicaron el mapa completo de todos los genes humanos hace cinco años.

Las pruebas son baratas, fáciles de administrar, a menudo apenas se necesita una esponja de algodón dentro de la mejilla, y los resultados son accesibles por Internet, atajando la visita al doctor.

Además, los resultados de las pruebas no se apuntan en historiales médicos oficiales, lo que mantiene esta información privada, fuera del alcance de las compañías de seguros.

"Estamos brindando apoderamiento a pacientes a través del conocimiento", dijo Ryan Phelan, que lanzó recientemente DNA Direct, compañía de pruebas directas basada en San Francisco.

La compañía ofrece actualmente pruebas genéticas "a la carta", con precios desde $199 hasta $380, para determinar predisposición a fibrosis quística, problemas de coagulación de la sangre, niveles elevados de hierro y a un riesgo aumentado para enfermedades del pulmón y el hígado. Un resultado positivo ayuda al cliente a realizar cambios en estilos de vida para prevenir el inicio de la enfermedad, la compañía dice.

Esta semana, en una movida pequeña pero dramática que

valida el renombre del enfoque por Internet, DNA Direct comienza a ofrecer dos pruebas para detectar cáncer del seno, las cuales han sido creadas y conducidas por Myriad Genetics, el jugador más visible del campo profético de de la medicina.

Los escépticos se preocupan porque las compañías de Internet no tienen la maestría para explicar correctamente los resultados a menudo complicados. Hay sólo cerca de 2,000 consejeros genéticos en E.U., la mayoría de los cuales trabaja con mujeres embarazadas. Y como la tecnología consigue cada vez más alcance, el problema de interpretar resultados se empeorará.

"Como suele suceder, la ciencia está funcionando delante del orden público", dijo el Dr. Francis Collins, director del Instituto de Investigación del Genoma y líder del equipo del gobierno que publicó el mapa genético humano.

# Get your credit report...free!

Q. My wife and I plan to buy a house in the future, but we are a little worried that the credit problems that we had in the past may harm us. What can we do?

A. Any negative information in your credit report can hold you back from buying a house or automobile, rent an apartment, get a good job or credit card, or simply enjoying life. Therefore, you must take advantage from a

Massachusetts law that allows you to get a free credit report once a year. Verifying your problems today will protect you from unpleasant surprises at the moment when you need credit. In order to obtain your free report, contact TransUnion, Experian or Equifax. If you discover an error in the report, you have the right to dispute the information with the credit agency. As a rule, you must communicate with the agencies in writing, by certified mail.

If you have a complaint with a business that you have not been able to solve, contact M.O.C.I or Attorney General Tom Reilly to learn about your rights or to ask for mediation.

**Experian**
www.experian.com, 888-397-3742, P.O. Box 9530, Allen, TX 75013. Report fraud: 888-397-3742

**Trans Union**
www.transunion.com, 800-888-4213, P.O. Box 6790, Fullerton, CA 92634

Report fraud: 800-680-7289

**Equifax**
www.equifax.com, 800-685-1111, P.O. Box 740241, Atlanta, GA 30374
Report fraud: 800-525-6285

**Mayor's Office of Consumer Information**
413-787-6437

**Massachusetts Attorney General**, 413-784-1240
www.ago.state.ma.us

*Artículo en Español en la página 12*

THE KIDS AND THE CHILDREN, WE CAN TREAT YOU OR
YOUR SON/DAUGHTER FOR URGENT, NON-EMERGENCY CARE
OR YOU CAN MAKE AN APPOINTMENT.



pediatric m

adult medicine

medicine de los

ATENDEMOS NIÑOS Y ADULTOS. LE PODEMOS VER A USTED
O A SU HIJO/HIJA HOY POR CUIDADOS DE EMERGENCIA, DE
NO EMERGENCIA O USTED PUEDE LLAMAR Y HACER UNA CITA.



## Holyoke and Chicopee Health Centers

**LE OFRECEMOS SERVICIOS MÉDICOS SIN IMPORTAR SU CAPACIDAD DE PAGO. LLAME AL 420-2129,
PARA PEDIR INFORMACIÓN SOBRE CUIDADOS MÉDICOS Y DENTALES A BAJO COSTO O GRATIS**

**HOLYOKE AND CHICOPEE HEALTH CENTERS CAN TREAT YOU EVEN IF YOU CANNOT PAY. CALL 420-2129
TO LEARN ABOUT LOW COST OR FREE MEDICAL AND DENTAL CARE**

Holyoke Health Center      Chicopee Health Center
230 Maple Street           203 Exchange Street
Holyoke                    Chicopee
Tlf./Phone: 420-2200       Tlf./Phone: 420-2222

servicios dentales

dental care

OUR DENTAL OFFICE IS COMPLETELY RENOVATED
AND OFFERS SERVICES FOR CHILDREN AND ADULTS.

OFRECEMOS SERVICIOS DENTALES PARA NIÑOS Y
ADULTOS, EN NUESTRA OFICINA COMPLETAMENTE
RENOVADA.

12 • **El Diálogo** • March 15, 2005

SALUD • HEALTH

# Overweight basketball players?

NEW YORK (AP) - It's hard to think of "fat" and "basketball player" at the same time, but by the most widely used standard nearly half the players in the NBA qualify as overweight.

Four players are even obese -most notably, Miami Heat star Shaquille O'Neal.

The analysis of 426 players by The Associated Press actually says more about the widely used body-mass index than the National Basketball Association: Just because 200 players are "overweight" doesn't necessarily mean they're too fat.

Obesity experts say the BMI really is a useful guide for identifying people who are too fat for their own good, but it shouldn't be used by itself.

"The value of the BMI for the (general) population is it's a good first step, and I underline 'first step,'" says Dr. George Bray of the Pennington Biomedical Research Center in Baton Rouge, La.

"No one has ever suggested it's the only criterion to use, because it clearly is not."

The body-mass index doesn't directly measure fat. It comes from a formula that considers only weight and height. At 7-foot-1 and 325 pounds, O'Neal had the NBA's highest BMI, 31.6, in the AP analysis. (He admits to gaining 2 pounds since those numbers were posted.)

That puts him in the "obese" range, which is 30 and above. A BMI indicates normal weight if it falls between 18.5 and 24.9, and overweight if it's between 25 and 29.9.

Studies show that as a group, people who score "overweight" on the BMI run an elevated risk of developing such problems as diabetes and heart disease, while those in the "obese" category have even higher risks.

The AP's basketball analysis points out a key drawback of the BMI: People who are lean but well-muscled, like most basketball players, can have the same elevated BMI as somebody who carries too much fat.



Fat or in shape? NBA player Shaquille O'Neal qualifies as overweight according to body mass index (BMI) standards. (Photo/Foto: AP)

¿Gordito o en forma? El jugador de la NBA Shaquille O'Neal califica como persona en sobrepeso de acuerdo a los estándares del famoso índice cuerpo-masa.

# ¿Baloncelistas en sobrepeso?

NEW YORK (AP) - Es duro pensar en "gordo" y "jugador de baloncesto" al mismo tiempo, pero por el estándar más usado, casi más de la mitad de los jugadores en la NBA califican como personas en sobrepeso.

Cuatro jugadores son incluso obesos - más notablemente, la estrella Shaquille O'Neal de los Heat de Miami.

El análisis de 426 jugadores por la Prensa Asociada dice más sobre el extensamente

usado índice de cuerpo-masa (BMI, por sus siglas en ingles) que de la Asociación Nacional del Baloncesto: Apenas porque 200 jugadores están en sobrepeso no significa necesariamente que están demasiado gordos.

Los expertos de la obesidad dicen que el BMI realmente es una guía útil para identificar a la gente que es demasiado gorda para su propio bien, pero no debe ser utilizado por sí mismo.

"El valor del BMI para la población general es un buen primer paso, y subrayo el ' primer paso, '" dice el Dr. George Bray del Centro de Investigación Biomédico de Pennington en Baton Rouge.

"Nadie ha sugerido que es el único criterio a utilizar, porque claramente no lo es".

El índice de cuerpo-masa no mide directamente la grasa. Viene de una fórmula que considera solamente el peso y la altura.

Con 7 pies y 325 libras, O'Neal tenía el BMI más alto de la NBA, 31.6, en el análisis del AP.

Eso lo pone en la "gama obesa", que es más de 30. Un BMI indica peso normal si cae entre 18.5 y 24.9, e indica exceso de peso si esta entre 25 y 29.9.

Los estudios demuestran

Continúa en la página 13

---

DIALOGO DEL CONSUMIDOR

# Consigue tu historial de crédito... ¡gratis!

P. Mi esposa y yo planificamos comprar una casa en el futuro, pero estamos un poco preocupados que los problemas de crédito que hemos tenido en el pasado nos perjudiquen. ¿Qué podemos hacer?

R. Cualquier información negativa en tu historial de crédito puede prevenir que puedas comprar una casa o automóvil, rentar un apartamento, obtener un buen empleo o tarjeta de crédito, o simplemente disfrutar de la vida. Por eso, debes tomar ventaja de una ley de Massachusetts que te da derecho a una copia gratis de tu reporte de crédito una vez al año. Verificando tus problemas hoy puede protegerte de sorpresas desagradables al momento que necesites crédito. Para obtener tu reporte gratis, comunícate con TransUnion, Experian o Equifax. Si descubres un error

en el reporte, tienes derecho a disputar la información que la compañía que suministró a la agencia de crédito con la agencia de crédito directamente. Por regla general, debes comunicarte con las agencias por escrito, por carta certificada.

Si tienes una querella con un negocio que no has podido resolver, comunícate con la oficina de M.O.C.I. o el Abogado Procurador Tom Reilly para aprender sobre tus derechos o para solicitar mediación.

**EXPERIAN**
www.experian.com, 888-397-3742, P.O. Box 9530, Allen, TX 75013. Reporta fraude: 888-397-3742

**TRANS UNION**
www.transunion.com
800-888-4213, P.O. Box 6790 Fullerton, CA 9263. Reporta fraude: 800-680-7289

# BMC HealthNet Plan. Reciba más.

Si usted califica bajo los criterios de MassHealth, podrá obtener más beneficios con el plan de salud BMC HealthNet Plan. Obtenga todos los beneficios de MassHealth y todos estos beneficios adicionales para usted y su familia.

• Gratis, sillas de automóvil para infantes y niños
• Gratis, cascos de bicicleta para niños
• Programas especiales para la gente con diabetes, asma o la presión arterial elevada
• Asistencia especial si va a dar a luz

Llame para obtener información acerca de cómo inscribirse en el plan de salud que le ofrece más beneficios.

BOSTON MEDICAL CENTER
HealthNet Plan

1-800-792-4355
www.bmchp.org

**EQUIFAX**
www.equifax.com, 800-685-1111, P.O. Box 740241, Atlanta, GA 30374. Reporta fraude: 800-525-6285

**OFICINA DE INFORMACIÓN AL CONSUMIDOR**
413-787-6437 (se habla español)

**ABOGADO PROCURADOR DE MASSACHUSETTS**
413-784-1240
www.ago.state.ma.us

# Local baseball team seeks host families

# Equipo local busca anfitriones



The New England Collegiate Baseball League will be celebrating a 42 game schedule from June through early August of this year. Teams composed of premier college players from across the country, including the Holyoke Giants, will compete in this event.

The Holyoke Giants baseball organization is currently seeking host families for the summer of 2005. Host families will be responsible for housing one or more players from the beginning of June though the end of the season in the tradition of the Cape Cod summer baseball league.

The NECBL was founded in 1994 by George Foster & former MLB commissioner Fay Vincent, and has grown into a twelve member league with franchises located from Keene, NH to Newport, RI.

More information: www.holyokegiants.com

**The Holyoke Giants baseball organization is currently seeking host families for the summer of 2005.**

**La Organización de Béisbol de los Gigantes de Holyoke (arriba) está buscando familias anfitrionas para el verano de 2005.**

La Liga de Béisbol Colegial de Nueva Inglaterra celebrará un torneo de 42 juegos a partir de junio hasta agosto. Los equipos están integrados por jugadores universitarios de primera categoría de todo el país, incluyendo los Gigantes de Holyoke, que competirán en este acontecimiento.

La Organización de Béisbol de los Gigantes de Holyoke está buscando familias anfitrionas para el verano de 2005.

Las familias anfitrionas serán responsables de alojar a uno o más jugadores desde principios de junio hasta el final del verano, según la tradición de la Liga de Cape Cod.

La Liga de Béisbol Colegial de Nueva Inglaterra fue fundada en 1994 por George Foster y el comisionado de las grandes ligas Fay Vincent, y se ha convertido en una liga de 12 miembros con franquicias en Keene, NH y Newport, RI.

Más información: www.holyokegiants.com



**Laura Serrano**
Lawyer & Boxer • Boxeadora y Abogado

**Sofia Mulanovich**
ASP World Champion • Campeona del Mundo

**Nadia Comaneci**
Olympic Champion • Campeona Olimpica

# Breaking stereotypes • Rompiendo estereotipos

In this edition we commemorate women who stand out in sports.

Mexican born **Laura Serrano** put the spotlight on women's boxing in 1998 when Mexico City officials upheld a 52-year-old ban on female fights. A lawyer who set aside that career to box, Serrano is battling the city

## ¿Sobrepeso?

*From page 12*
que como grupo, la gente que califica como "gorda" en el BMI corren un riesgo elevado de desarrollar problemas tales como diabetes y enfermedades cardíacas, mientras que ésos en la categoría obesa tienen incluso riesgos más altos.

El análisis del AP precisa una desventaja dominante del BMI: La gente que es delgada pero bien musculosa, como la mayoría de los jugadores de baloncesto, puede tener el mismo BMI elevado que alguien que tiene demasiada grasa.

regulation. (Photo: AP)

**Sofia Mulanovich** made history in November 2004 when she became the first Peruvian surfer -woman or man- to ever win a World Title and an Association of Surfing Professionals (ASP) World Championship. (Photo: AP)

At age 14, Romanian gymnast **Nadia Comaneci** was the first to get a perfect 10 in the 1976 Olympic Games. (Photo: AP)

En esta edición conmemoramos a las mujeres que se han destacado en el deporte.

La mejicana **Laura Serrano** llamó toda la atención al boxeo femenino en 1998 cuando las autoridades de Ciudad Méjico mantuvieron la prohibición de 52 años de duración contra los combates de boxeo entre mujeres. Como abogada que dejó su carrera para boxear, Serrano lucha en contra de la ciudad para eliminar la regulación. (Foto: AP)

**Sofia Mulanovich** hizo historia en noviembre de 2004 cuando se convirtió en la primera "surfer" peruana –entre mujeres u hombres– que ganó un Título Mundial y el Campeonato de la Asociación de Profesionales del Surfing. (Foto: AP)

A los 14 años, **Nadia Comaneci**, de Rumania, fue la primera en obtener un perfecto 10 en los juegos olímpicos de 1976. (Foto: AP)

14 • El Diálogo • March 15, 2005

PUBLIC SERVICE ANNOUNCEMENT

# Help Thea Som

The following message has been submitted by Julie Lichtenberg on behalf of Thea Som, a Cambodian refugee whose parents crossed the Thai border after fleeing the Khmer Rouge killings in Cambodia. He was still inside his mother's womb when this family left and thus Thea Som has never set foot in Cambodia. Lichtenberg is the Artistic Director of Performance Project, an organization that combines the talents of professional artists, men and women in jail, and those who have been released from jail to create and perform original movement and theater works.

Greetings Friends,

Performance Project "outside" Company member, Thea Som, a 24-year-old Cambodian refugee whose family lives in Amherst, was taken by Immigration last Friday. He was placed in the INS facility in Hartford.

It is thought that, because of his incarceration, and because of 9/11, he is at high risk for deportation. During recent days, Thea Som worked on his application essay for Hamp-

shire College.

Michael Boyle, the lawyer who has helped Thea with INS last time (203-239-2299), Mahsa Khanbabai, (civil rights and immigration Law) have been contacted for help.

The advice I have been getting is that Thea's best chance is if someone like Congressmen Olver, Kerry, or Kennedy get involved on his behalf.

Can anyone help with this?

Julie Lichtenberg
Artistic Director
Performance Project
413-586-4960
Cell 413-374-4938

SERVICIO PÚBLICO

# Ayudemos a Thea Som

El siguiente mensaje ha sido sometido por Julie Lichtenberg a nombre de Thea Som, un refugiado camboyano cuyos padres cruzaron la frontera tailandesa después de huir las matanzas de Khmer Rouge en Camboya. El todavía estaba dentro del vientre de su madre cuando su familia huyó el régimen. Thea Som nunca ha pisado tierra en Camboya. Lichtenberg es la Directora Artística del Performance Project, una organización que combina los talentos de artistas, hombres y mujeres profesionales en cárcel, y los que han salido de la cárcel para crear y presentar

obras de movimiento y teatro originales.

Saludos Amigos,

El viernes pasado Inmigración tomó al miembro "externo" de Performance Project, Thea Som, refugiado camboyano de 24 años de edad cuya familia vive en Amherst. Ha sido colocado en la facilidad del INS en Hartford.

Se piensa que, debido a su previo encarcelamiento, y debido a 9/11, él está en alto riesgo para deportación.

Durante días recientes, Thea Som trabajó en su ensayo de admisión para la Universidad de Hampshire.

Me he comunicado con Michael Boyle, el abogado que ayudó a Thea con el INS la última vez (203-239-2299), y con Mahsa Khanbabai, (derechos civiles y ley de inmigración) para buscar ayuda. El consejo que he recibido es que lo que más puede ayudar a Thea es si alguno de los miembros del Congreso como Olver, Kerry, o Kennedy se involucran a su favor. ¿Puede alguien ayudar con esto?

Julie Lichtenberg
Directora Artística
Performance Project
413-586-4960
Cell 413-374-4938

## Where to find El Diálogo
## Donde encontrar El Diálogo

### NORTHAMPTON
Sylvester's 111 Pleasant St.- Northampton Chamber of Commerce 99 Pleasant St .- International Language Institute, 17 New South St. - Campus Center, Smith College 4100 Elm St. - Forbes Library West St

### SOUTH HADLEY
South Hadley Library Bardwell St. - Thirsty Mind Village Commons Shops Tailgate PicnicVillage Commons Shops - Odyssey Books 29 College St.- Willits Hallowell Center - Mt. Holyoke Campus

### AMHERST
Amherst College College St. - Black Sheep Deli 79 Main St. - Bueno y Sano 1 Boltwood Walk - Albion Book 8 Main St. - Jones Library 43 Amity St. - La Veracruzana 63 South Pleasant St. - Video To Go 6-10 University Dr. - UMASS Whitmore Center Umass Campus - UMASS Student Union - Hampshire College Admin. West St. (Route 116) - Hampshire College Library West St. (Route 116)

### EASTHAMPTON
Riverside Industries 1 Cottage St. - Coffee Roasters 47 Union St. - Arts & Industry Bldg. 221 Pine St.

### FLORENCE
Cooper's Corner 31 Main St. - Casa Latina 140 Pine St.

### GREENFIELD
CVS 137 Federal St. - Foster's Supermarket Allen & Conway Sts. - Greenfield Community College Colrain Rd.

### SPRINGFIELD
Dr. Aziz 3300 Main St. - Baystate Medical Center 780 Chestnut St. - Hallway of Louis & Clark 2 Medical Center Dr. - Chestnut Middle School 355 Plainfield St - El Priscilla Grocery, 2960 Main St. - El Mercadito Main St. - Puerto Rico Bakery, 2917 Main St. - Mexico Money Express 2766 Main St. - Carmen's Gift & Jewelry Shop

2684 Main St. - Lillians Flowers 2670 Main St. - Luigi's Christian Bookstore 2595 Main St. - A Cut Above The Rest II 2262 Main St. - Old San Juan Bakery 2460 Main St. - New Sunshine Laundry 2460 Main St. - New North Citizens Council 2345 Main St. - Northgate Liquors 1985 Main St. - Dough Show Restaurant 1985 Main St. - Insurance Company 1691 Main St. - Kennedy Fried Chicken 1675 Main St. - Springfield City Hall 36 Court St. - Mundo Musical 1104 Main St. - Red Rose Restaurant 1074 Main St. - El Criollo Restaurant 544 Main St. - Michael Lauro Insurance 468 Main St. - McDonalds 360 Main St. - Springfield Library 220 State St. - Puerto Rico Cultural Center 38 School St. - Drug Store121 Spring St. - Lucy's Corporate Services 937 Worthington St. - M.J.'s Pizza 955 Worthington St. - Chiropractic Healthcare Center 689 - Dave's Discount Soda 1330 Carew St. - El Pilon 622 Carew St - WNEC (St. Germain Campus) 1215 Wilbraham Rd.

### HOLYOKE:
Barnes & Noble Ingleside Plaza - Twin Food Store 625 Homestaad Ave. - Db Mart 494 Westfield Rd. - Holyoke Community College 303 Homestead Ave. - HHA--Beaudoin Village 40 Leary Dr. - Career Point 136 Queen Ave. - Tony's Grocery 801 High St. - Sam's Foods 515 High St. - Cuba Supermarket 439 High St. - Old San Juan Bakery 408 High St. - MD Beauty 396 High St. - Providence Prenatal Center 384 High St. - Tutty Market 372 High St. - 99 Cents Plus 369 High St. - Chiropractic Healthcare Center 337 High St. - Victoria Beauty 301 High St. - Holyoke City Hall High St. - La Favorita 176 High St. - Fernandez Family Restaurant 161 High St. - Bodega 24H 152 High St. - Bayamon Restaurant 107 High St. - Corner's Delight 95 High St. - HHA--Lyman Terrace 5 Hamden Court - The Café at Open Square(280) Lyman St. 250 Open Square

# El Diálogo
## CLASSIFIEDS

El Diálogo is pleased to announce that as of March 2005 we will offer a

# CLASSIFIEDS PAGE

offering the following sections:
## Real Estate • Job Search • General Sales

Please call 413.536.5560 or email us at classified@eldialogo.com for information and rates

www.eldialogo.com

## BIENES Y RAICES                    REAL ESTATE

This listing information has been provided by the office of **Maria Acuña Real Estate** (413) 739-5787

### SINGLE-FAMILY

**List Price: $139,000**
**195 ARNOLD, Springfield, MA:**
Pine Pt Bstn Rd
**Rooms: 5**
**Bedrooms: 3**
**Baths: 2 / 0**
**Style: Detached - Ranch**
**Acres: 0.13 (6032 sq.ft.)**
**Living Area: 988**
**Year Built: 1992**
**Remarks:** Hola! Very nice vinyl sided single family home large eat-in kitchen with sliding doors to deck and yard wood and ceramic floors thru-out finished basement with kitchen area and full bath great for in-law apartment central air plas garage call-llame
**Garage: 1**
**Parking: 2**
**Tax: $1792.66**

**List Price: $149,000**
**81 METHUEN, Springfield, MA:**

N End Brightwood
**Rooms: 6**
**Bedrooms: 3**
**Baths: 1 / 0**
**Style: Detached - Cape**
**Acres: 0.03 (1363 sq.ft.)**
**Living Area: 1363**
**Year Built: 1954**
**Remarks:** Hola! Nice vinyl sided single family home large living room with picture window for extra sunshine good size kitchen 2bedrooms on first floor and two tandem rooms on second floor with beautiful wood thru-out plus two skylights back three season porch garage all ready to move in
**Garage: 1**
**Parking: 2**
**Tax: $1938.88**

**List Price: $159,000**
**74 GLENHAM, Springfield, MA**
**Rooms: 7**
**Bedrooms: 4**
**Baths: 2 / 0**
**Style: Detached - Colonial**
**Acres: 0.14 (6300 sq.ft.)**
**Living Area: 2152**
**Year Built: 1958**
**Remarks:** Hola! Nice brick colonial 7rooms 4bedrooms extra large living room with fireplace ceramic

and wood floors thru-out plus 2car garage 24 hour notice for showings
**Garage: 2**
**Parking: 2**
**Tax: $2533.27**

**List Price: $159,000**
**174 MIDDLE, Springfield, MA:**
East Springfield
**Rooms: 6**
**Bedrooms: 4**
**Baths: 2 / 0**
**Style: Detached - Ranch**
**Acres: 0.11 (5000 sq.ft.)**
**Living Area: 1046**
**Year Built: 1956**
**Remarks:** Hola! Nicely maintained-bien mantenida-vinyl sided single family home 6rooms 3-4bedrooms fourth bedroom with exit to deck and great size yard with shed could be the dinning room instead large living room with picture window for extra sunshine wooden floors thru-out partially finished basement wit...
**Garage: 0**
**Parking: 2**
**Tax: $1971.16**

**List Price: $189,999**
**240 NASH, Springfield, MA**
**Rooms: 6**

Bedrooms: 3
**Baths: 1 / 1**
**Style: Detached - Colonial**
**Acres: 0.11 (5000 sq.ft.)**
**Living Area: 1418**
**Year Built: 1998**
**Remarks:** Hola!built 1998 nice single family home with 6rooms 3bedrooms 1 1/2 baths anderson windows and slider ceramic and wooden floors thru-out full finised basement for extra living space yard with deck and shed all located on nice private lot call-llame
**Garage: 0**
**Parking: 2**
**Tax: $2411.73**

### MULTI-FAMILY

**List Price: $169,999**
**40-42 ACORN, Springfield, MA:**
Hill mcknight
**Rooms: 5 / 5 / 5 /**
**Bedrooms: 3 / 3 / 3 /**
**Baths: 1 / 1 / 1 /**
**Type: 3 Family Units: 3**
**Acres: 0.13 (5668 sq.ft.)**
**Living Area: 3506**
**Year Built: 1913**
**Remarks:** Hola! Nice three family

with 5rooms 3bedrooms each unit some newer windows and heating systems as per owmner all fenced in call for appointment-llame para una cita
**Garage: 0**
**Parking: 3**
**Tax: $1775.57**

**List Price: $179,000**
**140-42 ORCHARD, Springfield, MA: N End Brightwood**
**Rooms: 5 / 5 / 3 /**
**Bedrooms: 3 / 3 / 1 /**
**Baths: 1 / 1 / 1 /**
**Type: 2 Family Units: 2**
**Acres: 0.16 (7081 sq.ft.)**
**Living Area: 2620**
**Year Built: 1901**
**Remarks:** Hola! Well maintained-bien matenida vinyl sided two family with 5rooms 3bedrooms each unit extra 3rooms 1bedroom and bath with sliding doors in livivg room to private porch on third floor front and side porches great aluminum sided roof coin-op laundry for extra income too! Plus possible buildabl...
**Garage: 1**
**Parking: 4**
**Tax: $1515.4**





**Your Real Estate Company**

**Su compañia de bienes raices**

*Now with a Connecticut license!!*
*Ahora con licensia en Connecticut!!*

Check out our web site • Visite nuestra página de internet
**www.MariaAcunaRealEstate.com**
27 Pratt Street, Springfield, MA 01107 • 413.739.5787

16 • **El Diálogo** • March 15, 2005

# baliseautoespanol.com

**Ahora puedes comprar tu auto nuevo o usado en español y desde el lugar que más te convenga**

*baliseautoespanol.com* es la mejor manera de comprar tu auto en tu idioma y desde el lugar que más te convenga.

En *baliseautoespanol.com* puedes obtener el valor actual de tu vehículo fácilmente y sin complicaciones.

Más aún, en *baliseautoespanol.com* puedes lograr tu pre-aprobación de crédito, obtener financiamiento desde la tranquilidad de tu hogar o desde el sitio donde te encuentres. No importa si tu cédito tiene algún problema. en *Balise* estamos para ayudarte y facilitarte tu compra.

Visítanos en **baliseautoespanol.com**, la mejor manera de comprar tu auto en tu propio idioma y desde el lugar que más te convenga. También tenemos el más extenso inventario de vehículos de la región. Entra en **baliseautoespanol.com** y conseguirás el vehículo que deseas.

*Visítanos en baliseautoespanol.com, la mejor manera de comprar tu auto en tu propio idioma y desde el lugar que más te convenga.*



**EXHIBIT 57**


**EXHIBITS INTRODUCED AT**
**MAY 23, 2004**
**PRELIMINARY INJUNCTION HEARING**

**El Diálogo**
CLASSIFIEDS
Offering the following sections
**Real Estate**
**Job Search**
**General Sales**
www.eldialogo.com



Volume 2
Number 5

**2 EDITORIAL**
EDITORIAL

**3 NOTICIAS**
NEWS

**5 PORTADA**
COVER

**7 DIALOGANDO
DESDE PUERTO RICO**
DIALOGUING
FROM PUERTO RICO

**8 DIALOGANDO
Y COCINANDO**
COOKING AND
DIALOGUING

**9 ARTE Y
ENTRETENIMIENTO**
ARTS &
ENTERTAINMENT

**10 SALUD**
HEALTH

**12 DIALOGO DEL
CONSUMIDOR**
CONSUMER'S
DIALOGUE

**13 DEPORTES**
SPORTS

**14 CLASIFICADOS**
CLASSIFIEDS

# Enraged nature...

# Naturaleza rabiosa...



Cuando
las culturas
chocan

When
cultures
clash

P.9



La ruta al éxito contributivo

IT'S
TAX
TIME

The road to tax success

P.12



¡Chapuzón de primavera!

Springtime Splish Splash

P.13

2 • **El Diálogo** • April 1, 2005

EDITORIAL • EDITORIAL

## Cartas al editor • Letters to the editor

# Sewer rates: Information gradually comes to light

As was brought up in a letter in the March 10-16 edition of The Sun, AMWA/AMSA, an organization that supports both public and private operation of municipal water and sewer systems, if a city can't save at least 10% by switching to private operation, then doing so is not economical.

On March 11, 2005, the Springfield Republican reported that Mayor Sullivan stated that if the city chooses a publicly run system, "rate-payers would pay 6 percent more than if Aquarion is hired." This is nowhere near the 10% difference recommended by the AMWA/AMSA report, for switching to private operation.

One subject that comes up repeatedly is the lack of belief in the capabilities of the City of Holyoke. The Holyoke Wastewater Treatment Plant received awards in the 1990s, and mentions for its advanced system, and up until 2000 had a very good record as far as violations. This is not the work of a city that is incapable of sewer system operation!

It is the rate-payers, and their renters, who are going to be paying, whatever way this goes. Perhaps the decision-makers (some of whom don't even pay sewer bills!) could take a fresh look at what they themselves are saying.

Concerned Holyoke residents can contact the Mayor and City Councilors, and come to the April 5 City Council meeting at 7:30 pm, to let our City Government know about the concerns shared by so many residents on this subject.

Respectfully,
Shemaya Laurel
Holyoke

# Sistema de alcantarillado: Información sale a flote

Como fue mencionado en una carta en la edición de marzo 10-16 de The Sun, AMWA/AMSA, una organización que apoya la operación pública y privada de los sistemas municipales del agua y de alcantarillado, si una ciudad no puede ahorrar por lo menos 10% cambiando a la operación privada, entonces hacerlo no es económico.

El 11 de marzo de 2005, The Republican de Springfield divulgó que el Alcalde Sullivan indicó que si la ciudad elige un sistema de funcionamiento público, "los contribuyentes pagarían 6 por ciento más que si se emplea Aquarion".

Esto no está de ninguna forma cerca de la diferencia de 10% recomendada por el informe de AMWA/AMSA.

Un tema que sigue trayéndose a colación es la carencia de fé en las capacidades de la ciudad de Holyoke. La planta de tratamiento de aguas residuales de Holyoke recibió premios en los años 90, así como menciones a su sistema avanzado, y hasta el 2000 tenía un expediente impecable de violaciones. ¡Éste no es el trabajo de una ciudad que sea incapaz de la operación del sistema de alcantarillado!

Son los contribuyentes los que van a pagar, de cualquier manera que vaya este asunto. Quizás los responsables (¡algunos que incluso no pagan cuentas de alcantarillado!) podrían hechar un nuevo vistazo a lo que ellos mismos están diciendo.

Los residentes de Holyoke a quienes les preocupe este tema pueden entrar en contacto con el Alcalde y los Consejales de la Ciudad, asistiendo a la sesión del Consejo el 5 de abril a las 7:30 pm. Así pueden dejar saber a nuestro gobierno sobre las preocupaciones compartidas por tantos residentes sobre este tema.

Respetuosamente,
Shemaya Laurel
Holyoke

## El Diálogo

**Lillian Santiago-Bauzá**
Publisher

**Francisco J. Sole**
Sales Director

**Ana Morales**
Editor in Chief

**Javier Arango**
Graphic Designer

**Contributors**
Cathleen Robinson

4 Open Square Way
Studio 120
Holyoke, MA 01040
(413) 536-5560
fax (413) 533-9467
editor@eldialogo.com
sales@eldialogo.com
art@eldialogo.com
www.ElDialogo.com

## Romney weak-kneed on fairness

Let's call Gov. Mitt Romney's decision to back away from fighting corporate tax loopholes what it is: a lack of commitment to fairness. Through most of his term, he's been good about going after companies who avoid paying their fair share, but his decision now to back down makes it clear that he's more interested in higher office than taking a principled stand against those who shirk their responsibilities to the Commonwealth.

Instead of trying to impress his Republican friends in Washington, Gov. Romney must renew his commitment to the job for which we all hired him three years ago. He must stand up to his corporate friends, on behalf of every responsible Massachusetts citizen, and make them pay their fair share.

Monica Calderon
Neighbor to Neighbor
Holyoke

## Le tiemblan las rodillas a Romney

Llamemos a la decisión del Gobernador Mitt Romney de retirarse de la lucha contra la evasión de impuestos corporativos lo que es: una falta de compromiso con la imparcialidad. Durante la mayoría de su término, fue muy bueno en ir tras las compañías que evitan pagar su parte, pero su reciente decisión de no hacer nada deja claro que él está más interesado en un puesto político que tomar una posición de principios en contra de los que evaden sus responsabilidades para con el Estado.

En vez de intentar impresionar a sus amigos republicanos en Washington, Romney debe renovar su compromiso con el trabajo para el cual nosotros lo elegimos hace tres años. El debe pararse frente a sus amigos corporativos, a nombre de cada ciudadano responsable de Massachusetts, y hacer que paguen su parte.

Mónica Calderón
Vecino a Vecino
Holyoke



**Open Square**

*a cost-effective and aesthetically rich place to do business*

AVAILABLE NOW!
Office Space • Retail • Art Studios • Live-Work Loft

For more information about OpenSquare call our office at 413-532-4057 extension 280 or visit our web site at www.opensquare.com
10 Open Square Way, Holyoke, MA 01040

## Business:
# Hispanic restaurant market grows faster than any other group

CHICAGO, IL (HPRW) - The U.S. Hispanic population spends more than $55 billion annually on food and beverages. With Latino-themed restaurants growing 3.5 times faster than any other group, and with the majority of mainstream restaurants also incorporating Latin fusions, manufacturers of food and beverage products have an opportunity to enter or expand product lines in this growing multi-billion dollar industry.



Latino restaurants are growing 3.5 times faster than any other group. In the photo, Vice President Dick Cheney during a visit to a Mexican restaurant. (Photo: AP)

Los restaurantes latinos crecen 3.5 veces más rápido que cualquier otro grupo. En la foto, el Vice Presidente Dick Cheney durante una visita a un restaurante mejicano. (Foto: AP)

## Negocios:
# Restaurantes latinos crecen más rápido que cualquier otro grupo

CHICAGO, IL (HPRW) - La población hispana de los Estados Unidos gasta más de $55 mil millones anuales en comidas y bebidas. Con los restaurantes al estilo latino creciendo a un ritmo 3.5 veces más rápido que cualquier otro grupo y con la mayoría de los restaurantes tradicionales también incorporando productos latinos, los fabricantes de comidas y bebidas tienen una oportunidad de presentar o de expandir sus líneas de productos en esta creciente industria de miles de millones de dólares.



JOHN D. FRANGIE M.D.

NO BLADE LASIK

1-866-SEE-NELC
www.northeastlaser.net

**NorthEast Laser Center**

LADARVision CustomCornea with INTRALASE

NEWS ALT BEST OF SPRINGFIELD 2003

THE ESSENTIAL COMPONENT OF BETTER VISION

NEWS ALT BEST OF SPRINGFIELD 2004

**For Details Call 413-781-6352**



RED SOX

# BEISBOL ⫸NESN⫷
## en español

AUDIO MENU
SAP OPCIÓN

Sintonice los juegos de Red Sox en NESN en Español seleccionando la opción SAP en su televisor.

Comcast
Canal 51

LLAME A COMCAST AL 1-800 COMCAST PARA DETALLES COMPLETOS. LOS PRECIOS Y LA PROGRAMACIÓN ESTÁN SUJETOS A CAMBIOS. ALGUNOS SERVICIOS ESTÁN DISPONIBLES POR SEPARADO O COMO PARTE DE OTROS NIVELES DE SERVICIO. SE REQUIERE LA SUSCRIPCIÓN A SERVICIO BÁSICO PARA RECIBIR OTROS NIVELES DE SERVICIO. NO TODA LA PROGRAMACIÓN ESTÁ DISPONIBLE EN TODAS LAS ÁREAS. PUEDEN APLICAR CARGOS POR EQUIPO Y OTROS CARGOS ADICIONALES. ©2005 COMCAST. XBHP-04616YY-A1/03A

# Events: Sensational fusion of cultures

**Lillian Santiago-Bauza**

A resounding success. That's how we can describe Islands Together: Irish & Salsa, the culture-fusing event celebrated March 17 at Open Square.

That evening, over 400 guests showed up to dance, have fun and share each other's cultures in a unique, merry ambiance. People of all ages danced to Latino and Irish music and ate delicious food.

Among those present were Helen Norris, Ward 3 City Councillor, and Mark Lubold, Ward 6 City Councillor. Tony DiBenedetto, owner of Amadeus Restaurant, provided the excellent food that everyone enjoyed during the event.

Holyoke Community College was the Gold Sponsor of the event. President William Messner and his management staff were pleased with the event's outcome. Messner spoke to the public on the importance of the fusion of cultures for the city and for the educational institution that he represents. In addition, he committed to support the event in years to come.

Cambridge College, Silver Sponsor, was represented by Pat Crushfield, Director of Springfield Regional Center. Crushfield emphasized the importance of this type of event and announced the free seminars for small business development, which begin April 5 at Open Square Cafe.

Other sponsors included WFCR Public Radio, WEIB-106.3, Smooth FM, William's Distributors, Open Square and the St. Patrick Parade Committee. They were all very pleased with the attendance.

The $5 admission fee was donated to Solutions CDC which will use the money to continue their arduous mission of helping small businesses and fostering economic development in Holyoke.

If you you missed it, here are a few photos of what happened that night. We are now planning Irish and Salsa 2006... We hope to see you there!



From left to right: Lillian Santiago, Matt Craven, Williams Distributing Corp., Hector Bauzá and William Messner, President HCC.



Members of the St. Patrick Parade Committee.



Pat Crushfield (far right) and Cambridge College staff.

# Eventos: Rotundo éxito para "Islands Together, Irish & Salsa"

**Lillian Santiago-Bauzá**

Todo un éxito. Así se puede describir el evento Irish and Salsa, el cual se celebró el pasado 17 de marzo en las facilidades de Open Square.

Sobre 400 personas llegaron allí esa noche para bailar, disfrutar y compartir culturas. Grandes y chicos, en su mayoría profesionales latinos e irlandeses, disfrutaron de la buena música latinoirlandesa, comida y premios.

Entre los presentes figuraron Helen Norris, Consejal del Barrio 3, y Mark Lubold, Consejal del Barrio 6. Tony DiBenedetto, dueño de Amadeus Restaurant, como siempre muy atento, proveyó la rica comida que todos disfrutaron durante el evento.

Holyoke Community College fue el Gold Sponsor del evento. El Presidente William Messner y su equipo se mostraron muy complacidos. Messner habló al público sobre la importancia que tiene la fusión de culturas para la ciudad y para la institución educativa que representa. Además se comprometió a apoyar el evento en los próximos años.

Cambridge College, Silver Sponsor, estuvo representado por la directora del Colegio de Springfield, Pat Crushfield. Crusfield enfatizó la importancia de este tipo de evento y anunció los seminarios gratis para el desarrollo de pequeñas empresas, que comienzan el 5 de abril en el Café de Open Square.

Entre otros auspiciadores estuvieron WFCR Public Radio, WEIB-106.3, Smooth FM, William's Distributors, Open Square y el St. Patrick Parade Committee. Todos estaban muy complacidos con la asistencia.

La taquilla de $5 fue donada a Solutions CDC que usará el dinero para continuar su ardua misión de ayudar a los pequeños empresarios y contribuir al desarrollo económico de Holyoke.

Si te lo perdiste, aquí te mostramos varias fotos de lo que allí sucedió. Ya estamos preparándonos para el próximo evento ... ¡Así que te esperamos!



Over 400 guests attended Irish and Salsa. In the photo, people dancing and having fun.



From left to right: Gladys Lebron-Martinez, School Committee Member, Ward One, Lillian Santiago, City Council Ward One, Publisher of El Diálogo, Pat Crushfield, Director of Cambridge College Springfield Regional Center.



John Aubin, Owner Architect of Open Square (left) and William Messner, President of Holyoke Community College (right).

# Enraged Nature

On March 28, a powerful 8.7-magnitude earthquake whipped the west coast of Indonesia, causing destruction among Indian Ocean countries. The number of deaths left by the earthquake ascends to the thousands.

Natural catastrophes increase every year. Earthquakes, tidal waves, tornados, floods and volcanos cause devastation to the Planet. Is nature guilty or is man's hand responsible? Journalist Pilar Ferrer investigates

**Nature: innocent or an assassin?**

An invasion of natural catastrophes seems to attack the Planet. Are man's hand, industrialization and developments guilty? Do climatic changes favor catastrophes? Is Earth's axis changing in a spiral towards the destruction of ecosystems?

**Vertiginous increase**

The UN assures that deaths caused by natural disasters in the 1990's were twice as many as those of the 1970's, a vertiginous increase that many scientists and ecologists attribute to man's hand.

Factors such as city-planning, industrialization, climatic changes, and global warming by toxic gases, the so-called Greenhouse Effect, would contribute to this increase of earthquakes, tornados, tidal waves, floods, abrupt climatic changes and volcanic eruptions.

Others, nevertheless, justify developments and blame nature directly. The debate is permanent.

**Disaster chronicle**

On January 18, 2004, the first disaster was registered: an unusual cold wave in Mexico caused 72 deaths. Torrential rains in Brazil hammered the population on February 14, with 160 deaths and 117,000 victims.

Later on, different earthquakes destroyed the Indonesian province of Papúa, the north of Pakistan and the northwest of Morocco.

The cyclone "Gafilo" devastated Madagascar sinking the ferry "Samson" with 143 occupants on board, 50 died, while the typhoon "Nida" caused 20 deaths in the Philippines.

In the Dominican Republic 410 people died in May dragged by the underflow of the Soleil river. On July 1st, torrential rains in Nicaragua took away 23 lives and left almost 5,000 people homeless. Numerous hurricanes and tornados also affected the coasts of Cuba and Florida, while 20 people died in the Bahamas after cyclone "Frances." Between September 7 and 9, hurricane "Iván" left behind 114 deaths in the Caribbean and the south of the United States. That same day, serious floods in the south of China caused 184 deaths and 64 vanished.

Days later, a series of earthquakes whipped the north of Japan with 23 deaths and over 500 wounded.

Uncontrollable rains were also registered during the months of November and December in Vietnam, China and the Philippines, thousands disappeared.

**Alarm systems**

Can these natural catastrophes be avoided? Jordi Font, an expert from the Institute of Sciences of the Sea in Barcelona, says:

"Some, yes, but in other circumstances, like the giant wave of the south of Asia that moved so fast, it's impossible."

The great debate really is if nature is guilty of these ever more frequent catastrophes or is man behind nature's aggressive behavior?

The only certain fact is that global warming, the devastation of forests, the Greenhouse Effect and the depletion of the ozone layer are causing the increase of natural disasters.

Perhaps detection systems are necessary, but nothing, absolutely nothing, can stop the infuriated mother nature when it devastates whatever comes to sight. Before nature, humans are weak, vulnerable, a helpless being between life and death.

# Naturaleza Rabiosa

**Pilar Ferrer**

El 28 de marzo, un poderoso sismo de 8.7 grados de magnitud azotó la costa oeste de Indonesia, causando destrucción en los países del Océano Índico. La cifra de muertos dejada por el terremoto asciende a los miles.

En el 2004 se registraron 14 desastres naturales, los cuales comenzaron con la inusitada ola de frío en México que provocó 72 muertos en tan sólo dos meses, y culminó con las incontroladas lluvias que se registraron en Vietnam, China y Filipinas, con miles de víctimas y desaparecidos.



The city center of Gunung Sitoli on Nias Island lies in ruins after the powerful earthquake of March 28. The massive earthquake late Monday killed thousands and sparked fears of another tsunami in the region. (Photo: AP)

La ciudad de Gunung Sitoli en la Isla Nias yace en ruinas luego del terremoto del 28 de marzo. El masivo terremoto mató a miles y causó miedos de otro tsunami en la región. (Foto: AP)

Las catástrofes naturales aumentan cada año y son más agresivas. Seísmos, maremotos, tornados, inundaciones y volcanes asolan el Planeta. ¿Es culpable la propia Naturaleza o la mano del hombre?

**Aumento vertiginoso**

La ONU asegura que los muertos por desastres naturales en la década de los 90 duplicaron a las de los 70, en un aumento vertiginoso que muchos científicos y ecologistas atribuyen a la mano del hombre.

Factores como la industrialización, las tropelías urbanísticas, el cambio climático y el calentamiento del Planeta por los gases tóxicos, el llamado Efecto Invernadero, contribuirían en su opinión a este incremento de seísmos, tornados, maremotos, inundaciones, bruscos cambios climáticos y erupciones volcánicas.

**Alarmas**

¿Pueden evitarse estas catástrofes naturales? En opinión de Jordi Font, experto del Instituto de Ciencias del Mar del Consejo Superior de Investigaciones Científicas en Barcelona, "Algunas sí, pero en otras circunstancias, como la ola gigante del sur de Asia que es enormemente rápida, es imposible".

En definitiva, el gran debate es si la Naturaleza es culpable de estas catástrofes cada vez más frecuentes o, si por el contrario, la mano del hombre se esconde tras su incidencia agresiva.

Tal vez, como señalan algunos expertos, los sistemas de detección de alarma son necesarios pero nada, absolutamente nada, puede detener esta Naturaleza enfurecida cuando arrasa todo cuanto encuentra a su paso. Ante ella, el hombre es débil, vulnerable, una indefensa pieza entre la vida y la muerte.



## International Language Institute of Massachusetts

*Presents ...*

# A Taste of Spanish

*A short course designed for people with little or no background in Spanish*

Eight Wednesdays, May 4 – June 22
12 noon – 1:30 pm
$ 250

Class will take place at: El Dialogo
4 Open Square Way
Holyoke, MA

**To register, call 413-586-7569 x 109
Or e-mail: heather@languageshoolusa.org**
International Language Institute of Massachusetts
25 New South Street
Northampton, MA 01060

6 • **El Diálogo** • April 1, 2005



**FREE admission!**

# April 2 & 3, 2005
## Hartford Civic Center • Hartford, CT
### Saturday & Sunday from 12:00 to 5:00 p.m.

*The winner of the prestigious "Minority Small Business Advocate of the Year"*

# Latino Expo 2005

**FREE Samples and Prizes!**

**CONTINUOUS MUSIC & DANCING BOTH DAYS!!**

shaw's · Nationwide Está De Su Lado · 93.7 · Advocate · EYEWITNESS NEWS 3 · TOYOTA

**Presents two days of Hispanic Culture, Business and Entertainment**

*Enjoy the Heineken New Artist Showcase at noon both days and visit the*

★ **Heineken** · *WORLD FOOD COURT!!!*



**MEET** and have your picture taken with **Maya & Miguel** from PBS Go Kids!!

**Latino Expo Auto-Show**
— — FREE ADMISSION — —

**Don't miss this once a year event for the ENTIRE family!**
**Parking available at the Morgan Street Garage**

Diamond Sponsors · Stage Sponsors · Platinum Sponsors · Gold Sponsors · Silver Sponsors

Tech · CBIA · CPTV · CROWN THEATRES · PreferredOne · RALLY · TOWN FAIR TIRE · WEBSTER · La Voz · Tiempo · T13/65 TELEMUNDO · CMS · DUNKIN' DONUTS · Anthem · El Diálogo · American Heart Association · hola HARTFORD · Hartford · WACHOVIA · Allstate · La Guía Hispana · TRAVELERS

**FOR MORE INFORMATION**
visit www.latinoexpoinfo.com or call 860-563-5028

• EDUCATION • JOBS • FAMILY • BUSINESS, FINANCE & INSURANCE • HOME • HEALTH • COMPUTER &
E-COMMERCE • MUSIC & ENTERTAINMENT • FOOD & LIFESTYLE • COMMUNITY & CULTURE & SO MUCH MORE!

# New case opens way for death penalty in Puerto Rico

# Amenaza de pena de muerte en Puerto Rico

(AP) – A jury convicted Hernando Medina Villegas, 25, and Lorenzo Catalan Roman, 24, of murdering Gilberto Rodriguez Cabrera, an armored truck security guard of Ranger American Armored Services. The crime, which took place in 2002, now opens the way for the death penalty to be applied in a Puerto Rico case for the first time in nearly 80 years.

Federal prosecutors said they have jurisdiction over the case because it interfered with interstate commerce. Puerto Rico's last execution was in 1927, when farmworker Pascual Ramos was hanged for beheading his boss with a machete.

(AP) – Un jurado condenó a Hernando Medina Villegas, de 25, y a Lorenzo Catalán Roman de 24, por asesinar a Gilberto Rodríguez Cabrera, guardia de seguridad armado de la compañía Ranger American Armored Services. El crimen, que ocurrió en 2002, ahora abre camino para que la pena de muerte sea aplicada en un caso de Puerto Rico por primera vez en casi 80 años.

Los querellantes federales dijeron que tienen jurisdicción sobre el caso porque se interfirió con comercio de un estado a otro. La última ejecución en Puerto Rico sucedió en 1927, cuando colgaron al agricultor Pascual Ramos por decapitar a su jefe con un machete.



The US has applied to have Hernando Medina Villegas, 25, and Lorenzo Catalan Roman, 24, killed by lethal injection. (Photo: AP)

EU solicitó que Hernando Medina Villegas, 25, y Lorenzo Catalan Roman, 24, fueran ejecutados por inyección letal. (Foto: AP)

## Cancer strikes twice

In a goodbye letter made public at a press conference last month, folk singer-songwriter Tony Croatto revealed that he has lung and brain cancer. In his letter, the founding member of nova trova ensemble Haciendo Punto En Otro Son declared:

"If [God's] intention is to take me slowly and make me fade into his arms, I consent with deep happiness." Haciendo Punto en Otro Son will offer a concert on April 2nd at the Tito Puente Amphitheater in San Juan. Proceeds are meant to help Croatto both emotionally and financially.

Another Puerto Rican star who has been diagnosed with cancer is actress Adamari López. According to AP sources, López, who found the mass during a breast self-exam, has a 1.4 cm breast carcinoma that forced her to put her career aside. Pet scan analysis shows no evidence of metastasis.

Boyfriend Luis Fonsi postponed the recording of his next album to be with López during his medical appointments.

## El cáncer da dos veces

En una carta de despedida que se hizo pública en una rueda de prensa el mes pasado, el cantautor Tony Croatto reveló que tiene cáncer del pulmón y del cerebro. En su carta, el miembro fundador del conjunto de nueva trova Haciendo Punto En Otro Son declaró que si la intención [de Dios] es tomarlo lentamente y hacerlo desaparecer en sus brazos, él acepta con felicidad profunda. Haciendo Punto En Otro Son ofrecerá un concierto el 2 de abril en el Anfiteatro Tito Puente de San Juan. Los ingresos serán para ayudar a Croatto emocional y financieramente.

Otra estrella de Puerto Rico que ha sido diagnosticada con cáncer es la actriz Adamari López. Según fuentes de AP, López, que encontró una masa en su seno durante un auto-examen, tiene un carcinoma 1.4 centímetros que la forzó a poner su carrera a un lado. El análisis "pet scan" no mostró evidencia de metástasis. Su novio Luis Fonsi pospuso la grabación de su siguiente álbum para estar con López durante sus citas médicas.



Actress Adamari López was diagnosed with breast cancer. (Photo: AP)

La actriz Adamari López ha sido diagnosticada con cáncer del seno. (Foto: AP)



According to several people, PR's crime problem would end if death penalty is allowed.

Según varias personas, el problema de la criminalidad en PR terminaría si se aplica la pena de muerte. (Photo: AP)

## Mayor job slash

Puerto Rico's government is the largest employer with 250,000 workers, or one quarter of the work force.

Gov. Aníbal Acevedo Vilá unveiled proposals to eliminate more than 23,000 government jobs, vowing to pull Puerto Rico out of a cycle of budget deficits and debt. His budget represents an unprecedented $370 million reduction in spending.

The governor proposed retiring workers and not renewing contracts upon expiration.

Puerto Rico is facing an uncertain economic future. It lost an economic powerhouse when the Roosevelt Roads naval base closed in March 2004. The closure followed the U.S. Navy's withdrawal from its Vieques bombing range in May 2003.

## Grandes recortes de empleo

El gobierno de Puerto Rico es el patrón más grande de la isla, con 250,000 trabajadores, o un cuarto de la fuerza laboral.

El Gobernador Aníbal Acevedo Vilá reveló su propuesta para eliminar más de 23,000 trabajos del gobierno, comprometiéndose a sacar a Puerto Rico de un ciclo de déficits presupuestarios y deudas. El gobernador propuso ofrecer retiros tempranos y no renovar ciertos contratos cuando éstos expiren.

Su presupuesto representa una reducción sin precedente $370 millones en gastos.

Puerto Rico hace frente a un futuro económico incierto. Perdió una gran fuente económica cuando la base naval Roosevelt Roads cerró en marzo de 2004. La clausura siguió el retiro de la Marina de Vieques en mayo de 2003.



**Did you know?**
The town of Hatillo is the largest milk producer in the world per square mile.

**¡Muuuu-cha leche!**
¿Sabías que el pueblo de Hatillo es el mayor productor de leche en el mundo por milla cuadrada?

8 • **El Diálogo** • April 1, 2005

DIALOGANDO Y COCINANDO • COOKING AND DIALOGUING

# Different names, same taste

(HPRW)- A delicious strawberry malt from Mexico, a creamy guava *champola* from Puerto Rico, a refreshing *maracuyá batido* from Colombia, a *guanábana licuado* from Venezuela, or a fruit *ponche* from the Caribbean - no matter what we call them, all these beverages have something in common: they're made with juicy and tasty fruit, in a blender.

Making these drinks is fun and attractive to children due to their sweet and creamy taste, so similar to traditional shakes. They also appeal to health-conscious adults who want a quick snack. Experiment with this easy-to-make recipe, courtesy of Tampico Juices. *Salud!*

## Marvelous Mango
**4-5 servings**

**Ingredients**
2 cups mango juice, chilled
1 ripe banana,

peeled and sliced
1/2 cup frozen, fresh or canned pineapple chunks
1/2 cup frozen or fresh mango
1 cup ice (for a creamier smoothie, use two scoops vanilla ice cream).

**Preparation**
Place all ingredients in the blender or food processor; cover. Blend for 2 minutes at low speed; continue to blend at medium speed until smooth.



Smoothies have brought back to light the nutritional value of fruit, to the point that they have become consumer favorites. (Photo: AP)

Los smoothies han revivido el valor nutritivo de nuestras frutas al punto que se han convertido en favoritos. (Foto: AP)

# Diferentes nombres, igual sabor

(HPRW)- Independientemente de cómo podamos llamarle, una deliciosa malteada de fresa de México, una cremosa champola de guayaba de Puerto Rico, un refrescante batido de maracuyá de Colombia, un licuado de guanábana de Venezuela o un ponche de frutas del Caribe, todas tienen algo en común: son preparadas con jugosas y sabrosas frutas en una licuadora.

La preparación de estas bebidas es divertida para los niños -por su sabor dulce-, y para los adultos que desean cuidar más su salud y desean una merienda rápida.

A la hora de crear su licuado favorito, las bebidas de fruta Tampico™ son el ingrediente indispensable para lograr la suavidad y el sabor real a fruta.

Experimenta con esta receta fácil cortesía de la Cocina de Tampico. ¡Salud!

## Mangó Maravilla
**4-5 raciones**

**Ingredientes**
2 tazas de jugo de mangó bien frío
1 guineo maduro en rebanadas

1/2 taza de trozos de piña fresca o congelada
1/2 taza de trozos de mangó fresco o congelado
1 taza de hielo (usa dos bolas de helado de vainilla para un licuado más cremoso)

**Preparación**
Coloca todos los ingredientes en una licuadora; tapar. Licua por dos minutos a baja velocidad.



**Bueno Y Sano**

**$1.00 off Any burrito**

**Bueno Y Sano**
Boltwood Walk • Amherst 413-253-4000

## El Horóscopo de Doña Ana

**ARIES**
It's a great week for making major family decisions. Avoid fussing with a lover about a minor concern.

**ARIES**
Es una buena semana para tomar decisiones familiares. Evita que-pate con tu pareja sobre una preocupación pequeña.

**TAURUS**
It's a great time for buying and selling. Money matters take a turn for the better.

**TAURO**
Es un buen momento para comprar y vender. Los asuntos de dinero toman un buen giro.

**GEMINI**
Any work of an artistic nature is favored. Make sure to take time out in the evening for leisure.

**GÉMINIS**
Cualquier trabajo de naturaleza artística es favorecido. Asegúrate

que tomas tiempo de ocio durante la noches.

**CANCER**
Avoid forcing your family to conform to your plans this week. Be ready to capitalize on new opportunities, financial gains are likely.

**CÁNCER**
Evita forzar a tu familia a que se ajusten a tus planes esta semana. Está listo para capitalizar en oportunidades nuevas, ganancias financieras son probables.

**LEO**
Behind the scenes developments favor you financially. Evenings will be filled with romance and fun, but avoid any excesses.

**LEO**
Desarrollos trasbastidores te favorecerán. Las noches estarán llenas de romance y diversión, pero evita los excesos.

**VIRGO**
You may receive a job opportuni-

ty that will let you work from home for the next couple of weeks. Avoid being hasty in signing any papers.

**VIRGO**
Puedes recibir una oportunidad de trabajo que te dejará trabajar desde la casa por las próximas dos semanas. Evita apresurarte al firmar cualquier documento.

**LIBRA**
It's one of those weeks when you should read the fine print on any contracts. Business is highlighted this week; the unemployed will receive valuable leads.

**LIBRA**
Es una de esas semanas cuando debes leer las letras pequeñas del contrato. Los negocios resaltan esta semana; los desempleados recibirán posibilidades valiosas.

**SCORPIO**
There is someone who will hurt or upset your feelings, try not to make a big deal out of it. It's time

to rethink spiritual matters.

**ESCORPIO**
Alguien te herirá los sentimientos, trata de no hacer caso. Es hora de que re-evalúes tus asuntos espirituales.

**SAGITTARIUS**
Be sure to follow through on any commitments made. Emphasize educational pursuits.

**SAGITARIO**
Asegúrate de mantener los compromisos ya hechos. Enfatiza las metas de educación.

**CAPRICORN**
This is a week for creative work and for getting your ideas across to others. Make sure to state things clearly when instructions or intentions could easily be misunderstood.

**CAPRICORNIO**
Es una semana para trabajo creativo y para que transmitas tus ideas a otros. Asegúrate de que dices

todo claro si se trata de instrucciones o intenciones que se pueden mal interpretar.

**AQUARIUS**
An outing this week may turn out to be more costly than you had expected. At work, there will be satisfaction in the completion of a project.

**ACUARIO**
Una salida resultará más cara de lo esperado. En el trabajo, habrá satisfacción al completar un proyecto.

**PISCES**
A nice gift or thoughtful words from a loved one will start the week off well. You'll be especially shrewd where business matters are concerned.

**PISCIS**
Un buen regalo o palabras profundas de un ser amado darán un buen comienzo a la semana. Estarás especialmente sutil en asuntos de negocios.

(Fuente/Source: AP)

Case 3:05-cv-30076-MAP Document 34-17 Filed 05/25/2005 Page 10 of 17

# El Diálogo PICKS

## TV • TELEVISION

**Dora's a big sister!** On March 21st, Dora the Explorer welcomed a new baby to the family and became a big sister for the first time. Dora the Explorer (weekdays 9 am and 11:30 am, Nick Jr.; weekends, CBS), is a series starring Dora, a seven-year-old Latina heroine whose adventures take place in an imaginative, tropical world.

**¡Dora, hermana mayor!** El 21 de marzo, Dora the Explorer dio la bienvenida a un bebé en la familia, convirtiéndose en hermana mayor por primera vez. Dora the Explorer (L-V, 9 am y 11:30 am, Nick Jr; Sáb. y Dom., CBS) es una serie protagonizada por Dora, una latina de 7 años cuyas aventuras toman lugar en un mundo imaginario y tropical.

## ONLINE

**Chanz TV.** A library of over 31 shows with new episodes added monthly, Chanz TV is a live example of how far the Internet has come. Our favorite is **Boston Latino**, a 30 min. compilation show featuring thought provoking topics with a Latino view point. Visit *http://www.chanz.tv/bostonlatino.htm*

**Chanz TV.** Una colección de más de 31 programas con episodios nuevos añadidos mensualmente, Chanz TV es Internet a toda máquina. Nuestro favorito es **Boston Latino**, una compilación de 30 min. con temas profundos y un punto de vista latino. Visita *http://www.chanz.tv/bostonlatino.htm*

## MUSIC • MUSICA

**Unforgettable.** March 31st marked a decade since the sad departure of superstar Selena. Evoke Selena with Unforgettable, a greatest-hits CD showcasing the Mexican diva's all-around repertoire that goes from mariachi to pop.

**Unforgettable.** El 31 de marzo marcó una década desde la triste partida de la superestrella Selena. Evócala con Unforgettable, un CD de éxitos luciendo el versátil repertorio de la diva mejicana, el cual va desde el mariachi hasta el pop.

## BOOKS • LIBROS

**¡Adelante Mujer!** Expert in Latina issues Yasmin Davidds launches the Spanish version of "The Latinas' Seven Principles" (*"¡Adelante Mujer! Los siete pasos al éxito para la mujer latina"*), the first self-help multimedia system that teaches Latinas to love themselves and to find the strength to make crucial life decisions. Available at: *http://www.yasmindavidds.com*

**¡Adelante Mujer!** La experta en asuntos de latinas Yasmin Davidds lanza *"¡Adelante Mujer! Los siete pasos al éxito para la mujer latina"*, el primer sistema multimedio de auto-ayuda que le enseña a las latinas a amarse a sí mismas y a encontrar el valor para tomar decisiones cruciales en la vida. Disponible en: *http://www.yasmindavidds.com*

## FILMS • PELICULAS

**A Day Without a Mexican.** What would happen if every one of California's 12 million Hispanics disappeared? In Sergio Arau's comedy, "A Day Without a Mexican," the answer is chaos. Arau, a native of Mexico, says the idea of the film was "to make the invisible visible." On video.

**A Day Without a Mexican.** ¿Qué pasaría si los 12 millones de Hispanos de California desaparecieran? En la comedia de Sergio Arau, la contestación es caos. Arau, natural de Méjico, dice que la idea es "hacer visibles a los invisibles". En video.

# When cultures clash

**Review by Cathleen C. Robinson**

Many children of recent Hispanic immigrants to the United States find themselves caught between two cultures: that of the English-speaking school they attend, and that of the home where Spanish is spoken and their parents are determined to hold onto the values of their native lands.

Two short novels appropriate for young adults show a profound understanding of how these kids, who struggle to fit in their schools and at the same time don't want to offend their parents, feel.

**How Tía Lola Came to Stay** is funny, uplifting and wise. It features ten-year old Miguel Guzmán, who has moved to Vermont. He misses his artist father back in New York, squabbles with his younger sister Juanita, harbors within a fierce desire that his divorcing parents reconcile, and more than anything, wants to make the town baseball team.

**In Viaje a la Tierra del Abuelo** (Journey to Grandfather's Land; not yet translated into English), 16 year-old Salvadoran Sergio attends a very large high school in Los Angeles. Although he values his education, he falls behind in his studies as he spends the nights helping his parents in their job of cleaning offices.

Through Sergio's eyes, we see the sacrifices and sufferings the desperate poor endure in their search for a better life for their families. And we see the prejudices and misconceptions they suffer here in the US.

**How Tía Lola Came to (Visit) Stay**
Julia Álvarez, Dell Yearling Books, 2001, 147 pages

**Viaje a la Tierra del Abuelo**
Mario Bencastro
Piñata Books, 2004, 137 pages

**How Tía Lola Came to Stay is funny, uplifting and wise.**

**Cuando Tía Lola Vino (de Visita) a Quedarse es graciosa, inspiradora y sabia.**

# Cuando las culturas chocan

**Reseña por Cathleen C. Robinson**

Muchos jóvenes de familias hispanas recién llegados a los E.U. están atrapados entre el mundo de la escuela donde predominan el inglés y valores muy distintos a los de la casa donde se habla español y sus padres se dedican a que no pierdan la cultura de su país natal.

Dos novelas cortas, apropiadas para jóvenes entre las edades de 11 a 15 años, muestran una profunda comprensión de lo que sienten estos hijos que luchan para acomodarse en la escuela y para no ofender a sus padres.

**Cuando Tía Lola Vino (de Visita) a Quedarse**, tiene como protagonista a Miguel Guzmán, de 10 años. Vive en Vermont, echa mucho de menos a su padre artista que vive en Nueva York, guarda adentro el gran deseo de que sus padres se reconcilien, y más que nada, quiere lograr un puesto en el equipo de béisbol de su pueblo.

**En Viaje a la Tierra del Abuelo**, el salvadoreño Sergio, de 16 años, asiste a una escuela supergrande en Los Ángeles. A pesar de que quiere ser buen estudiante, no encuentra tiempo de hacer las tareas porque pasa la noche ayudando a sus padres en su trabajo de limpiar oficinas.

Por los ojos de Sergio vemos los sacrificios y sufrimientos que aguantan los pobres desesperados que buscan mejor vida para sus familias. Y vemos los prejuicios y malentendidos que sufren aquí.

**Cuando Tía Lola Vino (de Visita) a Quedarse**
Julia Álvarez, traducido por Liliana Valenzuela. Dell Yearling Books, 2001, 147 páginas

**Viaje a la Tierra del Abuelo**
Mario Bencastro. Piñata Books, 2004, 137 páginas.
Viaje se encuentra sólo en español

10 • **El Diálogo** • April 1, 2005　　　　　　　　　　　　　　SALUD • HEALTH

# Decoding autism

**Melissa Verne**

April is Autism Awareness Month. Autism is a complex brain disorder that remains largely a mystery to doctors and researchers. The following facts will help you better understand autism so awareness goes beyond April and lasts all year long.

• Autism often inhibits a person's ability to communicate, respond to surroundings or form relationships with others.

• Autism affects people of all racial, ethnic and socioeconomic backgrounds and occurs in as many as one in every 166 births. Some studies place the prevalence of autism spectrum disorders even higher.

• First identified more than 50 years ago, autism is typically diagnosed by the age of two or three and is four times more prevalent in boys that in girls.

• Autism is considered a spectrum disorder because symptoms and severity vary from individual to individual. No two cases are the same. More than one million people in America are living with an autism spectrum disorder.

• Most people with the condition require lifelong supervision and care – the most severely affected may never be able to tell their parents or siblings they love them.

• The causes of autism are not known and the disorder cannot be biologically diagnosed. Doctors have no blood test or diagnostic scan to rely on for accurate diagnosis. Currently, diagnosis is made solely on the basis of the observation of behavior.

• The overwhelming majority of children and adults with autism have no functional language and require intensive care and educational treatments that are often unaffordable and not covered by medical insurance.

• Despite the strikingly high prevalence of autism and an international interest in the disorder, autism research remains one of the lowest funded areas of medical research by both public and private sources.

• Approximately one in five Americans has a relative with autism spectrum disorder or a close friend with autism in their family.

• According to the U.S. Department of Education, approximately 12,200 students with autism spectrum disorders attended U.S. schools during the 1992-93 year and approximately 78,700 during the 2000-2001 school year, an increase more than 500% in students with autism spectrum disorders nationwide.



After a long day of work, Sheryl Fondren watches her son, Ben, 8, during what she calls a "rebound," the period before bedtime when Ben's extended release medicine begins to wear off. Before Ben was diagnosed with a high functioning form of autism, some pediatricians thought he had attention deficit hyperactivity disorder while teachers chalked his behavior up to immaturity. (Photo: AP)

Luego de un largo día de trabajo, Sheryl Fondren observa a su hijo Ben, de 8 años, durante un episodio de "rebote", el período antes de acostarse cuando la medicina de Ben deja de hacer efecto. Antes de que Ben fuera diagnosticado con una forma de alto funcionamiento de autismo, algunos pediatras pensaban que el tenía déficit de atención e hiperactividad, mientras que sus maestros adjudicaban su comportamiento a immadurez. (Foto: AP)

## BMC HealthNet Plan.
## Reciba más.

Si usted califica bajo los criterios de MassHealth, podrá obtener más beneficios con el plan de salud BMC HealthNet Plan. Obtenga todos los beneficios de MassHealth y todos estos beneficios adicionales para usted y su familia.

• Gratis, sillas de automóvil para infantes y niños

• Gratis, cascos de bicicleta para niños

• Programas especiales para la gente con diabetes, asma o la presión arterial elevada

• Asistencia especial si va a dar a luz

Llame para obtener información acerca de cómo inscribirse en el plan de salud que le ofrece más beneficios.

**HealthNet Plan**

**1-800-792-4355**
**www.bmchp.org**

# Armando el rompecabezas del autismo

**Melissa Verne**

Abril es Mes de la Concienciación sobre Autismo. El autismo es un desorden complejo del cerebro que sigue siendo en gran parte un misterio para doctores e investigadores. Los siguientes datos te ayudarán a entender mejor el autismo para que la concienciación vaya más allá de abril y dure todo el año.

• El autismo inhibe a menudo la capacidad de una persona de comunicarse, de responder a los alrededores o de formar relaciones con otros.

• El autismo afecta a gente de todas las razas, etnicidades y trasfondos socioeconómicos. Ocurre en 1 de cada 166 nacimientos. Algunos estudios sugieren que los desórdenes de espectro de autismo podrían tener una prevalencia mayor.

• Identificado por primera vez hace más de 50 años, el autismo es diagnosticado típicamente a la edad de dos o tres años y es cuatro veces más frecuente en varones que en niñas.

• El autismo se considera un desorden de espectro porque los síntomas y la severidad varían de individuo a individuo. No hay dos casos iguales. Más de un millón de personas en América viven con un desorden de espectro de autismo.

• La mayoría de la gente con la condición requiere la supervisión y el cuidado de por vida - los más seriamente afectados quizás nunca podrán decir a sus padres o hermanos que los aman.

• Las causas del autismo no se saben y el desorden no puede ser biológicamente diagnosticado. Los doctores no tienen ningún análisis de sangre o prueba para establecer un diagnóstico exacto. Actualmente, el diagnóstico se hace solamente a base de la observación del comportamiento.

• La mayoría abrumadora de niños y adultos con autismo no tienen lenguaje funcional y requieren cuidado intensivo. Los tratamientos educativos son a menudo muy caros y no son cubiertos por los seguros médicos.

• A pesar del alto predominio del autismo y un interés internacional en el desorden, la investigación sobre el autismo sigue siendo una de las áreas menos financiadas de la investigación médica por fuentes públicas y privadas.

• Aproximadamente uno en cinco americanos tiene un pariente con un desorden de espectro de autismo o un amigo cercano con autismo en su familia.

• Según el departamento de educación de E.U., aproximadamente 12,200 estudiantes con desórdenes de espectro de autismo fueron a las escuelas durante el año 1992-93 y aproximadamente 78,700 durante el año escolar 2000-2001, un aumento de sobre 500% en estudiantes con desórdenes de espectro de autismo en toda la nación.

# Sweet nutrition tips

(HPRW) - The 2005 Dietary Guidelines place stronger emphasis on reducing calorie consumption, increasing physical activity, and consuming less sugar- and starch-containing foods and beverages. No calorie and non-nutritive sweeteners were cited in the report as recommendations that can help Americans embrace these healthier guidelines. To this effect, the sweetener Splenda recommends that you:

• Practice Portion Control.

• Participate in regular
*Continued on page 12*

WE TREAT ADULTS AND CHILDREN. WE CAN TREAT YOU OR
YOUR CHILDREN TODAY FOR URGENT, NON-EMERGENCY CARE
OR YOU CAN MAKE AN APPOINTMENT.

ATENDEMOS NIÑOS Y ADULTOS. LE PODEMOS VER A USTED
O A SU HIJO/HIJA HOY POR CUIDADOS DE EMERGENCIA, DE
NO EMERGENCIA O USTED PUEDE LLAMAR Y HACER UNA CITA.



pediatric medicine · medicina de adulto

adult medicine



## Holyoke and Chicopee Health Centers

LE OFRECEMOS SERVICIOS MÉDICOS SIN IMPORTAR SU CAPACIDAD DE PAGO. LLAME AL 420-2129,
PARA PEDIR INFORMACIÓN SOBRE CUIDADOS MÉDICOS Y DENTALES A BAJO COSTO O GRATIS

HOLYOKE AND CHICOPEE HEALTH CENTERS CAN TREAT YOU EVEN IF YOU CANNOT PAY. CALL 420-2129
TO LEARN ABOUT LOW COST OR FREE MEDICAL AND DENTAL CARE

Holyoke Health Center      Chicopee Health Center
230 Maple Street           203 Exchange Street
Holyoke                    Chicopee
Tlf./Phone: 420-2200       Tlf./Phone: 420-2222



servicios dentales



dental care

OUR DENTAL OFFICE IS COMPLETELY RENOVATED
AND OFFERS SERVICES FOR CHILDREN AND ADULTS

OFRECEMOS SERVICIOS DENTALES PARA NIÑOS Y
ADULTOS, EN NUESTRA OFICINA COMPLETAMENTE
RENOVADA.

12 • **El Diálogo** • April 1, 2005    DIALOGO DEL CONSUMIDOR • CONSUMER'S DIALOGUE

# Personal finance special
## *The road to tax success*

(AP) - Whether it's a shoebox crammed full of receipts or carefully organized folders ready for an accountant's perusal, everyone approaches tax season differently.

A first step to preparing for tax season is simple and critical. Get organized, said Jackie Perlman, an H&R Block tax analyst in Kansas City, Mo.

Next, decide between the do-it-yourself route or a professional, Perlman said.

For people with complex returns or those unwilling to tackle the chore themselves, a few simple guidelines can lead to a good accountant, Perlman said.

First, get recommendations from friends, Perlman said. Interview the accountant about their experience. Ask the types of returns they typically do.

Another step in preparing a plan is a review of the changes in tax codes, and a stop by the IRS Web site at www.irs.gov can answer many questions, IRS spokeswoman Nancy Mathis said.

Once armed with a sound plan, taxpayers should also consider how they will file. The IRS emphasizes going electronic.

Electronic filing increases the speed and accuracy of the return. Whereas electronic returns are ready for processing, tax filings sent through the mail are typed into an IRS database, Mathis said.

"The error rate on paper returns is about 20 percent," Mathis said.

Mathis suggests selecting the direct deposit option when receiving a refund. Combining e-file and direct deposit dramatically speeds the system.

While many taxpayers select accountants, others rely on software packages such as Intuit's TurboTax or H&R Block's Tax Cut. Anyone considering an online tax service should check a site's security. Look for logos indicating approval by companies such as VeriSign or TRUSTe, Gulbransen said.

It's not unusual for someone with a laptop computer to visit a coffee shop or use a public computer in a library to do their taxes, Gulbransen said. It's easy to step away from a table and leave sensitive personal information on a screen that's easy for anyone to see, she said.





**Many have decided to file their taxes electronically to speed up the tax filing process. In the photo, Francine Hazell, left, reviews her tax returns with Jackson Hewitt representative Robyn Zandomenego. (Photo: AP)**

**Muchos han decidido llenar sus planillas electrónicamente para acelerar el proceso. En la foto, Francine Hazell, izquierda, revisa sus impuestos con Robyn Zandomenego, representante de Jackson Hewitt. (Foto: AP)**

# Especial de finanzas personales
## *La ruta al éxito contributivo*

Ya sea una caja de zapatos abarrotada de recibos o de carpetas cuidadosamente organizadas listas para la lectura de un contable, cada cual llega a la temporada de impuestos de una forma diferente.

o esas personas poco dispuestas a abordar la tarea ellos mismos, algunas pautas simples pueden conducir a un buen contable, Perlman dijo.

Primero, consigue recomendaciones de amigos, Perlman dijo. Entrevista al contable sobre su experiencia. Pide los tipos de planillas que hace típicamente.

Otro paso en la preparación de un plan es la revisión de los cambios en los códigos de impuestos, y una visita al sitio del Web del IRS en www.irs.gov puede contestar muchas preguntas, dijo Nancy Mathis, portavoz del IRS.

Una vez armados con un plan, los contribuyentes deben también considerar cómo someterán sus planillas. El IRS ahora enfatiza el método electrónico.

Hacerlo electrónicamente (e-file) aumenta la velocidad y la exactitud del proceso.

Mientras que las formas electrónicas están listas para procesar, las planillas enviadas por correo se mecanografían en una base de datos del IRS, Mathis dijo.

"La tasa de error en las planillas de papel es cerca de 20 por ciento", Mathis dijo.

Mathis sugiere seleccionar la opción de depósito directo al recibir un reembolso.

Combinando el método de e-file con depósito directo apresura dramáticamente el sistema.

Mientras que muchos contribuyentes seleccionan sus contables, otros confían en programas tales como TurboTax de Intuit o H&R Block.

Cualquier persona que considere un servicio en línea debe comprobar la seguridad del sitio. Busca las insignias que indican la aprobación de las compañías tales como VeriSign o TRUSTe, Gulbransen dijo.

No es inusual para alguien con una computadora portátil visitar un café o utilizar una computadora pública en una biblioteca para hacer sus impuestos, Gulbransen dijo.

"Es fácil pararse de una mesa y dejar información personal en una pantalla que es fácil para que cualquier persona la vea", dijo.

Un primer paso a la preparación para esta época es simple y crítico. Organízate, dijo Jackie Perlman, analista de H&R Block en la ciudad de Kansas.

Después, decide entre la ruta del "hágalo usted mismo" o un profesional, Perlman dijo.

Para la gente con planillas complejas

---

SALUD • HEALTH

# Nutrition tips ■

*From page 10*
physical activity.

• Substitute sugar with Splenda No Calorie Sweetener in foods and beverages.

• Eat more fiber-rich fruits, vegetables, and whole grains.

• Drink plenty of water. Aim for 6 – 8 glasses of fluids daily.

# Dulces consejos de nutrición

(HPRW) - Las Guías Alimentarias 2005 destacan la importancia de reducir el consumo de calorías, aumentar la actividad física y consumir comidas y bebidas con menos azúcar y almidón. El informe mencionó los edulcorantes sin calorías y no nutritivos como opciones que pueden ayudar al consumidor a adoptar estas guías más saludables.

El endulcorante Splenda ofrece estos consejos sobre cómo incorporar hábitos más saludables para la primavera.

• Controla tus porciones. Come para quedar satisfecho, no lleno.

• Practica una rutina de actividad física la mayoría de los días. Sal a caminar al mediodía con tus compañeros de trabajo, baila con amigos o participa en actividades físicas grupales si necesitas más motivación.

• Lee siempre las etiquetas de modo de evitar azúcar oculta comúnmente presente en el aderezo para ensaladas, salsa de pasta, pan y galletas.

• Sustituye el azúcar con edulcorante sin calorías, como Splenda, en tus comidas y bebidas.

• Come frutas, verduras y granos enteros con alto contenido en fibra.

• Bebe de 6 a 8 vasos de agua por día. Cambia los refrescos por agua pura.

# Martínez, Beltrán mark Mets' revival

# Martínez y Beltrán marcan el paso de los nuevos Mets



**Pedro Martínez**

(AP) - To lay back is no longer an option for the New York Mets. Below the Yankees'shadow, the other Big Apple team became a zero on the left side.

With Pedro Martinez and Carlos Beltran on board, the Mets set out in 2005 to leave behind failures and return to above-folds.

Add general manager Omar Minaya, who does not hesitate when it comes to changing payrolls, these New Yorkers start with moderate optimism.

"It's not the first time that we look good on paper," says catcher Mike Piazza. "That does not guarantee anything."

The Mets was the team that made more noise, and who did better during off-season when they recruited the two most highly appraised free agents of the market.

Of course, the acquisitions of right-handed Martinez (53 million for 4 years) and center field Beltrán (119 million for 7 years) did not come cheap, copying the Yankees' formula.

Minaya's patience and persuasion skills had much to do with it. His Spanish, common language of Minaya, his Dominican compatriot Martinez and Puerto Rican Beltrán, was a plus.

But the team's bullpen can be their heel of Aquilles. Beyond their closing pitcher Braden Looper (29 saves), the Mets question their short and mid relievers, with Mike DeJean, Scott Strickland, and the Dominican Felix Heredia among them.

Beyond pitching, the Mets' offense has been its worse enemy appearing in the league's lowest positions as far as runs scored during the last 3 years.

To improve in that department is key. The arrival of Beltrán (38 homeruns and 42 stolen bases) must inject a good dose of stamina to the team.

With an outstanding investment, the Mets have no excuses and a common objective: to star the National League's Eastern division.



**Carlos Beltrán**

(AP) - Dormirse en sus laureles dejó de ser opción para los Mets de Nueva York. A la sombra de los Yanquis, el otro equipo de la Gran Manzana había pasado a ser un cero a la izquierda.

Con Pedro Martínez y Carlos Beltrán a bordo, los Mets se proponen en el 2005 salir de un pasado de estrepitosos fracasos y volver a los primeros planos.

Añádele un gerente general Omar Minaya, que no se anda con vueltas para retocar la nómina, los neoyorquinos arrancan con la moral en alto, pero blindados con un optimismo moderado.

"No es la primera vez que en los papeles lucimos bien", dice el receptor Mike Piazza. "Eso no te garantiza nada".

Los Mets fueron el equipo que más ruido hizo, y que mejor le fue durante el receso al atrapar a los dos agentes libres más cotizados del mercado.

Claro está, las adquisiciones del derecho Martínez (53 millones por cuatro años) y el guardabosques central Beltrán (119 millones por siete años) no salieron nada baratas, copiando la fórmula de los Yanquis.

Para ello tuvo mucho que ver la paciencia y destreza de Minaya para convencerlos. Tampoco estuvo de más el español, el idioma común de Minaya, su compatriota dominicano Martínez y el puertorriqueño Beltrán.

Pero el bullpen puede resultar el talón de Aquiles. Más allá de su cerrador Braden Looper (29 rescates), los Mets tienen interrogantes sobre la conformación sobre su relevo corto y medio, con Mike DeJean, Scott Strickland, y el dominicano Félix Heredia entre sus componentes.

Más allá del pitcheo, el ataque de los Mets ha sido su peor enemigo figurando en los puestos bajos de la liga en cuanto a producción de carreras en las mayores los últimos tres años.

Mejorar en ese departamento es clave y con la llegada de Beltrán (38 jonrones y 42 robos) debe inyectarles una buena dosis de estamina.

Con una inversión superlativa, los Mets no tienen excusas y un objetivo único: protagonistas en la división Este de la Nacional.

# Springtime splish-splash!

# ¡Chapuzón de primavera!

**Ana Morales**

Who said sports is just for athletes? Springtime is swimming time and everyone in the family can enjoy the fun and health benefits of this water sport. Now through May 18, Holyoke Parks and Recreation celebrates Family Swim Nights at Holyoke High School. Family Swim Nights take place every Wednesday from 6-8 pm. Admission is free for Holyoke residents. Non-resident adults and children under 12 enter for $3 and $1, respectively. Lifeguards will be provided. So what are you waiting for? Dig out your swim suit and have a Springtime splish-splash!

**Family Swim Nights**
**Holyoke High School**
**500 Beech St., Holyoke.**
**Every Wednesday, 6-8 pm**
**Through May 18, 413-322-5620**



**Ana Morales**

¿Quién dijo que los deportes son sólo para atletas? La primavera es tiempo de natación y todos en la familia pueden gozar de la diversión y los beneficios de salud que este deporte acuático puede brindar. Desde ahora hasta el 18 de mayo, Parques y Recreación de Holyoke celebra las Noches de Natación Familiar en la High School de Holyoke. Las Noches de Natación Familiar ocurren cada miércoles de 6-8 pm. La admisión es gratis para los residentes de Holyoke. Adultos y niños menores de 12 años que no son residentes entran por $3 y $1, respectivamente. Habrá salvavidas. ¿Qué esperas? ¡Quítale el polvo a tu traje de baño y date un buen chapuzón de primavera!

Swimming is a sport that provides the same results as walking and running, without adding stress to knees, ankles, legs and the back. Now through May 18, you can enjoy swimming with your family at Holyoke High School Pool. (Photo: AP)

La natación es un deporte que provee los mismos resultados que caminar o correr, sin añadir estrés a las rodillas, tobillos, piernas y espalda. Comenzando ahora hasta el 18 de mayo, puedes disfrutar de este deporte con tu familia en la Piscina del Holyoke High. (Foto: AP)

**Noches de Natación Familiar**
**Holyoke High School**
**500 Beech St., Holyoke.**
**Todos los miércoles, 6-8 pm**
**Hasta el 18 de mayo, 413-322-5620**

14 • El Diálogo • April 1, 2005

## EMPLEOS                    JOB SEARCH



### Springfield Technical Community College

LIBERAL ARTS. BUSINESS. TECHNOLOGY. HEALTH

Springfield Technical Community College in Springfield, Massachusetts is a comprehensive community college with degree and program offerings in a wide variety of career and transfer programs. Situated in Western Massachusetts, the college services approximately 9,000 students per year in credit offerings, and an additional 4,000 students in workforce training and non-credit offerings through its Center for Business and Technology. The college is seeking qualified applicants for faculty and staff positions as follows:

### Administrative Staff:

• Dean, School of Arts, Humanities and Social Sciences

### Full-time Faculty with benefits:

• Biology
• Physics
• Mathematics
• English
• Engineering
  (Mechanical and Electrical)

• Sociology
• Psychology
• Environmental Technology
  (Water Management)

### Half-time Faculty with benefits:

• Landscape Technology    • Medical Assistant    • Fine Arts

For salary and specific information on qualifications, salary, etc. please go to www.stcc.edu , click on the "Select a Quick Link" down arrow, scroll down and click on "Employment Opportunities."

### Academic Outreach Counselor/Title III

The Outreach Counselor will have responsibility for working with urban and minority students based on entering academic assessment and student career goals. Some evening and weekend hours are required.

**Qualifications include:** Master's degree in Education, Counseling or related discipline required.

Demonstrated experience in proactive advising and career counseling and instruction of culturally and ethnically diverse populations required. Experience as postsecondary faculty or student services staff and implementation of federal grant-funded programs preferred. Bilingual in Spanish preferred.

Salary Range: $40,414 through $45,000 annual salary with benefits. Title III funding with continued employment contingent upon grant funding.

Apply to:
Office of Human Resources
Springfield Technical Community College
One Armory Square, STE 1
P.O. Box 9000
Springfield, MA  01102-9000

By April 8, 2005

**STCC IS AN AFFIRMATIVE ACTION/EQUAL OPPORTUNITY EMPLOYER**
Our commitment to diversity in our workplace seeks applications from women and minorities.  It is the policy of Springfield Technical Community College not to discriminate on the basis of race, religion, color, age, gender, sexual orientation, disability, veteran status, or national origin in its education programs, activities, admissions, or employment policies.  Employment will depend on meeting requirements set by the Immigration Reform and Control Act of 1986.

---

## Where to find El Diálogo
## Dónde encontrar El Diálogo

### NORTHAMPTON
Sylvester's 111 Pleasant St.- Northampton Chamber of Commerce 99 Pleasant St .- International Language Institute, 17 New South St. - Campus Center, Smith College 4100 Elm St. - Forbes Library West St

### SOUTH HADLEY
South Hadley Library Bardwell St. - Thirsty Mind Village Commons Shops Tailgate Picnic Village Commons Shops - Odyssey Books 29 College St.- Willits Hallowell Center - Mt. Holyoke Campus

### AMHERST
Amherst College College St. - Black Sheep Deli 79 Main St. - Bueno y Sano 1 Boltwood Walk - Albion Book 8 Main St. - Jones Library 43 Amity St. - La Veracruzana 63 South Pleasant St. - Video To Go 6-10 University Dr. - UMASS Whitmore Center Umass Campus - UMASS Student Union - Hampshire College Admin. West St. (Route 116) - Hampshire College Library West St (Route 116)

### EASTHAMPTON
Riverside Industries 1 Cottage St. - Coffee Roasters 47 Union St. - Arts & Industry Bldg. 221 Pine St.

### FLORENCE
Cooper's Corner 31 Main St. - Casa Latina 140 Pine St.

### GREENFIELD
CVS 137 Federal St. - Foster's Supermarket Allen & Conway Sts. - Greenfield Community College Colrain Rd.

### SPRINGFIELD
Dr. Aziz. 3300 Main St. - Baystate Medical Center 780 Chestnut St. - Hallway of Louis & Clark 2 Medical Center Dr. - Chestnut Middle School 355 Plainfield St - El Priscilla Grocery, 2960 Main St. - El Mercadito Main St. - Puerto Rico Bakery, 2917 Main St. - Mexico Money Express 2766 Main St. - Carmen's Gift & Jewelry Shop 2684 Main St. - Lillians Flowers 2670 Main St. - Luigi's Christian Bookstore 2595 Main St. - A Cut Above The Rest II 2262 Main St. - Old San Juan Bakery 2460 Main St. - New Sunshine Laundry 2460 Main St. - New North Citizens Council 2345 Main St. - Northgate Liquors 1985 Main St. - Dough Show Restaurant 1985 Main St. - Insurance Company 1691 Main St. - Kennedy Fried Chicken 1675 Main St. - Springfield City Hall 36 Court St. - Mundo Musical 1104 Main St. - Red Rose Restaurant 1074 Main St. - El Criollo Restaurant 544 Main St. - Michael Lauro Insurance 468 Main St. - McDonalds 360 Main St. - Springfield Library 220 State St. - Puerto Rico Cultural Center 38 School St. - Drug Store 121 Spring St. - Lucy's Corporate Services 937 Worthington St. - M.J.'s Pizza 955 Worthington St. - Chiropractic Healthcare Center 689 - Dave's Discount Soda 1330 Carew St. - El Pilon 622 Carew St - WNEC (St. Germain Campus) 1215 Wilbraham Rd.

### HOLYOKE
Barnes & Noble Ingleside Plaza - Twin Food Store 625 Homestead Ave. - Db Mart 494 Westfield Rd. - Holyoke Community College 303 Homestead Ave. - HHA--Beaudoin Village 40 Leary Dr. - Career Point 136 Queen Ave. - Tony's Grocery 801 High St. - Sam's Foods 515 High St. - Cuba Supermarket 439 High St. - Old San Juan Bakery 408 High St. - MD Beauty 396 High St. - Providence Prenatal Center 384 High St. - Tutty Market 372 High St. - 99 Cents Plus 369 High St. - Chiropractic Healthcare Center 337 High St. - Victoria Beauty 301 High St. - Holyoke City Hall High St. - La Favorita 176 Higfh St. - Fernandez Family Restaurant 161 High St. - Bodega 24H 152 High St. - Bayamon Restaurant 107 High St. - Corner's Delight 95 High St. - HHA--Lyman Terrace 5 Hamden Court - The Café at Open Square(280) Lyman St. 250 Open Square

## EMPLEOS    JOB SEARCH    BIENES Y RAICES    REAL ESTATE

## AmeriCorps Program Director

Solutions Community Development Corporation is a non-profit, community-based organization. The mission of Solutions CDC is to promote community economic development by strengthening the economic potential of residents. Solutions offers its members a wide, yet focused, range of services to advance its mission, including small business develop-

ment, employment services, financial counseling, homeownership assistance, and youth entrepreneurship opportunities.

The Massachusetts Service Alliance has contracted Solutions to initiate an AmeriCorps program for 18 young adults who will commit to one year of half-time community service in order to strengthen the capacity

of non-profit organizations in Holyoke, Massachusetts.

The Program Director will work closely with Solutions personnel to administer the program, provide membership development, coordinate community service placements, supervise/mentor members and develop/sustain non-profit partner relationships.

### Responsibilities
• Recruitment, assessment, contracting, training, supervision, and counseling of 18 half-time AmeriCorps members
• Promote AmeriCorps member community service placements with non-profit and faith-based organiza-

tions in Holyoke.
• Contract partner agencies and coordinate, monitor, and evaluate community service projects
• Develop and oversee management of Community Network Center – an interactive database system and call/referral center for volunteer

recruitment, placement, and management as well as for non-profit resource information and referrals
• Liaison to Massachusetts Service Alliance for program reporting, training, collaboration, assessment and evaluation

### Preferred Qualifications
• Commitment to Solutions CDC mission
• Experience mentoring and/or providing services to young adults and in community development
• Demonstrated knowledge of AmeriCorps program

• Willingness to work demanding and flexible schedule, including nights and weekends
• Ability to manage diverse tasks as well as work both independently and as a team
• Strong verbal and written communication skills

• Strong computer skills (Microsoft Office applications – Word, Access and Excel)
• Bilingual (English/Spanish)
• Valid Massachusetts Driver's License

### Terms of Employment
40 hour per week position. $24,960 – $29,120 based on experience + health/dental insurance and benefits.

Send cover letter and résumé to:
Andrew Morehouse, Director
Solutions CDC, 254 Maple Street, Holyoke, MA 01040

Applications will be accepted until position is filled
Solutions CDC is an Affirmative Action/Equal Opportunity Employer

## CHICOPEE

**Apartamento para alquiler completamente renovado**

1 dormitorio, 1 baño, cocina grande.

Puede llamar al
Sr. José Acevedo 413-364-4399

El Diálogo
CLASSIFIEDS

El Diálogo is pleased to announce that as of March 2005 we will offer a

## CLASSIFIEDS PAGE
offering the following sections:

**Real Estate • Job Search • General Sales**

Please call 413.536.5560 or email us at classified@eldialogo.com for information and rates

www.eldialogo.com





Maria Acuña
REAL ESTATE, LLC

## Your Real Estate Company

## Su compañía de bienes raices

*Now with a Connecticut license!!*
*Ahora con licencia en Connecticut!!*

Check out our web site • Visite nuestra página de internet
**www.MariaAcunaRealEstate.com**

27 Pratt Street, Springfield, MA 01107 • 413.739.5787

El Diálogo • April 1, 2005

# ESPECIALES DE PRIMAVERA



¡Ahora es que esto se puso bueno!

¡Nos Chavamos!

## HONDA



**NEW 2005**
## HONDA CIVIC SEDAN
### $139 pago mensual
Automatic transmission, air conditioning , CD player,
theft-deterrent system, H4114-ES1635W
Lease for 36 months with $1995 due at delivery, includes first
monthly payment, (no security deposit required)
35 payments = $4865. Tax, title, reg, doc fees extra.
**40 in-stock, 11 at this price!**



**NEW 2005**
## HONDA ACCORD LX
### $169 pago mensual
Air conditioning, power features, theft-deterrent system,
CD player, Keyless entry, cruise, H4339-CM545EW
Lease for 36 months with $2995 due at delivery, includes first
monthly payment (no security deposit required)
35 payments = $5915. Tax, title, reg, doc fees extra.
**50 available starting at this price!**



**NEW 2005**
## HONDA PILOT EX
### $259 pago mensual
255 HP V6, Auto, front/rear air, anti-lock brakes,
power features, theft-deterrent system, 16" wheels,
cruise, 3rd seat, H4553-YF184EW
Lease for 36 months with $2995 due at delivery, includes first
monthly payment (no security deposit required)
35 payments = $9065 Tax, title, reg, doc fees extra.
**30 available, 8 at this price!**



**NEW 2005**
## HONDA ELEMENT LX 4x4
### $17,995
Air conditioning, power windows, CD player, Sunroof,
16" wheels, cruise, H4376-YH2735PW



**NEW 2005**
## HONDA CR-V LX
MSRP $20,510 - Save $1,015 = ### $19,495
Automatic transmission, air conditioning, power features,
theft-deterrent system, 16" wheels, cruise. H4387-RD6855EW
**20 available, 3 at this price!**



**ALL-NEW 2006**
## HONDA RIDGELINE
**The first Honda 4 door pickup truck
is now on stock!!!**

Vehicles subject to prior sale, quantities were available when ad was produced. If we sell out of any new vehicle we will gladly locate or order another one at the same discount. If availability, incentives and/or customer cash permits. Tax, title, reg, doc fees extra. Financing, leasing and/or down payment offers subject to credit approval. APR means annual percentage rate. Illustrations are for design purposes only, actual vehicles may look different. Not responsible for typographical errors. Offers cannot be combined with any other offers, discounts and/or promotions. Sale ends 4/30/05.