# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIALOGO, LLC and <br> DIRECT MERCHANTS S.A., INC., <br><br> Plaintiffs, <br><br> v. <br><br> LILLIAN SANTIAGO BAUZÁ, <br> EL DIALOGO, LLC, and <br> FRANCISCO JAVIER SOLÉ, <br><br> Defendants. <br><br> LILLIAN SANTIAGO BAUZÁ, <br> EL DIALOGO, LLC, and <br> FRANCISCO JAVIER SOLÉ, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> DIALOGO, LLC and <br> DIRECT MERCHANTS S.A., INC., <br><br> Counterclaim-Defendants. | CIVIL ACTION NO. 05-CV-30076-MAP |

## **PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Dialogo, LLC and Direct Merchants S.A., Inc. hereby appeal to the United States Court of Appeals for the First Circuit from the order dated May 23, 2005 of the United States District Court for the District of Massachusetts denying Plaintiffs' motion for preliminary injunction [Dkt. No. 24] on all claims for injunctive relief asserted against Defendants Lillian Santiago Bauza and El Dialogo, LLC.

        DIÁLOGO, LLC and
        DIRECT MERCHANTS S.A., INC.

        By their attorneys,

Dated: May 26, 2005        /s/ Seth W. Brewster
        George Field (BBO No. 164520)
        Seth W. Brewster (BBO No. 551248)
        Attorneys for Plaintiffs
        Verrill Dana, LLP
        One Boston Place
        Suite 2330
        Boston, MA 02108
        (617) 367-0929
        gfield@verrilldana.com
        sbrewster@verrilldana.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 26, 2005, I electronically filed Plaintiffs' Notice of Appeal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Keith A. Minoff, Esq. and Arnold Greenhut, Esq., and I hereby certify that there are no non-registered participants.

        /s/ Seth W. Brewster
        Seth W. Brewster

P:\sbrewster\Dialogo\Notice of Appeal.doc