UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30076-MAP

| | |
|---|---|
| DIÁLOGO, LLC and<br>DIRECT MERCHANTS S.A., INC.,<br>    Plaintiffs | )<br>)<br>)<br>) |
| v. | )<br>) |
| LILLIAN SANTIAGO BAUZÁ,<br>EL DIÁLOGO, LLC, and<br>FRANCISCO JAVIER SOLÉ,<br>    Defendants | )<br>)<br>)<br>)<br>) |
| LILLIAN SANTIAGO BAUZÁ,<br>EL DIÁLOGO, LLC, and<br>FRANCISCO JAVIER SOLÉ,<br>    Plaintiffs in Counterclaim | )<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| DIÁLOGO, LLC and<br>DIRECT MERCHANTS S.A., INC.,<br>    Defendants in Counterclaim | )<br>)<br>) |

## DEFENDANT IN CROSSCLAIM, LILLIAN SANTIAGO BAUZA'S, ANSWER TO CROSSCLAIM FOR INDEMNIFICATION

The defendant-in-crossclaim, Lillian Santiago Bauza, hereby states as follows in answer to the Crossclaim for Indemnification filed by counterclaim defendants, Dialogo, LLC and Direct Merchants S.A., Inc.

1. The defendant-in-crossclaim denies the allegations contained in paragraph 1 of the crossclaim.

2. The defendant-in-crossclaim denies the allegations contained in paragraph 2 of the crossclaim.

401288

3. The defendant-in-crossclaim denies the allegations contained in paragraph 3 of the crossclaim.

4. The defendant-in-crossclaim denies the allegations contained in paragraph 4 of the crossclaim.

5. The defendant-in-crossclaim denies the allegations contained in paragraph 5 of the crossclaim.

## SECOND DEFENSE

The crossclaim fails to state a claim upon which relief can be granted.

## THIRD DEFENSE

The counterclaim defendants are barred from any recovery on their crossclaim based on the doctrine of unclean hands.

## FOURTH DEFENSE

The counterclaim defendants are barred from any recovery on their crossclaim under the doctrine of estoppel.

## FIFTH DEFENSE

The counterclaim defendants are barred from any recovery on their crossclaim under the doctrine of waiver.

THE DEFENDANT-IN-CROSSCLAIM
LILLIAN SANTIAGO BAUZÁ

By /s/ Keith A. Minoff
Keith A. Minoff, Esq., and
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 551536

401288