UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-30076

Dialogo , LLC, et al

v.

Lillian Santiago Bauza, et al

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/26/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 1, 2005.

Sarah A. Thornton, Clerk of Court

By: _Carille Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____ .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Springfield)
# CIVIL DOCKET FOR CASE #: 3:05-cv-30076-MAP

Dialogo, LLC et al v. Bauza et al
Assigned to: Judge Michael A Ponsor
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 03/31/2005
Jury Demand: Defendant
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**Dialogo, LLC**  represented by  **George P. Field**
Verrill Dana, LLP
One Boston Place
23rd Floor
Boston, MA 02109
617-367-0929
Fax: 617-367-0976
Email: gfield@verrilldana.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth W. Brewster**
Verrill & Dana, LLP
One Boston Place
Ste. 2330
Boston, MA 02108
617-367-0929
Email: sbrewster@verrilldana.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*

|  |  |
|---|---|
|  | *NOTICED* |

**Plaintiff**

| Direct Merchants S.A., Inc. | represented by | **George P. Field** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE* <br> *NOTICED* |
|---|---|---|
| | | **Seth W. Brewster** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE* <br> *NOTICED* |

V.

**Defendant**

| Lillian Santiago Bauza | represented by | **Keith A. Minoff** <br> Robinson Donovan, P.C. <br> 1500 Main Street <br> Suite 1600 <br> Springfield, MA 01115 <br> 413-732-2301 <br> Fax: 413-785-4658 <br> Email: kminoff@robinson-donovan.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE* <br> *NOTICED* |
|---|---|---|
| | | **Nancy Frankel Pelletier** <br> Robinson Donovan, PC <br> 1500 Main Street <br> Suite 1600 <br> Springfield, MA 01115 <br> 413-732-2301 <br> Fax: 413-785-4658 |

                                                   Email: npelletier@robinson-donovan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**El Dialogo, LLC**      represented by  **Keith A. Minoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                **Nancy Frankel Pelletier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Francisco Javier Sole'**

**Counter Claimant**

**Lillian Santiago Bauza**      represented by  **Keith A. Minoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**El Dialogo, LLC**      represented by  **Keith A. Minoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Dialogo, LLC**  represented by **Seth W. Brewster**
Verrill & Dana, LLP
One Portland Square
Portland, ME 04112-0586
207-774-4000
Fax: 207-774-7499
Email: sbrewster@verrilldana.com
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Direct Merchants S.A., Inc.**  represented by **Seth W. Brewster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Francisco Javier Sole'**  represented by **Arnold Greenhut**
Rosen, Greenhut, Catuogno & Low
244 Bridge Street
Springfield, MA 01103
413-785-1504
Fax: 413-736-5640
Email: agreenhut@map.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Dialogo, LLC**  represented by **Seth W. Brewster**
(See above for address)
*LEAD ATTORNEY*

|   |   |
|---|---|
|   | *ATTORNEY TO BE NOTICED* |

**Counter Defendant**

| | | |
|---|---|---|
| **Direct Merchants S.A., Inc.** | represented by | **Seth W. Brewster**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Cross Claimant**

**Dialogo, LLC**

**Cross Claimant**

**Direct Merchants S.A., Inc.**

V.

**Cross Defendant**

**Lillian Santiago Bauza**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2005 | 1 | COMPLAINT against Francisco Javier Sole', Lillian Santiago Bauza, El Dialogo, LLC by Dialogo, LLC, Direct Merchants S.A., Inc. filed. Filing fee of $250.00 paid. Receipt number 305895. CF to counsel. (Attachments: # (1) # (2) # (3))(Finn, Mary) Additional attachment(s) added on 3/31/2005 (Finn, Mary). (Entered: 03/31/2005) |
| 03/31/2005 |  | Summons Issued as to Francisco Javier Sole', Lillian Santiago Bauza, El Dialogo, LLC. (Finn, Mary) (Entered: 03/31/2005) |

| 03/31/2005 | 2 | Pltfs' EMERGENCY MOTION for Short Order of Notice and for Temporary Restraining Order by Dialogo, LLC, Direct Merchants S.A., Inc. filed.(Finn, Mary) (Entered: 03/31/2005) |
|---|---|---|
| 03/31/2005 | 3 | Pltfs' MEMORANDUM in Support of their 2 EMERGENCY MOTION for Short Order of Notice and for Temporary Restraining Order by Dialogo, LLC, Direct Merchants S.A., Inc. filed. (Finn, Mary) (Entered: 03/31/2005) |
| 03/31/2005 | 4 | Pltfs' AFFIDAVIT of Gerry Pike in Support of their 2 EMERGENCY MOTION for Short Order of Notice and for Temporary Restraining Order by Dialogo, LLC, Direct Merchants S.A., Inc. filed. (Attachments: # 1 Exhibit 1-14 not scanned due to its volume)(Finn, Mary) Modified on 3/31/2005 (Finn, Mary). (Entered: 03/31/2005) |
| 03/31/2005 | 5 | Pltfs' AFFIDAVIT of Gabriela Romero in Support of their 2 EMERGENCY MOTION for Short Order of Notice and for Temporary Restraining Order by Dialogo, LLC, Direct Merchants S.A., Inc. filed. (Finn, Mary) (Entered: 03/31/2005) |
| 03/31/2005 | 6 | Pltfs' Corporate Document disclosure by Dialogo, LLC, Direct Merchants S.A., Inc. filed.(Finn, Mary) (Entered: 03/31/2005) |
| 03/31/2005 | 7 | Pltfs' AFFIDAVIT of Beatriz Mallory in Support of their 2 EMERGENCY MOTION for Short Order of Notice and for Temporary Restraining Order by Dialogo, LLC, Direct Merchants S.A., Inc. filed. (Finn, Mary) (Entered: 03/31/2005) |
| 03/31/2005 |  | Remark Counsel for Plaintiff notified by phone - Hearing on TRO set for 4/6/05 at 11:30 a.m. Counsel will notify all parties of hearing date (French, Elizabeth) (Entered: 03/31/2005) |
| 03/31/2005 |  | Set/Reset Deadlines as to 2 MOTION for Temporary |

| | | |
|---|---|---|
| | | Restraining Order. Motion Hearing set for 4/6/2005 11:30 AM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 03/31/2005) |
| 04/06/2005 | 8 | NOTICE of Appearance by Nancy Frankel Pelletier, Keith A. Minoff on behalf of Lillian Santiago Bauza, El Dialogo, LLC filed. (Finn, Mary) (Entered: 04/06/2005) |
| 04/06/2005 | 9 | Deft's AFFIDAVIT of Lillian Santiago Bauza in Opposition to the Pltfs' 2 MOTION for Temporary Restraining Order by Lillian Santiago Bauza filed. (Attachments: # 1)(Finn, Mary) (Entered: 04/06/2005) |
| 04/06/2005 | | Judge Michael A Ponsor : ENDORSED ORDER entered denying Ptf's 2 Emergency Motion for short order of notice and for TRO. DENIED, for failure to demonstrate, at this time, a likelihood of success on the merits. So ordered. cc/cl (Lindsay, Maurice) (Entered: 04/07/2005) |
| 04/07/2005 | 10 | AFFIDAVIT of Gerry Pike in Support re 2 MOTION for Temporary Restraining Order filed by Dialogo, LLC, Direct Merchants S.A., Inc.. (Lindsay, Maurice) (Entered: 04/07/2005) |
| 04/07/2005 | 11 | STATUS REPORT *and Proposed Schedule* by Dialogo, LLC, Direct Merchants S.A., Inc.. (Field, George) (Entered: 04/07/2005) |
| 04/07/2005 | 12 | STATUS REPORT *and Proposed Schedule* by Lillian Santiago Bauza, El Dialogo, LLC. (Minoff, Keith) (Entered: 04/07/2005) |
| 04/08/2005 | 13 | Judge Michael A Ponsor : ORDER entered. SCHEDULING ORDER: All written discovery due 4/29/05, responses due by 5/3/2005, depositions will take place on 5/5/05 and 5/6/05, Ptf's Motions for preliminary Injunction due by 5/13/2005, Dft's opposition due by 5/20/05 and a hearing on this motion will take place on 5/23/05 at 2:00 p.m. See |

| | | |
|---|---|---|
| | | attached order for complete details. cc/cl(Lindsay, Maurice) (Entered: 04/08/2005) |
| 04/22/2005 | 14 | AMENDED COMPLAINT *and Request for Injunctive Relief* against all defendants, filed by Dialogo, LLC, Direct Merchants S.A., Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Brewster, Seth) (Entered: 04/22/2005) |
| 04/26/2005 | 15 | AMENDED COMPLAINT *Second Amended Complaint and Request for Injunctive Relief* against all defendants, filed by Dialogo, LLC, Direct Merchants S.A., Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Brewster, Seth) (Entered: 04/26/2005) |
| 05/03/2005 | 16 | *Defendants, Lillian Santiago Bauza and El Dialogo, LLC* ANSWER to Amended Complaint *Second Amended Complaint and Request for Injunctive Relief; and*, COUNTERCLAIM against Dialogo, LLC, Direct Merchants S.A., Inc. by Lillian Santiago Bauza, El Dialogo, LLC.(Minoff, Keith) (Entered: 05/03/2005) |
| 05/03/2005 | 17 | MOTION to Disqualify Counsel *Verrill Dana as Attorneys for Plaintiff/Defendant-in-Counterclaim, Dialogo, LLC* by Lillian Santiago Bauza, El Dialogo, LLC, Lillian Santiago Bauza, El Dialogo, LLC. (Minoff, Keith) (Entered: 05/03/2005) |
| 05/03/2005 | 18 | Assented to MOTION for Protective Order *(Stipulated)* by Dialogo, LLC, Direct Merchants S.A., Inc., Dialogo, LLC. (Attachments: # 1)(Brewster, Seth) (Entered: 05/03/2005) |
| 05/04/2005 | 19 | SUMMONS Returned Executed Francisco Javier Sole' served on 4/2/2005, answer due 4/22/2005; Lillian Santiago Bauza served on 4/4/2005, answer due 4/25/2005; El Dialogo, LLC served on 4/4/2005, answer due 4/25/2005. (Field, George) (Entered: 05/04/2005) |
| | | |

| | | |
|---|---|---|
| 05/04/2005 | 20 | Joint MOTION to Amend 13 Scheduling Order, by Dialogo, LLC, Direct Merchants S.A., Inc., Dialogo, LLC, Direct Merchants S.A., Inc..(Brewster, Seth) (Entered: 05/04/2005) |
| 05/05/2005 | 21 | Joint MOTION to Amend 13 Scheduling Order, *Corrected Version* by Dialogo, LLC, Direct Merchants S.A., Inc., Dialogo, LLC, Direct Merchants S.A., Inc.. (Brewster, Seth) (Entered: 05/05/2005) |
| 05/05/2005 | | Judge Michael A Ponsor : Electronic ORDER entered terminating 20 Motion to Amend (Telephone call from Attorney Brewster re: docket number 21 to replace due to clerical errors) (Lindsay, Maurice) (Entered: 05/05/2005) |
| 05/05/2005 | 22 | ANSWER to FIRST Amended Complaint, COUNTERCLAIM against Dialogo, LLC, Direct Merchants S.A., Inc. by Francisco Javier Sole'filed. (Attachments: # 1)(Finn, Mary) Modified on 5/6/2005 (Finn, Mary). (Entered: 05/06/2005) |
| 05/06/2005 | | Judge Michael A Ponsor : ENDORSED ORDER entered granting 21 Joint Motion to Amend Scheduling Order to postpone depositions by four days. cc/cl (Lindsay, Maurice) (Entered: 05/06/2005) |
| 05/13/2005 | 23 | MEMORANDUM in Opposition re 17 MOTION to Disqualify Counsel *Verrill Dana as Attorneys for Plaintiff/Defendant-in-Counterclaim, Dialogo, LLC* filed by Dialogo, LLC, Direct Merchants S.A., Inc., Dialogo, LLC, Direct Merchants S.A., Inc., Dialogo, LLC, Direct Merchants S.A., Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Brewster, Seth) (Entered: 05/13/2005) |
| 05/13/2005 | 24 | MOTION for Preliminary Injunction by Dialogo, LLC, Direct Merchants S.A., Inc., Dialogo, LLC, Direct Merchants S.A., Inc., Dialogo, LLC, Direct Merchants S.A., Inc..(Brewster, Seth) (Entered: |

| | | |
|---|---|---|
| | | 05/13/2005) |
| 05/13/2005 | 25 | MEMORANDUM in Support re 24 MOTION for Preliminary Injunction filed by Dialogo, LLC, Direct Merchants S.A., Inc., Dialogo, LLC, Direct Merchants S.A., Inc., Dialogo, LLC, Direct Merchants S.A., Inc.. (Brewster, Seth) (Entered: 05/13/2005) |
| 05/13/2005 | 26 | Proposed Findings of Fact by Dialogo, LLC, Direct Merchants S.A., Inc., Dialogo, LLC, Direct Merchants S.A., Inc., Dialogo, LLC, Direct Merchants S.A., Inc.. (Attachments: # 1 Exhibit Santiago Dep Tr pp 1-47# 2 Exhibit Santiago Dep Tr pp 48-87# 3 Exhibit Santiago Dep Tr pp 88-174# 4 Exhibit Santiago Dep Tr pp 175-226# 5 Exhibit Santiago Dep Exs 1-10# 6 Exhibit Santiago Dep Exs. 12-70)(Brewster, Seth) (Entered: 05/13/2005) |
| 05/13/2005 | 27 | AFFIDAVIT in Support *of Motion for Preliminary Injunction*. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15)(Brewster, Seth) (Entered: 05/13/2005) |
| 05/20/2005 | 28 | Opposition re 24 MOTION for Preliminary Injunction filed by Lillian Santiago Bauza, El Dialogo, LLC, Lillian Santiago Bauza, El Dialogo, LLC. (Minoff, Keith) (Entered: 05/20/2005) |
| 05/20/2005 | 29 | MEMORANDUM in Opposition re 24 MOTION for Preliminary Injunction filed by Lillian Santiago Bauza, El Dialogo, LLC, Lillian Santiago Bauza, El Dialogo, LLC. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit)(Minoff, Keith) (Entered: 05/20/2005) |
| 05/23/2005 | 30 | ANSWER to Counterclaim by Dialogo, LLC, Direct Merchants S.A., Inc., Dialogo, LLC, Direct Merchants |

| | | |
|---|---|---|
| | | S.A., Inc., Dialogo, LLC, Direct Merchants S.A., Inc.. (Brewster, Seth) (Entered: 05/23/2005) |
| 05/23/2005 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor : Motion Hearing held on 5/23/2005 re 24 MOTION for Preliminary Injunction filed by Dialogo, LLC,, Direct Merchants S.A., Inc.,. ORDER TO ISSUE (Court Reporter Sarah Mubarek.) (French, Elizabeth) (Entered: 05/24/2005) |
| 05/23/2005 | | Judge Michael A Ponsor : ENDORSED ORDER entered denying 17 Motion to Disqualify Counsel. (Lindsay, Maurice) (Entered: 05/24/2005) |
| 05/23/2005 | | Judge Michael A Ponsor : ENDORSED ORDER entered denying 24 Motion for Preliminary Injunction. DENIED, for failure to show a likelihood of success on the merits. So ordered. cc/cl (Lindsay, Maurice) (Entered: 05/24/2005) |
| 05/25/2005 | 31 | Judge Michael A Ponsor : SCHEDULING ORDER entered. All automatic discovery will be completed by 6/24/2005. All Intg.'s and req. for production to be served by 7/31/2005. All depositions to be completed by and all discovery will close on 10/31/2005. This closure date assumes there will be no expert testimony. In the event either side wishes to offer expert testimony, an appropriate motion to amend this order will be filed. Final Pretrial Conference set for 11/3/2005 at 03:00 PM in Courtroom 1 before Judge Michael A Ponsor; cc/cl. (Finn, Mary) (Entered: 05/25/2005) |
| 05/25/2005 | 32 | Judge Michael A Ponsor : ORDER entered. PROCEDURAL ORDER re pretrial/trial Final Pretrial Conference set for 11/3/2005 at 03:00 PM in Courtroom 1 before Judge Michael A Ponsor; cc/cl. (Finn, Mary) (Entered: 05/25/2005) |
| 05/25/2005 | | Judge Michael A Ponsor : ENDORSED ORDER |

| | | |
|---|---|---|
| | | entered granting the parties unopposed 18 Motion for entry of Stipulated Confidentiality Agreement and Protective Order; cc/cl.(Finn, Mary) (Entered: 05/25/2005) |
| 05/25/2005 | 33 | Judge Michael A Ponsor : STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER entered; cc/cl.(Finn, Mary) (Entered: 05/25/2005) |
| 05/25/2005 | 34 | EXHIBIT *Exhibits Introduced at the May 23, 2005 Preliminary Injunction Hearing* by Dialogo, LLC, Direct Merchants S.A., Inc., Dialogo, LLC, Direct Merchants S.A., Inc., Dialogo, LLC, Direct Merchants S.A., Inc.. (Attachments: # 1 Exhibit 1 Transcript pp 1-31# 2 Exhibit 2 Transcript pp 32-62# 3 Exhibit 3 Transcript pp 63-93# 4 Exhibit 4 Transcript pp 94-124# 5 Exhibit 5 Transcript pp 125-155# 6 Exhibit 6 Transcript pp 156-186# 7 Exhibit 7 Transcript pp 187-217# 8 Exhibit 8 Transcript pp 218-247# 9 Exhibit 9 Transcript pp 248-278# 10 Exhibit 10 Transcript pp 279-304# 11 Exhibit 11 Bauza Dep Exhibit 12# 12 Exhibit 12 Bauza Dep Ex. 27# 13 Exhibit 13 Bauza Dep Ex. 54# 14 Exhibit 14 Bauza Dep Ex. 55# 15 Exhibit 15 Bauza Dep Ex. 56# 16 Exhibit 16 Bauza Dep Ex. 57)(Brewster, Seth) (Entered: 05/25/2005) |
| 05/25/2005 | 35 | ANSWER to Counterclaim *of Defendant Sole*, CROSSCLAIM against Lillian Santiago Bauza, Lillian Santiago Bauza by Dialogo, LLC, Direct Merchants S.A., Inc., Dialogo, LLC, Direct Merchants S.A., Inc., Dialogo, LLC, Direct Merchants S.A., Inc.. (Brewster, Seth) (Entered: 05/25/2005) |
| 05/26/2005 | 36 | NOTICE OF APPEAL by Dialogo, LLC, Dialogo, LLC, Direct Merchants S.A., Inc., Dialogo, LLC, Dialogo, LLC. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals |

| | | |
|---|---|---|
| | | web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/15/2005. (Brewster, Seth) (Entered: 05/26/2005) |
| 05/27/2005 | | Remark: The complete case file containing all pleadings and a certified copy of the docket sent today to the Clerk's Office in Boston, for final processing to the Appeals Court. (Lindsay, Maurice) (Entered: 05/27/2005) |
| 05/31/2005 | | Filing fee Paid: $ 255.00, receipt number 305952 regarding 36 Notice of Appeal. (Lindsay, Maurice) (Entered: 05/31/2005) |
| 05/31/2005 | 37 | *Defendant in Crossclaim Lillian Santiago Bauza's* ANSWER to Crossclaim *for Indemnification* by Lillian Santiago Bauza.(Minoff, Keith) (Entered: 05/31/2005) |