# United States Court of Appeals
## For the First Circuit



No. 05-1818

DIÁLOGO, LLC and DIRECT MERCHANTS S.A., INC.,

Plaintiffs, Appellants,

v.

LILLIAN SANTIAGO-BAUZÁ and EL DIÁLOGO, LLC,

Defendants, Appellees.

---

**JUDGMENT**

Entered: September 16, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 10/11/05

By the Court:

RICHARD CUSHING DONOVAN
Richard Cushing Donovan, Clerk

[cc: Mr. Field, Mr. Brewster, Mr.Knowles, Mr. Minoff, Ms. Pelletier, Mr. Greenhut.]