# United States Court of Appeals
## For the First Circuit

No. 05-1818

DIALOGO, LLC; DIRECT MERCHANTS S.A., INC.,

Plaintiffs, Appellants,

v.

LILLIAN SANTIAGO BAUZA; EL DIALOGO, LLC;,

Defendants, Appellees,

FRANCISCO JAVIER SOLE,

Defendant.

TAXATION OF COSTS

**Entered: October 18, 2005**

Costs in favor of **Appellees'** are taxed as follows:

Reproduction of brief ...............$ 86.25

TOTAL .............$ 86.25

Pursuant to Fed. R. App. P. 39 (d)(3), the district court is directed to add this taxation of costs to the mandate issued on **October 11, 2005.**

By the Court:
Richard Cushing Donovan, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By:_____ Date:_____

By:___LYNNE ALIX MORRISON___
Appeals Attorney

[certified copy: Sarah A. Thornton, Clerk, United States District Court for the District of Massachusetts]

[cc: George P. Field, Esq., Seth W. Brewster, Esq., William C. Knowles, Esq., Keith A. Minoff, Esq., Nancy Frankel Pelletier, Esq., Arnold Greenhut, Esq.]