```
            UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS
```

DIALOGO LLC, ET AL,              )
Plaintiffs                       )
                                 )
            v.                   ) C.A. NO. 05-30076-MAP
                                 )
LILLIAN SANTIAGO BAUZA, ET AL,   )
Defendants                       )

### FURTHER SCHEDULING ORDER

                    October 8, 2005

PONSOR, D.J.

    Counsel for all parties appeared for a final pretrial conference on November 3, 2005. Based on counsel's representations, the court orders as follows:

    1. Motions for summary judgment by the plaintiff and by the co-defendant Sole will be filed no later than November 18, 2005.

    2. Opposition to motions for summary judgment will be filed by December 16, 2005.

    3. Any replies will be filed by January 6, 2006.

    4. Counsel will appear again before this court for argument on the motions for summary judgment on January 17, 2006 at 3:00 p.m.

    It is So Ordered.

                                       /s/ Michael A. Ponsor
                                       MICHAEL A. PONSOR
                                       United States District Judge