UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIALOGO LLC, and )
DIRECT MERCHANTS, S.A., INC. )
    Plaintiffs )
v )   CIVIL ACTION NO. 05-30076MAP
)
LILLIAN SANTIAGO BAUZA, )
EL DIALOGO, LLC, and )
FRANCISCO JAVIER SOLE )
)
    Defendants )

## MOTION TO EXTEND TIME FOR FILING ALL MOTIONS FOR SUMMARY JUDGMENT

At the final Pre-Trial Conference on November 3, 2005, the Court set November 18, 2005 as the date for filing of the Defendant Francisco Javier Sole's Motion for Summary Judgment. The Affidavit of Francisco Sole will be attached.

Mr. Sole is currently out of the country in Venezuela for the next seven to ten days and will be unable to execute the Affidavit prior to the deadline of November 18, 2005.

PAGE TWO

Pursuant to Local Rules of Court, Rule 7(a)(2), counsel for Mr. Sole and the Plaintiffs have consulted one another and now jointly request that the date for filing both Motions for Summary Judgment be set for November 30, 2005. The corresponding reply date will also be extended by twelve days.

The parties respectfully requests that this Motion be granted.

DATED:   November 15, 2005

The Defendant Francisco Javier Sole,
by his Attorney

ARNOLD GREENHUT, ESQ.
BBO #210150
Rosen, Greenhut, Catuogno & Low
244 Bridge Street
Springfield, MA 01103
Telephone: (413) 785-1504

## CERTIFICATE OF SERVICE

    I, ARNOLD GREENHUT, ESQ., hereby certify that on the 15th day of November, 2005 I caused a copy of the foregoing, MOTION TO EXTEND TIME FOR ALL MOTIONS FOR SUMMARY JUDGMENT to be served on the parties to the case via facsimile and by mailing a copy first class mail, postage prepaid to:

Keith A. Minoff, Esq.
Robinson & Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115

Nancy Pelletier, Esq.
Robinson & Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115

George Field, Esq.
Verrill Dana, LLP
One Boston Place, Suite 2330
Boston, MA 02108

Seth W. Brewster, Esq.
Verrill Dana, LLP
One Boston Place, Suite 2330
Boston, MA 02108

_____
ARNOLD GREENHUT, ESQ.