UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIÁLOGO, LLC and <br> DIRECT MERCHANTS S.A., INC., <br><br> Plaintiffs, <br><br> v. <br><br> LILLIAN SANTIAGO BAUZÁ, <br> EL DIÁLOGO, LLC, and <br> FRANCISCO JAVIER SOLÉ, <br><br> Defendants. <br><br> LILLIAN SANTIAGO BAUZÁ, <br> EL DIÁLOGO, LLC, and <br> FRANCISCO JAVIER SOLÉ, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> DIÁLOGO, LLC and <br> DIRECT MERCHANTS S.A., INC., <br><br> Counterclaim-Defendants. | CIVIL ACTION NO. 05-cv-30076-MAP |

**PLAINTIFFS' MOTION TO ENLARGE TIME TO FILE MOTION
FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION
FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiffs Diálogo, LLC ("the Company" or "Diálogo, LLC") and Direct Merchants S.A., Inc. ("DMSA") (collectively, "Plaintiffs") hereby move to enlarge the time, by five (5) hours, required to file a motion for summary judgment and documents pertaining to the motion. Due to the unexpected delays in the

preparation of the documents, Plaintiffs were unable to file their motion by 6:00 p.m. EST.

Accordingly, Plaintiffs respectfully request an additional five hours to file such documents.

DIÁLOGO, LLC and<br>
DIRECT MERCHANTS S.A., INC.<br><br>
By their attorneys,

Dated:   November 30, 2005         /s/ Seth W. Brewster
                                   George Field (BBO No. 164520)
                                   Seth W. Brewster (BBO No. 551248)
                                   Attorneys for Plaintiffs
                                   Verrill Dana, LLP
                                   One Portland Square
                                   P.O. Box 586
                                   Portland, ME  04112-0586
                                   (207) 774-4000
                                   gfield@verrilldana.com
                                   sbrewster@verrilldana.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2005, I electronically filed Plaintiffs' Motion To Enlarge Time to File Motion for Summary Judgment or, In the Alternative, Motion for Partial Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Keith A. Minoff, Esq. and Arnold Greenhut, Esq., and hereby certify that there are no non-registered participants.

                                   /s/ Seth W. Brewster

P:\sbrewster\Dialogo\Motion Enlarge Time 113005.doc