UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30076-MAP

| | |
|---|---|
| DIÁLOGO, LLC and | ) |
| DIRECT MERCHANTS S.A., INC., | ) |
|     Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| LILLIAN SANTIAGO BAUZÁ, | ) |
| EL DIÁLOGO, LLC, and | ) |
| FRANCISCO JAVIER SOLÉ, | ) |
|     Defendants | ) |
| | ) |
| LILLIAN SANTIAGO BAUZÁ, | ) |
| EL DIÁLOGO, LLC, and | ) |
| FRANCISCO JAVIER SOLÉ, | ) |
|     Plaintiffs in Counterclaim | ) |
| | ) |
| v. | ) |
| | ) |
| DIÁLOGO, LLC and | ) |
| DIRECT MERCHANTS S.A., INC., | ) |
|     Defendants in Counterclaim | |

## DEFENDANTS' MOTION TO EXTEND TIME FOR FILING OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (NOT OPPOSED)

The current briefing schedule in this case requires the Defendants, Lillian Santiago-Bauza and El Dialogo, LLC to file their opposition to the plaintiff's Motion for Summary Judgment by December 28, 2005. Defendants hereby move that the time for filing an opposition be extended until Wednesday January 11, 2006, for the following reasons:

1.    Defendants' counsel, Keith Minoff, Esq., will be on a long planned family vacation from December 25, 2005 – January 2, 2006.

412568

2.     Attorney Minoff is currently preparing oppositions to various Motions for Summary Judgment and Motions to Exclude Expert Testimony in the Case of *June Taylor v. Airco, et al.*  Oppositions to the Motions are currently due on January 9, 2006 and require a great deal of time and effort.

3.     Counsel for the Plaintiffs, Seth W. Brewster, Esq., does not oppose this motion.

4.     Counsel for Defendant, Sole, Arnold Greenhut, Esq., does not oppose this motion.

WHEREFORE, the Defendants, Lillian Santiago-Bauza and El Dialogo, LLC respectfully request that the briefing schedule in this case be modified as follows:

A.  Oppositions to Plaintiffs' Motion for Summary Judgment and Co-Defendant, Francisco Sole's for Summary Judgment shall be filed by January 11, 2006.

B.  Replies of Plaintiffs and Defendant Sole to Oppositions, shall be filed by January 20, 2006.

C.  The hearing on all motions for summary judgment currently scheduled for January 17, 2006, shall be rescheduled for Tuesday, January 31, 2006 at 3:00 p.m., or any other time during the week of January 30, 2006, which is convenient for the Court.

THE DEFENDANTS/
PLAINTIFFS-IN-COUNTERCLAIM
LILLIAN SANTIAGO BAUZÁ and
EL DIÁLOGO, LLC


By_____*/s/ Keith A. Minoff*_____
Keith A. Minoff, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301 Fax (413) 785-4658
BBO No.:  551536

416407