UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
DIÁLOGO, LLC and                            )
DIRECT MERCHANTS S.A., INC.,                )   CIVIL ACTION NO. 05-cv-30076-MAP
                                            )
            Plaintiffs,                     )
                                            )
v.                                          )
                                            )
LILLIAN SANTIAGO BAUZÁ,                     )
EL DIÁLOGO, LLC, and                        )
FRANCISCO JAVIER SOLÉ,                      )
                                            )
            Defendants.                     )
_____)
                                            )
LILLIAN SANTIAGO BAUZÁ,                     )
EL DIÁLOGO, LLC, and                        )
FRANCISCO JAVIER SOLÉ,                      )
                                            )
            Counterclaim-Plaintiffs,        )
                                            )
v.                                          )
                                            )
DIÁLOGO, LLC and                            )
DIRECT MERCHANTS S.A., INC.,                )
                                            )
            Counterclaim-Defendants.        )
_____)

**PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME TO FILE
OPPOSITION TO DEFENDANT SOLE'S MOTION
FOR SUMMARY JUDGMENT**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Plaintiffs Diálogo, LLC ("the Company" or "Diálogo, LLC") and Direct Merchants S.A., Inc. ("DMSA") (collectively, "Plaintiffs") hereby move to enlarge the time until Wednesday, January 11, 2006 for the filing of Plaintiffs' opposition to Defendant Sole's Motion for Summary Judgment. The reasons for this

motion are as follows:

1. Plaintiffs' counsel has had a planned family vacation for the week of December 26. Moreover, Plaintiffs' counsel has been actively engaged in a number of other matters.

2. On December 20, 2005, Defendants moved for an enlargement of the deadline of all summary judgment oppositions to January 11, 2006. In Defendants' motion, Defendants requested that all opposition deadlines be enlarged to January 11, 2006. Accordingly, Plaintiffs' counsel expected the enlargement of all deadlines.

3. Immediately before vacation, Plaintiffs' counsel received notice that the Court apparently granted the enlargement motion for Defendants only.

4. Attorney Arnold Greenhut does not oppose this motion.

WHEREFORE, Plaintiffs respectfully request that the Court enlarge the deadline for the filing of the opposition to Defendant Sole's Motion for Summary Judgment to and including January 11, 2006.

                                              DIÁLOGO, LLC and
                                              DIRECT MERCHANTS S.A., INC.

                                              By their attorneys,

Dated:  December 27, 2005              /s/ Seth W. Brewster
                                              George Field (BBO No. 164520)
                                              Seth W. Brewster (BBO No. 551248)
                                              Attorneys for Plaintiffs
                                              Verrill Dana, LLP
                                              One Portland Square
                                              P.O. Box 586
                                              Portland, ME  04112-0586
                                              (207) 774-4000
                                              gfield@verrilldana.com
                                              sbrewster@verrilldana.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 27, 2005, I electronically filed Plaintiffs' Unopposed Motion To Enlarge Time to File Opposition to Defendant Sole's Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Keith A. Minoff, Esq. and Arnold Greenhut, Esq., and hereby certify that there are no non-registered participants.

                                      /s/ Seth W. Brewster

P:\sbrewster\Dialogo\Motion Enlarge Time 122705.doc