UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                       )
DIÁLOGO, LLC and                       )
DIRECT MERCHANTS S.A., INC.,           )   CIVIL ACTION NO. 05-cv-30076-MAP
                                       )
            Plaintiffs,                )
                                       )
v.                                     )
                                       )
LILLIAN SANTIAGO BAUZÁ,                )
EL DIÁLOGO, LLC, and                   )
FRANCISCO JAVIER SOLÉ,                 )
                                       )
            Defendants.                )
_____)
                                       )
LILLIAN SANTIAGO BAUZÁ,                )
EL DIÁLOGO, LLC, and                   )
FRANCISCO JAVIER SOLÉ,                 )
                                       )
            Counterclaim-Plaintiffs,   )
                                       )
v.                                     )
                                       )
DIÁLOGO, LLC and                       )
DIRECT MERCHANTS S.A., INC.,           )
                                       )
            Counterclaim-Defendants.   )
_____)

**PLAINTIFFS' MOTION TO FURTHER ENLARGE TIME TO FILE
OPPOSITION TO DEFENDANT SOLE'S MOTION
FOR SUMMARY JUDGMENT**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Plaintiffs Diálogo, LLC ("the Company" or "Diálogo, LLC") and Direct Merchants S.A., Inc. ("DMSA") (collectively, "Plaintiffs") hereby move to enlarge further the time until Tuesday, January 24, 2006 for the filing of Plaintiffs' opposition to Defendant Sole's Motion for Summary

Judgment. The reasons for this motion are as follows:

Since the last enlargement of time on or about December 28, 2005, Plaintiffs' counsel has had a severe family crisis which has required him to devote virtually his entire attention to this personal matter. This crisis also has resulted in the illness of Plaintiffs' counsel's daughter, and he has been required to stay at home to attend to her needs.

Keith Minoff, counsel for Ms. Bauzá and El Diálogo, LLC consents to this motion. Counsel for Mr. Solé has been contacted with this request by e-mail and voice mail message.

WHEREFORE, Plaintiffs respectfully request that the Court further enlarge the deadline for the filing of the opposition to Defendant Sole's Motion for Summary Judgment to and including January 24, 2006.

        DIÁLOGO, LLC and
        DIRECT MERCHANTS S.A., INC.

        By their attorneys,

Dated: January 11, 2006        /s/ Seth W. Brewster
        George Field (BBO No. 164520)
        Seth W. Brewster (BBO No. 551248)
        Attorneys for Plaintiffs
        Verrill Dana, LLP
        One Portland Square
        P.O. Box 586
        Portland, ME 04112-0586
        (207) 774-4000
        gfield@verrilldana.com
        sbrewster@verrilldana.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2006, I electronically filed Plaintiffs' Motion To Further Enlarge Time to File Opposition to Defendant Sole's Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Keith A. Minoff, Esq. and Arnold Greenhut, Esq., and hereby certify that there are no non-registered participants.

                                                    /s/ Seth W. Brewster

P:\sbrewster\Dialogo\Motion Enlarge Time 11106Final.doc