UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30076-MAP

| | |
|---|---|
| DIÁLOGO, LLC and | ) |
| DIRECT MERCHANTS S.A., INC., | ) |
|     Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| LILLIAN SANTIAGO BAUZÁ, | ) |
| EL DIÁLOGO, LLC, and | ) |
| FRANCISCO JAVIER SOLÉ, | ) |
|     Defendants | ) |
| | ) |
| LILLIAN SANTIAGO BAUZÁ, | ) |
| EL DIÁLOGO, LLC, and | ) |
| FRANCISCO JAVIER SOLÉ, | ) |
|     Plaintiffs in Counterclaim | ) |
| | ) |
| v. | ) |
| | ) |
| DIÁLOGO, LLC and | ) |
| DIRECT MERCHANTS S.A., INC., | ) |
|     Defendants in Counterclaim | |

## NOTICE OF FILING

Notice is hereby given that the exhibits listed below, submitted in support of Defendants, Lillian Santiago Bauzá's and El Diálogo, LLC's, Opposition to Plaintiffs' Motion for Summary Judgment and Defendants' Response to Plaintiffs' Statement of Material Facts in Support of Plaintiffs' Motion for Summary Judgment, have been paper filed with the U.S. District Court this 12th day of January, 2006.

Exhibit A:   Letters of Andrew Morehouse, Director, Solutions Community Development Corporation; Xenia Rosado-Merced, Community Outreach Manager, Holyoke Medical Center.

Exhibit B:   Relevant pages of the transcript of the video deposition of Lillian Santiago Bauzá, May 9, 2005.

417934

Exhibit C:     Affidavit of Lillian Santiago Bauzá, with attached Exhibits.

Exhibit D:     The Venture Agreement of Dialogo, LLC.

Exhibit E:     The Operating Agreement of Dialogo, LLC.

Exhibit F:     Supplemental Affidavit of Lillian Santiago Bauzá, with attached Exhibits.

Exhibit G:     Two photocopies of the July 2003 edition of Diálogo Bilingue, Volume 1, Number 2.

Exhibit H:     Affidavit of Gerry Pike, with attached Exhibits.

Exhibit I:     Relevant pages of the transcript of the hearing held before the Honorable Michael A. Ponsor, United States District Court Judge, on May 23, 2005.

Copies of the aforementioned exhibits will be delivered, via First Class Mail, postage prepaid, to counsel of record.

THE DEFENDANTS/
PLAINTIFFS-IN-COUNTERCLAIM
LILLIAN SANTIAGO BAUZÁ and
EL DIÁLOGO, LLC


By ___/s/ Keith A. Minoff_____
Keith A. Minoff, Esq., of
Robinson Donovan Madden & Barry, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301 Fax (413) 785-4658
BBO No.:  551536
kminoff@robinson-donovan.com

## CERTIFICATE OF SERVICE

I, Keith A. Minoff, Esq., hereby certify that this document was mailed, postage prepaid, this 12th day of January, 2006, to all attorneys of record,

Subscribed under the penalties of perjury.

___/s/ Keith A. Minoff_____
Keith A. Minoff, Esq.

417934