UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
DIÁLOGO, LLC and                    )
DIRECT MERCHANTS S.A., INC.,        )   CIVIL ACTION NO. 05-cv-30076-MAP
                                    )
            Plaintiffs,             )
                                    )
v.                                  )
                                    )
LILLIAN SANTIAGO BAUZÁ,             )
EL DIÁLOGO, LLC, and                )
FRANCISCO JAVIER SOLÉ,              )
                                    )
            Defendants.             )
_____)
                                    )
LILLIAN SANTIAGO BAUZÁ,             )
EL DIÁLOGO, LLC, and                )
FRANCISCO JAVIER SOLÉ,              )
                                    )
            Counterclaim-Plaintiffs,)
                                    )
v.                                  )
                                    )
DIÁLOGO, LLC  and                   )
DIRECT MERCHANTS S.A., INC.,        )
                                    )
            Counterclaim-Defendants.)
_____)

**PLAINTIFFS' MOTION TO FURTHER ENLARGE TIME TO FILE
OPPOSITION TO DEFENDANT SOLE'S MOTION
FOR SUMMARY JUDGMENT AND REPLY MEMORANDUM ON
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Plaintiffs Diálogo,

LLC ("the Company" or "Diálogo, LLC") and Direct Merchants S.A., Inc. ("DMSA")

(collectively, "Plaintiffs") hereby move to enlarge further the time until Friday, February

3, 2006 for the filing of Plaintiffs' opposition to Defendant Sole's Motion for Summary

Judgment and Reply Memorandum on Plaintiffs' Motion for Summary Judgment. The reasons for this motion are as follows:

Since the enlargement of time on or about December 28, 2005, Plaintiffs' counsel has had a severe family crisis which has required him to devote virtually his entire attention to this personal matter. Since January 11, this crisis has been ongoing; it also has resulted in the illness of Plaintiffs' counsel's daughter and son, and he has been required to stay at home to attend to their needs.

Keith Minoff, counsel for Ms. Bauzá and El Diálogo, LLC consents to this motion. Counsel for Mr. Solé has been contacted with this request by voice mail message.

WHEREFORE, Plaintiffs respectfully request that the Court further enlarge the deadline for the filing of the opposition to Defendant Sole's Motion for Summary Judgment and Reply Memorandum on Plaintiffs' Motion for Summary Judgment to and including February 3, 2006.

                                                    DIÁLOGO, LLC and
                                                    DIRECT MERCHANTS S.A., INC.

                                                    By their attorneys,

Dated:  January 24, 2006         /s/ Seth W. Brewster
                                                    George Field (BBO No. 164520)
                                                    Seth W. Brewster (BBO No. 551248)
                                                    Attorneys for Plaintiffs
                                                    Verrill Dana, LLP
                                                    One Portland Square
                                                    P.O. Box 586
                                                    Portland, ME  04112-0586
                                                    (207) 774-4000
                                                    gfield@verrilldana.com
                                                    sbrewster@verrilldana.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 24, 2006, I electronically filed Plaintiffs' Motion To Further Enlarge Time to File Opposition to Defendant Sole's Motion for Summary Judgment and Reply Memorandum on Plaintiffs' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Keith A. Minoff, Esq. and Arnold Greenhut, Esq., and hereby certify that there are no non-registered participants.

                                            /s/ Seth W. Brewster

P:\sbrewster\Dialogo\Motion Enlarge Time 012406.doc