# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIÁLOGO, LLC and<br>DIRECT MERCHANTS S.A., INC., | CIVIL ACTION NO. 05-cv-30076-MAP |
| Plaintiffs, | |
| v. | |
| LILLIAN SANTIAGO BAUZÁ,<br>EL DIÁLOGO, LLC, and<br>FRANCISCO JAVIER SOLÉ, | |
| Defendants. | |
| LILLIAN SANTIAGO BAUZÁ,<br>EL DIÁLOGO, LLC, and<br>FRANCISCO JAVIER SOLÉ, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| DIÁLOGO, LLC and<br>DIRECT MERCHANTS S.A., INC., | |
| Counterclaim-Defendants. | |

**PLAINTIFFS' MOTION TO FURTHER ENLARGE TIME TO FILE
OPPOSITION TO DEFENDANT SOLE'S MOTION
FOR SUMMARY JUDGMENT AND REPLY MEMORANDUM ON
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Plaintiffs Diálogo, LLC ("the Company" or "Diálogo, LLC") and Direct Merchants S.A., Inc. ("DMSA") (collectively, "Plaintiffs") hereby move to enlarge further the time until Thursday, February 9, 2006 for the filing of Plaintiffs' opposition to Defendant Sole's Motion for

Summary Judgment and Reply Memorandum on Plaintiffs' Motion for Summary Judgment. The reasons for this motion are as follows:

Since the enlargement of time on or about December 28, 2005, Plaintiffs' counsel has had a severe family crisis which has required him to devote virtually his entire attention to this personal matter. Since January 24, this crisis has been ongoing, and it has required a substantial amount of time and energy.

WHEREFORE, Plaintiffs respectfully request that the Court further enlarge the deadline for the filing of the opposition to Defendant Sole's Motion for Summary Judgment and Reply Memorandum on Plaintiffs' Motion for Summary Judgment to and including February 9, 2006.

    DIÁLOGO, LLC and
    DIRECT MERCHANTS S.A., INC.

    By their attorneys,

Dated: February 3, 2006

/s/ Seth W. Brewster
George Field (BBO No. 164520)
Seth W. Brewster (BBO No. 551248)
Attorneys for Plaintiffs
Verrill Dana, LLP
One Portland Square
P.O. Box 586
Portland, ME 04112-0586
(207) 774-4000
gfield@verrilldana.com
sbrewster@verrilldana.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2006, I electronically filed Plaintiffs' Motion To Further Enlarge Time to File Opposition to Defendant Sole's Motion for Summary Judgment and Reply Memorandum on Plaintiffs' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Keith A. Minoff, Esq. and Arnold Greenhut, Esq., and hereby certify that there are no non-registered participants.

      /s/ Seth W. Brewster

P:\sbrewster\Dialogo\Motion Enlarge Time 020306.doc