UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
DIÁLOGO, LLC and                            )
DIRECT MERCHANTS S.A., INC.,                )   CIVIL ACTION NO. 05-cv-30076-MAP
                                            )
            Plaintiffs,                     )
                                            )
v.                                          )
                                            )
LILLIAN SANTIAGO BAUZÁ,                     )
EL DIÁLOGO, LLC, and                        )
FRANCISCO JAVIER SOLÉ,                      )
                                            )
            Defendants.                     )
_____)
                                            )
LILLIAN SANTIAGO BAUZÁ,                     )
EL DIÁLOGO, LLC, and                        )
FRANCISCO JAVIER SOLÉ,                      )
                                            )
            Counterclaim-Plaintiffs,        )
                                            )
v.                                          )
                                            )
DIÁLOGO, LLC and                            )
DIRECT MERCHANTS S.A., INC.,                )
                                            )
            Counterclaim-Defendants.        )
_____)

**PLAINTIFFS' FINAL MOTION TO FURTHER ENLARGE TIME TO FILE
OPPOSITION TO DEFENDANT SOLE'S MOTION
FOR SUMMARY JUDGMENT AND REPLY MEMORANDUM ON
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Plaintiffs Diálogo,

LLC ("the Company" or "Diálogo, LLC") and Direct Merchants S.A., Inc. ("DMSA")

(collectively, "Plaintiffs") hereby move to enlarge further the time until Friday, March 3,

2006 for the filing of Plaintiffs' opposition to Defendant Sole's Motion for Summary

Judgment and Reply Memorandum on Plaintiffs' Motion for Summary Judgment. The reasons for this motion are as follows:

Since the enlargement of time on or about December 28, 2005, Plaintiffs' counsel has had a severe family crisis which has required him to devote virtually his entire attention to this personal matter. Since February 9, this crisis has been ongoing, and it has required a substantial amount of time and energy, including time with doctors and therapists. Plaintiffs' counsel has sought to enlist another attorney to assist him with these documents, but due to previous commitments and personal issues, including a planned vacation, counsel will be unable to complete this before March 3.

WHEREFORE, Plaintiffs respectfully request that the Court further enlarge the deadline for the filing of the opposition to Defendant Sole's Motion for Summary Judgment and Reply Memorandum on Plaintiffs' Motion for Summary Judgment to and including March 3, 2006.

        DIÁLOGO, LLC and
        DIRECT MERCHANTS S.A., INC.

        By their attorneys,

Dated:  February 17, 2006        /s/ Seth W. Brewster
        George Field (BBO No. 164520)
        Seth W. Brewster (BBO No. 551248)
        Attorneys for Plaintiffs
        Verrill Dana, LLP
        One Portland Square
        P.O. Box 586
        Portland, ME  04112-0586
        (207) 774-4000
        gfield@verrilldana.com
        sbrewster@verrilldana.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 17, 2006, I electronically filed Plaintiffs' Final Motion To Further Enlarge Time to File Opposition to Defendant Sole's Motion for Summary Judgment and Reply Memorandum on Plaintiffs' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:  Keith A. Minoff, Esq. and Arnold Greenhut, Esq., and hereby certify that there are no non-registered participants.

                                              /s/ Seth W. Brewster