UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DIALOGO LLC, and <br> DIRECT MERCHANTS, S.A., INC., <br><br> Plaintiffs, <br><br> v. <br><br> LILLIAN SANTIAGO BAUZA, <br> EL DIALOGO, LLC, and <br> FRANCISCO JAVIER SOLE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. 05-30076-MAP |

**PLAINTIFFS' RESPONSE TO DEFENDANT FRANCISCO JAVIER SOLE'S STATEMENT OF UNCONTESTED MATERIAL FACTS AND PLAINTIFF'S STATEMENT OF LEGAL ELEMENTS**

Pursuant to Fed. R. Civ. P. 56 and Rule 56.1 of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiffs, Dialogo LLC and Direct Merchant, S.A., Inc. (collectively "Plaintiffs"), respond to the numbered paragraphs in Defendant Francisco Javier Sole's Statement Of Uncontested Material Facts as follows:

1. Admitted.

2. Admitted.

3. Admitted in part, denied in part. Plaintiffs state that on or about January 14, 2005, Mr. Gerry Pike sent an e-mail to Mr. Sole, with a copy to Ms. Santiago Bauza, and attached to the e-mail a copy of a Confidentiality and Non-Compete Agreement between Dialogo, LLC and Francisco Javier Sole that they had previously discussed. See Pike Aff. III ¶ 5. Subsequently, Mr. Sole, Mr. Pike and Ms. Santiago Bauza met, and in the presence of Ms. Santiago Bauza and Mr. Pike, Mr. Sole signed the Confidentiality and

Non-Compete Agreement.  Ms. Santiago Bauza retained a copy of this signed agreements on behalf of Dialogo, LLC.  Pike Aff. III ¶ 6.

    4.  Admitted.

    5.  Admitted in part, denied in part.  Plaintiffs admit that Defendant Sole performed some work for which he was hired during his time at Dialogo LLC.  Upon information and belief, however, Mr. Sole began using his effort and time for the publication of a newspaper, other than that for which he was hired by Dialogo, LLC, prior to February 28, 2005 as, among other things, his name appeared on the masthead of Ms. Bauza's March 15, 2005 and April 1, 2005 editions of "El Dialogo."  Pike Aff. III ¶ 12 and Exs. G and H.

    6.  Denied.  Pike Aff. III ¶ 11 and Ex. F.

                                                    DIALOGO, LLC and
                                                    DIRECT MERCHANTS S.A., INC.

                                                    By their attorneys,

Dated:  March 3, 2006                    /s/ Seth W. Brewster_____
                                                    George P. Field (BBO No. 164520)
                                                    Seth W. Brewster (BBO No. 551248)
                                                    VERRILL DANA, LLP
                                                    One Portland Square
                                                    Portland, ME  04112-05586
                                                    (207) 774-4000

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2006, I electronically filed Plaintiff's Response To Defendant Francisco Javier Sole's Statement Of Undisputed Material Facts with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Keith A. Minoff, Esq. and Arnold Greenhut, Esq., and I hereby certify that there are no non-registered participants.

                                                                     /s/ Seth W. Brewster_____