UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIALOGO LLC, and <br> DIRECT MERCHANTS, S.A., INC. <br>     Plaintiffs <br><br> v <br><br> LILLIAN SANTIAGO BAUZA, <br> EL DIALOGO, LLC, and <br> FRANCISCO JAVIER SOLE <br><br>     Defendants | CIVIL ACTION NO. 05-30076MAP |

## MOTION TO CONTINUE STATUS CONFERENCE WITH CONSENT OF ALL PARTIES

The undersigned, on behalf of Atty. Keith Minoff hereby respectfully requests that the Status Conference scheduled for February 1, 2007, be continued to a date convenient to the Court, but no earlier than February 12, 2007. As grounds for this request, Atty. Minoff has had deaths in his family this week. The family members resided in Florida and funeral services and observances will be conducted there.

The undersigned has conferred with counsel for all parties, and they have consented to this Request.

January 30, 2007

ARNOLD GREENHUT, ESQ.
1331 Main Street
Springfield, MA 01103
TEL: 1-413-785-1520
BBO# 210150

## CERTIFICATE OF SERVICE

I, ARNOLD GREENHUT, ESQ., hereby certify that on the 30th day of January, 2006 I caused a copy of the foregoing, MOTION TO CONTINUE STATUS CONFERENCE WITH CONSENT OF ALL PARTIES to be served on the parties to the case via facsimile to:

Keith A. Minoff, Esq.
Robinson & Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115


Seth W. Brewster, Esq.
Verrill Dana, LLP
One Boston Place, Suite 2330
Boston, MA 02108

_____
ARNOLD GREENHUT, ESQ.