```
               UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS


DIALOGO LLC, ET AL,                  )
Plaintiffs                           )
                                     )
            v.                       ) C.A. NO. 05-30076-MAP
                                     )
LILLIAN SANTIAGO BAUZA, ET AL,       )
Defendants                           )
```

FURTHER SCHEDULING ORDER

February 22, 2007

PONSOR, D.J.

Counsel for all parties appeared for a status conference following the court's issuance of a ruling on the parties' Motions for Summary Judgment. Based on counsel's representations, the court orders as follows:

    1. Motions in limine, if any, will be filed no later than May 11, 2007, and opposed by May 21, 2007.

    2. Proposed voir dire questions and proposed jury instructions will be filed no later than June 11, 2007.

    3. Trial in this matter will commence on June 18, 2007 at 10:00 a.m. Counsel will appear that day at 9:00 a.m. for a brief conference prior to commencement of jury selection. The trial will proceed thereafter from 9:00 a.m. to 1:00 p.m. It is estimated that no more then five days will be required to complete the case.

It is So Ordered.

                                                                            /s/ Michael A. Ponsor
                                                                            MICHAEL A. PONSOR
                                                                            United States District Judge