UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30076-MAP

DIÁLOGO, LLC and )
DIRECT MERCHANTS S.A., INC., )
    Plaintiffs )
)
v. )
)
LILLIAN SANTIAGO BAUZÁ, )
EL DIÁLOGO, LLC, and )
FRANCISCO JAVIER SOLÉ, )
    Defendants )

## DEFENDANT, LILLIAN SANTIAGO BAUZA AND EL DIALOGO, LCC'S, STATUS REPORT AND REQUEST FOR STATUS CONFERENCE

In light of recent events, the defendants, Lillian Santiago Bauza and El Dialogo, LLC, feel that it is appropriate at this time to inform the Court about the current status of this matter which is currently scheduled to go to trial on June 18, 2007.

As the Court and the plaintiffs are already aware, Ms. Santiago ceased publication of El Dialogo in December 2006 due primarily to serious health problems. Ms. Santiago underwent surgery in January 2007. She is still recovering from that surgery and is continuing to receive treatment for her condition. She has no intention of resuming publication of El Dialogo or any similar newspaper

Approximately one month ago, undersigned counsel spoke with plaintiffs' counsel and offered to settle this case by dismissing all claims and counterclaims and transferring all of the

assets of El Dialogo, including any trademarks and other intellectual property to the plaintiffs. Since that offer was made, the parties have been unable to reach a settlement on these terms.

Ms. Santiago is now willing to voluntarily dismiss all of her counterclaims against Direct Merchants S.A., Inc. ("DMSA") and transfer all of the assets of El Dialogo, LLC and its predecessors to the plaintiffs. These assets consist primarily of a computer, some accounts receivable, bank statements and other financial records and numerous documents and files relating to the day-to-day business of the newspaper. All of these assets are currently located in an office at Open Square in Holyoke and can be made available for pickup by the plaintiffs on short notice.

Ms. Santiago has no intention of pursuing her counterclaims against the plaintiffs nor does she have any intention of appearing at trial to defend herself or El Dialogo, LLC from the claims that have been brought against them by the plaintiffs. Plaintiffs' counsel has been informed that any judgment that the plaintiffs are able to obtain against Ms. Santiago or El Dialogo, LLC will be uncollectible as neither Ms. Santiago nor El Dialogo, LLC has any assets or insurance available to satisfy any such judgment.

Under these circumstances, the defendants believe that a trial is wholly unnecessary and would be a waste of judicial resources. The defendants believe that it would be useful to convene a status conference at the earliest possible date to discuss the current status of the case, determine whether a trial will in fact be necessary and explore other alternatives for bringing this matter to a close.

475317

THE DEFENDANTS
LILLIAN SANTIAGO BAUZÁ and
EL DIÁLOGO, LLC

By    */s/ Keith A. Minoff*
Keith A. Minoff, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301 Fax (413) 785-4658
BBO No.:  551536
kminoff@robinson-donovan.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 14th day of May, 2007.

*/s/ Keith A. Minoff*
Keith A. Minoff, Esq.

475317