UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIALOGO, LLC and<br>DIRECT MERCHANTS S.A., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LILLIAN SANTIAGO BAUZA,<br>EL DIALOGO, LLC, and<br>FRANCISCO JAVIER SOLE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 05-30076-MAP |

**PLAINTIFFS' MOTION THAT STATUS CONFERENCE ON MAY 30, 2007 BE CONDUCTED BY TELEPHONE**

Plaintiffs Dialogo, LLC and Direct Merchants S.A., Inc. (collectively, "Plaintiffs") hereby move that the status conference scheduled for May 30 at 2:00 p.m. be conducted by telephone. In support of this motion, Plaintiffs submit the following memorandum.

In their status report, Defendants' counsel have represented to this Court that "Ms. Santiago has no intention of pursuing her counterclaims against the Plaintiffs nor does she have any intention of appearing at trial to defend herself of El Dialogo, LLC from the claims that have been brought against them by the Plaintiffs." Status Report at 2. Of course, it is Defendants' right to not appear at trial and allow a default judgment to enter against them.

Defendants' counsel also represented to this Court that "any judgment that the Plaintiffs are able to obtain against Ms. Santiago or El Dialogo, LLC will be uncollectible

as neither Ms. Santiago nor El Dialogo, LLC has any assets or insurance to satisfy any judgment." Status Report at 2.

Given these representations to the Court about Defendants' intention to not appear at trial and defend against Plaintiffs' claims, Plaintiffs are not certain what the purpose of such status conference is. In their status report, Defendants refer to their alleged settlement offer and then state that "the parties have been unable to reach a settlement on these terms." Status Report at 2. Obviously, it would not be appropriate to engage the sitting trial judge in the parties' settlement discussions. At this time, Plaintiffs' counsel is busy preparing for trial, and it is an unfair burden to make Plaintiffs travel great distances to appear at a status conference, especially when the parties had a status conference less than three months ago.

Accordingly, given Plaintifffs' counsel's schedule, including the three-hour drive from his office to the courthouse, Plaintiffs respectfully request that the Court conduct the May 30 status conference by telephone.

DIALOGO, LLC and
DIRECT MERCHANTS S.A., INC.

By its attorneys,

Dated:   May 16, 2007

/s/ Seth W. Brewster
George Field (BBO No. 164520)
Seth W. Brewster (BBO No. 551248)
Attorneys for Plaintiffs
Verrill Dana, LLP
One Boston Place
Suite 2330
Boston, MA  02108
(617) 367-0929
gfield@verrilldana.com
sbrewster@verrilldana.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2007, I electronically filed Plaintiffs' Motion that Status Conference on May 30, 2007 be Conducted by Telephone with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Keith A. Minoff, Esq. and Arnold Greenhut, Esq., and I hereby certify that there are no non-registered participants.

                                            /s/ Seth W. Brewster