UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIALOGO LLC, ET AL,<br>Plaintiffs | )<br>)<br>) |
| v. | ) C.A. NO. 05-30076-MAP<br>) |
| LILLIAN SANTIAGO BAUZA, ET AL,<br>Defendants | )<br>)<br>) |

SCHEDULING ORDER

May 31, 2007

**PONSOR, D.J.**

    Counsel for Plaintiffs and for Defendants Santiago Bauza and El Dialogo, LLC participated in a status conference on May 30, 2007. Counsel for the two defendants appeared in person and counsel for Plaintiffs appeared, with the court's permission, by telephone. No attorney appeared for the co-defendant Francisco Javier Sole.

    At this conference, the court confirmed that Defendants Santiago Bauza and El Dialogo, LLC do not intend to defend against the claims set forth in Plaintiffs' current amended complaint, nor do they intend to prosecute their counterclaim against Plaintiffs. The intent of the third co-defendant Sole was unclear.

    Based on the foregoing, the court orders as follows:

    1.  Counsel for Plaintiffs will submit to this court a proposed judgment on liability no later than June 4, 2007.

2. Counsel for Co-Defendant Sole will submit a status report no later than June 8, 2007.

3. Counsel for Defendants Santiago Bauza and El Dialogo, LLC will convey this order to counsel for Sole informally.

4. Following entry of judgment for Plaintiffs on liability, counsel for Plaintiffs will appear before this court on June 18, 2007 at 9:00 a.m. to commence a hearing on damages. It is expected that this presentation of evidence will be uncontested and will require no more than two days, sitting 9:00 a.m. to 1:00 p.m. Counsel for Plaintiffs should stay in touch with the court's clerk, since conflicting trials may require a postponement of the hearing on damages to a date convenient for Plaintiffs, their attorney, and witnesses.

It is So Ordered.

                          /s/ Michael A. Ponsor
                          MICHAEL A. PONSOR
                          United States District Judge