UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                              )
DIALOGO LLC, and                )
DIRECT MERCHANTS, S.A., INC.  )
        Plaintiffs             )
v                                       )        CIVIL ACTION NO. 05-30076MAP
                                       )
LILLIAN SANTIAGO BAUZA,      )
EL DIALOGO, LLC, and            )
FRANCISCO JAVIER SOLE       )
                                       )
        Defendants           )
                                       )
_____)

**STIPULATION OF DISMISSAL OF
PLAINTIFF-IN-COUNTERCLAIM SOLE'S COUNTERCLAIMS**

      Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all counterclaims of Plaintiff-in-Counterclaim Javier Francisco Sole be dismissed with prejudice.


/s/ Arnold Greenhut                          /s/ Seth W. Brewster
ARNOLD GREENHUT, ESQ.                SETH W. BREWSTER, ESQ.
Attorney for the Plaintiff in Counterclaim     Attorney for the Defendants in Counterclaim

BBO # 210150                                       BBO# 551248
                                                      Verrill Dana, LLP
Greenhut & Catuogno                         Box 586
244 Bridge Street                                One Portland Square
Springfield, MA  01103                      Portland, ME 04112-0586
Telephone:  (413) 785-1520               Telephone:  (207) 774-4000


DATED:  June 1, 2007                         DATED: May 31, 2007

/s/ Keith A. Minoff
KEITH A. MINOFF, ESQ.
Attorney for Defendants Lillian Santiago Bauza
 and El Dialogo, LLC
BBO # 551536

Robinson Donovan, P.C.
500 Main Street, Suite 1600
Springfield, MA  01115
Telephone:  (413) 732-2301

DATED:  June 2, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2007, I electronically filed Stipulation of Dismissal of Plaintiff-In-Counterclaim Sole's Counterclaim with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:  Keith A. Minoff, Esq. and Arnold Greenhut, Esq., and I hereby certify that there are no non-registered participants.

/s/ Seth W. Brewster
: