UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
DIALOGO LLC, ET AL,              )
Plaintiffs                       )
                                 )
             v.                  ) C.A. NO. 05-30076-MAP
                                 )
LILLIAN SANTIAGO BAUZA, ET AL,   )
Defendants                       )
```

ORDER RE: TRIAL ON DAMAGES

June 12, 2007

PONSOR, D.J.

All claims in this case have now been resolved, except for the question of the amount of damages to be awarded to Plaintiffs on their claims against Defendants Lillian Santiago Bauza and El Dialogo, LLC.

Trial on this remaining question was originally scheduled for June 18, 2007, but, due to the court's criminal docket, it has been shifted to September 17, 2007 at 9:00 a.m. Counsel for Plaintiffs is ordered to confirm, no later than June 25, 2007, whether this portion of the trial will be presented to a jury, or to the court.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge