UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                    )
DIALOGO, LLC and                                    )
DIRECT MERCHANTS S.A., INC.,                        )       CIVIL ACTION NO. 05-30076-MAP
                                                    )
                    Plaintiffs,                     )
                                                    )
v.                                                  )
                                                    )
LILLIAN SANTIAGO BAUZA,                             )
EL DIALOGO, LLC, and                                )
FRANCISCO JAVIER SOLE,                              )
                                                    )
                    Defendants.                     )
_____)

### PLAINTIFFS' RESPONSE TO COURT'S ORDER DATED JUNE 12, 2007

        Pursuant to the Court's Order re: Trial on Damages dated June 12, 2007, Dialogo,

LLC and Direct Merchants S.A., Inc. ("Plaintiffs"), by its attorneys, hereby confirms that

the trial on the amount of damages to be awarded to Plaintiffs, scheduled to begin on

September 17, 2007 at 9:00, will be presented to a jury.

                                            DIALOGO, LLC and
                                            DIRECT MERCHANTS S.A., INC.

                                            By its attorneys,


Dated:  June 25, 2007                       /s/ Seth W. Brewster_____
                                            George Field (BBO No. 164520)
                                            Seth W. Brewster (BBO No. 551248)
                                            Attorneys for Plaintiffs


Verrill Dana, LLP
One Portland Square
P.O. Box 586
Portland, ME 04112-0586
(207) 774-4000

gfield@verrilldana.com
sbrewster@verrilldana.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2007, I electronically filed Plaintiff's Response to Court's Order Dated June 12, 2007 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Keith A. Minoff, Esq. and Arnold Greenhut, Esq., and I hereby certify that there are no non-registered participants.

/s/ Seth W. Brewster