```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

```
DIALOGO, LLC, ET AL,           )
    Plaintiffs                 )
                               )
                  v.           ) 05-cv-30076-MAP
                               )
LILLIAN SANTIAGO BAUZA, ET AL  )
    Defendants
```

ORDER RE: SCHEDULE FOR TRIAL

June 26, 2007

PONSOR, D.J.

Trial in this case is formally scheduled to commence on September 17, 2007. Counsel are hereby notified, however, that due to the court's congested trial docket the case may actually be called to trial on September 17 or any day during the <u>four weeks</u> following. Counsel should stay in touch with the courtroom deputy, Elizabeth French, to confirm the actual date for trial.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge