UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30076-MAP

| | |
|---|---|
| DIÁLOGO, LLC and<br>DIRECT MERCHANTS S.A., INC.,<br>    Plaintiffs<br><br>v.<br><br>LILLIAN SANTIAGO BAUZÁ,<br>EL DIÁLOGO, LLC, and<br>FRANCISCO JAVIER SOLÉ,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REPORT OF DEFENDANTS, LILLIAN SANTIAGO BAUZA AND EL DIALOGO, LLC

The defendants Lillian Santiago Bauza and El Dialogo, LLC, file this report pursuant to paragraph 2 of the Order and Judgment entered on June 11, 2007, requiring that the defendants file a report, in writing, under oath, setting forth, in detail, the matter and form in which defendants have complied therewith.

The defendants ceased operations in December 2006. They have not disclosed any "proprietary information" to anyone. The defendants have already furnished plaintiff Direct Merchants S.A. with bank account statements and financial documents up to 2006 which can be provided. All remaining property, assets, and equipment are currently located at Open Square in Holyoke and are available for pickup by the plaintiff at any mutually convenient date and time. The defendants are not currently in possession, custody, or control of any of the items listed in paragraph 10 of the Order. Further, the defendants do not have any profits or benefits to "disgorge" to Direct Merchants S.A. pursuant to paragraph 9 of the order. Further, the defendants are not using or

479548

employing the property, assets, equipment or goodwill of El Dialogo, LLC, and have no intention of doing so.

I solemnly swear under the pains and penalties of perjury that the foregoing is true and correct and based upon my personal knowledge, information and belief.

_____
Lillian Santiago Bauza, individually and on behalf of El Dialogo, LLC

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 8 day of August, 2007.

_____/s/ Keith A. Minoff_____
Keith A. Minoff, Esq.

479548