UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIALOGO, LLC and<br>DIRECT MERCHANTS S.A., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LILLIAN SANTIAGO BAUZA,<br>EL DIALOGO, LLC, and<br>FRANCISCO JAVIER SOLE,<br><br>Defendants. | )<br>)<br>)   CIVIL ACTION NO. 05-30076-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' PROPOSED VOIR DIRE

1. Do you know Lillian Santiago Bauza?

2. Do you live in the City of Holyoke?

3. Are you familiar with or have you read the newspaper El Dialogo?

4. Are you, or is anyone in your immediate family, involved in the publication of a newspaper or other periodical, including the Springfield Republican?

5. Have you, or is anyone in your immediate family, been a defendant in a breach of contract lawsuit?

6. Do you have an opinion whether a Spanish-language or bilingual newspaper should be published or issued within the United States?

                                                DIALOGO, LLC and
                                                DIRECT MERCHANTS S.A., INC.

                                                By its attorneys,

Dated:   January 21, 2008                /s/ Seth W. Brewster
                                                George Field (BBO No. 164520)
                                                Seth W. Brewster (BBO No. 551248)
                                                Attorneys for Plaintiffs

Verrill Dana, LLP
One Portland Square
P.O. Box 586
Portland, ME 04112-0586
(207) 774-4000
gfield@verrilldana.com
sbrewster@verrilldana.com

## CERTIFICATE OF SERVICE

     I hereby certify that on January 21, 2008, I electronically filed Plaintiffs' Proposed Voir Dire with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:  Keith A. Minoff, Esq. and Arnold Greenhut, Esq., and I hereby certify that there are no non-registered participants.

                                                /s/ Seth W. Brewster