UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIALOGO, LLC and<br>DIRECT MERCHANTS S.A., INC.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>LILLIAN SANTIAGO BAUZÁ,<br>EL DIALOGO, LLC, and<br>FRANCISCO JAVIER SOLE,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-30076-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE ANY EVIDENCE
REFERRING TO "DIALOGO BILINGUE"**

Plaintiffs Dialogo, LLC and Direct Merchants, S.A. (collectively, "Plaintiffs"), by and through their attorneys, hereby move in limine to exclude any reference by Defendants to "Dialogo Bilingue," including but not limited to Lillian Santiago Bauzá's ("Bauzá") work with, relationship to, or alleged ownership of "Dialogo Bilingue." In support of this motion, Plaintiffs state as follows:

The Court has entered judgment against Defendants on all counts in this action. The only remaining matter for the jury's consideration is Plaintiffs' damages. Evidence related to "Dialogo Bilingue" is not relevant to Plaintiffs' damages and would only serve to confuse and prejudice the jury. Accordingly, any reference to "Dialogo Bilingue" should be excluded from evidence in this trial on damages.

For the reasons set forth above, Plaintiffs respectfully request that the Court exclude any evidence of "Dialogo Bilingue," including but not limited to Bauzá's work

with, relationship to, or alleged ownership of "Dialogo Bilingue."

DIALOGO, LLC and
DIRECT MERCHANTS S.A., INC.

By its attorneys,

Dated:   January 21, 2008       /s/ Seth W. Brewster
George Field (BBO No. 164520)
Seth W. Brewster (BBO No. 551248)
Attorneys for Plaintiffs

Verrill Dana, LLP
One Portland Square
P.O. Box 586
Portland, ME 04112-0586
(207) 774-4000
gfield@verrilldana.com
sbrewster@verrilldana.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2008, I electronically filed Plaintiffs' Motion in Limine to Exclude Any Evidence Referring to "Dialogo Bilingue" with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:  Keith A. Minoff, Esq. and Arnold Greenhut, Esq., and I hereby certify that there are no non-registered participants.

/s/ Seth W. Brewster