UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIALOGO, LLC and )
DIRECT MERCHANTS S.A., INC., )
        Plaintiffs )
)
v. ) C.A. 05-30076-MAP
)
LILLIAN SANTIAGO BAUZA, )
EL DIALOGO, LLC, and )
FRANCISCO JAVIER SOLE, )
        Defendants )

## SPECIAL VERDICT

January 23, 2008

We the jury unanimously respond to the following questions:

1. What is the total amount of money, if any, that will fairly compensate Plaintiffs for any injury suffered by them as a result of the conduct by the Defendants on any and all of the theories of recovery described to you in the court's instructions, excluding reasonable attorneys' fees?

*THREE HUNDRED THOUSAND DOLLARS*        $300,000
In words                                                                      In figures

2. What is the total amount of money, if any, that Plaintiffs are entitled to, to compensate them fairly for any reasonable expenditures for attorneys' fees caused by the harm they suffered on any and all of the theories of recovery described to you in the court's instructions?

THREE HUNDRED TWENTY THOUSAND DOLLARS     $320,000
In words                                   In figures

_Laury M Stephens_                         _1-23-08_
Foreperson                                 Date