# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIALOGO, LLC, ET AL., )<br>　　Plaintiff(s)　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>LILLIAN SANTIAGO BAUZA, ET AL., )<br>　　Defendant(s)　　　　　　　　　) | CIVIL ACTION NO. 3:05-30076-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[X] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiffs Dialogo, et al., against the defendants Lillian Santiago Bauza, et al., pursuant to the court's memorandum and order entered this date, ordering judgment for Plaintiffs in the amount of $300,000, plus $320,000 in attorneys' fees and costs.

　　　　　　　　　　　　　　　　　　**SARAH A. THORNTON**,
　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated: April 30, 2008　　　　　　　　By /s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)　　　　　　　　　　　　　　　　　　　　　　　　[jgm.]